**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NORTH DAKOTA

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | EPIC Companies Midwest, LLC |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 83-2840705 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 400 10th Street SE <br> Minot, ND 58701-4908 <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Ward <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | EPIC Companies Midwest, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____5239_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | District | When | Case number | |
|---|---|---|---|---|
| | District | When | Case number | |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☒ Yes.

Debtor    EPIC Companies Midwest, LLC
     Name

Case number (*if known*) _____

| | | |
|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor __See Attachment__<br>District _____ When _____ | Relationship _____<br>Case number, if known _____ |

**11. Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____

        Number, Street, City, State & ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes.    Insurance agency _____

            Contact name _____

            Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | EPIC Companies Midwest, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  July  8, 2024
MM / DD / YYYY

**X** /s/ Patrick Finn                                    Patrick Finn
Signature of authorized representative of debtor          Printed name

Title  Chief Restructuring Officer

**18. Signature of attorney**

**X** /s/ Steven R. Kinsella                    Date  July  8, 2024
Signature of attorney for debtor                     MM / DD / YYYY

Steven R. Kinsella 09514
Printed name

Fredrikson & Byron, P.A.
Firm name

60 South 6th Street, Suite 1500
Minneapolis, MN 55402
Number, Street, City, State & ZIP Code

Contact phone  612.492.7000          Email address  skinsella@fredlaw.com

09514 ND
Bar number and State

Debtor    EPIC Companies Midwest, LLC              Case number (*if known*) _____
        Name

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NORTH DAKOTA

Case number (*if known*) _____ Chapter ____11____

☐ Check if this an
    amended filing

## FORM 201. VOLUNTARY PETITION

### <u>Pending Bankruptcy Cases Attachment</u>

| | | | | |
|---|---|---|---|---|
| Debtor | EC West Fargo, LLC | | Relationship to you | |
| District | North Dakota | When | Case number, if known | Pending |
| Debtor | EOLA Capital, LLC | | Relationship to you | |
| District | North Dakota | When | Case number, if known | Pending |
| Debtor | EPIC Companies Midwest 2023, LLC | | Relationship to you | |
| District | North Dakota | When | Case number, if known | Pending |
| Debtor | EPIC Employee, LLC | | Relationship to you | |
| District | North Dakota | When | Case number, if known | Pending |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | EPIC Companies Midwest, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF NORTH DAKOTA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Brent & Verinda Hill 3605 South Judy Ave. Sioux Falls, ND 58104 | Brent & Verinda Hill ver-inda@hotmail.com 605-321-2093 | Investment Creditor | | | | $220,000.00 |
| Bruce & Diane Walker 1415 10th St SW Minot, ND 58701 | Bruce & Diane Walker bruce@coldwellbanker.com 701-839-4834 | Investment Creditor | | | | $200,000.00 |
| Craig & Jody Geron 3130 40th Ave W West Fargo, ND 58078 | Craig & Jody Geron coralhd1@msn.com 701-209-0008 | Investment Creditor | | | | $250,000.00 |
| Custom Aire 5525 1st Ave. N Grand Forks, ND 58201 | Scott Boettner sboettner@customaire.net 701-775-0305 | Investment Creditor | | | | $200,000.00 |
| D&D Revocable Living Trust Dave Helland 610 1st Ave NW Bowman, ND 58623 | D&D Revocable Living Trust snapdave@ndsupernet.com 701-260-1857 | Investment Creditor | | | | $350,000.00 |
| David & Kathleen Drovdal 6117 Heritage Ridge Road Bismarck, ND 58503 | David & Kathleen Drovdal ddrovdal@yahoo.com 701-770-4224 | Investment Creditor | | | | $258,312.50 |
| Gerald & Connie Iverson 10090 9th St NE Binford, ND 58416 | Gerald Connie Iverson iverson@mlgc.com 701-721-4646 | Investment Creditor | | | | $200,000.00 |

