**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In Re:

| | |
|---|---|
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

**ORDER GRANTING INTERIM RELIEF ON**
**MOTION FOR JOINT ADMINISTRATION OF CASES**

Debtors EPIC Companies Midwest, LLC, EPIC Companies Midwest 2023, LLC, EPIC Employee, LLC, EOLA Capital, LLC and EC West Fargo, LLC filed an Expedited Motion for Order (I) Granting Expedited Relief and (II) Authorizing Joint Administration of cases. On July 16, 2024, the Court held a preliminary hearing on the motion. For the reasons stated on the record, the Court finds that Debtors are affiliated, and that joint administration of Debtors' estates does not appear to create conflicts of interest or harm creditors. Based on the record, it is also apparent that joint administration will save time and expense. Accordingly, the Court finds cause for jointly administering these cases on an interim basis.

**IT IS ORDERED** that Debtors' Motion for Joint Administration is granted on an interim basis. <u>In re EPIC Companies Midwest, LLC</u>, Bankruptcy No. 24-30281 is designated the lead case. Until final hearing on this matter, all documents must be filed in the lead case, except for Debtors' schedules and statements (and amendments to

them) and proofs of claim. Each Debtor must maintain its own claim register, and all proofs of claim must be filed in the appropriate case.

Pending final hearing on this matter, a party may use the following caption:

| In Re: | Jointly Administered |
|---|---|
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

The Clerk shall enter the following note in each Debtor's case except EPIC Companies Midwest, LLC, Bankruptcy No. 24-30281:

> The Court entered an Order directing the joint administration of the following Chapter 11 cases: EPIC Companies Midwest, LLC (Case No. 24-30281), EPIC Companies Midwest 2023, LLC (Case No. 24-30282), EPIC Employee, LLC (Case No. 24-30283), EOLA Capital, LLC (Case No. 24-30284), and EC West Fargo, LLC (Case No. 24-30285). The docket in Case No. 24-30281 should be consulted for all matters affecting this case, and all further filings, except for proofs of claim, schedules, statements and amendments to schedules and statements, should be made only in Case No. 24-30281.

A final hearing on this matter will be held on **July 24, 2024**. The deadline to file an objection to final relief is **July 23, 2024**.

Dated: July 16, 2024.

Shon Hastings, Judge
United States Bankruptcy Court