**Fill in this information to identify the case:**

Debtor name  EPIC Companies Midwest, LLC

United States Bankruptcy Court for the: DISTRICT OF NORTH DAKOTA

Case number (if known) 24-30281

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  July 22, 2024   **X** /s/ Patrick Finn
               Signature of individual signing on behalf of debtor

               Patrick Finn
               Printed name

               Chief Restructuring Officer
               Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    EPIC Companies Midwest, LLC

United States Bankruptcy Court for the:    DISTRICT OF NORTH DAKOTA

Case number (if known)    24-30281

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................    $     0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................    $     19,092,484.14

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................    $     19,092,484.14

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................    $     0.00

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................................    $     0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$     18,707,390.18

4.    Total liabilities ...........................................................................................
    Lines 2 + 3a + 3b    $     18,707,390.18

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | EPIC Companies Midwest, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF NORTH DAKOTA |
| Case number (if known) | 24-30281 |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**          **Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | First Western Bank & Trust | Checking | 1522 | $66,324.46 |
| 3.2. | First Western Bank & Trust | Money Market | 5877 | $1,178.57 |
| 3.3. | First Western Bank & Trust | Settlement | 0676 | $100.00 |
| 3.4. | First Western Bank & Trust | ICS Account | 1522 | $0.01 |
| 3.5. | First Western Bank & Trust | ICS Account | 5877 | $0.00 |

**4.** **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | Bank Forward (Collateral for JP Place/Bongards - funds are on hold) | $205,003.31 |

Debtor    EPIC Companies Midwest, LLC           Case number *(If known)*  24-30281
         Name

5.    **Total of Part 1.**                                             $272,606.35

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:      163,652.58    -          0.00  = ....      $163,652.58
                        face amount                      doubtful or uncollectible accounts

11b. Over 90 days old:        24,225.21    -          0.00  =....      $24,225.21
                        face amount                      doubtful or uncollectible accounts

12.    **Total of Part 3.**                                             $187,877.79

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

Debtor    EPIC Companies Midwest, LLC    Case number *(If known)*  24-30281
_____Name_____

- ■ No.  Go to Part 9.
- ☐ Yes Fill in the information below.

<table>
<tr><td>Part 9:</td><td>**Real property**</td></tr>
</table>

**54. Does the debtor own or lease any real property?**

- ■ No.  Go to Part 10.
- ☐ Yes Fill in the information below.

<table>
<tr><td>Part 10:</td><td>**Intangibles and intellectual property**</td></tr>
</table>

**59. Does the debtor have any interests in intangibles or intellectual property?**

- ■ No.  Go to Part 11.
- ☐ Yes Fill in the information below.

<table>
<tr><td>Part 11:</td><td>**All other assets**</td></tr>
</table>

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No.  Go to Part 12.
- ■ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

| 71. | **Notes receivable** Description (include name of obligor) | | | | |
|---|---|---|---|---|---|
| | Notes Receivable - See attached list | 18,632,000.00 | - | 0.00 | = $18,632,000.00 |
| | | Total face amount | | doubtful or uncollectible amount | |

| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) |
|---|---|

| 73. | **Interests in insurance policies or annuities** |
|---|---|

| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** Debtor believes there are causes of actions against third parties and is currently evaluating these claims. Debtor will file an amended schedule A/B with these causes of action once evaluation is complete. | Unknown |
|---|---|---|
| | Nature of claim        Third Party Claims | |
| | Amount requested                    $0.00 | |

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
|---|---|

| 76. | **Trusts, equitable or future interests in property** |
|---|---|

| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |
|---|---|

| 78. | **Total of Part 11.** Add lines 71 through 77. Copy the total to line 90. | $18,632,000.00 |
|---|---|---|

Debtor    EPIC Companies Midwest, LLC                                      Case number *(If known)*  24-30281
_____                         _____
Name

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Debtor    EPIC Companies Midwest, LLC    Case number *(If known)*  24-30281
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $272,606.35 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $187,877.79 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $18,632,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $19,092,484.14 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $19,092,484.14 |

