UNITED STATES BANKRUPTCY COURT
DISTRICT COURT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Jointly Administered Under: 24-30281 Chapter 11 |
| EPIC Companies Midwest, LLC, | 24-30281 |
| EPIC Companies Midwest 2023, LLC, | 24-30282 |
| EPIC Employee, LLC, | 24-30283 |
| EOLA Capital, LLC, and | 24-30284 |
| EC West Fargo, LLC, | 24-30285 |
| Debtors. | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that pursuant to Rule 9010 of the Bankruptcy Rules, Beth Holmes is a party in interest and hereby appears in this case.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned requests that all notices and papers specified by that Rule, pursuant to Rule 9010 of the Bankruptcy Rules, all other notices given or required to be given in this case and all papers served or required to be served in this case be give to and served upon:

> Douglas A. Christensen
> Pearson Christensen, PLLP
> 24 N. Fourth St.
> Grand Forks, ND 58203
> (701) 775-0521
> dougc@grandforkslaw.com

Pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes, without limitation, the notices and papers referred to in Rule 2002 of the Bankruptcy Rules, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or

petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, or otherwise.

Dated:  July 25, 2024

                                            Pearson and Christensen, PLLP

/s/ Douglas A. Christensen_____
Douglas A. Christensen (ND Bar # 02991)
24 N. Fourth St.
Grand Forks, ND 58203
(218) 791-4764 (cell)
(701) 775-0521 (office)
dougc@grandforkslaw.com
ATTORNEY FOR BETH HOLMES

**CERTIFICATE OF SERVICE**

**IT IS HEREBY CERTIFIED** that service of the **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** was filed electronically on July 25, 2024, by ECF and that service will be made electronically on all those registered to receive service through that system.

Dated this 25th of July, 2024.

        Pearson and Christensen, PLLP

        /s/ Douglas A. Christensen
        Douglas A. Christensen (ND Bar # 02991)
        24 N. Fourth St.
        Grand Forks, ND 58203
        (218) 791-4764 (cell)
        (701) 775-0521 (office)
        dougc@grandforkslaw.com
        ATTORNEY FOR BETH HOLMES