**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC,<br>EPIC Companies Midwest 2023, LLC,<br>EPIC Employee, LLC,<br>EOLA Capital, LLC, and<br>EC West Fargo, LLC, | Bankruptcy No. 24-30281<br>Bankruptcy No. 24-30282<br>Bankruptcy No. 24-30283<br>Bankruptcy No. 24-30284<br>Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

**ORDER AUTHORIZING THE RETENTION OF LIGHTHOUSE MANAGEMENT GROUP UNDER 11 U.S.C. § 363 AS THE DEBTORS' CHIEF RESTRUCTURING OFFICER**

Debtors filed a Motion for an Order Authorizing the Retention of Lighthouse Management Group Under 11 U.S.C. § 363 as the Debtor's Chief Restructuring Officer [Doc. 10]. Pursuant to the notice of the Motion [Doc. 16], objections to the Motion were due by July 30, 2024.

Debtors served notice of the Motion. The Court received no objections to the Motion. Based upon the Motion and the Declaration of Patrick Finn [Doc. 6], the Court finds that the retention of Lighthouse Management Group ("Lighthouse") as Debtors' Chief Restructuring Officer ("CRO") is an exercise of sound business judgment. Therefore,

**IT IS ORDERED** that Debtors are authorized to retain and employ Lighthouse as the Debtors' CRO to provide management and assistance to the Debtors in accordance with the terms and conditions in the Consulting Agreement, attached to the Motion as **Exhibit A**.

Dated: July 31, 2024.

Shon Hastings

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT