**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | Jointly Administered |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

**AMENDED ORDER AUTHORIZING THE RETENTION OF LIGHTHOUSE MANAGEMENT GROUP AS THE DEBTORS' CHIEF RESTRUCTURING OFFICER**

Debtors filed a Motion for an Order Authorizing the Retention of Lighthouse Management Group Under 11 U.S.C. § 363 as the Debtor's Chief Restructuring Officer [Doc. 10]. Pursuant to the notice of the Motion [Doc. 16], objections to the Motion were due by July 30, 2024.

Debtors served notice of the Motion. The Court received no objections to the Motion. Based upon the Motion and the Declaration of Patrick Finn [Doc. 6], the Court finds that the retention of Lighthouse Management Group ("Lighthouse") as the Debtors' Chief Restructuring Officer ("CRO") is within the sound business judgment of the Debtors.

For the reasons stated on the record at a hearing on August 14, 2024, the Court finds that Lighthouse is a professional property retained under 11 U.S.C. § 327. Accordingly,

**IT IS ORDERED** that Debtors are authorized to retain and employ Lighthouse under section 327 as Debtors' CRO to provide management and assistance to the Debtors in accordance with the terms and conditions set forth in the Consulting Agreement, which was attached to the Motion as **Exhibit A**.

Dated: August 14, 2024.

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT