Rev. 12/15

# UNITED STATES BANKRUPTCY COURT
District of North Dakota

IN RE:

EPIC Companies Midwest, LLC

**Bankruptcy No:** 24-30281
**Chapter:** 11

Debtor(s)

# AMENDMENT COVER SHEET

**Schedules and Statements Amended (check all that apply):**

- [ ] **Voluntary Petition (describe change)** _____
- [ ] **Summary of  Assets and Schedules and Liabilities and Certain Statistical Information**
- [ ] **Schedule A/B - Property**
- [ ] **Schedule C - The Property You Claim as Exempt**
- [ ] **Schedule D - Creditors Who Hold Claims Secured By Property**
- [x] **Schedule E/F - Creditors Who Have Unsecured Claims**
- [ ] **Schedule G - Executory Contracts and Unexpired Leases**
- [ ] **Schedule H - Codebtors**
- [ ] **Schedule I - Your Income**
- [ ] **Schedule J - Your Expenses**
- [ ] **Declaration Concerning Schedules**
- [ ] **Statement of Financial Affairs**
- [ ] **Attorney's Disclosure of Compensation**
- [ ] **Statement of Intention for Individuals Filing Under Chapter 7**
- [ ] **Statement of Current Monthly Income**
- [ ] **Other** _____

**If amending schedules D or E/F, the amendment is to:**

- [ ] **Add new creditor(s)** *(Notice to Creditor(s) of Amended Schedules(s)* **must be served and filed)**
- [x] **Correct or Delete Information**

**Describe changes made:** Corrections to names and addresses of investment creditors on Schedule F.
**(Examples:   Added or Reclassified Creditor "X"; Add or modified exempt property "X")**

## <u>DECLARATION</u>

I certify under penalty of perjury that the foregoing is true and correct, and that the attached amendments are true and correct.

DATED: <u>August 16, 2024</u>          **Signature**   */s/ Patrick Finn*

Patrick Finn, Lighthouse Management Group, Inc.,
Chief Restructuring Officer of the Debtor
**Debtor1**

_____

**Debtor2**

**Fill in this information to identify the case:**

Debtor name      EPIC Companies Midwest, LLC

United States Bankruptcy Court for the:   DISTRICT OF NORTH DAKOTA

Case number (if known)   24-30281

☒ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| Part 1: | **Summary of Assets** |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................   $              0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................   $       19,092,484.14

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................   $       19,092,484.14

---

| Part 2: | **Summary of Liabilities** |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $              0.00

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................   $              0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................   +$      18,707,390.18

4.  **Total liabilities** ..............................................................................................................
    Lines 2 + 3a + 3b                                                                                                                   $       18,707,390.18

**Fill in this information to identify the case:**

Debtor name EPIC Companies Midwest, LLC

United States Bankruptcy Court for the: DISTRICT OF NORTH DAKOTA

Case number (if known) 24-30281

☒ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

 ☐ No. Go to Part 2.

 ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>Notice Only | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>North Dakota State Tax Commissioner<br>Office of State Tax Commissioner<br>PO Box 5623<br>Bismarck, ND 58506-5623 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>Taxes | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

Debtor    **EPIC Companies Midwest, LLC**                                    Case number (if known)    **24-30281**
          Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |

**2.3**

Priority creditor's name and mailing address
Office of Attorney General
600 East Boulevard Avenue, Dept. 125
Bismarck, ND 58505-0040

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Notice Only

Is the claim subject to offset?
☒ No
☐ Yes

$0.00    $0.00

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.**    List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**

**Nonpriority creditor's name and mailing address**
Aaron Chalmers
609 E Sherman Ave, Ste 302
Coeur d Alene, ID 83814

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset?  ☒ No  ☐ Yes

$100,000.00

---

**3.2**

**Nonpriority creditor's name and mailing address**
Alan Goeser
8958 79th Ave NE
Munich, ND 58352

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset?  ☐ No  ☐ Yes

$170,211.94

---

**3.3**

**Nonpriority creditor's name and mailing address**
Anton & Alvera Leier
2200 E Koch Drive Apt 223
Bismarck, ND 58503

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset?  ☐ No  ☐ Yes

$10,000.00

---

**3.4**

**Nonpriority creditor's name and mailing address**
Barry & Gail Olson
5615 County Rd 3
Kindred, ND 58051

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset?  ☒ No  ☐ Yes

$65,000.00

---

**3.5**

**Nonpriority creditor's name and mailing address**
Barry Olson & Terry Olson
5615 County Rd 3
Kindred, ND 58051

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset?  ☒ No  ☐ Yes

$36,000.00

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 2 of 22

| Debtor | EPIC Companies Midwest, LLC | Case number (if known) | 24-30281 |
|---|---|---|---|
| | Name | | |

---

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|
| Boomtown Enterprises, LLC<br>Ryan Skarphol<br>408 20th Ave. SW Suite 101<br>Minot, ND 58701 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** Investment Creditor | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $220,000.00 |
|---|---|---|
| Brent & Verinda Hill<br>3605 South Judy Ave.<br>Sioux Falls, ND 58104 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** Investment Creditor | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|
| Brian Berg<br>135 North Woodcrest Dr<br>Fargo, ND 58102 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** Investment Creditor | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200,000.00 |
|---|---|---|
| Bruce & Diane Walker<br>1415 10th St SW<br>Minot, ND 58701 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** Investment Creditor | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.10**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150,000.00 |
|---|---|---|
| ~~Bryan & Susan Thomas~~<br>Bryan D. & Susan L. Thomas<br>904 25th St. NW<br>Minot, ND 58703 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** Investment Creditor | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.11**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|
| Casey Gooch<br>5336 Highland Drive<br>Auburn, WA 98092 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** Investment Creditor | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.12**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|
| ~~Charles Anderson~~<br>Charles R. Anderson<br>4927 W. Charleston<br>Glendale, AZ 85308 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** Investment Creditor | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| Debtor | EPIC Companies Midwest, LLC | Case number (if known) | 24-30281 |
|--------|-----------------------------|------------------------|----------|
| | Name | | |

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $250,000.00 |
|------|------|------|------|
| | Craig & Jody Geron<br>3130 40th Ave W<br>West Fargo, ND 58078 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Investment Creditor | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $100,000.00 |
|------|------|------|------|
| | Craig & Roberta Wiltse<br>13584 68th St. SE<br>Lisbon, ND 58054 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Investment Creditor | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $50,000.00 |
|------|------|------|------|
| | Craig Gooch<br>5336 Highland Dr<br>Auburn, WA 98092 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Investment Creditor | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25,000.00 |
|------|------|------|------|
| | Cullen Insulation Inc<br>Eric Cullen<br>202 15th St N<br>Fargo, ND 58102 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Investment Creditor | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $115,000.00 |
|------|------|------|------|
| | Curt Christofferson<br>723 7th St. E<br>Napoleon, ND 58561 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Investment Creditor | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $200,000.00 |
|------|------|------|------|
| | Custom Aire<br>Scott Boettner<br>5525 1st Ave. N<br>Grand Forks, ND 58201 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Investment Creditor | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $350,000.00 |
|------|------|------|------|
| | D&D Revocable Living Trust<br>Dave Helland<br>610 1st Ave NW<br>Bowman, ND 58623 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Investment Creditor | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

Debtor    **EPIC Companies Midwest, LLC**                                      Case number *(if known)*    24-30281
_____
Name

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25,000.00 |
|---|---|---|---|

Dan & Carol Weber
PO Box 297
Casselton, ND 58012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** _Investment Creditor_

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $50,000.00 |
|---|---|---|---|

Daniel Frisch
274 44th Ave. S
Moorhead, MN 56560

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** _Investment Creditor_

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $175,000.00 |
|---|---|---|---|

Darryl & Charlotte Heim
3559 102 P Ave SW
Dickinson, ND 58601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** _Investment Creditor_

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $30,000.00 |
|---|---|---|---|

Dave & Bette Gillis
12 Bighorn Ct
South Barrington, IL 60010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** _Investment Creditor_

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $40,000.00 |
|---|---|---|---|

Dave & Jean Seifert
506 24th Ave. N
Fargo, ND 58102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** _Investment Creditor_

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $55,000.00 |
|---|---|---|---|

Dave Gehrtz
1687 65th Ave NE
New Rockford, ND 58356

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** _Investment Creditor_

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $30,000.00 |
|---|---|---|---|

David & Brenda Feller
700 11th Ave. NE
Minot, ND 58703

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** _Investment Creditor_

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $258,312.50 |
|---|---|---|---|

David & Kathleen Drovdal
6117 Heritage Ridge Road
Bismarck, ND 58503

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** _Investment Creditor_

Is the claim subject to offset? ☒ No   ☐ Yes

---

Debtor   **EPIC Companies Midwest, LLC** _____   Case number (if known) __24-30281__
_____ Name

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $67,359.00 |

Donna & Michael Klein
6201 121st Ave. SE
Minot, ND 58701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Investment Creditor

**Last 4 digits of account number** _    Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $50,000.00 |

Duane Foley
2012 Ida May Court
Minot, ND 58703

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Investment Creditor

**Last 4 digits of account number** _    Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $50,000.00 |

Dwight & Gwen Schmidt
1511 3rd St SE #206
Jamestown, ND 58401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Investment Creditor

**Last 4 digits of account number** _    Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $50,000.00 |

Earthwork Services
Trent Duda
345 12th Ave NE
West Fargo, ND 58078

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Investment Creditor

**Last 4 digits of account number** _    Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,786,546.12 |

ECMW 2023, LLC
Vicki Campbell
400 10th St, SE
West Fargo, ND 58078

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Investment Creditor

**Last 4 digits of account number** _    Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $30,000.00 |

~~Enderlin Insurance Agency~~
Enderlin Insurance Agency, LLC
Walter M. Johnson
302 4th Ave
Enderlin, ND 58051

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Investment Creditor

**Last 4 digits of account number** _    Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $995,000.00 |

~~EOLA Capital~~
EOLA Capital, LLC
Vicki Campbell
PO Box 879
Minot, ND 58702

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Investment Creditor

**Last 4 digits of account number** _    Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | EPIC Companies Midwest, LLC | | Case number (if known) | 24-30281 |
|---|---|---|---|---|
| | Name | | | |

---

**3.35**

**Nonpriority creditor's name and mailing address**
~~Eric & Sarah Myhre~~
Eric & Sara Myhre
6731 24th St NE
Sheyenne, ND 58374

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ☒ No  ☐ Yes

$100,000.00

---

**3.36**

**Nonpriority creditor's name and mailing address**
Gerald & Connie Iverson
10090 9th St NE
Binford, ND 58416

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ☒ No  ☐ Yes

$258,312.50

---

**3.37**

**Nonpriority creditor's name and mailing address**
Hal Ross
PO Box 147
Bowbells, ND 58721

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ☒ No  ☐ Yes

$100,000.00

---

**3.38**

**Nonpriority creditor's name and mailing address**
Harvey Kadrmas IRA
Luke Leno
401 N 4th St
Bismarck, ND 58501

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ☒ No  ☐ Yes

$50,000.00

---

**3.39**

**Nonpriority creditor's name and mailing address**
HTG Investments, LLC
Holly Gibb
3212 Crestbrook Court
Prospect, KY 40059

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ☒ No  ☐ Yes

$119,638.00

---

**3.40**

**Nonpriority creditor's name and mailing address**
Isabel M. Liska
122 14th Ave E, Unit D
West Fargo, ND 58078

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ☒ No  ☐ Yes

$100,000.00

---

**3.41**

**Nonpriority creditor's name and mailing address**
Isabel M. Liska
122 14th Ave E, Unit D
West Fargo, ND 58078

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ☒ No  ☐ Yes

$35,000.00

---

| Debtor | EPIC Companies Midwest, LLC | Case number (if known) | 24-30281 |
|---|---|---|---|
| | Name | | |

---

**3.42** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $100,000.00

~~J&K Legacy LLC~~
~~Kelly Lessard~~
~~14811 Co Road 9~~
~~Grafton, ND 58237~~

J&K Legacy LLC
Kelly A. Lessard
1025 West 15th Street
Grafton, ND 58237

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $35,000.00

James Schutz
6313 13th St N
Fargo, ND 58102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $10,000.00

James. W. Grote, Jr.
417 23rd St. NW
Minot, ND 58703

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $130,000.00

Jamestown Medical Foundation
~~228 13th Ave NE~~
~~Jamestown, ND 58402~~

Jamestown Medical Foundation
Jim Boatman
PO Box 484
Jamestown, ND 58402

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $250,000.00

Jane Merrill
6100 Kings View Dr., Unit 202
Grand Forks, ND 58201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $10,000.00

Jean & Dave Seifert
506 24th Ave. N
Fargo, ND 58102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | EPIC Companies Midwest, LLC | Case number (if known) | 24-30281 |
|---|---|---|---|
| | Name | | |

---

**3.48** | **Nonpriority creditor's name and mailing address** | | $11,291.00

~~Jean Clark~~
~~705 13th Ave N Apt 218~~
~~Fargo, ND 58102~~

Jean Clark
705 13th Ave N Apt 214
Fargo, ND 58102

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | | $200,000.00

Jeff Fisk
4864 Blue Bell Loop S
Fargo, ND 58104

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | | $50,000.00

Jeffrey H. McKay
1337 Elm Circle N
Fargo, ND 58102

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | | $162,500.00

Jeffrey McKay Descendants Irrevocable Tr
Jeffrey McKay
1337 Elm Circle N
Fargo, ND 58102

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | | $50,000.00

~~Jessica & Alex Aardahl~~
Alex & Jessica Aardahl
72 Valley Bluffs Ct.
Minot, ND 58701

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | | $162,500.00

~~Jim & JoAnn McKay Family Trust~~
~~13707 Sewell Ln~~
~~Rochester, MN 55901~~

Jim & JoAnn McKay Family Trust fbo Julie
McKay Ganskop
Julie Ganskop
6721 Schelee Court NW
Rochester, MN 55901

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ☒ No   ☐ Yes

---

Debtor    **EPIC Companies Midwest, LLC**                     Case number (if known)    24-30281
_____
Name

---

**3.54**

**Nonpriority creditor's name and mailing address**
Jim Johnson
109 Monterey Avenue, #5
Capitola, CA 95010

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset?  ☒ No   ☐ Yes

$600,000.00

---

**3.55**

**Nonpriority creditor's name and mailing address**
John Douts
PO Box 425
Powers Lake, ND 58773

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset?  ☒ No   ☐ Yes

$100,000.00

---

**3.56**

**Nonpriority creditor's name and mailing address**
John Hunt
11106 39th St N, Unit A
Lake Elmo, MN 55042

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset?  ☒ No   ☐ Yes

$5,000.00

---

**3.57**

**Nonpriority creditor's name and mailing address**
Jonathan Warrey
1321 Morningside Drive
Casselton, ND 58012

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset?  ☒ No   ☐ Yes

$50,000.00

---

**3.58**

**Nonpriority creditor's name and mailing address**
Karen Gooch
5336 Highland Drive
Auburn, WA 98092

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset?  ☒ No   ☐ Yes

$50,000.00

---

**3.59**

**Nonpriority creditor's name and mailing address**
Katherine Pendergast
PO Box 3081
Bismarck, ND 58502

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset?  ☒ No   ☐ Yes

$5,000.00

---

**3.60**

**Nonpriority creditor's name and mailing address**
Katie Breyer
4727 Douglas Dr. S
Fargo, ND 58104

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset?  ☒ No   ☐ Yes

$50,000.00

---

Debtor **EPIC Companies Midwest, LLC** _____   Case number (if known) __24-30281__
        Name

---

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $250,000.00 |

~~Kent & Arlene Bahl~~
~~906 Village Ave SE~~
~~Minot, ND 58701~~

Kent & Alene Bahl
Attn: Alene Bahl
906 Village Ave SE
Minot, ND 58701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __   **Basis for the claim:** __Investment Creditor__

**Last 4 digits of account number** __   Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $426,240.02 |

Kim and Beth Holmes
111 North 3rd Street #205
Grand Forks, ND 58203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __   **Basis for the claim:** __Investment Creditor__

**Last 4 digits of account number** __   Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $32,686.00 |

Kounovsky Inc.
Brian Kounovsky
3680 54th St. S
Fargo, ND 58104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __   **Basis for the claim:** __Investment Creditor__

**Last 4 digits of account number** __   Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $500,000.00 |

Larry & Candice Dietz
4857 Meadow Creek Dr. S
Fargo, ND 58104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __   **Basis for the claim:** __Investment Creditor__

**Last 4 digits of account number** __   Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $250,000.00 |

~~Larry & Candice Dietz   DBA Dietz Proper~~
Dietz Properties, LLC
4857 Meadow Creek Dr. S
Fargo, ND 58104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __   **Basis for the claim:** __Investment Creditor__

**Last 4 digits of account number** __   Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $140,000.00 |

Larry & Letitia Johnson
603 3rd Ave NE
Jamestown, ND 58401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __   **Basis for the claim:** __Investment Creditor__

**Last 4 digits of account number** __   Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $30,000.00 |

~~Laura & Brian Seifert~~
Brian & Laura Seifert
27 Wood Oaks Drive
South Barrington, IL 60010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __   **Basis for the claim:** __Investment Creditor__

**Last 4 digits of account number** __   Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor __EPIC Companies Midwest, LLC_____     Case number (if known) __24-30281_____
　　　　　Name

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $164,837.00 |

Leroy & Beth Nepstad
1320 150th Ave.
Hendrum, MN 56550

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Investment Creditor__

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $600,000.00 |

~~Liudmila Zonina~~
~~347 Massol Ave. #302~~
~~Los Gatos, CA 95030~~

Liudmila Zonina
109 Monterey Avenue, #5
Capitola, CA 95010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Investment Creditor__

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $112,265.00 |

Lynne M. Mari
3601 University Dr. S #207
Fargo, ND 58104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Investment Creditor__

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $50,000.00 |

Marilyn Werre
4206 Timberline Drive S
Fargo, ND 58104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Investment Creditor__

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $35,000.00 |

Mark & Terese Ahmann
9426 Large Court NE
Ostego, MN 55330

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Investment Creditor__

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25,000.00 |

Mark McGuigan
3908 21st St. S
Fargo, ND 58104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Investment Creditor__

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,250,000.00 |

Marla Kulig
3 Glacial Court
Minot, ND 58703

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Investment Creditor__

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **EPIC Companies Midwest, LLC**                    Case number (if known)   24-30281
_____Name_____

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $50,000.00 |

Marshall & Beverly Fulks
709 Bradford
Argyle, MN 56713

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  Investment Creditor 

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $120,000.00 |

Mary Jane & Dale Langseth
3295 100th St South
Glyndon, MN 56547

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  Investment Creditor 

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $20,000.00 |

Mary Jane Langseth
3295 100th St South
Glyndon, MN 56547

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  Investment Creditor 

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $40,000.00 |

~~Michael & Lauren Gillis~~
~~1712 E Camby Lane~~
~~Bloomington, IN 47401~~

Michael & Lauren Gillis
2822 Sweet Ridge Street
Tallahassee, FL 32308

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  Investment Creditor 

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $50,000.00 |

Michael & Susan Nilson
4804 2nd St E
West Fargo, ND 58078

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  Investment Creditor 

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25,000.00 |

Michael Myhre
6735 24th St NE
Sheyenne, ND 58374

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  Investment Creditor 

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $50,000.00 |

~~Michael Thompson~~
Michael & Jill Thompson
192 Haines Dr.
Binford, ND 58416

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  Investment Creditor 

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor    **EPIC Companies Midwest, LLC**                    Case number (*if known*)    24-30281
_____                                        _____
Name

| | | |
|---|---|---|

**3.82**

**Nonpriority creditor's name and mailing address**
Michelle Charbonneau
2014 7th St W
Dickinson, ND 58601

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ☒ No ☐ Yes

$300,000.00

---

**3.83**

**Nonpriority creditor's name and mailing address**
Monica Peterson
214 7th St. SE
Minot, ND 58701

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ☒ No ☐ Yes

$25,000.00

---

**3.84**

**Nonpriority creditor's name and mailing address**
Mortenson Masonry
Breanne Mortenson
205 Foundation Ave
Glyndon, MN 56547

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ☒ No ☐ Yes

$50,000.00

---

**3.85**

**Nonpriority creditor's name and mailing address**
Patricia Steinmetz
1413 7th St. N
Fargo, ND 58102

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ☒ No ☐ Yes

$150,000.00

---

**3.86**

**Nonpriority creditor's name and mailing address**
Randy & Dorothy Henke
9400 275th Ave. SE
Sawyer, ND 58781

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ☒ No ☐ Yes

$500,000.00

---

**3.87**

**Nonpriority creditor's name and mailing address**
Raoul Brandt
PO Box 327
Stanley, ND 58784

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ☒ No ☐ Yes

$50,000.00

---

**3.88**

**Nonpriority creditor's name and mailing address**
~~Raoul K Brandt Trust~~
~~Raoul Brandt~~
~~PO Box 327~~
~~Stanley, ND 58784~~

Raoul K Brandt Trust
Raoul Brandt
903 1st St SE, PO Box 327
Stanley, ND 58784

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ☒ No ☐ Yes

$100,000.00

---

Debtor    **EPIC Companies Midwest, LLC**                              Case number *(if known)*   24-30281
_____
Name

| | | |
|---|---|---|
| **3.89** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $500,000.00 |
| | Raymond Gooch<br>6538 12th Ave. NW<br>Seattle, WA 98117 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Investment Creditor |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| **3.90** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $20,000.00 |
| | Reed & Jenna Weisenburger<br>318 2nd St SE<br>New Rockford, ND 58356 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Investment Creditor |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| **3.91** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $50,000.00 |
| | RGC Properties, Inc.<br>Ronald Carlson<br>13111 69th St. SE<br>Lisbon, ND 58054 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Investment Creditor |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| **3.92** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $25,000.00 |
| | Richard Duane Sortland<br>1105 5th St. NE<br>Valley City, ND 58072 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Investment Creditor |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| **3.93** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $150,000.00 |
| | Rob & Joleen Heim<br>2313 8th St. E<br>Dickinson, ND 58601 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Investment Creditor |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| **3.94** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $100,000.00 |
| | Robert & Jennifer Feller<br>PO Box 157<br>Surrey, ND 58785 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Investment Creditor |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| **3.95** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $25,000.00 |
| | Robert & Karen Steeves<br>227 3rd Ave. E<br>Sherwood, ND 58782 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Investment Creditor |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| **3.96** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $50,000.00 |
| | Robert Gibb<br>220 8th St. S<br>Fargo, ND 58103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Investment Creditor |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |

| Debtor | EPIC Companies Midwest, LLC | | Case number (if known) | 24-30281 |
|---|---|---|---|---|
| | Name | | | |

---

**3.97**

**Nonpriority creditor's name and mailing address**
Robert Hammond
3774 63rd St. SE
Napoleon, ND 58561

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ☒ No ☐ Yes

$27,498.52

---

**3.98**

**Nonpriority creditor's name and mailing address**
Robert Krodel
414 14th Ave. W
Williston, ND 58801

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ☐ No ☐ Yes

$56,132.44

---

**3.99**

**Nonpriority creditor's name and mailing address**
~~Robert Punton~~
Robert & Jenifer Punton
14628 28th St. SE
Ayr, ND 58007

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ☐ No ☐ Yes

$50,000.00

---

**3.100**

**Nonpriority creditor's name and mailing address**
Rod or Gitta Goeser
713 Broadway
Buxton, ND 58218

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ☒ No ☐ Yes

$82,154.68

---

**3.101**

**Nonpriority creditor's name and mailing address**
Scott Erickson
4291 Coventry Drive South
Fargo, ND 58104

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ☒ No ☐ Yes

$100,000.00

---

**3.102**

**Nonpriority creditor's name and mailing address**
Scott Hoban
35651 210 Ave
Ogema, MN 56569

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ☒ No ☐ Yes

$50,000.00

---

**3.103**

**Nonpriority creditor's name and mailing address**
~~Scott or Pamela Miller~~
Scott Miller or Pamela Miller
1717 16th St NW
Minot, ND 58703

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ☒ No ☐ Yes

$50,000.00

---

Debtor   __EPIC Companies Midwest, LLC__                    Case number (if known)   __24-30281__
     Name

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $385,000.00 |
|---|---|---|---|

Second Chance
Bradley Beeter
1541 S Broadway
Minot, ND 58701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  __Investment Creditor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $100,000.00 |
|---|---|---|---|

~~Shane Larck~~
Shane R. Larck & Jerilyn A. Larck
PO Box 205
Hope, ND 58046

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  __Investment Creditor__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $20,000.00 |
|---|---|---|---|

~~Sidney & Maragarete Olson~~
Sidney & Margarete Olson
9455 45th Ave NW
Mohall, ND 58761

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  __Investment Creditor__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $50,000.00 |
|---|---|---|---|

Spencer Ray & Jennifer Sue Arne
2560 Highland Rd
Minnetrista, MN 55359

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  __Investment Creditor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $66,758.83 |
|---|---|---|---|

~~Steve & Nancy Olson~~
Steven T. & Nancy J. Olson
500 3rd Ave NE
Mohall, ND 58761

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  __Investment Creditor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $423,675.15 |
|---|---|---|---|

~~Steve Gehrtz~~
Steve & Elaine Gehrtz
3620 Grandwood Dr N
Fargo, ND 58102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  __Investment Creditor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25,000.00 |
|---|---|---|---|

Streyle Masonry, Inc
2435 Skylark Ave
Bismarck, ND 58504

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  __Investment Creditor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | EPIC Companies Midwest, LLC | | Case number (if known) | 24-30281 |
|---|---|---|---|---|
| | Name | | | |

**3.111**

**Nonpriority creditor's name and mailing address**
~~Taracon~~
Taracon Precast, LLC
Attn: Cornelius Wipf
6189 170th S N
Hawley, MN 56549

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ☒ No ☐ Yes

$200,000.00

---

**3.112**

**Nonpriority creditor's name and mailing address**
Todd & Carolyn Berning
2302 10th St W
West Fargo, ND 58078

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ☒ No ☐ Yes

$110,000.00

---

**3.113**

**Nonpriority creditor's name and mailing address**
Todd Berning
2302 10th St W
West Fargo, ND 58078

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ☒ No ☐ Yes

$25,000.00

---

**3.114**

**Nonpriority creditor's name and mailing address**
~~Tom & Becky Hauge~~
Thomas P. Hauge & Becky A. Hauge
8765 60th Ave. SW
Carson, ND 58529

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ☒ No ☐ Yes

$250,000.00

---

**3.115**

**Nonpriority creditor's name and mailing address**
Travis & Taasha Zerface
2638 5th Court West
West Fargo, ND 58078

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ☒ No ☐ Yes

$25,000.00

---

**3.116**

**Nonpriority creditor's name and mailing address**
Travis Klein
6201 121st Ave. SE
Minot, ND 58701

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ☒ No ☐ Yes

$11,291.23

---

**3.117**

**Nonpriority creditor's name and mailing address**
TrayKeen LLC
Todd Berning
2302 10th St W
West Fargo, ND 58078

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ☒ No ☐ Yes

$5,000.00

---

Debtor   **EPIC Companies Midwest, LLC**
_____      Case number (if known)   24-30281
Name

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $100,000.00 |

Troy & Julie Moore
6194 27th Street South
Fargo, ND 58104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25,000.00 |

Tyler & Amanda Mack
PO Box 392
Velva, ND 58790

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $410,000.00 |

~~Vicki & Pete Campbell~~
~~3600 Highview Ave. NW~~
~~Minot, ND 58703~~

Pete Campbell
3600 Highview Ave. NW
Minot, ND 58703

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $100,000.00 |

Wadeson Properties, LLC
Lynn Wadeson
1986 Burlington Drive
West Fargo, ND 58708

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25,000.00 |

~~Walter & Melissa Johnson~~
~~PO Box 513~~
~~Lisbon, ND 58054~~

Walter M. & Melissa M. Johnson
502 Oak Street, PO Box 513
Lisbon, ND 58054

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $11,680.25 |

Wayne & Clarissa Brackenbury
PO Box 263
Mohall, ND 58761

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Investment Creditor

Is the claim subject to offset? ☒ No   ☐ Yes

---

| Debtor | EPIC Companies Midwest, LLC | | Case number (if known) | 24-30281 |
|---|---|---|---|---|
| | Name | | | |

---

**3.124** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $11,500.00

~~Westbrand & Co. FBO Angie Schweitzer~~
Westbrand & Co FBO Angie Schweitzer S/D
Traditional IRA
Angie Schweitzer
619 10th Ave E
West Fargo, ND 58078

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $103,000.00

~~Westbrand & Co. FBO Ann Marie Schutz S/D~~
~~Mark Strand~~
~~PO Box 1090~~
~~Minot, ND 58702~~

Westbrand & Co FBO Ann Marie Schutz S/D
IRA
Ann Marie Schutz
6313 13th ST N
Fargo, ND 58102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $50,000.00

~~Westbrand & Co. FBO Brendan Boe~~
~~Kailey Boraas~~
~~PO Box 1090~~
~~Minot, ND 58702~~

Westbrand & Co FBO Brendan Boe
Brendan Boe
503 7th Ave
Thompson, ND 58278

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $40,000.00

~~Westbrand & Co. FBO Daniel Todd S/D IRA~~

Westbrand & Co FBO Daniel Todd S/D IRA
Kailey Boraas
PO Box 1090
Minot, ND 58702

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $250,000.00

~~Westbrand & Co. FBO Edith Prentice~~

Westbrand & Co FBO Edith Prentice S/D IRA
Edith H Prentice
1511 3rd St SE #205
Jamestown, ND 58401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| Debtor | EPIC Companies Midwest, LLC | Case number (if known) | 24-30281 |
|---|---|---|---|
| | Name | | |

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20,000.00 |
|---|---|---|---|

~~Westbrand & Co. FBO Kimberly Carlson S/D~~
~~Kimberly Carlson~~
~~745 31st Ave E #407~~
~~West Fargo, ND 58078~~

Westbrand & Co FBO Kimberly Carlson S/D
IRA
Kailey Boraas
PO Box 1090
Minot, ND 58702

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $50,000.00 |
|---|---|---|---|

~~Westbrand & Co. FBO Laura Boe Roth IRA~~
Westbrand & Co FBO Laura Boe Roth IRA
Kailey Boraas
PO Box 1090
Minot, ND 58702

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $65,000.00 |
|---|---|---|---|

Westbrand & Co. FBO Myron Schapp S/D IRA
Myron Schapp
201 Prairiewood Drive S Unit C
Fargo, ND 58103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $110,000.00 |
|---|---|---|---|

~~Westbrand & Co. FBO Nadine Schutz S/D IR~~
~~Nadine Schutz~~
~~9039 Parkside Dr~~
~~Woodbury, MN 55125~~

Westbrand & Co FBO Nadine Marie Schutz S/D
IRA
Kailey Boraas
PO Box 1090
Minot, ND 58702

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100,000.00 |
|---|---|---|---|

~~Westbrand & Co. FBO Richard Gleason Bene~~
~~Richard Gleason~~
~~67 Rosemary ST~~
~~Denver, CO 80230~~

Westbrand & Co FBO Richard Gleason
Beneficiary of Carold Hield Dec'd IRA
Kailey Boraas
PO Box 1090
Minot, ND 58702

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Investment Creditor

Is the claim subject to offset? ☒ No  ☐ Yes

| Debtor | EPIC Companies Midwest, LLC | Case number (if known) | 24-30281 |
|---|---|---|---|
| | Name | | |

| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,000.00 |

Westbrand & Co. FBO Teresa Brackenbury L
Teresa Brackenbury Leier
320 32nd West Ave W #302
West Fargo, ND 58078

Westbrand & Co FBO Teresa Brackenbury
Leier S/D IRA
Kailey Boraas
PO Box 1090
Minot, ND 58702

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** _Investment Creditor_

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

### Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | SW&L Attorneys<br>Attn: Lee Grossman<br>4627 44th Avenue S Suite 108<br>Fargo, ND 58104 | Line  _3.31_<br><br>☐  Not listed. Explain ____ | _ |
| 4.2 | Tschider & Smith<br>2005 N. Kavaney Drive Suite 100<br>PO Box 754<br>Bismarck, ND 58502 | Line  _3.1_<br><br>☐  Not listed. Explain ____ | _ |

---

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 18,707,390.18 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 18,707,390.18 |