UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:

| | |
|---|---|
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

## ORDER GRANTING MOTION FOR EXPEDITED HEARING

Debtors EPIC Companies Midwest, LLC, EPIC Companies Midwest 2023, LLC, EPIC Employee, LLC, EOLA Capital, LLC and EC West Fargo, LLC filed a Motion for Expedited Hearing, seeking to be heard on its Motion for Order (I) Granting Expedited Relief and (II) Authorizing the Debtors to Enter into Post-Petition Contracts Regarding Data Systems and Accounting Software filed August 20, 2024. [Doc. 83].

The Court finds that it is appropriate to conduct a hearing on this motion on an expedited basis. Therefore, IT IS ORDERED that Debtors' motion is GRANTED. The motion will be heard by telephone on **Wednesday, August 28, 2024, at 10:00 a.m.** Please use the following telephone instructions to join the conference.

Telephone Conference Instructions:
1) Call **701-297-7116**
2) Enter the Meeting ID **088076463#**
3) After the Meeting ID is entered, you will be connected into the conference.
4) Please identify yourself after you have joined the conference.

IT IS ALSO ORDERED that Debtors' request to short notice period is granted. Written objections shall be filed by **Tuesday, August 27, 2024. If the Court receives no objections, it may grant the requested relief without a hearing.**

1

IT IS FURTHER ORDERED that Debtors' request to limit notice of the Contracts Motion to the parties listed in Fed. R. Bankr. P. 2002(i) is granted.

Please be advised that all hearings are evidentiary unless the Court schedules a preliminary hearing to address scheduling, discovery or other matters. Parties shall disclose witness lists and exhibits not later than two business days before the hearing on a contested matter unless the hearing is scheduled on an expedited basis.

Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney if you have one. If you want the court to consider your views you should file a written response to the action, if one has not been filed, and attend the hearing that has been scheduled. If you do not take these steps, the court may assume that you do not oppose the action and may enter an order approving the request made in these legal documents.

Dated: August 20, 2024.

*/s/ Shon Hastings*

SHON HASTINGS, JUDGE
U.S. BANKRUPTCY COURT

\*All times referred to in this Order are Central Standard Time.
Copy filed and sent electronically August 20, 2024, to Attorney Steven Kinsella for service.