## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | Jointly Administered |
| EPIC Companies Midwest, LLC, | |
| EPIC Companies Midwest 2023, LLC, | Bankr. No. 24-30281 |
| EPIC Employee, LLC, | Bankr. No. 24-30282 |
| EOLA Capital, LLC, and | Bankr. No. 24-30283 |
| EC West Fargo, LLC, | Bankr. No. 24-30284 |
| | Bankr. No. 24-30285 |
| Debtors. | |
| | Chapter 11 |

---

### MOTION TO EXTEND TIME TO FILE GENERAL PROOFS OF CLAIM

---

The Official Committee of Unsecured Creditors (the "Committee") of EPIC Companies Midwest, LLC, EPIC Companies Midwest 2023, LLC, EPIC Employee, LLC, EOLA Capital, LLC and EC West Fargo, LLC (collectively the "Debtors") files this motion (the "Motion") respectfully requesting the Court to extend the deadline to file general proofs of claim to October 31, 2024.

In support of this motion, the Committee states as follows:

### JURISDICTION AND VENUE

1.      The Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334, and Fed. R. Bankr. P. 5005.

2.      This is a core proceeding pursuant to 28 U.S.C. § 157(b), and venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      This Motion arises under 11 U.S.C. §§ 501 and 502, Fed. R. Bankr. P. 3003(c) and 9006(b), and Local R. 3003-1 and 9013-1.

## BACKGROUND

4.      The Debtors filed voluntary petitions for relief pursuant to Chapter 11 of the Bankruptcy Code on July 8, 2024 (the "Petition Date").

5.      On July 16, 2024, the Court entered an Order Granting Interim Relief on Motion for Joint Administration of Cases, designating *In re Epic Companies Midwest, LLC*, Bankr. No. 24-30281 as the lead case. [Dkt. No. 31.] The final Order Granting Motion for Joint Administration of Cases was entered on July 23, 2024. [Dkt. No. 41.] The jointly administered cases (the "Bankruptcy Case") are now pending in this Court.

6.      The 11 U.S.C. § 341 first meeting of creditors was held on August 15, 2024, and it has not yet concluded (the "341 Meeting"). [*See* Dkt. Entry dated August 16, 2024.]

7.      In accordance with Local R. 3003-1, the deadline to file general proofs of claim is currently September 16, 2024.[1]

8.      The Debtors are five of numerous affiliated companies collectively known as "EPIC Companies" which comprise various separate legal entities, including the Debtors, certain real estate holding entities, certain service providing companies, and other companies involved in hospitality, restaurant, entertainment, and similar industries. [Finn Decl. in Support of First Day Mot., Dkt. No. 6 (the "Finn Decl."), ¶¶ 4, 36.] At the 341 Meeting, Patrick Finn, as representative for Lighthouse Management Group, Inc. (Debtors' CRO), testified that there may be upwards of 250 separate entities that comprise EPIC Companies.

9.      Pursuant to the Debtors' Schedules, a majority of the unsecured creditors in the Bankruptcy Case are individual investors who, whether they know it or not, loaned funds to Debtors. [*See* Bankr. Case No. 24-30281, Dkt. No. 78; Bankr. Case No. 24-30282, Dkt. No. 34;

---

[1] The deadline to file government proofs of claim is January 6, 2024.

Bankr. Case No. 24-30283, Dkt. No. 31; Bankr. Case No. 24-30284, Dkt No. 32; Bankr. Case No. 30285, Dkt. No. 31.]

10.     Debtors used those funds for purposes of providing unsecured loans to non-debtor project companies. [Finn Decl., ¶ 17.] While most of the loan transactions are documented by promissory notes, the Debtors also likely received funds from creditors that are solely reflected in accounting records. [*Id.*]

11.     Several creditors have made inquiries to the Debtors' CRO and counsel for the Committee to express confusion regarding their potential claims involving the Debtors, the corporate structure of the EPIC Companies, whether they have a claim in one or more of Debtors' Bankruptcy Cases, and about preparation of proofs of claim and the filing process generally. Several creditors have expressed their understanding that EPIC Companies is one entity, or stated that they previously believed that their note(s) are with a specific Debtor, and have now learned that they are actually with another Debtor or with a non-debtor entity that is part of EPIC Companies. The Committee continues to investigate the Debtors' various debts and the claims that creditors hold, but that investigation continues to be ongoing given the complexity of the situation.

12.     While the various matters have been jointly administered, substantive consolidation has not yet occurred and creditors are presently required to file proofs of claim separately in one or more of the cases depending upon the entity or entities against whom they hold a demonstrated claim.

## RELIEF REQUESTED

13.     The Committee respectfully requests that the Court extend the deadline to file general proofs of claim to Thursday, October 31, 2024, for cause under Fed. Fed. R. Bankr. P. 3003(c)(3) and 9006(b)(1).

14.     The Committee submits that cause exist to extend the deadline in light of, among other reasons, the current impending deadline to file general proofs of claim, and the above-stated complexity and confusion surrounding creditors' claims.

15.     Counsel for the Debtors and the United States Trustee have represented to the Committee that they have no objection to the extension of the deadline to file general proofs of claim.

## BASIS FOR RELIEF REQUESTED

16.     Under Fed. R. Bankr. P. 3003(c)(3), the court must fix the time for filing proofs claim in Chapter 11 cases. Local Rule 3003-1 provides that general proofs of claim in Chapter 11 cases must be filed "70 days after the order for relief" unless the court orders otherwise.

17.     However, "for cause shown" the court may extend the deadline to file proofs of claim in Chapter 11 cases. Fed. R. Bankr. P. 3003(c)(3) (providing that the court "for cause shown may extend the time within which proofs of claim or interest may be filed."); Fed. R. Bankr. P. 9006(b)(1) (providing that "the court for cause shown may at any time in its discretion . . . with or without motion or notice order the period enlarged if the request therefor is made before the expiration of the period originally prescribed[.]").

18.     Cause exists here to extend the deadline.

19.     The first 341 Meeting was held on August 15, 2024, and has not yet concluded. There are only 32 days between the first 341 Meeting and the current September 16, 2024, deadline to file general proofs of claim.

20.     There may be upwards of 250 different entities that comprise EPIC Companies, and so far only five of those entities filed for Chapter 11 relief. The majority of unsecured creditors are individuals, and several creditors have expressed confusion surrounding their understanding of the

corporate structure of EPIC Companies, the note(s) that they hold with one or more of the EPIC Companies' entities, and whether their note(s) are with any of the Debtors. In addition, several creditors previously believed that their note(s) are with one Debtor and have now learned post-petition that their note(s) are with another Debtor or with a non-debtor entity. Sorting through these issues is proving to be complicated and time consuming.

21.     Taken together, and in light of all of the surrounding circumstances, cause exists to extend the deadline to file general proofs of claim because there is insufficient time for creditors to fully investigate and determine the claims that they hold against the Debtors and file their proofs of claim by September 16, 2024.

## **CONCLUSION**

22.     For the foregoing reasons, the Committee respectfully requests that the Court extend the deadline to file general proofs of claim to October 31, 2024.

WHEREFORE, the Committee respectfully requests entry of an order extending the deadline to file general proofs of claim to October 31, 2024, and granting such further relief as may be just and proper.


Dated: August 26, 2024

/s/ Benjamin J. Court
Benjamin J. Court (ND # 07776)
Christopher J. Harayda (MN # 0390333)
**Stinson LLP**
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Main: 612-335-1500
Facsimile: 612-335-1657
Email:      benjamin.court@stinson.com
               cj.harayda@stinson.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br>EPIC Companies Midwest, LLC,<br>EPIC Companies Midwest 2023, LLC,<br>EPIC Employee, LLC,<br>EOLA Capital, LLC, and<br>EC West Fargo, LLC,<br><br>       Debtors. | Jointly Administered<br><br>Bankr. No. 24-30281<br>Bankr. No. 24-30282<br>Bankr. No. 24-30283<br>Bankr. No. 24-30284<br>Bankr. No. 24-30285<br><br>Chapter 11 |

---

### NOTICE OF MOTION TO EXTEND TIME TO FILE GENERAL PROOFS OF CLAIM

---

**NOTICE IS HEREBY GIVEN** that the Official Committee of Unsecured Creditors has filed a Motion to Extend Time to File General Proofs of Claim (the "Motion") requesting extension of the general proofs of claim deadline to October 31, 2024. A copy of this Motion is attached and served upon you.

**NOTICE IS FURTHER GIVEN** that written objections to the Motion, if any, shall be filed with the Clerk of the U.S. Bankruptcy Court, Quentin N. Burdick Courthouse, 655 1st Avenue North, Suite 202, Fargo, North Dakota 58102-4932 within **14 days from the date of filing this notice**. Any objection not filed and served may be deemed waived.


Dated: August 26, 2024

                                /s/ Benjamin J. Court
                              Benjamin J. Court (ND # 07776)
                              Christopher J. Harayda (MN # 0390333)
                              **Stinson LLP**
                              50 South Sixth Street, Suite 2600
                              Minneapolis, MN 55402
                              Main: 612-335-1500
                              Facsimile: 612-335-1657
                              Email:   benjamin.court@stinson.com
                                          cj.harayda@stinson.com

                              *Proposed Counsel to the Official Committee of*
                              *Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

|  |  |
|---|---|
| In re: | Jointly Administered |
| EPIC Companies Midwest, LLC, | |
| EPIC Companies Midwest 2023, LLC, | Bankr. No. 24-30281 |
| EPIC Employee, LLC, | Bankr. No. 24-30282 |
| EOLA Capital, LLC, and | Bankr. No. 24-30283 |
| EC West Fargo, LLC, | Bankr. No. 24-30284 |
| | Bankr. No. 24-30285 |
| Debtors. | |
| | Chapter 11 |

---

### CERTIFICATE OF SERVICE

---

Benjamin J. Court, under penalty of perjury, states that on August 26, 2024, he caused to be served the following:

1. Notice of Motion to Extend Time to File General Proofs of Claim.
2. Motion to Extend Time to File General Proofs of Claim.
3. [Proposed] Order Extending the Deadline to File General Proofs of Claim.

by sending true and correct copies via ECF or by U.S. Mail to the parties on the attached service list pursuant to the Federal Rules of Bankruptcy Procedure and Local Rule 2002-1, including the Notice and Service Requirements List.

Dated: August 26, 2024

s/ Benjamin J. Court
Benjamin J. Court

Label Matrix for local noticing
0868-3
Case 24-30281
District of North Dakota
Fargo
Mon Aug 26 08:09:18 CDT 2024

Cornerstone Bank
c/o John Krings
Kaler Doeling PLLP
PO Box 9231
Fargo, ND 58106-9231

Dietz Properties, LLC
4857 Meadow Creek Drive S
Fargo, ND 58104-7115

EPIC Companies Midwest, LLC
400 10th Street SE
Minot, ND 58701-4908

Robert W. Heim Revocable Living Trust
Ebeltoft . Sickler . Lawyers PLLC
2272 8th Street West
Dickinson, ND 58601-8590

STC Flooring
2512 West Main Ave
West Fargo, ND 58078-1310

U.S. BANKRUPTCY COURT
655 1ST AVENUE NORTH, SUITE 210
FARGO, ND 58102-4932

7 Mile Holdings, LLC
Kyle G. Pender
5630 34th Ave. S, STE 120
Fargo, ND 58104-7885

7Seven Property Partners, LLP
Kevin Black
PO Box 3480
Minot, ND 58702-3480

A&R Roofing, Inc.
975 Armour St N
West Fargo, ND 58078-1027

Aaron Chalmers
609 E Sherman Ave, Ste 302
Coeur d Alene, ID 83814-5755

Abby Christofferson
723 7th St E
Napoleon, ND 58561-7319

Alan Goeser
8958 79th Ave NE
Munich, ND 58352-9676

Alex Aardahl
72 Valley Bluffs Ct.
Minot, ND 58701-7556

Alexis Meyer
1629 S Broadway Apt 510
Minot, ND 58701-6344

Alvera Leier
2200 E Koch Drive Apt 223
Bismarck, ND 58503-1291

Amanda Mack
PO Box 392
Velva, ND 58790-0392

American Trust Center FBO Harvey Kadrmas
Attn: Luke Leno
401 N. 4th Street
Bismarck, ND 58501-4256

Amy Hass
506 24th Avenue North
Fargo, ND 58102-1933

Andrew Kallas
3915 54th St S Unit 306
Fargo, ND 58104-7718

Andy Quittschreiber
9963 28th Ave S
Glyndon, MN 56547-9507

Angie Schweitzer
619 10th Avenue E
West Fargo, ND 58078-3112

Anita M. Anderson Revocable Trust
Anita M Anderson
5136 Mesabi Lane
Hibbing, MN 55746-2318

Ann Marie Schultz
6313 13th St N
Fargo, ND 58102-6010

Ann Zeltinger
1803 24th St. SW
Minot, ND 58701-8102

Anton Leier
2200 E Koch Drive Apt 223
Bismarck, ND 58503-1291

Arlene Bahl
906 Village Ave SE
Minot, ND 58701-2721

Arnold A. Gomke
5965 Brittania Boulevard
Tavares, FL 32778-9113

Arrow, LLC
Dr. Fadel Nammour
3419 1st Street E
West Fargo, ND 58078-7956

Audrey Grace Smith
509 6th Ave
Marion, ND 58466-4114

Austin Smith
7602 Aquarius Dr
Fargo, ND 58104-7903

BA Downtown
400 10th Street SE
Minot, ND 58701-4908

BWK Real Estate LLC
Bart Kounovsky
55 Copper Rose Ct
Steamboat Springs, CO 80487-3059

Bank Forward
c/o Joseph Hackman
ABST Law, P.C.
4132 30th Avenue South, Suite 100
P.O. Box 10247
Fargo, ND 58106-0247

Bank Forward
c/o Michael L. Gust
ABST Law, P.C.
4132 30th Avenue South, Suite 100
P.O. Box 10247
Fargo, ND 58106-0247

Barry Olson
5615 County Rd 3
Kindred, ND 58051-9523

Barry Olson and Gail Olson
5615 County Rd 3
Kindred, ND 58051-9523

Barry Olson and Terry Olson
5615 County Road 3
Kindred ND 58051-9523

Becky A. Hauge
8765 60th Ave. SW
Carson, ND 58529-9527

Ben Zeltinger
1516 High Creek Place
Bismarck, ND 58503-0616

Ben Zeltinger
6857 Daytona Drive
Bismarck, ND 58503

Beth Holmes
111 N. 3rd Avenue S #205
Grand Forks, ND 58203-3749

Beth Holmes
c/o Douglas A. Christensen
Pearson Christensen, PLLP
24 N. 4th St.
Grand Forks, ND 58203-3720

Beth Nepstad
1320 150th Ave.
Hendrum, MN 56550-9429

Beth Postemski
430 Oak Street
Steamboat Springs, CO 80477

Beth Schoenburg
4260 Highway 5
Mohall, ND 58761-9710

Bette Gillis
12 Bighorn Ct
South Barrington, IL 60010-1014

Betty A. Ledene
300 4th Ave West
PO Box 155
Powers Lake, ND 58773-0155

Beverly Fulks
709 Bradford
Argyle, MN 56713

Bill Biblen
1522 35th Ave S
Fargo, ND 58104-6114

Bill LaCrosse
PO Box 1835
Williston, ND 58802-1835

Bill Leier
320 32nd Avenue W #302
West Fargo, ND 58078-8415

Bill Leier
320 32nd West Ave W #302
West Fargo, ND 58078

Bill Leier
4995 17th Avenue S #214
Fargo, ND 58103

Blake Nybakken
2212 Centennial Rose Dr S
Apt 302
Fargo, ND 58104-6815

Blu on Broadway, LLC
400 10th St SE
Minot, ND 58701-4908

Boomtown Enterprises, LLC
Ryan Skarphol
408 20th Ave. SW Suite 101
Minot, ND 58701-6493

Boulevard Square
400 10th St SE
Minot, ND 58701-4908

Boulevard Square I, LLC
PO Box 879
Minot, ND 58702-0879

Boulevard Square III, LLC
400 10th St SE
Minot, ND 58701-4908

Brenda Feller
700 11th Ave. NE
Minot, ND 58703-1527

Brenda Meyer
3900 56th St South, Apt 106
Fargo, ND 58104-4806

Brent Hill
3605 South Judy Ave.
Sioux Falls, ND 58104

Brian Berg
135 North Woodcrest Dr
Fargo, ND 58102-2155

Brian Goeser
PO Box 114
Munich, ND 58352-0114

Brian J. Seifert & Laura J. Seifert
27 Wood Oaks Drive
South Barrington, IL 60010-1092

Brian Kounovsky
3680 54th St S
Fargo, ND 58104-7480

Brian Reinarts
3434 Shadow Wood Lane
West Fargo, ND 58078-7954

Brian Seifert
27 Wood Oaks Drive
Barrington, IL 60010-1092

Brian Seifert
27 Wood Oaks Drive
South Barrington, IL 60010-1092

Britta Renner
1579 72nd Ave S
Fargo, ND 58104-7259

Bruce & Diane Walker
1415 10th St SW
Minot, ND 58701-5740

Bruce Langseth
1201 14th Avenue SW
Minot, ND 58701-5765

Bruce Walker
1415 10th St SW
Minot, ND 58701-5740

Bruce Walker and Dianne Walker
c/o Ryan G. Quarne
Olson & Burns, P.C.
PO Box 1180
Minot ND 58702-1180

Bruce and Diane Walker
c/o Richard P. Olson
Olson & Burns, P.C.
PO Box 1180
Minot, ND 58702-1180

Bryan D. & Susan L. Thomas
904 25th St. NW
Minot, ND 58703-1737

CBIZ MHM, LLC-Minneapolis
13576 Collections Center Dr
Chicago, IL 60693-0001

CM Wynn Contracting
3609 Southridge Lane
Bismarck, ND 58504-9645

Calvin Volk
458 North Sendor Drive
West Fargo, ND 58078

Candice Dietz
4857 Meadow Creek Dr. S
Fargo, ND 58104-7115

Carissa Wilcox
4730 Timber Parkway South
Apt. 106
Fargo, ND 58104-4817

Carol Weber
PO Box 297
Casselton, ND 58012-0297

Carolyn Berning
2302 10th St W
West Fargo, ND 58078-3202

Carter Anderson
1128 43rd Ave West
West Fargo, ND 58078-8835

Casey Gooch
5336 Highland Drive
Auburn, WA 98092-8797

Charles R. Anderson
4927 W. Charleston
Glendale, AZ 85308-1471

Charlie Muus
3388 44th Ave South
Grand Forks, ND 58201-3646

Charlotte Heim
3559 102 P Ave SW
Dickinson, ND 58601-8596

Chris Corbit
320 West LaSelle Drive Apt. 216
Bismarck, ND 58503-7907

Cindy Brown
6060 66th Ave NW
Berthold, ND 58718-9055

Cindy Jones-Dennison
1393 Goldenwood Dr
West Fargo, ND 58078-3958

Clarissa Brackenbury
PO Box 263
Mohall, ND 58761-0263

Clifford Otten
908 Shady Lane East
Wayzata, MN 55391-1830

Cole Howard
213 Morris St
West Fargo, ND 58078-1628

Combined Return Beacon NW
400 10th St SE
Minot, ND 58701-4908

Connie Iverson
10090 9th St NE
Binford, ND 58416-9362

Cordell Wold
PO Box 1402
Watford City, ND 58854-1402

Corey Heiser
513 3rd Ave W.
West Fargo, ND 58078-1520

Courtney Brant
506 14th St NW
Minot, ND 58703

Craig Geron
3130 40th Ave W
West Fargo, ND 58078-8264

Craig Gooch
5336 Highland Dr
Auburn, WA 98092-8797

Craig Wiltse
13584 68th St. SE
Lisbon, ND 58054-9330

Crowley Fleck PLLP
Attn: Trevor A. Hunter
PO Box 1206
Williston, ND 58802-1206

Cullen Insulation Inc
Eric Cullen
202 15th St N
Fargo, ND 58102-4222

Cullen Insulation, Inc.
c/o Benjamin Williams
Kennelly Business Law
1213 NP Ave, Suite 301
Fargo, ND 58102-4798

Curt Christofferson
723 7th St E
Napoleon, ND 58561-7319

Custom Aire
Scott Boettner
5525 1st Ave. N
Grand Forks, ND 58203-2501

Cynthia Ellingson
PO Box 220
Sherwood, ND 58782-0220

D&D Helland Revocable Living Trust
5311 Brookwood PL
Bismarck ND 58503-6922

D&D Revocable Living Trust
Dave Helland
610 1st Ave NW
Bowman, ND 58623-4826

DOIT & CO FBO
Attn: Trust Dept
3001 25th St S
Fargo, ND 58103-5036

DOIT & CO FBO Daniel Todd
Attn: Trust Dept
3001 25th St S
Fargo, ND 58103-5036

DOIT & CO FBO Daniel Todd IRA
Attn: Trust Department
3001 25th St S
Fargo, ND 58103-5036

Dale Langseth
3295 100th St South
Glyndon, MN 56547-9600

Dan Weber
PO Box 297
Casselton, ND 58012-0297

Daniel Frisch
274 44th Ave. S
Moorhead, MN 56560-6733

Daniel Frisch
c/o Benjamin Williams
Kennelly Business Law
1213 NP Ave, Suite 301
Fargo, ND 58102-4798

Darlene Pich
3677 South 22nd St
Fargo, ND 58104-6595

Darryl & Charlotte Heim
c/o Randall N. Sickler
Ebeltoft.Sickler.Lawyers PLLC
2272 8th Street West
Dickinson, ND 58601-8590

Darryl Heim
3559 102 P Ave SW
Dickinson, ND 58601-8596

Darryl Lee Edwards
8211 62nd St SE
Edgeley, ND 58433-9745

Darryl and Charlotte Heim
c/o Marissa R. Cerkoney
Ebeltoft.Sickler.Lawyers PLLC
2272 8th Street West
Dickinson, ND 58601-8590

Dave Gehrtz
1687 65th Ave NE
New Rockford, ND 58356-8797

Dave Gillis
12 Bighorn Ct
South Barrington, IL 60010-1014

Dave Seifert
506 24th Ave. N
FArgo, ND 58102-1933

David Drovdal
6117 Heritage Ridge Road
Bismarck, ND 58503-7316

David Feller
700 11th Ave. NE
Minot, ND 58703-1527

David M. Schall
301 Woodland Circle
Grand Forks, ND 58201-8000

David R. Warrey
541 Willow Bend Circle
Casselton, ND 58012-3601

David Williamson
22 Cambridge Cove
Surrey, ND 58785-5009

Dean Schoenburg
4260 Highway 5
Mohall, ND 58761-9710

Deborah Vollmuth
2640 96th Street
Selfridge, ND 58568

Debra Grimsely
5697 Pinehurt Drive
Grand Forks, ND 58201-2807

Diane Walker
1415 10th St SW
Minot, ND 58701-5740

Dianna Schumacher
606 S. Main St
Milbank, SD 57252-2918

Dietz Properties, LLC
Candice Dietz
4857 Meadow Creek Dr. S
Fargo, ND 58104-7115

Donald Kounovsky
1201 North 1st Street
Fargo, ND 58102-2718

Donn Frahm
1727 Karnis Drive NW
Alexandria, MN 56308-4976

Donna Klein
6201 121st Avenue SE
Minot, ND 58701-9215

Dorothy Henke
9400 275th Ave. SE
Sawyer, ND 58781-9221

Duane Foley
1401 35th Ave SW
Minot, MN 58701-8425

Duane Foley
2012 Ida May Court
Minot, ND 58703-1619

Dwight Schmidt
1511 3rd St SE #206
Jamestown, ND 58401-3975

Dwight Schmidt
510 8th St SW
Jamestown, ND 58401-4643

ECMW
745 31st Ave E Suite 105
West Fargo, ND 58078-8327

ECMW 2023, LLC
Vicki Campbell
400 10th St, SE
West Fargo, ND 58078

ECWF
400 4th St. S
Minot, ND 58701-4315

EOLA Capital, LLC
Vicki Campbell
PO Box 879
Minot, ND 58702-0879

EPIC Gateway East Real Estate Holding
400 10th St S
Minot, ND 58701-4908

EPIC Holdings, II
745 31st Avenue E #105
West Fargo, ND 58078-8327

EPIC Management, LLC
PO Box 879
Minot, ND 58702-0879

EPIC Official Creditors Committee
c/o Benjamin J. Court
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402-2241

EPIC Official Creditors Committee
c/o Christopher J. Harayda
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402-2241

EPIC Place LLC
PO Box 879
Minot, ND 58702-0879

EPIC Preference
400 10th St SE
Minot, ND 58701-4908

EPIC Skyline, LLC
Vicki Campbell
PO Box 879
Minot, ND 58702-0879

Earthwork Services
Trent Duda
345 12th Ave NE
West Fargo, ND 58078-1060

Elaine Gehrtz
Steve Gehrtz
3620 Grandwood Dr N
Fargo ND 58102-4865

Elizabeth Jane Goeser
2306 College Drive N
Devils Lake, ND 58301-1629

Elrick Poppe
3810 21st South
Fargo, ND 58104-6872

Elrick and Karen Poppe
c/o David J. Chapman
D J Chapman Law, P.C.
3155 Bluestem Drive, PMB #388
West Fargo, ND 58078-8002

Emily Christofferson
723 7th St E
Napoleon, ND 58561-7319

Enderlin Insurance Agency, LLC
Walter M. Johnson
302 4th Avenue
Enderlin, ND 58027-1309

Eric Myhre
6731 24th St NE
Sheyenne, ND 58374-9147

Essential Living Inc
400 10th St SE
Minot, ND 58701-4908

Flaten Holdings LLC
Dan Flaten
1809 6th St. W
West Fargo, ND 58078-4612

Fox Valley Contractors
1061 N. Raddant Road
Batavia, IL 60510-4215

Gail Olson
5615 County Rd 3
Kindred, ND 58051-9523

Gary Foss
8468 Highway 3
Rolette, ND 58366-9058

Gene Rode
PO Box 66
Marion, ND 58466-0066

Gerald Iverson
10090 9th St NE
Binford, ND 58416-9362

Ginger Quam
9710 107th Ave SE
Minot, ND 58701-2451

Gitta Goeser
713 Broadway
Buxton, ND 58218-4006

Greenfield Commons
PO Box 879
Minot, ND 58702-0879

Gwen Schmidt
1511 3rd St SE #206
Jamestown, ND 58401-3975

Gwen Schmidt
510 8th St SW
Jamestown, ND 58401-4643

HC Innovations, LP
Marc Wolff
320 32nd Ave W, Suite 240
West Fargo, ND 58078-8372

HTG Investments LLC
Holly Gibb
3212 Crestbrook Court
Prospect, KY 40059-8142

Hal Ross
PO Box 147
Bowbells, ND 58721-0147

Harold C. Hultberg
884 31st Ave NW
Coleharbor, ND 58531-9485

Harvey Kadrmas IRA
Luke Leno
401 N 4th St
Bismarck, ND 58501-4256

Heidi Engum
4348 66th St. S
Fargo, ND 58104-6086

Henry Landholdings
40010th St SE
Minot, ND 58701

Herzog Roofing, Inc.
PO Box 245
Detroit Lakes, MN 56502-0245

Hunter Christianson
2633 26th Ave S
Fargo, ND 58103-5020

I'll Tile & Stone, Inc.
1673 Dan St.
Detroit Lakes, MN 56501-6973

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Irene Kuhn
413 Ave E East
Napoleon, ND 58561-7317

Isabel M. Liska
122 14th Ave E, Unit D
West Fargo, ND 58078-3317

J&K Legacy LLC
Kelly A. Desautel
1025 West 15th Street
Grafton, ND 58237-2025

JAK23 LLC
Aaron Johnson
4424 S Technology Drive
Sioux Falls, SD 57106-4236

Jack Fredrickson
811 9th Street South, Apt. 1
Fargo, ND 58103-2694

Jacob Benson
220 Christian Drive
Grand Forks, ND 58201-9301

Jacob Wishinsky
4234 9th Ave Circle South apt 15
Fargo, ND 58103-2090

Jalie Hass
337 169th Ave SE
Hillsboro, ND 58045-9254

James D. Olson Trust
2850 Longfellow Rd
Fargo, ND 58102-1717

James J Johnson 2023 - Seperate Trust
109 Monetery Avenue #5
Capitola, CA 95010-3246

James J. Johnson 2003 Separate Property
James J. Johnson
109 Monterey Ave. #5
Capitola, CA 95010-3246

James Schechter
303 11th St N Apt 210
Fargo, ND 58102-4384

James Schultz
6313 13th St N
Fargo, ND 58102-6010

James Schutz
6313 13th St N
Fargo, ND 58102-6010

James Wiltse
13584 68th SE
Lisbon, ND 58054-9330

James. W. Grote, Jr.
417 23rd St. NW
Minot, ND 58703-1855

Jamestown Medical Foundation
Jim Boatman
PO Box 484
Jamestown, ND 58402-0484

Jane Merrill
6100 Kings View Dr., Unit 202
Grand Forks, ND 58201-2815

Janell Vandeberg
2114 16th Court W
Williston, ND 58801-2528

Jarett Mari
320 32nd Ave W Apt 604
West Fargo, ND 58078-8416

Jean Clark
705 13th Ave N Apt 214
Fargo, ND 58102-2681

Jean Seifert
506 24th Ave N
Fargo, ND 58102-1933

Jeff Fisk
4864 Blue Bell Loop S
Fargo, ND 58104-5411

Jeffrey J. Miller
1920 Riverwood Drive
Bismarck, ND 58504-8807

Jeffrey McKay Descendants Irrevocable Tr
Jeffrey McKay
1337 Elm Circle N
Fargo, ND 58102-2749

Jenifer Punton
14628 28th St. SE
Ayr ND 58007-9720

Jenna Weisenburger
318 2nd St SE
New Rockford, ND 58356-1952

Jennifer Feller
PO Box 157
Surrey, ND 58785-0157

Jennifer Sue Arne
2560 Highland Rd
Minnetrista, MN 55359-9571

Jeremy Moe
22213 Dakota Ave
Lakeville, MN 55044-2414

Jerilyn A. Larck
PO Box 205
Hope ND 58046-0205

Jerrod Hoaas
3521 47th Ave S
Fargo, ND 58104-7767

Jerry Meyers
2115 147th Ave. SE
Erie, ND 58029-9752

Jessica Aardahl
72 Valley Bluffs Ct.
Minot, ND 58701-7556

Jill Thompson
192 Haines Dr.
Binford ND 58416-9401

Jim & JoAnn McKay Family Trust
Jim McKay
13707 Sewell Ln
Hudson, FL 34667-8459

Jim & JoAnn McKay Family Trust
JoAnn McKay
13707 Sewell Ln
Hudson, FL 34667-8459

Jim & JoAnn McKay Family Trust
fbo Julie McKay Ganskop
Julie Ganskop
6721 Schelee Court NW
Rochester, MN 55901-8829

Jim & JoAnn McKay Family Trust f/b/o Julie M
c/o Berly D. Nelson
Serkland Law Firm
10 Roberts Street North
Fargo, ND 58102-4982

Jim Johnson
109 Monterey Avenue, #5
Capitola, CA 95010-3246

Jocelyn Hams
4535 Urban Plains Dr S. Apt 105
Fargo, ND 58104-3506

Jody Geron
3130 40th Ave W
West Fargo, ND 58078-8264

Joel Sellin
43414 Bass Harbor Road
Pelican Rapids, MN 56572-7581

John Butz
948 13th Ave SE
Minot, ND 58701-2708

John Douts
PO Box 425
Powers Lake, ND 58773-0425

John Hunt
11106 39th St N, Unit A
Lake Elmo, MN 55042-3311

John Hunt
1133 43rd Ave W
West Fargo, ND 58078-8838

Joleen Heim
2313 8th St. E
Dickinson, ND 58601-6922

Jolene Christofferson
723 7th St E
Napoleon, ND 58561-7319

Jonathan Warrey
1321 Morningside Drive
Casselton, ND 58012-3716

Joseph Haj
2276 14th Street W
West Fargo, ND 58078-8443

Julie Moore
6194 27th Street South
Fargo, ND 58104-7100

Kacie Edwards Pahl
418 3rd St SW
Jamestown, ND 58401-4018

Kandes Pearl Edwards
8211 62nd St SE
Edgeley, ND 58433-9745

Kara O'Byrne
6720 SW 4th St, Apt 3-215
Lincoln, NE 68523-9163

Karen Gooch
5336 Highland Drive
Auburn, WA 98092-8797

Karen Poppe
3810 21st South
Fargo, ND 58104-6872

Karen Steeves
227 3rd Ave. E
Sherwood, ND 58782-4029

Katherine A. Nixon
Fredrikson & Byron, P.A.
60 South 6th Street, Suite 1500
Minneapolis, MN 55402-1425

Katherine Jean Backen-Andersen
117 3rd Ave East
West Fargo, ND 58078-1820

Katherine Pendergast
PO Box 3081
Bismarck, ND 58502-3081

Kathleen Drovdal
6117 Heritage Ridge Road
Bismarck, ND 58503-7316

Katie Breyer
4727 Douglas Dr. S
Fargo, ND 58104-4402

Katrina Turman Lang
Wold Johnson P.C.
P.O. Box 1680
Fargo, ND 58107-1680

Kelly D. Morelli
1624 Apple Way
Minot, ND 58701-6818

Kelly Lessard
1025 West 15th Street
Grafton, ND 58237-2025

Kelly Spanier
709 Evergreen Circle
Jamestown, ND 58401-4806

Kelsey Kosiak
208 E Greenfield Ln #314
Bismarck, ND 58503-6592

Kelsi Langlie
16825 61st St SE
Walcott, ND 58077-9750

Kent Bahl
906 Village Ave SE
Minot, ND 58701-2721

Kevin Brant
506 14th St NW
Minot, ND 58703

Kevin Bryant
506 14th St NE
Mandan, ND 58554

Kevin Mehrer
515 Piper St
Kindred, ND 58051-4511

Kim Holmes
111 N. 3rd Avenue S #205
Grand Forks, ND 58203-3749

Kimberly Carlson
745 31st Ave E
West Fargo, ND 58078-8326

Kimberly Knispel
3312 21st Ave NW Apt 213
Minot, ND 58703-5009

Kimberly Smerud
6400 1st S N
Moorhead, MN 56560-6420

Kimberly Voltz
7332 Summerland Cove
Lakewood Ranch, FL 34202-3242

Kounovsky Inc.
Brian Kounovsky
3680 54th St. S
Fargo, ND 58104-7480

Kristen Kounovsky
3680 54th St S
Fargo, ND 58104-7480

Kristi Frahm
1727 Karnis Drive NW
Alexandria, MN 56308-4976

Lance Johnson
3616 Hidden Circle
West Fargo, ND 58078-7928

Larry & Candice Dietz - DBA Dietz Proper
4857 Meadow Creek Dr. S
Fargo, ND 58104-7115

Larry Dietz
4857 Meadow Creek Dr. S
Fargo, ND 58104-7115

Larry Johnson
603 3rd Ave NE
Jamestown, ND 58401-3331

Larry M. Ledene
300 4th Ave West
PO Box 155
Powers Lake, ND 58773-0155

Larry Senechal
4574 4th Ave NE
Balfour, ND 58712-9424

Larry and Betty Ledene
c/o Robert G. Will
McGee, Hankla & Backes, PC
2400 Burdick Expressway East, Suite 100
PO Box 998
Minot, ND 58702-0998

Larry and Candice Dietz
and Dietz Properties, LLC
c/o Katrina A. Turman Lang
Wold Johnson, P.C.
500 2nd Ave. N., Suite 400
Fargo, ND 58102-4850

Laura Morelli
1300 13th St SW
Minot, ND 58701-5786

Laura Seifert
27 Wood Oaks Drive
Barrington, IL 60010-1092

Laura Seifert
27 Wood Oaks Drive
South Barrington, IL 60010-1092

Lauren Gillis
2822 Sweet Ridge Street
Tallahassee, FL 32308-4689

Lee Quick
1118 11th St S
Moorhead, MN 56560-3619

Lee Schaleben
8818 Meadowlark Pkwy
Horace, ND 58047-3703

Leon Vandeberg
2114 16th Court W
Williston, ND 58801-2528

Leroy Nepstad
1320 150th Ave.
Hendrum, MN 56550-9429

Letitia Johnson
603 3rd Ave NE
Jamestown, ND 58401-3331

Liberty Development, LLC
Vicki Campbell
400 10th Street SE
Minot, ND 58701-4908

Liudmila Zonina
109 Monterey Avenue Apt 5
Capitola, CA 95010-3246

Lonnie Hass
1909 9th St N
Fargo, ND 58102-5025

Loren Goeser
8951 79th Ave NE
Munich, ND 58352-9676

Lowe's Printing
PO Box 116
Minot, ND 58702-0116

Luella J. Gomke
5965 Brittania Boulevard
Tavares, FL 32778-9113

Lynne M. Mari
3601 University Dr. S #207
Fargo, ND 58104-6288

M&S Concessions
PO box 879
Minot, ND 58702-0879

M&S Concessions, LLC
Vicki Campbell
400 10th Street SE
Minot, ND 58701-4908

MAKT, LLC
400 10th St. SE
Minot, ND 58701-4908

Madelyn Runck
1730 11th St S
Fargo, ND 58103-4914

Madison Meinen
4880 45th Ave S
Fargo, ND 58104-4260

Marcqus Ohlmacher
1354 2nd St N
Fargo, ND 58102-2725

Margarete Olson
9455 45th Ave NW
Mohall, ND 58761-9246

Margarete Olson
c/o Cheryl Engebretson
9455 45th Ave NW
Mohall, ND 58761-9246

Marilyn Werre
4206 Timberline Drive S
Fargo, ND 58104-6640

Mark Ahmann
9426 Large Court NE
Ostego, MN 55330-7402

Mark Gomez
214 9th St N
Moorhead, MN 56560-1909

Mark McGuigan
3908 21st St. S
Fargo, ND 58104-6870

Mark Sellin
1414 Sunset Blvd
Hawley, MN 56549-4412

Mark Weber
641 Langer Drive
Casselton, ND 58012-3619

Marla Kulig
3 Glacial Court
Minot, ND 58703-1220

Marshall Fulks
709 Bradford
Argyle, MN 56713

Mary Berning
1223 15th Avenue SW
Minot, ND 58701-5751

Mary Hass
1909 9th St N
Fargo, ND 58102-5025

Mary Jane Langseth
3295 100th St South
Glyndon, MN 56547-9600

Mason Morelli
1624 Apple Way
Minot, ND 58701-6818

Matt Wuorinen
745 31st Ave E #203
West Fargo, ND 58078-8328

Matthew Kalbus
5408 Tyler Ave S
Fargo, ND 58104-4013

Matthew P. Morelli
1624 Apple Way
Minot, ND 58701-6818

McKay Family Fund
1337 Elm Circle N
Fargo, ND 58102-2749

McKenzie Fettig
744 Albert Dr W
West Fargo, ND 58078-8525

McKenzy Braaten
6078 Autumn Dr S
Fargo, ND 58104-7656

Meagan Dee Delinksi
5573 Deb Drive West
West Fargo, ND 58078

Megan Bergeson
4514 17th Ave S
Moorhead, MN 56560-7185

Megan Sundet-Plankers
14 37th Avenue S
Moorhead, MN 56560-5504

Melissa M. Johnson
502 Oak Street
PO Box 513
Lisbon, ND 58054-0513

Michael A Chambers Living Trust
3155 Bluestem Drive #174
West Fargo, ND 58078-8002

Michael Abram
2917 29th Ave Circle South
Moorhead, MN 56560-5426

Michael Gillis
2822 Sweet Ridge Street
Tallahassee, FL 32308-4689

Michael Klein
6201 121st Ave. SE
Minot, ND 58701-9215

Michael Myhre
6735 24th St NE
Sheyenne, ND 58374-9147

Michael Nilson
4804 2nd St E
West Fargo, ND 58078-8204

Michael S. Raum
Fredrikson & Byron, P.A.
51 Broadway N., Suite 400
Fargo ND 58102-4970

Michael Schutz
9039 Parkside Drive
Woodbury, MN 55125-7514

Michael Thompson
192 Haines Dr.
Binford, ND 58416-9401

Michell McKay
1337 Elm Circle
Fargo, ND 58102-2749

Michelle Anderson
3968 Ivy Drive
Grand Forks, ND 58201-3974

Michelle Charbonneau
2014 7th St W
Dickinson, ND 58601-2549

Midwest Glass and Door Inc.
7401 County Road 19S
Minot, ND 58701-2527

Mike Evans
311 11th Ave Apt #201
Fargo, ND 58103-2856

Misty Dietz
7008 26th St S
Fargo, ND 58104-7199

Monica Peterson
214 7th St. SE
Minot, ND 58701-4032

Montgomery & Pender PC
5630 34th Avenue S, Suite 120
Fargo, ND 58104-7885

Montgomery & Pender PC
PO Box 9199
Fargo, ND 58106-9199

Mortenson Masonry
205 Foundation Avenue
Glyndon, MN 56547-4010

Mortenson Masonry
Breanne Mortenson
205 Foundation Ave
Glyndon, MN 56547-4010

Nadine Marie Schutz
9039 Parkside Drive
Woodbury, MN 55125-7514

Nancy J. Olson
500 3rd Ave NE
Mohall, ND 58761-4306

Nashten McFarren
2580 5th St W Apt B
West Fargo, ND 58078-3085

Nick Manske
3204 46th Ave S
Fargo, ND 58104-6653

Nick Vollmuth
2640 96th Street
Selfridge, ND 58568

Nicole Fix
501 14th St NW
Minot, ND 58703-2057

North Dakota State Fair Foundation
PO Box 1796
Minot, ND 58702-1796

North Dakota State Tax Commissioner
Office of State Tax Commissioner
PO Box 5623
Bismarck, ND 58506-5623

North Dakota Street Rod Association
Kolynne Speer
21423 190th Ave N
Ulen, MN 56585-9232

Office of Attorney General
600 East Boulevard Avenue, Dept. 125
Bismarck, ND 58505-0040

Paige Krodel
6969 26th St S
Fargo, ND 58104

Pamela Miller
1717 16th St NW
Minot, ND 58703-1115

Patricia Steinmetz
1413 7th St. N
Fargo, ND 58102-2605

Patrick & Laura Morelli
1300 13th St SW
Minot, ND 58701
Minot, ND 58701-5786

Patrick Morelli
1300 13th St SW
Minot, ND 58701-5786

Paul Antonucci
P.O. Box 773694
Steamboat Springs, CO 80477-3694

Payton Rott
4803 38 1/2 Ave N
Fargo, ND 58102-6256

Peggy M. Miller
1920 Riverwood Drive
Bismarck, ND 58504-8807

Pete Campbell
3600 Highview Ave. NW
Minot, ND 58703-3608

Pioneer Place Holdings
400 10th Street SE
Minot, ND 58701-4908

Plaza 32 LLP
PO Box 879
Minot, ND 58702-0879

Quality Concrete
3918 37th Avenue S
Fargo, ND 58104-7380

RGC Properties, Inc.
Ronald Carlson
13111 69th St. SE
Lisbon, ND 58054-9303

Randy Henke
9400 275th Ave SE
Sawyer, ND 58781-9221

Randy and Dorothy Henke
c/o Peter B. Hankla
McGee, Hankla & Backes, PC
2400 Burdick Expressway East, Suite 100
PO Box 998
Minot, ND 58702-0998

Raoul K Brandt Trust
Raoul Brandt
903 1st St SE
PO Box 327
Stanley, ND 58784-0327

Raoul K Brandt Trust
Raoul Brandt
PO Box 327
Stanley, ND 58784-0327

Raymond Gooch
6538 12th Ave. NW
Seattle, WA 98117-5246

Reed Weisenburger
318 2nd St SE
New Rockford, ND 58356-1952

Richard Duane Sortland
1105 5th St. NE
Valley City, ND 58072-2406

Ritchie Valen
502 Lorene Drive
O'Fallon, MO 63366-1331

Rob & Joleen Heim Trust
Joleen Heim
2313 8th St. E
Dickinson, ND 58601-6922

Rob Heim
2313 8th St. E
Dickinson, ND 58601-6922

Rob and Joleen Heim
c/o Marissa R. Cerkoney
Ebeltoft.Sickler.Lawyers PLLC
2272 8th Street West
Dickinson, ND 58601-8590

Rob and Joleen Heim
c/o Randall N. Sickler
Ebeltoft.Sickler.Lawyers PLLC
2272 8th Street West
Dickinson, ND 58601-8590

Robert Feller
PO Box 157
Surrey, ND 58785-0157

Robert Gibb
220 8th St. S
Fargo, ND 58103-1881

Robert Hammond
3774 63rd St. SE
Napoleon, ND 58561-9643

Robert Haugenoe
305 14th St E
Williston, ND 58801-4330

Robert Krodel
414 14th Ave. W
Williston, ND 58801-4623

Robert Punton
14628 28th SE
Ayr, ND 58007-9720

Robert Punton
14628 28th St. SE
Ayr, ND 58007-9720

Robert Steeves
227 3rd Ave. E
Sherwood, ND 58782-4029

Robert W. Heim, Trustee
Robert W. Heim Revocable Living Trust
c/o Marissa R. Cerkoney
Ebeltoft.Sickler.Lawyers PLLC
2272 8th Street West
Dickinson, ND 58601-8590

Robert W. Heim, Trustee
Robert W. Heim Revocable Living Trust
c/o Randall N. Sickler
Ebeltoft.Sickler.Lawyers PLLC
2272 8th Street West
Dickinson, ND 58601-8590

Robert and Jennifer Feller
PO Box 157
Surrey, ND 58785-0157

Roberta Wiltse
13584 68th St. SE
Lisbon, ND 58054-9330

Robin Hultberg
884 31st Ave NW
Coleharbor, ND 58531-9485

Rod Greer
713 Broadway
Buxton, ND 58218-4006

Roger Grimsely
5697 Pinehurst Drive
Grand Forks, ND 58201-2807

Ruby Rau
2704 18th Ave SW
Minot, ND 58701-8131

SCH, Inc.
PO Box 746
Minot, ND 58702-0746

SHC Inc
41228 N Whistling Strait Ct
Phoenix, AZ 85086-1976

SHC Inc
745 31st Ave E
West Fargo, ND 58078-8326

Sadie Boeckel
627 33rd Ave W Apt 101
West Fargo, ND 58078-7817

Sara Myhre
6731 24th St NE
Sheyenne, ND 58374-9147

Sarah J. Wencil
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth St.
Minneapolis, MN 55415-1320

Sarah Kounovsky
1618 3rd St N
Fargo, ND 58102-2332

Scott Baisch
410 3rd Ave NW
Hazen, ND 58545-4328

Scott Engum
4348 66th St. S
Fargo, ND 58104-6086

Scott Erickson
4291 Coventry Drive South
Fargo, ND 58104-4252

Scott Harold Sellin
16372 Bird Dog Road
Audubon, MN 56511-9607

Scott Hoban
35651 210 Ave
Ogema, MN 56569-9656

Scott Miller
1717 16th St NW
Minot, ND 58703-1115

Second Chance
Bradley Beeter
1541 S Broadway
Minot, ND 58701-5934

Shane Fletcher
1046 Westport Pkwy
West Fargo, ND 58078-8292

Shane Larck
PO Box 205
Hope, ND 58046-0205

Shane R. & Jerilyn A. Larck
Anthony Anderson
P.O. Box 2626
Fargo, ND 58108-2626

Shane R. & Jerilyn A. Larck
c/o Anthony Anderson
Nilles Law Firm
P.O. Box 2626
Fargo, ND 58108-2626

Sherry Rode
PO Box 66
Marion, ND 58466-0066

Shirley Valen
2550 450th St.
Gary, MN 56545-9345

Sidney Olson
9455 45th Ave NW
Mohall, ND 58761-9246

Spencer Olson
4740 95th St. NW
Mohall, ND 58761-9244

Spencer Ray Arne
2560 Highland Rd
Minnetrista, MN 55359-9571

Spencer Ray and Jennifer Sue Arne
2560 Highland Road
Minnetrista, MN 55359-9571

Steve Gehrtz
3620 Grandwood Dr N
Fargo, ND 58102-4865

Steve Johnson
6857 21st St S
Fargo, ND 58104-6886

Steven T. Olson
500 3rd Ave NE
Mohall, ND 58761-4306

Streyle Masonry, Inc
2435 Skylark Ave
Bismarck, ND 58504-7590

Susan Nilson
4804 2nd St E
West Fargo, ND 58078-8204

Susan Thomas
904 25th St. NW
Minot, ND 58703-1737

Taasha Zerface
2638 5th Court West
West Fargo, ND 58078-8539

Tamara VanWechel
601 Sugar Drive
Argusville, ND 58005-9616

Tammy LaCrosse
PO Box 1835
Williston, ND 58802-1835

Tanner Lautt
1328 4th St NW
West Fargo, ND 58078-3936

Tanya Senechal
4574 4th Ave NE
Balfour, ND 58712-9424

Taracon Precast, LLC
Cornelius Wipf
6189 170th St. N
Hawley, MN 56549-9094

Taryn Pallen
1591 34th Ave S
Moorhead, MN 56560-6967

Terese Ahmann
9426 Large Court NE
Ostego, MN 55330-7402

Teri Brackenbury Leier
320 32nd West Ave W #302
West Fargo, ND 58078

Terry Cullen
1815 E Rose Creek Pkwy S
Fargo, ND 58104-6836

Terry Olson
5615 County Rd 3
Kindred, ND 58051-9523

Terry Zeltinger
1803 24th St. SW
Minot, ND 58701-8102

Thomas E. Kalil
Kalil Law Firm, PLLC
P.O. Box 2355
Williston, ND 58802-2355

Thomas P. Hauge
8765 60th Ave. SW
Carson, ND 58529-9527

Thomas P. Hauge & Becky A. Hauge
8765 60TH AVE SW
Carson, ND 58529-9527

Tim Anderson
3968 Ivy Drive
Grand Forks, ND 58201-3974

Timothy Gagnon
175 Victoria Court
Grand Forks, ND 58201-6144

Todd Berning
2302 10th St W
West Fargo, ND 58078-3202

Todd Berning
745 31st Avenue E, Suite 105
West Fargo, ND 58078-8327

Todd Brown
6060 66th Ave NW
Berthold, ND 58718-9055

Tom Hauge
8765 60th Ave. SW
Carson, ND 58529-9527

Tracy Haugenoe
305 14th St E
Williston, ND 58801-4330

Travis Klein
6201 121st Ave. SE
Minot, ND 58701-9215

Travis Zerface
2638 5th Court West
West Fargo, ND 58078-8539

TrayKeen LLC
Todd Berning
2302 10th St W
West Fargo, ND 58078-3202

Trent Duda
409 Liberty Circle
Horace, ND 58047-4529

Troy Moore
6194 27th Street South
Fargo, ND 58104-7100

Troy and Julie Moore
6194 27th St S
Fargo, ND 58104-7100

Tyler Mack
PO Box 392
Velva, ND 58790-0392

U of J MU Jamestown LLC
400 10th St. SE
Minot, ND 58701-4908

Uline
12575 Uline Drive
Pleasant Prairie WI 53158-3686

Vance Moorhead LLC
PO Box 879
Minot, ND 58702-0879

Vanne Moorhead LLC
PO Box 879
Minot, ND 58702-0879

Verinda Hill
3605 South Judy Ave.
Sioux Falls, ND 58104

Vernie D. Baesler
PO Box 144
Hazen, ND 58545-0144

Vicki Campbell
3600 Highview Ave. NW
Minot, ND 58703-3608

Vicki Campbell
59 Stark Road
Random Lake, WI 53075-1606

Wade Haugeberg
2918 5th St NW
West Fargo, ND 58078-3928

Wadeson Properties, LLC
Lynn Wadeson
1986 Burlington Drive
West Fargo, ND 58078-4323

Wagner LLP
134 5th Ave
Spring Lake, MN 56680

Walter M. Johnson
502 Oak Street
PO Box 513
Lisbon, ND 58054-0513

Wayne Brackenbury
PO Box 263
Mohall, ND 58761-0263

West Fargo Tax & Accounting
4840 Amber Vallye Parkway
Fargo, ND 58104-8400

Westbrand & Co FBO Angie
Schweitzer S/D Traditional IRA
Angie Schweitzer
619 10th Ave E
West Fargo, ND 58078-3112

Westbrand & Co FBO Ann Marie
Schutz S/D IRA
Ann Marie Schutz
6313 13th ST N
Fargo, ND 58102-6010

Westbrand & Co FBO Brendan Boe
Brendan Boe
503 7th Ave
Thompson, ND 58278-4151

Westbrand & Co FBO Daniel Todd
S/D IRA
Kailey Boraas
PO Box 1090
Minot, ND 58702-1090

Westbrand & Co FBO Edith Prentice
S/D IRA
Edith H Prentice
1511 3rd St SE #205
Jamestown, ND 58401-3975

Westbrand & Co FBO Kimberly
Carlson S/D IRA
Kailey Boraas
PO Box 1090
Minot, ND 58702-1090

Westbrand & Co FBO Laura Boe Roth
IRA
Kailey Boraas
PO Box 1090
Minot, ND 58702-1090

Westbrand & Co FBO Myron Schapp S/D IRA
Myron Schapp
201 Prairiewood Drive S Unit C
Fargo, ND 58103-4648

Westbrand & Co FBO Nadine Marie
Schutz S/D IRA
Kailey Boraas
PO Box 1090
Minot, ND 58702-1090

Westbrand & Co FBO Richard Gleason
Beneficiary of Carold Hield Dec'd I
Kailey Boraas
PO Box 1090
Minot, ND 58702-1090

Westbrand & Co FBO Robert Nowak
S/D Roth IRA
Robert Nowak
3216 1st St SE
Minot, ND 58701-7160

Westbrand & Co FBO Teresa
Brackenbury Leier S/D IRA
Kailey Boraas
PO Box 1090
Minot, ND 58702-1090

William Bilben
3140 Bluestem Dr Apt 212
West Fargo, ND 58078-8012

William E. Altringer
4613 Borden Harbor Dr.
Mandan, ND 58554-7962

William laCrosse
PO Box 1835
Williston, ND 58802-1835

William Quam
9710 107th Ave SE
Minot, ND 58701-2451


Zach Frappier
5431 12th St S
Fargo, ND 58104-6450

Zacharie Messmer
443 38th Ave W
West Fargo, ND 58078-8169

Beth Holmes
2015 111 North 3rd Street
Grand Forks, ND 58203


Beth Postemski
PO Box 772184
Steamboat Springs, CO 80477-2184

Darryl and Charlotte Heim
Ebeltoft . Sickler . Lawyers PLLC
2272 8th Street West
Dickinson, ND 58601-8590

Elrick Poppe
3810 21st Street South
Fargo, ND 58104-6872


Jim Johnson
109 Monteray Ave #5
Capitola, CA 95010-3246

Karen Poppe
3810 21st Street South
Fargo, ND 58104-6872

Katherine A. Nixon
Fredrickson & Byron, P.A.
60 South 6th Street
Suite 1500
Minneapolis, MN 55402-1425


Lee Schaleben
4341 47th St. S
Fargo, ND 58104-3964

Michael S Raum
Fredrikson & Byron, P.A.
51 Broadway, Suite 400
Fargo, ND 58102-4970

Rob and Joleen Heim
Ebeltoft . Sickler . Lawyers PLLC
2272 8th Street West
Dickinson, ND 58601-8590


Robert B. Raschke
Assistant U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415-1320

Steven R Kinsella
Fredrikson & Byron, P.A.
60 South Sixth Street
Ste 1500
Minneapolis, MN 55402-1425

William Altringer
4613 Borden Harbor Dr
Mandan, ND 58554-7962


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Bank Forward

(u)Cullen Insulation, Inc.

(u)Jim and JoAnn McKay Family Trust f/b/o Jul


(d)Beth Holmes
111 N. 3rd Avenue S #205
Grand Forks, ND 58203-3749

(d)Bruce and Diane Walker
1415 10th St SW
Minot ND 58701-5740

(d)Cornerstone Bank
c/o John Krings
Kaler Doeling, PLLP
PO Box 9231
Fargo, ND 58106-9231


(d)Curt Christofferson
723 7th St. E
Napoleon, ND 58561-7319

(d)Dave Seifert
506 24th Ave. N
Fargo, ND 58102-1933

(d)Dietz Properties LLC
4857 Meadow Creek Dr. S
Fargo, ND 58104-7115

(d)HTG Investments, LLC
Holly Gibb
3212 Crestbrook Court
Prospect, KY 40059-8142

(d)Jean Seifert
506 24th Ave. N
FArgo, ND 58102-1933

(d)Jenifer Punton
14628 28th St. SE
Ayr, ND 58007-9720

(d)Liudmila Zonina
109 Monterey Avenue Apt 5
Capitola, CA 95010-3246

(d)Pete Campbell
3600 Highview Ave. NW
Minot, ND 58703-3608

(d)Randy Henke
9400 275th Ave SE
Sawyer, ND 58781-9221

(d)STC Flooring
2512 West Main Ave
West Fargo, ND 58078-1310

(d)Westbrand & Co FBO Daniel Todd S/D
IRA
Kailey Boraas
PO Box 1090
Minot, ND 58702-1090

(d)Bruce & Diane Walker
1415 10th St SW
Minot, ND 58701-5740

(d)Candice Dietz
4857 Meadow Creek Drive S
Fargo, ND 58104-7115

(u)Daniel Frisch

(u)Jerilyn A. Larck

(d)Larry Dietz
4857 Meadow Creek Dr S.
Fargo, ND 58104-7115

(d)Larry Dietz
4857 Meadow Creek Drive S
Fargo, ND 58104-7115

(u)Larry and Betty Ledene

(d)Randy Henke
9400 275th Ave SE
Sawyer, ND 58781-9221

(u)Randy and Dorothy Henke

(u)Shane R. Larck

(d)Zach Frappier
5431 12th St S
Fargo, ND 58104-6450

End of Label Matrix
Mailable recipients    497
Bypassed recipients     28
Total                  525