IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30281 |
| | ) | (Chapter 11) |
| EPIC COMPANIES MIDWEST, LLC. | ) | |
| | ) | Jointly Administered |
| Debtor. | ) | |
| _____ | ) | |

## NOTICE OF APPEARANCE

Please note the appearance of Maurice B. VerStandig and The Dakota Bankruptcy Firm as counsel for Kounovsky Inc., a creditor herein, and Brian Kounovsky, a party in interest, and serve all pleadings and court papers upon undersigned counsel.

Respectfully Submitted,

Dated: August 26, 2024    By:    /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for the Kounovsky Inc.*
*and Brian Kounovsky*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of August, 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

1