UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

## ORDER AUTHORIZING DEBTORS TO ENTER INTO POST-PETITION CONTRACTS REGARDIGN DATA SYSTEMS AND ACCOUNTING SOFTWARE

Debtors filed a Motion for Order Authorizing the Debtors to Enter into Post-Petition Contracts Regarding Data Systems and Accounting Software and a Motion to Expedite Relief, seeking a prompt hearing on its request. The Court scheduled an expedited hearing for Wednesday, August 28, 2024. Debtors served notice of the Motion. The Court received no objections to the Motion. Based upon the Motion and the Declaration of Patrick Finn [Doc. 83, page 10], the Court finds that entering into the contract agreements with Microsoft and Sage is within the sound business judgment of the Debtors. The Court also finds that these expenditures are reasonable, necessary and incurred in the ordinary course of Debtors' business. Therefore, **IT IS ORDERED:**

1. Debtors' Motion is granted.

2. Debtors are authorized to enter into the Data System Management Agreement and the Accounting Software Assignment Agreement and perform according to them.

3. The request for waiver of the fourteen-day stay as contemplated in Fed. R. Bankr. P. 6004(h) is also granted.

Dated: August 28, 2024.

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT