United States Bankruptcy Court

District of North Dakota

In re:     Case No. 24-30281-skh

EPIC Companies Midwest, LLC     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3     User: admin     Page 1 of 3

Date Rcvd: Aug 28, 2024     Form ID: pdf2some     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | EPIC Companies Midwest, LLC, 400 10th Street SE, Minot, ND 58701-4908 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony J Anderson | on behalf of Creditor Shane R. Larck aanderson@nilleslaw.com  bbrunelle@nilleslaw.com |
| Anthony J Anderson | on behalf of Creditor Jerilyn A. Larck aanderson@nilleslaw.com  bbrunelle@nilleslaw.com |
| Benjamin Court | on behalf of Creditor Committee Zach Frappier benjamin.court@stinson.com stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com |
| Benjamin Court | on behalf of Creditor Committee Chair Beth Postemski benjamin.court@stinson.com stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com |
| Benjamin Court | on behalf of Creditor Committee Larry Dietz benjamin.court@stinson.com stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com |
| Benjamin Court | on behalf of Creditor Committee William Altringer benjamin.court@stinson.com stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com |
| Benjamin Court | |

| | |
|---|---|
| | on behalf of Creditor Committee Jim Johnson benjamin.court@stinson.com stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com |
| Benjamin Court | |
| | on behalf of Creditor Randy Henke benjamin.court@stinson.com  stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com |
| Benjamin Williams | |
| | on behalf of Creditor Cullen Insulation  Inc. ben@kennellybusinesslaw.com, beth@kennellybusinesslaw.com |
| Benjamin Williams | |
| | on behalf of Creditor Daniel Frisch ben@kennellybusinesslaw.com  beth@kennellybusinesslaw.com |
| Berly D. Nelson | |
| | on behalf of Creditor Jim and JoAnn McKay Family Trust f/b/o Julie McKay Ganskop bnelson@serklandlaw.com rtande@serklandlaw.com;aneir@serklandlaw.com;lhruby@serklandlaw.com;lhruby@serklandlaw.com |
| Christopher Harayda | |
| | on behalf of Creditor Committee Larry Dietz cj.harayda@stinson.com |
| Christopher Harayda | |
| | on behalf of Creditor Committee Chair Beth Postemski cj.harayda@stinson.com |
| Christopher Harayda | |
| | on behalf of Creditor Committee Zach Frappier cj.harayda@stinson.com |
| Christopher Harayda | |
| | on behalf of Creditor Committee William Altringer cj.harayda@stinson.com |
| Christopher Harayda | |
| | on behalf of Creditor Committee Jim Johnson cj.harayda@stinson.com |
| Christopher Harayda | |
| | on behalf of Creditor Randy Henke cj.harayda@stinson.com |
| David J T Chapman | |
| | on behalf of Creditor Karen Poppe dchapman@djchapmanlaw.com |
| David J T Chapman | |
| | on behalf of Creditor Elrick Poppe dchapman@djchapmanlaw.com |
| Douglas Christensen | |
| | on behalf of Creditor Beth Holmes dougc@grandforkslaw.com sarah@grandforkslaw.com;jen@grandforkslaw.com;julie@grandforkslaw.com |
| John M Krings, Jr. | |
| | on behalf of Creditor Cornerstone Bank john@kaler-doeling.com  janae@kaler-doeling.com |
| Joseph D Hackman | |
| | on behalf of Interested Party Bank Forward jhackman@abstlaw.net |
| Katherine A. Nixon | |
| | on behalf of Debtor EOLA Capital  LLC knixon@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com |
| Katherine A. Nixon | |
| | on behalf of Debtor EC West Fargo  LLC knixon@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com |
| Katherine A. Nixon | |
| | on behalf of Debtor EPIC Employee  LLC knixon@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com |
| Katherine A. Nixon | |
| | on behalf of Debtor EPIC Companies Midwest  LLC knixon@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com |
| Katherine A. Nixon | |
| | on behalf of Debtor EPIC Companies Midwest 2023  LLC knixon@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com |
| Katrina A. Turman Lang | |
| | on behalf of Creditor Larry Dietz klang@woldlaw.com  melanie@turmanlaw.com |
| Katrina A. Turman Lang | |
| | on behalf of Creditor Dietz Properties  LLC klang@woldlaw.com, melanie@turmanlaw.com |
| Katrina A. Turman Lang | |
| | on behalf of Creditor Candice Dietz klang@woldlaw.com  melanie@turmanlaw.com |
| Marissa R. Cerkoney | |
| | on behalf of Creditor Robert W. Heim Revocable Living Trust mcerkoney@ndlaw.com  pschiwal@ndlaw.com |
| Marissa R. Cerkoney | |
| | on behalf of Creditor Rob and Joleen Heim mcerkoney@ndlaw.com  pschiwal@ndlaw.com |
| Marissa R. Cerkoney | |
| | on behalf of Creditor Darryl and Charlotte Heim mcerkoney@ndlaw.com  pschiwal@ndlaw.com |

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 28, 2024 | Form ID: pdf2some | Total Noticed: 1 |

Maurice VerStandig
 on behalf of Interested Party Brian Kounovsky mac@mbvesq.com
 mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
 on behalf of Creditor Kounovsky Inc. mac@mbvesq.com
 mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael Gust
 on behalf of Interested Party Bank Forward mlgfilings@andersonbottrell.com jernst@abstlaw.net

Michael S Raum
 on behalf of Debtor EPIC Companies Midwest LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
 on behalf of Debtor EPIC Companies Midwest 2023 LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
 on behalf of Debtor EOLA Capital LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
 on behalf of Debtor EC West Fargo LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
 on behalf of Debtor EPIC Employee LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Peter B. Hankla
 on behalf of Interested Party Randy and Dorothy Henke phankla@mcgeelaw.com

Randall N. Sickler
 on behalf of Creditor Darryl and Charlotte Heim rsickler@ndlaw.com pschiwal@ndlaw.com

Randall N. Sickler
 on behalf of Creditor Robert W. Heim Revocable Living Trust rsickler@ndlaw.com pschiwal@ndlaw.com

Randall N. Sickler
 on behalf of Creditor Rob and Joleen Heim rsickler@ndlaw.com pschiwal@ndlaw.com

Richard P. Olson
 on behalf of Creditor Essential Living Inc rpolsonecf@minotlaw.com rpolson@minotlaw.com

Richard P. Olson
 on behalf of Creditor Bruce & Diane Walker rpolsonecf@minotlaw.com rpolson@minotlaw.com

Robert B. Raschke
 USTPRegion12.SX.ECF@usdoj.gov

Robert G. Will
 on behalf of Creditor Larry and Betty Ledene rwill@mcgeelaw.com
 rgwill_law@yahoo.com;will.robertb124953@notify.bestcase.com

Ryan G Quarne
 on behalf of Creditor Bruce & Diane Walker rgquarne@minotlaw.com

Sarah J. Wencil
 on behalf of U.S. Trustee Robert B. Raschke sarah.j.wencil@usdoj.gov

Steven R Kinsella
 on behalf of Debtor EPIC Companies Midwest LLC skinsella@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Steven R Kinsella
 on behalf of Debtor EPIC Companies Midwest 2023 LLC skinsella@fredlaw.com,
 sstallings@fredlaw.com;autodockets@fredlaw.com

Steven R Kinsella
 on behalf of Debtor EOLA Capital LLC skinsella@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Steven R Kinsella
 on behalf of Debtor EC West Fargo LLC skinsella@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Steven R Kinsella
 on behalf of Debtor EPIC Employee LLC skinsella@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Zoe Wieber
 on behalf of Creditor Lee Schaleben zoe@dwyerlawnd.com

Zoe Wieber
 on behalf of Creditor STC Flooring zoe@dwyerlawnd.com

TOTAL: 58

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

**ORDER AUTHORIZING DEBTORS TO ENTER INTO POST-PETITION CONTRACTS REGARDIGN DATA SYSTEMS AND ACCOUNTING SOFTWARE**

Debtors filed a Motion for Order Authorizing the Debtors to Enter into Post-Petition Contracts Regarding Data Systems and Accounting Software and a Motion to Expedite Relief, seeking a prompt hearing on its request. The Court scheduled an expedited hearing for Wednesday, August 28, 2024. Debtors served notice of the Motion. The Court received no objections to the Motion. Based upon the Motion and the Declaration of Patrick Finn [Doc. 83, page 10], the Court finds that entering into the contract agreements with Microsoft and Sage is within the sound business judgment of the Debtors. The Court also finds that these expenditures are reasonable, necessary and incurred in the ordinary course of Debtors' business. Therefore, **IT IS ORDERED:**

1. Debtors' Motion is granted.

2. Debtors are authorized to enter into the Data System Management Agreement and the Accounting Software Assignment Agreement and perform according to them.

3. The request for waiver of the fourteen-day stay as contemplated in Fed. R. Bankr. P. 6004(h) is also granted.

Dated:  August 28, 2024.

*Shon Hastings*

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT