# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br>EPIC Companies Midwest, LLC,<br>EPIC Companies Midwest 2023, LLC,<br>EPIC Employee, LLC,<br>EOLA Capital, LLC, and<br>EC West Fargo, LLC,<br><br>　　　　　　Debtors. | Jointly Administered<br><br>Bankr. No. 24-30281<br>Bankr. No. 24-30282<br>Bankr. No. 24-30283<br>Bankr. No. 24-30284<br>Bankr. No. 24-30285<br><br>Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rule 9010, Samantha J. Hanson-Lenn hereby appears in this case on behalf of the Official Committee of Unsecured Creditors, and requests, pursuant to Bankruptcy Rules 2002 and 3017(a), that notice of all matters arising in this case be duly served upon:

    Samantha J. Hanson-Lenn (MN #0402035)
    Stinson LLP
    50 South Sixth Street, Suite 2600
    Minneapolis, MN 55402
    Telephone: (612) 335-1500
    Email: samantha.hansonlenn@stinson.com

PLEASE TAKE FURTHER NOTICE that the foregoing requests, without limitation, all notices, pleadings, motions applications, complaints, demands, hearings, requests or petition, disclosure statements, objections or reply memoranda and briefs and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, fax, email or otherwise.

CORE/3531668.0002/192245370.1

Dated: September 3, 2024

<u>*s/ Samantha J. Hanson-Lenn*</u>
Samantha J. Hanson-Lenn (MN #0402035)
**Stinson LLP**
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
Email: samantha.hansonlenn@stinson.com

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br>EPIC Companies Midwest, LLC,<br>EPIC Companies Midwest 2023, LLC,<br>EPIC Employee, LLC,<br>EOLA Capital, LLC, and<br>EC West Fargo, LLC,<br><br>　　　　Debtors. | Jointly Administered<br><br>Bankr. No. 24-30281<br>Bankr. No. 24-30282<br>Bankr. No. 24-30283<br>Bankr. No. 24-30284<br>Bankr. No. 24-30285<br><br>Chapter 11 |

### CERTIFICATE OF SERVICE

Samantha J. Hanson-Lenn, an attorney at Stinson LLP, hereby certifies that a true and correct copy of the Notice of Appearance of Samantha J. Hanson-Lenn was electronically transmitted via CM/ECF.

Dated: September 3, 2024　　　　　　　　　　*/s/ Samantha J. Hanson-Lenn*
　　　　　　　　　　　　　　　　　　　　　　Samantha J. Hanson-Lenn

CORE/3531668.0002/192245378.1