

Fredrikson & Byron, P.A.
Attorneys and Advisors

60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4400
Main: 612.492.7000
fredlaw.com

September 9, 2024

**VIA CM/ECF**

North Dakota Bankruptcy Court
Attn: Clerk's Office
Quentin N. Burdick United States Courthouse
655 1st Ave North, Suite 210
Fargo, ND 58102

Re:   EPIC Companies Midwest, LLC; EPIC Companies Midwest 2023, LLC; EPIC Employee, LLC; EOLA Capital, LLC; and EC West Fargo, LLC (Bankruptcy Case No. 24-30281 (Jointly Administered))

Dear Court Clerk:

We are writing to request certain changes to the creditor matrix in the above-referenced jointly administered bankruptcy cases:

| Creditor | Requested Action |
|---|---|
| Donn Frahm<br>1727 Karnis Drive NW<br>Alexandria, MN 56308-4976 | Remove from matrix, reason: request from Mr. Frahm because no claim against EPIC debtors |
| Kristi Frahm<br>1727 Karnis Drive NW<br>Alexandria, MN 56308-4976 | Remove from matrix, reason: request from Mrs. Frahm because no claim against EPIC debtors |
| Jim & JoAnn McKay Family Trust<br>Jim McKay<br>13707 Sewell Ln<br>Hudson, FL 34667-8459 | Update address to:<br>6721 Schelee Court NW<br>Rochester, MN 55901-8829 |
| Jim & JoAnn McKay Family Trust<br>JoAnn McKay<br>13707 Sewell Ln<br>Hudson, FL 34667-8459 | Update address to:<br>6721 Schelee Court NW<br>Rochester, MN 55901-8829 |
| Ann Marie Schultz<br>6313 13th St N<br>Fargo, ND 58102-6010 | Correct last name: Ann Marie Schutz |

Thank you in advance. Please contact me with any questions.

Sincerely,

*/e/ Steven R. Kinsella*

Steven R. Kinsella
**Direct Dial:** 612.492.7244
**Email:** skinsella@fredlaw.com