UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

In Re:

| | |
|---|---|
| EPIC Companies Midwest, LLC | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC | Bankruptcy No. 24-30285 |

Debtors.                                      Chapter 11

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO:    THE UNITED STATES BANKRUPTCY COURT CLERK:

The Clerk is requested to enter the appearance of Zenas Baer, Zenas Baer Law Office, as

the attorney for creditor, Taracon Precast, LLC, in the above joint administration bankruptcy

case.  Counsel for the creditor requests that all notices and filings in this case be served upon the

following via the Electronic Court Filing ("ECF") system upon the following:

> Zenas Baer
> Zenas Baer Law Office
> 331 6th St., Box 249
> Hawley, MN 56549
> zbaer@zbaer.com

Pursuant to 11 U.S.C. §1109 (b) and Rule 2002 of the Federal Rules of Bankruptcy

Procedure, this request for notice includes those items referred to in Rule 2002 of the Federal

Rules of Bankruptcy Procedure, including but not necessarily limited to notices of any of the

following: orders, pleadings, motions, applications, complaints, demands, hearings, request for

petitions, answers and any other replies, briefs or memoranda of law supporting any filing, and

any document which is brought before the Court for consideration in this proceeding, whether

they are formal or informal, written or oral, and no matter how they are conveyed to the Court.

Dated: September 27, 2024

ZENAS BAER LAW OFFICE

By _____
Zenas Baer (#05460)
331 6th St., Box 249
Hawley, MN 56549
(218) 483-3372
zbaer@zbaer.com
Attorney for Creditor
Taracon Precast LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

---

In Re:

| | |
|---|---|
| EPIC Companies Midwest, LLC | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC | Bankruptcy No. 24-30285 |

Debtors.                                                    Chapter 11

---

CERTIFICATE OF SERVICE

---

I hereby certify that on the 27th day of September, 2024, the foregoing:

1.     Notice of Appearance and Request for Notice filed on behalf of Taracon Precast, LLC,

was served upon the following individuals listed below through the ECF system and addresses to:

Steven R. Kinsella
skinsella@fredlaw.com
sstalling@fredlaw.com
autodockets@fredlaw.com

Robert B. Raschke
USTPRegion12.SX.ECF@usdoj.com

Sarah J. Wencil
Sarah.j.wencil@usdoj.gov

Further I sayeth not, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief.

Dated: September 27, 2024

ZENAS BAER LAW OFFICE

By

Zenas Baer (#05460)
331 6th St., Box 249
Hawley, MN 56549
(218) 483-3372
zbaer@zbaer.com
Attorney for Creditor
  Taracon Precast, LLC