**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

**ORDER GRANTING JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER ESTABLISHING SETTLEMENT PROCEDURES**

On September 16, 2024, the Debtors EPIC Companies Midwest, LLC, EPIC Companies Midwest 2023, LLC, EPIC Employee, LLC, EOLA Capital, LLC, and EC West Fargo, LLC and the Official Committee of Unsecured Creditors filed a Joint Motion for Order Establishing Settlement Procedures. [Doc. 111]. The Debtors served notice of the motion. The Court received no objections. Based upon the motion, the Court finds that the circumstances of these cases warrant granting the relief requested in the motion. Therefore, **IT IS ORDERED** that the Debtors are authorized to use a standard motion seeking Court approval of any settlement in a form substantially similar to **Exhibit A** attached to the motion.

Dated this 2nd day of October, 2024

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court