**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

**ORDER GRANTING JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER LIMITING NOTICE PURSUANT TO FED. R. BANKR. P. 2002(i)**

The Debtors EPIC Companies Midwest, LLC, EPIC Companies Midwest 2023, LLC, EPIC Employee, LLC, EOLA Capital, LLC, and EC West Fargo, LLC, and the Official Committee of Unsecured Creditors, filed a Joint Motion for Order Limiting Notice Pursuant to Fed. R. Bankr. P. 2002(i). [Doc. 112]. The Court received no objections. The Court finds cause for granting the motion. Therefore, **IT IS ORDERED** that the motion is granted. Pursuant to Fed. R. Bankr. P. 2002(i), Debtors are authorized to limit notice of future applications and motions to: the United States Trustee, the Official Committee of Unsecured Creditors (or their authorized agents) and all other parties who filed a notice of appearance or registered to receive notice through CM/ECF in this case. Debtor shall also make a complete copy of the motion or application available by electronic mail or other suitable delivery method (without charge) upon request of any party in interest who makes a request to Debtors' counsel.

Dated this 2nd day of October, 2024.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court