October 2, 2024

I BETH POSTEMSKI, creditor case number 24-30281 withdraw Claim # 91 and 92 against EPIC Companies Midwest, LLC, Debtor.

BETH POSTEMSKI

*Beth Postemski* (signature)