UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:

| | |
|---|---|
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

### NOTICE OF HEARING

A hearing will be held at <u>Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota</u> on **Monday, October 21, 2024, at 2:00 <u>P.M.</u>** to consider and act upon the following matters:

**First Application of Fredrikson & Byron for Allowance of Fees and Expenses as Counsel for the Debtors from July 8, 2024, through August 31, 2024, filed September 16, 2024. (Doc. 107)**

**First Application of Stinson LLP for Allowance of Fees and Expenses as Counsel for the Official Committee of Unsecured Creditors from August 7, 2024, through August 31, 2024, filed September 16, 2024. (Doc. 109)**

Please be advised that all hearings are evidentiary unless the Court schedules a preliminary hearing to address scheduling, discovery or other matters. Parties shall disclose witness lists and exhibits not later than two business days before the hearing on a contested matter.

Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney, if you have one., If you want the court to consider your views you should file a written response to the action, if one has not been filed, and attend the hearing that has been scheduled. If you do not take steps, the court may assume that you do not oppose the action and may enter an order approving the request made in these legal documents.

The hearing may be cancelled or rescheduled without further notice. If you plan to attend the hearing, please confirm the date and time with the Bankruptcy Clerk's Office at (701) 297-7100.

Dated: October 7, 2024.

Kay A. Melquist, Clerk
United States Bankruptcy Court
Quentin N. Burdick United States Courthouse
655 1st Avenue North, Suite 210
Fargo, ND 58102-4392

By:   /s/Deb Toddie
Deb Toddie, Deputy Clerk

Copy served electronically October 7, 2024, to Electronic Mail Notice List for Case No. 24-30281.

2