UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In Re: EPIC Companies Midwest, LLC,<br><br>Debtor. | Bankruptcy No.: 24-30281<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES** |
|---|---|

**TO: THE ABOVE-NAMED AND ATTORNEY OF RECORD:**

[¶1]    **PLEASE TAKE NOTICE** pursuant to Bankruptcy Rules 9010 and 2002(g)(1), the undersigned hereby notes an appearance as attorney on behalf of the following:

**Scott Hoban**

and request that all notices given or required to be given in this action and all related actions, be given and served upon the following:

> Joel M. Fremstad
> Fremstad Law Firm
> P.O. Box 3143
> Fargo, ND 58108-3143
> 701-478-7620
> joel@fremstadlaw.com

[¶2]    **PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes, but is not limited to, Orders and Notices of any Application, Motion, Petition, Adversary Complaints, Objections, Requests, any amendments to the Schedules or Statement of Financial Affairs, all pleadings, all creditors committee notices, demands, and all other notices as required by the United States Bankruptcy Code and Rules and/or the Local Rules of the above-referenced court, whether such papers be formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile or otherwise.

[¶3]   **PLEASE TAKE FURTHER NOTICE** that the foregoing requeset includes that the above attorney request to be added to the master mailing list and the ECF/Pacer electronic notice list for the above-referenced case.

Dated this 8th day of October, 2024.

      */s/ Joel M. Fremstad*
Joel M. Fremstad (ND # 05541)
FREMSTAD LAW
P. O. Box 3143
Fargo, North Dakota 58108-3143
Phone: (701) 478-7620
Fax: (701) 478-7621
joel@fremstadlaw.com
ATTORNEY FOR SCOTT HOBAN

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that service of the **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** was filed electronically on October 8, 2024, by ECF and that service will be made electronically on all those registered to receive service through that system.

Dated this 8th day of October, 2024.

    */s/ Joel M. Fremstad*
Joel M. Fremstad (ND # 05541)
FREMSTAD LAW
P. O. Box 3143
Fargo, North Dakota 58108-3143
Phone: (701) 478-7620
Fax: (701) 478-7621
joel@fremstadlaw.com
ATTORNEY FOR SCOTT HOBAN