**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | Jointly Administered |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

**MOTION FOR LEAVE TO APPEAR BY VIDEO CONFERENCE OR TELEPHONE**

1. EPIC Companies Midwest, LLC, EPIC Companies Midwest 2023, LLC, EPIC Employee, LLC, EOLA Capital, LLC, and EC West Fargo, LLC (collectively, the "Debtors") hereby file this motion (the "Motion") requesting that this Court grant Katherine A. Nixon leave pursuant to Local Rules 5001-1 and 5001-2 to appear either by video conference or telephonically at the hearing regarding the First Application of Fredrikson & Byron for Allowance of Fees as Counsel for the Debtors from July 8, 2024, through August 31, 2024 scheduled for Monday, October 21, 2024, at 2:00 p.m. (the "Hearing").

2. In her representation of the Debtors, Ms. Nixon respectfully requests authorization from this Court to participate in the Hearing by video conference or telephonically in order to minimize the time and cost associated with traveling to the Hearing, unless the Court believes the presentation of evidence will be necessary at the Hearing.

3. Ms. Nixon is with the law firm of Fredrikson & Byron, P.A. and is located at the Minneapolis, Minnesota office.

4. The request to attend the Hearing by video conference or telephonically will not cause any undue hardship to the parties herein and would serve the interests of justice.

**WHEREFORE**, the Debtors request entry of an Order:

A. Granting the Motion and authorizing the Debtors' counsel to appear by telephone at the Hearing; and

B. Granting such other and further relief as the Court deems proper.

Dated: October 10, 2024          /e/ *Katherine A. Nixon*
                                 Michael S. Raum (#05676)
                                 **FREDRIKSON & BYRON, P.A.**
                                 51 Broadway, Suite 400
                                 Fargo, ND 58102-4991
                                 701.237.8200
                                 mraum@fredlaw.com

                                 Steven R. Kinsella (#09514)
                                 Katherine A. Nixon (admitted *pro hac vice*)
                                 **FREDRIKSON & BYRON, P.A.**
                                 60 South 6th Street, Suite 1500
                                 Minneapolis, MN 55402-4400
                                 612.492.7000
                                 skinsella@fredlaw.com
                                 knixon@fredlaw.com

                                 **ATTORNEYS FOR DEBTORS**

#84099172v1