UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

| | |
|---|---|
| **EPIC Companies Midwest, LLC** | **Bankr. No. 24-30281** |
| **EPIC Companies Midwest 2023, LLC** | **Bankr. No. 24-30282** |
| **EPIC Employee, LLC** | **Bankr. No. 24-30283** |
| **EOLA Capital, LLC** | **Bankr. No. 24-30284** |
| **EC West Fargo, LLC** | **Bankr. No. 24-30285** |
| **Debtors.** | **Chapter 11** |

## MOTION TO APPEAR BY TELEPHONE

Sarah J. Wencil, Trial Attorney for the U.S. Trustee, respectively moves this Court to enter an order under Local Rule 5001-1 allowing her to appear by telephone on Monday, October 21, 2024 at 2:00 p.m. on the Hearing on First Application of Fredrikson & Bryon, P.A. (Doc. 108) and on First Application of Stinson, LLC (Doc. 109)

1. The U.S. Trustee filed an objection to the First Application of Stinson, LLC (Doc. 129). The U.S. Trustee has since been notified that Stinson will not dispute the U.S. Trustee's objection. The U.S. Trustee also included a reply to the Fredrikson application that noted that the parties had agreed to an adjustment. Therefore, the U.S. Trustee does not believe that she has any substantive objections outstanding.

2. Travel to Fargo, North Dakota would be unduly burdensome and expensive for the limited involvement of the U.S. Trustee.

WHEREFORE, Counsel requests that she be allowed to appear by telephone.

Dated: October 16, 2024          MARY R. JENSEN
                                 ACTING U.S. TRUSTEE REGION 12

                                  /s/ Sarah J. Wencil
                                 Sarah J. Wencil
                                 Office of the U.S. Trustee
                                 Suite 1015 U.S. Courthouse
                                 300 South Fourth St.
                                 Minneapolis, MN 55415
                                 Telephone: (612) 334-1366
                                 Sarah.J.Wencil@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

| | |
|---|---|
| **EPIC Companies Midwest, LLC** | **Bankr. No. 24-30281** |
| **EPIC Companies Midwest 2023, LLC** | **Bankr. No. 24-30282** |
| **EPIC Employee, LLC** | **Bankr. No. 24-30283** |
| **EOLA Capital, LLC** | **Bankr. No. 24-30284** |
| **EC West Fargo, LLC** | **Bankr. No. 24-30285** |
| **Debtors.** | **Chapter 11** |

### CERTIFICATE OF SERVICE

Sarah J. Wencil, an employee of the U.S. Trustee office, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated:   October 16, 2024

/s/ Sarah J. Wencil
Sarah J. Wencil