**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR LEAVE TO APPEAR BY VIDEO CONFERENCE OR TELEPHONE**

1. The Official Committee of Unsecured Creditors (the "Committee"), files this motion (the "Motion") to request the Court grant Benjamin J. Court, as counsel to the Committee, leave under Local Rules 5001-1 and 5001-2 to appear either by video conference or telephonically at the hearing related to First Application of Stinson LLP for Allowance of Fees and Expenses as Counsel for the Official Committee of Unsecured Creditors from August 7, 2024 Through August 31, 2024 scheduled for Monday, October 21, 2024, at 2:00 p.m. (the "Hearing"). [Dkt. No. 130.]

2. Mr. Court respectfully requests authorization from the Court to participate in the Hearing via video conference or telephonically to minimize the time and cost associated with traveling to the Hearing, unless the Court believes presentation of evidence will be necessary at the Hearing.

3. Mr. Court is located at Stinson LLP's Minneapolis, Minnesota office.

4. It is in the best interest of the estate and of creditors for Mr. Court to attend the Hearing via video conference or telephonically because it will save on travel time and expenses.

CORE/3531668.0002/193198061.1

*See* Local R. 5001-1(A) and 5001-2(B). Further, it will not cause an undue hardship to any interested parties.

**WHEREFORE**, the Committee requests entry of an Order:

1. Granting the Motion and authorizing the Committee's counsel to appear by either video conference or telephonically at the Hearing; and

2. Granting such other and further relief as the Court deems proper.

Dated: October 16, 2024

*/s/ Benjamin J. Court*
Benjamin J. Court (ND #07776)
Christopher J. Harayda (MN #0390333)
**STINSON LLP**
50 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402
Telephone: 612-335-1500
benjamin.court@stinson.com
cj.harayda@stinson.com

**COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED
CREDITORS.**