## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors.[1] | Chapter 11 |

## SECOND APPLICATION OF FREDRIKSON & BYRON, P.A. FOR ALLOWANCE OF FEES AND EXPENSES AS CHAPTER 11 COUNSEL FOR THE DEBTORS FROM SEPTEMBER 1, 2024 THROUGH SEPTEMBER 30, 2024

1.     Steven R. Kinsella and Fredrikson & Byron, P.A. (collectively, "Fredrikson") make this Application for allowance of fees for professional services rendered and for reimbursement of expenses incurred as Chapter 11 counsel for EPIC Companies Midwest, LLC, EPIC Companies Midwest 2023, LLC, EPIC Employee, LLC, EOLA Capital, LLC, and EC West Fargo, LLC (collectively, the "Debtors") between September 1, 2024 and September 30, 2024 pursuant to 11 U.S.C. § 330.

2.     In support of this Application, Fredrikson respectfully states as follows:

### JURISDICTION

3.     This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334 and Fed. R. Bankr. P. 5005. This a core proceeding pursuant to 28 U.S.C. § 157(b). Venue

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Debtors' address is 400 10th Street SE, Minot, ND 58701 and their Employer Identification Numbers (EINs) are as follows: 83-2840705 (EPIC Companies Midwest, LLC), 88-3709518 (EPIC Companies Midwest 2023, LLC), 88-4112082 (EPIC Employee, LLC), 88-0554720 (EOLA Capital, LLC) and 82-5331354 (EC West Fargo, LLC).

is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The petitions commencing these Chapter 11 cases were filed on July 8, 2024 (the "Petition Date"). The cases are currently pending before this Court.

4.      This Application arises under 11 U.S.C. §§ 503(b)(2), 328(a), 330, and 331.  This Application is filed under Fed. R. Bankr. P. 2016 and 2002(a)(6). Notice of this Application is provided pursuant to  the Notice and Service  Requirements  adopted  pursuant  to Local Rule 2002-1 and the Court's order limiting notice pursuant to Fed. R. Bankr. P. 2002(i). (ECF No. 124.)

## **BACKGROUND**

5.      On the Petition Date, the Debtors filed an application to employ Fredrikson as Chapter 11 counsel for the Debtors effective July 8, 2024. (ECF No. 13.) The Court approved the application to employ Fredrikson on July 25, 2024. (ECF No. 49.) A copy of that order is attached as **Exhibit A**.

6.       On the Petition Date, the Debtors also filed a motion for an order establishing interim compensation procedures. (ECF No. 11.) The Court entered an order on August 14, 2024 granting the motion and allowing Fredrikson to file monthly applications for compensation. (ECF No. 72.) A copy of that order is attached as **Exhibit B**.

7.      This is Fredrikson's second application for allowance of fees and expenses under 11 U.S.C. § 331. Fredrikson's first application was filed on September 16, 2024 and covered the period from July 8, 2024 through August 31, 2024. (ECF No. 107, the "First Application.") The First Application sought a total of $81,651.96 in fees and expenses. (*Id.*)

8.      Prepetition, the Debtors paid Fredrikson $58,850 for fees and expenses incurred by Fredrikson prior to the Petition Date. Before filing, Fredrikson applied the retainer to prepetition fees and expenses, leaving a balance of $1,153.50, which Fredrikson is holding in trust (the

"Chapter 11 Retainer"). In the First Application, Fredrikson asked permission to apply the Chapter 11 Retainer against fees and expenses incurred in the days leading up to the Petition Date which may not have been fully paid prior to filing. As of the date of this Application, the First Application is still pending before this Court and is set for hearing on October 21, 2024.

9.      Fredrikson believes that the Debtors are current in payment of ordinary operating expenses and any allowed administrative expenses, that any quarterly fees have been or will be paid as required to the United States Trustee, and that all monthly operating reports are being timely filed, including pursuant to any extensions granted by the United States Trustee.

## RELIEF REQUESTED

1.      **Post-Petition Fees.** By this Application, Fredrikson requests allowance of fees for professional services rendered during these Chapter 11 cases between September 1, 2024 and September 30, 2024 in the amount of **$20,068.50**, and reimbursement of expenses in the amount of **$103.50**, for a total of **$20,172.00**.

2.      The professional services rendered by Fredrikson are detailed on the attached **Exhibit C**. Those services include the tasks specifically described below:

**(5000) Case Administration: $2,551.00**

Services include drafting and revising motion to establish settlement procedures and ensuring compliance with service requirements.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Steven R. Kinsella | 0.2 | 2024 | $575 | $115.00 |
| Katherine A. Nixon | 4.1 | 2024 | $420 | $1,722.00 |
| Shataia Stallings | 3.4 | 2024 | $210 | $714.00 |
| **TOTAL** | **7.7** | | | **$2,551.00** |

| Blended Hourly Rate: | $331.30 |
|---|---|

3

**(5001) Asset Analysis and Recovery:  $6,302.50**

Services include communicating with borrowers and their counsel; requesting and reviewing real estate and lien records; and meeting with the Debtors' Chief Restructuring Officer (the "CRO")  regarding complaints against borrowers.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Steven R. Kinsella | 8.5 | 2024 | $575 | $4,887.50 |
| Katherine A. Nixon | 2.8 | 2024 | $420 | $1,176.00 |
| Breann Jurek | 0.8 | 2024 | $220 | $176.00 |
| Shataia Stallings | 0.3 | 2024 | $210 | $63.00 |
| TOTAL | 12.4 | | | $6,302.50 |

| Blended Hourly Rate: | $508.27 |
|---|---|

**(5007) Claims Administration and Objections:  $546.00**

Services include reviewing and analyzing proofs of claim and reviewing the Court's order extending the deadline to file proofs of claim.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Katherine A. Nixon | 0.1 | 2024 | $420 | $42.00 |
| Shataia Stallings | 2.4 | 2024 | $210 | $504.00 |
| TOTAL | 2.5 | | | $546.00 |

| Blended Hourly Rate: | $218.40 |
|---|---|

**(5010) Employment and Fee Applications:  $3,094.00**

Services include drafting and finalizing Fredrikson's first fee application; reviewing compensation procedures for CRO; and assisting in the preparation of CRO's monthly staffing report.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Steven R. Kinsella | 1.4 | 2024 | $575 | $805.00 |
| Katherine A. Nixon | 5.3 | 2024 | $420 | $2,226.00 |
| Shataia Stallings | 0.3 | 2024 | $210 | $63.00 |
| TOTAL | 7 | | | $3,094.00 |

| Blended Hourly Rate: | $442.00 |
|---|---|

**(5012) Financing and Cash Collateral: $2,510.00**

Services include drafting and revising second cash collateral motion and drafting cash collateral stipulation.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Steven R. Kinsella | 4.0 | 2024 | $575 | $2,300.00 |
| Katherine A. Nixon | 0.5 | 2024 | $420 | $210.00 |
| **TOTAL** | **4.5** | | | **$2,510.00** |

| Blended Hourly Rate: | $557.78 |
|---|---|

**(5013) Meetings and Communications with Creditors: $3,359.50**

Services include extensively communicating with creditors and their counsel; drafting motion to limit notice to creditors; communicating and meeting with counsel for the Official Committee of Unsecured Creditors; and responding to requests to change addresses.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Steven R. Kinsella | 2.3 | 2024 | $575 | $1,322.50 |
| Katherine A. Nixon | 4.7 | 2024 | $420 | $1,974.00 |
| Shataia Stallings | 0.3 | 2024 | $210 | $63.00 |
| **TOTAL** | **7.3** | | | **$3,359.50** |

| Blended Hourly Rate: | $460.21 |
|---|---|

**(5015) Plan and Disclosure Statement: $57.50**

Services include analyzing plan filing deadlines.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Steven R. Kinsella | 0.1 | 2024 | $575 | $57.50 |
| **TOTAL** | **0.1** | | | **$57.50** |

| Blended Hourly Rate: | $575.00 |
|---|---|

**(5018) Reporting**:  **$1,648.00**

Services include corresponding with court staff regarding address changes; preparing and updating service lists; communicating with the CRO regarding monthly operating reports; and assisting in the preparation of monthly operating reports.

| **Name** | **Hours** | **Year** | **Hourly Rate** | **Fees** |
|---|---|---|---|---|
| Steven R. Kinsella | 0.2 | 2024 | $575 | $115.00 |
| Katherine A. Nixon | 0.9 | 2024 | $420 | $378.00 |
| Shataia Stallings | 5.5 | 2024 | $210 | $1,155.00 |
| **TOTAL** | **6.6** | | | **$1,648.00** |

| Blended Hourly Rate: | $249.70 |
|---|---|

**TOTAL POST-PETITION FEES: $20,068.50**

3.      **Reimbursement of Expenses.**  In the course of this representation, Fredrikson has also incurred expenses detailed as part of Matter No. 5000 on **Exhibit C**, and requests allowance thereof as follows:

| **Expenses** | **Amount** |
|---|---|
| Lien Search for EPIC Entities | $103.50 |
| **TOTAL** | **$103.50** |

**TOTAL EXPENSES: $103.50**

4.      All services for which fees are requested by Fredrikson were performed for and on behalf of the Debtors, and not on behalf of any committee, creditor, or other person.

5.      The amount requested constitutes reasonable compensation for actual, necessary services rendered by Fredrikson, based on the nature, the extent, and the value of such services, the time spent on such services, and the cost of comparable services other than in a case under Title 11.  Fredrikson has not entered into any agreement, express or implied, with any other party-in-interest, including the Debtors, any creditor, receiver, trustee, or any representative of any of them, or with any attorney for such party-in-interest in the proceedings, for the purpose of fixing fees or other compensation to be paid to such party-in-interest in the proceedings for services

rendered or expenses incurred from the assets of the estate in excess of the compensation allowed by law.

**WHEREFORE,** Fredrikson respectfully requests that the Court enter an order:

A.    Allowing Fredrikson's fees incurred between September 1, 2024 and September 30, 2024 in the amount of **$20,068.50,** and expenses in the amount of **$103.50,** totaling **$20,172.00**;

B.    Authorizing the Debtors to pay Fredrikson such allowed postpetition fees and expenses;

C.    Granting administrative expense priority to Fredrikson's allowed fees and expenses; and

D.    Granting such other and further relief as may be just and proper.

Dated:  October 16, 2024

/e/ *Steven R. Kinsella*

Michael S. Raum (#05676)
**FREDRIKSON & BYRON, P.A.**
51 Broadway, Suite 400
Fargo, ND  58102-4991
701.237.8200
mraum@fredlaw.com

Steven R. Kinsella (#09514)
Katherine A. Nixon (*pro hac vice* MN #0402772)
**FREDRIKSON & BYRON, P.A.**
60 South 6th Street, Suite 1500
Minneapolis, MN  55402-4400
612.492.7000
skinsella@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR DEBTORS**

## <u>AFFIDAVIT</u>

I, Steven R. Kinsella, an attorney at the law firm of Fredrikson & Byron, P.A., declare under penalty of perjury that the foregoing Second Application of Fredrikson & Byron, P.A. for Allowance of Fees and Expenses as Chapter 11 Counsel for the Debtors from September 1, 2024 Through September 30, 2024 is true and correct according to the best of my knowledge, information, and belief.

Dated: October 16, 2024                    */e/ Steven R. Kinsella*
                                            Steven R. Kinsella

**<u>EXHIBIT A</u>**

**CourtAlert® Case Management**

**From:**      ecf@ndb.uscourts.gov
**Sent:**      7/25/2024 12:56:27 PM
**To:**        nate_olson@ndb.uscourts.gov
**Subject:**   Ch-11 24-30281 EPIC Companies Midwest, LLC Order on Application to
             Employ

**CAUTION: EXTERNAL E-MAIL**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

**U.S. Bankruptcy Court**

**District of North Dakota**

Notice of Electronic Filing

The following transaction was received from vck, Court entered on 7/25/2024 at 12:56 PM CDT and filed on 7/25/2024
**Case Name:**       EPIC Companies Midwest, LLC
**Case Number:**     24-30281
**Document Number:** 49

**Docket Text:**
Order Approving Application to Employ Steven R. Kinsella and Fredrikson & Byron, P.A. as counsel for Debtor EPIC Companies Midwest, LLC effective July 8, 2024 (Related Doc. [13]). The application to employ is APPROVED subject to the limitations on compensation provided by 11 U.S.C. § 328. This order is not a determination that the services or rates charged are necessary and reasonable. The person or entity employed under this order shall file a fee application in accordance with the Bankruptcy Code and Federal Rules of Bankruptcy Procedures. See Fed. R. Bank. P. 2016, 2017 and 11 U.S.C. 329, 330. Applicant must also comply with Local Rules. As required by applicable federal rule or statute, the Movant shall serve this docket text only order on all appropriate parties that will not receive notice of electronic filing. By Judge Shon Hastings (Text order only). Signed on 7/25/2024 (vck)

The following document(s) are associated with this transaction:


**24-30281 Notice will be electronically mailed to:**

Douglas Christensen on behalf of Creditor Beth Holmes
dougc@grandforkslaw.com,
sarah@grandforkslaw.com;jen@grandforkslaw.com;julie@grandforkslaw.com

Michael Gust on behalf of Interested Party Bank Forward
mlgfilings@andersonbottrell.com, jernst@abstlaw.net

Joseph D Hackman on behalf of Interested Party Bank Forward
jhackman@abstlaw.net

Peter B. Hankla on behalf of Interested Party Randy and Dorothy Henke
phankla@mcgeelaw.com

Steven R Kinsella on behalf of Debtor EC West Fargo, LLC
skinsella@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Steven R Kinsella on behalf of Debtor EOLA Capital, LLC
skinsella@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Steven R Kinsella on behalf of Debtor EPIC Companies Midwest 2023, LLC
skinsella@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Steven R Kinsella on behalf of Debtor EPIC Companies Midwest, LLC
skinsella@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Steven R Kinsella on behalf of Debtor EPIC Employee, LLC
skinsella@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

John M Krings, Jr. on behalf of Creditor Cornerstone Bank
john@kaler-doeling.com, janae@kaler-doeling.com

Katherine A. Nixon on behalf of Debtor EPIC Companies Midwest, LLC
knixon@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Richard P. Olson on behalf of Creditor Essential Living Inc
rpolsonecf@minotlaw.com, rpolson@minotlaw.com

Richard P. Olson on behalf of Creditor Bruce & Diane Walker
rpolsonecf@minotlaw.com, rpolson@minotlaw.com

Robert B. Raschke
USTPRegion12.SX.ECF@usdoj.gov

Michael S Raum on behalf of Debtor EPIC Companies Midwest, LLC
mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Katrina A. Turman Lang on behalf of Creditor Dietz Properties, LLC
klang@woldlaw.com, melanie@turmanlaw.com

Katrina A. Turman Lang on behalf of Creditor Candice Dietz
klang@woldlaw.com, melanie@turmanlaw.com

Katrina A. Turman Lang on behalf of Creditor Larry Dietz
klang@woldlaw.com, melanie@turmanlaw.com

Sarah J. Wencil on behalf of U.S. Trustee Robert B. Raschke
sarah.j.wencil@usdoj.gov

Benjamin Williams on behalf of Creditor Cullen Insulation, Inc.
ben@kennellybusinesslaw.com, beth@kennellybusinesslaw.com

Benjamin Williams on behalf of Creditor Daniel Frisch
ben@kennellybusinesslaw.com, beth@kennellybusinesslaw.com

**24-30281 Notice will not be electronically mailed to:**

## EXHIBIT B

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In re:                                          **Jointly Administered**

EPIC Companies Midwest, LLC,                    Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,               Bankruptcy No. 24-30282
EPIC Employee, LLC,                             Bankruptcy No. 24-30283
EOLA Capital, LLC, and                          Bankruptcy No. 24-30284
EC West Fargo, LLC,                             Bankruptcy No. 24-30285

        Debtors.                        Chapter 11

## ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR RETAINED PROFESSIONALS

Debtors filed a Motion for an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief.  Doc. 11. Pursuant to the notice of the Motion [Doc. 16], objections to the Motion were due by July 30, 2024.

Debtors served notice of the Motion. The Court received no objections to the Motion.  The Court held a hearing on the Motion on August 14, 2024.  Based upon the Motion and the Declaration of Patrick Finn [Doc. 6] and for the reasons stated on the record at the August 14, 2024, hearing, the Court finds that the circumstances of these cases warrant granting the relief provided below.

**IT IS ORDERED** that, except as otherwise provided in any order of the Court, professionals employed in this bankruptcy case, including Fredrikson & Byron, P.A., shall be permitted to seek interim payment of compensation and reimbursement of expenses by filing monthly applications for interim compensation and reimbursement of expenses.

**IT IS FURTHER ORDERED** that Debtors are authorized to pay all reasonable amounts invoiced by Lighthouse Management Group, Inc. ("Lighthouse") for fees and expenses on a bi-weekly basis.

**IT IS FURTHER ORDERED** that Lighthouse will file with the Court and serve on Debtors, the United States Trustee, and any statutory committee appointed in this case (the "Notice Parties") a monthly staffing report, filed and served by the 20th of each month for the previous month, identifying the Lighthouse employees who worked on this case, the total hours billed by Lighthouse, and a summary of the tasks performed. Lighthouse will also file with the Court and serve on the Notice Parties a quarterly compensation report by the 20th of each month following the end of a quarter, showing the total fees and expenses for the preceding quarter. These reports will be deemed applications for interim compensation under sections 328 and 330. Parties in interest may object to the reports within 21 days after notice. The Court will rule on the applications after the deadline to object passes or after a hearing on the application.

**IT IS FURTHER ORDERED** that Debtors will allocate the fees and expenses approved among Debtors pro rata if the professionals charge for tasks that generally apply to all cases and to the appropriate Debtor if the tasks relate solely to a specific Debtor.

Dated:  August 14, 2024.

*Shon Hastings*

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT

**EXHIBIT C**



**Fredrikson**

| | |
|---|---|
| **Invoice:** | **1883336** |
| **Invoice Date:** | **October 7, 2024** |
| **Client Account:** | **097807.5000** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through September 30, 2024

**Regarding: Case Administration**

| | |
|---|---|
| Total for Current Legal Fees: | $ 2,551.00 |
| Total For Current Costs and Other Charges: | $ 103.50 |
| **Total For Current Invoice:** | **$ 2,654.50** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                    **Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484

Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1883336**
**Invoice Date:** **October 7, 2024**

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 09/05/24 | 1876148 | 29,624.46 | | 29,624.46 |

**Total Prior Balance:**                                      **$ 29,624.46**

To avoid duplicate payments, the Prior Balance reflects what was still due as of October 7, 2024. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



**Invoice:** **1883336**
**Invoice Date:** **October 7, 2024**
**Client Account:** **097807.5000**

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/12/24 | S. Kinsella | Review settlement procedures motion. | 0.20 | 115.00 |
| 09/12/24 | K. Nixon | Draft motion to establish settlement procedures. | 2.70 | 1,134.00 |
| 09/16/24 | S. Stallings | Attention to finalizing and e-filing motion to limit notice, motion for settlement, and fee applications and arrange for service. | 2.30 | 483.00 |
| 09/16/24 | K. Nixon | Finalize motion to establish settlement procedures and coordinate service of the same. | 1.00 | 420.00 |
| 09/18/24 | K. Nixon | Attention to certificate of service for recently filed motions and applications. | 0.30 | 126.00 |
| 09/19/24 | S. Stallings | Attention to prepare, finalizing and efiling certificate of service. | 1.10 | 231.00 |
| 09/26/24 | K. Nixon | Email S. Kinsella and S. Stallings re: client meeting. | 0.10 | 42.00 |
| | **Current Legal Fees:** | | **7.70** | **$ 2,551.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|-----------|-----------|-------|---------------|
| Steven R.  Kinsella | 575.00 | 0.20 | 115.00 |
| Katherine  Nixon | 420.00 | 4.10 | 1,722.00 |
| Shataia  Stallings | 210.00 | 3.40 | 714.00 |
| **Total** | | **7.70** | **$ 2,551.00** |



**Invoice:** **1883336**
**Invoice Date:** **October 7, 2024**
**Page: 2**

## Costs and Other Charges

|  |  | **Amount** |
|---|---|---|
| 09/04/24 | Prof Serv Cogency Global Inc. (P.O. Box 3168 Hicksville NY 11802) - 101714202 - Lien search for EPIC Entities | 103.50 |
|  | **Current Costs and Other Charges:** | **$ 103.50** |

## Invoice Totals

| Total for Current Legal Fees: | $ 2,551.00 |
|---|---|
| Total For Current Costs and Other Charges: | $ 103.50 |
| **Total For Current Invoice:** | **$ 2,654.50** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



| | |
|---|---|
| **Invoice:** | **1883337** |
| **Invoice Date:** | **October 7, 2024** |
| **Client Account:** | **097807.5001** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through September 30, 2024

**Regarding: Asset Analysis and Recovery**

Total for Current Legal Fees:                                                    $ 6,302.50

**Total For Current Invoice:**                                          **$ 6,302.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**              **Online Payments:**                    **Wire Instructions:**

Fredrikson & Byron P.A.              Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484

Please send remittance information to paynotification@fredlaw.com

**Tax ID:**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



| | | | Invoice: | **1883337** |
| | | | Invoice Date: | **October 7, 2024** |

<br>

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 09/05/24 | 1876149 | 6,533.00 | | 6,533.00 |
| **Total Prior Balance:** | | | | **$ 6,533.00** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of October 7, 2024. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



|                          |                 |
|--------------------------|-----------------|
| **Invoice:**             | **1883337**     |
| **Invoice Date:**        | **October 7, 2024** |
| **Client Account:**      | **097807.5001** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/03/24 | S. Kinsella | Communications with borrower's counsel. | 0.10 | 57.50 |
| 09/04/24 | S. Stallings | Request and obtain copies of UCC lien searches for certain EPIC entities. | 0.30 | 63.00 |
| 09/04/24 | S. Kinsella | Meeting with counsel for borrower and follow up communications. | 1.00 | 575.00 |
| 09/06/24 | S. Kinsella | Phone call with CRO regarding AR collections. | 0.20 | 115.00 |
| 09/10/24 | S. Kinsella | Analyze project borrower financials. | 0.30 | 172.50 |
| 09/11/24 | S. Kinsella | Meeting with client and project borrower (1.0); review CRO analysis of project borrower (.3). | 1.30 | 747.50 |
| 09/16/24 | S. Kinsella | Analyze substantial consolidation requirements. | 0.20 | 115.00 |
| 09/18/24 | K. Nixon | Review UCC reports and email CRO re: the same. | 0.20 | 84.00 |
| 09/23/24 | B. Jurek | Review Cass County property records; order O&E reports for 4 parcels. | 0.40 | 88.00 |
| 09/23/24 | S. Kinsella | Meeting with CRO regarding analysis of project borrowers (1.1); communications with counsel for project borrower (.3); analyze borrower ownership structure (.9). | 2.30 | 1,322.50 |
| 09/24/24 | B. Jurek | E-mails with title company regarding O&E report requests. | 0.20 | 44.00 |
| 09/25/24 | S. Kinsella | Phone call with CRO regarding project borrowers. | 0.10 | 57.50 |
| 09/27/24 | S. Kinsella | Phone call with counsel for Arbor Courts. | 0.30 | 172.50 |
| 09/27/24 | B. Jurek | E-mails with title company regarding additional O&E report request. | 0.20 | 44.00 |
| 09/30/24 | S. Kinsella | Prepare for and participate in meeting with CRO regarding project analysis. | 2.70 | 1,552.50 |

# Fredrikson

|  |  |
|---|---|
| **Invoice:** | **1883337** |
| **Invoice Date:** | **October 7, 2024** |
| **Page: 2** | |

| 09/30/24 | K. Nixon | Meeting with client and prepare notes and outlines for project borrower complaints. | 2.60 | 1,092.00 |
|---|---|---|---|---|
| | **Current Legal Fees:** | | **12.40** | **$ 6,302.50** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 575.00 | 8.50 | 4,887.50 |
| Katherine  Nixon | 420.00 | 2.80 | 1,176.00 |
| Breann  Jurek | 220.00 | 0.80 | 176.00 |
| Shataia  Stallings | 210.00 | 0.30 | 63.00 |
| **Total** | | **12.40** | **$ 6,302.50** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 6,302.50 |
| **Total For Current Invoice:** | **$ 6,302.50** |



| | |
|---|---|
| **Invoice:** | **1883338** |
| **Invoice Date:** | **October 7, 2024** |
| **Client Account:** | **097807.5007** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through September 30, 2024

**Regarding: Claims Administration and  Objections**

Total for Current Legal Fees: $ 546.00

**Total For Current Invoice:** **$ 546.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***

If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

| **Remittance Address:** | **Online Payments:** | **Wire Instructions:** |
|---|---|---|
| Fredrikson & Byron P.A.<br>P.O. Box 1484<br>Minneapolis, MN 55480-1484 | Fredlaw.com/payment | |

Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

**Invoice:** **1883338**
**Invoice Date:** **October 7, 2024**

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|---------------|--------|----------|-------------|
| 09/05/24 | 1876151 | 504.00 | | 504.00 |

**Total Prior Balance:** **$ 504.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of October 7, 2024. If payment has been sent close to this date, please verify payment status.



**Invoice:** 1883338
**Invoice Date:** October 7, 2024
**Client Account:** 097807.5007

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/09/24 | S. Stallings | Review proofs of claims and record registry for each debtor. | 0.80 | 168.00 |
| 09/10/24 | S. Stallings | Attention to filed proof of claims filed under each of the Debtors. | 0.60 | 126.00 |
| 09/12/24 | K. Nixon | Review order extending deadline to file POC and email CRO re: the same. | 0.10 | 42.00 |
| 09/12/24 | S. Stallings | Review claims and analyze filed proofs of claims. | 1.00 | 210.00 |
| | **Current Legal Fees:** | | **2.50** | **$ 546.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|-----------|-----------|-------|---------------|
| Katherine  Nixon | 420.00 | 0.10 | 42.00 |
| Shataia  Stallings | 210.00 | 2.40 | 504.00 |
| **Total** | | **2.50** | **$ 546.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 546.00 |
| **Total For Current Invoice:** | **$ 546.00** |

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



| | |
|---|---|
| **Invoice:** | **1883339** |
| **Invoice Date:** | **October 7, 2024** |
| **Client Account:** | **097807.5010** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through September 30, 2024

**Regarding: Employment and Fee Applications**

| | |
|---|---|
| Total for Current Legal Fees: | $ 3,094.00 |
| **Total For Current Invoice:** | **$ 3,094.00** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***

If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**          **Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484

Please send remittance information to paynotification@fredlaw.com

**Tax ID:** █████

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1883339** |
| **Invoice Date:** | **October 7, 2024** |

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 09/05/24 | 1876152 | 1,267.00 | | 1,267.00 |
| **Total Prior Balance:** | | | | **$ 1,267.00** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of October 7, 2024. If payment has been sent close to this date, please verify payment status.



| | |
|---|---|
| **Invoice:** | **1883339** |
| **Invoice Date:** | **October 7, 2024** |
| **Client Account:** | **097807.5010** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 09/10/24 | S. Kinsella | Provide instruction regarding first fee application (.3); review staffing report (.2). | 0.50 | 287.50 |
| 09/10/24 | K. Nixon | Draft first fee application for F&B (2.5); review compensation procedures for CRO (0.2); prepare first monthly staffing report for CRO (0.6). | 3.30 | 1,386.00 |
| 09/11/24 | K. Nixon | Revise first fee application for F&B and first monthly staffing report for CRO. | 0.90 | 378.00 |
| 09/11/24 | S. Kinsella | Review and revise first fee application. | 0.80 | 460.00 |
| 09/12/24 | K. Nixon | Finalize CRO first staffing report for filing. | 0.10 | 42.00 |
| 09/12/24 | S. Stallings | Attention to finalizing and e-file staffing report for Lighthouse Management Group. | 0.30 | 63.00 |
| 09/16/24 | S. Kinsella | Review and finalize fee application. | 0.10 | 57.50 |
| 09/16/24 | K. Nixon | Finalize F&B fee application and coordinate service of the same and Stinson fee application. | 1.00 | 420.00 |
| | **Current Legal Fees:** | | **7.00** | **$ 3,094.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 575.00 | 1.40 | 805.00 |
| Katherine  Nixon | 420.00 | 5.30 | 2,226.00 |
| Shataia  Stallings | 210.00 | 0.30 | 63.00 |
| **Total** | | **7.00** | **$ 3,094.00** |

# Fredrikson

**Invoice:** **1883339**
**Invoice Date:** **October 7, 2024**
**Page: 2**

## Invoice Totals

Total for Current Legal Fees:                                                    $ 3,094.00

**Total For Current Invoice:**                                        **$ 3,094.00**



| | |
|---|---|
| **Invoice:** | 1883340 |
| **Invoice Date:** | October 7, 2024 |
| **Client Account:** | 097807.5012 |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through September 30, 2024

**Regarding: Financing and Cash Collateral**

Total for Current Legal Fees:                                               $ 2,510.00

**Total For Current Invoice:**                                     **$ 2,510.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**                **Online Payments:**                         **Wire Instructions:**

Fredrikson & Byron P.A.                  Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484

Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ████

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

**Invoice:** **1883340**
**Invoice Date:** **October 7, 2024**

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 09/05/24 | 1869789 | 2,875.00 | | 2,875.00 |

**Total Prior Balance:**                                  **$ 2,875.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of October 7, 2024. If payment has been sent close to this date, please verify payment status.



**Invoice:** **1883340**
**Invoice Date:** **October 7, 2024**
**Client Account:** **097807.5012**

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/11/24 | K. Nixon | Email CRO re: second motion for authorization to use cash collateral. | 0.10 | 42.00 |
| 09/11/24 | S. Kinsella | Draft second cash collateral motion. | 0.90 | 517.50 |
| 09/12/24 | S. Kinsella | Revise cash collateral motion. | 0.90 | 517.50 |
| 09/13/24 | S. Kinsella | Revise cash collateral motion and budget. | 1.20 | 690.00 |
| 09/16/24 | S. Kinsella | Revise and finalize cash collateral motion. | 0.50 | 287.50 |
| 09/16/24 | K. Nixon | Finalize cash collateral motion and coordinate service of the same. | 0.40 | 168.00 |
| 09/24/24 | S. Kinsella | Draft second cash collateral stipulation. | 0.50 | 287.50 |
| | **Current Legal Fees:** | | **4.50** | **$ 2,510.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|------------|-----------|-------|---------------|
| Steven R.  Kinsella | 575.00 | 4.00 | 2,300.00 |
| Katherine  Nixon | 420.00 | 0.50 | 210.00 |
| **Total** | | **4.50** | **$ 2,510.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 2,510.00 |
| **Total For Current Invoice:** | **$ 2,510.00** |

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



| | |
|---|---|
| **Invoice:** | **1883357** |
| **Invoice Date:** | **October 7, 2024** |
| **Client Account:** | **097807.5013** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through September 30, 2024

**Regarding: Meetings and Communications  with Creditors**

Total for Current Legal Fees:                                                                                          $ 3,359.50

**Total For Current Invoice:**                                                                                **$ 3,359.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                    **Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484

Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** 1883357
**Invoice Date:** October 7, 2024

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 09/05/24 | 1869782 | 7,232.00 | | 7,232.00 |

**Total Prior Balance:** **$ 7,232.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of October 7, 2024. If payment has been sent close to this date, please verify payment status.



|  |  |
|---|---|
| **Invoice:** | **1883357** |
| **Invoice Date:** | **October 7, 2024** |
| **Client Account:** | **097807.5013** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 09/03/24 | S. Kinsella | Communications with creditor regarding claim. | 0.10 | 57.50 |
| 09/03/24 | K. Nixon | Attention to inquiry from certain investors (0.3); attention to execution of confidentiality agreement with UCC (0.4). | 0.70 | 294.00 |
| 09/04/24 | K. Nixon | Attention to inquiries from certain investors. | 0.30 | 126.00 |
| 09/05/24 | S. Kinsella | Attention to confidentiality agreement and borrower payment. | 0.10 | 57.50 |
| 09/05/24 | K. Nixon | Emails re: UCC confidentiality agreement and exchange of information. | 0.10 | 42.00 |
| 09/06/24 | S. Kinsella | Phone call with creditors' committee counsel (.2); phone call with CRO regarding document production to committee (.2). | 0.40 | 230.00 |
| 09/09/24 | S. Kinsella | Communications with creditors committee regarding access to documents. | 0.10 | 57.50 |
| 09/10/24 | S. Kinsella | Meeting with Committee counsel regarding financial records. | 1.30 | 747.50 |
| 09/11/24 | K. Nixon | Draft motion to limit notice to creditors (1.9); email to counsel for UCC re: timing of upcoming filings (0.1). | 2.00 | 840.00 |
| 09/11/24 | S. Kinsella | Review motion to limit notice. | 0.10 | 57.50 |
| 09/12/24 | K. Nixon | Phone call with UCC counsel. | 0.20 | 84.00 |
| 09/16/24 | S. Kinsella | Review and finalize notice procedures and settlement motions. | 0.20 | 115.00 |
| 09/16/24 | K. Nixon | Finalize motion to limit notice to creditors and coordinate service of the same. | 1.00 | 420.00 |
| 09/17/24 | K. Nixon | Attention to inquiry from investor re: removal from matrix. | 0.30 | 126.00 |
| 09/23/24 | K. Nixon | Email to counsel for UCC re: returned mail. | 0.10 | 42.00 |



**Invoice:** 1883357
**Invoice Date:** October 7, 2024
**Page: 2**

| 09/23/24 | S. Stallings | Attention to EPIC creditors and change of address. | 0.30 | 63.00 |
|---|---|---|---|---|
| | **Current Legal Fees:** | | **7.30** | **$ 3,359.50** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 575.00 | 2.30 | 1,322.50 |
| Katherine  Nixon | 420.00 | 4.70 | 1,974.00 |
| Shataia  Stallings | 210.00 | 0.30 | 63.00 |
| **Total** | | **7.30** | **$ 3,359.50** |

## Invoice Totals

Total for Current Legal Fees:    $ 3,359.50

**Total For Current Invoice:**    **$ 3,359.50**





| | |
|---|---|
| **Invoice:** | **1883358** |
| **Invoice Date:** | **October 7, 2024** |
| **Client Account:** | **097807.5015** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through September 30, 2024

**Regarding: Plan and Disclosure Statement**

| | |
|---|---|
| Total for Current Legal Fees: | $ 57.50 |
| **Total For Current Invoice:** | **$ 57.50** |

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

**Invoice:** 1883358
**Invoice Date:** October 7, 2024
**Client Account:** 097807.5015

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/17/24 | S. Kinsella | Analyze plan filing deadlines. | 0.10 | 57.50 |
| | **Current Legal Fees:** | | **0.10** | **$ 57.50** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|-----------|-----------|-------|---------------|
| Steven R.  Kinsella | 575.00 | 0.10 | 57.50 |
| **Total** | | **0.10** | **$ 57.50** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 57.50 |
| **Total For Current Invoice:** | **$ 57.50** |



| | |
|---|---|
| **Invoice:** | **1883359** |
| **Invoice Date:** | **October 7, 2024** |
| **Client Account:** | **097807.5018** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through September 30, 2024

**Regarding: Reporting**

Total for Current Legal Fees: $ 1,648.00

**Total For Current Invoice:** **$ 1,648.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**

Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ███████

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

**Invoice:**        **1883359**
**Invoice Date:**        **October 7, 2024**

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 09/05/24 | 1876154 | 7,565.50 | | 7,565.50 |
| | **Total Prior Balance:** | | | **$ 7,565.50** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of October 7, 2024. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



| | |
|---|---|
| **Invoice:** | **1883359** |
| **Invoice Date:** | **October 7, 2024** |
| **Client Account:** | **097807.5018** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 09/09/24 | K. Nixon | Attention to court correspondence re: creditor matrix changes. | 0.60 | 252.00 |
| 09/09/24 | S. Stallings | Attention to preparing letter to court clerk regarding address changes for certain investors. | 0.40 | 84.00 |
| 09/13/24 | S. Stallings | Attention to service list for motion to shorten notice, motion for cash collateral, and fee applications. | 2.00 | 420.00 |
| 09/14/24 | S. Stallings | Attention preparing service list and updating matrix. | 1.50 | 315.00 |
| 09/17/24 | S. Stallings | Emails regarding updating court matrix (2); prepare correspondence to court clerk regarding creditor address change & e-file (..4). | 0.60 | 126.00 |
| 09/17/24 | S. Kinsella | Communications with CRO regarding MOR. | 0.20 | 115.00 |
| 09/20/24 | S. Stallings | Attention to finalize and e-filing monthly operating reports for EPIC debtors (.7); review August bank statements and submit to UST (3). | 1.00 | 210.00 |
| 09/20/24 | K. Nixon | Attention to August 2024 MORs. | 0.30 | 126.00 |
| | **Current Legal Fees:** | | **6.60** | **$ 1,648.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 575.00 | 0.20 | 115.00 |
| Katherine  Nixon | 420.00 | 0.90 | 378.00 |
| Shataia  Stallings | 210.00 | 5.50 | 1,155.00 |
| **Total** | | **6.60** | **$ 1,648.00** |

# Fredrikson

**Invoice:** **1883359**
**Invoice Date:** **October 7, 2024**
**Page: 2**

## Invoice Totals

Total for Current Legal Fees: $ 1,648.00

**Total For Current Invoice:** **$ 1,648.00**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

**NOTICE OF SECOND APPLICATION OF FREDRIKSON & BYRON, P.A. FOR ALLOWANCE OF FEES AND EXPENSES AS CHAPTER 11 COUNSEL FOR THE DEBTORS FROM SEPTEMBER 1, 2024 THROUGH SEPTEMBER 30, 2024**

TO:     The parties-in-interest as specified in the Notice and Service Requirements adopted pursuant to Local Rule 2002-1 and the Court's order limiting notice pursuant to Fed. R. Bankr. P. 2002(i). (ECF No. 124.)

1.      **NOTICE IS HEREBY GIVEN** that Fredrikson & Byron, P.A., as Chapter 11 counsel for the Debtors, has filed its second application for allowance of fees and expenses, a copy of which is attached hereto and served upon you.

2.      **NOTICE IS FURTHER GIVEN** that any objection to the application must be filed with the Clerk of the United States Bankruptcy Court, whose address is Quentin N. Burdick Courthouse, 655 First Avenue North, Suite 210, Fargo, North Dakota 58102, and served upon the attorney whose name and address is listed below, by **November 6, 2024, which is twenty-one (21) days from the date of the filing of this Notice**. Any objections not filed and served may deemed waived.

Dated: October 16, 2024      /e/ *Steven R. Kinsella*

Michael S. Raum (#05676)
**FREDRIKSON & BYRON, P.A.**
51 Broadway, Suite 400
Fargo, ND 58102-4991
701.237.8200
mraum@fredlaw.com

Steven R. Kinsella (#09514)
Katherine A. Nixon (*pro hac vice* MN #0402772)
**FREDRIKSON & BYRON, P.A.**
60 South 6th Street, Suite 1500
Minneapolis, MN 55402-4400
612.492.7000
skinsella@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR DEBTORS**