**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | **Jointly Administered** |
| | |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| | |
| Debtors. | Chapter 11 |

**STAFFING REPORT OF LIGHTHOUSE MANAGEMENT GROUP, INC. FOR THE
PERIOD OF SEPTEMBER 1, 2024 THROUGH SEPTEMBER 30, 2024**

Lighthouse Management Group, Inc. ("Lighthouse") submits this Monthly Staffing Report
(the "Staffing Report") for the period of September 1, 2024 through September 30, 2024 pursuant
to the *Amended Order Authorizing the Retention of Lighthouse Management Group as the
Debtors' Chief Restructuring Officer* (ECF No. 71) and the *Order Establishing Procedures for
Interim Compensation and Reimbursement of Expenses for Retained Professionals* (ECF No. 72,
the "Order"). Lighthouse discloses as follows:

| Staffing Report: September 1, 2024 through September 30, 2024 | |
|---|---|
| Lighthouse employees who rendered services to the Debtors: | Patrick Finn, Alex Dybsky, Murthy Yenamandra, and Pam Wigen |
| Total hours billed by Lighthouse: | 163.3 |
| Total fees and expenses paid to Lighthouse: | $66,165.61 |
| Summary of the tasks performed by Lighthouse: | Services include reviewing the Debtors' books and records; preparing the monthly operating report; communicating with investors and borrowers; communicating with Debtors' counsel; communicating with counsel for the committee; |

| Staffing Report: September 1, 2024 through September 30, 2024 | |
|---|---|
| | analyzing debtors' financial condition and formulating plan of action |

Pursuant to the Order, notice of this Staffing Report is being provided to the Debtors, the United States Trustee, and counsel for the Official Committee of Unsecured Creditors. The Notice Parties, as defined in the Order, **may object to this Staffing Report within 21 days of the filing of the Staffing Report**. If no objection is filed and served, the Court may allow Lighthouse's fees and expenses without a hearing.

## AFFIDAVIT

I, Patrick Finn, am a Partner of Lighthouse Management Group, Inc., the Chief Restructuring Officer for EPIC Companies Midwest, LLC, EPIC Companies Midwest 2023, LLC, EPIC Employee, LLC, EOLA Capital, LLC, and EC West Fargo, LLC and I declare under penalty of perjury that the facts set forth in the preceding Staffing Report are true and correct, according to the best of my knowledge, information, and belief.

Dated: October 17, 2024

_____
Patrick Finn
Partner, Lighthouse Management Group, Inc.
Chief Restructuring Officer of the Debtors