EXHIBIT A

**DEBTOR:** Epic Companies Midwest 2023 LLC          **CASE NO:** 24-30282

### Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period:   9/1/2024 to 9/30/2024

| CASH FLOW SUMMARY | | Jul-24 | Aug-24 | Sep-24 | Oct-24 | ##### | Dec-24 | Accumulated |
|---|---|---|---|---|---|---|---|---|
| **1. Beginning Cash Balance** | $ | 177,704.18 | $ 180,622.51 | $ 180,760.63 | $ | $ | $ | $ 177,704.18 (1) |
| 2. Cash Receipts | | | | | | | | |
| Operations | | 1,375.00 | - | - | | | | 1,375.00 |
| Sale of Assets | | - | - | - | | | | - |
| Loans/advances | | - | - | - | | | | - |
| Other: Loan Interest Income | | 5,015.33 | 207.00 | 22,100.01 | | | | 27,322.34 |
| Other: Interest Income | | - | - | - | | | | - |
| Total Cash Receipts | $ | 6,390.33 | $ 207.00 | $ 22,100.01 | $ | $ | $ | $ 28,697.34 |
| 3. Cash Disbursements | | | | | | | | |
| Operations | | 3,472.00 | 68.88 | 103.19 | | | | 3,644.07 |
| Debt Service/Secured loan payment | | - | - | - | | | | - |
| Professional fees/U.S. Trustee fees | | - | - | - | | | | - |
| Other | | - | - | - | | | | - |
| Total Cash Disbursements | $ | 3,472.00 | $ 68.88 | $ 103.19 | $ | $ | $ | $ 3,644.07 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | | 2,918.33 | 138.12 | 21,996.82 | | | | 25,053.27 |
| **5 Ending Cash Balance (to Form 2-C)** | $ | 180,622.51 | $ 180,760.63 | $ 202,757.45 | $ | $ | $ | $ 202,757.45 (2) |

**CASH BALANCE SUMMARY**

| | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ 0 |
| Operating Account | First Western Bank & Trust | 0 |
| Debtor-in-possession Account | US Bank | 202,757.45 |
| Other Interest-bearing Account | | 0 |
| TOTAL (must agree with Ending Cash Balance above) | $ | 202,757.45 |

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case.*
*Current month beginning cash balance should equal the previous month's ending balance.*
*(2) All cash balances should be the same.*

EXHIBIT A

**DEBTOR:**    **Epic Companies Midwest 2023 LLC**          **CASE NO:**    24-30282

### Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period:    9/1/2024 to    9/30/2024

**CASH RECEIPTS DETAIL**          **Account No:**
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| 9/3/2024 | Epic Unite REH | Other: Loan Interest Income | $ 22,100.01 |

**Total Cash Receipts**    $  22,100.01  (1)

*(1)  Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

EXHIBIT A

**DEBTOR:** Epic Companies Midwest 2023 LLC      **CASE NO:** 24-30282

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period:  9/1/2024 to 9/30/2024

**CASH DISBURSEMENTS DETAIL**      **Account No:**
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| | | | | $ |
| 9/16/2024 | | USBank | Operations | 103.19 |

**Total Cash Disbursements**    $ 103.19 (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

**DEBTOR:** Epic Companies Midwest 2023 LLC

**CASE NO:** 24-30282

Form 2-C
**COMPARATIVE BALANCE SHEET**

For Period Ending 9/30/2024

| | 7/8/2024 | 7/31/2024 | 8/31/2024 | 9/30/2024 | 10/31/2024 | 11/30/2024 | 12/31/2024 | Petition Date (1) |
|---|---|---|---|---|---|---|---|---|
| *ASSETS* | | | | | | | | |
| Current Assets: | | | | | | | | |
| Cash (from Form 2-B, line 5) | $ - | $ 180,622.51 | $ 180,760.63 | $ 202,757.45 | $ | $ | $ | $ 177,704.18 |
| Accounts Receivable (from Form 2-E) | - | 199,479.72 | 154,700.88 | 231,894.45 | | | | 133,562.64 |
| Receivable from Officers, Employees, Affiliates | - | - | - | - | | | | - |
| Inventory | - | - | - | - | | | | - |
| Other Current Assets :(List) | - | - | - | - | | | | - |
| | - | - | - | - | | | | - |
| Total Current Assets | $ - | $ 380,102.23 | $ 335,461.51 | $ 434,651.90 | $ | $ | $ | $ 311,266.82 |
| Fixed Assets: | | | | | | | | |
| Land | $ - | - | - | - | | | | $ - |
| Building | - | - | - | - | | | | - |
| Equipment, Furniture and Fixtures | - | - | - | - | | | | - |
| Total Fixed Assets | - | - | - | - | | | | - |
| Less: Accumulated Depreciation | ( - ) | ( - ) | ( - ) | ( - ) | ( ) | ( ) | ( ) | ( - ) |
| Net Fixed Assets | $ - | $ - | $ - | $ - | $ | $ | $ | $ - |
| Other Assets (List): | - | | - | | | | | |
| Notes Receivable | | 12,067,346.12 | 11,495,070.19 | 11,495,070.19 | | | | 12,067,346.12 |
| | - | | - | | | | | |
| **TOTAL ASSETS** | $ - | $ 12,447,448.35 | $ 11,830,531.70 | $ 11,929,722.09 | $ | $ | $ | $ 12,378,612.94 |
| *LIABILITIES* | | | | | | | | |
| Post-petition Accounts Payable (from Form 2-E) | $ - | $ - | $ 37,326.93 | $ 57,176.61 | $ | $ | $ | - |
| Post-petition Accrued Profesional Fees (from Form 2-E) | - | - | - | - | | | | - |
| Post-petition Taxes Payable (from Form 2-E) | - | - | - | - | | | | - |
| Post-petition Notes Payable | - | - | - | - | | | | - |
| Other Post-petition Payable(List): | - | - | - | - | | | | - |
| | - | - | - | - | | | | - |
| Total Post Petition Liabilities | $ - | $ - | $ 37,326.93 | $ 57,176.61 | $ | $ | $ | - |
| Pre Petition Liabilities: | | | | | | | | |
| Secured Debt | - | - | - | - | | | | - |
| Priority Debt | - | - | - | - | | | | - |
| Prepetition Unsecured Debt | - | 12,327,013.80 | 11,754,737.87 | 11,754,737.87 | | | | 12,327,013.80 |
| Class B | - | - | - | - | | | | - |
| Total Pre Petition Liabilities | $ - | $ 12,327,013.80 | $ 11,754,737.87 | $ 11,754,737.87 | $ | $ | $ | 12,327,013.80 |
| **TOTAL LIABILITIES** | $ - | $ 12,327,013.80 | $ 11,792,064.80 | $ 11,811,914.48 | $ | $ | $ | 12,327,013.80 |
| *OWNERS' EQUITY* | | | | | | | | |
| Owner's/Stockholder's Equity | $ - | $ 120,434.55 | $ 38,466.90 | $ 117,807.61 | $ | $ | $ | 51,599.14 |
| Retained Earnings - Prepetition | - | - | - | - | | | | - |
| Retained Earnings - Post-petition | - | - | - | - | | | | - |
| **TOTAL OWNERS' EQUITY** | $ - | $ 120,434.55 | $ 38,466.90 | $ 117,807.61 | $ | $ | $ | 51,599.14 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ - | $ 12,447,448.35 | $ 11,830,531.70 | $ 11,929,722.09 | $ | $ | $ | 12,378,612.94 |

*(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.*

Page 1 of 1
Rev. 01/01/18

EXHIBIT B

**DEBTOR:** Epic Companies Midwest 2023 LLC     **CASE NO:** 24-30282

**Form 2-D**
**PROFIT AND LOSS STATEMENT**
For Period  9/1/2024  to  9/30/2024

| | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ - | $ 1,375.00 |
| Less: Discounts, Returns and Allowances | ( - ) | ( - ) |
| **Net Operating Revenue** | $ - | $ 1,375.00 |
| Cost of Goods Sold | - | - |
| **Gross Profit** | $ - | $ 1,375.00 |
| Operating Expenses | | |
| Compensation | $ - | $ 3,472.00 |
| Selling, General and Administrative | 103.19 | 172.07 |
| Rents and Leases | - | - |
| Depreciation, Depletion and Amortization | - | - |
| Other (list): | - | - |
| Total Operating Expenses | $ 103.19 | $ 3,644.07 |
| **Operating Income (Loss)** | $ (103.19) | $ (2,269.07) |
| Non-Operating Income and Expenses | | |
| Other Non-Operating Expenses | $ - | $ - |
| Gains (Losses) on Sale of Assets | - | - |
| Interest Income | 22,100.01 | 27,322.34 |
| Interest Expense | - | - |
| Other Non-Operating Income | - | - |
| Net Non-Operating Income or (Expenses) | $ 22,100.01 | $ 27,322.34 |
| Reorganization Expenses | | |
| Legal and Professional Fees | $ - | $ - |
| Other Reorganization Expense | - | - |
| Total Reorganization Expenses | $ - | $ - |
| **Net Income (Loss) Before Income Taxes** | $ 21,996.82 | $ 25,053.27 |
| Federal and State Income Tax Expense (Benefit) | - | - |
| **NET INCOME (LOSS)** | $ 21,996.82 | $ 25,053.27 |

*(1) Accumulated Totals include all revenue and expenses since the petition date.*

EXHIBIT C

**DEBTOR:** Epic Companies Midwest 2023 LLC                **CASE NO:** 24-30282

**Form 2-E**
**SUPPORTING SCHEDULES**

For Period:   9/1/2024 to 9/30/2024

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | | 7/31/2024 | 8/31/2024 | 9/30/2024 | 10/31/2024 | 11/30/2024 | 12/31/2024 | Post Petition Accounts Payable |
|---|---|---|---|---|---|---|---|---|
| Under 30 days | $ | 75,199.07 | 69,954.50 | 77,193.57 | | | | 19,849.68 |
| 30 to 60 days | | - | 67,832.40 | 69,954.50 | | | | 37,326.93 |
| 61 to 90 days | | - | - | 67,832.40 | | | | - |
| 91 to 120 days | | - | - | - | | | | - |
| Over 120 days | | - | - | - | | | | - |
| **Total Post Petition** | | 75,199.07 | 137,786.90 | 214,980.47 | | | | |
| **Pre Petition Amounts** | | 124,280.65 | 116,913.98 | 116,913.98 | | | | |
| Total Accounts Receivable | $ | 199,479.72 $ | 254,700.88 $ | 331,894.45 | | | | |
| Less:  Bad Debt Reserve | | | (100,000.00) | (100,000.00) | | | | |
| **Net Accounts Receivable (to Form 2-C)** | $ | 199,479.72 $ | 154,700.88 $ | 231,894.45 | | | | |

| | |
|---|---|
| **Total Post Petition Acc** | 57,176.61 |
| **Pre-Petition Accounts Payable** | 49,264.58 |
| **Total Accounts Payable** | 106,441.19 |

*\* Attach a detail listing of accounts receivable and post-petition accounts payable*

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | | | | |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other:  CRO | - | - | - | | - |
| Total | $         - $ | - $ | - | | - |

*\*Balance due to include fees and expenses incurred but not yet paid.*

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | $ |
| | | | |
| | | | |

*\*\*List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner,*
*partner, shareholder, officer or director.*