**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

**ORDER APPROVING IN PART FIRST APPLICATION OF FREDRIKSON & BYRON, P.A. FOR ALLOWANCE OF FEES AND EXPENSES AS CHAPTER 11 COUNSEL FOR THE DEBTORS FROM JULY 8, 2024, THROUGH AUGUST 31, 2024**

Fredrikson & Byron, P.A., as Counsel for Debtors, filed a First Application for Allowance of Fees and Expenses from July 8, 2024, through August 31, 2024. Doc. 107. The Court received no formal objections.

The United States Trustee filed a reply to the application. Doc. 129. In the Reply, the United States Trustee advised the Court that she requested Fredrikson & Byron to reduce its fees by $1,116.00. Fredrikson & Byron subsequently agreed to reduce its fees in the amount of $1,116.00.

The Court agrees with the United States Trustee's assessment. Specifically, it found numerous examples of interoffice conferences suggesting duplication of counsels' services. Since Fredrikson & Byron volunteered to reduce its fees in the sum suggested by the United States Trustee, the Court will not reduce the fees by an additional sum given that this is a relatively new case.

1

**IT IS ORDERED** that the Application is approved in part. Fredrikson & Byron's unpaid fees incurred between July 8, 2024, and August 31, 2024, in the sum of $70,549.00, and unpaid expenses in the sum of $9,986.96, for a total of $80,535.96, are allowed. Debtors are authorized to pay allowed postpetition fees and expenses. The hearing scheduled for October 21, 2024, is cancelled.

Dated: October 21, 2024.

Shon Hastings, Judge
United States Bankruptcy Court