**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

---

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

---

**ORDER APPROVING IN PART FIRST APPLICATION OF STINSON LLP FOR ALLOWANCE OF FEES AND EXPENSES AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FROM AUGUST 7, 2024 THROUGH AUGUST 31, 2024**

---

Stinson LLP, as Counsel for the Official Committee of Unsecured Creditors, filed a First Application for Allowance of Fees and Expenses from August 7, 2024, through August 31, 2024. Doc. 109. The United States Trustee filed an objection to the application. Doc. 129. In the Objection, the United States Trustee requested that Stinson reduce its fees by $1,791.50. The Court received no other objections.

The Court agrees with the United States Trustee's assessment. Specifically, it found numerous examples of block billing and several examples of interoffice conferences suggesting duplication of counsels' services. Since Stinson volunteered to reduce its fees in the sum suggested by the United States Trustee, the Court will not reduce the fees by an additional sum given that this is a new case, and the Committee recently hired counsel.

**IT IS ORDERED** that the Application is approved in part. Stinson's unpaid fees incurred between August 7, 2024, and August 31, 2024, in the sum of $42,776.50, and

1

unpaid expenses in the amount of $1,953.04, for a total of $44,729.54 are allowed. Debtors are authorized to pay allowed postpetition fees and expenses. The hearing scheduled for October 21, 2024, is cancelled.

    Dated: October 21, 2024.

/s/ Shon Hastings

Shon Hastings, Judge
United States Bankruptcy Court