**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| **In Re:** <br><br> **EPIC Companies Midwest, LLC,** <br> **EPIC Companies Midwest 2023, LLC,** <br> **EPIC Employee, LLC,** <br> **EOLA Capital, LLC, and** <br> **EC West Fargo, LLC,** <br> Debtors. | **Jointly Administered** <br> **Bankruptcy No. 24-30281** <br> **Bankruptcy No. 24-30282** <br> **Bankruptcy No. 24-30283** <br> **Bankruptcy No. 24-30284** <br> **Bankruptcy No. 24-30285** <br><br> **Chapter 11** |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**ALL NOTICES UNDER RULE 2002**

PLEASE TAKE NOTICE that, pursuant to Rule 9010 of the Bankruptcy Rules, Loren Goeser, a creditor of the Debtor, is a party in interest and hereby appears in this case, represented by undersigned counsel, Sara E. Diaz.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned requests that all notices and papers specified by that Rule, and pursuant to Rule 9010 of the Bankruptcy Rules, that all other notices given or required to be given in this case, and all other papers served or required to be served, be given and served upon:

Sara E. Diaz
ND License #06069
Bulie Diaz Law Office
305 S. 4th Street Suite A
Grand Forks, ND 58201
sara@bulielaw.com
Telephone: 612-335-1500

The foregoing request includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearing, requests or petitions, plans, disclosure statements, answering or reply papers, memoranda, and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal, or informal,

whether written, or oral, and whether transmitted or conveyed by mail, delivery, telephone, fax, email or otherwise.

Dated this 29th day of October, 2024:

                                                /s/ Sara E. Diaz
                                                Sara E. Diaz
                                                Bulie Diaz Law Office
                                                sara@bulielaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In Re: | |
|---|---|
| | **Jointly Administered** |
| **EPIC Companies Midwest, LLC,** | **Bankruptcy No. 24-30281** |
| **EPIC Companies Midwest 2023, LLC,** | **Bankruptcy No. 24-30282** |
| **EPIC Employee, LLC,** | **Bankruptcy No. 24-30283** |
| **EOLA Capital, LLC, and** | **Bankruptcy No. 24-30284** |
| **EC West Fargo, LLC,** | **Bankruptcy No. 24-30285** |
| Debtors. | |
| | **Chapter 11** |

**CERTIFICATE OF SERVICE**

Sara E. Diaz, an attorney at Bulie Diaz Law Office, hereby certifies a true and correct copy of the Notice of Appearance was electronically served via CM/ECF to all interested parties.

Dated: October 29, 2024

*/s/ SARA E. DIAZ*
Sara E. Diaz
Bulie Diaz Law Office