UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |
| _____/ | |

**ORDER**

On October 22, 2024, Debtors filed a Motion Under Section 1121(d)(1) of the Bankruptcy Code to Extend Exclusive Periods for Debtors to File and Obtain Acceptances of a Chapter 11 Plan. [Doc. 150]. The Court received no objections to the motion and the time to object passed. Upon review of the Motion, the Court finds cause for granting it. **IT IS ORDERED** that the Motion Under Section 1112(d)(1) of the Bankruptcy Code to Extend Exclusive Periods for Debtors to File and Obtain Acceptances of a Chapter 11 Plan is **GRANTED**. The period during which only Debtors may file a Chapter 11 Plan is extended to May 5, 2025. The period during which only Debtors may solicit acceptances of a plan of reorganization is extended to July 7, 2025.

Dated this 6th day of November, 2024.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court