

**Fredrikson & Byron, P.A.**
Attorneys and Advisors

60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4400
Main: 612.492.7000
fredlaw.com

November 13, 2024

VIA CM/ECF

North Dakota Bankruptcy Court
Attn: Clerk's Office
Quentin N. Burdick United States Courthouse
655 1st Ave North, Suite 210
Fargo, ND 58102

Re: **EPIC Companies Midwest, LLC; EPIC Companies Midwest 2023, LLC; EPIC Employee, LLC; EOLA Capital, LLC; and EC West Fargo, LLC (Bankruptcy Case No. 24-30281 (Jointly Administered))**

Dear Court Clerk:

We are writing to request a change of address for the Debtors in above-referenced jointly administered bankruptcy cases. The new addresses for the Debtors are:

| EPIC Companies Midwest, LLC<br>C/O Lighthouse Management Group, Inc.<br>900 Long Lake Road Ste. 180<br>New Brighton, MN 55112 | EOLA Capital, LLC<br>C/O Lighthouse Management Group, Inc.<br>900 Long Lake Road Ste. 180<br>New Brighton, MN 55112 |
|---|---|
| EPIC Companies Midwest 2023, LLC<br>C/O Lighthouse Management Group, Inc.<br>900 Long Lake Road Ste. 180<br>New Brighton, MN 55112 | EC West Fargo, LLC<br>C/O Lighthouse Management Group, Inc.<br>900 Long Lake Road Ste. 180<br>New Brighton, MN 55112 |
| EPIC Employee, LLC<br>C/O Lighthouse Management Group, Inc.<br>900 Long Lake Road Ste. 180<br>New Brighton, MN 55112 | |

Thank you in advance. Please contact me with any questions.

Sincerely,

/e/ Steven R. Kinsella

Steven R. Kinsella
**Direct Dial:** 612.492.7244
**Email:** skinsella@fredlaw.com