# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

## THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' RESPONSE OF NO OBJECTION TO DEBTORS' MOTION TO USE CASH COLLATERAL

1. The Official Committee of Unsecured Creditors (the "Committee"), files this Response of No Objection to Debtors' Motion to Use Cash Collateral.

2. Debtors filed a Motion for an Order Authorizing the Use of Cash on November 11, 2024 (the "Motion"). [Dkt. No. 161.] The Committee has reviewed the Motion and has no objection to the relief requested therein.

Dated: November 14, 2024

*/s/ Benjamin J. Court*
Benjamin J. Court (ND #07776)
Christopher J. Harayda (MN #0390333)
Samantha J. Hanson-Lenn (MN #0402035)
**STINSON LLP**
50 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402
Telephone: 612-335-1500
benjamin.court@stinson.com
cj.harayda@stinson.com
samantha.hansonlenn@stinson.com

**COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

CORE/3531668.0002/193897488.1