## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors.[1] | Chapter 11 |

### THIRD APPLICATION OF FREDRIKSON & BYRON, P.A. FOR ALLOWANCE OF FEES AND EXPENSES AS CHAPTER 11 COUNSEL FOR THE DEBTORS FROM OCTOBER 1, 2024 THROUGH OCTOBER 31, 2024

1.      Steven R. Kinsella and Fredrikson & Byron, P.A. (collectively, "Fredrikson") make this Application for allowance of fees for professional services rendered and for reimbursement of expenses incurred as Chapter 11 counsel for EPIC Companies Midwest, LLC, EPIC Companies Midwest 2023, LLC, EPIC Employee, LLC, EOLA Capital, LLC, and EC West Fargo, LLC (collectively, the "Debtors") between October 1, 2024 and October 31, 2024 pursuant to 11 U.S.C. § 330.

2.      In support of this Application, Fredrikson respectfully states as follows:

### JURISDICTION

3.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334 and Fed. R. Bankr. P. 5005. This a core proceeding pursuant to 28 U.S.C. § 157(b). Venue

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Debtors' address is 400 10th Street SE, Minot, ND 58701 and their Employer Identification Numbers (EINs) are as follows: 83-2840705 (EPIC Companies Midwest, LLC), 88-3709518 (EPIC Companies Midwest 2023, LLC), 88-4112082 (EPIC Employee, LLC), 88-0554720 (EOLA Capital, LLC) and 82-5331354 (EC West Fargo, LLC).

is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The petitions commencing these Chapter 11 cases were filed on July 8, 2024 (the "Petition Date"). The cases are currently pending before this Court.

4.      This Application arises under 11 U.S.C. §§ 503(b)(2), 328(a), 330, and 331.  This Application is filed under Fed. R. Bankr. P. 2016 and 2002(a)(6). Notice of this Application is provided pursuant to  the Notice and Service  Requirements  adopted  pursuant  to Local Rule 2002-1 and the Court's order limiting notice pursuant to Fed. R. Bankr. P. 2002(i). (ECF No. 124.)

## **BACKGROUND**

5.      On the Petition Date, the Debtors filed an application to employ Fredrikson as Chapter 11 counsel for the Debtors effective July 8, 2024. (ECF No. 13.) The Court approved the application to employ Fredrikson on July 25, 2024. (ECF No. 49.) A copy of that order is attached as **Exhibit A**.

6.       On the Petition Date, the Debtors also filed a motion for an order establishing interim compensation procedures. (ECF No. 11.) The Court entered an order on August 14, 2024 granting the motion and allowing Fredrikson to file monthly applications for compensation. (ECF No. 72.) A copy of that order is attached as **Exhibit B**.

7.      This is Fredrikson's third application for allowance of fees and expenses under 11 U.S.C. § 331. Fredrikson received court approval for the following prior fee applications:

| **Fee Application Amount** | **Date of Order Approving Fee Application** | **Docket No.** |
|---|---|---|
| $80,535.96 | 10/21/2024 | 148 |
| $20,172.00 | 11/14/2024 | 164 |
| $100,707.96 | | |

8.      Fredrikson believes that the Debtors are current in payment of ordinary operating expenses and any allowed administrative expenses, that any quarterly fees have been or will be paid as required to the United States Trustee, and that all monthly operating reports are being timely filed, including pursuant to any extensions granted by the United States Trustee.

**RELIEF REQUESTED**

9.      **Post-Petition Fees.** By this Application, Fredrikson requests allowance of fees for professional services rendered during these Chapter 11 cases between October 1, 2024 and October 31, 2024 in the amount of **$36,375.00**, and reimbursement of expenses in the amount of **$1,300.00**, for a total of **$37,675.00**.

10.     The professional services rendered by Fredrikson are detailed on the attached **Exhibit C**. Those services include the tasks specifically described below:

**(5000) Case Administration:  $168.00**

Services include submitting Word versions of proposed orders to the courtroom deputy and emailing the Chief Restructuring Officer ("CRO") regarding orders entered.

| **Name** | **Hours** | **Year** | **Hourly Rate** | **Fees** |
|---|---|---|---|---|
| Katherine A. Nixon | 0.4 | 2024 | $420 | $168.00 |
| **TOTAL** | **0.4** | | | **$168.00** |

| Blended Hourly Rate: | $420.00 |
|---|---|

**(5001) Asset Analysis and Recovery:  $30,218.50**

Services include analyzing information regarding borrowers; communicating with borrowers and their counsel; requesting and reviewing real estate and lien records; meeting with the CRO and counsel for the Official Committee of Unsecured Creditors ("UCC") regarding complaints against borrowers; drafting and revising complaints against borrowers; drafting settlement proposals; and meeting and communicating with interested banks.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Steven R. Kinsella | 29.1 | 2024 | $575 | $16,732.50 |
| Katherine A. Nixon | 31.9 | 2024 | $420 | $13,398.00 |
| Breann Jurek | 0.4 | 2024 | $220 | $88.00 |
| **TOTAL** | **61.4** | | | **$30,218.50** |

| Blended Hourly Rate: | $492.16 |
|----------------------|---------|

### (5002) Asset Disposition: $115.00

Services include communicating with a potential real estate buyer.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Steven R. Kinsella | 0.2 | 2024 | $575 | $115.00 |
| **TOTAL** | **0.2** | | | **$115.00** |

| Blended Hourly Rate: | $575.00 |
|----------------------|---------|

### (5006) Business Operations: $1,226.50

Services include communicating with the CRO regarding registered agent issues; changing registered agent information with the North Dakota Secretary of State; and analyzing a tax return issue.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Steven R. Kinsella | 0.6 | 2024 | $575 | $345.00 |
| Christy Carrier | 4.1 | 2024 | $215 | $881.50 |
| **TOTAL** | **4.7** | | | **$1,226.50** |

| Blended Hourly Rate: | $260.96 |
|----------------------|---------|

### (5007) Claims Administration and Objections: $672.00

Services include reviewing and analyzing proofs of claim and discussing the same with the CRO.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Shataia Stallings | 3.2 | 2024 | $210 | $672.00 |
| **TOTAL** | **3.2** | | | **$672.00** |

| Blended Hourly Rate: | $210.00 |
|----------------------|---------|

4

**(5010) Employment and Fee Applications: $1,505.50**

Services include drafting a proposed order for Fredrikson's first fee application; drafting and finalizing Fredrikson's second fee application; assisting in preparing the CRO's quarterly compensation report for Q3 of 2024; and reviewing orders granting fee applications.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Steven R. Kinsella | 0.5 | 2024 | $575 | $287.50 |
| Katherine A. Nixon | 2.9 | 2024 | $420 | $1,218.00 |
| TOTAL | 3.4 | | | $1,505.50 |

| Blended Hourly Rate: | $442.79 |
|---|---|

**(5012) Financing and Cash Collateral: $617.00**

Services include communicating with counsel for Bank Forward regarding the cash collateral stipulation; drafting the cash collateral stipulation; and reviewing the cash collateral order.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Steven R. Kinsella | 1.0 | 2024 | $575 | $575.00 |
| Katherine A. Nixon | 0.1 | 2024 | $420 | $42.00 |
| TOTAL | 1.1 | | | $617.00 |

| Blended Hourly Rate: | $560.91 |
|---|---|

**(5013) Meetings and Communications with Creditors: $57.50**

Services include communicating with a creditor regarding a proof of claim filing.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Steven R. Kinsella | 0.1 | 2024 | $575 | $57.50 |
| TOTAL | 0.1 | | | $57.50 |

| Blended Hourly Rate: | $575.00 |
|---|---|

**(5015) Plan and Disclosure Statement: $1,149.50**

Services include drafting and finalizing motion to extend exclusivity period.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Steven R. Kinsella | 0.1 | 2024 | $575 | $57.50 |
| Katherine A. Nixon | 2.6 | 2024 | $420 | $1,092.00 |
| **TOTAL** | **2.7** | | | **$1,149.50** |

| Blended Hourly Rate: | $425.74 |
|---|---|

### (5018) Reporting: $703.00

Services include communicating with the CRO regarding monthly operating reports and assisting in the preparation of the same.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Steven R. Kinsella | 0.2 | 2024 | $575 | $115.00 |
| Katherine A. Nixon | 0.7 | 2024 | $420 | $294.00 |
| Shataia Stallings | 1.4 | 2024 | $210 | $294.00 |
| **TOTAL** | **2.3** | | | **$703.00** |

| Blended Hourly Rate: | $316.88 |
|---|---|

### TOTAL POST-PETITION FEES: $36,375.00

11.    **Reimbursement of Expenses.**  In the course of this representation, Fredrikson has also incurred expenses detailed as part of Matter Nos. 5000 and 5006 on **Exhibit C**, and requests allowance thereof as follows:

| Expenses | Amount |
|---|---|
| Owners & Encumbrance Report for EPIC Entities | $250.00 |
| Owners & Encumbrance Report for EPIC Entities | $250.00 |
| Owners & Encumbrance Report for EPIC Entities | $250.00 |
| Owners & Encumbrance Report for EPIC Entities | $250.00 |
| Owners & Encumbrance Report for EPIC Entities | $250.00 |
| Filing Fee – Registered Agent Change Forms | $10.00 |
| Filing Fee – Registered Agent Change Forms | $10.00 |
| Filing Fee – Registered Agent Change Forms | $10.00 |
| Filing Fee – Registered Agent Change Forms | $10.00 |
| Filing Fee – Registered Agent Change Forms | $10.00 |
| **TOTAL** | **$1,300.00** |

### TOTAL EXPENSES: $1,300.00

6

12.     All services for which fees are requested by Fredrikson were performed for and on behalf of the Debtors, and not on behalf of any committee, creditor, or other person.

13.     The amount requested constitutes reasonable compensation for actual, necessary services rendered by Fredrikson, based on the nature, the extent, and the value of such services, the time spent on such services, and the cost of comparable services other than in a case under Title 11.  Fredrikson has not entered into any agreement, express or implied, with any other party-in-interest, including the Debtors, any creditor, receiver, trustee, or any representative of any of them, or with any attorney for such party-in-interest in the proceedings, for the purpose of fixing fees or other compensation to be paid to such party-in-interest in the proceedings for services rendered or expenses incurred from the assets of the estate in excess of the compensation allowed by law.

**WHEREFORE,** Fredrikson respectfully requests that the Court enter an order:

A.     Allowing Fredrikson's fees incurred between October 1, 2024 and October 31, 2024 in the amount of **$36,375.00,** and expenses in the amount of **$1,300.00,** totaling **$37,675.00**;

B.     Authorizing the Debtors to pay Fredrikson such allowed postpetition fees and expenses;

C.     Granting administrative expense priority to Fredrikson's allowed fees and expenses; and

D.     Granting such other and further relief as may be just and proper.

7

Dated:  November 15, 2024

/e/ *Steven R. Kinsella*

Michael S. Raum (#05676)
**FREDRIKSON & BYRON, P.A.**
51 Broadway, Suite 400
Fargo, ND  58102-4991
701.237.8200
mraum@fredlaw.com

Steven R. Kinsella (#09514)
Katherine A. Nixon (*pro hac vice* MN #0402772)
**FREDRIKSON & BYRON, P.A.**
60 South 6th Street, Suite 1500
Minneapolis, MN  55402-4400
612.492.7000
skinsella@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR DEBTORS**

## <u>AFFIDAVIT</u>

I, Steven R. Kinsella, an attorney at the law firm of Fredrikson & Byron, P.A., declare under penalty of perjury that the foregoing Third Application of Fredrikson & Byron, P.A. for Allowance of Fees and Expenses as Chapter 11 Counsel for the Debtors from October 1, 2024 Through October 31, 2024 is true and correct according to the best of my knowledge, information, and belief.

Dated: November 11, 2024            */e/ Steven R. Kinsella*
                                          Steven R. Kinsella

**<u>EXHIBIT A</u>**

**CourtAlert® Case Management**

| | |
|---|---|
| **From:** | ecf@ndb.uscourts.gov |
| **Sent:** | 7/25/2024 12:56:27 PM |
| **To:** | nate_olson@ndb.uscourts.gov |
| **Subject:** | Ch-11 24-30281 EPIC Companies Midwest, LLC Order on Application to Employ |

**CAUTION: EXTERNAL E-MAIL**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

**U.S. Bankruptcy Court**

**District of North Dakota**

Notice of Electronic Filing

The following transaction was received from vck, Court entered on 7/25/2024 at 12:56 PM CDT and filed on 7/25/2024

| | |
|---|---|
| **Case Name:** | EPIC Companies Midwest, LLC |
| **Case Number:** | 24-30281 |
| **Document Number:** | 49 |

**Docket Text:**
Order Approving Application to Employ Steven R. Kinsella and Fredrikson & Byron, P.A. as counsel for Debtor EPIC Companies Midwest, LLC effective July 8, 2024 (Related Doc. [13]). The application to employ is APPROVED subject to the limitations on compensation provided by 11 U.S.C. § 328. This order is not a determination that the services or rates charged are necessary and reasonable. The person or entity employed under this order shall file a fee application in accordance with the Bankruptcy Code and Federal Rules of Bankruptcy Procedures. See Fed. R. Bank. P. 2016, 2017 and 11 U.S.C. 329, 330. Applicant must also comply with Local Rules. As required by applicable federal rule or statute, the Movant shall serve this docket text only order on all appropriate parties that will not receive notice of electronic filing. By Judge Shon Hastings (Text order only). Signed on 7/25/2024 (vck)

The following document(s) are associated with this transaction:

**24-30281 Notice will be electronically mailed to:**

Douglas Christensen on behalf of Creditor Beth Holmes
dougc@grandforkslaw.com,
sarah@grandforkslaw.com;jen@grandforkslaw.com;julie@grandforkslaw.com

Michael Gust on behalf of Interested Party Bank Forward
mlgfilings@andersonbottrell.com, jernst@abstlaw.net

Joseph D Hackman on behalf of Interested Party Bank Forward
jhackman@abstlaw.net

Peter B. Hankla on behalf of Interested Party Randy and Dorothy Henke
phankla@mcgeelaw.com

Steven R Kinsella on behalf of Debtor EC West Fargo, LLC
skinsella@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Steven R Kinsella on behalf of Debtor EOLA Capital, LLC
skinsella@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Steven R Kinsella on behalf of Debtor EPIC Companies Midwest 2023, LLC
skinsella@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Steven R Kinsella on behalf of Debtor EPIC Companies Midwest, LLC
skinsella@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Steven R Kinsella on behalf of Debtor EPIC Employee, LLC
skinsella@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

John M Krings, Jr. on behalf of Creditor Cornerstone Bank
john@kaler-doeling.com, janae@kaler-doeling.com

Katherine A. Nixon on behalf of Debtor EPIC Companies Midwest, LLC
knixon@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Richard P. Olson on behalf of Creditor Essential Living Inc
rpolsonecf@minotlaw.com, rpolson@minotlaw.com

Richard P. Olson on behalf of Creditor Bruce & Diane Walker
rpolsonecf@minotlaw.com, rpolson@minotlaw.com

Robert B. Raschke
USTPRegion12.SX.ECF@usdoj.gov

Michael S Raum on behalf of Debtor EPIC Companies Midwest, LLC
mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Katrina A. Turman Lang on behalf of Creditor Dietz Properties, LLC
klang@woldlaw.com, melanie@turmanlaw.com

Katrina A. Turman Lang on behalf of Creditor Candice Dietz
klang@woldlaw.com, melanie@turmanlaw.com

Katrina A. Turman Lang on behalf of Creditor Larry Dietz
klang@woldlaw.com, melanie@turmanlaw.com

Sarah J. Wencil on behalf of U.S. Trustee Robert B. Raschke
sarah.j.wencil@usdoj.gov

Benjamin Williams on behalf of Creditor Cullen Insulation, Inc.
ben@kennellybusinesslaw.com, beth@kennellybusinesslaw.com

Benjamin Williams on behalf of Creditor Daniel Frisch
ben@kennellybusinesslaw.com, beth@kennellybusinesslaw.com

**24-30281 Notice will not be electronically mailed to:**

**EXHIBIT B**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

## ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR RETAINED PROFESSIONALS

Debtors filed a Motion for an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief. Doc. 11. Pursuant to the notice of the Motion [Doc. 16], objections to the Motion were due by July 30, 2024.

Debtors served notice of the Motion. The Court received no objections to the Motion. The Court held a hearing on the Motion on August 14, 2024. Based upon the Motion and the Declaration of Patrick Finn [Doc. 6] and for the reasons stated on the record at the August 14, 2024, hearing, the Court finds that the circumstances of these cases warrant granting the relief provided below.

**IT IS ORDERED** that, except as otherwise provided in any order of the Court, professionals employed in this bankruptcy case, including Fredrikson & Byron, P.A., shall be permitted to seek interim payment of compensation and reimbursement of expenses by filing monthly applications for interim compensation and reimbursement of expenses.

**IT IS FURTHER ORDERED** that Debtors are authorized to pay all reasonable amounts invoiced by Lighthouse Management Group, Inc. ("Lighthouse") for fees and expenses on a bi-weekly basis.

**IT IS FURTHER ORDERED** that Lighthouse will file with the Court and serve on Debtors, the United States Trustee, and any statutory committee appointed in this case (the "Notice Parties") a monthly staffing report, filed and served by the 20th of each month for the previous month, identifying the Lighthouse employees who worked on this case, the total hours billed by Lighthouse, and a summary of the tasks performed. Lighthouse will also file with the Court and serve on the Notice Parties a quarterly compensation report by the 20th of each month following the end of a quarter, showing the total fees and expenses for the preceding quarter. These reports will be deemed applications for interim compensation under sections 328 and 330. Parties in interest may object to the reports within 21 days after notice. The Court will rule on the applications after the deadline to object passes or after a hearing on the application.

**IT IS FURTHER ORDERED** that Debtors will allocate the fees and expenses approved among Debtors pro rata if the professionals charge for tasks that generally apply to all cases and to the appropriate Debtor if the tasks relate solely to a specific Debtor.

Dated:  August 14, 2024.

*Shon Hastings*

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT

## **EXHIBIT C**


**Fredrikson**

| | |
|---|---|
| **Invoice:** | **1888535** |
| **Invoice Date:** | **November 4, 2024** |
| **Client Account:** | **097807.5000** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through October 31, 2024

**Regarding: Case Administration**

| | |
|---|---|
| Total for Current Legal Fees: | $ 168.00 |
| Total For Current Costs and Other Charges: | $ 1,250.00 |
| **Total For Current Invoice:** | **$ 1,418.00** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**

Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



| | |
|---|---|
| **Invoice:** | **1888535** |
| **Invoice Date:** | **November 4, 2024** |

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 10/07/24 | 1883336 | 2,654.50 | | 2,654.50 |

**Total Prior Balance:**      **$ 2,654.50**

To avoid duplicate payments, the Prior Balance reflects what was still due as of November 4, 2024. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



|                    |                        |
|--------------------|------------------------|
| **Invoice:**       | **1888535**            |
| **Invoice Date:**  | **November 4, 2024**   |
| **Client Account:**| **097807.5000**        |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|------:|-------:|
| 10/01/24 | K. Nixon | Submit Word versions of proposed orders to courtroom deputy. | 0.20 | 84.00 |
| 10/02/24 | K. Nixon | Review orders entered and email CRO re: the same. | 0.20 | 84.00 |
| | | **Current Legal Fees:** | **0.40** | **$ 168.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|------------|----------:|------:|--------------:|
| Katherine  Nixon | 420.00 | 0.40 | 168.00 |
| **Total** | | **0.40** | **$ 168.00** |

### Costs and Other Charges

| | | Amount |
|------|-------------|-------:|
| 10/09/24 | Prof Serv First American Title Insurance Company (PO Box 677858 Dallas TX 75267-7858) - 1724-1724145841 - O&E - ███████████ | 250.00 |
| 10/09/24 | Prof Serv First American Title Insurance Company (PO Box 677858 Dallas TX 75267-7858) - 1724-1724145842 - O&E - ███████████ | 250.00 |
| 10/09/24 | Prof Serv First American Title Insurance Company (PO Box 677858 Dallas TX 75267-7858) - 1724-1724145844 - O&E - ███████████ | 250.00 |
| 10/09/24 | Prof Serv First American Title Insurance Company (PO Box 677858 Dallas TX 75267-7858) - 1724-1724145843 - O&E - ███████████ | 250.00 |
| 10/15/24 | Prof Serv First American Title Insurance Company (PO Box 677858 Dallas TX 75267-7858) - 1724-1724145896 - O&E - ███████████ | 250.00 |
| | **Current Costs and Other Charges:** | **$ 1,250.00** |

# Fredrikson

**Invoice:** **1888535**
**Invoice Date:** **November 4, 2024**
**Page: 2**

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 168.00 |
| Total For Current Costs and Other Charges: | $ 1,250.00 |
| **Total For Current Invoice:** | **$ 1,418.00** |



| | |
|---|---|
| **Invoice:** | **1888536** |
| **Invoice Date:** | **November 4, 2024** |
| **Client Account:** | **097807.5001** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through October 31, 2024

**Regarding: Asset Analysis and Recovery**

Total for Current Legal Fees:                                        $ 30,218.50

**Total For Current Invoice:**                                  **$ 30,218.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***

If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                    **Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484

Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Fredrikson**

| | |
|---|---|
| **Invoice:** | **1888536** |
| **Invoice Date:** | **November 4, 2024** |

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 10/07/24 | 1883337 | 6,302.50 | | 6,302.50 |
| **Total Prior Balance:** | | | | **$ 6,302.50** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of November 4, 2024. If payment has been sent close to this date, please verify payment status.



| | | | |
|---|---|---|---|
| **Invoice:** | **1888536** | | |
| **Invoice Date:** | **November 4, 2024** | | |
| **Client Account:** | **097807.5001** | | |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 10/01/24 | S. Kinsella | Analyze borrower information for complaints. | 0.30 | 172.50 |
| 10/02/24 | B. Jurek | Review O&E Report for ███████████; e-mails regarding same. | 0.20 | 44.00 |
| 10/02/24 | S. Kinsella | Meeting with committee counsel regarding strategy to recover from project borrowers (2.5); meeting with project borrower counsel (.5); communications with client regarding the same (.5). | 3.50 | 2,012.50 |
| 10/03/24 | K. Nixon | Emails to CRO re: O&E reports. | 0.10 | 42.00 |
| 10/03/24 | B. Jurek | Review additional O&E Reports received from title. | 0.20 | 44.00 |
| 10/07/24 | S. Kinsella | Send documents to project borrower (.2); begin preparing complaints (.3). | 0.50 | 287.50 |
| 10/08/24 | S. Kinsella | Analyze project borrower documents and financial information for complaint preparation. | 1.20 | 690.00 |
| 10/09/24 | S. Kinsella | Prepare draft complaint (.8); communications with client regarding borrower information (.3); communications with lender for secured party of borrower (.3); review list of borrower party defendants (.1); research fraudulent transfer issue (.2). | 1.70 | 977.50 |
| 10/09/24 | K. Nixon | Draft complaint(s) for recovery of assets. | 6.30 | 2,646.00 |
| 10/10/24 | S. Kinsella | Review and revise complaint (.8); meeting with counsel for secured lender regarding project borrower (.7). | 1.50 | 862.50 |
| 10/10/24 | K. Nixon | Revise complaint(s) for recovery of assets and send to CRO for review (0.3); review email from CRO with additional documents (0.2). | 0.50 | 210.00 |
| 10/11/24 | S. Kinsella | Meeting with client regarding complaints. | 1.30 | 747.50 |



**Invoice:** 1888536
**Invoice Date:** November 4, 2024
**Page: 2**

| 10/14/24 | S. Kinsella | Communications with counsel for Bremer regarding ███. | 0.10 | 57.50 |
| 10/15/24 | S. Kinsella | Communications with CRO regarding status of ███ negotiations. | 0.10 | 57.50 |
| 10/15/24 | K. Nixon | Discuss draft complaint(s) with CRO. | 0.30 | 126.00 |
| 10/16/24 | S. Kinsella | Provide comments and edits on complaints. | 0.70 | 402.50 |
| 10/16/24 | K. Nixon | Revise complaint(s) for recovery of assets. | 1.30 | 546.00 |
| 10/17/24 | S. Kinsella | Communications with counsel for project borrower. | 0.20 | 115.00 |
| 10/17/24 | K. Nixon | Phone calls with CRO re: complaint(s). | 0.40 | 168.00 |
| 10/18/24 | S. Kinsella | Communications with client regarding complaints and communications with banks. | 0.10 | 57.50 |
| 10/18/24 | K. Nixon | Draft complaint(s) for recovery of assets. | 4.60 | 1,932.00 |
| 10/21/24 | S. Kinsella | Meeting with counsel for project borrower (.5); follow up communications with CRO (.3); meeting with CRO regarding status of borrower complaints (.8); prepare forbearance agreement (2.1); receive update regarding bank plan regarding project borrower (.2); analyze fraudulent transfer book entries (.3). | 4.30 | 2,472.50 |
| 10/21/24 | K. Nixon | Meeting with CRO regarding asset analysis (0.9); draft complaint(s) for recovery of assets (2.0). | 2.90 | 1,218.00 |
| 10/22/24 | K. Nixon | Phone call with CRO re: draft complaint(s) (0.3); draft complaint(s) for recovery of assets (0.9). | 1.20 | 504.00 |
| 10/22/24 | S. Kinsella | Analyze transfer issue regarding ███. | 0.80 | 460.00 |
| 10/23/24 | K. Nixon | Draft complaint(s) for recovery of assets. | 4.70 | 1,974.00 |
| 10/23/24 | S. Kinsella | Communications with CRO regarding bank meetings. | 0.10 | 57.50 |
| 10/24/24 | K. Nixon | Email CRO re: draft complaint(s) for recovery of assets. | 0.10 | 42.00 |
| 10/24/24 | S. Kinsella | Phone call with project borrower's counsel and CRO (.7); follow up call with CRO (.4); draft ███ complaint (1.9); review ███ complaint (.4). | 3.40 | 1,955.00 |
| 10/25/24 | S. Kinsella | Draft ███ complaint. | 1.00 | 575.00 |
| 10/28/24 | S. Kinsella | Meeting with CRO regarding complaints, negotiations, and upcoming pleadings (.5); draft and revise ███ complaint (2.3). | 2.80 | 1,610.00 |



**Invoice:** 1888536
**Invoice Date:** November 4, 2024
**Page: 3**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 10/28/24 | K. Nixon | Meeting with CRO regarding asset analysis (0.5); email to CRO re: additional demand letter (0.1); draft complaint(s) for recovery of assets (0.4). | 1.00 | 420.00 |
| 10/29/24 | K. Nixon | Draft and finalize demand letter to borrower (0.4); draft complaint(s) for recovery of assets (0.2). | 0.60 | 252.00 |
| 10/29/24 | S. Kinsella | Revise ████ complaint. | 0.40 | 230.00 |
| 10/30/24 | S. Kinsella | Revise ████ complaint (.8); prepare settlement offers (1.9); communications with committee counsel regarding the complaints (.2); communications with CRO regarding the complaints (.3); review additional financial information in support of complaints (.3). | 3.50 | 2,012.50 |
| 10/30/24 | K. Nixon | Draft complaint(s) for recovery of assets. | 4.30 | 1,806.00 |
| 10/31/24 | S. Kinsella | Revise ████ complaint (.4); prepare and send settlement proposals (.8); communications with client regarding complaints (.4). | 1.60 | 920.00 |
| 10/31/24 | K. Nixon | Draft complaint(s) for recovery of assets. | 3.60 | 1,512.00 |
| | | **Current Legal Fees:** | **61.40** | **$ 30,218.50** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|------------|-----------|-------|---------------|
| Steven R. Kinsella | 575.00 | 29.10 | 16,732.50 |
| Katherine Nixon | 420.00 | 31.90 | 13,398.00 |
| Breann Jurek | 220.00 | 0.40 | 88.00 |
| **Total** | | **61.40** | **$ 30,218.50** |

### Invoice Totals

Total for Current Legal Fees: $ 30,218.50

**Total For Current Invoice:** **$ 30,218.50**



| | |
|---|---|
| **Invoice:** | **1888537** |
| **Invoice Date:** | **November 4, 2024** |
| **Client Account:** | **097807.5002** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through October 31, 2024

**Regarding: Asset Disposition**

Total for Current Legal Fees:                                                          $ 115.00

**Total For Current Invoice:**                                                    **$ 115.00**

*Payment is due within 30 days from receipt of invoice*

If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                    **Wire Instructions:**

Fredrikson & Byron P.A.            Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1888537**
**Invoice Date:** **November 4, 2024**
**Client Account:** **097807.5002**

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 10/01/24 | S. Kinsella | Communications with potential real estate buyer. | 0.20 | 115.00 |
| | **Current Legal Fees:** | | **0.20** | **$ 115.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|-----------|-----------|-------|---------------|
| Steven R.  Kinsella | 575.00 | 0.20 | 115.00 |
| **Total** | | **0.20** | **$ 115.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 115.00 |
| **Total For Current Invoice:** | **$ 115.00** |

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



| | |
|---|---|
| **Invoice:** | **1888538** |
| **Invoice Date:** | **November 4, 2024** |
| **Client Account:** | **097807.5007** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through October 31, 2024

**Regarding: Claims Administration and  Objections**

Total for Current Legal Fees: $ 672.00

**Total For Current Invoice:** **$ 672.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**

Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1888538**
**Invoice Date:** **November 4, 2024**

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 10/07/24 | 1883338 | 546.00 | | 546.00 |

**Total Prior Balance:**                                           **$ 546.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of November 4, 2024. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



| | |
|---|---|
| **Invoice:** | **1888538** |
| **Invoice Date:** | **November 4, 2024** |
| **Client Account:** | **097807.5007** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10/11/24 | S. Stallings | Attention to filed proof of claims. | 0.40 | 84.00 |
| 10/24/24 | S. Stallings | Attention to EPIC claims reports for all Debtors and forward to M. Yenamandra (.4); telephone call with M. Yenamandra regarding same and timing for claims analysis (.3). | 0.70 | 147.00 |
| 10/26/24 | S. Stallings | Attention to proof of claim filings (.3); review claims and sort by Debtor (.8). | 1.10 | 231.00 |
| 10/27/24 | S. Stallings | Attention to EPIC claims filed under various debtors (.4); review and sort claims (.6). | 1.00 | 210.00 |
| | **Current Legal Fees:** | | **3.20** | **$ 672.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Shataia  Stallings | 210.00 | 3.20 | 672.00 |
| **Total** | | **3.20** | **$ 672.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 672.00 |
| **Total For Current Invoice:** | **$ 672.00** |



| | |
|---|---|
| **Invoice:** | **1888539** |
| **Invoice Date:** | **November 4, 2024** |
| **Client Account:** | **097807.5018** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through October 31, 2024

**Regarding: Reporting**

Total for Current Legal Fees:                                                    $ 703.00

**Total For Current Invoice:**                                          **$ 703.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**              **Wire Instructions:**

Fredrikson & Byron P.A.            Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484

Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1888539**
**Invoice Date:** **November 4, 2024**

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 09/05/24 | 1876154 | 7,565.50 | (3,001.50) | 4,564.00 |
| 10/07/24 | 1883359 | 1,648.00 | | 1,648.00 |

**Total Prior Balance:** **$ 6,212.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of November 4, 2024. If payment has been sent close to this date, please verify payment status.



| | |
|---|---|
| **Invoice:** | **1888539** |
| **Invoice Date:** | **November 4, 2024** |
| **Client Account:** | **097807.5018** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10/16/24 | S. Kinsella | Advise on MOR issue. | 0.20 | 115.00 |
| 10/18/24 | K. Nixon | Review September MORs. | 0.30 | 126.00 |
| 10/18/24 | S. Stallings | Attention to monthly operating reports for EPIC debtors and supporting documentation (.4); finalize and e-file monthly operating reports and forward bank records to UST (1.1). | 1.40 | 294.00 |
| 10/22/24 | K. Nixon | Attention to inquiry from CRO re: September MOR and Form 2-F. | 0.40 | 168.00 |
| | **Current Legal Fees:** | | **2.30** | **$ 703.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 575.00 | 0.20 | 115.00 |
| Katherine  Nixon | 420.00 | 0.70 | 294.00 |
| Shataia  Stallings | 210.00 | 1.40 | 294.00 |
| **Total** | | **2.30** | **$ 703.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 703.00 |
| **Total For Current Invoice:** | **$ 703.00** |



**Invoice:** 1888540
**Invoice Date:** November 4, 2024
**Client Account:** 097807.5006

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through October 31, 2024

**Regarding: Business Operations**

| | |
|---|---:|
| Total for Current Legal Fees: | $ 1,226.50 |
| Total For Current Costs and Other Charges: | $ 50.00 |
| **Total For Current Invoice:** | **$ 1,276.50** |

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**

Please send remittance information to paynotification@fredlaw.com

**Tax ID:**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

 **Fredrikson**

| | |
|---|---|
| **Invoice:** | **1888540** |
| **Invoice Date:** | **November 4, 2024** |
| **Client Account:** | **097807.5006** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10/02/24 | S. Kinsella | Communications with client regarding registered agent issue. | 0.10 | 57.50 |
| 10/03/24 | C. Carrier | Email communications with P. Finn regarding changes to registered agent; conduct research on ND Sec. of State website to verify company data; prepare summary email to P. Finn setting out procedural steps. | 1.00 | 215.00 |
| 10/07/24 | S. Kinsella | Communications with client regarding registered agent issue. | 0.10 | 57.50 |
| 10/08/24 | C. Carrier | Request access to records on ND Sec. of State website; prepare status email to P. Finn setting out next steps. | 0.30 | 64.50 |
| 10/09/24 | S. Kinsella | Communications with client regarding subpoena issue. | 0.20 | 115.00 |
| 10/10/24 | S. Kinsella | Attention to registered agent issue. | 0.10 | 57.50 |
| 10/10/24 | C. Carrier | Work on filing change of registered agent forms and change of address forms with ND Sec. of State (EPIC Companies Midwest LLC; EPIC Companies Midwest 2023 LLC; EPIC Employee, LLC; EC West Fargo LLC; and EOLA Capital, LLC); coordinate registered agent service with Cogency Global. | 2.40 | 516.00 |
| 10/18/24 | C. Carrier | Download and circulate recorded address and registered agent change amendments (x10); related email communications. | 0.40 | 86.00 |
| 10/28/24 | S. Kinsella | Analyze tax return issue. | 0.10 | 57.50 |
| | **Current Legal Fees:** | | **4.70** | **$ 1,226.50** |



| | Invoice: | 1888540 |
|---|---|---|
| | Invoice Date: | **November 4, 2024** |
| | | **Page: 2** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 575.00 | 0.60 | 345.00 |
| Christy  Carrier | 215.00 | 4.10 | 881.50 |
| **Total** | | **4.70** | **$ 1,226.50** |

## Costs and Other Charges

| | | **Amount** |
|---|---|---|
| 10/15/24 | US Bancorp (PO Box 6343 Fargo ND 58125) - Fargo 10152024 - ND Sec. of State filing fees for recording registered agent change forms: EPIC Companies Midwest LLC; EPIC Companies Midwest 2023 LLC; EPIC Employee LLC; EC West Fargo LLC; and EOLA Capital, LLC. | 10.00 |
| 10/15/24 | US Bancorp (PO Box 6343 Fargo ND 58125) - Fargo 10152024 - ND Sec. of State filing fees for recording registered agent change forms: EPIC Companies Midwest LLC; EPIC Companies Midwest 2023 LLC; EPIC Employee LLC; EC West Fargo LLC; and EOLA Capital, LLC. | 10.00 |
| 10/15/24 | US Bancorp (PO Box 6343 Fargo ND 58125) - Fargo 10152024 - ND Sec. of State filing fees for recording registered agent change forms: EPIC Companies Midwest LLC; EPIC Companies Midwest 2023 LLC; EPIC Employee LLC; EC West Fargo LLC; and EOLA Capital, LLC. | 10.00 |
| 10/15/24 | US Bancorp (PO Box 6343 Fargo ND 58125) - Fargo 10152024 - ND Sec. of State filing fees for recording registered agent change forms: EPIC Companies Midwest LLC; EPIC Companies Midwest 2023 LLC; EPIC Employee LLC; EC West Fargo LLC; and EOLA Capital, LLC. | 10.00 |
| 10/15/24 | US Bancorp (PO Box 6343 Fargo ND 58125) - Fargo 10152024 - ND Sec. of State filing fees for recording registered agent change forms: EPIC Companies Midwest LLC; EPIC Companies Midwest 2023 LLC; EPIC Employee LLC; EC West Fargo LLC; and EOLA Capital, LLC. | 10.00 |

**Current Costs and Other Charges:**   **$ 50.00**

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 1,226.50 |
| Total For Current Costs and Other Charges: | $ 50.00 |
| **Total For Current Invoice:** | **$ 1,276.50** |



| | |
|---|---|
| **Invoice:** | **1888541** |
| **Invoice Date:** | **November 4, 2024** |
| **Client Account:** | **097807.5010** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through October 31, 2024

**Regarding: Employment and Fee Applications**

Total for Current Legal Fees:                                                          $ 1,505.50

**Total For Current Invoice:**                                                    **$ 1,505.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**           **Online Payments:**                    **Wire Instructions:**

Fredrikson & Byron P.A.            Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484

Please send remittance information to paynotification@fredlaw.com

Tax ID:

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1888541** |
| **Invoice Date:** | **November 4, 2024** |

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 10/07/24 | 1883339 | 3,094.00 | | 3,094.00 |
| **Total Prior Balance:** | | | | **$ 3,094.00** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of November 4, 2024. If payment has been sent close to this date, please verify payment status.



| | |
|---|---|
| **Invoice:** | **1888541** |
| **Invoice Date:** | **November 4, 2024** |
| **Client Account:** | **097807.5010** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10/07/24 | S. Kinsella | Review and finalize invoices for second fee application. | 0.10 | 57.50 |
| 10/07/24 | K. Nixon | Draft proposed order for Fredrikson first fee app and submit the same to chambers. | 0.40 | 168.00 |
| 10/14/24 | K. Nixon | Draft Fredrikson's second fee application. | 1.30 | 546.00 |
| 10/15/24 | K. Nixon | Email CRO re: order approving first monthly staffing report (0.1); prepare second monthly staffing report (0.1). | 0.20 | 84.00 |
| 10/16/24 | S. Kinsella | Review and revise second fee application. | 0.20 | 115.00 |
| 10/16/24 | K. Nixon | Finalize Fredrikson's second fee application and email CRO copy of the same. | 0.40 | 168.00 |
| 10/17/24 | K. Nixon | Email CRO re: September MOR (0.1); draft quarterly report for Q3 of 2024 (0.3). | 0.40 | 168.00 |
| 10/18/24 | K. Nixon | Finalize CRO's quarterly report for Q3 2024. | 0.20 | 84.00 |
| 10/21/24 | S. Kinsella | Review orders granting fee applications. | 0.20 | 115.00 |
| | **Current Legal Fees:** | | **3.40** | **$ 1,505.50** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 575.00 | 0.50 | 287.50 |
| Katherine  Nixon | 420.00 | 2.90 | 1,218.00 |
| **Total** | | **3.40** | **$ 1,505.50** |

# Fredrikson

**Invoice:**       **1888541**
**Invoice Date:**      **November 4, 2024**
**Page: 2**

## Invoice Totals

Total for Current Legal Fees:             $ 1,505.50

**Total For Current Invoice:**             **$ 1,505.50**



| | |
|---|---|
| **Invoice:** | **1888542** |
| **Invoice Date:** | **November 4, 2024** |
| **Client Account:** | **097807.5012** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through October 31, 2024

**Regarding: Financing and Cash Collateral**

Total for Current Legal Fees:                                                                $ 617.00

**Total For Current Invoice:**                                                          **$ 617.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***

If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                          **Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484

Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:**          **1888542**
**Invoice Date:**     **November 4, 2024**

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 10/07/24 | 1883340 | 2,510.00 | | 2,510.00 |

**Total Prior Balance:**                                        **$ 2,510.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of November 4, 2024. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



**Invoice:**      **1888542**
**Invoice Date:**      **November 4, 2024**
**Client Account:**      **097807.5012**

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 10/02/24 | S. Kinsella | Communications with alleged secured lender regarding cash collateral stipulation. | 0.10 | 57.50 |
| 10/07/24 | S. Kinsella | Finalize cash collateral stipulation. | 0.40 | 230.00 |
| 10/08/24 | K. Nixon | Review cash collateral order. | 0.10 | 42.00 |
| 10/08/24 | S. Kinsella | Revise and finalize cash collateral stipulation. | 0.50 | 287.50 |
| | **Current Legal Fees:** | | **1.10** | **$ 617.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|-----------|-----------|-------|---------------|
| Steven R.  Kinsella | 575.00 | 1.00 | 575.00 |
| Katherine  Nixon | 420.00 | 0.10 | 42.00 |
| **Total** | | **1.10** | **$ 617.00** |

### Invoice Totals

Total for Current Legal Fees:        $ 617.00

**Total For Current Invoice:**       **$ 617.00**



**Invoice:** 1888543
**Invoice Date:** November 4, 2024
**Client Account:** 097807.5013

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through October 31, 2024

**Regarding: Meetings and Communications  with Creditors**

Total for Current Legal Fees:                                                      $ 57.50

**Total For Current Invoice:**                                          **$ 57.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**           **Online Payments:**              **Wire Instructions:**

Fredrikson & Byron P.A.           Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484

Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1888543**
**Invoice Date:** **November 4, 2024**

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 10/07/24 | 1883357 | 3,359.50 | | 3,359.50 |

**Total Prior Balance:** **$ 3,359.50**

To avoid duplicate payments, the Prior Balance reflects what was still due as of November 4, 2024. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



| | |
|---|---|
| **Invoice:** | **1888543** |
| **Invoice Date:** | **November 4, 2024** |
| **Client Account:** | **097807.5013** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10/29/24 | S. Kinsella | Phone call from creditor regarding proof of claim filing. | 0.10 | 57.50 |
| | **Current Legal Fees:** | | **0.10** | **$ 57.50** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 575.00 | 0.10 | 57.50 |
| **Total** | | **0.10** | **$ 57.50** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 57.50 |
| **Total For Current Invoice:** | **$ 57.50** |



| | |
|---|---|
| **Invoice:** | **1888544** |
| **Invoice Date:** | **November 4, 2024** |
| **Client Account:** | **097807.5015** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through October 31, 2024

**Regarding: Plan and Disclosure Statement**

Total for Current Legal Fees:                                                                      $ 1,149.50

**Total For Current Invoice:**                                                                 **$ 1,149.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**        **Online Payments:**                         **Wire Instructions:**

Fredrikson & Byron P.A.        Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484

Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ████████

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1888544** |
| **Invoice Date:** | **November 4, 2024** |

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 10/07/24 | 1883358 | 57.50 | | 57.50 |

| | |
|---|---|
| **Total Prior Balance:** | **$ 57.50** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of November 4, 2024. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



**Fredrikson**

| | |
|---|---|
| **Invoice:** | **1888544** |
| **Invoice Date:** | **November 4, 2024** |
| **Client Account:** | **097807.5015** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10/21/24 | S. Kinsella | Review motion to extend exclusivity period. | 0.10 | 57.50 |
| 10/21/24 | K. Nixon | Draft motion to extend exclusivity period. | 2.20 | 924.00 |
| 10/22/24 | K. Nixon | Finalize motion to extend exclusivity period. | 0.40 | 168.00 |
| | **Current Legal Fees:** | | **2.70** | **$ 1,149.50** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 575.00 | 0.10 | 57.50 |
| Katherine  Nixon | 420.00 | 2.60 | 1,092.00 |
| **Total** | | **2.70** | **$ 1,149.50** |

### Invoice Totals

Total for Current Legal Fees:                                          $ 1,149.50

**Total For Current Invoice:**                                **$ 1,149.50**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

## NOTICE OF THIRD APPLICATION OF FREDRIKSON & BYRON, P.A. FOR ALLOWANCE OF FEES AND EXPENSES AS CHAPTER 11 COUNSEL FOR THE DEBTORS FROM OCTOBER 1, 2024 THROUGH OCTOBER 31, 2024

TO:    The parties-in-interest as specified in the Notice and Service Requirements adopted pursuant to Local Rule 2002-1 and the Court's order limiting notice pursuant to Fed. R. Bankr. P. 2002(i). (ECF No. 124.)

1.    **NOTICE IS HEREBY GIVEN** that Fredrikson & Byron, P.A., as Chapter 11 counsel for the Debtors, has filed its third application for allowance of fees and expenses, a copy of which is attached hereto and served upon you.

2.    **NOTICE IS FURTHER GIVEN** that any objection to the application must be filed with the Clerk of the United States Bankruptcy Court, whose address is Quentin N. Burdick Courthouse, 655 First Avenue North, Suite 210, Fargo, North Dakota 58102, and served upon the attorney whose name and address is listed below, by **Friday, December 6, 2024, which is twenty-one (21) days from the date of the filing of this Notice**. Any objections not filed and served may deemed waived.

Dated:  November 15, 2024

/e/ *Steven R. Kinsella*

Michael S. Raum (#05676)
**FREDRIKSON & BYRON, P.A.**
51 Broadway, Suite 400
Fargo, ND  58102-4991
701.237.8200
mraum@fredlaw.com

Steven R. Kinsella (#09514)
Katherine A. Nixon (*pro hac vice* MN #0402772)
**FREDRIKSON & BYRON, P.A.**
60 South 6th Street, Suite 1500
Minneapolis, MN  55402-4400
612.492.7000
skinsella@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR DEBTORS**

14