EXHIBIT A

**DEBTOR:**  EOLA Capital LLC          **CASE NO:**  24-30284

### Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period:  10/1/2024 to 10/31/2024

| CASH FLOW SUMMARY | | Jul-24 | | Aug-24 | | Sep-24 | | Oct-24 | | Nov-24 | | Dec-24 | | Accumulated | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1. Beginning Cash Balance** | $ | 76,033.25 | $ | 76,741.59 | $ | 76,657.17 | $ | 81,634.67 | $ | | $ | | $ | 76,033.25 | (1) |
| 2. Cash Receipts | | | | | | | | | | | | | | | |
| Operations | | - | | - | | - | | - | | | | | | - | |
| Sale of Assets | | - | | - | | - | | - | | | | | | - | |
| Loans/advances | | - | | - | | - | | - | | | | | | - | |
| Other: Loan Interest Income | | 708.34 | | - | | 5,100.00 | | 2,550.00 | | | | | | 8,358.34 | |
| Other: Interest Income | | - | | - | | - | | - | | | | | | - | |
| Total Cash Receipts | $ | 708.34 | $ | - | $ | 5,100.00 | $ | 2,550.00 | $ | | $ | | $ | 8,358.34 | |
| 3. Cash Disbursements | | | | | | | | | | | | | | | |
| Operations | | - | | 84.42 | | 122.50 | | 356.99 | | | | | | 563.91 | |
| Debt Service/Secured loan payment | | - | | - | | - | | - | | | | | | - | |
| Professional fees/U.S. Trustee fees | | - | | - | | - | | - | | | | | | - | |
| Other | | - | | - | | - | | - | | | | | | - | |
| Total Cash Disbursements | $ | - | $ | 84.42 | $ | 122.50 | $ | 356.99 | $ | | $ | | $ | 563.91 | |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | | 708.34 | | (84.42) | | 4,977.50 | | 2,193.01 | | | | | | 7,794.43 | |
| **5 Ending Cash Balance (to Form 2-C)** | $ | 76,741.59 | $ | 76,657.17 | $ | 81,634.67 | $ | 83,827.68 | $ | | $ | | $ | 83,827.68 | (2) |

**CASH BALANCE SUMMARY**

| | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $        0 |
| Operating Account | First Western Bank & Trust | 0 |
| Debtor-in-possession Account | US Bank | 83,827.68 |
| Other Interest-bearing Account | | 0 |
| TOTAL (must agree with Ending Cash Balance above) | | $   83,827.68 |

*(1)  Accumulated beginning cash balance is the cash available at the commencement of the case.*
*Current month beginning cash balance should equal the previous month's ending balance.*
*(2)  All cash balances should be the same.*

EXHIBIT A

**DEBTOR:**  **EOLA Capital LLC**                              **CASE NO:**  24-30284

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period:    10/1/2024  to    10/31/2024

**CASH RECEIPTS DETAIL**                    **Account No:**

*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| | | | $ |
| 10/01/2024 | Epic Unite REH | Other: Loan Interest Income | 425.00 |
| 10/01/2024 | Epic Unite REH | Other: Loan Interest Income | 2,125.00 |

**Total Cash Receipts**          $      2,550.00  (1)

*(1)  Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

Page 2 of 3

Rev. 01/01/18

**DEBTOR:**   EOLA Capital LLC _____      **CASE NO:**   24-30284 _____

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period:   _10/1/2024_ to _10/31/2024_

**CASH DISBURSEMENTS DETAIL**         **Account No:**   ███████████ ▭

*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|-------:|
| | | | | $ |
| 10/15/2024 | | USBank | Operations | 102.66 |
| 10/18/2024 | | Seward & Associates | Operations | 129.33 |
| 10/29/2024 | | Cogency Global Inc. | Operations | 125.00 |

**Total Cash Disbursements**   $      356.99

*(1)  Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

**DEBTOR:** EOLA Capital LLC      **CASE NO:** 24-30284

EXHIBIT B-C
Form 2-C

**COMPARATIVE BALANCE SHEET**

For Period Ending 10/31/2024

| | # | 7/8/2024 | ## | 7/31/2024 | 8/31/2024 | 9/30/2024 | 10/31/2024 | 11/30/2024 | 12/31/2024 | Petition Date (1) |
|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | |
| Current Assets: | | | | | | | | | | |
| Cash (from Form 2-B, line 5) | | $ - | | $ 76,741.59 | $ 76,657.17 | $ 81,634.67 | $ 83,827.68 | $ | $ | $ 76,033.25 |
| Accounts Receivable (from Form 2-E) | | - | | 161,916.66 | 120,404.17 | 184,841.68 | 245,879.19 | | | 98,683.21 |
| Receivable from Officers, Employees, Affiliates | | - | | - | - | - | - | | | - |
| Inventory | | - | | | | | | | | |
| Other Current Assets :(List) | | - | | - | - | - | - | | | - |
| | | - | | | | | | | | |
| Total Current Assets | | $ - | | $ 238,658.25 | $ 197,061.34 | $ 266,476.35 | $ 329,706.87 | $ | $ | $ 174,716.46 |
| Fixed Assets: | | | | | | | | | | |
| Land | | $ - | | - | - | - | - | $ | $ | - |
| Building | | - | | - | - | - | - | | | - |
| Equipment, Furniture and Fixtures | | - | | - | - | - | - | | | - |
| Total Fixed Assets | | - | | - | - | - | - | | | - |
| Less: Accumulated Depreciation | | ( - | | ( - | ( - | ( - | ( - | ( | ( ) | ( - ) |
| Net Fixed Assets | | $ - | | $ - | $ - | $ - | $ - | $ | $ | $ - |
| Other Assets (List): | | - | | | | | | | | |
| Notes Receivable | | | | 9,075,000.00 | 9,075,000.00 | 9,075,000.00 | 9,075,000.00 | | | 9,075,000.00 |
| | | - | | | | | | | | |
| **TOTAL ASSETS** | | $ - | | $ 9,313,658.25 | $ 9,272,061.34 | $ 9,341,476.35 | $ 9,404,706.87 | $ | $ | $ 9,249,716.46 |
| **LIABILITIES** | | | | | | | | | | |
| Post-petition Accounts Payable (from Form 2-E) | | $ - | | $ - | $ 26,136.91 | $ 42,693.35 | $ 85,250.34 | $ | $ | - |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | - | | - | - | - | - | | | - |
| Post-petition Taxes Payable (from Form 2-E) | | - | | - | - | - | - | | | - |
| Post-petition Notes Payable | | - | | - | - | - | - | | | - |
| Other Post-petition Payable(List): CRO | | - | | - | - | - | - | | | - |
| | | - | | - | - | - | - | | | - |
| Total Post Petition Liabilities | | $ - | | $ - | 26,136.91 | 42,693.35 | 85,250.34 | $ | $ | - |
| Pre Petition Liabilities: | | | | | | | | | | |
| Secured Debt | | - | | - | - | - | - | | | - |
| Priority Debt | | - | | - | - | - | - | | | - |
| Prepetition Unsecured Debt | | - | | 9,087,833.34 | 9,087,833.34 | 9,087,833.34 | 9,087,833.34 | | | 9,087,833.34 |
| Class B | | - | | - | - | - | - | | | - |
| Total Pre Petition Liabilities | | $ - | | $ 9,087,833.34 | $ 9,087,833.34 | $ 9,087,833.34 | $ 9,087,833.34 | $ | $ | $ 9,087,833.34 |
| **TOTAL LIABILITIES** | | $ - | | $ 9,087,833.34 | $ 9,113,970.25 | $ 9,130,526.69 | $ 9,173,083.68 | $ | $ | $ 9,087,833.34 |
| **OWNERS' EQUITY** | | | | | | | | | | |
| Owner's/Stockholder's Equity | | $ - | | $ 225,824.91 | $ 158,091.09 | $ 210,949.66 | $ 231,623.19 | $ | $ | $ 161,883.12 |
| Retained Earnings - Prepetition | | - | | - | - | - | - | | | - |
| Retained Earnings - Post-petition | | - | | - | - | - | - | | | - |
| **TOTAL OWNERS' EQUITY** | | $ - | | $ 225,824.91 | $ 158,091.09 | $ 210,949.66 | $ 231,623.19 | $ | $ | $ 161,883.12 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | | $ - | | $ 9,313,658.25 | $ 9,272,061.34 | $ 9,341,476.35 | $ 9,404,706.87 | $ | $ | $ 9,249,716.46 |

*(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.*

Page 1 of 1

Rev. 01/01/18

**DEBTOR:** EOLA Capital LLC　　　　　　　　　**CASE** 24-30284

## Form 2-D
## PROFIT AND LOSS STATEMENT
### For Period　10/1/2024　to　10/31/2024

| | Current Month | | Accumulated Total (1) |
|---|---|---|---|
| Gross Operating Revenue | $ - | $ | 708.34 |
| Less: Discounts, Returns and Allowances | ( - ) | ( | - ) |
| **Net Operating Revenue** | $ - | $ | 708.34 |
| Cost of Goods Sold | - | | - |
| **Gross Profit** | $ - | $ | 708.34 |
| Operating Expenses | | | |
| Compensation | $ - | $ | - |
| Selling, General and Administrative | 356.99 | | 563.91 |
| Rents and Leases | - | | - |
| Depreciation, Depletion and Amortization | - | | - |
| Other (list): | - | | - |
| | - | | - |
| Total Operating Expenses | $ 356.99 | $ | 563.91 |
| **Operating Income (Loss)** | $ (356.99) | $ | 144.43 |
| Non-Operating Income and Expenses | | | |
| Other Non-Operating Expenses | $ - | $ | - |
| Gains (Losses) on Sale of Assets | - | | - |
| Interest Income | 2,550.00 | | 7,650.00 |
| Interest Expense | - | | - |
| Other Non-Operating Income | - | | - |
| Net Non-Operating Income or (Expenses) | $ 2,550.00 | $ | 7,650.00 |
| Reorganization Expenses | | | |
| Legal and Professional Fees | $ - | $ | - |
| Other Reorganization Expense | - | | - |
| Total Reorganization Expenses | $ - | $ | - |
| **Net Income (Loss) Before Income Taxes** | $ 2,193.01 | $ | 7,794.43 |
| Federal and State Income Tax Expense (Benefit) | - | | - |
| **NET INCOME (LOSS)** | $ 2,193.01 | $ | 7,794.43 |

*(1) Accumulated Totals include all revenue and expenses since the petition date.*

Page 1 of 1

Rev. 01/01/18

EXHIBIT C

**DEBTOR:** EOLA Capital LLC                                    **CASE NO:**                                    24-30284

**Form 2-E**
**SUPPORTING SCHEDULES**

For Period:   10/1/2024 to 10/31/2024

### *ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING*

| Due | | 7/31/2024 | 8/31/2024 | 9/30/2024 | 10/31/2024 | 11/30/2024 | 12/31/2024 | Post Petition Accounts Payable |
|---|---|---|---|---|---|---|---|---|
| Under 30 days | $ | 63,233.34 | 61,037.51 | 64,437.51 | 63,587.51 | | | 42,556.99 |
| 30 to 60 days | | - | 60,683.34 | 61,037.51 | 61,887.51 | | | 14,556.44 |
| 61 to 90 days | | - | - | 60,683.34 | 61,037.51 | | | 28,136.91 |
| 91 to 120 days | | - | - | - | 60,683.34 | | | 0.00 |
| Over 120 days | | - | - | - | - | | | 0.00 |
| **Total Post Petition** | | 63,233.34 | 121,720.85 | 186,158.36 | 247,195.87 | | | |
| **Pre Petition Amounts** | | 98,683.32 | 98,683.32 | 98,683.32 | 98,683.32 | | | |
| Total Accounts Receivable | $ | 161,916.66 $ | 220,404.17 | 284,841.68 | 345,879.19 | | | |
| Less: Bad Debt Reserve | | - | (100,000.00) | (100,000.00) | (100,000.00) | | | |
| **Net Accounts Receivable (to Form 2-C)** | $ | 161,916.66 $ | 120,404.17 | 184,841.68 | 245,879.19 | | | |

**Total Post Petition Accounts Payable**      85,250.34

*\* Attach a detail listing of accounts receivable and post-petition accounts payable*

**Pre-Petition Accounts Payable**      111,191.08

**Total Accounts Payable**      196,441.42

### *SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS*

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | | | | |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other:  CRO | - | - | - | | - |
| Total | $          - | $          - | $          - | | - |

*Balance due to include fees and expenses incurred but not yet paid.*

### *SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES\*\**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| Vicki Campbell | Accountant | accounting services | $          - |
| | | | |
| | | | |

*\*\*List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.*