# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

## DEBTORS' NOTICE OF MOTION AND MOTION TO APPROVE SETTLEMENT

1. EPIC Companies Midwest, LLC, EPIC Companies Midwest 2023, LLC, EPIC Employee, LLC, EOLA Capital, LLC, and EC West Fargo, LLC (collectively, the "Debtors") hereby move the Court for an order pursuant to Fed. R. Bankr. P. 9019(a) approving a settlement between EPIC Companies Midwest, LLC ("EPIC Midwest") and MBG Land, LLC ("MBG").

2. This Motion arises under 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 2002(a)(3) and 9019(a). This Motion is filed under Fed. R. Bankr. P. 9013, Local Rule 9013-1, and the Court's Order Establishing Settlement Procedures (ECF No. 123). Notice of the hearing on this Motion is provided pursuant to the Court's Order Limiting Notice Pursuant to Fed. R. Bankr. P. 2002(i) (ECF No. 124).

3. EPIC Midwest and MBG are parties to that certain Promissory Note dated January 1, 2022, in the principal amount of $25,000, with a maturity date of January 1, 2025 and monthly interest payments at 6.5% (the "Note"). In September 2024, MBG ceased making monthly interest payments to EPIC Midwest and, therefore, defaulted under the Note. EPIC Midwest asserts that all amounts owed to EPIC Midwest are immediately due and payable. To avoid the costs and

uncertainties of litigation, MBG has offered $25,000 to settle the dispute and EPIC Midwest has accepted that offer pending Court approval.

4. The Debtors believe that the costs of litigation will reduce the funds available to pay the claims of the estates if the dispute is not settled and MBG has offered to pay the full principal amount owed under the Note. The Debtors believe the settlement is in the best interests of creditors.

5. The Debtors request that the Court approve the settlement described herein pursuant to Fed. R. Bankr. P. 9019(a).

6. **Any objection to the Motion must be filed with the Clerk of the United States Bankruptcy Court, whose address is Quentin N. Burdick Courthouse, 655 First Avenue North, Suite 210, Fargo, North Dakota 58102, and served upon the attorney whose name and address is listed below, by December 18, 2024, which is twenty-one (21) days from the date of the filing of this Motion. Any objections not filed and served may deemed waived and the Court may enter an order approving this settlement without further notice or hearing.**

Dated:  November 27, 2024　　　　　　　*/e/ Steven R. Kinsella*
　　　　　　　　　　　　　　　　　　Michael S. Raum (#05676)
　　　　　　　　　　　　　　　　　　**FREDRIKSON & BYRON, P.A.**
　　　　　　　　　　　　　　　　　　51 Broadway, Suite 400
　　　　　　　　　　　　　　　　　　Fargo, ND  58102-4991
　　　　　　　　　　　　　　　　　　701.237.8200
　　　　　　　　　　　　　　　　　　mraum@fredlaw.com

　　　　　　　　　　　　　　　　　　Steven R. Kinsella (#09514)
　　　　　　　　　　　　　　　　　　Katherine A. Nixon (*pro hac vice* MN #0402772)
　　　　　　　　　　　　　　　　　　**FREDRIKSON & BYRON, P.A.**
　　　　　　　　　　　　　　　　　　60 South 6th Street, Suite 1500
　　　　　　　　　　　　　　　　　　Minneapolis, MN  55402-4400
　　　　　　　　　　　　　　　　　　612.492.7000
　　　　　　　　　　　　　　　　　　skinsella@fredlaw.com
　　　　　　　　　　　　　　　　　　knixon@fredlaw.com

　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEBTORS**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

**ORDER APPROVING SETTLEMENT WITH MBG LAND, LLC**

The Debtors, EPIC Companies Midwest, LLC, EPIC Companies Midwest 2023, LLC, EPIC Employee, LLC, EOLA Capital, LLC, and EC West Fargo, LLC (collectively, the "Debtors"), by and through their counsel, filed a motion to approve a settlement with MBG Land, LLC (the "Motion"). Pursuant to the notice of the Motion, any objections to the Motion were due by December 18, 2024.

The Debtors properly served notice of the Motion. The Court received no objections to the Motion. Based upon the Motion (Doc. No. __), the Court finds that the circumstances of these cases warrant granting the relief requested in the Motion.

**IT IS THEREFORE ORDERED** that the settlement with MBG Land, LLC is **APPROVED**.

Dated: _____, 2024

SHON HASTINGS, JUDGE
U.S. BANKRUPTCY COURT