**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

**NOTICE OF THIRD APPLICATION OF STINSON LLP FOR**
**ALLOWANCE OF FEES AND EXPENSES AS COUNSEL**
**FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FROM OCTOBER 1, 2024 THROUGH OCTOBER 31, 2024**

TO:     The parties-in-interest as specified in the Notice and Service Requirements adopted pursuant to Local Rule 2002-1 and the Court's Order limiting notice pursuant to Fed. R. Bankr. P. 2002(i). [Dkt. No. 124.]

1.      **NOTICE IS HEREBY GIVEN** that Stinson LLP, as counsel for the Official Committee of Unsecured Creditors, has filed its third application for allowance of fees and expenses, a copy of which is attached hereto and served upon you.

2.      **NOTICE IS FURTHER GIVEN** that any objection to the application must be filed with the Clerk of the United States Bankruptcy Court, whose address is Quentin N. Burdick Courthouse, 655 First Avenue North, Suite 210, Fargo, North Dakota 58102, and served upon the attorney whose name and address is listed below, by **Monday, December 23, 2024, which is twenty-one (21) days from the date of the filing of this Notice**. Any objections not filed and served may deemed waived.

CORE/3531668.0002/194303053.1

Dated: December 2, 2024

*/s/ Benjamin J. Court*
Benjamin J. Court (ND #07776)
Christopher J. Harayda (MN #0390333)
Samantha J. Hanson-Lenn (MN #0402035)
**STINSON LLP**
50 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402
Telephone: 612-335-1500
benjamin.court@stinson.com
cj.harayda@stinson.com
samantha.hansonlenn@stinson.com

**COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED
CREDITORS.**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | Jointly Administered |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

**THIRD APPLICATION OF STINSON LLP FOR ALLOWANCE OF FEES AND EXPENSES AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FROM OCTOBER 1, 2024, THROUGH OCTOBER 31, 2024**

1.        Benjamin J. Court and Stinson LLP (collectively, "Stinson") make this Third Application for allowance of fees for professional services rendered and for reimbursement of expenses incurred as counsel for the Official Committee of Unsecured Creditors (the "Committee") of EPIC Companies Midwest, LLC, EPIC Companies Midwest 2023, LLC, EPIC Employee, LLC, EOLA Capital, LLC, and EC West Fargo, LLC (collectively, the "Debtors") pursuant to 11 U.S.C. § 330.

2.        In support of this Application, Stinson respectfully states as follows:

**JURISDICTION**

3.        This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334 and Fed. R. Bankr. P. 5005. This a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The petitions commencing these Chapter 11 cases were filed on July 8, 2024 (the "Petition Date"). The cases are currently pending before this Court.

4.     This Application arises under 11 U.S.C. §§ 503(b)(2), 328(a), 330, 331, and 1103. This Application is filed under Fed. R. Bankr. P. 2016 and 2002(a)(6). Notice of this Application is provided pursuant to the Federal Rules of Bankruptcy Procedure, the Notice and Service Requirements adopted pursuant to Local R. 2002-1, and the Court's Order limiting notice pursuant to Fed. R. Bankr. P. 2002(i). [Dkt. No. 124.]

## BACKGROUND

5.     On July 30, 2024, the Office of the United States Trustee appointed the Committee. [Dkt. No. 58.]

6.     On August 7, 2024, the Committee selected Stinson to serve as its bankruptcy counsel, subject to court approval. On August 13, 2024, the Committee filed the Application to Employ Stinson LLP as Counsel to the Official Committee of Unsecured Creditors (the "Application to Employ"). [Dkt. No. 69.] The Court granted the Application to Employ, effective August 7, 2024, on August 30, 2024 via docket text (the "Order Approving Application to Employ"). [Dkt. No. 101.] A copy of the Order Approving Application to Employ is attached as **Exhibit A.**

7.     Pursuant to the Order Approving the Application to Employ, the Court also granted Stinson the authority to apply for fees and expenses pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Retained Professionals at Dkt. No. 72 (the "Order Establishing Fee Application Procedures"). The Order Establishing Fee Application Procedures is attached as **Exhibit B**.

8.     This is Stinson's third application for compensation under 11 U.S.C. § 331. Stinson's filed its first application on September 16, 2024 (the "First Application") and its second application on November 7, 2024 (the "Second Application"). [Dkt. Nos. 109 and 160.] In relation

to the First Application, the Court approved $42,776.50 in fees and $1,953.04 in expenses for a total of $44,729.54 on October 21, 2024. [Dkt. No. 149.]  The Second Application is currently pending before this Court. [*See* Dkt. No. 160.]

## RELIEF REQUESTED

1.     **Fees and Expenses**.  By this Application, Stinson requests allowance of fees for professional services rendered during Debtors' Chapter 11 cases between October 1, 2024, to October 31, 2024, in the amount of **$11,882.00**, and reimbursement of expenses in the amount of **$0.00**, for a total of **$11,882.00**.

2.     The professional services rendered by Stinson are detailed on the attached **Exhibit C**. Those services include the tasks specifically described below:

**(Task Code: B110) Case Administration:  $1,293.50**

Services include communicating with the Chief Restructuring Officer ("CRO") and Debtors' counsel; Reviewing and responding to committee and creditors' questions; Preparing Motion to Attend Hearing Remotely.

| **Name** | **Hours** | **Year** | **Hourly Rate** | **Fees** |
|---|---|---|---|---|
| Christopher J. Harayda | 1.8 | 2024 | $565 | $1,017.00 |
| Samantha J. Hanson-Lenn | 0.7 | 2024 | $395 | $276.50 |
| **TOTAL** | **2.5** | | | **$1,293.50** |

| Blended Hourly Rate: | $517.40 |
|---|---|

3

**(Task Code: B120 and 130) Asset Analysis and Recovery and Asset Disposition:** **$5,475.00**

Services included evaluating project company entities' equity status and analysis to evaluate potential recovery opportunities; Evaluating project company entities' note enforcement options; Meeting with the CRO to evaluate notes, recovery options, and best options to enforce notes; Analyzing several Adversary Proceeding Complaints and communicating with Debtors' counsel regarding the same; Communicating with creditor's counsel regarding Debtors' discharge questions.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Benjamin J. Court | 3.2 | 2024 | $565 | $1,808.00 |
| Christopher J. Harayda | 6.1 | 2024 | $565 | $3,446.50 |
| Samantha J. Hanson-Lenn | 0.3 | 2024 | $395 | $118.50 |
| Miranda S. Swift | 0.3 | 2024 | $340 | $102.00 |
| **TOTAL** | **9.9** | | | **$5,475.00** |

| Blended Hourly Rate: | $553.00 |
|---|---|

**(Task Code B150) Meetings of and Communications with Creditors:** **3,814.00**

Services included extensive communications via email and phone with creditors and creditors' attorneys regarding the case, bankruptcy process, and proof of claim process leading up to the bar date; communications with the Committee regarding case updates and other issues.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Benjamin J. Court | 1.0 | 2024 | $565 | $565.00 |
| Christopher J. Harayda | 1.3 | 2024 | $565 | $734.50 |
| Samantha Hanson-Lenn | 4.3 | 2024 | $395 | $1,698.50 |
| Miranda S. Swift | 2.4 | 2024 | $340 | $816.00 |
| **TOTAL** | **9** | | | **$3,814.00** |

| Blended Hourly Rate: | $423.78 |
|---|---|

CORE/3531668.0002/194303053.1

**(B160 and 170) Employment Applications and Fee Applications:  $768.50**

Preparing Second Application and evaluating issues regarding Fee Applications.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Benjamin J. Court | 0.5 | 2024 | $565 | $282.50 |
| Samantha J. Hanson-Lenn | 0.8 | 2024 | $395 | $316.00 |
| Miranda S. Swift | 0.5 | 2024 | $340 | 170.00 |
| **TOTAL** | **1.8** | | | **$768.50** |

| Blended Hourly Rate: | $426.67 |
|---|---|

**(Task Code: B190) Other Contested Matters: 79.00**

Services included evaluating Court Order regarding service.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Samantha J. Hanson-Lenn | 0.2 | 2024 | $395 | $79.00 |
| **TOTAL** | **0.2** | | | **$79.00** |

| Blended Hourly Rate: | $395.00 |
|---|---|

**(Task Code B300) Claims and Plan:  $452.00**

Services included reviewing, analyzing, and communicating with Debtors regarding extension of exclusivity period.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Christopher J. Harayda | 0.8 | 2024 | $565 | $452.00 |
| **TOTAL** | **0.8** | | | **$452.00** |

| Blended Hourly Rate: | $565.00 |
|---|---|

**TOTAL FEES: $11,882.00**

CORE/3531668.0002/194303053.1

3.      All services for which fees are requested by Stinson were performed for and on behalf of the Committee, and not on behalf of the Debtors or other persons.

**LEGAL BASIS**

4.      This Court is authorized to award to professional persons employed by section 1103 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered by the … attorney[s] and by any paraprofessional person[s] employed by any such person, and … reimbursement for actual, necessary expenses." 11 U.S.C. § 330. The Court must consider the nature, extent, and value of such services, taking into account all relevant factors to determine whether the request for payment in connection with such services is fair and reasonable. *Id.* The services Stinson provided pursuant to this Third Application were actual, reasonable, and necessary services on behalf of the Committee, and not on the behalf of any other persons, and the fees and expenses requested in this Application are fair and reasonable under the circumstances of this case.

**WHEREFORE,** Stinson respectfully requests that the Court enter an order:

A.      Allowing Stinson's fees incurred between October 1, 2024, and October 31, 2024, in the amount of **$11,882.00**, and reimbursement of expenses in the amount of **$0.00**, for a total of **$11,882.00**.

B.      Authorizing and directing the Debtors to pay Stinson such allowed fees and expenses;

C.      Granting administrative expense priority to Stinson's allowed fees and expenses; and

D.      Granting such other and further relief as may be just and proper.

CORE/3531668.0002/194303053.1

Dated: December 2, 2024

*/s/ Benjamin J. Court*
Benjamin J. Court (ND #07776)
Christopher J. Harayda (MN #0390333)
Samantha J. Hanson-Lenn (MN #0402035)
**STINSON LLP**
50 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402
Telephone: 612-335-1500
benjamin.court@stinson.com
cj.harayda@stinson.com
samantha.hansonlenn@stinson.com

**COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED
CREDITORS.**

CORE/3531668.0002/194303053.1

## <u>AFFIDAVIT</u>

I, Benjamin J. Court, an attorney at the law firm of Stinson LLP, declare under penalty of perjury that the foregoing Third Application of Stinson LLP for Allowance of Fees and Expenses as counsel for the Official Committee of Unsecured Creditors from October 1, 2024, through October 31, 2024, is true and correct according to the best of my knowledge, information, and belief.

Dated: December 2, 2024

*/s/ Benjamin J. Court*

Benjamin J. Court

# EXHIBIT A

CORE/3531668.0002/194303053.1

**Docket Text:**

Order Approving Application to Employ Benjamin J. Court and Stinson LLP as counsel for the Official Committee of Unsecured Creditors Effective August 7, 2024 (Related Doc # [69]). The application to employ is APPROVED subject to the limitations on compensation provided by 11 U.S.C. § 328. This order is not a determination that the services or rates charged are necessary and reasonable. The person or entity employed under this order shall file a fee application in accordance with the Bankruptcy Code and Federal Rules of Bankruptcy Procedures. See Fed. R. Bank. P. 2016, 2017 and 11 U.S.C. §§ 329, 330. Applicant must also comply with Local Rules. Applicant is also granted authority to apply for fees and expenses pursuant to #[72] Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Retained Professionals. As required by applicable federal rule or statute, the Movant shall serve this docket text only order on all appropriate parties that will not receive notice of electronic filing. By Judge Shon Hastings. (Text order only). Signed on O8/30/2024 (vck)

# **EXHIBIT B**

CORE/3531668.0002/194303053.1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | Jointly Administered |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

**ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR RETAINED PROFESSIONALS**

Debtors filed a Motion for an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief. Doc. 11. Pursuant to the notice of the Motion [Doc. 16], objections to the Motion were due by July 30, 2024.

Debtors served notice of the Motion. The Court received no objections to the Motion. The Court held a hearing on the Motion on August 14, 2024. Based upon the Motion and the Declaration of Patrick Finn [Doc. 6] and for the reasons stated on the record at the August 14, 2024, hearing, the Court finds that the circumstances of these cases warrant granting the relief provided below.

**IT IS ORDERED** that, except as otherwise provided in any order of the Court, professionals employed in this bankruptcy case, including Fredrikson & Byron, P.A., shall be permitted to seek interim payment of compensation and reimbursement of expenses by filing monthly applications for interim compensation and reimbursement of expenses.

**IT IS FURTHER ORDERED** that Debtors are authorized to pay all reasonable amounts invoiced by Lighthouse Management Group, Inc. ("Lighthouse") for fees and expenses on a bi-weekly basis.

**IT IS FURTHER ORDERED** that Lighthouse will file with the Court and serve on Debtors, the United States Trustee, and any statutory committee appointed in this case (the "Notice Parties") a monthly staffing report, filed and served by the 20th of each month for the previous month, identifying the Lighthouse employees who worked on this case, the total hours billed by Lighthouse, and a summary of the tasks performed. Lighthouse will also file with the Court and serve on the Notice Parties a quarterly compensation report by the 20th of each month following the end of a quarter, showing the total fees and expenses for the preceding quarter. These reports will be deemed applications for interim compensation under sections 328 and 330. Parties in interest may object to the reports within 21 days after notice. The Court will rule on the applications after the deadline to object passes or after a hearing on the application.

**IT IS FURTHER ORDERED** that Debtors will allocate the fees and expenses approved among Debtors pro rata if the professionals charge for tasks that generally apply to all cases and to the appropriate Debtor if the tasks relate solely to a specific Debtor.

Dated:  August 14, 2024.

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT

# **<u>EXHIBIT C</u>**

CORE/3531668.0002/194303053.1

**Stinson LLP**                                                            **Invoice Detail**

File No. 3531668.0002                                                              Page 2
Invoice No: 43601813

| Timekeeper Summary | | | | |
|---|---|---|---|---|

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Benjamin Court | Partner | 565.00 | 4.70 | 2,655.50 |
| C.J. Harayda | Partner | 565.00 | 10.00 | 5,650.00 |
| Miranda Swift | Associate | 340.00 | 3.20 | 1,088.00 |
| Samantha Hanson-Lenn | Associate | 395.00 | 6.30 | 2,488.50 |
| **Current Professional Services** | | | **24.20** | **$11,882.00** |

| Professional Services | | | | |
|---|---|---|---|---|

| Date | Task | Description/Timekeeper | Hours | Amount |
|---|---|---|---|---|
| **B110 - Case Administration** | | | | |
| 10/03/24 | B110 | Review and respond to proposed responses to creditor questions on claim process.<br>C.J. Harayda | 0.20 | 113.00 |
| 10/04/24 | B110 | Review and respond to questions regarding creditor inquiries<br>C.J. Harayda | 0.20 | 113.00 |
| 10/07/24 | B110 | Prepare proposed order for Fee Application in light of U.S. Trustee's objection.<br>Samantha Hanson-Lenn | 0.50 | 197.50 |
| 10/10/24 | B110 | Review correspondence from committee regarding certain loans (.2); analyze issues regarding fee app hearing (.1).<br>C.J. Harayda | 0.30 | 169.50 |
| 10/10/24 | B110 | Prepare Motion for Leave to Attend Hearing Remotely for Mr. Court.<br>Samantha Hanson-Lenn | 0.20 | 79.00 |
| 10/28/24 | B110 | Review and coordinate response to creditor questions (.7); communications with CRO regarding payments of fees (.1); review update from debtors counsel on enforcement of loans (.3).<br>C.J. Harayda | 1.10 | 621.50 |
| **Total B110 - Case Administration** | | | **2.50** | **1,293.50** |

**Stinson LLP**                                                                    **Invoice Detail**

File No. 3531668.0002                                                                        Page 3
Invoice No: 43601813

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| **B120 - Asset Analysis and Recovery** | | | | |
| 10/02/24 | B120 | Evaluate status of multiple borrower project company entities, buildings, construction and improvement activities, and operations to consider note enforcement options and recovery issues (.8); meet with CRO and debtor's counsel to evaluate notes, recovery options, best options to enforce notes, and seek possible restructure options, litigation options, and/or workout options; exchange emails regarding same (2.1).<br>Benjamin Court | 2.90 | 1,638.50 |
| 10/02/24 | B120 | Review materials regarding possible claims (.4); analyze properties, valuations, claims, debt structure and equity for multiple properties (1.8); communications with counsel for debtors regarding strategies for recovery on projects (.5)<br>C.J. Harayda | 2.70 | 1,525.50 |
| 10/02/24 | B120 | Review and analysis regarding correspondence fromcommittee member (.1); analyze issues regarding state court filings against principals (.2).<br>Samantha Hanson-Lenn | 0.30 | 118.50 |
| 10/14/24 | B120 | Review and provide comments to proposed complaint against project entity to recover unpaid notes (1.0); communications with Debtors counsel regarding same (.1).<br>C.J. Harayda | 1.10 | 621.50 |
| 10/15/24 | B120 | Review questions from creditors on claims issues (.1); review updated spreadsheet of loans and status for recovery analysis (.1).<br>C.J. Harayda | 0.20 | 113.00 |
| 10/16/24 | B120 | Analyze issues regarding various non-debtor projects and possible actions (.3); review motion to appear at hearing remotely (.1); communications regarding submission of revised fee order (.1); review new applications filed by debtor parties (.2)<br>C.J. Harayda | 0.70 | 395.50 |
| 10/17/24 | B120 | Phone conference and email exchanges with counsel for some unsecured creditors regarding debtor discharge questions and analysis.<br>Benjamin Court | 0.30 | 169.50 |

**Stinson LLP**                                                                                    **Invoice Detail**

File No. 3531668.0002                                                                                        Page 4
Invoice No: 43601813

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 10/31/24 | B120 | Review and respond to questions from creditors committee (.6); review and analyze financials and other information for defaulted projects and possible enforcement (.7); communications with debtors representatives regarding same (.1).<br>C.J. Harayda | 1.40 | 791.00 |

**Total B120 - Asset Analysis and Recovery**                                          **9.60**      **5,373.00**

**B130 - Asset Disposition**

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 10/21/24 | B130 | Review and analyze schedules (.2); summarize same (.1).<br>Miranda Swift | 0.30 | 102.00 |

**Total B130 - Asset Disposition**                                                    **0.30**        **102.00**

**B150 - Meetings of and Comm. with Creditors**

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 10/01/24 | B150 | Draft responses to creditor questions.<br>Miranda Swift | 0.40 | 136.00 |
| 10/01/24 | B150 | Phone conference with creditor regarding case status.<br>Samantha Hanson-Lenn | 0.50 | 197.50 |
| 10/02/24 | B150 | Call with creditor regarding questions on proof of claim.<br>Miranda Swift | 0.30 | 102.00 |
| 10/02/24 | B150 | Review and analysis regarding correspondence from creditor.<br>Samantha Hanson-Lenn | 0.10 | 39.50 |
| 10/02/24 | B150 | Phone conference with creditor regarding proof of claim.<br>Samantha Hanson-Lenn | 0.10 | 39.50 |
| 10/03/24 | B150 | Exchange emails with unsecured creditors to address questions regarding potential transfer of claims to third parties.<br>Benjamin Court | 0.20 | 113.00 |
| 10/03/24 | B150 | Draft responses to creditor questions. | 0.40 | 136.00 |

**Stinson LLP**                                                    **Invoice Detail**

File No. 3531668.0002                                                  Page 5
Invoice No: 43601813

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| | | Miranda Swift | | |
| 10/03/24 | B150 | Prepare correspondence to committee members regarding recent state court filings.<br>Samantha Hanson-Lenn | 1.00 | 395.00 |
| 10/07/24 | B150 | Address questions from multiple unsecured creditors regarding proof of claim filing issues and prepare responses to the same (.4); exchange emails with US Trustee regarding resolution of application objections (.2).<br>Benjamin Court | 0.60 | 339.00 |
| 10/07/24 | B150 | Review and analysis of email correspondence regarding proof of claim questions related to bank serving as custodian from Ms. Boraas and prepare correspondence in response.<br>Samantha Hanson-Lenn | 0.50 | 197.50 |
| 10/08/24 | B150 | Review additional email correspondence from Ms. Boraas and prepare correspondence in response regarding double proofs of claim and guidance on how to check claims register and file proofs of claim.<br>Samantha Hanson-Lenn | 0.20 | 79.00 |
| 10/15/24 | B150 | Phone conference with creditor/investor regarding status of EPIC Wave project and potential enforcement options regarding same.<br>Benjamin Court | 0.20 | 113.00 |
| 10/15/24 | B150 | Answer creditor questions regarding proofs of claim (Hill and Nilson).<br>Miranda Swift | 0.40 | 136.00 |
| 10/18/24 | B150 | Respond to creditor question (Smith).<br>Miranda Swift | 0.20 | 68.00 |
| 10/22/24 | B150 | Review and coordinate responses to creditor questions.<br>C.J. Harayda | 0.20 | 113.00 |
| 10/22/24 | B150 | Phone call with creditor Ron Carlson (.1); evaluate docket following phone call and Mr. Carlson's questions regarding claims (.2); email correspondence to Mr. Carlson regarding the same (.1).<br>Samantha Hanson-Lenn | 0.40 | 158.00 |
| 10/23/24 | B150 | Draft response to creditor questions (Erickson).<br>Miranda Swift | 0.20 | 68.00 |

**Stinson LLP** **Invoice Detail**

File No. 3531668.0002 Page 6
Invoice No: 43601813

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 10/24/24 | B150 | Draft status report to UCC regarding various matters including extension of exclusive period and possible litigation (1.0); respond to questions from J. Johnson (.1). <br> C.J. Harayda | 1.10 | 621.50 |
| 10/25/24 | B150 | Respond to creditor questions (Erickson and Smith). <br> Miranda Swift | 0.30 | 102.00 |
| 10/27/24 | B150 | Review email correspondence from creditor McKenzy Braaten. (.1); review produced documents and analysis regarding employee investments and documentation. (.1); prepare correspondence responding to Ms. Braaten (.1). <br> Samantha Hanson-Lenn | 0.30 | 118.50 |
| 10/27/24 | B150 | Review correspondence from Alyssa Costello regarding lease questions in connection with debtors. <br> Samantha Hanson-Lenn | 0.10 | 39.50 |
| 10/28/24 | B150 | Review and analyze responses to creditor questions. <br> Miranda Swift | 0.20 | 68.00 |
| 10/28/24 | B150 | Revise email correspondence to Ms. Braaten. <br> Samantha Hanson-Lenn | 0.10 | 39.50 |
| 10/28/24 | B150 | Review email regarding drafted claim and interest from creditor Kent and Ali Bahl (.1); analysis regarding notes and interest (.1); prepare email correspondence responding to same and guidance on where to file and deadline (.1). <br> Samantha Hanson-Lenn | 0.30 | 118.50 |
| 10/28/24 | B150 | Prepare email correspondence to committee member Mr. Frappier regarding employee claims. <br> Samantha Hanson-Lenn | 0.10 | 39.50 |
| 10/28/24 | B150 | Review and analysis of correspondence from Mr. Frappier regarding employee investment with Epic Employee. <br> Samantha Hanson-Lenn | 0.10 | 39.50 |
| 10/28/24 | B150 | Analysis regarding employee claims in Epic Employee case. <br> Samantha Hanson-Lenn | 0.20 | 79.00 |
| 10/29/24 | B150 | Review voice mail from creditor Richard Gleason (.1); phone conversation with Mr. Gleason regarding filing | 0.30 | 118.50 |

**Stinson LLP**                                                          **Invoice Detail**

File No. 3531668.0002                                                          Page 7
Invoice No: 43601813

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| | | proof of claim (.1); prepare follow up email to Mr. Gleason with instructions on filing proof of claim (.1). Samantha Hanson-Lenn | | |

**Total B150 - Meetings of and Comm. with Creditors**                    **9.00**     **3,814.00**

**B160 - Fee/Employment Applications**

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 10/04/24 | B160 | Exchange multiple emails with UST to address fee application objection and response to several questions regarding application (.3); follow up regarding potential note enforcement options (.2). Benjamin Court | 0.50 | 282.50 |
| 10/10/24 | B160 | Analysis of time entries and fee applications and strategy regarding same. Miranda Swift | 0.50 | 170.00 |
| 10/21/24 | B160 | Begin preparing second fee application. Samantha Hanson-Lenn | 0.80 | 316.00 |

**Total B160 - Fee/Employment Applications**                              **1.80**      **768.50**

**B190 - Other Contested Matters**

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 10/28/24 | B190 | Evaluate issue regarding court order limiting notice. Samantha Hanson-Lenn | 0.20 | 79.00 |

**Total B190 - Other Contested Matters**                                  **0.20**       **79.00**

**B300 - Claims and Plan**

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 10/21/24 | B300 | Analyze recent filings and coordinate review of same (.3); communications regarding approval of fees and hearing (.1); review and provide comments to debtor regarding motion to extend exclusivity period (.4) C.J. Harayda | 0.80 | 452.00 |

**Total B300 - Claims and Plan**                                          **0.80**      **452.00**

**Stinson LLP**                                                                          **Invoice Detail**

File No. 3531668.0002                                                                            Page 8
Invoice No: 43601813

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| | | | | |

**Current Professional Services**                                              **24.20**      **$11,882.00**

## Task Code Summary

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| B110 | Case Administration | 2.50 | 1,293.50 |
| B120 | Asset Analysis and Recovery | 9.60 | 5,373.00 |
| B130 | Asset Disposition | 0.30 | 102.00 |
| B150 | Meetings of and Comm. with Creditors | 9.00 | 3,814.00 |
| B160 | Fee/Employment Applications | 1.80 | 768.50 |
| B190 | Other Contested Matters | 0.20 | 79.00 |
| B300 | Claims and Plan | 0.80 | 452.00 |
| | **Current Professional Services** | **24.20** | **$11,882.00** |