# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors.[1] | Chapter 11 |

## FOURTH APPLICATION OF FREDRIKSON & BYRON, P.A. FOR ALLOWANCE OF FEES AND EXPENSES AS CHAPTER 11 COUNSEL FOR THE DEBTORS FROM NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024

1. Steven R. Kinsella and Fredrikson & Byron, P.A. (collectively, "Fredrikson") make this Application for allowance of fees for professional services rendered and for reimbursement of expenses incurred as Chapter 11 counsel for EPIC Companies Midwest, LLC, EPIC Companies Midwest 2023, LLC, EPIC Employee, LLC, EOLA Capital, LLC, and EC West Fargo, LLC (collectively, the "Debtors") between November 1, 2024 and November 30, 2024 pursuant to 11 U.S.C. § 330.

2. In support of this Application, Fredrikson respectfully states as follows:

### JURISDICTION

3. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334 and Fed. R. Bankr. P. 5005. This a core proceeding pursuant to 28 U.S.C. § 157(b). Venue

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Debtors' address is 400 10th Street SE, Minot, ND 58701 and their Employer Identification Numbers (EINs) are as follows: 83-2840705 (EPIC Companies Midwest, LLC), 88-3709518 (EPIC Companies Midwest 2023, LLC), 88-4112082 (EPIC Employee, LLC), 88-0554720 (EOLA Capital, LLC) and 82-5331354 (EC West Fargo, LLC).

is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The petitions commencing these Chapter 11 cases were filed on July 8, 2024 (the "Petition Date"). The cases are currently pending before this Court.

4.      This Application arises under 11 U.S.C. §§ 503(b)(2), 328(a), 330, and 331.  This Application is filed under Fed. R. Bankr. P. 2016 and 2002(a)(6). Notice of this Application is provided pursuant to  the Notice and Service  Requirements  adopted  pursuant  to Local Rule 2002-1 and the Court's order limiting notice pursuant to Fed. R. Bankr. P. 2002(i). (ECF No. 124.)

## **BACKGROUND**

5.      On the Petition Date, the Debtors filed an application to employ Fredrikson as Chapter 11 counsel for the Debtors effective July 8, 2024. (ECF No. 13.) The Court approved the application to employ Fredrikson on July 25, 2024. (ECF No. 49.) A copy of that order is attached as **Exhibit A**.

6.       On the Petition Date, the Debtors also filed a motion for an order establishing interim compensation procedures. (ECF No. 11.) The Court entered an order on August 14, 2024 granting the motion and allowing Fredrikson to file monthly applications for compensation. (ECF No. 72.) A copy of that order is attached as **Exhibit B**.

7.      This is Fredrikson's fourth application for allowance of fees and expenses under 11 U.S.C. § 331. Fredrikson received court approval for the following prior fee applications:

| **Fee Application Amount** | **Date of Order Approving Fee Application** | **Docket No.** |
|---|---|---|
| $80,535.96 | 10/21/2024 | 148 |
| $20,172.00 | 11/14/2024 | 164 |
| $37,675.00 | 12/13/2024 | 182 |
| $138,382.96 | | |

8.      Fredrikson believes that the Debtors are current in payment of ordinary operating expenses and any allowed administrative expenses, that any quarterly fees have been or will be paid as required to the United States Trustee, and that all monthly operating reports are being timely filed, including pursuant to any extensions granted by the United States Trustee.

## **RELIEF REQUESTED**

9.      **Post-Petition Fees.** By this Application, Fredrikson requests allowance of fees for professional services rendered during these Chapter 11 cases between November 1, 2024 and November 30, 2024 in the amount of **$39,841.00**, and reimbursement of expenses in the amount of **$2,450.00**, for a total of **$42,291.00**.

10.     The professional services rendered by Fredrikson are detailed on the attached **Exhibit C**. Those services include the tasks specifically described below:

**(5000) Case Administration: $252.00**

Services include commencing adversary proceedings against certain borrowers.

| **Name** | **Hours** | **Year** | **Hourly Rate** | **Fees** |
|---|---|---|---|---|
| Shataia Stallings | 1.2 | 2024 | $210 | $252.00 |
| **TOTAL** | **1.2** | | | **$252.00** |

| Blended Hourly Rate: | $210.00 |
|---|---|

**(5001) Asset Analysis and Recovery: $31,053.00**

Services include drafting forbearance agreements; drafting and revising complaints against borrowers; communicating with the Chief Restructuring Officer ("CRO") regarding the draft complaints; preparing settlement letters and proposals; and communicating with counsel for borrowers.

| **Name** | **Hours** | **Year** | **Hourly Rate** | **Fees** |
|---|---|---|---|---|
| Steven R. Kinsella | 40.2 | 2024 | $575 | $23,115.00 |
| Katherine A. Nixon | 18.5 | 2024 | $420 | $7,770.00 |
| Shataia Stallings | 0.8 | 2024 | $220 | $168.00 |
| **TOTAL** | **59.5** | | | **$31,053.00** |

3

| Blended Hourly Rate: | $521.90 |
|---|---|

**(5002) Asset Disposition: $756.00**

Services include drafting and finalizing notices of settlement with certain borrowers.

| **Name** | **Hours** | **Year** | **Hourly Rate** | **Fees** |
|---|---|---|---|---|
| Katherine A. Nixon | 1.8 | 2024 | $420 | $756.00 |
| **TOTAL** | **1.8** | | | **$756.00** |

| Blended Hourly Rate: | $420.00 |
|---|---|

**(5010) Employment and Fee Applications: $1,457.00**

Services include drafting, revising, and finalizing Fredrikson's third fee application; reviewing fee application filed by counsel for the official committee of unsecured creditors (the "Committee"); and assisting in preparing and finalizing the CRO's third staffing report.

| **Name** | **Hours** | **Year** | **Hourly Rate** | **Fees** |
|---|---|---|---|---|
| Steven R. Kinsella | 1.0 | 2024 | $575 | $575.00 |
| Katherine A. Nixon | 1.9 | 2024 | $420 | $798.00 |
| Shataia Stallings | 0.4 | 2024 | $210 | $84.00 |
| **TOTAL** | **3.3** | | | **$1,457.00** |

| Blended Hourly Rate: | $441.52 |
|---|---|

**(5012) Financing and Cash Collateral: $975.00**

Services include drafting, revising, and finalizing the Debtors' third motion for authorization to use cash collateral.

| **Name** | **Hours** | **Year** | **Hourly Rate** | **Fees** |
|---|---|---|---|---|
| Steven R. Kinsella | 0.6 | 2024 | $575 | $345.00 |
| Katherine A. Nixon | 1.5 | 2024 | $420 | $630.00 |
| **TOTAL** | **2.1** | | | **$975.00** |

| Blended Hourly Rate: | $464.29 |
|---|---|

**(5013) Meetings and Communications with Creditors:  $1,882.00**

Services include communicating with various creditors and counsel for the Committee; preparing for and attending a Committee meeting; and reviewing the agenda for the Committee meeting.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Steven R. Kinsella | 3.2 | 2024 | $575 | $1,840.00 |
| Katherine A. Nixon | 0.1 | 2024 | $420 | $42.00 |
| **TOTAL** | **3.3** | | | **$1,882.00** |

| Blended Hourly Rate: | $570.30 |
|---|---|

**(5015) Plan and Disclosure Statement:  $2,169.50**

Services include reviewing order extending exclusivity period; analyzing plan terms and preparing a plan term sheet; communicating with the Committee and the CRO regarding plan terms; and drafting plan documents.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Steven R. Kinsella | 3.7 | 2024 | $575 | $2,127.50 |
| Katherine A. Nixon | 0.1 | 2024 | $420 | $42.00 |
| **TOTAL** | **3.8** | | | **$2,169.50** |

| Blended Hourly Rate: | $570.92 |
|---|---|

**(5018) Reporting:  $582.50**

Services include emailing the CRO regarding monthly operating reports; confirming certain creditors are on the creditor matrix; assisting the CRO in finalizing monthly operating reports; and emailing counsel for the United States Trustee regarding bank records.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Steven R. Kinsella | 0.1 | 2024 | $575 | $57.50 |
| Katherine A. Nixon | 0.8 | 2024 | $420 | $336.00 |
| Shataia Stallings | 0.9 | 2024 | $210 | 189.00 |
| **TOTAL** | **1.8** | | | **$582.50** |

| Blended Hourly Rate: | $323.61 |
|---|---|

**(0001) Adversary Proceeding Against Preference 42, LLC: $168.00**

Services include drafting a stipulation to extend the time to answer or otherwise respond to the complaint.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Katherine A. Nixon | 0.4 | 2024 | $420 | $168.00 |
| TOTAL | 0.4 | | | $168.00 |

| Blended Hourly Rate: | $420.00 |
|---|---|

**(0004) Adversary Proceeding Against Boulevard Square II, LLC et al.: $84.00**

Services include drafting a stipulation to extend the time to answer or otherwise respond to the complaint.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Katherine A. Nixon | 0.2 | 2024 | $420 | $84.00 |
| TOTAL | 0.2 | | | $84.00 |

| Blended Hourly Rate: | $420.00 |
|---|---|

**(0006) Adversary Proceeding Against SAD Downtown, LLC: $336.00**

Services include drafting a stipulation to extend the time to answer or otherwise respond to the complaint; and serving additional parties and preparing certificates of service.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Katherine A. Nixon | 0.3 | 2024 | $420 | $126.00 |
| Shataia Stallings | 1.0 | 2024 | $210 | $210.00 |
| TOTAL | 1.3 | | | $336.00 |

| Blended Hourly Rate: | $258.46 |
|---|---|

**(0007) Adversary Proceeding Against Greenfield Commons, LLC et al.: $126.00**

Services include drafting a stipulation to extend the time to answer or otherwise respond to the complaint.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Katherine A. Nixon | 0.3 | 2024 | $420 | $126.00 |
| TOTAL | 0.3 | | | $126.00 |

| Blended Hourly Rate: | $420.00 |
|---|---|

### TOTAL POST-PETITION FEES: $39,841.00

11. **Reimbursement of Expenses.** In the course of this representation, Fredrikson has also incurred expenses detailed as part of Matter No. 5000 on **Exhibit C**, and requests allowance thereof as follows:

| Expenses | Amount |
|----------|--------|
| Filing Fees for Adversary Proceedings | $2,450.00 |
| TOTAL | $2,450.00 |

### TOTAL EXPENSES: $2,450.00

12. All services for which fees are requested by Fredrikson were performed for and on behalf of the Debtors, and not on behalf of any committee, creditor, or other person.

13. The amount requested constitutes reasonable compensation for actual, necessary services rendered by Fredrikson, based on the nature, the extent, and the value of such services, the time spent on such services, and the cost of comparable services other than in a case under Title 11. Fredrikson has not entered into any agreement, express or implied, with any other party-in-interest, including the Debtors, any creditor, receiver, trustee, or any representative of any of them, or with any attorney for such party-in-interest in the proceedings, for the purpose of fixing fees or other compensation to be paid to such party-in-interest in the proceedings for services

7

rendered or expenses incurred from the assets of the estate in excess of the compensation allowed by law.

**WHEREFORE,** Fredrikson respectfully requests that the Court enter an order:

A.     Allowing Fredrikson's fees incurred between November 1, 2024 and November 30, 2024 in the amount of **$39,841.00,** and expenses in the amount of **$2,450.00,** totaling **$42,291.00**;

B.     Authorizing the Debtors to pay Fredrikson such allowed postpetition fees and expenses;

C.     Granting administrative expense priority to Fredrikson's allowed fees and expenses; and

D.     Granting such other and further relief as may be just and proper.

Dated:  December 18, 2024

/e/ *Steven R. Kinsella*
Michael S. Raum (#05676)
**FREDRIKSON & BYRON, P.A.**
51 Broadway, Suite 400
Fargo, ND  58102-4991
701.237.8200
mraum@fredlaw.com

Steven R. Kinsella (#09514)
Katherine A. Nixon (*pro hac vice* MN #0402772)
**FREDRIKSON & BYRON, P.A.**
60 South 6th Street, Suite 1500
Minneapolis, MN  55402-4400
612.492.7000
skinsella@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR DEBTORS**

## <u>AFFIDAVIT</u>

I, Steven R. Kinsella, an attorney at the law firm of Fredrikson & Byron, P.A., declare under penalty of perjury that the foregoing Fourth Application of Fredrikson & Byron, P.A. for Allowance of Fees and Expenses as Chapter 11 Counsel for the Debtors from November 1, 2024 Through November 30, 2024 is true and correct according to the best of my knowledge, information, and belief.

Dated: December 18, 2024                    */e/ Steven R. Kinsella*
                                            Steven R. Kinsella

# EXHIBIT A

## CourtAlert® Case Management

**From:** ecf@ndb.uscourts.gov
**Sent:** 7/25/2024 12:56:27 PM
**To:** nate_olson@ndb.uscourts.gov
**Subject:** Ch-11 24-30281 EPIC Companies Midwest, LLC Order on Application to Employ

CAUTION: EXTERNAL E-MAIL

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

### U.S. Bankruptcy Court

### District of North Dakota

Notice of Electronic Filing

The following transaction was received from vck, Court entered on 7/25/2024 at 12:56 PM CDT and filed on 7/25/2024

**Case Name:** EPIC Companies Midwest, LLC
**Case Number:** 24-30281
**Document Number:** 49

**Docket Text:**
Order Approving Application to Employ Steven R. Kinsella and Fredrikson & Byron, P.A. as counsel for Debtor EPIC Companies Midwest, LLC effective July 8, 2024 (Related Doc. [13]). The application to employ is APPROVED subject to the limitations on compensation provided by 11 U.S.C. § 328. This order is not a determination that the services or rates charged are necessary and reasonable. The person or entity employed under this order shall file a fee application in accordance with the Bankruptcy Code and Federal Rules of Bankruptcy Procedures. See Fed. R. Bank. P. 2016, 2017 and 11 U.S.C. 329, 330. Applicant must also comply with Local Rules. As required by applicable federal rule or statute, the Movant shall serve this docket text only order on all appropriate parties that will not receive notice of electronic filing. By Judge Shon Hastings (Text order only). Signed on 7/25/2024 (vck)

The following document(s) are associated with this transaction:

**24-30281 Notice will be electronically mailed to:**

Douglas Christensen on behalf of Creditor Beth Holmes
dougc@grandforkslaw.com,
sarah@grandforkslaw.com;jen@grandforkslaw.com;julie@grandforkslaw.com

Michael Gust on behalf of Interested Party Bank Forward
mlgfilings@andersonbottrell.com, jernst@abstlaw.net

Joseph D Hackman on behalf of Interested Party Bank Forward
jhackman@abstlaw.net

Peter B. Hankla on behalf of Interested Party Randy and Dorothy Henke
phankla@mcgeelaw.com

Steven R Kinsella on behalf of Debtor EC West Fargo, LLC
skinsella@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Steven R Kinsella on behalf of Debtor EOLA Capital, LLC
skinsella@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Steven R Kinsella on behalf of Debtor EPIC Companies Midwest 2023, LLC
skinsella@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Steven R Kinsella on behalf of Debtor EPIC Companies Midwest, LLC
skinsella@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Steven R Kinsella on behalf of Debtor EPIC Employee, LLC
skinsella@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

John M Krings, Jr. on behalf of Creditor Cornerstone Bank
john@kaler-doeling.com, janae@kaler-doeling.com

Katherine A. Nixon on behalf of Debtor EPIC Companies Midwest, LLC
knixon@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Richard P. Olson on behalf of Creditor Essential Living Inc
rpolsonecf@minotlaw.com, rpolson@minotlaw.com

Richard P. Olson on behalf of Creditor Bruce & Diane Walker
rpolsonecf@minotlaw.com, rpolson@minotlaw.com

Robert B. Raschke
USTPRegion12.SX.ECF@usdoj.gov

Michael S Raum on behalf of Debtor EPIC Companies Midwest, LLC
mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Katrina A. Turman Lang on behalf of Creditor Dietz Properties, LLC
klang@woldlaw.com, melanie@turmanlaw.com

Katrina A. Turman Lang on behalf of Creditor Candice Dietz
klang@woldlaw.com, melanie@turmanlaw.com

Katrina A. Turman Lang on behalf of Creditor Larry Dietz
klang@woldlaw.com, melanie@turmanlaw.com

Sarah J. Wencil on behalf of U.S. Trustee Robert B. Raschke
sarah.j.wencil@usdoj.gov

Benjamin Williams on behalf of Creditor Cullen Insulation, Inc.
ben@kennellybusinesslaw.com, beth@kennellybusinesslaw.com

Benjamin Williams on behalf of Creditor Daniel Frisch
ben@kennellybusinesslaw.com, beth@kennellybusinesslaw.com

**24-30281 Notice will not be electronically mailed to:**

**EXHIBIT B**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | **Jointly Administered** |
| | |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| | |
| Debtors. | Chapter 11 |

## ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR RETAINED PROFESSIONALS

Debtors filed a Motion for an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief. Doc. 11. Pursuant to the notice of the Motion [Doc. 16], objections to the Motion were due by July 30, 2024.

Debtors served notice of the Motion. The Court received no objections to the Motion. The Court held a hearing on the Motion on August 14, 2024. Based upon the Motion and the Declaration of Patrick Finn [Doc. 6] and for the reasons stated on the record at the August 14, 2024, hearing, the Court finds that the circumstances of these cases warrant granting the relief provided below.

**IT IS ORDERED** that, except as otherwise provided in any order of the Court, professionals employed in this bankruptcy case, including Fredrikson & Byron, P.A., shall be permitted to seek interim payment of compensation and reimbursement of expenses by filing monthly applications for interim compensation and reimbursement of expenses.

**IT IS FURTHER ORDERED** that Debtors are authorized to pay all reasonable amounts invoiced by Lighthouse Management Group, Inc. ("Lighthouse") for fees and expenses on a bi-weekly basis.

**IT IS FURTHER ORDERED** that Lighthouse will file with the Court and serve on Debtors, the United States Trustee, and any statutory committee appointed in this case (the "Notice Parties") a monthly staffing report, filed and served by the 20th of each month for the previous month, identifying the Lighthouse employees who worked on this case, the total hours billed by Lighthouse, and a summary of the tasks performed. Lighthouse will also file with the Court and serve on the Notice Parties a quarterly compensation report by the 20th of each month following the end of a quarter, showing the total fees and expenses for the preceding quarter. These reports will be deemed applications for interim compensation under sections 328 and 330. Parties in interest may object to the reports within 21 days after notice. The Court will rule on the applications after the deadline to object passes or after a hearing on the application.

**IT IS FURTHER ORDERED** that Debtors will allocate the fees and expenses approved among Debtors pro rata if the professionals charge for tasks that generally apply to all cases and to the appropriate Debtor if the tasks relate solely to a specific Debtor.

Dated:  August 14, 2024.


SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT

**EXHIBIT C**



| | |
|---|---|
| **Invoice:** | **1895306** |
| **Invoice Date:** | **December 5, 2024** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5000** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through November 30, 2024

**Regarding: Case Administration**

| | |
|---|---|
| Total for Current Legal Fees: | $ 252.00 |
| Total For Current Costs and Other Charges: | $ 2,450.00 |
| **Total For Current Invoice:** | **$ 2,702.00** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                              **Wire Instructions:**

Fredrikson & Byron P.A.               Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮▮▮

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1895306** |
| **Invoice Date:** | **December 5, 2024** |
| **Page:** | |

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 11/04/24 | 1888535 | 1,418.00 | | 1,418.00 |
| | **Total Prior Balance:** | | | **$ 1,418.00** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of December 5, 2024. If payment has been sent close to this date, please verify payment status.



**Invoice:** **1895306**
**Invoice Date:** **December 5, 2024**
**Client Number:** **097807**
**Matter Number:** **097807.5000**

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/01/24 | S. Stallings | Attention to adversary complaints and e-file. | 1.20 | 252.00 |
| | **Current Legal Fees:** | | **1.20** | **$ 252.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|-----------|-----------|-------|---------------|
| Shataia  Stallings | 210.00 | 1.20 | 252.00 |
| **Total** | | **1.20** | **$ 252.00** |

### Costs and Other Charges

| | Amount |
|---|--------|
| 11/04/24  COURTS/USBC-ND-P - Adversary Complaint Fees | 1,750.00 |
| 11/22/24  COURTS/USBC-ND-P - Adversary Complaint Fees | 700.00 |
| **Current Costs and Other Charges:** | **$ 2,450.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 252.00 |
| Total For Current Costs and Other Charges: | $ 2,450.00 |
| **Total For Current Invoice:** | **$ 2,702.00** |



| | |
|---|---|
| **Invoice:** | 1895307 |
| **Invoice Date:** | December 5, 2024 |
| **Client Number:** | 097807 |
| **Matter Number:** | 097807.5001 |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through November 30, 2024

**Regarding: Asset Analysis and Recovery**

Total for Current Legal Fees: $ 31,053.00

**Total For Current Invoice:** **$ 31,053.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**          **Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484

Please send remittance information to paynotification@fredlaw.com

**Tax ID:**

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1895307**
**Invoice Date:** **December 5, 2024**
**Page:**

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 11/04/24 | 1888536 | 30,218.50 | | 30,218.50 |
| | **Total Prior Balance:** | | | **$ 30,218.50** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of December 5, 2024. If payment has been sent close to this date, please verify payment status.



| | |
|---|---|
| **Invoice:** | **1895307** |
| **Invoice Date:** | **December 5, 2024** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5001** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 11/01/24 | S. Kinsella | Draft forbearance agreement (1.1); revise complaints and communications with CRO regarding the same (.8). | 1.90 | 1,092.50 |
| 11/01/24 | K. Nixon | Revise and finalize complaint(s) for recovery of assets. | 6.90 | 2,898.00 |
| 11/03/24 | K. Nixon | Review filed copies of complaint(s) and send to CRO. | 0.30 | 126.00 |
| 11/03/24 | S. Kinsella | Prepare settlement letters. | 0.90 | 517.50 |
| 11/04/24 | K. Nixon | Meeting with CRO regarding asset analysis (0.7);draft default letter to borrower (0.7). | 1.40 | 588.00 |
| 11/04/24 | S. Kinsella | Meeting with CRO regarding negotiations and complaints (.8); phone call with counsel for project (.3); prepare and send settlement proposal letter (1.0); prepare additional settlement proposal letter (.6). | 2.70 | 1,552.50 |
| 11/05/24 | S. Kinsella | Finalize and send settlement proposal (.2); phone call with CRO regarding settlement proposal and negotiations (1.3). | 1.50 | 862.50 |
| 11/06/24 | K. Nixon | Attention to service of summonses and complaints. | 0.50 | 210.00 |
| 11/06/24 | S. Kinsella | Phone call with counsel for project and follow up emails (.3); prepare additional settlement proposals (1.0). | 1.30 | 747.50 |
| 11/07/24 | K. Nixon | Attention to certificates of service for summonses and complaints. | 0.50 | 210.00 |
| 11/07/24 | S. Kinsella | Meeting and communications with CRO regarding settlement proposals and complaints (1.1); prepare settlement proposals (1.4). | 2.50 | 1,437.50 |
| 11/08/24 | S. Kinsella | Meeting with CRO regarding settlement proposals and prepare settlement proposals. | 2.10 | 1,207.50 |

# FREDRIKSON

| | | |
|---|---|---|
| **Invoice:** | | **1895307** |
| **Invoice Date:** | | **December 5, 2024** |
| **Page:** | | **2** |

| | | | | |
|---|---|---|---|---|
| 11/08/24 | K. Nixon | Email S. Kinsella re: notice of settlement. | 0.10 | 42.00 |
| 11/11/24 | S. Kinsella | Meeting with CRO regarding cash collateral motion and status of settlement negotiations (.5); prepare multiple settlement proposals and send to project borrowers (2.3); communications with CRO regarding settlement proposals (.6); prepare list of additional complaints and begin preparing analysis (.6). | 4.00 | 2,300.00 |
| 11/11/24 | S. Stallings | Attention to civil case filings in Cass County against Epic Management. | 0.80 | 168.00 |
| 11/11/24 | K. Nixon | Meeting with CRO regarding asset analysis. | 0.50 | 210.00 |
| 11/12/24 | S. Kinsella | Prepare settlement letter and send (.4); multiple phone calls with CRO regarding settlement proposals (1.3); meeting with counsel for project borrower (.5). | 2.20 | 1,265.00 |
| 11/13/24 | S. Kinsella | Communications with counsel for project borrowers. | 0.50 | 287.50 |
| 11/15/24 | S. Kinsella | Multiple meetings with project borrowers and counsel (1.5); follow-up communications with requested information (.5). | 2.00 | 1,150.00 |
| 11/18/24 | S. Kinsella | Meeting with CRO regarding status of project borrower negotiations (.6); multiple communications with counsel for various project borrowers (.7). | 1.30 | 747.50 |
| 11/18/24 | K. Nixon | Meeting with CRO regarding asset analysis. | 0.80 | 336.00 |
| 11/19/24 | S. Kinsella | Prepare multiple settlement letters for project borrowers (3.0); email communications with other borrowers (.6); phone call with CRO regarding the same (.3). | 3.90 | 2,242.50 |
| 11/20/24 | S. Kinsella | Meeting with CRO regarding settlement proposals (.8); prepare and send settlement proposals (.5). | 1.30 | 747.50 |
| 11/20/24 | K. Nixon | Draft complaint(s) against borrowers. | 1.40 | 588.00 |
| 11/21/24 | S. Kinsella | Meeting and follow up communications with CRO regarding settlement proposals (1.5); prepare and send settlement counteroffers to opposing counsel (.7); prepare and send information requested by opposing counsel (.3). | 2.50 | 1,437.50 |
| 11/21/24 | K. Nixon | Draft complaint(s) against borrowers. | 3.40 | 1,428.00 |
| 11/22/24 | K. Nixon | Finalize complaint(s) against borrowers and coordinate service of the same. | 1.80 | 756.00 |

# Fredrikson

| | | |
|---|---|---|
| **Invoice:** | **1895307** | |
| **Invoice Date:** | **December 5, 2024** | |
| **Page:** | **3** | |

| 11/22/24 | S. Kinsella | Prepare and send settlement proposals (1.1); meeting with CRO regarding status of settlement proposals (.8); phone call with creditor counsel (.2); review and finalize complaints (.4); communications with counsels for project borrowers (.6). | 3.10 | 1,782.50 |
|---|---|---|---|---|
| 11/24/24 | S. Kinsella | Prepare settlement agreement. | 0.70 | 402.50 |
| 11/25/24 | S. Kinsella | Revise settlement agreement (.3); meeting with CRO regarding status of settlement proposals (.5); phone calls with CRO regarding settlement proposals (.4); prepare and send letters and emails to project borrower counsels regarding settlement proposals (1.3). | 2.50 | 1,437.50 |
| 11/25/24 | K. Nixon | Meeting with CRO regarding asset analysis. | 0.70 | 294.00 |
| 11/26/24 | K. Nixon | Strategize re: additional complaint(s) against borrowers. | 0.20 | 84.00 |
| 11/26/24 | S. Kinsella | Phone call with CRO regarding status of settlement negotiations (.7); provide instruction regarding additional adversary complaints (.4); review and revise settlement notice (.2); communications with settlement counterparty regarding payment (.1); communications with project borrower regarding demand letter (.3); prepare settlement proposals (.3). | 2.00 | 1,150.00 |
| 11/27/24 | S. Kinsella | Review and revise settlement notices (.1); review and revise answer date stipulations (.1); draft settlement agreements (.9). | 1.10 | 632.50 |
| 11/28/24 | S. Kinsella | Review filed settlement notices and communications with project borrowers regarding the same. | 0.10 | 57.50 |
| 11/29/24 | S. Kinsella | Attention to settlement notices and communications regarding the same. | 0.10 | 57.50 |
| | **Current Legal Fees:** | | **59.50** | **$ 31,053.00** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 575.00 | 40.20 | 23,115.00 |
| Katherine  Nixon | 420.00 | 18.50 | 7,770.00 |
| Shataia  Stallings | 210.00 | 0.80 | 168.00 |
| **Total** | | **59.50** | **$ 31,053.00** |

Fredrikson & Byron, P.A.

P.O. Box 1484 / Minneapolis, Minnesota 55480-1484

USA / China / Mexico / fredlaw.com

# Fredrikson

**Invoice:** **1895307**
**Invoice Date:** **December 5, 2024**
**Page:** **4**

## Invoice Totals

Total for Current Legal Fees:                                                    $ 31,053.00

**Total For Current Invoice:**                                          **$ 31,053.00**

# Fredrikson

| | |
|---|---|
| **Invoice:** | 1895308 |
| **Invoice Date:** | December 5, 2024 |
| **Client Number:** | 097807 |
| **Matter Number:** | 097807.5002 |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through November 30, 2024

**Regarding: Asset Disposition**

Total for Current Legal Fees:                                                                          $ 756.00

**Total For Current Invoice:**                                                                     **$ 756.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                              **Wire Instructions:**

Fredrikson & Byron P.A.            Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484

Please send remittance information to paynotification@fredlaw.com

Tax ID: ▮▮▮▮▮▮

*** Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. ***

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

**Invoice:** **1895308**
**Invoice Date:** **December 5, 2024**
**Page:**

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|---------------|--------|----------|-------------|
| 11/04/24 | 1888537 | 115.00 | | 115.00 |

**Total Prior Balance:**                                                              **$ 115.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of December 5, 2024. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



**Invoice:**          **1895308**
**Invoice Date:**     **December 5, 2024**
**Client Number:**   **097807**
**Matter Number:**   **097807.5002**

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/26/24 | K. Nixon | Draft and finalize notice of settlement with HIE Depot, LLC and email copies to CRO and HIE reps. | 0.90 | 378.00 |
| 11/27/24 | K. Nixon | Draft and finalize notices of settlement with MBG Land and 8th & Main and email copies to CRO and counterparty reps. | 0.90 | 378.00 |
| | | **Current Legal Fees:** | **1.80** | **$ 756.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|-----------|-----------|-------|---------------|
| Katherine  Nixon | 420.00 | 1.80 | 756.00 |
| **Total** | | **1.80** | **$ 756.00** |

### Invoice Totals

Total for Current Legal Fees:                     $ 756.00

**Total For Current Invoice:**                     **$ 756.00**



| | |
|---|---|
| **Invoice:** | 1895309 |
| **Invoice Date:** | December 5, 2024 |
| **Client Number:** | 097807 |
| **Matter Number:** | 097807.5010 |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through November 30, 2024

**Regarding: Employment and Fee Applications**

Total for Current Legal Fees: $ 1,457.00

**Total For Current Invoice:** **$ 1,457.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**

Please send remittance information to paynotification@fredlaw.com

Tax ID:

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

**Invoice:** **1895309**
**Invoice Date:** **December 5, 2024**
**Page:**

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 11/04/24 | 1888541 | 1,505.50 | | 1,505.50 |
| **Total Prior Balance:** | | | | **$ 1,505.50** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of December 5, 2024. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



| | |
|---|---|
| **Invoice:** | **1895309** |
| **Invoice Date:** | **December 5, 2024** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5010** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/05/24 | K. Nixon | Draft third staffing report for CRO. | 0.20 | 84.00 |
| 11/08/24 | K. Nixon | Draft Fredrikson's third fee application. | 0.70 | 294.00 |
| 11/08/24 | S. Kinsella | Review Committee fee application. | 0.20 | 115.00 |
| 11/11/24 | S. Kinsella | Review and revise third fee application. | 0.50 | 287.50 |
| 11/11/24 | K. Nixon | Draft Fredrikson's third fee application. | 0.80 | 336.00 |
| 11/14/24 | S. Kinsella | Review orders granting Fredrikson fee application and approving Lighthouse staffing report. | 0.10 | 57.50 |
| 11/15/24 | S. Kinsella | Review and finalize fee application. | 0.10 | 57.50 |
| 11/15/24 | S. Stallings | Finalize and e-file third fee application for Fredrikson. | 0.40 | 84.00 |
| 11/19/24 | K. Nixon | Finalize CRO's third staffing report. | 0.10 | 42.00 |
| 11/20/24 | K. Nixon | Email CRO re: third staffing report. | 0.10 | 42.00 |
| 11/20/24 | S. Kinsella | Review staffing report. | 0.10 | 57.50 |
| | **Current Legal Fees:** | | **3.30** | **$ 1,457.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|------------|-----------|-------|---------------|
| Steven R.  Kinsella | 575.00 | 1.00 | 575.00 |
| Katherine  Nixon | 420.00 | 1.90 | 798.00 |
| Shataia  Stallings | 210.00 | 0.40 | 84.00 |
| **Total** | | **3.30** | **$ 1,457.00** |

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1895309** |
| **Invoice Date:** | **December 5, 2024** |
| **Page:** | **2** |

## Invoice Totals

Total for Current Legal Fees:                                                        $ 1,457.00

**Total For Current Invoice:**                                             **$ 1,457.00**



| | |
|---|---|
| **Invoice:** | **1895310** |
| **Invoice Date:** | **December 5, 2024** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5012** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through November 30, 2024

**Regarding: Financing and Cash Collateral**

Total for Current Legal Fees:                                                    $ 975.00

**Total For Current Invoice:**                                          **$ 975.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**         **Online Payments:**                    **Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:**

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1895310** |
| **Invoice Date:** | **December 5, 2024** |
| **Page:** | |

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 11/04/24 | 1888542 | 617.00 | | 617.00 |
| | **Total Prior Balance:** | | | **$ 617.00** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of December 5, 2024. If payment has been sent close to this date, please verify payment status.



| | |
|---|---|
| **Invoice:** | **1895310** |
| **Invoice Date:** | **December 5, 2024** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5012** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 11/08/24 | K. Nixon | Draft third motion for authorization to use cash. | 1.00 | 420.00 |
| 11/08/24 | S. Kinsella | Review and revise cash collateral motion. | 0.30 | 172.50 |
| 11/11/24 | S. Kinsella | Finalize cash collateral motion. | 0.30 | 172.50 |
| 11/11/24 | K. Nixon | Finalize third motion for authorization to use cash. | 0.50 | 210.00 |
| | **Current Legal Fees:** | | **2.10** | **$ 975.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 575.00 | 0.60 | 345.00 |
| Katherine  Nixon | 420.00 | 1.50 | 630.00 |
| **Total** | | **2.10** | **$ 975.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 975.00 |
| **Total For Current Invoice:** | **$ 975.00** |

# Fredrikson

| | |
|---|---|
| **Invoice:** | 1895311 |
| **Invoice Date:** | December 5, 2024 |
| **Client Number:** | 097807 |
| **Matter Number:** | 097807.5013 |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through November 30, 2024

**Regarding: Meetings and Communications  with Creditors**

Total for Current Legal Fees:                                                                     $ 1,882.00

**Total For Current Invoice:**                                                         **$ 1,882.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**                    **Online Payments:**                        **Wire Instructions:**

Fredrikson & Byron P.A.                    Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484

Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ████████

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



| | |
|---|---|
| **Invoice:** | **1895311** |
| **Invoice Date:** | **December 5, 2024** |
| **Page:** | |

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 11/04/24 | 1888543 | 57.50 | | 57.50 |
| **Total Prior Balance:** | | | | **$ 57.50** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of December 5, 2024. If payment has been sent close to this date, please verify payment status.



**Invoice:** **1895311**
**Invoice Date:** **December 5, 2024**
**Client Number:** **097807**
**Matter Number:** **097807.5013**

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/06/24 | S. Kinsella | Communications with creditor. | 0.20 | 115.00 |
| 11/11/24 | S. Kinsella | Meeting with committee counsel regarding settlement negotiations. | 1.10 | 632.50 |
| 11/13/24 | S. Kinsella | Communications with committee counsel. | 0.10 | 57.50 |
| 11/25/24 | S. Kinsella | Communications with creditor. | 0.10 | 57.50 |
| 11/26/24 | S. Kinsella | Review agenda for Committee meeting. | 0.10 | 57.50 |
| 11/27/24 | K. Nixon | Retrieve promissory note per request of Friends of the Wave. | 0.10 | 42.00 |
| 11/27/24 | S. Kinsella | Prepare for and participate in meeting with Committee (1.4); phone call with counsel for creditor (.2). | 1.60 | 920.00 |
| | **Current Legal Fees:** | | **3.30** | **$ 1,882.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|-----------|-----------|-------|---------------|
| Steven R.  Kinsella | 575.00 | 3.20 | 1,840.00 |
| Katherine  Nixon | 420.00 | 0.10 | 42.00 |
| **Total** | | **3.30** | **$ 1,882.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 1,882.00 |
| **Total For Current Invoice:** | **$ 1,882.00** |



| | |
|---|---|
| **Invoice:** | 1895312 |
| **Invoice Date:** | December 5, 2024 |
| **Client Number:** | 097807 |
| **Matter Number:** | 097807.5015 |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through November 30, 2024

**Regarding: Plan and Disclosure Statement**

Total for Current Legal Fees:                                                                  $ 2,169.50

**Total For Current Invoice:**                                                            **$ 2,169.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                              **Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484

Please send remittance information to paynotification@fredlaw.com

**Tax ID:**

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



| | |
|---|---|
| **Invoice:** | **1895312** |
| **Invoice Date:** | **December 5, 2024** |
| **Page:** | |

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 11/04/24 | 1888544 | 1,149.50 | | 1,149.50 |
| | **Total Prior Balance:** | | | **$ 1,149.50** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of December 5, 2024. If payment has been sent close to this date, please verify payment status.

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1895312** |
| **Invoice Date:** | **December 5, 2024** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5015** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 11/06/24 | K. Nixon | Review order extending exclusivity period and email CRO re: the same. | 0.10 | 42.00 |
| 11/08/24 | S. Kinsella | Analyze plan terms and prepare plan term sheet. | 2.50 | 1,437.50 |
| 11/13/24 | S. Kinsella | Analyze term sheet. | 0.10 | 57.50 |
| 11/19/24 | S. Kinsella | Communications with committee regarding plan terms and CRO meeting. | 0.10 | 57.50 |
| 11/25/24 | S. Kinsella | Begin drafting plan documents. | 1.00 | 575.00 |
| | **Current Legal Fees:** | | **3.80** | **$ 2,169.50** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 575.00 | 3.70 | 2,127.50 |
| Katherine  Nixon | 420.00 | 0.10 | 42.00 |
| **Total** | | **3.80** | **$ 2,169.50** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 2,169.50 |
| **Total For Current Invoice:** | **$ 2,169.50** |



| | |
|---|---|
| **Invoice:** | **1895313** |
| **Invoice Date:** | **December 5, 2024** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5018** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through November 30, 2024

**Regarding: Reporting**

Total for Current Legal Fees:                                                    $ 582.50

**Total For Current Invoice:**                                          **$ 582.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**            **Online Payments:**                    **Wire Instructions:**

Fredrikson & Byron P.A.            Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮▮

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

**Invoice:** **1895313**
**Invoice Date:** **December 5, 2024**
**Page:**

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|---------------|--------|----------|-------------|
| 09/05/24 | 1876154 | 7,565.50 | (3,001.50) | 4,564.00 |
| 11/04/24 | 1888539 | 703.00 | | 703.00 |

**Total Prior Balance:** **$ 5,267.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of December 5, 2024. If payment has been sent close to this date, please verify payment status.



**Invoice:** **1895313**
**Invoice Date:** **December 5, 2024**
**Client Number:** **097807**
**Matter Number:** **097807.5018**

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/04/24 | K. Nixon | Email CRO copies of September MORs. | 0.10 | 42.00 |
| 11/06/24 | K. Nixon | Confirm misc. creditors are on creditor matrix. | 0.20 | 84.00 |
| 11/19/24 | K. Nixon | Attention to CRO inquiry re: October MOR. | 0.20 | 84.00 |
| 11/19/24 | S. Kinsella | Review MOR. | 0.10 | 57.50 |
| 11/20/24 | K. Nixon | Review October MORs. | 0.30 | 126.00 |
| 11/20/24 | S. Stallings | Attention to finalizing exhibits and finalizing October 2024 monthly operating report and e-file (.8); email to UST regarding bank records (.1). | 0.90 | 189.00 |
| | **Current Legal Fees:** | | **1.80** | **$ 582.50** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|------------|-----------|-------|---------------|
| Steven R.  Kinsella | 575.00 | 0.10 | 57.50 |
| Katherine  Nixon | 420.00 | 0.80 | 336.00 |
| Shataia  Stallings | 210.00 | 0.90 | 189.00 |
| **Total** | | **1.80** | **$ 582.50** |

### Invoice Totals

Total for Current Legal Fees:                                   $ 582.50

**Total For Current Invoice:**                            **$ 582.50**


# Fredrikson

| | |
|---|---|
| **Invoice:** | 1895302 |
| **Invoice Date:** | December 5, 2024 |
| **Client Number:** | 097807 |
| **Matter Number:** | 097807.0003 |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through November 30, 2024

**Regarding: Adversary action against Preference 42, LLC**

| | |
|---|---|
| Total for Current Legal Fees: | $ 168.00 |
| **Total For Current Invoice:** | **$ 168.00** |

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ████████

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1895302**
**Invoice Date:** **December 5, 2024**
**Client Number:** **097807**
**Matter Number:** **097807.0003**

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/27/24 | K. Nixon | Draft stipulation to extend time to answer complaint. | 0.40 | 168.00 |
| | **Current Legal Fees:** | | **0.40** | **$ 168.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|-----------|-----------|-------|---------------|
| Katherine  Nixon | 420.00 | 0.40 | 168.00 |
| **Total** | | **0.40** | **$ 168.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 168.00 |
| **Total For Current Invoice:** | **$ 168.00** |



| | |
|---|---|
| **Invoice:** | 1895303 |
| **Invoice Date:** | December 5, 2024 |
| **Client Number:** | 097807 |
| **Matter Number:** | 097807.0004 |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through November 30, 2024

**Regarding: Adversary against Boulevard Square**

Total for Current Legal Fees:                                                          $ 84.00

**Total For Current Invoice:**                                                      **$ 84.00**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                    **Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▉▉▉▉▉▉

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



| | |
|---|---|
| **Invoice:** | **1895303** |
| **Invoice Date:** | **December 5, 2024** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0004** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 11/27/24 | K. Nixon | Draft stipulation to extend time to answer complaint. | 0.20 | 84.00 |
| | **Current Legal Fees:** | | **0.20** | **$ 84.00** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Katherine  Nixon | 420.00 | 0.20 | 84.00 |
| **Total** | | **0.20** | **$ 84.00** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 84.00 |
| **Total For Current Invoice:** | **$ 84.00** |


# Fredrikson

| | |
|---|---|
| **Invoice:** | 1895304 |
| **Invoice Date:** | December 5, 2024 |
| **Client Number:** | 097807 |
| **Matter Number:** | 097807.0006 |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through November 30, 2024

**Regarding: Adversary against SAD Downtown, LLC d/b/a The Firm**

Total for Current Legal Fees:                                                                     $ 336.00

**Total For Current Invoice:**                                                                **$ 336.00**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                              **Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

Tax ID: ▮▮▮▮▮

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



| | |
|---|---|
| **Invoice:** | **1895304** |
| **Invoice Date:** | **December 5, 2024** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0006** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 11/06/24 | S. Stallings | Attention to additional notice parties regarding summonses and complaints and arrange for service (.4); attention to preparing certificates of service for adversary proceedings (.5). | 1.00 | 210.00 |
| 11/27/24 | K. Nixon | Draft stipulation to extend time to answer complaint. | 0.30 | 126.00 |
| | **Current Legal Fees:** | | **1.30** | **$ 336.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Katherine  Nixon | 420.00 | 0.30 | 126.00 |
| Shataia  Stallings | 210.00 | 1.00 | 210.00 |
| **Total** | | **1.30** | **$ 336.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 336.00 |
| **Total For Current Invoice:** | **$ 336.00** |


# Fredrikson

| | |
|---|---|
| **Invoice:** | 1895305 |
| **Invoice Date:** | December 5, 2024 |
| **Client Number:** | 097807 |
| **Matter Number:** | 097807.0007 |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through November 30, 2024

**Regarding: Adversary against Greenfield Commons**

| | |
|---|---|
| Total for Current Legal Fees: | $ 126.00 |
| **Total For Current Invoice:** | **$ 126.00** |

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1895305**
**Invoice Date:** **December 5, 2024**
**Client Number:** **097807**
**Matter Number:** **097807.0007**

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/27/24 | K. Nixon | Draft stipulation to extend time to answer complaint. | 0.30 | 126.00 |
| | **Current Legal Fees:** | | **0.30** | **$ 126.00** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|-----------|-----------|-------|---------------|
| Katherine  Nixon | 420.00 | 0.30 | 126.00 |
| **Total** | | **0.30** | **$ 126.00** |

## Invoice Totals

Total for Current Legal Fees: $ 126.00

**Total For Current Invoice:** **$ 126.00**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | **Jointly Administered** |
| | |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| | |
| Debtors. | Chapter 11 |

**NOTICE OF FOURTH APPLICATION OF FREDRIKSON & BYRON, P.A. FOR ALLOWANCE OF FEES AND EXPENSES AS CHAPTER 11 COUNSEL FOR THE DEBTORS FROM NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024**

TO:   The parties-in-interest as specified in the Notice and Service Requirements adopted pursuant to Local Rule 2002-1 and the Court's order limiting notice pursuant to Fed. R. Bankr. P. 2002(i). (ECF No. 124.)

1.      **NOTICE IS HEREBY GIVEN** that Fredrikson & Byron, P.A., as Chapter 11 counsel for the Debtors, has filed its fourth application for allowance of fees and expenses, a copy of which is attached hereto and served upon you.

2.      **NOTICE IS FURTHER GIVEN** that any objection to the application must be filed with the Clerk of the United States Bankruptcy Court, whose address is Quentin N. Burdick Courthouse, 655 First Avenue North, Suite 210, Fargo, North Dakota 58102, and served upon the attorney whose name and address is listed below, by **Wednesday, January 8, 2025, which is twenty-one (21) days from the date of the filing of this Notice**. Any objections not filed and served may deemed waived.

Dated:  December 18, 2024

/e/ *Steven R. Kinsella*

Michael S. Raum (#05676)
**FREDRIKSON & BYRON, P.A.**
51 Broadway, Suite 400
Fargo, ND  58102-4991
701.237.8200
mraum@fredlaw.com

Steven R. Kinsella (#09514)
Katherine A. Nixon (*pro hac vice* MN #0402772)
**FREDRIKSON & BYRON, P.A.**
60 South 6th Street, Suite 1500
Minneapolis, MN  55402-4400
612.492.7000
skinsella@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR DEBTORS**