**DEBTOR:** Epic Companies Midwest 2023 LLC         **CASE NO:** 24-30282

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period: 11/1/2024 to 11/30/2024

| CASH FLOW SUMMARY | Jul-24 | Aug-24 | Sep-24 | Oct-24 | Nov-24 | Dec-24 | Accumulated |
|---|---|---|---|---|---|---|---|
| **1. Beginning Cash Balance** | $ 177,704.18 | $ 180,622.51 | $ 180,760.63 | $ 202,757.45 | $ 209,790.61 | $ | $ 177,704.18 (1) |
| 2. Cash Receipts | | | | | | | |
|   Operations | 1,375.00 | - | - | - | - | | 1,375.00 |
|   Loan Principal Payment | - | - | - | - | 200,000.00 | | 200,000.00 |
|   Loans/advances | - | - | - | - | - | | - |
|   Other: Loan Interest Income | 5,015.33 | 207.00 | 22,100.01 | 7,366.67 | 12,859.99 | | 47,549.00 |
|   Other: Interest Income | - | - | - | - | - | | - |
|   Total Cash Receipts | $ 6,390.33 | $ 207.00 | $ 22,100.01 | $ 7,366.67 | $ 212,859.99 | $ | $ 248,924.00 |
| 3. Cash Disbursements | | | | | | | |
|   Operations | 3,472.00 | 68.88 | 103.19 | 333.51 | 93.39 | | 4,070.97 |
|   Debt Service/Secured loan payment | - | - | - | - | - | | - |
|   Professional fees/U.S. Trustee fees | - | - | - | - | 250.00 | | 250.00 |
|   Other | - | - | - | - | 100,000.00 | | 100,000.00 |
|   Total Cash Disbursements | $ 3,472.00 | $ 68.88 | $ 103.19 | $ 333.51 | $ 100,343.39 | $ | $ 104,320.97 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | 2,918.33 | 138.12 | 21,996.82 | 7,033.16 | 112,516.60 | | 144,603.03 |
| **5 Ending Cash Balance (to Form 2-C)** | $ 180,622.51 | $ 180,760.63 | $ 202,757.45 | $ 209,790.61 | $ 322,307.21 | $ | $ 322,307.21 (2) |

**CASH BALANCE SUMMARY**

| | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ 0 |
| Operating Account | First Western Bank & Trust | 0 |
| Debtor-in-possession Account | US Bank | 322,307.21 |
| Other Interest-bearing Account | | 0 |
| TOTAL (must agree with Ending Cash Balance above) | | $ 322,307.21 |

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case.
Current month beginning cash balance should equal the previous month's ending balance.*
*(2) All cash balances should be the same.*

**DEBTOR:** Epic Companies Midwest 2023 LLC    **CASE NO:** 24-30282

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 11/1/2024 to 11/30/2024

**CASH RECEIPTS DETAIL**     **Account No:** ▇▇▇▇▇▇
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|---|---|---|---:|
| 11/15/2024 | Epic Unite REH | Other: Loan Interest Income | $ 3,125.00 |
| 11/15/2024 | Epic Unite REH | Other: Loan Interest Income | 375.00 |
| 11/15/2024 | Epic Unite REH | Other: Loan Interest Income | 400.00 |
| 11/15/2024 | Epic Unite REH | Other: Loan Interest Income | 2,000.00 |
| 11/15/2024 | Epic Unite REH | Other: Loan Interest Income | 1,466.67 |
| 11/21/2024 | HIE Depot LLC | Other: Loan Interest Income | 1,333.33 |
| 11/21/2024 | HIE Depot LLC | Other: Loan Interest Income | 1,333.33 |
| 11/21/2024 | HIE Depot LLC | Other: Loan Interest Income | 1,333.33 |
| 11/21/2024 | HIE Depot LLC | Other: Loan Interest Income | 1,333.33 |
| 11/21/2024 | HIE Depot LLC | Other: Loan Interest Income | 160.00 |
| 11/26/2024 | HIE Depot LLC | Loan Principal Payment | 200,000.00 |

**Total Cash Receipts**   $ 212,859.99  (1)

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

Exhibit A

**DEBTOR:** Epic Companies Midwest 2023 LLC  **CASE NO:** 24-30282

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 11/1/2024 to 11/30/2024

**CASH DISBURSEMENTS DETAIL**     **Account No:**

*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 11/11/2024 | 1003 | US Trustee Payment Center | Professional fees/U.S. Trustee fees | 250.00 |
| 11/14/2024 |  | USBank | Operations | 93.39 |
| 11/14/2024 | Transfer | Epic Companies Midwest L | Other | 100,000.00 |

Total Cash Disbursements $ 100,343.39 (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

Page 3 of 3
Rev. 01/01/18

EXHIBIT B

**DEBTOR:** Epic Companies Midwest 2023 LLC  **CASE NO:** 24-30282

Form 2-C
**COMPARATIVE BALANCE SHEET**
For Period Ending 11/30/2024

| | 7/8/2024 | 7/31/2024 | 8/31/2024 | 9/30/2024 | 10/31/2024 | 11/30/2024 | 12/31/2024 | Petition Date (1) |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| **ASSETS** | | | | | | | | |
| *Current Assets:* | | | | | | | | |
| Cash (from Form 2-B, line 5) | $ - | $ 180,622.51 | 180,760.63 | 202,757.45 | 209,790.61 | 322,307.21 | | $ 177,704.18 |
| Accounts Receivable (from Form 2-E) | - | 199,479.72 | 154,700.88 | 231,894.45 | 300,146.35 | 300,146.35 | | 133,562.64 |
| Receivable from Officers, Employees, Affiliates | - | - | - | - | - | - | | - |
| Inventory | - | - | - | - | - | - | | - |
| Other Current Assets :(List) Due from ECMW | - | - | - | - | - | 100,000.00 | | - |
| | - | - | - | - | - | - | | - |
| **Total Current Assets** | $ - | $ 380,102.23 | $ 335,461.51 | $ 434,651.90 | $ 509,936.96 | $ 722,453.56 | $ | $ 311,266.82 |
| *Fixed Assets:* | | | | | | | | |
| Land | $ - | - | - | - | - | - | | $ - |
| Building | - | - | - | - | - | - | | - |
| Equipment, Furniture and Fixtures | - | - | - | - | - | - | | - |
| **Total Fixed Assets** | - | | | | | | | - |
| Less: Accumulated Depreciation | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) | ( ) | ( - ) |
| **Net Fixed Assets** | $ - | $ - | $ - | $ - | $ - | $ - | $ | $ - |
| Other Assets (List): | - | - | - | - | - | - | | |
| Notes Receivable | | 12,067,346.12 | 11,495,070.19 | 11,495,070.19 | 11,495,070.19 | 11,295,070.19 | | 12,067,346.12 |
| | | - | | | | | | |
| **TOTAL ASSETS** | $ - | $ 12,447,448.35 | $ 11,830,531.70 | $ 11,929,722.09 | $ 12,005,007.15 | $ 12,017,523.75 | $ | $ 12,378,612.94 |
| **LIABILITIES** | | | | | | | | |
| Post-petition Accounts Payable (from Form 2-E) | $ - | $ - | $ 37,326.93 | $ 57,176.61 | $ 115,208.87 | $ 143,112.13 | $ | $ - |
| Post-petition Accrued Profesional Fees (from Form 2-E) | - | - | - | - | - | - | | - |
| Post-petition Taxes Payable (from Form 2-E) | - | - | - | - | - | - | | - |
| Post-petition Notes Payable | - | - | - | - | - | - | | - |
| Other Post-petition Payable(List): | - | - | - | - | - | - | | - |
| | - | - | - | - | - | - | | - |
| **Total Post Petition Liabilities** | $ - | $ - | $ 37,326.93 | $ 57,176.61 | $ 115,208.87 | $ 143,112.13 | $ | $ - |
| *Pre Petition Liabilities:* | | | | | | | | |
| Secured Debt | - | - | - | - | - | - | | - |
| Priority Debt | - | - | - | - | - | - | | - |
| Prepetition Unsecured Debt | - | 12,327,013.80 | 11,754,737.87 | 11,754,737.87 | 11,754,737.87 | 11,754,737.87 | | 12,327,013.80 |
| Class B | - | - | - | - | - | - | | - |
| **Total Pre Petition Liabilities** | $ - | $ 12,327,013.80 | $ 11,754,737.87 | $ 11,754,737.87 | $ 11,754,737.87 | $ 11,754,737.87 | $ | $ 12,327,013.80 |
| **TOTAL LIABILITIES** | $ - | $ 12,327,013.80 | $ 11,792,064.80 | $ 11,811,914.48 | $ 11,869,946.74 | $ 11,897,850.00 | $ | $ 12,327,013.80 |
| **OWNERS' EQUITY** | | | | | | | | |
| Owner's/Stockholder's Equity | $ - | $ 120,434.55 | $ 38,466.90 | $ 117,807.61 | $ 135,060.41 | $ 119,673.75 | $ | $ 51,599.14 |
| Retained Earnings - Prepetition | - | - | - | - | - | - | | - |
| Retained Earnings - Post-petition | - | - | - | - | - | - | | - |
| **TOTAL OWNERS' EQUITY** | $ - | $ 120,434.55 | $ 38,466.90 | $ 117,807.61 | $ 135,060.41 | $ 119,673.75 | $ | $ 51,599.14 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ - | $ 12,447,448.35 | $ 11,830,531.70 | $ 11,929,722.09 | $ 12,005,007.15 | $ 12,017,523.75 | $ | $ 12,378,612.94 |

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.

Page 1 of 1
Rev. 01/01/18

EXHIBIT B

**DEBTOR:** Epic Companies Midwest 2023 LLC  **CASE NO:** 24-30282

## Form 2-D
## PROFIT AND LOSS STATEMENT
**For Period** 11/1/2024 **to** 11/30/2024

| | Current Month | Accumulated Total (1) |
|---|---:|---:|
| Gross Operating Revenue | $  - | $  1,375.00 |
| Less: Discounts, Returns and Allowances | (  - ) | (  - ) |
| **Net Operating Revenue** | $  - | $  1,375.00 |
| Cost of Goods Sold | - | - |
| **Gross Profit** | $  - | $  1,375.00 |
| Operating Expenses | | |
| Compensation | $  - | $  3,472.00 |
| Selling, General and Administrative | 93.39 | 598.97 |
| Rents and Leases | - | - |
| Depreciation, Depletion and Amortization | - | - |
| Other (list): | - | - |
| | - | - |
| Total Operating Expenses | $  93.39 | $  4,070.97 |
| **Operating Income (Loss)** | $  (93.39) | $  (2,695.97) |
| Non-Operating Income and Expenses | | |
| Other Non-Operating Expenses | $  - | $  - |
| Gains (Losses) on Sale of Assets | - | - |
| Interest Income | 12,859.99 | 47,549.00 |
| Interest Expense | - | - |
| Other Non-Operating Income | - | - |
| Net Non-Operating Income or (Expenses) | $  12,859.99 | $  47,549.00 |
| Reorganization Expenses | | |
| Legal and Professional Fees | $  - | $  - |
| Other Reorganization Expense | 250.00 | 250.00 |
| Total Reorganization Expenses | $  250.00 | $  250.00 |
| **Net Income (Loss) Before Income Taxes** | $  12,516.60 | $  44,603.03 |
| Federal and State Income Tax Expense (Benefit) | - | - |
| **NET INCOME (LOSS)** | $  12,516.60 | $  44,603.03 |

*(1) Accumulated Totals include all revenue and expenses since the petition date.*

Page 1 of 1
Rev. 01/01/18

## EXHIBIT C

**DEBTOR:** Epic Companies Midwest 2023 LLC  
**CASE NO:** 24-30282

**Form 2-E**  
**SUPPORTING SCHEDULES**

For Period: 11/1/2024 to 11/30/2024

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | 7/31/2024 | 8/31/2024 | 9/30/2024 | 10/31/2024 | 11/30/2024 | 12/31/2024 | Post Petition Accounts Payable |
|---|---|---|---|---|---|---|---|
| Under 30 days | $ 75,199.07 | 69,954.50 | 77,193.57 | 75,618.57 | 7,366.67 | | 27,903.26 |
| 30 to 60 days | - | 67,832.40 | 69,954.50 | 69,826.90 | 66,918.57 | | 58,032.26 |
| 61 to 90 days | - | - | 67,832.40 | 69,954.50 | 68,493.57 | | 19,849.68 |
| 91 to 120 days | - | - | - | 67,832.40 | 68,621.17 | | 37,326.93 |
| Over 120 days | - | - | - | - | 66,499.07 | | - |
| **Total Post Petition** | 75,199.07 | 137,786.90 | 214,980.47 | 283,232.37 | 277,899.05 | | |
| **Pre Petition Amounts** | 124,280.65 | 116,913.98 | 116,913.98 | 116,913.98 | 116,913.98 | | |
| Total Accounts Receivable | $ 199,479.72 | $ 254,700.88 | $ 331,894.45 | 400,146.35 | 394,813.03 | | |
| Less: Bad Debt Reserve | | (100,000.00) | (100,000.00) | (100,000.00) | (100,000.00) | | |
| **Net Accounts Receivable (to Form 2-C)** | $ 199,479.72 | $ 154,700.88 | $ 231,894.45 | 300,146.35 | 294,813.03 | | |

Total Post Petition Acc: 143,112.13

\* Attach a detail listing of accounts receivable and post-petition accounts payable

Pre-Petition Accounts Payable: 49,264.58

Total Accounts Payable: 192,376.71

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | | | | |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other: CRO | - | - | - | | - |
| Total | $ - | $ - | $ - | | - |

*Balance due to include fees and expenses incurred but not yet paid.

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | $ |
| | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.