EXHIBIT A

**DEBTOR:**  EOLA Capital LLC        **CASE NO:**  24-30284

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period:  11/1/2024 to 11/30/2024

| CASH FLOW SUMMARY | | Jul-24 | Aug-24 | Sep-24 | Oct-24 | Nov-24 | Dec-24 | Accumulated |
|---|---|---|---|---|---|---|---|---|
| **1. Beginning Cash Balance** | $ | 76,033.25 | $ 76,741.59 | $ 76,657.17 | $ 81,634.67 | $ 83,827.68 | $ | $ 76,033.25 (1) |
| 2. Cash Receipts | | | | | | | | |
| Operations | | - | - | - | - | - | | - |
| Sale of Assets | | - | - | - | - | - | | - |
| Loans/advances | | - | - | - | - | - | | - |
| Other: Loan Interest Income | | 708.34 | - | 5,100.00 | 2,550.00 | 2,550.00 | | 10,908.34 |
| Other: Interest Income | | - | - | | | | | - |
| Total Cash Receipts | $ | 708.34 | $ - | $ 5,100.00 | $ 2,550.00 | $ 2,550.00 | $ | $ 10,908.34 |
| 3. Cash Disbursements | | | | | | | | |
| Operations | | - | 84.42 | 122.50 | 356.99 | 110.48 | | 674.39 |
| Debt Service/Secured loan payment | | - | - | - | - | - | | - |
| Professional fees/U.S. Trustee fees | | - | - | - | - | 250.00 | | 250.00 |
| Other | | - | - | - | - | - | | - |
| Total Cash Disbursements | $ | - | $ 84.42 | $ 122.50 | $ 356.99 | $ 360.48 | $ | $ 924.39 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | | 708.34 | (84.42) | 4,977.50 | 2,193.01 | 2,189.52 | | 9,983.95 |
| **5 Ending Cash Balance (to Form 2-C)** | $ | 76,741.59 | $ 76,657.17 | $ 81,634.67 | $ 83,827.68 | $ 86,017.20 | $ | $ 86,017.20 (2) |

**CASH BALANCE SUMMARY**

| | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ 0 |
| Operating Account | First Western Bank & Trust | 0 |
| Debtor-in-possession Account | US Bank | 86,017.20 |
| Other Interest-bearing Account | | 0 |
| TOTAL (must agree with Ending Cash Balance above) | | $ 86,017.20 |

**(1)  Accumulated beginning cash balance is the cash available at the commencement of the case.**
   **Current month beginning cash balance should equal the previous month's ending balance.**
**(2)  All cash balances should be the same.**

**DEBTOR:**    **EOLA Capital LLC**            **CASE NO:**    24-30284

### Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period:    11/1/2024 to    11/30/2024

**CASH RECEIPTS DETAIL**      **Account No:**
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| | | | $ |
| 10/01/2024 | Epic Unite REH | Other: Loan Interest Income | 425.00 |
| 10/01/2024 | Epic Unite REH | Other: Loan Interest Income | 2,125.00 |

**Total Cash Receipts**    $    2,550.00   (1)

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

EXHIBIT A

**DEBTOR:**  EOLA Capital LLC                                    **CASE NO:**  24-30284

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period:    11/1/2024 to 11/30/2024

**CASH DISBURSEMENTS DETAIL**          **Account No:**  ▬▬▬▬▬
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| | | | | $ |
| 11/11/2024 | 1003 | US Trustee Payment Center | Professional fees/U.S. Trustee fees | 250.00 |
| 11/14/2024 | | USBank | Operations | 110.48 |

**Total Cash Disbursements**    $  360.48  (1)

*(1)  Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

EXHIBIT B
Form 2-C

**COMPARATIVE BALANCE SHEET**

For Period Ending  11/30/2024

| | # | 7/8/2024 | ## | 7/31/2024 | 8/31/2024 | 9/30/2024 | 10/31/2024 | 11/30/2024 | 12/31/2024 | Petition Date (1) |
|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | |
| Current Assets: | | | | | | | | | | |
| Cash (from Form 2-B, line 5) | $ | - | $ | 76,741.59 | $ 76,657.17 | $ 81,634.67 | $ 83,827.68 | $ 86,017.20 | $ | $ 76,033.25 |
| Accounts Receivable (from Form 2-E) | | - | | 161,916.66 | - 120,404.17 | 184,841.68 | 245,879.19 | 245,879.19 | | 98,683.21 |
| Receivable from Officers, Employees, Affiliates | | - | | - | - | - | - | - | | - |
| Inventory | | - | | - | - | - | - | - | | - |
| Other Current Assets :(List) | | - | | - | - | - | - | - | | - |
| | | - | | - | - | - | - | - | | - |
| Total Current Assets | $ | - | $ | 238,658.25 | $ 197,061.34 | $ 266,476.35 | $ 329,706.87 | $ 331,896.39 | $ | $ 174,716.46 |
| Fixed Assets: | | | | | | | | | | |
| Land | $ | - | | - | - | - | - | - | $ | - |
| Building | | - | | - | - | - | - | - | | - |
| Equipment, Furniture and Fixtures | | - | | - | - | - | - | - | | - |
| Total Fixed Assets | | - | | - | - | - | - | - | | - |
| Less:  Accumulated Depreciation | ( | - | ( | - | ( - | - | ( - | ( - | ) ( | - ) |
| Net Fixed Assets | $ | - | $ | - | $ - | $ - | $ - | $ - | $ | $ - |
| Other Assets (List): | | - | | | - | - | | | | |
| Notes Receivable | | | | 9,075,000.00 | 9,075,000.00 | 9,075,000.00 | 9,075,000.00 | 9,075,000.00 | | 9,075,000.00 |
| **TOTAL ASSETS** | $ | - | $ | 9,313,658.25 | $ 9,272,061.34 | $ 9,341,476.35 | $ 9,404,706.87 | $ 9,406,896.39 | $ | $ 9,249,716.46 |
| **LIABILITIES** | | | | | | | | | | |
| Post-petition Accounts Payable (from Form 2-E) | $ | - | $ | - | $ 26,136.91 | $ 42,693.35 | $ 85,250.34 | $ 105,712.73 | $ | $ - |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | - | | - | - | - | - | - | | - |
| Post-petition Taxes Payable (from Form 2-E) | | - | | - | - | - | - | - | | - |
| Post-petition Notes Payable | | - | | - | - | - | - | - | | - |
| Other Post-petition Payable(List):  CRO | | - | | - | - | - | - | - | | - |
| | | - | | - | - | - | - | - | | - |
| Total Post Petition Liabilities | $ | - | $ | - | $ 26,136.91 | $ 42,693.35 | $ 85,250.34 | $ 105,712.73 | $ | $ - |
| Pre Petition Liabilities: | | | | | | | | | | |
| Secured Debt | | - | | - | - | - | - | - | | - |
| Priority Debt | | - | | - | - | - | - | - | | - |
| Prepetition Unsecured Debt | | - | | 9,087,833.34 | 9,087,833.34 | 9,087,833.34 | 9,087,833.34 | 9,087,833.34 | | 9,087,833.34 |
| Class B | | - | | - | - | - | - | - | | - |
| Total Pre Petition Liabilities | $ | - | $ | 9,087,833.34 | $ 9,087,833.34 | $ 9,087,833.34 | $ 9,087,833.34 | $ 9,087,833.34 | $ | $ 9,087,833.34 |
| **TOTAL LIABILITIES** | $ | - | $ | 9,087,833.34 | $ 9,113,970.25 | $ 9,130,526.69 | $ 9,173,083.68 | $ 9,193,546.07 | $ | $ 9,087,833.34 |
| **OWNERS' EQUITY** | | | | | | | | | | |
| Owner's/Stockholder's Equity | $ | - | $ | 225,824.91 | $ 158,091.09 | $ 210,949.66 | $ 231,623.19 | $ 213,350.32 | $ | $ 161,883.12 |
| Retained Earnings - Prepetition | | - | | - | - | - | - | - | | - |
| Retained Earnings - Post-petition | | - | | - | - | - | - | - | | - |
| **TOTAL OWNERS' EQUITY** | $ | - | $ | 225,824.91 | $ 158,091.09 | $ 210,949.66 | $ 231,623.19 | $ 213,350.32 | $ | $ 161,883.12 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ | - | $ | 9,313,658.25 | $ 9,272,061.34 | $ 9,341,476.35 | $ 9,404,706.87 | $ 9,406,896.39 | $ | $ 9,249,716.46 |

*(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values
listed on the Debtor's schedules.*

Page 1 of 1

Rev. 01/01/18

**DEBTOR:** EOLA Capital LLC      **CASE** 24-30284

### Form 2-D
### PROFIT AND LOSS STATEMENT
For Period  11/1/2024  to  11/30/2024

|  | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ - | $ 708.34 |
| Less: Discounts, Returns and Allowances | ( - ) | ( - ) |
| **Net Operating Revenue** | $ - | $ 708.34 |
| Cost of Goods Sold | - | - |
| **Gross Profit** | $ - | $ 708.34 |
| Operating Expenses |  |  |
| Compensation | $ - | $ - |
| Selling, General and Administrative | 110.48 | 674.39 |
| Rents and Leases | - | - |
| Depreciation, Depletion and Amortization | - | - |
| Other (list): | - | - |
|  | - | - |
| Total Operating Expenses | $ 110.48 | $ 674.39 |
| **Operating Income (Loss)** | $ (110.48) | $ 33.95 |
| Non-Operating Income and Expenses |  |  |
| Other Non-Operating Expenses | $ - | $ - |
| Gains (Losses) on Sale of Assets | - | - |
| Interest Income | 2,550.00 | 10,200.00 |
| Interest Expense | - | - |
| Other Non-Operating Income | - | - |
| Net Non-Operating Income or (Expenses) | $ 2,550.00 | $ 10,200.00 |
| Reorganization Expenses |  |  |
| Legal and Professional Fees | $ - | $ - |
| Other Reorganization Expense | 250.00 | 250.00 |
| Total Reorganization Expenses | $ 250.00 | $ 250.00 |
| **Net Income (Loss) Before Income Taxes** | $ 2,189.52 | $ 9,983.95 |
| Federal and State Income Tax Expense (Benefit) | - | - |
| **NET INCOME (LOSS)** | $ 2,189.52 | $ 9,983.95 |

*(1) Accumulated Totals include all revenue and expenses since the petition date.*

Page 1 of 1

Rev. 01/01/18

EXHIBIT C

**DEBTOR:** EOLA Capital LLC                                    **CASE NO:**                                    24-30284

Form 2-E
**SUPPORTING SCHEDULES**

For Period:    11/1/2024 to 11/30/2024

### *ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING*

| Due | | 7/31/2024 | 8/31/2024 | 9/30/2024 | 10/31/2024 | 11/30/2024 | 12/31/2024 | Post Petition Accounts Payable |
|---|---|---|---|---|---|---|---|---|
| Under 30 days | $ | 63,233.34 | 61,037.51 | 64,437.51 | 63,587.51 | 2,550.00 | | 20,462.39 |
| 30 to 60 days | | - | 60,683.34 | 61,037.51 | 61,887.51 | 61,037.51 | | 42,556.99 |
| 61 to 90 days | | - | - | 60,683.34 | 61,037.51 | 61,887.51 | | 14,556.44 |
| 91 to 120 days | | - | - | - | 60,683.34 | 61,037.51 | | 28,136.91 |
| Over 120 days | | - | - | - | - | 60,683.34 | | 0.00 |
| **Total Post Petition** | | 63,233.34 | 121,720.85 | 186,158.36 | 247,195.87 | 247,195.87 | | |
| **Pre Petition Amounts** | | 98,683.32 | 98,683.32 | 98,683.32 | 98,683.32 | 98,683.32 | | |
| Total Accounts Receivable | $ | 161,916.66 | 220,404.17 | 284,841.68 | 345,879.19 | 345,879.19 | | |
| Less:  Bad Debt Reserve | | - | (100,000.00) | (100,000.00) | (100,000.00) | (100,000.00) | | |
| **Net Accounts Receivable (to Form 2-C)** | $ | 161,916.66 | 120,404.17 | 184,841.68 | 245,879.19 | 245,879.19 | | |

|  |  |
|---|---|
| **Total Post Petition Accounts Payable** | 105,712.73 |
| **Pre-Petition Accounts Payable** | 111,191.08 |
| **Total Accounts Payable** | 216,903.81 |

*\* Attach a detail listing of accounts receivable and post-petition accounts payable*

### *SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS*

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | | | | |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other:  CRO | - | - | - | | - |
| Total | $      - | $      - | $      - | | - |

*Balance due to include fees and expenses incurred but not yet paid.

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | | Amount |
|---|---|---|---|---|
| Vicki Campbell | Accountant | accounting services | $ | - |
| | | | | |
| | | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner,

partner, shareholder, officer or director.