**DEBTOR:** EC West Fargo LLC          **CASE NO:** 24-30285

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period: 11/1/2024 to 11/30/2024

| CASH FLOW SUMMARY | | Jul-24 | | Aug-24 | | Sep-24 | | Oct-24 | | Nov-24 | | Dec-24 | | Accumulated | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1. Beginning Cash Balance** | $ | 6,510.55 | $ | 6,510.55 | $ | 6,421.67 | $ | 6,302.76 | $ | 5,932.67 | $ | | $ | 6,510.55 | (1) |
| 2. Cash Receipts | | | | | | | | | | | | | | | |
| Operations | | - | | - | | - | | - | | - | | | | - | |
| Sale of Assets | | - | | - | | - | | - | | - | | | | - | |
| Loans/advances | | - | | - | | - | | - | | - | | | | - | |
| Other: Loan Interest Income | | - | | - | | - | | - | | - | | | | - | |
| Other: Interest Income | | - | | - | | - | | - | | - | | | | - | |
| Total Cash Receipts | $ | - | $ | - | $ | - | $ | - | $ | - | $ | | $ | - | |
| 3. Cash Disbursements | | | | | | | | | | | | | | | |
| Operations | | - | | 88.88 | | 118.91 | | 370.09 | | 119.42 | | | | 697.30 | |
| Debt Service/Secured loan payment | | - | | - | | - | | - | | - | | | | - | |
| Professional fees/U.S. Trustee fees | | - | | - | | - | | - | | 250.00 | | | | 250.00 | |
| Other | | - | | - | | - | | - | | - | | | | - | |
| Total Cash Disbursements | $ | - | $ | 88.88 | $ | 118.91 | $ | 370.09 | $ | 369.42 | $ | | $ | 947.30 | |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | | - | | (88.88) | | (118.91) | | (370.09) | | (369.42) | | | | (947.30) | |
| **5 Ending Cash Balance (to Form 2-C)** | $ | 6,510.55 | $ | 6,421.67 | $ | 6,302.76 | $ | 5,932.67 | $ | 5,563.25 | $ | | $ | 5,563.25 | (2) |

**CASH BALANCE SUMMARY**

| | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ 0 |
| Operating Account | First Western Bank & Trust | 0 |
| Debtor-in-possession Account | US Bank | 5,563.25 |
| Other Interest-bearing Account | | 0 |
| TOTAL (must agree with Ending Cash Balance above) | | $ 5,563.25 |

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case.*
*Current month beginning cash balance should equal the previous month's ending balance.*
*(2) All cash balances should be the same.*

**DEBTOR:**     **EC West Fargo LLC**           **CASE NO:**     24-30285

### Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period:   11/1/2024 to   11/30/2024

**CASH RECEIPTS DETAIL**        **Account No:**     ▉▉▉▉▉▉

*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| | | | $ |

 

**Total Cash Receipts**     $         -   (1)

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

EXHIBIT A

**DEBTOR:** EC West Fargo LLC          **CASE NO:** 24-30285

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 11/1/2024 to 11/30/2024

**CASH DISBURSEMENTS DETAIL**      **Account No:** ▮▮▮▮▮▮▮
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| 11/11/2024 | 1003 | US Trustee Payment Center | Professional fees/U.S. Trustee fees | 250.00 |
| 11/14/2024 | | USBank | Operations | 119.42 |

**Total Cash Disbursements**    $     369.42   (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

Rev. 01/01/18

**EXHIBIT**

Form 2-C

**COMPARATIVE BALANCE SHEET**

For Period Ending  11/30/2024

| | 7/8/2024 | 7/31/2024 | 8/31/2024 | 9/30/2024 | 10/31/2024 | 11/30/2024 | 12/31/2024 | Petition Date (1) |
|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | |
| Current Assets: | | | | | | | | |
| Cash (from Form 2-B, line 5) | $ - | $ 6,510.55 | $ 6,421.67 | $ 6,302.76 | $ 5,932.67 | $ 5,563.25 | $ | $ 6,510.55 |
| Accounts Receivable (from Form 2-E) | - | 11,995.85 | 12,322.94 | 17,650.03 | 22,977.12 | 22,977.12 | | 6,668.78 |
| Receivable from Officers, Employees, Affiliates | - | - | - | - | - | - | | - |
| Inventory | - | | | | | | | - |
| Other Current Assets :(List) | - | - | - | - | - | - | | - |
| | - | | | | | | | - |
| Total Current Assets | $ - | $ 18,506.40 | $ 18,744.61 | $ 23,952.79 | $ 28,909.79 | $ 28,540.37 | $ | $ 13,179.33 |
| Fixed Assets: | | | | | | | | |
| Land | $ - | - | - | | | | $ | - |
| Building | | | | | | | | |
| Equipment, Furniture and Fixtures | - | | | | | | | |
| Total Fixed Assets | - | | | | | | | - |
| Less: Accumulated Depreciation | ( - | ( - | ( - | ( | ( | ( | ) ( | - ) |
| Net Fixed Assets | $ - | $ - | $ - | $ | $ | $ | $ | $ - |
| Other Assets (List): | - | | | | | | | |
|   Notes Receivable | - | 945,000.00 | 945,000.00 | 945,000.00 | 945,000.00 | 945,000.00 | | 945,000.00 |
| | - | | | | | | | |
| **TOTAL ASSETS** | $ - | $ 963,506.40 | $ 963,744.61 | $ 968,952.79 | $ 973,909.79 | $ 973,540.37 | $ | $ 958,179.33 |
| **LIABILITIES** | | | | | | | | |
| Post-petition Accounts Payable (from Form 2-E) | $ - | $ - | $ 2,557.90 | $ 3,881.22 | $ 7,750.04 | $ 9,610.25 | $ | $ - |
| Post-petition Accrued Profesional Fees (from Form 2-E) | - | - | - | - | - | - | | - |
| Post-petition Taxes Payable (from Form 2-E) | - | - | - | - | - | - | | - |
| Post-petition Notes Payable | - | - | - | - | - | - | | - |
| Other Post-petition Payable(List): CRO | - | - | - | - | - | - | | - |
| | - | - | - | - | - | - | | - |
| Total Post Petition Liabilities | $ - | $ - | 2,557.90 | 3,881.22 | 7,750.04 | 9,610.25 | $ | $ - |
| Pre Petition Liabilities: | | | | | | | | |
| Secured Debt | - | - | | | | | | - |
| Priority Debt | - | - | | | | | | - |
| Prepetition Unsecured Debt | - | 892,000.00 | 892,000.00 | 892,000.00 | 892,000.00 | 892,000.00 | | 892,000.00 |
| Class B | - | 40,000.00 | 40,000.00 | 40,000.00 | 40,000.00 | 40,000.00 | | 40,000.00 |
| Total Pre Petition Liabilities | $ - | $ 932,000.00 | 932,000.00 | 932,000.00 | 932,000.00 | 932,000.00 | $ | $ 932,000.00 |
| **TOTAL LIABILITIES** | $ - | $ 932,000.00 | 934,557.90 | 935,881.22 | 939,750.04 | 941,610.25 | $ | $ 932,000.00 |
| **OWNERS' EQUITY** | | | | | | | | |
| Owner's/Stockholder's Equity | $ - | $ 31,506.40 | $ 29,186.71 | $ 33,071.57 | $ 34,159.75 | $ 31,930.12 | $ | $ 26,179.33 |
| Retained Earnings - Prepetition | - | - | - | - | - | - | | - |
| Retained Earnings - Post-petition | - | - | - | - | - | - | | - |
| **TOTAL OWNERS' EQUITY** | $ - | $ 31,506.40 | $ 29,186.71 | $ 33,071.57 | $ 34,159.75 | $ 31,930.12 | $ | $ 26,179.33 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ - | $ 963,506.40 | $ 963,744.61 | $ 968,952.79 | $ 973,909.79 | $ 973,540.37 | $ | $ 958,179.33 |

*(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values*
*listed on the Debtor's schedules.*

Page 1 of 1

Rev. 01/01/18

**DEBTOR:**   EC West Fargo LLC                              **CASE** 24-30285

## Form 2-D
## PROFIT AND LOSS STATEMENT
### For Period    11/1/2024   to    11/30/2024

|  | | Current<br>Month | | Accumulated<br>Total (1) |
|---|---|---|---|---|
| Gross Operating Revenue | $ | - | $ | - |
| Less: Discounts, Returns and Allowances | ( | - ) | ( | - ) |
| **Net Operating Revenue** | $ | - | $ | - |
| Cost of Goods Sold | | - | | - |
| **Gross Profit** | $ | - | $ | - |
| Operating Expenses | | | | |
| Compensation | $ | - | $ | - |
| Selling, General and Administrative | | 119.42 | | 697.30 |
| Rents and Leases | | - | | - |
| Depreciation, Depletion and Amortization | | - | | - |
| Other (list): | | - | | - |
| | | - | | - |
| Total Operating Expenses | $ | 119.42 | $ | 697.30 |
| **Operating Income (Loss)** | $ | (119.42) | $ | (697.30) |
| Non-Operating Income and Expenses | | | | |
| Other Non-Operating Expenses | $ | - | $ | - |
| Gains (Losses) on Sale of Assets | | - | | - |
| Interest Income | | - | | - |
| Interest Expense | | - | | - |
| Other Non-Operating Income | | - | | - |
| Net Non-Operating Income or (Expenses) | $ | - | $ | - |
| Reorganization Expenses | | | | |
| Legal and Professional Fees | $ | - | $ | - |
| Other Reorganization Expense | | 250.00 | | 250.00 |
| Total Reorganization Expenses | $ | 250.00 | $ | 250.00 |
| **Net Income (Loss) Before Income Taxes** | $ | (369.42) | $ | (947.30) |
| Federal and State Income Tax Expense (Benefit) | | - | | - |
| **NET INCOME (LOSS)** | $ | (369.42) | $ | (947.30) |

*(1) Accumulated Totals include all revenue and expenses since the petition date.*

Page 1 of 1
Rev. 01/01/18

EXHIBIT C

**DEBTOR:** EC West Fargo LLC          **CASE NO:**      24-30285

**Form 2-E**
**SUPPORTING SCHEDULES**

For Period:   11/1/2024 to 11/30/2024

### _ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING_

| Due | | 7/31/2024 | 8/31/2024 | 9/30/2024 | 10/31/2024 | 11/30/2024 | 12/31/2024 | Post Petition Accounts Payable |
|---|---|---|---|---|---|---|---|---|
| Under 30 days | $ | 5,327.09 | 5,327.09 | 5,327.09 | 5,327.09 | - | | 1,860.21 |
| 30 to 60 days | | - | 5,327.09 | 5,327.09 | 5,327.09 | 5,327.09 | | 3,868.82 |
| 61 to 90 days | | - | - | 5,327.09 | 5,327.09 | 5,327.09 | | 1,323.32 |
| 91 to 120 days | | - | - | - | 5,327.09 | 5,327.09 | | 2,557.90 |
| Over 120 days | | - | - | - | - | 5,327.09 | | - |
| **Total Post Petition** | | 5,327.09 | 10,654.18 | 15,981.27 | 21,308.36 | 21,308.36 | | |
| **Pre Petition Amounts** | | 6,668.76 | 6,668.76 | 6,668.76 | 6,668.76 | 6,668.76 | | |
| Total Accounts Receivable | $ | 11,995.85 $ | 17,322.94 | 22,650.03 | 27,977.12 | 27,977.12 | | |
| Less: Bad Debt Reserve | | - | (5,000.00) | (5,000.00) | (5,000.00) | (5,000.00) | | |
| **Net Accounts Receivable (to Form 2-C)** | $ | 11,995.85 $ | 12,322.94 | 17,650.03 | 22,977.12 | 22,977.12 | | |

|  |  |
|---|---|
| **Total Post Petition Accounts Payable** | 9,610.25 |
| **Pre-Petition Accounts Payable** | 9,644.98 |
| **Total Accounts Payable** | 19,255.23 |

_* Attach a detail listing of accounts receivable and post-petition accounts payable_

### _SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS_

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | | | | |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other: CRO | - | - | - | | - |
| Total | $ - | $ - | $ - | | - |

*Balance due to include fees and expenses incurred but not yet paid.

### _SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**_

| Payee Name | Position | Nature of Payment | | Amount |
|---|---|---|---|---|
| Vicki Campbell | Accountant | accounting services | $ | - |
| | | | | |
| | | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner,
partner, shareholder, officer or director.