**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

**NOTICE OF FOURTH APPLICATION OF STINSON LLP FOR**
**ALLOWANCE OF FEES AND EXPENSES AS COUNSEL**
**FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FROM NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024**

TO:    The parties-in-interest as specified in the Notice and Service Requirements adopted pursuant to Local Rule 2002-1 and the Court's Order limiting notice pursuant to Fed. R. Bankr. P. 2002(i). [Dkt. No. 124.]

1.    **NOTICE IS HEREBY GIVEN** that Stinson LLP, as counsel for the Official Committee of Unsecured Creditors, has filed its fourth application for allowance of fees and expenses, a copy of which is attached hereto and served upon you.

2.    **NOTICE IS FURTHER GIVEN** that any objection to the application must be filed with the Clerk of the United States Bankruptcy Court, whose address is Quentin N. Burdick Courthouse, 655 First Avenue North, Suite 210, Fargo, North Dakota 58102, and served upon the attorney whose name and address is listed below, by **Tuesday, January 21, 2025, which is twenty-one (21) days from the date of the filing of this Notice, excluding holidays**. Any objections not filed and served may deemed waived.

CORE/3531668.0002/195020140.2

Dated: December 30, 2024

/s/ Benjamin J. Court
Benjamin J. Court (ND #07776)
Christopher J. Harayda (MN #0390333)
Samantha J. Hanson-Lenn (MN #0402035)
**STINSON LLP**
50 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402
Telephone: 612-335-1500
benjamin.court@stinson.com
cj.harayda@stinson.com
samantha.hansonlenn@stinson.com

**COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED
CREDITORS.**

CORE/3531668.0002/195020140.2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | Jointly Administered |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

**FOURTH APPLICATION OF STINSON LLP FOR ALLOWANCE OF FEES AND EXPENSES AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FROM NOVEMBER 1, 2024, THROUGH NOVEMBER 30, 2024**

1.     Benjamin J. Court and Stinson LLP (collectively, "Stinson") make this Fourth Application for allowance of fees for professional services rendered and for reimbursement of expenses incurred as counsel for the Official Committee of Unsecured Creditors (the "Committee") of EPIC Companies Midwest, LLC, EPIC Companies Midwest 2023, LLC, EPIC Employee, LLC, EOLA Capital, LLC, and EC West Fargo, LLC (collectively, the "Debtors") pursuant to 11 U.S.C. § 330.

2.     In support of this Application, Stinson respectfully states as follows:

**JURISDICTION**

3.     This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334 and Fed. R. Bankr. P. 5005. This a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The petitions commencing these Chapter 11 cases were filed on July 8, 2024 (the "Petition Date"). The cases are currently pending before this Court.

4.    This Application arises under 11 U.S.C. §§ 503(b)(2), 328(a), 330, 331, and 1103. This Application is filed under Fed. R. Bankr. P. 2016 and 2002(a)(6). Notice of this Application is provided pursuant to the Federal Rules of Bankruptcy Procedure, the Notice and Service Requirements adopted pursuant to Local R. 2002-1, and the Court's Order limiting notice pursuant to Fed. R. Bankr. P. 2002(i). [Dkt. No. 124.]

## BACKGROUND

5.    On July 30, 2024, the Office of the United States Trustee appointed the Committee. [Dkt. No. 58.]

6.    On August 7, 2024, the Committee selected Stinson to serve as its bankruptcy counsel, subject to court approval. On August 13, 2024, the Committee filed the Application to Employ Stinson LLP as Counsel to the Official Committee of Unsecured Creditors (the "Application to Employ"). [Dkt. No. 69.] The Court granted the Application to Employ, effective August 7, 2024, on August 30, 2024 via docket text (the "Order Approving Application to Employ"). [Dkt. No. 101.] A copy of the Order Approving Application to Employ is attached as **Exhibit A.**

7.    Pursuant to the Order Approving the Application to Employ, the Court also granted Stinson the authority to apply for fees and expenses pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Retained Professionals at Dkt. No. 72 (the "Order Establishing Fee Application Procedures"). The Order Establishing Fee Application Procedures is attached as **Exhibit B**.

8.    This is Stinson's fourth application for compensation under 11 U.S.C. § 331. Stinson's filed its first application on September 16, 2024 (the "First Application"), its second application on November 7, 2024 (the "Second Application"), and its third application on

2

December 2, 2024 (the "Third Application"). [Dkt. Nos. 109, 160, and 179.] The Court has approved the First, Second, and Third Applications as follows: 1) for the First Application, the Court approved $42,776.50 in fees and $1,953.04 in expenses for a total of $44,729.54 on October 21, 2024; 2) for the Second Application, the Court approved $40,957.50 in fees and $2,661.88 in expenses for a total of $43,619.38 on December 4, 2024; and 3) for the Third Application, the Court approved $11,882.00 in fees on December 27, 2024. [Dkt. Nos. 149, 181, and 201.]

## RELIEF REQUESTED

1.    **Fees and Expenses**.  By this Application, Stinson requests allowance of fees for professional services rendered during Debtors' Chapter 11 cases between November 1, 2024, to November 30, 2024, in the amount of **$16,105.50**, and reimbursement of expenses in the amount of **$0.00**, for a total of **$16,105.50**.

2.    The professional services rendered by Stinson are detailed on the attached **Exhibit C**. Those services include the tasks specifically described below:

**(Task Code: B110) Case Administration**: **$988.50**
Services include reviewing and analyzing court filings including the monthly operating reports, and preparing exhibits and finalizing filings with the court, including ensuring all court orders and local rules are followed.

| **Name** | **Hours** | **Year** | **Hourly Rate** | **Fees** |
|---|---|---|---|---|
| Christopher J. Harayda | 0.2 | 2024 | $565 | $113.00 |
| Samantha J. Hanson-Lenn | 1.7 | 2024 | $395 | $671.50 |
| Miranda S. Swift | 0.6 | 2024 | $340 | $204.00 |
| **TOTAL** | **2.5** | | | **$988.50** |

| Blended Hourly Rate: | $395.40 |
|---|---|

3

**(Task Code: B120 and 130) Asset Analysis and Recovery: $5,423.50**

Evaluating project company entities' note enforcement options and evaluating Adversary Proceedings filed by Debtors; communicating with Debtors' counsel regarding litigation strategies and recovery issues; meeting and communicating with Committee members regarding investigation and enforcement of Debtors' notes with project entities, potential plan terms, and communicating proposed additional next steps in negotiations and enforcement with project entities; and analyzing Debtors' Motions to Approve Settlement.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Benjamin J. Court | 1.7 | 2024 | $565 | $960.50 |
| Christopher J. Harayda | 7.2 | 2024 | $565 | $4,068.00 |
| Samantha J. Hanson-Lenn | 1.0 | 2024 | $395 | $395.00 |
| **TOTAL** | **9.9** | | | **$5,423.50** |

| Blended Hourly Rate: | $547.83 |
|---|---|

**(Task Code B150) Meetings of and Communications with Creditors: 1,271.00**

Services included communications via email and phone with creditors regarding the case and bankruptcy process; and extensive communications with the Committee regarding case updates, filed claims, and other issues and questions regarding possible avenues of recovery.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Christopher J. Harayda | 1.5 | 2024 | $565 | $847.50 |
| Samantha Hanson-Lenn | 0.9 | 2024 | $395 | $355.50 |
| Miranda S. Swift | 0.2 | 2024 | $340 | $68.00 |
| **TOTAL** | **2.6** | | | **$1,271.00** |

| Blended Hourly Rate: | $488.85 |
|---|---|

**(B160 and 170) Employment Applications and Fee Applications:  $1,558.00**
Services included preparing Fee Applications and evaluating issues regarding Fee Applications.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Benjamin J. Court | 0.8 | 2024 | $565 | $452.00 |
| Samantha J. Hanson-Lenn | 2.8 | 2024 | $395 | $1,106.00 |
| TOTAL | 3.6 | | | $1,558.00 |

| Blended Hourly Rate: | $432.78 |
|---|---|

**(Task Code: B190 and 230) Other Contested Matters and Financing/Cash Collections: $1,563.00**
Services included reviewing, analyzing, and summarizing several filed adversary proceeding complaints filed by Debtors; and analyzing and preparing a Response to Debtors' Motion for Use of Cash Collateral.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Samantha J. Hanson-Lenn | 0.6 | 2024 | $395 | $237.00 |
| Miranda S. Swift | 3.9 | 2024 | $340 | $1,326.00 |
| TOTAL | 4.5 | | | $1,563.00 |

| Blended Hourly Rate: | $347.33 |
|---|---|

**(Task Code B300 and 310) Claims and Plan and Claims Administration and Objections: $5,301.50**
Services included evaluating all proofs of claims filed in each Debtors' case and reconciling claims and schedules; evaluating issues regarding claims filed and whether objections should be filed and whether claims are filed in the wrong case; assessing strategies for claims that need to be amended or disallowed; and evaluating Debtors' claims against certain borrowers and possible recovery options.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Benjamin J. Court | 1.3 | 2024 | $565 | $734.50 |
| Samantha J. Hanson-Lenn | 7.0 | 2024 | $395 | $2,765.00 |
| Miranda S. Swift | 5.3 | 2024 | $340 | $1,802.00 |
| TOTAL | 13.6 | | | $5,301.50 |

| Blended Hourly Rate: | $389.82 |
|---|---|

5

**TOTAL FEES: $16,105.50**

3.      All services for which fees are requested by Stinson were performed for and on behalf of the Committee, and not on behalf of the Debtors or other persons.

**LEGAL BASIS**

4.      This Court is authorized to award to professional persons employed by section 1103 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered by the … attorney[s] and by any paraprofessional person[s] employed by any such person, and … reimbursement for actual, necessary expenses." 11 U.S.C. § 330. The Court must consider the nature, extent, and value of such services, taking into account all relevant factors to determine whether the request for payment in connection with such services is fair and reasonable. *Id.* The services Stinson provided pursuant to this Fourth Application were actual, reasonable, and necessary services on behalf of the Committee, and not on the behalf of any other persons, and the fees and expenses requested in this Application are fair and reasonable under the circumstances of this case.

        **WHEREFORE,** Stinson respectfully requests that the Court enter an order:

A.      Allowing Stinson's fees incurred between November 1, 2024, and November 30, 2024, in the amount of **$16,105.50**, and reimbursement of expenses in the amount of **$0.00**, for a total of **$16,105.50**.

B.      Authorizing and directing the Debtors to pay Stinson such allowed fees and expenses;

C.      Granting administrative expense priority to Stinson's allowed fees and expenses; and

D.      Granting such other and further relief as may be just and proper.

CORE/3531668.0002/195020140.2

Dated: December 30, 2024

/s/ Benjamin J. Court
Benjamin J. Court (ND #07776)
Christopher J. Harayda (MN #0390333)
Samantha J. Hanson-Lenn (MN #0402035)
**STINSON LLP**
50 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402
Telephone: 612-335-1500
benjamin.court@stinson.com
cj.harayda@stinson.com
samantha.hansonlenn@stinson.com

**COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED
CREDITORS.**

CORE/3531668.0002/195020140.2

## <u>AFFIDAVIT</u>

I, Benjamin J. Court, an attorney at the law firm of Stinson LLP, declare under penalty of perjury that the foregoing Fourth Application of Stinson LLP for Allowance of Fees and Expenses as counsel for the Official Committee of Unsecured Creditors from November 1, 2024, through November 30, 2024, is true and correct according to the best of my knowledge, information, and belief.

Dated: December 30, 2024                     */s/Benjamin J. Court*
                                                                       Benjamin J. Court

# EXHIBIT A

**Docket Text:**

Order Approving Application to Employ Benjamin J. Court and Stinson LLP as counsel for the Official Committee of Unsecured Creditors Effective August 7, 2024 (Related Doc # [69]). The application to employ is APPROVED subject to the limitations on compensation provided by 11 U.S.C. § 328. This order is not a determination that the services or rates charged are necessary and reasonable. The person or entity employed under this order shall file a fee application in accordance with the Bankruptcy Code and Federal Rules of Bankruptcy Procedures. See Fed. R. Bank. P. 2016, 2017 and 11 U.S.C. §§ 329, 330. Applicant must also comply with Local Rules. Applicant is also granted authority to apply for fees and expenses pursuant to #[72] Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Retained Professionals. As required by applicable federal rule or statute, the Movant shall serve this docket text only order on all appropriate parties that will not receive notice of electronic filing. By Judge Shon Hastings. (Text order only). Signed on O8/30/2024 (vck)

# <u>EXHIBIT B</u>

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In re:                                          **Jointly Administered**

EPIC Companies Midwest, LLC,                    Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,               Bankruptcy No. 24-30282
EPIC Employee, LLC,                             Bankruptcy No. 24-30283
EOLA Capital, LLC, and                          Bankruptcy No. 24-30284
EC West Fargo, LLC,                             Bankruptcy No. 24-30285

        Debtors.                                Chapter 11

## ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR RETAINED PROFESSIONALS

Debtors filed a Motion for an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief. Doc. 11. Pursuant to the notice of the Motion [Doc. 16], objections to the Motion were due by July 30, 2024.

Debtors served notice of the Motion. The Court received no objections to the Motion. The Court held a hearing on the Motion on August 14, 2024. Based upon the Motion and the Declaration of Patrick Finn [Doc. 6] and for the reasons stated on the record at the August 14, 2024, hearing, the Court finds that the circumstances of these cases warrant granting the relief provided below.

**IT IS ORDERED** that, except as otherwise provided in any order of the Court, professionals employed in this bankruptcy case, including Fredrikson & Byron, P.A., shall be permitted to seek interim payment of compensation and reimbursement of expenses by filing monthly applications for interim compensation and reimbursement of expenses.

**IT IS FURTHER ORDERED** that Debtors are authorized to pay all reasonable amounts invoiced by Lighthouse Management Group, Inc. ("Lighthouse") for fees and expenses on a bi-weekly basis.

**IT IS FURTHER ORDERED** that Lighthouse will file with the Court and serve on Debtors, the United States Trustee, and any statutory committee appointed in this case (the "Notice Parties") a monthly staffing report, filed and served by the 20th of each month for the previous month, identifying the Lighthouse employees who worked on this case, the total hours billed by Lighthouse, and a summary of the tasks performed. Lighthouse will also file with the Court and serve on the Notice Parties a quarterly compensation report by the 20th of each month following the end of a quarter, showing the total fees and expenses for the preceding quarter. These reports will be deemed applications for interim compensation under sections 328 and 330. Parties in interest may object to the reports within 21 days after notice. The Court will rule on the applications after the deadline to object passes or after a hearing on the application.

**IT IS FURTHER ORDERED** that Debtors will allocate the fees and expenses approved among Debtors pro rata if the professionals charge for tasks that generally apply to all cases and to the appropriate Debtor if the tasks relate solely to a specific Debtor.

Dated: August 14, 2024.

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT

# **<u>EXHIBIT C</u>**

CORE/3531668.0002/195020140.2

**Stinson LLP** | **Invoice Detail**

File No. 3531668.0002

Page 2

Invoice No: 43607857

| Timekeeper Summary | | | | |
|---|---|---|---|---|

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Benjamin Court | Partner | 565.00 | 3.80 | 2,147.00 |
| C.J. Harayda | Partner | 565.00 | 8.90 | 5,028.50 |
| Miranda Swift | Associate | 340.00 | 10.00 | 3,400.00 |
| Samantha Hanson-Lenn | Associate | 395.00 | 14.00 | 5,530.00 |
| **Current Professional Services** | | | **36.70** | **$16,105.50** |

| Professional Services | | | | |
|---|---|---|---|---|

| Date | Task | Description/Timekeeper | Hours | Amount |
|---|---|---|---|---|
| **B110 - Case Administration** | | | | |
| 11/01/24 | B110 | Finish analyzing and finalizing invoices (.4) and finish preparing second fee application (.8).<br>Samantha Hanson-Lenn | 1.20 | 474.00 |
| 11/07/24 | B110 | Prepare exhibits for Second Fee Application for filing.<br>Samantha Hanson-Lenn | 0.40 | 158.00 |
| 11/13/24 | B110 | Review filing regarding updated addresses for debtors and memorandum to file regarding the same.<br>Samantha Hanson-Lenn | 0.10 | 39.50 |
| 11/14/24 | B110 | Analyze issues regarding summaries of project companies in adversary proceedings (.1); review notice of no objection for cash collateral (.1)<br>C.J. Harayda | 0.20 | 113.00 |
| 11/20/24 | B110 | Review, analysis, and summary of debtors' monthly operating reports.<br>Miranda Swift | 0.60 | 204.00 |
| **Total B110 - Case Administration** | | | **2.50** | **988.50** |
| **B120 - Asset Analysis and Recovery** | | | | |
| 11/01/24 | B120 | Review and analyze complaints to be filed against project companies (1.1); communications with debtors counsel re same (.2); review and analyze claims summaries (.4); prepare update to committee re same and next steps (.4) | 2.10 | 1,186.50 |

**Stinson LLP**                                                               **Invoice Detail**

File No. 3531668.0002                                                                 Page 3
Invoice No: 43607857

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| | | C.J. Harayda | | |
| 11/01/24 | B120 | Evaluate filed claims for each debtors' case, the total amount of claims filed, and the scheduled claims. Samantha Hanson-Lenn | 0.50 | 197.50 |
| 11/04/24 | B120 | Review and respond to questions from the UCC regarding various filed claims (.4); analyze and summarize claims filings and impact on pools (.3); review and provide feedback on fee application (.2); review and revise summary of adversary proceedings for UCC and respond to questions re same (1.0) C.J. Harayda | 1.90 | 1,073.50 |
| 11/11/24 | B120 | Analyze issues regarding claims against project entities (.3); review details from debtor regarding same (.2). C.J. Harayda | 0.50 | 282.50 |
| 11/19/24 | B120 | Coordinate meeting between CRO and UCC (.2); draft and revise update to UCC on project claims and potential plan terms (.4) analyze and consider plan term sheet from debtors (.2). C.J. Harayda | 0.80 | 452.00 |
| 11/22/24 | B120 | Exchange emails with debtor's counsel regarding litigation strategy and recovery issues. Benjamin Court | 0.20 | 113.00 |
| 11/22/24 | B120 | Review and analyze newly filed complaints. Samantha Hanson-Lenn | 0.50 | 197.50 |
| 11/25/24 | B120 | Coordinate meeting with CRO for debtors (.1); draft and provide updated to committee regarding additional adversary proceedings (.2) C.J. Harayda | 0.30 | 169.50 |
| 11/27/24 | B120 | Attend committee meeting to update committee on investigation and enforcement issues, project entity negotiations, and proposed additional investigation issues and next steps (1.3); review and analyze 9019 motions (.2). Benjamin Court | 1.50 | 847.50 |
| 11/27/24 | B120 | Analyze issues regarding possible recovery sources (.4); conference with committee regarding adversary proceedings, plan options, and collection strategies (1.0); review notice of settlements for approval (.2). C.J. Harayda | 1.60 | 904.00 |

**Stinson LLP**                                                    **Invoice Detail**

File No. 3531668.0002                                                        Page 4
Invoice No: 43607857

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| **Total B120 - Asset Analysis and Recovery** | | | **9.90** | **5,423.50** |
| | | | | |
| **B150 - Meetings of and Comm. with Creditors** | | | | |
| 11/04/24 | B150 | Review and analysis regarding Committee member Bill's email correspondence regarding claim of Herzog Roofing. <br> Samantha Hanson-Lenn | 0.20 | 79.00 |
| 11/04/24 | B150 | Prepare email correspondence to tenant regarding questions about non debtor entity. <br> Samantha Hanson-Lenn | 0.10 | 39.50 |
| 11/06/24 | B150 | Communication with creditor regarding proof of claim (Valen). <br> Miranda Swift | 0.20 | 68.00 |
| 11/08/24 | B150 | Review questions from UCC members regarding issues as to accounting and additional claims (.3); review and respond to same (.3); conference with W. Altringer regarding various possible claim issues (.5); follow-up with debtors counsel regarding adversary proceedings (.2) <br> C.J. Harayda | 1.30 | 734.50 |
| 11/10/24 | B150 | Review and respond to questions regarding possible claims for fraud by creditors and tax implications <br> C.J. Harayda | 0.10 | 56.50 |
| 11/21/24 | B150 | Review and respond to questions regarding meeting with CRO and possible plan of reorganization outline. <br> C.J. Harayda | 0.10 | 56.50 |
| 11/22/24 | B150 | Prepare correspondence to committee regarding newly filed adversary proceedings. <br> Samantha Hanson-Lenn | 0.60 | 237.00 |
| | | | | |
| **Total B150 - Meetings of and Comm. with Creditors** | | | **2.60** | **1,271.00** |
| | | | | |
| **B160 - Fee/Employment Applications** | | | | |
| 11/04/24 | B160 | Revise and finalize second Fee Application. <br> Samantha Hanson-Lenn | 0.90 | 355.50 |

**Stinson LLP**                                                **Invoice Detail**

File No. 3531668.0002                                                Page 5

Invoice No: 43607857

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 11/06/24 | B160 | Prepare revisions to fee application. Benjamin Court | 0.40 | 226.00 |
| 11/25/24 | B160 | Analysis regarding fees for Third Fee Application (.5); Prepare Third Application (1.0); Prepare Notice of Application (.2); Prepare Exhibit C for Invoices (.2). Samantha Hanson-Lenn | 1.90 | 750.50 |
| 11/29/24 | B160 | Prepare revisions to fee application. Benjamin Court | 0.40 | 226.00 |

**Total B160 - Fee/Employment Applications**                    **3.60**    **1,558.00**

**B190 - Other Contested Matters**

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 11/04/24 | B190 | Review strategy regarding review of adversary proceedings and claims (0.3); Summarize and review Adversary Proceeding No. 24-07025 and causes of action brought (1.2); Summarize and review Adversary Proceeding No. 24-07021 (0.4); Summarize and review Adversary Proceeding No. 24-07022 (0.3); Summarize and review Adversary Proceeding No. 24-07023 (0.5); Summarize and review Adversary Proceeding No. 24-07024 (0.5); Draft summary of Adversary Proceeding for creditor committee and case team (0.3). Miranda Swift | 3.50 | 1,190.00 |
| 11/04/24 | B190 | Begin review and analysis of claims filed and begin analysis of reconciling claims with schedules. Samantha Hanson-Lenn | 0.20 | 79.00 |
| 11/12/24 | B190 | Prepare Response of No Objection for Use of Cash Collateral. Samantha Hanson-Lenn | 0.40 | 158.00 |
| 11/14/24 | B190 | Review debtors' analysis of adversary proceeding cases. Miranda Swift | 0.30 | 102.00 |

**Total B190 - Other Contested Matters**                    **4.40**    **1,529.00**

**B230 - Financing/Cash Collections**

**Stinson LLP**                                                              **Invoice Detail**

File No. 3531668.0002                                                                  Page 6
Invoice No: 43607857

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 11/12/24 | B230 | Review and analysis of Response of No Objection to Cash Collateral motion.<br>Miranda Swift | 0.10 | 34.00 |

**Total B230 - Financing/Cash Collections**                                  **0.10**        **34.00**

**B300 - Claims and Plan**

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 11/01/24 | B300 | Review and analyze filed claims as of bar date.<br>Miranda Swift | 0.30 | 102.00 |
| 11/04/24 | B300 | Review proofs of claim and compare to scheduled claims.<br>Miranda Swift | 0.80 | 272.00 |
| 11/05/24 | B300 | Review and analyze proofs of claim, including comparing to scheduled claims, review of filed proofs of claim documents, review various other schedules to ensure creditors file claims in the correct case, and summarize all issues with claims.<br>Miranda Swift | 3.90 | 1,326.00 |
| 11/06/24 | B300 | Finalize summary of EPIC Companies Midwest proof of claims.<br>Miranda Swift | 0.30 | 102.00 |
| 11/11/24 | B300 | Assess and evaluate debtor claims against multiple borrower and consider possible settlement options (.4); address options and recommendations with debtor's counsel and CRO (.7).<br>Benjamin Court | 1.10 | 621.50 |
| 11/19/24 | B300 | Review and analyze preliminary proposed plan terms.<br>Benjamin Court | 0.20 | 113.00 |

**Total B300 - Claims and Plan**                                             **6.60**      **2,536.50**

**B310 - Claims Administration and Objections**

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 11/05/24 | B310 | Review filed claims in Epic Midwest 2023 case and reconcile schedules with claims for analysis of debt owed and whether claims should be allowed.<br>Samantha Hanson-Lenn | 1.00 | 395.00 |

**Stinson LLP**                                                                    **Invoice Detail**

File No. 3531668.0002                                                                      Page 7
Invoice No: 43607857

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 11/06/24 | B310 | Review proof of claims filed in EOLA capital and reconcile claims and amounts with schedules. Samantha Hanson-Lenn | 0.20 | 79.00 |
| 11/06/24 | B310 | Review claims filed EC West Fargo case and analysis and reconciliation of claims and schedules. Samantha Hanson-Lenn | 0.20 | 79.00 |
| 11/06/24 | B310 | Evaluate issues with specific flagged claims and strategy regarding whether certain claims need to be objected (3.5); Prepare interoffice memorandum regarding strategy for claims that should be amended or disallowed (1.6). Samantha Hanson-Lenn | 5.10 | 2,014.50 |
| 11/06/24 | B310 | Review claims filed in Epic Employee and analysis and reconcile scheduled claims and amounts and analysis regarding whether claims should be allowed. Samantha Hanson-Lenn | 0.50 | 197.50 |

**Total B310 - Claims Administration and Objections**                 **7.00**      **2,765.00**

**Current Professional Services**                                      **36.70**    **$16,105.50**

## Task Code Summary

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| B110 | Case Administration | 2.50 | 988.50 |
| B120 | Asset Analysis and Recovery | 9.90 | 5,423.50 |
| B150 | Meetings of and Comm. with Creditors | 2.60 | 1,271.00 |
| B160 | Fee/Employment Applications | 3.60 | 1,558.00 |
| B190 | Other Contested Matters | 4.40 | 1,529.00 |
| B230 | Financing/Cash Collections | 0.10 | 34.00 |
| B300 | Claims and Plan | 6.60 | 2,536.50 |
| B310 | Claims Administration and Objections | 7.00 | 2,765.00 |
| | **Current Professional Services** | **36.70** | **$16,105.50** |