## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors.[1] | Chapter 11 |

### FIFTH APPLICATION OF FREDRIKSON & BYRON, P.A. FOR ALLOWANCE OF FEES AND EXPENSES AS CHAPTER 11 COUNSEL FOR THE DEBTORS FROM DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024

1. Steven R. Kinsella and Fredrikson & Byron, P.A. (collectively, "Fredrikson") make this Application for allowance of fees for professional services rendered and for reimbursement of expenses incurred as Chapter 11 counsel for EPIC Companies Midwest, LLC, EPIC Companies Midwest 2023, LLC, EPIC Employee, LLC, EOLA Capital, LLC, and EC West Fargo, LLC (collectively, the "Debtors") between December 1, 2024 and December 31, 2024 pursuant to 11 U.S.C. § 330.

2. In support of this Application, Fredrikson respectfully states as follows:

### JURISDICTION

3. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334 and Fed. R. Bankr. P. 5005. This a core proceeding pursuant to 28 U.S.C. § 157(b). Venue

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Debtors' address is 400 10th Street SE, Minot, ND 58701 and their Employer Identification Numbers (EINs) are as follows: 83-2840705 (EPIC Companies Midwest, LLC), 88-3709518 (EPIC Companies Midwest 2023, LLC), 88-4112082 (EPIC Employee, LLC), 88-0554720 (EOLA Capital, LLC) and 82-5331354 (EC West Fargo, LLC).

is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The petitions commencing these Chapter 11 cases were filed on July 8, 2024 (the "Petition Date"). The cases are currently pending before this Court.

4.      This Application arises under 11 U.S.C. §§ 503(b)(2), 328(a), 330, and 331.  This Application is filed under Fed. R. Bankr. P. 2016 and 2002(a)(6). Notice of this Application is provided pursuant to  the Notice and Service  Requirements  adopted  pursuant  to Local Rule 2002-1 and the Court's order limiting notice pursuant to Fed. R. Bankr. P. 2002(i). (ECF No. 124.)

## BACKGROUND

5.      On the Petition Date, the Debtors filed an application to employ Fredrikson as Chapter 11 counsel for the Debtors effective July 8, 2024. (ECF No. 13.) The Court approved the application to employ Fredrikson on July 25, 2024. (ECF No. 49.) A copy of that order is attached as **Exhibit A**.

6.       On the Petition Date, the Debtors also filed a motion for an order establishing interim compensation procedures. (ECF No. 11.) The Court entered an order on August 14, 2024 granting the motion and allowing Fredrikson to file monthly applications for compensation. (ECF No. 72.) A copy of that order is attached as **Exhibit B**.

7.      This is Fredrikson's fifth application for allowance of fees and expenses under 11 U.S.C. § 331. Fredrikson received court approval for the following prior fee applications:

| **Fee Application Amount** | **Date of Order Approving Fee Application** | **Docket No.** |
|---|---|---|
| $80,535.96 | 10/21/2024 | 148 |
| $20,172.00 | 11/14/2024 | 164 |
| $37,675.00 | 12/13/2024 | 182 |
| $42,291.00 | 1/15/2024 | 206 |
| $180,673.96 | | |

8.      Fredrikson believes that the Debtors are current in payment of ordinary operating expenses and any allowed administrative expenses, that any quarterly fees have been or will be paid as required to the United States Trustee, and that all monthly operating reports are being timely filed, including pursuant to any extensions granted by the United States Trustee.

## RELIEF REQUESTED

9.      **Post-Petition Fees.** By this Application, Fredrikson requests allowance of fees for professional services rendered during these Chapter 11 cases between December 1, 2024 and December 31, 2024 in the amount of **$33,948.00**, and reimbursement of expenses in the amount of **$2,100.00**, for a total of **$36,048.00**.

10.      The professional services rendered by Fredrikson are detailed on the attached **Exhibit C**. Those services include the tasks specifically described below:

**(5000) Case Administration: $57.50**

Services include reviewing orders reassigning adversary proceedings to different judge.

| **Name** | **Hours** | **Year** | **Hourly Rate** | **Fees** |
|---|---|---|---|---|
| Steven R. Kinsella | 0.1 | 2024 | $575 | $57.50 |
| **TOTAL** | **0.1** | | | **$57.50** |

| Blended Hourly Rate: | $575.00 |
|---|---|

**(5001) Asset Analysis and Recovery: $27,792.00**

Services include meeting with the Chief Restructuring Officer ("CRO") to conduct asset analyses; drafting loan extension, forbearance, and subordination agreements; drafting and revising complaints against borrowers; meeting with counsel for borrowers; drafting default letters; and commencing adversary proceedings.

| **Name** | **Hours** | **Year** | **Hourly Rate** | **Fees** |
|---|---|---|---|---|
| Steven R. Kinsella | 30.0 | 2024 | $575 | $17,250.00 |
| Katherine A. Nixon | 25.1 | 2024 | $420 | $10,542.00 |
| **TOTAL** | **55.1** | | | **$27,792.00** |

3

| Blended Hourly Rate: | $504.39 |
|---|---|

### (5002) Asset Disposition:  $504.00

Services include drafting and finalizing notices of settlement with certain borrowers.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Katherine A. Nixon | 1.2 | 2024 | $420 | $504.00 |
| TOTAL | 1.2 | | | $504.00 |

| Blended Hourly Rate: | $420.00 |
|---|---|

### (5007) Claims Administration and Objections:  $84.00

Services include reviewing and analyzing the claims register.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Shataia Stallings | 0.4 | 2024 | $210 | $84.00 |
| TOTAL | 0.4 | | | $84.00 |

| Blended Hourly Rate: | $210.00 |
|---|---|

### (5010) Employment and Fee Applications:  $1,430.50

Services include drafting, revising, and finalizing Fredrikson's fourth fee application; reviewing orders approving fee applications; assisting in preparing and finalizing the CRO's fourth staffing report; and communicating with potential conflicts counsel regarding adversary proceedings.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Steven R. Kinsella | 1.1 | 2024 | $575 | $632.50 |
| Katherine A. Nixon | 1.9 | 2024 | $420 | $798.00 |
| TOTAL | 3 | | | $1,430.50 |

| Blended Hourly Rate: | $476.83 |
|---|---|

**(5012) Financing and Cash Collateral**: **$141.50**

Services include reviewing orders approving cash collateral and discussing the same with the CRO.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Steven R. Kinsella | 0.2 | 2024 | $575 | $84.00 |
| Katherine A. Nixon | 0.1 | 2024 | $420 | $57.50 |
| TOTAL | 0.3 | | | $141.50 |

| Blended Hourly Rate: | $471.67 |
|---|---|

**(5013) Meetings and Communications with Creditors**: **$356.00**

Services include communicating with various creditors and counsel for the official committee of unsecured creditors (the "Committee") regarding certain tax issues.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Steven R. Kinsella | 0.4 | 2024 | $575 | $230.00 |
| Katherine A. Nixon | 0.3 | 2024 | $420 | $126.00 |
| TOTAL | 0.7 | | | $356.00 |

| Blended Hourly Rate: | $508.57 |
|---|---|

**(5018) Reporting**: **$372.50**

Services include emailing the CRO regarding monthly operating reports; assisting the CRO in finalizing monthly operating reports; and emailing counsel for the United States Trustee regarding bank records.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Steven R. Kinsella | 0.1 | 2024 | $575 | $57.50 |
| Katherine A. Nixon | 0.4 | 2024 | $420 | $168.00 |
| Shataia Stallings | 0.7 | 2024 | $210 | $147.00 |
| TOTAL | 1.2 | | | $372.50 |

| Blended Hourly Rate: | $310.42 |
|---|---|

**(0003) Adversary Proceeding Against Preference 42, LLC: $42.00**

Services include finalizing stipulation to extend the time to answer or otherwise respond to the complaint.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Katherine A. Nixon | 0.1 | 2024 | $420 | $42.00 |
| TOTAL | 0.1 | | | $42.00 |

| Blended Hourly Rate: | $420.00 |
|---|---|

**(0004) Adversary Proceeding Against Boulevard Square II, LLC et al.: $871.00**

Services include finalizing stipulation to extend the time to answer or otherwise respond to the complaint; drafting and revising motion for default judgment and preparing certificate of service for the same; reviewing answer to complaint filed by Boulevard Square III, LLC.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Steven R. Kinsella | 0.2 | 2024 | $575 | $115.00 |
| Katherine A. Nixon | 1.7 | 2024 | $420 | $714.00 |
| Shataia Stallings | 0.2 | 2024 | $210 | $42.00 |
| TOTAL | 2.1 | | | $871.00 |

| Blended Hourly Rate: | $414.76 |
|---|---|

**(0005) Adversary Proceeding Against Pioneer Place, LLC: $1,096.50**

Services include drafting and revising motion for default judgment and preparing certificate of service for the same; and reviewing judgment entered.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Steven R. Kinsella | 0.3 | 2024 | $575 | $172.50 |
| Katherine A. Nixon | 2.1 | 2024 | $420 | $882.00 |
| Shataia Stallings | 0.2 | 2024 | $210 | $42.00 |
| TOTAL | 2.6 | | | $1,096.50 |

| Blended Hourly Rate: | $421.73 |
|---|---|

### (0006) Adversary Proceeding Against SAD Downtown, LLC: $214.50

Services include finalizing stipulation to extend the time to answer or otherwise respond to the complaint and reviewing answer.

| **Name** | **Hours** | **Year** | **Hourly Rate** | **Fees** |
|---|---|---|---|---|
| Steven R. Kinsella | 0.3 | 2024 | $575 | $42.00 |
| Katherine A. Nixon | 0.1 | 2024 | $420 | $172.50 |
| **TOTAL** | **0.4** | | | **$214.50** |

| Blended Hourly Rate: | $536.25 |
|---|---|

### (0007) Adversary Proceeding Against Greenfield Commons, LLC et al.: $126.00

Services include finalizing stipulation to extend the time to answer or otherwise respond to the complaint and emailing counsel for the defendant regarding the same.

| **Name** | **Hours** | **Year** | **Hourly Rate** | **Fees** |
|---|---|---|---|---|
| Katherine A. Nixon | 0.3 | 2024 | $420 | $126.00 |
| **TOTAL** | **0.3** | | | **$126.00** |

| Blended Hourly Rate: | $420.00 |
|---|---|

### (0008) Adversary Proceeding Against EPIC Holdings II, LLC: $126.00

Services include coordinating service of the summons and complaint.

| **Name** | **Hours** | **Year** | **Hourly Rate** | **Fees** |
|---|---|---|---|---|
| Katherine A. Nixon | 0.3 | 2024 | $420 | $126.00 |
| **TOTAL** | **0.3** | | | **$126.00** |

| Blended Hourly Rate: | $420.00 |
|---|---|

**(0009) Adversary Proceeding Against U of J MU Jamestown, LLC: $356.00**

Services include communicating with the defendant and providing requested documents and information.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Steven R. Kinsella | 0.4 | 2024 | $575 | $230.00 |
| Katherine A. Nixon | 0.3 | 2024 | $420 | $126.00 |
| TOTAL | 0.7 | | | $356.00 |

| Blended Hourly Rate: | $508.57 |
|---|---|

**(0010) Adversary Proceeding Against LTC-The Don, LLC: $147.00**

Services include coordinating service of the summons and complaint.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Katherine A. Nixon | 0.2 | 2024 | $420 | $84.00 |
| Shataia Stallings | 0.3 | 2024 | $210 | $63.00 |
| TOTAL | 0.5 | | | $147.00 |

| Blended Hourly Rate: | $294.00 |
|---|---|

**(0011) Adversary Proceeding Against 36th and Veterans, LLC: $147.00**

Services include coordinating service of the summons and complaint.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Katherine A. Nixon | 0.2 | 2024 | $420 | $84.00 |
| Shataia Stallings | 0.3 | 2024 | $210 | $63.00 |
| TOTAL | 0.5 | | | $147.00 |

| Blended Hourly Rate: | $294.00 |
|---|---|

**(0014) Adversary Proceeding Against EPIC Management, LLC:  $84.00**

Services include coordinating service of the summons and complaint.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Katherine A. Nixon | 0.2 | 2024 | $420 | $84.00 |
| **TOTAL** | **0.2** | | | **$84.00** |

| Blended Hourly Rate: | $420.00 |
|---|---|

### TOTAL POST-PETITION FEES: $33,948.00

11.    **Reimbursement of Expenses.**  In the course of this representation, Fredrikson has also incurred expenses detailed as part of Matter No. 5000 on **Exhibit C**, and requests allowance thereof as follows:

| Expenses | Amount |
|---|---|
| Filing Fees for Adversary Proceedings | $2,100.00 |
| **TOTAL** | **$2,100.00** |

### TOTAL EXPENSES: $2,100.00

12.    All services for which fees are requested by Fredrikson were performed for and on behalf of the Debtors, and not on behalf of any committee, creditor, or other person.

13.    The amount requested constitutes reasonable compensation for actual, necessary services rendered by Fredrikson, based on the nature, the extent, and the value of such services, the time spent on such services, and the cost of comparable services other than in a case under Title 11.  Fredrikson has not entered into any agreement, express or implied, with any other party-in-interest, including the Debtors, any creditor, receiver, trustee, or any representative of any of them, or with any attorney for such party-in-interest in the proceedings, for the purpose of fixing fees or other compensation to be paid to such party-in-interest in the proceedings for services rendered or expenses incurred from the assets of the estate in excess of the compensation allowed by law.

**WHEREFORE,** Fredrikson respectfully requests that the Court enter an order:

A.     Allowing Fredrikson's fees incurred between December 1, 2024 and December 31, 2024 in the amount of **$33,948.00,** and expenses in the amount of **$2,100.00,** totaling **$36,048.00**;

B.     Authorizing the Debtors to pay Fredrikson such allowed postpetition fees and expenses;

C.     Granting administrative expense priority to Fredrikson's allowed fees and expenses; and

D.     Granting such other and further relief as may be just and proper.

Dated:  January 16, 2025                    /e/ *Steven R. Kinsella*
                                                         Michael S. Raum (#05676)
       **FREDRIKSON & BYRON, P.A.**
       51 Broadway, Suite 400
       Fargo, ND  58102-4991
       701.237.8200
       mraum@fredlaw.com

       Steven R. Kinsella (#09514)
       Katherine A. Nixon (*pro hac vice* MN #0402772)
       **FREDRIKSON & BYRON, P.A.**
       60 South 6th Street, Suite 1500
       Minneapolis, MN  55402-4400
       612.492.7000
       skinsella@fredlaw.com
       knixon@fredlaw.com

       **ATTORNEYS FOR DEBTORS**

## <u>AFFIDAVIT</u>

I, Steven R. Kinsella, an attorney at the law firm of Fredrikson & Byron, P.A., declare under penalty of perjury that the foregoing Fifth Application of Fredrikson & Byron, P.A. for Allowance of Fees and Expenses as Chapter 11 Counsel for the Debtors from December 1, 2024 Through December 31, 2024 is true and correct according to the best of my knowledge, information, and belief.

Dated: January 16, 2025                    _/e/ Steven R. Kinsella_____
                                             Steven R. Kinsella

## **EXHIBIT A**

**CourtAlert® Case Management**

**From:**      ecf@ndb.uscourts.gov
**Sent:**      7/25/2024 12:56:27 PM
**To:**        nate_olson@ndb.uscourts.gov
**Subject:**   Ch-11 24-30281 EPIC Companies Midwest, LLC Order on Application to
            Employ

CAUTION: EXTERNAL E-MAIL

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

### U.S. Bankruptcy Court

### District of North Dakota

Notice of Electronic Filing

The following transaction was received from vck, Court entered on 7/25/2024 at 12:56 PM CDT and filed on 7/25/2024

**Case Name:**        EPIC Companies Midwest, LLC
**Case Number:**      24-30281
**Document Number:** 49

**Docket Text:**
Order Approving Application to Employ Steven R. Kinsella and Fredrikson & Byron, P.A. as counsel for Debtor EPIC Companies Midwest, LLC effective July 8, 2024 (Related Doc. [13]). The application to employ is APPROVED subject to the limitations on compensation provided by 11 U.S.C. § 328. This order is not a determination that the services or rates charged are necessary and reasonable. The person or entity employed under this order shall file a fee application in accordance with the Bankruptcy Code and Federal Rules of Bankruptcy Procedures. See Fed. R. Bank. P. 2016, 2017 and 11 U.S.C. 329, 330. Applicant must also comply with Local Rules. As required by applicable federal rule or statute, the Movant shall serve this docket text only order on all appropriate parties that will not receive notice of electronic filing. By Judge Shon Hastings (Text order only). Signed on 7/25/2024 (vck)

The following document(s) are associated with this transaction:

**24-30281 Notice will be electronically mailed to:**

Douglas Christensen on behalf of Creditor Beth Holmes
dougc@grandforkslaw.com,
sarah@grandforkslaw.com;jen@grandforkslaw.com;julie@grandforkslaw.com

Michael Gust on behalf of Interested Party Bank Forward
mlgfilings@andersonbottrell.com, jernst@abstlaw.net

Joseph D Hackman on behalf of Interested Party Bank Forward
jhackman@abstlaw.net

Peter B. Hankla on behalf of Interested Party Randy and Dorothy Henke
phankla@mcgeelaw.com

Steven R Kinsella on behalf of Debtor EC West Fargo, LLC
skinsella@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Steven R Kinsella on behalf of Debtor EOLA Capital, LLC
skinsella@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Steven R Kinsella on behalf of Debtor EPIC Companies Midwest 2023, LLC
skinsella@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Steven R Kinsella on behalf of Debtor EPIC Companies Midwest, LLC
skinsella@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Steven R Kinsella on behalf of Debtor EPIC Employee, LLC
skinsella@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

John M Krings, Jr. on behalf of Creditor Cornerstone Bank
john@kaler-doeling.com, janae@kaler-doeling.com

Katherine A. Nixon on behalf of Debtor EPIC Companies Midwest, LLC
knixon@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Richard P. Olson on behalf of Creditor Essential Living Inc
rpolsonecf@minotlaw.com, rpolson@minotlaw.com

Richard P. Olson on behalf of Creditor Bruce & Diane Walker
rpolsonecf@minotlaw.com, rpolson@minotlaw.com

Robert B. Raschke
USTPRegion12.SX.ECF@usdoj.gov

Michael S Raum on behalf of Debtor EPIC Companies Midwest, LLC
mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Katrina A. Turman Lang on behalf of Creditor Dietz Properties, LLC
klang@woldlaw.com, melanie@turmanlaw.com

Katrina A. Turman Lang on behalf of Creditor Candice Dietz
klang@woldlaw.com, melanie@turmanlaw.com

Katrina A. Turman Lang on behalf of Creditor Larry Dietz
klang@woldlaw.com, melanie@turmanlaw.com

Sarah J. Wencil on behalf of U.S. Trustee Robert B. Raschke
sarah.j.wencil@usdoj.gov

Benjamin Williams on behalf of Creditor Cullen Insulation, Inc.
ben@kennellybusinesslaw.com, beth@kennellybusinesslaw.com

Benjamin Williams on behalf of Creditor Daniel Frisch
ben@kennellybusinesslaw.com, beth@kennellybusinesslaw.com

**24-30281 Notice will not be electronically mailed to:**

**EXHIBIT B**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In re:                                             **Jointly Administered**

EPIC Companies Midwest, LLC,                       Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                  Bankruptcy No. 24-30282
EPIC Employee, LLC,                                Bankruptcy No. 24-30283
EOLA Capital, LLC, and                             Bankruptcy No. 24-30284
EC West Fargo, LLC,                                Bankruptcy No. 24-30285

        Debtors.                           Chapter 11

## ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR RETAINED PROFESSIONALS

Debtors filed a Motion for an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief.  Doc. 11. Pursuant to the notice of the Motion [Doc. 16], objections to the Motion were due by July 30, 2024.

Debtors served notice of the Motion. The Court received no objections to the Motion.  The Court held a hearing on the Motion on August 14, 2024.  Based upon the Motion and the Declaration of Patrick Finn [Doc. 6] and for the reasons stated on the record at the August 14, 2024, hearing, the Court finds that the circumstances of these cases warrant granting the relief provided below.

**IT IS ORDERED** that, except as otherwise provided in any order of the Court, professionals employed in this bankruptcy case, including Fredrikson & Byron, P.A., shall be permitted to seek interim payment of compensation and reimbursement of expenses by filing monthly applications for interim compensation and reimbursement of expenses.

**IT IS FURTHER ORDERED** that Debtors are authorized to pay all reasonable amounts invoiced by Lighthouse Management Group, Inc. ("Lighthouse") for fees and expenses on a bi-weekly basis.

**IT IS FURTHER ORDERED** that Lighthouse will file with the Court and serve on Debtors, the United States Trustee, and any statutory committee appointed in this case (the "Notice Parties") a monthly staffing report, filed and served by the 20th of each month for the previous month, identifying the Lighthouse employees who worked on this case, the total hours billed by Lighthouse, and a summary of the tasks performed. Lighthouse will also file with the Court and serve on the Notice Parties a quarterly compensation report by the 20th of each month following the end of a quarter, showing the total fees and expenses for the preceding quarter.  These reports will be deemed applications for interim compensation under sections 328 and 330.  Parties in interest may object to the reports within 21 days after notice.  The Court will rule on the applications after the deadline to object passes or after a hearing on the application.

**IT IS FURTHER ORDERED** that Debtors will allocate the fees and expenses approved among Debtors pro rata if the professionals charge for tasks that generally apply to all cases and to the appropriate Debtor if the tasks relate solely to a specific Debtor.

Dated:  August 14, 2024.

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT

**<u>EXHIBIT C</u>**



| | |
|---|---|
| **Invoice:** | 1901810 |
| **Invoice Date:** | January 6, 2025 |
| **Client Number:** | 097807 |
| **Matter Number:** | 097807.5000 |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN 55112

For Previously Unbilled Professional Services Rendered Through December 31, 2024

**Regarding: Case Administration**

| | |
|---|---|
| Total for Current Legal Fees: | $ 57.50 |
| Total For Current Costs and Other Charges: | $ 2,100.00 |
| **Total For Current Invoice:** | **$ 2,157.50** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▉▉▉▉▉

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025. If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

**Invoice:** **1901810**
**Invoice Date:** **January 6, 2025**
**Page:**

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 12/05/24 | 1895306 | 2,702.00 | | 2,702.00 |
| **Total Prior Balance:** | | | | **$ 2,702.00** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of January 6, 2025. If payment has been sent close to this date, please verify payment status.



**Fredrikson**

| | |
|---|---|
| **Invoice:** | **1901810** |
| **Invoice Date:** | **January 6, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5000** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12/04/24 | S. Kinsella | Review orders reassigning adversary proceedings. | 0.10 | 57.50 |
| | **Current Legal Fees:** | | **0.10** | **$ 57.50** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 575.00 | 0.10 | 57.50 |
| **Total** | | **0.10** | **$ 57.50** |

### Costs and Other Charges

| | | Amount |
|---|---|---|
| 12/13/24 | COURTS/USBCND-P - Complaint Filing Fee - A1592650 | 700.00 |
| 12/13/24 | COURTS/USBCND-P - Complaint Filing Fee - A1592650 | 350.00 |
| 12/13/24 | COURTS/USBCND-P - Complaint Filing Fees - A1592713 | 700.00 |
| 12/18/24 | COURTS/USBC-ND-P - Complaint Filing Fee | 350.00 |
| | **Current Costs and Other Charges:** | **$ 2,100.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 57.50 |
| Total For Current Costs and Other Charges: | $ 2,100.00 |
| **Total For Current Invoice:** | **$ 2,157.50** |

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



**Invoice:** 1901811
**Invoice Date:** January 6, 2025
**Client Number:** 097807
**Matter Number:** 097807.5001

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through December 31, 2024

**Regarding: Asset Analysis and Recovery**

Total for Current Legal Fees:                                        $ 27,792.00

**Total For Current Invoice:**                                    **$ 27,792.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**              **Online Payments:**                    **Wire Instructions:**

Fredrikson & Byron P.A.              Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1901811** |
| **Invoice Date:** | **January 6, 2025** |
| **Page:** | |

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 12/05/24 | 1895307 | 31,053.00 | | 31,053.00 |
| | **Total Prior Balance:** | | | **$ 31,053.00** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of January 6, 2025. If payment has been sent close to this date, please verify payment status.



| Invoice: | **1901811** |
| Invoice Date: | **January 6, 2025** |
| Client Number: | **097807** |
| Matter Number: | **097807.5001** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/02/24 | K. Nixon | Meeting with CRO regarding asset analysis. | 0.50 | 210.00 |
| 12/02/24 | S. Kinsella | Meeting with CRO regarding settlement proposals (.9); draft loan extension agreement (1.4); communications with counsel for project borrowers regarding settlement proposals (.8); review draft complaints (.6). | 3.70 | 2,127.50 |
| 12/03/24 | K. Nixon | Draft complaint(s) against borrowers. | 5.40 | 2,268.00 |
| 12/03/24 | S. Kinsella | Communications with project borrower and review stipulation and court procedure regarding proposal. | 1.30 | 747.50 |
| 12/04/24 | K. Nixon | Phone call with CRO re: complaints against borrower(s) (0.3); review additional information for complaints against borrower(s) (0.2); draft default letters to borrowers (0.9). | 1.40 | 588.00 |
| 12/04/24 | S. Kinsella | Prepare settlement agreement (.6); communications with CRO and project borrower regarding settlement terms (.7). | 1.30 | 747.50 |
| 12/05/24 | S. Kinsella | Prepare for and participate in meeting with CRO and project borrower (1.5); follow up call with CRO (.5); review complaints (.2). | 2.20 | 1,265.00 |
| 12/05/24 | K. Nixon | Finalize default letters to borrowers (0.5); draft complaint(s) against borrowers (1.8). | 2.30 | 966.00 |
| 12/06/24 | K. Nixon | Draft complaint(s) against borrowers. | 0.80 | 336.00 |
| 12/06/24 | S. Kinsella | Meeting with counsel for project borrower (.7); phone calls with CRO regarding the same (.6); communications with project borrower regarding settlement terms (.4); provide instruction regarding complaints (.2). | 1.90 | 1,092.50 |
| 12/08/24 | K. Nixon | Draft complaint(s) against borrowers. | 3.50 | 1,470.00 |



**Invoice:** 1901811
**Invoice Date:** January 6, 2025
**Page:** 2

| 12/09/24 | S. Kinsella | Meeting with CRO regarding settlement negotiations and complaints (.7); communications with various counsel for project borrowers (.8); prepare letter regarding property sale and use of proceeds (.4); revise settlement agreement (.4). | 2.30 | 1,322.50 |
|---|---|---|---|---|
| 12/09/24 | K. Nixon | Meeting with CRO regarding asset analysis (0.5); revise and finalize complaint(s) for filing (1.9). | 2.40 | 1,008.00 |
| 12/10/24 | S. Kinsella | Prepare and revise settlement agreements (.7); phone call with counsel for project borrower regarding the same (.3); prepare letter regarding property sale (.2); respond to questions from counsel for project borrower (.2); phone call with CRO regarding status of the same (.4). | 1.80 | 1,035.00 |
| 12/11/24 | S. Kinsella | Draft subordination agreement (1.8); provide instruction regarding complaint (.2). | 2.00 | 1,150.00 |
| 12/11/24 | K. Nixon | Draft complaint(s) against borrowers and phone calls/emails with CRO re: the same. | 1.80 | 756.00 |
| 12/12/24 | S. Kinsella | Communications with project borrowers regarding settlement proposals. | 0.40 | 230.00 |
| 12/12/24 | K. Nixon | Revise draft complaint(s) against borrowers. | 1.90 | 798.00 |
| 12/13/24 | S. Kinsella | Communications with project borrower counsels regarding settlement proposals (.8); meeting with CRO regarding the same (.9); meeting with counsel for project borrower (.5). | 2.20 | 1,265.00 |
| 12/13/24 | K. Nixon | Revise complaint(s) against borrowers and finalize the same for filing. | 1.30 | 546.00 |
| 12/16/24 | S. Kinsella | Meeting with CRO (.5); prepare forbearance agreement (.5); communications with project borrower counsel (.2). | 1.20 | 690.00 |
| 12/16/24 | K. Nixon | Meeting with CRO regarding asset analysis. | 0.50 | 210.00 |
| 12/17/24 | S. Kinsella | Communications with counsel for project borrower (.1); draft intercreditor agreement (.2). | 0.30 | 172.50 |
| 12/18/24 | K. Nixon | Attention to service of summons and complaint. (HOLDINGS I) | 0.30 | 126.00 |
| 12/18/24 | K. Nixon | Finalize complaint for filing. (HI WEST) | 0.20 | 84.00 |
| 12/18/24 | S. Kinsella | Meeting with counsel for borrower (.5); follow up meeting with CRO (.3); continue to draft intercreditor agreement (1.1); communications with counsel for additional borrower (.3); phone call with CRO regarding same and new settlement proposal (.5) | 2.70 | 1,552.50 |
| 12/19/24 | K. Nixon | Attention to service of summons and complaint. (HI WEST) | 0.20 | 84.00 |



| | | | Invoice: | **1901811** |
| | | | Invoice Date: | **January 6, 2025** |
| | | | Page: | **3** |

| | | | | |
|---|---|---|---|---|
| 12/19/24 | S. Kinsella | Review settlement agreement order (.2); finalize intercreditor agreement (.9). | 1.10 | 632.50 |
| 12/20/24 | K. Nixon | Review certificate of service. (HI WEST) | 0.10 | 42.00 |
| 12/20/24 | K. Nixon | Draft complaint against borrower(s). | 1.70 | 714.00 |
| 12/20/24 | S. Kinsella | Meeting with counsel for project borrower (.5); phone call with CRO regarding the same and filed answers (1.1); analyze settlement proposals (.3); analyze remaining project borrower lawsuits (.9). | 2.80 | 1,610.00 |
| 12/23/24 | S. Kinsella | Analyze potential adversary proceedings. | 0.40 | 230.00 |
| 12/26/24 | S. Kinsella | Meeting with CRO (1.0); communications with potential conflicts counsel (.2). | 1.20 | 690.00 |
| 12/26/24 | K. Nixon | Meeting with CRO regarding asset analysis. | 0.80 | 336.00 |
| 12/27/24 | S. Kinsella | Provide instruction regarding pending adversary proceedings (.2); review financial information for project borrowers (.5). | 0.70 | 402.50 |
| 12/30/24 | S. Kinsella | Review orders for status conference (.1); communications with potential conflicts counsel (.1). | 0.20 | 115.00 |
| 12/31/24 | S. Kinsella | Prepare for additional adversary proceedings. | 0.30 | 172.50 |
| | **Current Legal Fees:** | | **55.10** | **$ 27,792.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 575.00 | 30.00 | 17,250.00 |
| Katherine  Nixon | 420.00 | 25.10 | 10,542.00 |
| **Total** | | **55.10** | **$ 27,792.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 27,792.00 |
| **Total For Current Invoice:** | **$ 27,792.00** |



|  |  |
|---|---|
| **Invoice:** | **1901812** |
| **Invoice Date:** | **January 6, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5002** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through December 31, 2024

**Regarding: Asset Disposition**

Total for Current Legal Fees:                                                                      $ 504.00

**Total For Current Invoice:**                                                               **$ 504.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                          **Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484

Please send remittance information to paynotification@fredlaw.com

**Tax ID:** █████

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

**Invoice:** 1901812
**Invoice Date:** January 6, 2025
**Page:**

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 12/05/24 | 1895308 | 756.00 | | 756.00 |

**Total Prior Balance:** **$ 756.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of January 6, 2025. If payment has been sent close to this date, please verify payment status.



| | |
|---|---|
| **Invoice:** | **1901812** |
| **Invoice Date:** | **January 6, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5002** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12/11/24 | K. Nixon | Draft motion to approve settlement with Friends of the Wave, LLC. | 0.30 | 126.00 |
| 12/16/24 | K. Nixon | Finalize motion to approve settlement with Friends of the Wave, email copy of the same to CRO, and provide Word versions of proposed orders for settlement motions to Court staff. | 0.40 | 168.00 |
| 12/19/24 | K. Nixon | Reply to email from court staff re: form order approving settlements and email CRO re: order approving HIE Depot settlement. | 0.10 | 42.00 |
| 12/23/24 | K. Nixon | Review orders approving settlement and send copies of the same to CRO. | 0.20 | 84.00 |
| 12/27/24 | K. Nixon | Emails re: status of Friends of the Wave settlement. | 0.20 | 84.00 |
| | **Current Legal Fees:** | | **1.20** | **$ 504.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Katherine  Nixon | 420.00 | 1.20 | 504.00 |
| **Total** | | **1.20** | **$ 504.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 504.00 |
| **Total For Current Invoice:** | **$ 504.00** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



| | |
|---|---|
| **Invoice:** | **1901813** |
| **Invoice Date:** | **January 6, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5007** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through December 31, 2024

**Regarding: Claims Administration and  Objections**

Total for Current Legal Fees:                                                             $ 84.00

**Total For Current Invoice:**                                                        **$ 84.00**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**            **Online Payments:**                        **Wire Instructions:**

Fredrikson & Byron P.A.              Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮▮▮

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



| | |
|---|---|
| **Invoice:** | **1901813** |
| **Invoice Date:** | **January 6, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5007** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12/09/24 | S. Stallings | Review claims docket and compile new claims and forward to M. Yenamandra. | 0.40 | 84.00 |
| | **Current Legal Fees:** | | **0.40** | **$ 84.00** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Shataia  Stallings | 210.00 | 0.40 | 84.00 |
| **Total** | | **0.40** | **$ 84.00** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 84.00 |
| **Total For Current Invoice:** | **$ 84.00** |



| | |
|---|---|
| **Invoice:** | **1901814** |
| **Invoice Date:** | **January 6, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5010** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through December 31, 2024

**Regarding: Employment and Fee Applications**

Total for Current Legal Fees:                                                                    $ 1,430.50

**Total For Current Invoice:**                                                              **$ 1,430.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                              **Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484

Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ████████

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1901814** |
| **Invoice Date:** | **January 6, 2025** |
| **Page:** | |

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 12/05/24 | 1895309 | 1,457.00 | | 1,457.00 |
| **Total Prior Balance:** | | | | **$ 1,457.00** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of January 6, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:** 1901814
**Invoice Date:** January 6, 2025
**Client Number:** 097807
**Matter Number:** 097807.5010

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/04/24 | K. Nixon | Email CRO re: approval of committee fees. | 0.10 | 42.00 |
| 12/10/24 | K. Nixon | Draft fourth staffing report for CRO. | 0.20 | 84.00 |
| 12/12/24 | K. Nixon | Draft Fredrikson's fourth fee application. | 1.10 | 462.00 |
| 12/16/24 | S. Kinsella | Review and revise fee application. | 0.10 | 57.50 |
| 12/16/24 | K. Nixon | Email CRO re: Court approval of Fredrikson third fee application. | 0.10 | 42.00 |
| 12/18/24 | K. Nixon | Finalize Fredrikson fourth fee application and email CRO re: fourth staffing report. | 0.30 | 126.00 |
| 12/21/24 | S. Kinsella | Communications with potential conflict counsel. | 0.10 | 57.50 |
| 12/23/24 | S. Kinsella | Communications with potential conflicts counsel regarding adversary proceedings. | 0.90 | 517.50 |
| 12/27/24 | K. Nixon | Email CRO re: order granting UCC counsel's third fee app. | 0.10 | 42.00 |
| **Current Legal Fees:** | | | **3.00** | **$ 1,430.50** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|-----------|-----------|-------|---------------|
| Steven R.  Kinsella | 575.00 | 1.10 | 632.50 |
| Katherine  Nixon | 420.00 | 1.90 | 798.00 |
| **Total** | | **3.00** | **$ 1,430.50** |

### Invoice Totals

Total for Current Legal Fees:                                          $ 1,430.50

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1901814** |
| **Invoice Date:** | **January 6, 2025** |
| **Page:** | **2** |

**Total For Current Invoice:**                                  **$ 1,430.50**

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



**Fredrikson**

| | |
|---|---|
| **Invoice:** | **1901815** |
| **Invoice Date:** | **January 6, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5012** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through December 31, 2024

**Regarding: Financing and Cash Collateral**

Total for Current Legal Fees:                                                        $ 141.50

**Total For Current Invoice:**                                                **$ 141.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                      **Wire Instructions:**

Fredrikson & Byron P.A.              Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮▮

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

|  |  |
|---|---|
| **Invoice:** | **1901815** |
| **Invoice Date:** | **January 6, 2025** |
| **Page:** | |

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 12/05/24 | 1895310 | 975.00 | | 975.00 |
| | **Total Prior Balance:** | | | **$ 975.00** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of January 6, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



| | |
|---|---|
| **Invoice:** | **1901815** |
| **Invoice Date:** | **January 6, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5012** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12/03/24 | K. Nixon | Review third cash collateral order and email CRO re: the same. | 0.20 | 84.00 |
| 12/03/24 | S. Kinsella | Review order approving use of cash. | 0.10 | 57.50 |
| | **Current Legal Fees:** | | **0.30** | **$ 141.50** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 575.00 | 0.10 | 57.50 |
| Katherine  Nixon | 420.00 | 0.20 | 84.00 |
| **Total** | | **0.30** | **$ 141.50** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 141.50 |
| **Total For Current Invoice:** | **$ 141.50** |



| | |
|---|---|
| **Invoice:** | **1901816** |
| **Invoice Date:** | **January 6, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5013** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through December 31, 2024

**Regarding: Meetings and Communications  with Creditors**

Total for Current Legal Fees: $ 356.00

**Total For Current Invoice:** **$ 356.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮▮

*** Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. ***

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1901816** |
| **Invoice Date:** | **January 6, 2025** |
| **Page:** | |

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 11/04/24 | 1888543 | 57.50 | | 57.50 |
| 12/05/24 | 1895311 | 1,882.00 | | 1,882.00 |
| **Total Prior Balance:** | | | | **$ 1,939.50** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of January 6, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



| | |
|---|---|
| **Invoice:** | **1901816** |
| **Invoice Date:** | **January 6, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5013** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12/02/24 | K. Nixon | Review email from committee re: requested tax information and respond accordingly. | 0.10 | 42.00 |
| 12/02/24 | S. Kinsella | Communications with Committee counsel regarding tax issue. | 0.20 | 115.00 |
| 12/03/24 | K. Nixon | Email CRO re: inquiry from creditor re: tax valuation information. | 0.10 | 42.00 |
| 12/05/24 | K. Nixon | Attention to inquiry from creditor re: valuation information. | 0.10 | 42.00 |
| 12/17/24 | S. Kinsella | Communications with creditor. | 0.20 | 115.00 |
| | **Current Legal Fees:** | | **0.70** | **$ 356.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 575.00 | 0.40 | 230.00 |
| Katherine  Nixon | 420.00 | 0.30 | 126.00 |
| **Total** | | **0.70** | **$ 356.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 356.00 |
| **Total For Current Invoice:** | **$ 356.00** |



| | |
|---|---|
| **Invoice:** | **1901817** |
| **Invoice Date:** | **January 6, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5018** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through December 31, 2024

**Regarding: Reporting**

| | |
|---|---|
| Total for Current Legal Fees: | $ 372.50 |
| **Total For Current Invoice:** | **$ 372.50** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**

Please send remittance information to paynotification@fredlaw.com

**Tax ID:**

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1901817** |
| **Invoice Date:** | **January 6, 2025** |
| **Page:** | |

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 09/05/24 | 1876154 | 7,565.50 | (3,001.50) | 4,564.00 |
| 12/05/24 | 1895313 | 582.50 | | 582.50 |

**Total Prior Balance:**                                                                **$ 5,146.50**

To avoid duplicate payments, the Prior Balance reflects what was still due as of January 6, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com





**Invoice:** **1901817**
**Invoice Date:** **January 6, 2025**
**Client Number:** **097807**
**Matter Number:** **097807.5018**

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/18/24 | S. Kinsella | Review monthly operating report. | 0.10 | 57.50 |
| 12/18/24 | K. Nixon | Attention to inquiry from CRO re: cash disbursements and MOR. | 0.20 | 84.00 |
| 12/20/24 | K. Nixon | Review November MORs. | 0.20 | 84.00 |
| 12/20/24 | S. Stallings | Attention to finalizing November monthly operating reports, e-file, and forward bank statements to UST. | 0.70 | 147.00 |
| | **Current Legal Fees:** | | **1.20** | **$ 372.50** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|-----------|-----------|-------|---------------|
| Steven R.  Kinsella | 575.00 | 0.10 | 57.50 |
| Katherine  Nixon | 420.00 | 0.40 | 168.00 |
| Shataia  Stallings | 210.00 | 0.70 | 147.00 |
| **Total** | | **1.20** | **$ 372.50** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 372.50 |
| **Total For Current Invoice:** | **$ 372.50** |



| | |
|---|---|
| **Invoice:** | 1901800 |
| **Invoice Date:** | January 6, 2025 |
| **Client Number:** | 097807 |
| **Matter Number:** | 097807.0003 |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through December 31, 2024

**Regarding: Adversary action against Preference 42, LLC**

Total for Current Legal Fees:                                                    $ 42.00

**Total For Current Invoice:**                                          **$ 42.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                    **Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484

Please send remittance information to paynotification@fredlaw.com

Tax ID:

*** Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1,
2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. ***

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

**Invoice:** 1901800
**Invoice Date:** January 6, 2025
**Page:**

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 12/05/24 | 1895302 | 168.00 | | 168.00 |
| **Total Prior Balance:** | | | | **$ 168.00** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of January 6, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



**Invoice:**         1901800
**Invoice Date:**    **January 6, 2025**
**Client Number:**   097807
**Matter Number:**   097807.0003

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/02/24 | K. Nixon | Finalize stipulation to extend time to answer complaint. | 0.10 | 42.00 |
| | **Current Legal Fees:** | | **0.10** | **$ 42.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|-----------|-----------|-------|---------------|
| Katherine  Nixon | 420.00 | 0.10 | 42.00 |
| **Total** | | **0.10** | **$ 42.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 42.00 |
| **Total For Current Invoice:** | **$ 42.00** |



| | |
|---|---|
| **Invoice:** | **1901801** |
| **Invoice Date:** | **January 6, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0004** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through December 31, 2024

**Regarding: Adversary against Boulevard Square**

Total for Current Legal Fees:                                                     $ 871.00

**Total For Current Invoice:**                                              **$ 871.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                    **Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484

Please send remittance information to paynotification@fredlaw.com

**Tax ID** ▮▮▮▮▮▮▮▮▮

*** Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. ***

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

**Invoice:** 1901801
**Invoice Date:** January 6, 2025
**Page:**

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|---------------|--------|----------|-------------|
| 12/05/24 | 1895303 | 84.00 | | 84.00 |

**Total Prior Balance:**                                                                                     **$ 84.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of January 6, 2025. If payment has been sent close to this date, please verify payment status.



| | |
|---|---|
| **Invoice:** | **1901801** |
| **Invoice Date:** | **January 6, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0004** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12/02/24 | K. Nixon | Finalize stipulation to extend time to answer complaint. | 0.10 | 42.00 |
| 12/06/24 | S. Kinsella | Revise motion for default judgment. | 0.20 | 115.00 |
| 12/06/24 | K. Nixon | Draft default judgment motion. | 1.30 | 546.00 |
| 12/09/24 | K. Nixon | Attention to certificate of service for motion for default judgments. | 0.10 | 42.00 |
| 12/09/24 | S. Stallings | Prepare certificate of service regarding motion for default judgment against Boulevard Square II and IV. | 0.20 | 42.00 |
| 12/23/24 | K. Nixon | Review answer to complaint filed by Boulevard Square III, LLC and send copy of the same to CRO. | 0.20 | 84.00 |
| | **Current Legal Fees:** | | **2.10** | **$ 871.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 575.00 | 0.20 | 115.00 |
| Katherine  Nixon | 420.00 | 1.70 | 714.00 |
| Shataia  Stallings | 210.00 | 0.20 | 42.00 |
| **Total** | | **2.10** | **$ 871.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 871.00 |
| **Total For Current Invoice:** | **$ 871.00** |



|  |  |
|---|---|
| **Invoice:** | 1901802 |
| **Invoice Date:** | January 6, 2025 |
| **Client Number:** | 097807 |
| **Matter Number:** | 097807.0005 |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through December 31, 2024

**Regarding: Adversary against Pioneer Place, LLC**

| | |
|---|---|
| Total for Current Legal Fees: | $ 1,096.50 |
| **Total For Current Invoice:** | **$ 1,096.50** |

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

Tax ID: ███████

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1901802**
**Invoice Date:** **January 6, 2025**
**Client Number:** **097807**
**Matter Number:** **097807.0005**

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/05/24 | S. Kinsella | Review motion for default judgment. | 0.10 | 57.50 |
| 12/05/24 | K. Nixon | Draft motion for default judgment. | 2.00 | 840.00 |
| 12/09/24 | K. Nixon | Attention to certificate of service for motion for default judgments. | 0.10 | 42.00 |
| 12/09/24 | S. Stallings | Prepare certificate of service regarding motion for default judgment against Pioneer Place. | 0.20 | 42.00 |
| 12/31/24 | S. Kinsella | Review judgment and order granting motion for default judgment (.1); send to client (.1). | 0.20 | 115.00 |
| | **Current Legal Fees:** | | **2.60** | **$ 1,096.50** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|-----------|-----------|-------|---------------|
| Steven R.  Kinsella | 575.00 | 0.30 | 172.50 |
| Katherine  Nixon | 420.00 | 2.10 | 882.00 |
| Shataia  Stallings | 210.00 | 0.20 | 42.00 |
| **Total** | | **2.60** | **$ 1,096.50** |

### Invoice Totals

Total for Current Legal Fees:                                          $ 1,096.50

**Total For Current Invoice:**                                   **$ 1,096.50**

# Fredrikson

| | |
|---|---|
| **Invoice:** | 1901803 |
| **Invoice Date:** | January 6, 2025 |
| **Client Number:** | 097807 |
| **Matter Number:** | 097807.0006 |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through December 31, 2024

**Regarding: Adversary against SAD Downtown, LLC d/b/a The Firm**

| | |
|---|---|
| Total for Current Legal Fees: | $ 214.50 |
| **Total For Current Invoice:** | **$ 214.50** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮▮

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

**Invoice:** 1901803
**Invoice Date:** January 6, 2025
**Page:**

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 12/05/24 | 1895304 | 336.00 | | 336.00 |

**Total Prior Balance:** **$ 336.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of January 6, 2025. If payment has been sent close to this date, please verify payment status.



|  | Invoice: | 1901803 |
|---|---|---|
|  | Invoice Date: | January 6, 2025 |
|  | Client Number: | 097807 |
|  | Matter Number: | 097807.0006 |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12/02/24 | K. Nixon | Finalize stipulation to extend time to answer complaint. | 0.10 | 42.00 |
| 12/19/24 | S. Kinsella | Review answer. | 0.30 | 172.50 |
|  | **Current Legal Fees:** |  | **0.40** | **$ 214.50** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 575.00 | 0.30 | 172.50 |
| Katherine  Nixon | 420.00 | 0.10 | 42.00 |
| **Total** |  | **0.40** | **$ 214.50** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 214.50 |
| **Total For Current Invoice:** | **$ 214.50** |



| | |
|---|---|
| **Invoice:** | **1901804** |
| **Invoice Date:** | **January 6, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0007** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through December 31, 2024

**Regarding: Adversary against Greenfield Commons**

Total for Current Legal Fees:                                                          $ 126.00

**Total For Current Invoice:**                                                      **$ 126.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                              **Wire Instructions:**

Fredrikson & Byron P.A.           Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484

Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▉▉▉▉

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

**Invoice:** 1901804
**Invoice Date:** January 6, 2025
**Page:**

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 12/05/24 | 1895305 | 126.00 | | 126.00 |

**Total Prior Balance:**                                    **$ 126.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of January 6, 2025. If payment has been sent close to this date, please verify payment status.



| | |
|---|---|
| **Invoice:** | **1901804** |
| **Invoice Date:** | **January 6, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0007** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12/02/24 | K. Nixon | Finalize stipulation to extend time to answer complaint (0.1); emails to G. Singer re: the same (0.2). | 0.30 | 126.00 |
| | **Current Legal Fees:** | | **0.30** | **$ 126.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Katherine  Nixon | 420.00 | 0.30 | 126.00 |
| **Total** | | **0.30** | **$ 126.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 126.00 |
| **Total For Current Invoice:** | **$ 126.00** |



**Invoice:** 1901805
**Invoice Date:** January 6, 2025
**Client Number:** 097807
**Matter Number:** 097807.0008

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through December 31, 2024

**Regarding: Adversary against EPIC Holdings II**

Total for Current Legal Fees: $ 126.00

**Total For Current Invoice:** **$ 126.00**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

Tax ID: ▮▮▮▮▮▮

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

**Invoice:** **1901805**
**Invoice Date:** **January 6, 2025**
**Client Number:** **097807**
**Matter Number:** **097807.0008**

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 12/18/24 | K. Nixon | Attention to service of summons and complaint. | 0.30 | 126.00 |
| | **Current Legal Fees:** | | **0.30** | **$ 126.00** |

### Invoice Totals

| | | |
|--|--|--|
| Total for Current Legal Fees: | | $ 126.00 |
| **Total For Current Invoice:** | | **$ 126.00** |


# Fredrikson

| | |
|---|---|
| **Invoice:** | **1901806** |
| **Invoice Date:** | **January 6, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0009** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through December 31, 2024

**Regarding: Adversary against U of J MU Jamestown, LLC**

Total for Current Legal Fees:                                                                $ 356.00

**Total For Current Invoice:**                                                          **$ 356.00**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                    **Wire Instructions:**

Fredrikson & Byron P.A.              Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ███████

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1901806**
**Invoice Date:** **January 6, 2025**
**Client Number:** **097807**
**Matter Number:** **097807.0009**

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/11/24 | S. Kinsella | Communications with defendant's counsel and send requested documents. | 0.20 | 115.00 |
| 12/20/24 | K. Nixon | Emails to defendant and CRO re: extension of answer deadline and requested information. | 0.30 | 126.00 |
| 12/27/24 | S. Kinsella | Review default notice. | 0.10 | 57.50 |
| 12/31/24 | S. Kinsella | Communications with defendant. | 0.10 | 57.50 |
| | **Current Legal Fees:** | | **0.70** | **$ 356.00** |

### Invoice Totals

Total for Current Legal Fees: $ 356.00

**Total For Current Invoice:** **$ 356.00**



| | |
|---|---|
| **Invoice:** | **1901807** |
| **Invoice Date:** | **January 6, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0010** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through December 31, 2024

**Regarding: Adversary against LTC – The Don, LLC**

Total for Current Legal Fees: $ 147.00

**Total For Current Invoice:** **$ 147.00**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1901807**
**Invoice Date:** **January 6, 2025**
**Client Number:** **097807**
**Matter Number:** **097807.0010**

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/13/24 | S. Stallings | Attention to finalizing and efiling adversary complaint. | 0.30 | 63.00 |
| 12/18/24 | K. Nixon | Attention to service of summons and complaint. | 0.20 | 84.00 |
|  | **Current Legal Fees:** |  | **0.50** | **$ 147.00** |

### Invoice Totals

Total for Current Legal Fees: $ 147.00

**Total For Current Invoice:** **$ 147.00**


# Fredrikson

| | |
|---|---|
| **Invoice:** | **1901808** |
| **Invoice Date:** | **January 6, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0011** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through December 31, 2024

**Regarding: Adversary against 36th and Veterans, LLC**

Total for Current Legal Fees:                                                    $ 147.00

**Total For Current Invoice:**                                         **$ 147.00**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                    **Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ████

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



| | |
|---|---|
| **Invoice:** | **1901808** |
| **Invoice Date:** | **January 6, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0011** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12/13/24 | S. Stallings | Attention to finalizing and efiling adversary complaint. | 0.30 | 63.00 |
| 12/18/24 | K. Nixon | Attention to service of summons and complaint. | 0.20 | 84.00 |
| | **Current Legal Fees:** | | **0.50** | **$ 147.00** |

### Invoice Totals

Total for Current Legal Fees:                                          $ 147.00

**Total For Current Invoice:**                                     **$ 147.00**



| | |
|---|---|
| **Invoice:** | 1901809 |
| **Invoice Date:** | January 6, 2025 |
| **Client Number:** | 097807 |
| **Matter Number:** | 097807.0014 |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through December 31, 2024

**Regarding: Adversary against EPIC Management, LLC**

Total for Current Legal Fees:                                                      $ 84.00

**Total For Current Invoice:**                                            **$ 84.00**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**        **Online Payments:**                    **Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:**

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson & Byron, PA, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



| | |
|---|---|
| **Invoice:** | **1901809** |
| **Invoice Date:** | **January 6, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0014** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

<u>**Legal Fees**</u>

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 12/18/24 | K. Nixon | Attention to service of summons and complaint. | 0.20 | 84.00 |
| | **Current Legal Fees:** | | **0.20** | **$ 84.00** |

<u>**Invoice Totals**</u>

| | |
|---|---|
| Total for Current Legal Fees: | $ 84.00 |
| **Total For Current Invoice:** | **$ 84.00** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | **Jointly Administered** |
| | |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| | |
| Debtors. | Chapter 11 |

**NOTICE OF FIFTH APPLICATION OF FREDRIKSON & BYRON, P.A. FOR ALLOWANCE OF FEES AND EXPENSES AS CHAPTER 11 COUNSEL FOR THE DEBTORS FROM DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024**

TO:   The parties-in-interest as specified in the Notice and Service Requirements adopted pursuant to Local Rule 2002-1 and the Court's order limiting notice pursuant to Fed. R. Bankr. P. 2002(i). (ECF No. 124.)

1.     **NOTICE IS HEREBY GIVEN** that Fredrikson & Byron, P.A., as Chapter 11 counsel for the Debtors, has filed its fifth application for allowance of fees and expenses, a copy of which is attached hereto and served upon you.

2.     **NOTICE IS FURTHER GIVEN** that any objection to the application must be filed with the Clerk of the United States Bankruptcy Court, whose address is Quentin N. Burdick Courthouse, 655 First Avenue North, Suite 210, Fargo, North Dakota 58102, and served upon the attorney whose name and address is listed below, by **Wednesday, February 6, 2025, which is twenty-one (21) days from the date of the filing of this Notice**. Any objections not filed and served may deemed waived.

Dated:  January 16, 2025

/e/ *Steven R. Kinsella*
Michael S. Raum (#05676)
**FREDRIKSON & BYRON, P.A.**
51 Broadway, Suite 400
Fargo, ND  58102-4991
701.237.8200
mraum@fredlaw.com

Steven R. Kinsella (#09514)
Katherine A. Nixon (*pro hac vice* MN #0402772)
**FREDRIKSON & BYRON, P.A.**
60 South 6th Street, Suite 1500
Minneapolis, MN  55402-4400
612.492.7000
skinsella@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR DEBTORS**