**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

**QUARTERLY REPORT OF LIGHTHOUSE MANAGEMENT GROUP, INC. FOR THE FOURTH QUARTER OF 2024**

Lighthouse Management Group, Inc. ("Lighthouse") submits this Quarterly Report (the "Quarterly Report") for the fourth quarter of 2024 pursuant to the *Amended Order Authorizing the Retention of Lighthouse Management Group as the Debtors' Chief Restructuring Officer* (ECF No. 71) and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (ECF No. 72, the "Order"). Lighthouse discloses as follows:

| Quarterly Report: October 2024 Through December 2024 | |
|---|---|
| Total fees and expenses paid to Lighthouse: | $150,001.85 (*see* ECF Nos. 168, 192, and 214) |

Pursuant to the Order, notice of this Quarterly Report is being provided to the Debtors, the United States Trustee, and counsel for the Official Committee of Unsecured Creditors. The Notice Parties, as defined in the Order, **may object to this Quarterly Report within 21 days of the filing of the Quarterly Report**. If no objection is filed and served, the Court may allow Lighthouse's fees and expenses without a hearing.

## AFFIDAVIT

I, Murthy Yenamandra, am a Consultant at Lighthouse Management Group, Inc., the Chief Restructuring Officer for EPIC Companies Midwest, LLC, EPIC Companies Midwest 2023, LLC, EPIC Employee, LLC, EOLA Capital, LLC, and EC West Fargo, LLC and I declare under penalty of perjury that the facts set forth in the preceding Quarterly Report are true and correct, according to the best of my knowledge, information, and belief.

Dated: January 21, 2025

_____
Murthy Yenamandra
Consultant, Lighthouse Management Group, Inc.
Chief Restructuring Officer of the Debtors