

**Fredrikson & Byron, P.A.**
Attorneys and Advisors

60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4400
Main: 612.492.7000
fredlaw.com

February 7, 2025

**VIA CM/ECF**

North Dakota Bankruptcy Court
Attn: Clerk's Office
Quentin N. Burdick United States Courthouse
655 1st Ave North, Suite 210
Fargo, ND 58102

Re:   EPIC Companies Midwest, LLC; EPIC Companies Midwest 2023, LLC; EPIC Employee, LLC; EOLA Capital, LLC; and EC West Fargo, LLC (Bankruptcy Case No. 24-30281 (Jointly Administered))

Dear Court Clerk:

We are writing to request certain changes to the creditor matrix in the above-referenced jointly administered bankruptcy cases:

| Creditor | Requested Action |
| --- | --- |
| Jak23, LLC<br>Aaron Johnson<br>4424 S technology Drive<br>Sioux Falls, SD 57106-4236 | WTS-ND Holdings, LLC<br>PO Box 1835<br>Williston, ND 58802 |
| EPIC Skyline, LLC<br>PO Box 879<br>Minot, ND 58702-0879 | WTS-ND Holdings, LLC<br>PO Box 1835<br>Williston, ND 58802 |

Thank you in advance. Please contact me with any questions.

Sincerely,

*/e/ Steven R. Kinsella*

Steven R. Kinsella
**Direct Dial:** 612.492.7244
**Email:** skinsella@fredlaw.com

#85276670v1