| Debtor | EPIC Companies Midwest, LLC | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Jane Merrill 6100 Kings View Dr., Unit 202 Grand Forks, ND 58201 | Jane Merrill janemerrill2014@gmail.com 218-779-9379 | Investment Creditor | | | | $250,000.00 |
| Jeff Fisk 4864 Blue Bell Loop S Fargo, ND 58104 | Jeff Fisk thehab@utma.com 701-370-2044 | Investment Creditor | | | | $200,000.00 |
| Jim Johnson 109 Monterey Avenue, #5 Capitola, CA 95010 | Jim Johnson jjohnsonlgca@gmail.com 408-888-8620 | Investment Creditor | | | | $600,000.00 |
| Kent & Arlene Bahl 906 Village Ave SE Minot, ND 58701 | Kent & Arlene Bahl bahlfarm@gmail.com 701-240-6773 | Investment Creditor | | | | $250,000.00 |
| Kim and Beth Holmes 111 North 3rd Street #205 Grand Forks, ND 58203 | Kim and Beth Holmes bethbongofury@gmail.com 218-791-9906 | Investment Creditor | | | | $426,240.02 |
| Larry & Candice Dietz 4857 Meadow Creek Dr. S Fargo, ND 58104 | Larry & Candice Dietz llarry3262@hotmail.com 701-793-0349 | Investment Creditor | | | | $500,000.00 |
| Larry & Candice Dietz - DBA Dietz Proper 4857 Meadow Creek Dr. S Fargo, ND 58104 | Larry & Candice Dietz llarry3262@hotmail.com 701-793-0349 | Investment Creditor | | | | $250,000.00 |
| Liudmila Zonina 347 Massol Ave. #302 Los Gatos, CA 95030 | Liudmila Zonina miledy999@yahoo.com 408-834-2006 | Investment Creditor | | | | $600,000.00 |
| Michelle Charbonneau 2014 7th St W Dickinson, ND 58601 | Michelle Charbonneau drolet@ndsupernet.com 701-290-6553 | Investment Creditor | | | | $300,000.00 |

Debtor  EPIC Companies Midwest, LLC
      Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Randy & Dorothy Henke 9400 275th Ave. SE Sawyer, ND 58781 | Randy & Dorothy Henke randystechnicaledge @gmail.com 701-340-8393 | Investment Creditor | | | | $500,000.00 |
| Raymond Gooch 6538 12th Ave. NW Seattle, WA 98117 | Raymond Gooch sirgooch@msn.com 206-391-1334 | Investment Creditor | | | | $500,000.00 |
| Second Chance (Bradley Beeter) 1541 S Broadway Minot, ND 58701 | Bradley Beeter beeterb@gmail.com | Investment Creditor | | | | $385,000.00 |
| Taracon Cornelius Wipf 6189 170th S N Hawley, MN 56549 | Cornelius Wipf wipfco@springprairi e.net 701-238-9297 | Investment Creditor | | | | $200,000.00 |
| Tom & Becky Hauge 8765 60th Ave. SW Carson, ND 58529 | Tom & Becky Hauge t.hauge@yahoo.com 701-426-0591 | Investment Creditor | | | | $250,000.00 |
| Westbrand & Co. FBO Edith Prentice Edith Prentice 1511 3rd St SE #205 Jamestown, ND 58401 | Edith Prentice edie.prentice@dakte l.com 701-269-7605 | Investment Creditor | | | | $250,000.00 |

**United States Bankruptcy Court**
**District of North Dakota**

In re    EPIC Companies Midwest, LLC

Debtor(s)

Case No. _____

Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    July  8, 2024

/s/ Patrick Finn
Patrick Finn/Chief Restructuring Officer
Signer/Title

A&R Roofing, Inc.
975 Armour St N
West Fargo, ND 58078

Aaron Chalmers
609 E Sherman Ave, Ste 302
Coeur d Alene, ID 83814

Abby Christofferson
723 7th St E
Napoleon, ND 58561

Alan Goeser
8958 79th Ave NE
Munich, ND 58352

Alexis Meyer
1629 S Broadway Apt 510
Minot, ND 58701

American Trust Center FBO Harvey Kadrmas
Attn: Luke Leno
401 N. 4th Street
Bismarck, ND 58501

Amy Hass
506 24th Avenue North
Fargo, ND 58102

Angie Schweitzer
619 10th Avenue E
West Fargo, ND 58078

Anton & Alvera Leier
2200 E Koch Drive Apt 223
Bismarck, ND 58503

Austin Smith
7602 Aquarius Dr
Fargo, ND 58104

Barry & Gail Olson
5615 County Rd 3
Kindred, ND 58051

Barry Olson & Terry Olson
5615 County Rd 3
Kindred, ND 58051

Ben Zeltinger
6857 Daytona Drive
Bismarck, ND 58503

Beth Holmes
111 N. 3rd Avenue S #205
Grand Forks, ND 58203

Bill & Tammy LaCrosse
PO Box 1835
Williston, ND 58802

Bill Biblen
1522 35th Ave S
Fargo, ND 58104

Bill Leier
4995 17th Avenue S #214
Fargo, ND 58104

Bill Leier
320 32nd Avenue W #302
West Fargo, ND 58078

Blu on Broadway, LLC
400 10th St SE
Minot, ND 58702

Boomtown Enterprises, LLC
Ryan Skarphol
408 20th Ave. SW Suite 101
Minot, ND 58701

Boulevard Square
400 10th St SE
Minot, ND 58701

Boulevard Square I, LLC
PO Box 879
Minot, ND 58702

Boulevard Square III, LLC
400 10th St SE
Minot, ND 58701

Brent & Verinda Hill
3605 South Judy Ave.
Sioux Falls, ND 58104

Brian & Laura Seifert
27 Wood Oaks Drive
Barrington, IL 60010

Brian Berg
135 North Woodcrest Dr
Fargo, ND 58102

Brian Goeser
PO Box 114
Munich, ND 58352

Brian Kounovsky
3680 54th St S
Fargo, ND 58104

Brian Reinarts
3434 Shadow Wood Lane
West Fargo, ND 58078

Britta Renner
1579 72nd Ave S
Fargo, ND 58104

Bruce & Diane Walker
1415 10th St SW
Minot, ND 58701

Bruce Langseth
1201 14th Avenue SW
Minot, ND 58701

Bryan & Susan Thomas
904 25th St. NW
Minot, ND 58703

Bryan & Susan Thomas
904 25th St. NW
Minot, ND 58073

Calvin Volk
458 North Sendor Drive
West Fargo, ND 58078

Carissa Wilcox
3150 Sheyenne St #517
West Fargo, ND 58078

Casey Gooch
5336 Highland Drive
Auburn, WA 98092

Charles Anderson
4927 W. Charleston
Glendale, AZ 85308

Charles Anderson
1204 S Orange Street
Concordia, MO 65020

Charlie Muus
3388 44th Ave South
Grand Forks, ND 58201

Cindy Lopez Dennison
1393 Goldenwood Dr
West Fargo, ND 58078

CM Wynn Contracting
3609 Southridge Lane
Bismarck, ND 58504

Cole Howard
213 Morris St
West Fargo, ND 58078

Craig & Jody Geron
3130 40th Ave W
West Fargo, ND 58078

Craig & Roberta Wiltse
13584 68th St. SE
Lisbon, ND 58054

Craig Gooch
5336 Highland Dr
Auburn, WA 98092

Cullen Insulation Inc
Eric Cullen
202 15th St N
Fargo, ND 58102

Curt Christofferson
723 7th St. E
Napoleon, ND 58561

Custom Aire
Scott Boettner
5525 1st Ave. N
Grand Forks, ND 58201

D&D Revocable Living Trust
Dave Helland
610 1st Ave NW
Bowman, ND 58623

Dan & Carol Weber
PO Box 297
Casselton, ND 58012

Daniel Frisch
274 44th Ave. S
Moorhead, MN 56560

Darryl & Charlotte Heim
3559 102 P Ave SW
Dickinson, ND 58601

Dave & Bette Gillis
12 Bighorn Ct
South Barrington, IL 60010

Dave & Jean Seifert
506 24th Ave. N
Fargo, ND 58102

Dave & Jean Seifert
506 24th Ave N
Fargo, ND 58102

Dave Gehrtz
1687 65th Ave NE
New Rockford, ND 58356

David & Brenda Feller
700 11th Ave. NE
Minot, ND 58703

David & Kathleen Drovdal
6117 Heritage Ridge Road
Bismarck, ND 58503

David Williamson
22 Cambridge Cove
Surrey, ND 58785

Dietz Properties LLC
4857 Meadow Creek Dr. S
Fargo, ND 58104

DOIT & CO FBO <urpm Scja[[e
Attn: Trust Dept
3001 25th St S
Fargo, ND 58103

DOIT & CO FBO Daniel Todd
Attn: Trust Dept
3001 25th St S
Fargo, ND 58103

Donn or Kristi Frahm
1727 Karnis Drive NW
Alexandria, MN 56308

Donna & Michael Klein
6201 121st Ave. SE
Minot, ND 58701

Donna & Michael Klein
6201 121st Avenue SE
Minot, ND 58701

Donna Klein
6201 121st Ave SE
Minot, ND 58701

Duane Foley
2012 Ida May Court
Minot, ND 58703

Dwight & Gwen Schmidt
1511 3rd St SE #206
Jamestown, ND 58401

Earthwork Services
Trent Duda
345 12th Ave NE
West Fargo, ND 58078

ECMW
745 31st Ave E Suite 105
West Fargo, ND 58078

ECMW 2023, LLC
Vicki Campbell
400 10th St, SE
West Fargo, ND 58078

ECWF
400 4th St. S
Minot, ND 58701

Elizabeth Goeser
2306 College Drive North
Devils Lake, ND 58301

Emily Christofferson
723 7th St E
Napoleon, ND 58561

Enderlin Insurance Agency
Walter M. Johnson
302 4th Ave
Enderlin, ND 58051

Enderlin Insurance Agency, LLC
302 4th Avenue
Enderlin, ND 58027

EOLA Capital
Vicki Campbell
PO Box 879
Minot, ND 58702

EPIC Gateway East Real Estate Holding
400 10th St S
Minot, ND 58701

EPIC Holdings, II
745 31st Avenue E #105
West Fargo, ND 58078

EPIC Management LLC
PO Box 879
Minot, ND 58702

EPIC Place LLC
PO Box 879
Minot, ND 58702

EPIC Preference
400 10th St SE
Minot, ND 58701

Eric & Sarah Myhre
6731 24th St NE
Sheyenne, ND 58374

Fox Valley Contractors
1061 N. Raddant Road
Batavia, IL 60510

Gerald & Connie Iverson
10090 9th St NE
Binford, ND 58416

Greenfield Commons
PO Box 879
Minot, ND 58702

Hal Ross
PO Box 147
Bowbells, ND 58721

Harvey Kadrmas IRA
Luke Leno
401 N 4th St
Bismarck, ND 58501

HTG Investments, LLC
Holly Gibb
3212 Crestbrook Court
Prospect, KY 40059

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Irene Kuhn
413 Ave E East
Napoleon, ND 58561

Isabel M. Liska
122 14th Ave E, Unit D
West Fargo, ND 58078

J&K Legacy LLC
Kelly Lessard
14811 Co Road 9
Grafton, ND 58237

Jack Fredrickson
1325 5th St NW
West Fargo, ND 58078

James J Johnson 2023 - Seperate Trust
109 Monetery Avenue #5
Capitola, CA 95010

James Schutz
6313 13th St N
Fargo, ND 58102

James Wiltse
13584 68th SE
Lisbon, ND 58054

James. W. Grote, Jr.
417 23rd St. NW
Minot, ND 58703

Jamestown Medical Foundation
228 13th Ave NE
Jamestown, ND 58402

Jane Merrill
6100 Kings View Dr., Unit 202
Grand Forks, ND 58201

Jarett Mari
320 32nd Ave W Apt 604
West Fargo, ND 58078

Jean & Dave Seifert
506 24th Ave. N
FArgo, ND 58102

Jean Clark
705 13th Ave N Apt 218
Fargo, ND 58102

Jeff Fisk
4864 Blue Bell Loop S
Fargo, ND 58104

Jeffrey H. McKay
1337 Elm Circle N
Fargo, ND 58102

Jeffrey McKay Descendants Irrevocable Tr
Jeffrey McKay
1337 Elm Circle N
Fargo, ND 58102

Jessica & Alex Aardahl
72 Valley Bluffs Ct.
Minot, ND 58701

Jim & JoAnn McKay Family Trust
Jim McKay
13707 Sewell Ln
Hudson, FL 34667

Jim Johnson
109 Monterey Avenue, #5
Capitola, CA 95010

Jocelyn Hams
4535 Urban Plains Dr S. Apt 105
Fargo, ND 58104

John Douts
PO Box 425
Powers Lake, ND 58773

John Hunt
11106 39th St N, Unit A
Lake Elmo, MN 55042

Jolene Christofferson
723 7th St E
Napoleon, ND 58561

Jonathan Warrey
1321 Morningside Drive
Casselton, ND 58012

Joseph Haj
2276 14th Street W
West Fargo, ND 58078

Kara O'Bryne
1622 8th St N
Fargo, ND 58102

Karen Gooch
5336 Highland Drive
Auburn, WA 98092

Katherine Pendergast
PO Box 3081
Bismarck, ND 58502

Katie Breyer
4727 Douglas Dr. S
Fargo, ND 58104

Kelsi Langlie
16825 61st St SE
Walcott, ND 58077

Kent & Arlene Bahl
906 Village Ave SE
Minot, ND 58701

Kim and Beth Holmes

Kimberly Carlson
745 31st Ave E
West Fargo, ND 58078

Kimberly Smerud
6400 1st S N
Moorhead, MN 56560

Kounovsky Inc.
Brian Kounovsky
3680 54th St. S
Fargo, ND 58104

Lance Johnson
3616 Hidden Circle
West Fargo, ND 58078

Larry & Candice Dietz
4857 Meadow Creek Dr. S
Fargo, ND 58104

Larry & Candice Dietz - DBA Dietz Proper
4857 Meadow Creek Dr. S
Fargo, ND 58104

Larry & Letitia Johnson
603 3rd Ave NE
Jamestown, ND 58401

Laura & Brian Seifert
27 Wood Oaks Drive
South Barrington, IL 60010

Leon Vandeberg
2114 16th Court W
Williston, ND 58801

Leroy & Beth Nepstad
1320 150th Ave.
Hendrum, MN 56550

Liudmila Zonina
347 Massol Ave. #302
Los Gatos, CA 95030

Lonnie & Mary Hass
1909 9th St N
Fargo, ND 58102

Loren Goeser
8951 79th Ave NE
Munich, ND 58352

Lynne M. Mari
3601 University Dr. S #207
Fargo, ND 58104

M&S Concessions
PO box 879
Minot, ND 58702

MAKT, LLC
400 10th St. SE
Minot, ND 58701

Marcqus Ohlmacher
1354 2nd St N
Fargo, ND 58102

Margarete Olson
c/o Cheryl Engebretson
9455 45th Ave NW
Mohall, ND 58761

Marilyn Werre
4206 Timberline Drive S
Fargo, ND 58104

Mark & Terese Ahmann
9426 Large Court NE
Ostego, MN 55330

Mark McGuigan
3908 21st St. S
Fargo, ND 58104

Marla Kulig
3 Glacial Court
Minot, ND 58703

Marshall & Beverly Fulks
709 Bradford
Argyle, MN 56713

Mary Berning
1223 15th Avenue SW
Minot, ND 58701

Mary Jane & Dale Langseth
3295 100th St South
Glyndon, MN 56547

Mary Jane Langseth
3295 100th St South
Glyndon, MN 56547

McKay Family Fund
1337 Elm Circle N
Fargo, ND 58102

McKenzie Fettig
744 Albert Dr W
West Fargo, ND 58078

McKenzy Braaten
6078 Autumn Dr S
Fargo, ND 58104

Meagan Dee Delinksi
5573 Deb Drive West
West Fargo, ND 58078

Megan Bergeson
4514 17th Ave S
Moorhead, MN 56560

Megan Sundet-Plankers
14 37th Avenue S
Moorhead, MN 56560

Michael & Lauren Gillis
1712 E Camby Lane
Bloomington, IN 47401

Michael & Susan Nilson
4804 2nd St E
West Fargo, ND 58078

Michael Myhre
6735 24th St NE
Sheyenne, ND 58374

Michael Thompson
192 Haines Dr.
Binford, ND 58416

Michell McKay
1337 Elm Circle
Fargo, ND 58102

Michelle Charbonneau
2014 7th St W
Dickinson, ND 58601

Mike Evans
311 11th Ave Apt #201
Fargo, ND 58103

Misty Dietz
7008 26th St S
Fargo, ND 58104

Monica Peterson
214 7th St. SE
Minot, ND 58701

Montgomery & Pender PC
PO Box 9199
Fargo, ND 58106

Mortenson Masonry
Breanne Mortenson
205 Foundation Ave
Glyndon, MN 56547

Nick Manske
3204 46th Ave S
Fargo, ND 58104

Nicole Fix
501 14th St NW
Minot, ND 58703

North Dakota State Fair Foundation
PO Box 1796
Minot, ND 58702

North Dakota State Tax Commissioner
Office of State Tax Commissioner
PO Box 5623
Bismarck, ND 58506-5623

North Dakota Street Rod Association
Kolynne Speer
21423 190th Ave N
Ulen, MN 56585

Office of Attorney General
600 East Boulevard Avenue, Dept. 125
Bismarck, ND 58505-0040

Paige Krodel
6969 26th St S
Fargo, ND 58104

Patricia Steinmetz
1413 7th St. N
Fargo, ND 58102

Pete & Vicki Campbell
3600 Highview Ave. NW
Minot, ND 58703

Plaza 32 LLP
PO Box 879
Minot, ND 58702

Quality Concrete
3918 37th Avenue S
Fargo, ND 58104

Randy & Dorothy Henke
9400 275th Ave. SE
Sawyer, ND 58781

Randy & Dorothy Henke
9400 275th Ave SE
Sawyer, ND 58781

Raoul Brandt
PO Box 327
Stanley, ND 58784

Raoul K Brandt Trust
Raoul Brandt
PO Box 327
Stanley, ND 58784

Raoul K. Brandt Trust
PO Box 327
Stanley, ND 58784

Raymond Gooch
6538 12th Ave. NW
Seattle, WA 98117

Reed & Jenna Weisenburger
318 2nd St SE
New Rockford, ND 58356

RGC Properties, Inc.
Ronald Carlson
13111 69th St. SE
Lisbon, ND 58054

Richard Duane Sortland
1105 5th St. NE
Valley City, ND 58072

Rob & Joleen Heim
2313 8th St. E
Dickinson, ND 58601

Robert & Jenifer Punton
14628 28th SE
Ayr, ND 58007

Robert & Jennifer Feller
PO Box 157
Surrey, ND 58785

Robert & Karen Steeves
227 3rd Ave. E
Sherwood, ND 58782

Robert & Tracy Haugenoe
305 14th St E
Williston, ND 58801

Robert Gibb
220 8th St. S
Fargo, ND 58103

Robert Gibb
220 8th St S
Fargo, ND 58103

Robert Hammond
3774 63rd St. SE
Napoleon, ND 58561

Robert Krodel
414 14th Ave. W
Williston, ND 58801

Robert Punton
14628 28th St. SE
Ayr, ND 58007

Rod or Gitta Goeser
713 Broadway
Buxton, ND 58218

Ruby Rau
2704 18th Ave SW
Minot, ND 58701

Scott Erickson
4291 Coventry Drive South
Fargo, ND 58104

Scott Hoban
35651 210 Ave
Ogema, MN 56569

Scott or Pamela Miller
1717 16th St NW
Minot, ND 58703

Second Chance
Bradley Beeter
1541 S Broadway
Minot, ND 58701

Shane Fletcher
1046 Westport Pkwy
West Fargo, ND 58078

Shane Larck
PO Box 205
Hope, ND 58046

Sidney & Maragarete Olson
9455 45th Ave NW
Mohall, ND 58761

Spencer Ray & Jennifer Sue Arne
2560 Highland Rd
Minnetrista, MN 55359

Steve & Nancy Olson
500 3rd Ave NE
Mohall, ND 58761

Steve Gehrtz
3620 Grandwood Dr N
Fargo, ND 58102

Steve Johnson
6857 21st St S
Fargo, ND 58104

Streyle Masonry, Inc
2435 Skylark Ave
Bismarck, ND 58504

Susan Nilson
4804 2nd St E
West Fargo, ND 58078

Tanya Senechal
4574 4th Ave NE
Balfour, ND 58712

Taracon
Cornelius Wipf
6189 170th S N
Hawley, MN 56549

Terry Cullen
1815 E Rose Creek Pkwy S
Fargo, ND 58104

Todd & Carolyn Berning
2302 10th St W
West Fargo, ND 58078

Todd Berning
2302 10th St W
West Fargo, ND 58078

Tom & Becky Hauge
8765 60th Ave. SW
Carson, ND 58529

Travis & Taasha Zerface
2638 5th Court West
West Fargo, ND 58078

Travis Klein
6201 121st Ave. SE
Minot, ND 58701

TrayKeen LLC
Todd Berning
2302 10th St W
West Fargo, ND 58078

Trent Duda
409 Liberty Circle
Horace, ND 58047

Troy & Julie Moore
6194 27th Street South
Fargo, ND 58104

Tyler & Amanda Mack
PO Box 392
Velva, ND 58790

Vance Moorhead LLC
PO Box 879
Minot, ND 58702

Vicki & Pete Campbell
3600 Highview Ave. NW
Minot, ND 58703

Wade Haugeberg
2918 5th St NW
West Fargo, ND 58078

Wadeson Properties, LLC
Lynn Wadeson
1986 Burlington Drive
West Fargo, ND 58708

Wagner LLP
134 5th Ave
Spring Lake, MN 56680

Walter & Melissa Johnson
PO Box 513
Lisbon, ND 58054

Wayne & Clarissa Brackenbury
PO Box 263
Mohall, ND 58761

West Fargo Tax & Accounting
4840 Amber Vallye Parkway
Fargo, ND 58104

Westbrand $ Co. FBO Laura Boe Roth IRA
Kailey Boraas
PO Box 1090
Minot, ND 58702

Westbrand & Co FBO Myron Schapp S/D IRA
Myron Schapp
201 Prairiewood Drive S Unit C
Fargo, ND 58103

Westbrand & Co. FBO Angie Schweitzer
Angie Schweitzer
619 10thAve E
West Fargo, ND 58078

Westbrand & Co. FBO Ann Marie Schutz S/D
Mark Strand
PO Box 1090
Minot, ND 58702

Westbrand & Co. FBO Brendan Boe
Kailey Boraas
PO Box 1090
Minot, ND 58702

Westbrand & Co. FBO Edith Prentice
Edith H Prentice
1511 3rd St SE #205
Jamestown, ND 58401

Westbrand & Co. FBO Edith Prentice
Edith Prentice
1511 3rd St SE #205
Jamestown, ND 58401

Westbrand & Co. FBO Kimberly Carlson S/D
Kimberly Carlson
745 31st Ave E #407
West Fargo, ND 58078

Westbrand & Co. FBO Nadine Schutz S/D IR
Nadine Schutz
9039 Parkside Dr
Woodbury, MN 55125

Westbrand & Co. FBO Richard Gleason Bene
Richard Gleason
67 Rosemary ST
Denver, CO 80230

Westbrand & Co. FBO Teresa Brackenbury L
Teresa Brackenbury Leier
320 32nd West Ave W #302
West Fargo, ND 58078

Westbrand& Co FBO Daniel Todd S/D IRA
Kailey Boraas
PO Box 1090
Minot, ND 58702

William & Ginger Quam
9710 107th Ave SE
Minot, ND 58701

William Bilben
3140 Bluestem Dr Apt 212
West Fargo, ND 58078

Zach Frappier
5431 12th St S
Fargo, ND 58104

Zacharie Messmer
443 38th Ave W
West Fargo, ND 58078