Note Receivables - Schedule A/B #71

**EPIC Funds**
**Consolidated Schedule of Receivables**
**As of July 18, 2024**

| Principal Due as of June 30, 2024 | Fund | | | | | |
|---|---|---|---|---|---|---|
| Company | E23 | ECM | EMP | EOC | EWF | Grand Total |
| 36th & Veterans LLC | | 690,000 | | | | 690,000 |
| 8th & Main, LLC | 10,000 | | | | | 10,000 |
| Area 57 Association Inc | | 25,000 | | | | 25,000 |
| BA Downtown LLC | 335,000 | 100,000 | 60,000 | | | 495,000 |
| Beacon East Real Estate Holdings LLC | | | | 3,075,000 | | 3,075,000 |
| Beacon Landholdings LLC | 590,000 | 520,000 | | | 405,000 | 1,515,000 |
| Beacon NW Real Estate Holdings LLC | 265,000 | 2,390,000 | 20,000 | 300,000 | | 2,975,000 |
| Big M Minot LLC | 165,000 | | | 285,000 | | 450,000 |
| Boulevard Square II LLC | | 40,000 | | | | 40,000 |
| Boulevard Square III LLC | 10,000 | 1,680,000 | 30,000 | | | 1,720,000 |
| Boulevard Square IV LLC | 30,000 | 225,000 | | | | 255,000 |
| Canfield's Corner LLC | 180,000 | | 180,000 | 100,000 | | 460,000 |
| CBE LLC | | 50,000 | | | | 50,000 |
| Dutch Mill Development LLC | 100,000 | | | | | 100,000 |
| EOLA Landholdings LLC | 345,000 | 350,000 | | 265,000 | 50,000 | 1,010,000 |
| EPIC Companies Midwest LLC | 1,786,546 | | | 995,000 | | 2,781,546 |
| EPIC Gateway East Real Estate Holdings LLC | 165,000 | 72,000 | | 100,000 | 190,000 | 527,000 |
| EPIC Gateway LLC | 425,000 | | | | | 425,000 |
| EPIC Gateway North Real Estate Holdings LLC | | 150,000 | | | | 150,000 |
| EPIC Holdings II LLC | 412,750 | 1,870,000 | | 150,000 | | 2,432,750 |
| EPIC Holdings LLC | 25,000 | 525,000 | | | | 550,000 |
| EPIC Hospitality LLC | | 785,000 | | 50,000 | | 835,000 |
| EPIC Management LLC | 500,000 | | | 450,000 | | 950,000 |
| EPIC Place LLC | | 200,000 | | | | 200,000 |
| EPIC Preference LLC | 290,000 | 575,000 | | | | 865,000 |
| EPIC Unite Real Estate Holdings LLC | 1,140,000 | | 20,000 | 360,000 | | 1,520,000 |
| Fargo South Hospitality LLC | | 500,000 | | | | 500,000 |
| Forward Building Investments LLC | | 150,000 | | | | 150,000 |
| Friends of the Wave LLC | 31,050 | | | | | 31,050 |
| Greenfield Commons II LLC | 365,000 | 1,449,500 | 50,000 | 20,000 | | 1,884,500 |
| Greenfield Commons III LLC | | 325,000 | | | | 325,000 |
| Greenfield Commons LLC | | 1,405,000 | | | | 1,405,000 |
| Henry Land Holdings LLC | 130,000 | 100,000 | | | | 230,000 |
| HIE Depot LLC | 200,000 | | | | | 200,000 |
| JP Place LLC | 969,000 | 351,000 | | | | 1,320,000 |
| LTC - The Don LLC | 975,000 | | | 515,000 | | 1,490,000 |
| LTC - The Falcon LLC | 25,000 | 50,000 | | | | 75,000 |
| LTC - The Lincoln LLC | 460,000 | 60,000 | | 50,000 | | 570,000 |
| Makt LLC | 930,000 | 1,403,500 | | | | 2,333,500 |
| MBG Land LLC | | 25,000 | | | | 25,000 |
| Northern Mall Partners LLC | 45,000 | | | 125,000 | | 170,000 |
| Perham Carpet LLC | 10,000 | 125,000 | | | | 135,000 |

**Note Receivables - Schedule A/B #71**

**EPIC Funds**
**Consolidated Schedule of Receivables**
**As of July 18, 2024**

| Principal Due as of June 30, 2024 | Fund | | | | | |
|---|---|---|---|---|---|---|
| Company | E23 | ECM | EMP | EOC | EWF | Grand Total |
| Pioneer Place Holdings LLC | 90,000 | | 50,000 | 40,000 | | 180,000 |
| Pioneer Place LLC | | 150,000 | | | | 150,000 |
| SAD Downtown LLC | 339,000 | 591,000 | | | | 930,000 |
| Sheyenne 32 North LLC | 20,000 | | | | | 20,000 |
| Sheyenne 32 South LLC | 30,000 | | | | | 30,000 |
| Sheyenne 32 South Residential LLC | 200,000 | | | 100,000 | | 300,000 |
| The Tracks - Maverick LLC | | | | 1,710,000 | | 1,710,000 |
| The Tracks - Sheridan LLC | 330,000 | 100,000 | | 385,000 | | 815,000 |
| Tigger Holdings LLC | 70,000 | 700,000 | 30,000 | | | 800,000 |
| U of J MU Jamestown LLC | 15,000 | 50,000 | | | | 65,000 |
| Vanne Moorhead LLC | 39,000 | 850,000 | | | 300,000 | 1,189,000 |
| West Fargo Dive Bar LLC | 20,000 | | 7,000 | | | 27,000 |
| **Grand Total** | **12,067,346** | **18,632,000** | **447,000** | **9,075,000** | **945,000** | **41,166,346** |

**Fill in this information to identify the case:**

Debtor name    EPIC Companies Midwest, LLC

United States Bankruptcy Court for the:    DISTRICT OF NORTH DAKOTA

Case number (if known)    24-30281

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**  Bank Forward<br>Creditor's Name<br><br>Fargo Branch<br>5650 37th Avenue S<br>Fargo, ND 58104<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>Bank Forward (Collateral for JP Place/Bongards - funds are on hold) | $0.00 | $205,003.31 |

Describe the lien
Security Interest

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $0.00

### Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| ABST Law, P.C.<br>Attn: Michael L. Gust<br>4132 30th Avenue South, Suite 100<br>P.O. Box 10247<br>Fargo, ND 58106-0247 | Line  2.1 | |

**Fill in this information to identify the case:**

Debtor name _____ EPIC Companies Midwest, LLC

United States Bankruptcy Court for the: _____ DISTRICT OF NORTH DAKOTA

Case number (if known) _____ 24-30281

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>Notice Only | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>North Dakota State Tax<br>Commissioner<br>Office of State Tax Commissioner<br>PO Box 5623<br>Bismarck, ND 58506-5623 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>Taxes | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | EPIC Companies Midwest, LLC | Case number (if known) | 24-30281 |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.3**

Priority creditor's name and mailing address
Office of Attorney General
600 East Boulevard Avenue, Dept.
125
Bismarck, ND 58505-0040

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Notice Only

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**3.1**

Nonpriority creditor's name and mailing address
Aaron Chalmers
609 E Sherman Ave, Ste 302
Coeur d Alene, ID 83814

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

$100,000.00

---

**3.2**

Nonpriority creditor's name and mailing address
Alan Goeser
8958 79th Ave NE
Munich, ND 58352

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

$170,211.94

---

**3.3**

Nonpriority creditor's name and mailing address
Anton & Alvera Leier
2200 E Koch Drive Apt 223
Bismarck, ND 58503

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

$10,000.00

---

**3.4**

Nonpriority creditor's name and mailing address
Barry & Gail Olson
5615 County Rd 3
Kindred, ND 58051

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

$65,000.00

---

**3.5**

Nonpriority creditor's name and mailing address
Barry Olson & Terry Olson
5615 County Rd 3
Kindred, ND 58051

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:    Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

$36,000.00

---

| Debtor | EPIC Companies Midwest, LLC | Case number (if known) | 24-30281 |
|---|---|---|---|
| | Name | | |

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00**

Boomtown Enterprises, LLC
Ryan Skarphol
408 20th Ave. SW Suite 101
Minot, ND 58701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Investment Creditor__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$220,000.00**

Brent & Verinda Hill
3605 South Judy Ave.
Sioux Falls, ND 58104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Investment Creditor__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50,000.00**

Brian Berg
135 North Woodcrest Dr
Fargo, ND 58102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Investment Creditor__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200,000.00**

Bruce & Diane Walker
1415 10th St SW
Minot, ND 58701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Investment Creditor__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150,000.00**

Bryan & Susan Thomas
904 25th St. NW
Minot, ND 58703

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Investment Creditor__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,000.00**

Casey Gooch
5336 Highland Drive
Auburn, WA 98092

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Investment Creditor__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00**

Charles Anderson
4927 W. Charleston
Glendale, AZ 85308

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Investment Creditor__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | EPIC Companies Midwest, LLC | Case number (if known) | 24-30281 |
|---|---|---|---|
| | Name | | |

---

**3.13**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250,000.00 |
|---|---|---|
| Craig & Jody Geron<br>3130 40th Ave W<br>West Fargo, ND 58078 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Investment Creditor | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.14**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|
| Craig & Roberta Wiltse<br>13584 68th St. SE<br>Lisbon, ND 58054 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Investment Creditor | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.15**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|
| Craig Gooch<br>5336 Highland Dr<br>Auburn, WA 98092 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Investment Creditor | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.16**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|
| Cullen Insulation Inc<br>Eric Cullen<br>202 15th St N<br>Fargo, ND 58102 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Investment Creditor | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.17**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $115,000.00 |
|---|---|---|
| Curt Christofferson<br>723 7th St. E<br>Napoleon, ND 58561 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Investment Creditor | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.18**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200,000.00 |
|---|---|---|
| Custom Aire<br>Scott Boettner<br>5525 1st Ave. N<br>Grand Forks, ND 58201 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Investment Creditor | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.19**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350,000.00 |
|---|---|---|
| D&D Revocable Living Trust<br>Dave Helland<br>610 1st Ave NW<br>Bowman, ND 58623 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Investment Creditor | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | EPIC Companies Midwest, LLC | Case number (if known) | 24-30281 |
|---|---|---|---|
| | Name | | |

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,000.00**

Dan & Carol Weber
PO Box 297
Casselton, ND 58012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50,000.00**

Daniel Frisch
274 44th Ave. S
Moorhead, MN 56560

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$175,000.00**

Darryl & Charlotte Heim
3559 102 P Ave SW
Dickinson, ND 58601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00**

Dave & Bette Gillis
12 Bighorn Ct
South Barrington, IL 60010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40,000.00**

Dave & Jean Seifert
506 24th Ave. N
Fargo, ND 58102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$55,000.00**

Dave Gehrtz
1687 65th Ave NE
New Rockford, ND 58356

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00**

David & Brenda Feller
700 11th Ave. NE
Minot, ND 58703

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | EPIC Companies Midwest, LLC | Case number (if known) | 24-30281 |
|---|---|---|---|
| | Name | | |

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$258,312.50**

David & Kathleen Drovdal
6117 Heritage Ridge Road
Bismarck, ND 58503

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$67,359.00**

Donna & Michael Klein
6201 121st Ave. SE
Minot, ND 58701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50,000.00**

Duane Foley
2012 Ida May Court
Minot, ND 58703

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50,000.00**

Dwight & Gwen Schmidt
1511 3rd St SE #206
Jamestown, ND 58401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50,000.00**

Earthwork Services
Trent Duda
345 12th Ave NE
West Fargo, ND 58078

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,786,546.12**

ECMW 2023, LLC
Vicki Campbell
400 10th St, SE
West Fargo, ND 58078

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00**

Enderlin Insurance Agency
Walter M. Johnson
302 4th Ave
Enderlin, ND 58051

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | EPIC Companies Midwest, LLC | Case number (if known) | 24-30281 |
|---|---|---|---|
| | Name | | |

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$995,000.00**

EOLA Capital
Vicki Campbell
PO Box 879
Minot, ND 58702

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Investment Creditor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00**

Eric & Sarah Myhre
6731 24th St NE
Sheyenne, ND 58374

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Investment Creditor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$258,312.50**

Gerald & Connie Iverson
10090 9th St NE
Binford, ND 58416

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Investment Creditor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00**

Hal Ross
PO Box 147
Bowbells, ND 58721

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Investment Creditor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00**

Harvey Kadrmas IRA
Luke Leno
401 N 4th St
Bismarck, ND 58501

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Investment Creditor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$119,638.00**

HTG Investments, LLC
Holly Gibb
3212 Crestbrook Court
Prospect, KY 40059

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Investment Creditor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00**

Isabel M. Liska
122 14th Ave E, Unit D
West Fargo, ND 58078

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Investment Creditor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | EPIC Companies Midwest, LLC | | Case number (if known) | 24-30281 |
|---|---|---|---|---|
| | Name | | | |

---

**3.41**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,000.00 |
|---|---|---|
| Isabel M. Liska<br>122 14th Ave E, Unit D<br>West Fargo, ND 58078 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Investment Creditor | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.42**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|
| J&K Legacy LLC<br>Kelly Lessard<br>14811 Co Road 9<br>Grafton, ND 58237 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Investment Creditor | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.43**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,000.00 |
|---|---|---|
| James Schutz<br>6313 13th St N<br>Fargo, ND 58102 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Investment Creditor | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.44**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|
| James. W. Grote, Jr.<br>417 23rd St. NW<br>Minot, ND 58703 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Investment Creditor | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.45**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130,000.00 |
|---|---|---|
| Jamestown Medical Foundation<br>228 13th Ave NE<br>Jamestown, ND 58402 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Investment Creditor | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.46**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250,000.00 |
|---|---|---|
| Jane Merrill<br>6100 Kings View Dr., Unit 202<br>Grand Forks, ND 58201 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Investment Creditor | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.47**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|
| Jean & Dave Seifert<br>506 24th Ave. N<br>Fargo, ND 58102 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Investment Creditor | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | EPIC Companies Midwest, LLC | Case number (if known) | 24-30281 |
|---|---|---|---|
| | Name | | |

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,291.00 |
|---|---|---|---|

Jean Clark
705 13th Ave N Apt 218
Fargo, ND 58102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |
|---|---|---|---|

Jeff Fisk
4864 Blue Bell Loop S
Fargo, ND 58104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

Jeffrey H. McKay
1337 Elm Circle N
Fargo, ND 58102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162,500.00 |
|---|---|---|---|

Jeffrey McKay Descendants Irrevocable Tr
Jeffrey McKay
1337 Elm Circle N
Fargo, ND 58102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

Jessica & Alex Aardahl
72 Valley Bluffs Ct.
Minot, ND 58701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162,500.00 |
|---|---|---|---|

Jim & JoAnn McKay Family Trust
6721 Schelee Court NW
13707 Sewell Ln
Rochester, MN 55901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600,000.00 |
|---|---|---|---|

Jim Johnson
109 Monterey Avenue, #5
Capitola, CA 95010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | EPIC Companies Midwest, LLC | Case number (if known) | 24-30281 |
|---|---|---|---|
| | Name | | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

John Douts
PO Box 425
Powers Lake, ND 58773

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Investment Creditor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

John Hunt
11106 39th St N, Unit A
Lake Elmo, MN 55042

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Investment Creditor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

Jonathan Warrey
1321 Morningside Drive
Casselton, ND 58012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Investment Creditor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

Karen Gooch
5336 Highland Drive
Auburn, WA 98092

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Investment Creditor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

Katherine Pendergast
PO Box 3081
Bismarck, ND 58502

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Investment Creditor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

Katie Breyer
4727 Douglas Dr. S
Fargo, ND 58104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Investment Creditor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250,000.00 |
|---|---|---|---|

Kent & Arlene Bahl
906 Village Ave SE
Minot, ND 58701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Investment Creditor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   __EPIC Companies Midwest, LLC_____   Case number (if known)   __24-30281_____
      Name

| | | |
|---|---|---|
| **3.62** | **Nonpriority creditor's name and mailing address**<br>Kim and Beth Holmes<br>111 North 3rd Street #205<br>Grand Forks, ND 58203<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Investment Creditor_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $426,240.02 |
| **3.63** | **Nonpriority creditor's name and mailing address**<br>Kounovsky Inc.<br>Brian Kounovsky<br>3680 54th St. S<br>Fargo, ND 58104<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Investment Creditor_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $32,686.00 |
| **3.64** | **Nonpriority creditor's name and mailing address**<br>Larry & Candice Dietz<br>4857 Meadow Creek Dr. S<br>Fargo, ND 58104<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Investment Creditor_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $500,000.00 |
| **3.65** | **Nonpriority creditor's name and mailing address**<br>Larry & Candice Dietz - DBA Dietz Proper<br>4857 Meadow Creek Dr. S<br>Fargo, ND 58104<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Investment Creditor_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $250,000.00 |
| **3.66** | **Nonpriority creditor's name and mailing address**<br>Larry & Letitia Johnson<br>603 3rd Ave NE<br>Jamestown, ND 58401<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Investment Creditor_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $140,000.00 |
| **3.67** | **Nonpriority creditor's name and mailing address**<br>Laura & Brian Seifert<br>27 Wood Oaks Drive<br>South Barrington, IL 60010<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Investment Creditor_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $30,000.00 |
| **3.68** | **Nonpriority creditor's name and mailing address**<br>Leroy & Beth Nepstad<br>1320 150th Ave.<br>Hendrum, MN 56550<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Investment Creditor_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $164,837.00 |

Debtor  EPIC Companies Midwest, LLC                              Case number (if known)    24-30281
         Name

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600,000.00 |
|---|---|---|---|

Liudmila Zonina
347 Massol Ave. #302
Los Gatos, CA 95030

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ■ No  ☐ Yes

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112,265.00 |
|---|---|---|---|

Lynne M. Mari
3601 University Dr. S #207
Fargo, ND 58104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ■ No  ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

Marilyn Werre
4206 Timberline Drive S
Fargo, ND 58104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ■ No  ☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,000.00 |
|---|---|---|---|

Mark & Terese Ahmann
9426 Large Court NE
Ostego, MN 55330

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ■ No  ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

Mark McGuigan
3908 21st St. S
Fargo, ND 58104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ■ No  ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,250,000.00 |
|---|---|---|---|

Marla Kulig
3 Glacial Court
Minot, ND 58703

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ■ No  ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

Marshall & Beverly Fulks
709 Bradford
Argyle, MN 56713

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | EPIC Companies Midwest, LLC | Case number (if known) | 24-30281 |
|---|---|---|---|
| | Name | | |

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $120,000.00 |
|---|---|---|---|

Mary Jane & Dale Langseth
3295 100th St South
Glyndon, MN 56547

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20,000.00 |
|---|---|---|---|

Mary Jane Langseth
3295 100th St South
Glyndon, MN 56547

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $40,000.00 |
|---|---|---|---|

Michael & Lauren Gillis
1712 E Camby Lane
Bloomington, IN 47401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $50,000.00 |
|---|---|---|---|

Michael & Susan Nilson
4804 2nd St E
West Fargo, ND 58078

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25,000.00 |
|---|---|---|---|

Michael Myhre
6735 24th St NE
Sheyenne, ND 58374

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $50,000.00 |
|---|---|---|---|

Michael Thompson
192 Haines Dr.
Binford, ND 58416

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $300,000.00 |
|---|---|---|---|

Michelle Charbonneau
2014 7th St W
Dickinson, ND 58601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | EPIC Companies Midwest, LLC | Case number (if known) | 24-30281 |
|---|---|---|---|
| | Name | | |

---

**3.83** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,000.00**

Monica Peterson
214 7th St. SE
Minot, ND 58701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Investment Creditor_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50,000.00**

Mortenson Masonry
Breanne Mortenson
205 Foundation Ave
Glyndon, MN 56547

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Investment Creditor_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150,000.00**

Patricia Steinmetz
1413 7th St. N
Fargo, ND 58102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Investment Creditor_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500,000.00**

Randy & Dorothy Henke
9400 275th Ave. SE
Sawyer, ND 58781

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Investment Creditor_

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50,000.00**

Raoul Brandt
PO Box 327
Stanley, ND 58784

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Investment Creditor_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00**

Raoul K Brandt Trust
Raoul Brandt
PO Box 327
Stanley, ND 58784

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Investment Creditor_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500,000.00**

Raymond Gooch
6538 12th Ave. NW
Seattle, WA 98117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Investment Creditor_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    EPIC Companies Midwest, LLC                          Case number (if known)    24-30281
_____
Name

---

**3.90** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20,000.00

Reed & Jenna Weisenburger
318 2nd St SE
New Rockford, ND 58356

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Investment Creditor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $50,000.00

RGC Properties, Inc.
Ronald Carlson
13111 69th St. SE
Lisbon, ND 58054

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Investment Creditor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25,000.00

Richard Duane Sortland
1105 5th St. NE
Valley City, ND 58072

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Investment Creditor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $150,000.00

Rob & Joleen Heim
2313 8th St. E
Dickinson, ND 58601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Investment Creditor

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100,000.00

Robert & Jennifer Feller
PO Box 157
Surrey, ND 58785

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Investment Creditor

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25,000.00

Robert & Karen Steeves
227 3rd Ave. E
Sherwood, ND 58782

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Investment Creditor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $50,000.00

Robert Gibb
220 8th St. S
Fargo, ND 58103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Investment Creditor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | EPIC Companies Midwest, LLC | Case number (if known) | 24-30281 |
|---|---|---|---|
| | Name | | |

---

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $27,498.52 |
|---|---|---|---|

Robert Hammond
3774 63rd St. SE
Napoleon, ND 58561

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $56,132.44 |
|---|---|---|---|

Robert Krodel
414 14th Ave. W
Williston, ND 58801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $50,000.00 |
|---|---|---|---|

Robert Punton
14628 28th St. SE
Ayr, ND 58007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $82,154.68 |
|---|---|---|---|

Rod or Gitta Goeser
713 Broadway
Buxton, ND 58218

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100,000.00 |
|---|---|---|---|

Scott Erickson
4291 Coventry Drive South
Fargo, ND 58104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $50,000.00 |
|---|---|---|---|

Scott Hoban
35651 210 Ave
Ogema, MN 56569

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $50,000.00 |
|---|---|---|---|

Scott or Pamela Miller
1717 16th St NW
Minot, ND 58703

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | EPIC Companies Midwest, LLC | Case number (if known) | 24-30281 |
|---|---|---|---|
| | Name | | |

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $385,000.00 |
|---|---|---|---|

Second Chance
Bradley Beeter
1541 S Broadway
Minot, ND 58701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Investment Creditor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100,000.00 |
|---|---|---|---|

Shane Larck
PO Box 205
Hope, ND 58046

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Investment Creditor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20,000.00 |
|---|---|---|---|

Sidney & Maragarete Olson
9455 45th Ave NW
Mohall, ND 58761

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Investment Creditor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $50,000.00 |
|---|---|---|---|

Spencer Ray & Jennifer Sue Arne
2560 Highland Rd
Minnetrista, MN 55359

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Investment Creditor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $66,758.83 |
|---|---|---|---|

Steve & Nancy Olson
500 3rd Ave NE
Mohall, ND 58761

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Investment Creditor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $423,675.15 |
|---|---|---|---|

Steve Gehrtz
3620 Grandwood Dr N
Fargo, ND 58102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Investment Creditor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25,000.00 |
|---|---|---|---|

Streyle Masonry, Inc
2435 Skylark Ave
Bismarck, ND 58504

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Investment Creditor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    EPIC Companies Midwest, LLC _____    Case number (if known)    24-30281
　　　　　　Name

---

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $200,000.00 |
|---|---|---|---|

Taracon
Cornelius Wipf
6189 170th S N
Hawley, MN 56549

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** ___Investment Creditor___

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $110,000.00 |
|---|---|---|---|

Todd & Carolyn Berning
2302 10th St W
West Fargo, ND 58078

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** ___Investment Creditor___

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25,000.00 |
|---|---|---|---|

Todd Berning
2302 10th St W
West Fargo, ND 58078

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** ___Investment Creditor___

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $250,000.00 |
|---|---|---|---|

Tom & Becky Hauge
8765 60th Ave. SW
Carson, ND 58529

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** ___Investment Creditor___

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25,000.00 |
|---|---|---|---|

Travis & Taasha Zerface
2638 5th Court West
West Fargo, ND 58078

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** ___Investment Creditor___

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $11,291.23 |
|---|---|---|---|

Travis Klein
6201 121st Ave. SE
Minot, ND 58701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** ___Investment Creditor___

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,000.00 |
|---|---|---|---|

TrayKeen LLC
Todd Berning
2302 10th St W
West Fargo, ND 58078

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** ___Investment Creditor___

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | EPIC Companies Midwest, LLC | Case number *(if known)* | 24-30281 |
|---|---|---|---|
| | Name | | |

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

Troy & Julie Moore
6194 27th Street South
Fargo, ND 58104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Investment Creditor__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

Tyler & Amanda Mack
PO Box 392
Velva, ND 58790

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Investment Creditor__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $410,000.00 |
|---|---|---|---|

Vicki & Pete Campbell
3600 Highview Ave. NW
Minot, ND 58703

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Investment Creditor__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

Wadeson Properties, LLC
Lynn Wadeson
1986 Burlington Drive
West Fargo, ND 58708

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Investment Creditor__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

Walter & Melissa Johnson
PO Box 513
Lisbon, ND 58054

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Investment Creditor__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,680.25 |
|---|---|---|---|

Wayne & Clarissa Brackenbury
PO Box 263
Mohall, ND 58761

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Investment Creditor__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,500.00 |
|---|---|---|---|

Westbrand & Co. FBO Angie Schweitzer
Angie Schweitzer
619 10thAve E
West Fargo, ND 58078

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Investment Creditor__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | EPIC Companies Midwest, LLC | Case number (if known) | 24-30281 |
|---|---|---|---|
| | Name | | |

---

**3.125**

**Nonpriority creditor's name and mailing address**
Westbrand & Co. FBO Ann Marie Schutz S/D
Mark Strand
PO Box 1090
Minot, ND 58702

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

$103,000.00

---

**3.126**

**Nonpriority creditor's name and mailing address**
Westbrand & Co. FBO Brendan Boe
Kailey Boraas
PO Box 1090
Minot, ND 58702

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

$50,000.00

---

**3.127**

**Nonpriority creditor's name and mailing address**
Westbrand & Co. FBO Daniel Todd S/D IRA
Kailey Boraas
PO Box 1090
Minot, ND 58702

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

$40,000.00

---

**3.128**

**Nonpriority creditor's name and mailing address**
Westbrand & Co. FBO Edith Prentice
Edith H Prentice
1511 3rd St SE #205
Jamestown, ND 58401

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

$250,000.00

---

**3.129**

**Nonpriority creditor's name and mailing address**
Westbrand & Co. FBO Kimberly Carlson S/D
Kimberly Carlson
745 31st Ave E #407
West Fargo, ND 58078

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

$20,000.00

---

**3.130**

**Nonpriority creditor's name and mailing address**
Westbrand & Co. FBO Laura Boe Roth IRA
Kailey Boraas
PO Box 1090
Minot, ND 58702

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

$50,000.00

---

**3.131**

**Nonpriority creditor's name and mailing address**
Westbrand & Co. FBO Myron Schapp S/D IRA
Myron Schapp
201 Prairiewood Drive S Unit C
Fargo, ND 58103

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ■ No ☐ Yes

$65,000.00

---

| Debtor | EPIC Companies Midwest, LLC | Case number (if known) | 24-30281 |
| --- | --- | --- | --- |
| | Name | | |

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110,000.00 |
| --- | --- | --- | --- |

Westbrand & Co. FBO Nadine Schutz S/D IR
Nadine Schutz
9039 Parkside Dr
Woodbury, MN 55125

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Investment Creditor

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
| --- | --- | --- | --- |

Westbrand & Co. FBO Richard Gleason Bene
Richard Gleason
67 Rosemary ST
Denver, CO 80230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Investment Creditor

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
| --- | --- | --- | --- |

Westbrand & Co. FBO Teresa Brackenbury L
Teresa Brackenbury Leier
320 32nd West Ave W #302
West Fargo, ND 58078

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Investment Creditor

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.1 | SW&L Attorneys<br>Attn: Lee Grossman<br>4627 44th Avenue S Suite 108<br>Fargo, ND 58104 | Line  3.31<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Tschider & Smith<br>2005 N. Kavaney Drive Suite 100<br>PO Box 754<br>Bismarck, ND 58502 | Line  3.1<br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
| --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.  + $ | 18,707,390.18 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 18,707,390.18 |

**Fill in this information to identify the case:**

Debtor name ___EPIC Companies Midwest, LLC___

United States Bankruptcy Court for the: ___DISTRICT OF NORTH DAKOTA___

Case number (if known) ___24-30281___

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

| Fill in this information to identify the case: |
|---|

Debtor name     EPIC Companies Midwest, LLC

United States Bankruptcy Court for the:    DISTRICT OF NORTH DAKOTA

Case number (if known)    24-30281

☐ Check if this is an
     amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Greenfield Commons | PO Box 879<br>Minot, ND 58702 | Earthwork Services | ☐ D _____<br>■ E/F ___3.31___<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   EPIC Companies Midwest, LLC

United States Bankruptcy Court for the:   DISTRICT OF NORTH DAKOTA

Case number (if known)   24-30281

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2024 to Filing Date | ☐ Operating a business<br>■ Other   Interest | $616,583.01 |
| For prior year:<br>From  1/01/2023 to 12/31/2023 | ☐ Operating a business<br>■ Other   Interest | $1,302,437.07 |
| For year before that:<br>From  1/01/2022 to 12/31/2022 | ☐ Operating a business<br>■ Other   Interest | $1,193,194.48 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor   EPIC Companies Midwest, LLC                                                          Case number (if known)  24-30281

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.   Kent & Arlene Bahl<br>906 Village Ave SE<br>Minot, ND 58701 | Within the last<br>90 days | $51,395.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _Investor_ |
| 3.2.   North Dakota Street Rod Association<br>Kolynne Speer<br>21423 190th Ave N<br>Ulen, MN 56585 | Within the last<br>90 days | $15,062.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _Investor_ |
| 3.3.   William & Ginger Quam<br>9710 107th Ave SE<br>Minot, ND 58701 | Within the last<br>90 days | $50,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _Investor_ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   Beacon Landholdings LLC<br>5630 34th Ave S Ste 120<br>Fargo, ND 58104<br>Borrower | Within the last<br>year | $70,000.00 | NR Advance |
| 4.2.   Boulevard Square III, LLC<br>400 10th St SE<br>Minot, ND 58701<br>Borrower | Within the last<br>year | $19,600.00 | NR Advance |
| 4.3.   Craig & Jody Geron<br>3130 40th Ave W<br>West Fargo, ND 58078<br>Investor | Within the last<br>year | $54,538.00 | Interest Payment |
| 4.4.   Dave & Jean Seifert<br>506 24th Ave. N<br>Fargo, ND 58102<br>Investor | Within the last<br>year | $54,083.00 | Interest Payment |
| 4.5.   EOLA Capital<br>Vicki Campbell<br>PO Box 879<br>Minot, ND 58702<br>Related Entity | Within the last<br>year | $63,708.00 | Interest Payment |

Debtor    EPIC Companies Midwest, LLC    Case number *(if known)*   24-30281

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.6.  EPIC Companies Midwest, LLC<br>400 10th Street SE<br>Minot, ND 58701-4908<br>Related Entity | Within the last year | $9,800.00 | Interest Payment |
| 4.7.  JP Place LLC<br>4525 Park Commons Drive<br>St. Louis Park, MN 55416<br>Borrower | Within the last year | $60,000.00 | NR Advance |
| 4.8.  Lonnie & Mary Hass<br>1909 9th St N<br>Fargo, ND 58102<br>Investor | Within the last year | $24,238.00 | Interest Payment |
| 4.9.  LTC The Lincoln LLC<br>400 10th St SE<br>Minot, ND 58701<br>Borrower | Within the last year | $10,000.00 | NR Advance |
| 4.10·  Marla Kulig<br>3 Glacial Court<br>Minot, ND 58703<br>Investor | Within the last year | $87,875.00 | Unsecured Loan Repayment |
| 4.11·  Mary Berning<br>1223 15th Avenue SW<br>Minot, ND 58701<br>Investor | Within the last year | $31,750.00 | Transfer to REIT |
| 4.12·  Robert & Tracy Haugone<br>305 14th St E<br>Williston, ND 58801<br>Investor | Within the last year | $100,000.00 | Transferred to The Wave |
| 4.13·  SHC, Inc<br>PO Box 746<br>Minot, ND 58702<br>Vendor | Within the last year | $7,625.00 | Services |
| 4.14·  Steve Gehrtz<br>3620 Grandwood Dr N<br>Fargo, ND 58102<br>Investor | Within the last year | $21,184.00 | Interest Payment |
| 4.15·  The Wave by EPIC LLC<br>400 10th St SE<br>Minot, ND 58701<br>Borrower | Within the last year | $400,000.00 | NR Advance |
| 4.16·  Vicki & Pete Campbell<br>3600 Highview Ave. NW<br>Minot, ND 58703<br>Investor | Within the last year | $23,917.00 | Interest Payment |
| 4.17·  Wagner LLP<br>134 5th Ave<br>Spring Lake, MN 56680<br>Investor | Within the last year | $70,350.00 | Unsecured Loan Repayment |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at

| Debtor | EPIC Companies Midwest, LLC | Case number *(if known)* 24-30281 |
|---|---|---|

a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:  Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Earthwork Services, Inc. v. Greenfield Commons, LLC and Epic Companies Midwest, LLC | Contract | Burleigh County District Court 514 E Tayler Avenue Bismarck, ND 58501 | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:  Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:  Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:  Certain Payments or Transfers

11. **Payments related to bankruptcy**

| Debtor | EPIC Companies Midwest, LLC | Case number *(if known)* 24-30281 |

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Fredrikson & Byron, P.A. 60 S 6th Street, Suite 1500 Minneapolis, MN 55402 | | June & July 2024 See Fredrikson's Application to Employ | $58,850.00 |
| | **Email or website address** www.fredlaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | Lighthouse Management Group 900 Long Lake Rd Ste 180 New Brighton, MN 55112 | | June and July 2024 | $70,000.00 |
| | **Email or website address** www.lighthousemanagement.com/ | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | *To be determined* | Still reviewing Debtor's books and records and will amend SOFA at a later date if any transfers occured during this timeframe | | Unknown |
| | **Relationship to debtor** | | | |

| **Part 7:** | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor _____EPIC Companies Midwest, LLC_____    Case number *(if known)* 24-30281

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
|  |  |

## Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
|  |  |  |

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

Names, addresses, private information of investors

Does the debtor have a privacy policy about that information?
■ No
☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
|  |  |  |  |  |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
|  |  |  |  |

| Debtor | EPIC Companies Midwest, LLC | Case number *(if known)* | 24-30281 |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| **Part 12:** | **Details About Environment Information** |

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

Debtor   EPIC Companies Midwest, LLC                                    Case number (if known)   24-30281

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | Britta Renner<br>1579 72nd Ave S<br>Fargo, ND 58104 | 7/13/2020 - 5/15/2024 |
| 26a.2. | Sadie Boeckel<br>627 33rd Ave W Apt 101<br>West Fargo, ND 58078 | 1/11/2023 - 5/31/2024 |
| 26a.3. | Tanya Senechal<br>4574 4th Ave NE<br>Balfour, ND 58712 | 9/14/2022 - 5/31/2024 |
| 26a.4. | Vicki Campbell<br>3600 Highview Ave. NW<br>Minot, ND 58703 | 2/28/2019 - 5/31/2024 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | Britta Renner<br>1579 72nd Ave S<br>Fargo, ND 58104 | 7/13/2020 - 5/15/2024 |
| | **Name and address** | **Date of service From-To** |
| 26b.2. | Sadie Boeckel<br>627 33rd Ave W Apt 101<br>West Fargo, ND 58078 | 1/11/2023 5/31/2024 |
| | **Name and address** | **Date of service From-To** |
| 26b.3. | Tanya Senechal<br>4574 4th Ave NE<br>Balfour, ND 58712 | 9/14/22 - 5/31/24 |
| | **Name and address** | **Date of service From-To** |
| 26b.4. | Vicki Campbell<br>3600 Highview Ave. NW<br>Minot, ND 58703 | 2/28/2019 - 5/31/24 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

| Debtor | EPIC Companies Midwest, LLC | Case number *(if known)* | 24-30281 |

☐ None

| Name and address | |
|---|---|
| 26d.1. | North Dakota Securities Departmetnt<br>State Capitol, 600 E Boulevard Ave<br>14th Floor<br>Bismarck, ND 58505 |

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Todd Berning | 2302 10th St W<br>West Fargo, ND 58078 | President | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Bill Leier | 320 32nd Ave W #302<br>West Fargo, ND 58078 | Vice President | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Vicki Campbell | 3600 Highview Ave. NW<br>Minot, ND 58703 | Secretary | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brian Kounovsky | 3680 54th Street S<br>Fargo, ND 58104 | Treasurer | 0% |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

### 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No

☐ Yes. Identify below.

Debtor    EPIC Companies Midwest, LLC                                    Case number *(if known)*  24-30281

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 22, 2024

/s/ Patrick Finn                                     Patrick Finn
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    Chief Restructuring Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**United States Bankruptcy Court**
**District of North Dakota**

In re    EPIC Companies Midwest, LLC

Debtor(s)

Case No.    24-30281

Chapter    11

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| -NONE- | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    July 22, 2024

Signature    /s/ Patrick Finn

Patrick Finn

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders