## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors.[1] | Chapter 11 |

### SIXTH APPLICATION OF FREDRIKSON & BYRON, P.A. FOR ALLOWANCE OF FEES AND EXPENSES AS CHAPTER 11 COUNSEL FOR THE DEBTORS FROM JANUARY 1, 2025 THROUGH JANUARY 31, 2025

1.      Steven R. Kinsella and Fredrikson & Byron, P.A. (collectively, "Fredrikson") make this Application for allowance of fees for professional services rendered and for reimbursement of expenses incurred as Chapter 11 counsel for EPIC Companies Midwest, LLC, EPIC Companies Midwest 2023, LLC, EPIC Employee, LLC, EOLA Capital, LLC, and EC West Fargo, LLC (collectively, the "Debtors") between January 1, 2025 and January 31, 2025 pursuant to 11 U.S.C. § 330.

2.      In support of this Application, Fredrikson respectfully states as follows:

### JURISDICTION

3.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334 and Fed. R. Bankr. P. 5005. This a core proceeding pursuant to 28 U.S.C. § 157(b). Venue

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Debtors' address is 400 10th Street SE, Minot, ND 58701 and their Employer Identification Numbers (EINs) are as follows: 83-2840705 (EPIC Companies Midwest, LLC), 88-3709518 (EPIC Companies Midwest 2023, LLC), 88-4112082 (EPIC Employee, LLC), 88-0554720 (EOLA Capital, LLC) and 82-5331354 (EC West Fargo, LLC).

is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The petitions commencing these Chapter 11 cases were filed on July 8, 2024 (the "Petition Date"). The cases are currently pending before this Court.

4.      This Application arises under 11 U.S.C. §§ 503(b)(2), 328(a), 330, and 331.  This Application is filed under Fed. R. Bankr. P. 2016 and 2002(a)(6). Notice of this Application is provided pursuant to  the Notice and Service  Requirements  adopted  pursuant  to Local Rule 2002-1 and the Court's order limiting notice pursuant to Fed. R. Bankr. P. 2002(i). (ECF No. 124.)

## **BACKGROUND**

5.      On the Petition Date, the Debtors filed an application to employ Fredrikson as Chapter 11 counsel for the Debtors effective July 8, 2024. (ECF No. 13.) The Court approved the application to employ Fredrikson on July 25, 2024. (ECF No. 49.) A copy of that order is attached as **Exhibit A**.

6.       On the Petition Date, the Debtors also filed a motion for an order establishing interim compensation procedures. (ECF No. 11.) The Court entered an order on August 14, 2024 granting the motion and allowing Fredrikson to file monthly applications for compensation. (ECF No. 72.) A copy of that order is attached as **Exhibit B**.

7.      This is Fredrikson's sixth application for allowance of fees and expenses under 11 U.S.C. § 331. Fredrikson received court approval for the following prior fee applications:

| **Fee Application Amount** | **Date of Order Approving Fee Application** | **Docket No.** |
|---|---|---|
| $80,535.96 | 10/21/2024 | 148 |
| $20,172.00 | 11/14/2024 | 164 |
| $37,675.00 | 12/13/2024 | 182 |
| $42,291.00 | 1/15/2024 | 206 |
| $36,048.00 | 2/12/2025 | 221 |
| $216,721.96 | | |

8.      Fredrikson believes that the Debtors are current in payment of ordinary operating expenses and any allowed administrative expenses, that any quarterly fees have been or will be paid as required to the United States Trustee, and that all monthly operating reports are being timely filed, including pursuant to any extensions granted by the United States Trustee.

## **RELIEF REQUESTED**

9.      **Post-Petition Fees.** By this Application, Fredrikson requests allowance of fees for professional services rendered during these Chapter 11 cases between January 1, 2025 and January 31, 2025 in the amount of **$45,008.00**, and reimbursement of expenses in the amount of **$94.50**, for a total of **$45,102.50**.

10.      The professional services rendered by Fredrikson are detailed on the attached **Exhibit C**. Those services include the tasks specifically described below:

### (5001) Asset Analysis and Recovery:  $19,819.50

Services include meeting with the Chief Restructuring Officer ("CRO") to conduct asset analyses; communicating with counsel for borrowers; participate in ongoing settlement discussions and preparing settlement proposals; meeting with potential mediator; and drafting complaint against borrowers.

| **Name** | **Hours** | **Year** | **Hourly Rate** | **Fees** |
|---|---|---|---|---|
| Steven R. Kinsella | 26.4 | 2025 | $635 | $16,764.00 |
| Katherine A. Nixon | 6.3 | 2025 | $485 | $3,055.50 |
| **TOTAL** | **32.7** | | | **$19,819.50** |

| Blended Hourly Rate: | $606.10 |
|---|---|

### (5002) Asset Disposition:  $582.00

Services include drafting and finalizing notices of settlement with certain borrowers.

| **Name** | **Hours** | **Year** | **Hourly Rate** | **Fees** |
|---|---|---|---|---|
| Katherine A. Nixon | 1.2 | 2025 | $485 | $582.00 |
| **TOTAL** | **1.2** | | | **$582.00** |

3

| Blended Hourly Rate: | $485.00 |
|---|---|

### (5007) Claims Administration and Objections: $190.50

Services include communicating with claimants regarding claims buyer.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Steven R. Kinsella | 0.3 | 2025 | $635 | $190.50 |
| **TOTAL** | **0.3** | | | **$190.50** |

| Blended Hourly Rate: | $635.00 |
|---|---|

### (5010) Employment and Fee Applications: $2,698.00

Services include drafting, revising, and finalizing Fredrikson's fifth fee application; assisting in preparing and finalizing the CRO's fifth staffing report; communicating with conflicts counsel; preparing and finalizing an application to employ conflicts counsel; and notifying CRO regarding granted applications.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Steven R. Kinsella | 1.9 | 2025 | $635 | $1,206.50 |
| Katherine A. Nixon | 2.3 | 2025 | $485 | $1,115.50 |
| Shataia Stallings | 1.6 | 2025 | $235 | $376.00 |
| **TOTAL** | **5.8** | | | **$2,698.00** |

| Blended Hourly Rate: | $465.17 |
|---|---|

### (5013) Meetings and Communications with Creditors: $5,724.50

Services include communicating with various creditors and counsel for the official committee of unsecured creditors (the "Committee") and meeting with the Committee.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Steven R. Kinsella | 6.8 | 2025 | $635 | $4,318.00 |
| Katherine A. Nixon | 2.9 | 2025 | $485 | $1,406.50 |
| **TOTAL** | **9.7** | | | **$5,724.50** |

| Blended Hourly Rate: | $590.15 |
|---|---|

4

**(5015) Plan and Disclosure Statement: $6,666.50**

Services include drafting plan of liquidation and motion for substantive consolidation.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Steven R. Kinsella | 9.2 | 2025 | $635 | $5,842.00 |
| Katherine A. Nixon | 1.7 | 2025 | $485 | $824.50 |
| TOTAL | 10.9 | | | $6,666.50 |

| Blended Hourly Rate: | $611.61 |
|---|---|

**(5018) Reporting: $358.50**

Services include emailing the CRO regarding monthly operating reports; assisting the CRO in finalizing monthly operating reports; and emailing counsel for the United States Trustee regarding bank records.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Katherine A. Nixon | 0.4 | 2025 | $485 | $194.00 |
| Shataia Stallings | 0.7 | 2025 | $235 | $164.50 |
| TOTAL | 1.1 | | | $358.50 |

| Blended Hourly Rate: | $325.91 |
|---|---|

**(0003) Adversary Proceeding Against Preference 42, LLC: $194.00**

Services include attending scheduling conference; drafting statement regarding jury trial demand; and reviewing scheduling order.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Katherine A. Nixon | 0.4 | 2025 | $485 | $194.00 |
| TOTAL | 0.4 | | | $194.00 |

| Blended Hourly Rate: | $485.00 |
|---|---|

**(0004) Adversary Proceeding Against Boulevard Square II, LLC et al.: $2,842.00**

Services include analyzing settlement proposal; drafting letters and affidavits to state court clerk regarding foreign judgments; communicating regarding collection; researching jury trial issue; and drafting statement regarding jury trial demand.

5

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Steven R. Kinsella | 0.3 | 2025 | $635 | $190.50 |
| Katherine A. Nixon | 2.3 | 2025 | $485 | $1,115.50 |
| Abigale R. Griffin | 4.8 | 2025 | $320 | $1,536.00 |
| **TOTAL** | **7.4** | | | **$2,842.00** |

| Blended Hourly Rate: | $384.05 |
|---|---|

### (0005) Adversary Proceeding Against Pioneer Place, LLC: $1,056.50

Services include drafting letters and affidavits to state court clerk regarding foreign judgments and communicating regarding collection.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Steven R. Kinsella | 0.1 | 2025 | $635 | $63.50 |
| Katherine A. Nixon | 0.2 | 2025 | $485 | $97.00 |
| Abigale R. Griffin | 2.8 | 2025 | $320 | $896.00 |
| **TOTAL** | **3.1** | | | **$1,056.50** |

| Blended Hourly Rate: | $340.81 |
|---|---|

### (0006) Adversary Proceeding Against SAD Downtown, LLC: $257.50

Services include attending scheduling conference and drafting statement regarding jury trial demand.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Steven R. Kinsella | 0.1 | 2025 | $635 | $63.50 |
| Katherine A. Nixon | 0.4 | 2025 | $485 | $194.00 |
| **TOTAL** | **0.5** | | | **$257.50** |

| Blended Hourly Rate: | $515.00 |
|---|---|

### (0007) Adversary Proceeding Against Greenfield Commons, LLC et al.: $1,333.50

Services include reviewing and analyzing settlement proposal and preparing counteroffers.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Steven R. Kinsella | 2.1 | 2025 | $635 | $1,333.50 |
| **TOTAL** | **2.1** | | | **$1,333.50** |

| Blended Hourly Rate: | $635.00 |
|---|---|

### (0008) Adversary Proceeding Against EPIC Holdings II, LLC: $97.00

Services include reviewing filed answer and scheduling order and emailing the CRO regarding the same.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Katherine A. Nixon | 0.2 | 2025 | $485 | $97.00 |
| **TOTAL** | **0.2** | | | **$97.00** |

| Blended Hourly Rate: | $485.00 |
|---|---|

### (0009) Adversary Proceeding Against U of J MU Jamestown, LLC: $959.50

Services include drafting and revising settlement agreement and coordinating execution.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Steven R. Kinsella | 0.9 | 2025 | $635 | $571.50 |
| Katherine A. Nixon | 0.8 | 2025 | $485 | $388.00 |
| **TOTAL** | **1.7** | | | **$959.50** |

| Blended Hourly Rate: | $564.41 |
|---|---|

### (0010) Adversary Proceeding Against LTC-The Don, LLC: $160.50

Services include reviewing filed answer and drafting statement regarding jury trial demand.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Steven R. Kinsella | 0.1 | 2025 | $635 | $63.50 |
| Katherine A. Nixon | 0.2 | 2025 | $485 | $97.00 |
| **TOTAL** | **0.3** | | | **$160.50** |

| Blended Hourly Rate: | $535.00 |
|---|---|

## (0011) Adversary Proceeding Against 36th and Veterans, LLC: $929.50

Services include drafting and finalizing motion for default judgment and communicating with counsel for the defendant.

| **Name** | **Hours** | **Year** | **Hourly Rate** | **Fees** |
|---|---|---|---|---|
| Steven R. Kinsella | 0.7 | 2025 | $635 | $444.50 |
| Katherine A. Nixon | 1.0 | 2025 | $485 | $485.00 |
| **TOTAL** | **1.7** | | | **$929.50** |

| Blended Hourly Rate: | $546.76 |
|---|---|

## (0013) Adversary Proceeding Against Pioneer Place Holdings, LLC: $515.00

Services include drafting motion for default judgment and analyzing settlement proposal.

| **Name** | **Hours** | **Year** | **Hourly Rate** | **Fees** |
|---|---|---|---|---|
| Steven R. Kinsella | 0.2 | 2025 | $635 | $127.00 |
| Katherine A. Nixon | 0.8 | 2025 | $485 | $388.00 |
| **TOTAL** | **1** | | | **$515.00** |

| Blended Hourly Rate: | $515.00 |
|---|---|

## (0016) Adversary Proceeding Against HI West Acres, LLC f/k/a EPIC Hospitality, LLC: $242.50

Services include communicating with counsel for the defendant; reviewing scheduling order; and drafting statement regarding jury trial demand.

| **Name** | **Hours** | **Year** | **Hourly Rate** | **Fees** |
|---|---|---|---|---|
| Katherine A. Nixon | 0.5 | 2025 | $485 | $242.50 |
| **TOTAL** | **0.5** | | | **$242.50** |

| Blended Hourly Rate: | $485.00 |
|---|---|

8

**<u>(0017) Adversary Proceeding Against LTC – The Falcon, LLC:</u> $381.00**

Services include revising settlement agreement with borrower.

| **<u>Name</u>** | **<u>Hours</u>** | **<u>Year</u>** | **<u>Hourly Rate</u>** | **<u>Fees</u>** |
|---|---|---|---|---|
| Steven R. Kinsella | 0.6 | 2025 | $635 | $381.00 |
| **TOTAL** | **0.6** | | | **$381.00** |

| Blended Hourly Rate: | $635.00 |
|---|---|

## **<u>TOTAL POST-PETITION FEES: $45,008.00</u>**

11. **<u>Reimbursement of Expenses</u>.** In the course of this representation, Fredrikson has also incurred expenses detailed as part of Matter Nos. 5000, 0004, and 0005 on **<u>Exhibit C</u>**, and requests allowance thereof as follows:

| **<u>Expenses</u>** | **<u>Amount</u>** |
|---|---|
| Certified Copies of Judgments | $64.50 |
| Foreign Judgment Fees | $30.00 |
| **TOTAL** | **$94.50** |

## **<u>TOTAL EXPENSES: $94.50</u>**

12. All services for which fees are requested by Fredrikson were performed for and on behalf of the Debtors, and not on behalf of any committee, creditor, or other person.

13. The amount requested constitutes reasonable compensation for actual, necessary services rendered by Fredrikson, based on the nature, the extent, and the value of such services, the time spent on such services, and the cost of comparable services other than in a case under Title 11. Fredrikson has not entered into any agreement, express or implied, with any other party-in-interest, including the Debtors, any creditor, receiver, trustee, or any representative of any of them, or with any attorney for such party-in-interest in the proceedings, for the purpose of fixing fees or other compensation to be paid to such party-in-interest in the proceedings for services

rendered or expenses incurred from the assets of the estate in excess of the compensation allowed by law.

**WHEREFORE,** Fredrikson respectfully requests that the Court enter an order:

A.     Allowing Fredrikson's fees incurred between January 1, 2025 and January 31, 2025 in the amount of **$45,008.00,** and expenses in the amount of **$94.50,** totaling **$45,102.50**;

B.     Authorizing the Debtors to pay Fredrikson such allowed postpetition fees and expenses;

C.     Granting administrative expense priority to Fredrikson's allowed fees and expenses; and

D.     Granting such other and further relief as may be just and proper.

Dated: February 14, 2025

/e/ *Steven R. Kinsella*
Michael S. Raum (#05676)
**FREDRIKSON & BYRON, P.A.**
51 Broadway, Suite 400
Fargo, ND  58102-4991
701.237.8200
mraum@fredlaw.com

Steven R. Kinsella (#09514)
Katherine A. Nixon (*pro hac vice* MN #0402772)
**FREDRIKSON & BYRON, P.A.**
60 South 6th Street, Suite 1500
Minneapolis, MN  55402-4400
612.492.7000
skinsella@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR DEBTORS**

### **AFFIDAVIT**

I, Steven R. Kinsella, an attorney at the law firm of Fredrikson & Byron, P.A., declare under penalty of perjury that the foregoing Fifth Application of Fredrikson & Byron, P.A. for Allowance of Fees and Expenses as Chapter 11 Counsel for the Debtors from January 1, 2025 Through January 31, 2025 is true and correct according to the best of my knowledge, information, and belief.

Dated: February 14, 2025                    _/e/ Steven R. Kinsella_____
                                            Steven R. Kinsella

**<u>EXHIBIT A</u>**

## CourtAlert® Case Management

**From:**        ecf@ndb.uscourts.gov
**Sent:**        7/25/2024 12:56:27 PM
**To:**          nate_olson@ndb.uscourts.gov
**Subject:**     Ch-11 24-30281 EPIC Companies Midwest, LLC Order on Application to
                 Employ

**CAUTION: EXTERNAL E-MAIL**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

### U.S. Bankruptcy Court

### District of North Dakota

Notice of Electronic Filing

The following transaction was received from vck, Court entered on 7/25/2024 at 12:56 PM CDT and filed on 7/25/2024

**Case Name:**        EPIC Companies Midwest, LLC
**Case Number:**      24-30281
**Document Number:** 49

**Docket Text:**
Order Approving Application to Employ Steven R. Kinsella and Fredrikson & Byron, P.A. as counsel for Debtor EPIC Companies Midwest, LLC effective July 8, 2024 (Related Doc. [13]). The application to employ is APPROVED subject to the limitations on compensation provided by 11 U.S.C. § 328. This order is not a determination that the services or rates charged are necessary and reasonable. The person or entity employed under this order shall file a fee application in accordance with the Bankruptcy Code and Federal Rules of Bankruptcy Procedures. See Fed. R. Bank. P. 2016, 2017 and 11 U.S.C. 329, 330. Applicant must also comply with Local Rules. As required by applicable federal rule or statute, the Movant shall serve this docket text only order on all appropriate parties that will not receive notice of electronic filing. By Judge Shon Hastings (Text order only). Signed on 7/25/2024 (vck)

The following document(s) are associated with this transaction:

**24-30281 Notice will be electronically mailed to:**

Douglas Christensen on behalf of Creditor Beth Holmes
dougc@grandforkslaw.com,
sarah@grandforkslaw.com;jen@grandforkslaw.com;julie@grandforkslaw.com

Michael Gust on behalf of Interested Party Bank Forward
mlgfilings@andersonbottrell.com, jernst@abstlaw.net

Joseph D Hackman on behalf of Interested Party Bank Forward
jhackman@abstlaw.net

Peter B. Hankla on behalf of Interested Party Randy and Dorothy Henke
phankla@mcgeelaw.com

Steven R Kinsella on behalf of Debtor EC West Fargo, LLC
skinsella@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Steven R Kinsella on behalf of Debtor EOLA Capital, LLC
skinsella@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Steven R Kinsella on behalf of Debtor EPIC Companies Midwest 2023, LLC
skinsella@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Steven R Kinsella on behalf of Debtor EPIC Companies Midwest, LLC
skinsella@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Steven R Kinsella on behalf of Debtor EPIC Employee, LLC
skinsella@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

John M Krings, Jr. on behalf of Creditor Cornerstone Bank
john@kaler-doeling.com, janae@kaler-doeling.com

Katherine A. Nixon on behalf of Debtor EPIC Companies Midwest, LLC
knixon@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Richard P. Olson on behalf of Creditor Essential Living Inc
rpolsonecf@minotlaw.com, rpolson@minotlaw.com

Richard P. Olson on behalf of Creditor Bruce & Diane Walker
rpolsonecf@minotlaw.com, rpolson@minotlaw.com

Robert B. Raschke
USTPRegion12.SX.ECF@usdoj.gov

Michael S Raum on behalf of Debtor EPIC Companies Midwest, LLC
mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Katrina A. Turman Lang on behalf of Creditor Dietz Properties, LLC
klang@woldlaw.com, melanie@turmanlaw.com

Katrina A. Turman Lang on behalf of Creditor Candice Dietz
klang@woldlaw.com, melanie@turmanlaw.com

Katrina A. Turman Lang on behalf of Creditor Larry Dietz
klang@woldlaw.com, melanie@turmanlaw.com

Sarah J. Wencil on behalf of U.S. Trustee Robert B. Raschke
sarah.j.wencil@usdoj.gov

Benjamin Williams on behalf of Creditor Cullen Insulation, Inc.
ben@kennellybusinesslaw.com, beth@kennellybusinesslaw.com

Benjamin Williams on behalf of Creditor Daniel Frisch
ben@kennellybusinesslaw.com, beth@kennellybusinesslaw.com

**24-30281 Notice will not be electronically mailed to:**

## EXHIBIT B

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In re:                                            **Jointly Administered**

EPIC Companies Midwest, LLC,                      Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                 Bankruptcy No. 24-30282
EPIC Employee, LLC,                               Bankruptcy No. 24-30283
EOLA Capital, LLC, and                            Bankruptcy No. 24-30284
EC West Fargo, LLC,                               Bankruptcy No. 24-30285

　　　　　Debtors.                                  Chapter 11

## ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR RETAINED PROFESSIONALS

Debtors filed a Motion for an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief. Doc. 11. Pursuant to the notice of the Motion [Doc. 16], objections to the Motion were due by July 30, 2024.

Debtors served notice of the Motion. The Court received no objections to the Motion. The Court held a hearing on the Motion on August 14, 2024. Based upon the Motion and the Declaration of Patrick Finn [Doc. 6] and for the reasons stated on the record at the August 14, 2024, hearing, the Court finds that the circumstances of these cases warrant granting the relief provided below.

**IT IS ORDERED** that, except as otherwise provided in any order of the Court, professionals employed in this bankruptcy case, including Fredrikson & Byron, P.A., shall be permitted to seek interim payment of compensation and reimbursement of expenses by filing monthly applications for interim compensation and reimbursement of expenses.

**IT IS FURTHER ORDERED** that Debtors are authorized to pay all reasonable amounts invoiced by Lighthouse Management Group, Inc. ("Lighthouse") for fees and expenses on a bi-weekly basis.

**IT IS FURTHER ORDERED** that Lighthouse will file with the Court and serve on Debtors, the United States Trustee, and any statutory committee appointed in this case (the "Notice Parties") a monthly staffing report, filed and served by the 20th of each month for the previous month, identifying the Lighthouse employees who worked on this case, the total hours billed by Lighthouse, and a summary of the tasks performed. Lighthouse will also file with the Court and serve on the Notice Parties a quarterly compensation report by the 20th of each month following the end of a quarter, showing the total fees and expenses for the preceding quarter. These reports will be deemed applications for interim compensation under sections 328 and 330. Parties in interest may object to the reports within 21 days after notice. The Court will rule on the applications after the deadline to object passes or after a hearing on the application.

**IT IS FURTHER ORDERED** that Debtors will allocate the fees and expenses approved among Debtors pro rata if the professionals charge for tasks that generally apply to all cases and to the appropriate Debtor if the tasks relate solely to a specific Debtor.

Dated: August 14, 2024.

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT

**EXHIBIT C**



| | |
|---|---|
| **Invoice:** | **1907735** |
| **Invoice Date:** | **February 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5000** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN 55112

For Previously Unbilled Professional Services Rendered Through January 31, 2025

**Regarding: Case Administration**

Total For Current Costs and Other Charges: $ 64.50

**Total For Current Invoice:** **$ 64.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**

Please send remittance information to paynotification@fredlaw.com

**Tax ID:**

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025. If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1907735** |
| **Invoice Date:** | **February 5, 2025** |
| **Page:** | |

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 01/06/25 | 1901810 | 2,157.50 | | 2,157.50 |

**Total Prior Balance:** **$ 2,157.50**

To avoid duplicate payments, the Prior Balance reflects what was still due as of February 5, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



**Invoice:** 1907735
**Invoice Date:** February 5, 2025
**Client Number:** 097807
**Matter Number:** 097807.5000

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Costs and Other Charges

|  |  | **Amount** |
|---|---|---|
| 01/07/25 | COURTS/USBC/ND-T - Certified Copy of Judgment | 12.50 |
| 01/13/25 | COURTS/USBC/ND-T - Two Certified Copies of Judgment | 26.00 |
| 01/21/25 | COURTS/USBC-ND-T - Two Certified Copies of Judgment | 26.00 |

**Current Costs and Other Charges:** **$ 64.50**

### Invoice Totals

Total For Current Costs and Other Charges: $ 64.50

**Total For Current Invoice:** **$ 64.50**



| | |
|---|---|
| **Invoice:** | 1907736 |
| **Invoice Date:** | February 5, 2025 |
| **Client Number:** | 097807 |
| **Matter Number:** | 097807.5001 |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through January 31, 2025

**Regarding: Asset Analysis and Recovery**

Total for Current Legal Fees: $ 19,819.50

**Total For Current Invoice:** **$ 19,819.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**

Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

**Invoice:** **1907736**
**Invoice Date:** **February 5, 2025**
**Page:**

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 01/06/25 | 1901811 | 27,792.00 | | 27,792.00 |

**Total Prior Balance:**                                                                                      **$ 27,792.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of February 5, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



| | |
|---|---|
| **Invoice:** | **1907736** |
| **Invoice Date:** | **February 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5001** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 01/02/25 | S. Kinsella | Communications with counsel for project borrower. | 0.10 | 63.50 |
| 01/03/25 | S. Kinsella | Communications with counsel for project borrowers. | 0.20 | 127.00 |
| 01/06/25 | K. Nixon | Meeting with CRO regarding asset analysis. | 1.10 | 533.50 |
| 01/06/25 | S. Kinsella | Meeting with CRO regarding outstanding adversary proceedings and settlement proposals (1.2); multiple communications with counsel for borrowers regarding settlement proposals (.9); communications with conflicts counsel regarding additional adversary proceedings (.4). | 2.50 | 1,587.50 |
| 01/07/25 | S. Kinsella | Phone call with CRO regarding status of settlement discussions (.6); meeting with counsel for project borrowers (.6); analyze potential mediation options (.4). | 1.60 | 1,016.00 |
| 01/08/25 | K. Nixon | Review comprehensive list re: status of open adversary proceedings and send copy to CRO. | 0.20 | 97.00 |
| 01/08/25 | S. Kinsella | Phone call with CRO regarding status of settlement negotiations (1.2); communications with counsel for borrowers regarding settlement proposals (.5); prepare analysis of pending litigation and ongoing settlement discussions (1.8). | 3.50 | 2,222.50 |
| 01/09/25 | S. Kinsella | Phone call with borrower counsel (.5); phone call with CRO regarding the same (.5); email communications with multiple borrower counsel regarding settlement proposals (.7); analyze mediator options and prepare strategy regarding the same (.8); continue to prepare analysis of current settlement proposals and status of adversary proceedings (.5). | 3.00 | 1,905.00 |

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



| | Invoice: | 1907736 |
| --- | --- | --- |
| | Invoice Date: | February 5, 2025 |
| | Page: | 2 |

| 01/10/25 | S. Kinsella | Communications with counsel for project borrower regarding settlement proposal. | 0.30 | 190.50 |
| --- | --- | --- | --- | --- |
| 01/13/25 | S. Kinsella | Meeting with CRO (.9); meeting with counsel for project borrower (.9); review settlement proposal (.4); extensive communications with counsel for project borrower (.8); analyze separate settlement proposal and related issues (.7); communications with CRO regarding settlement proposals (.4). | 4.10 | 2,603.50 |
| 01/13/25 | K. Nixon | Meetings with CRO regarding asset analysis (1.1); phone call with G. Singer re: status and resolution of certain adversary proceedings (0.4); email A. Griffin re: garnishments (0.1). | 1.60 | 776.00 |
| 01/14/25 | S. Kinsella | Communications with potential conflicts counsel (.1); phone call with CRO regarding settlement proposals (.3); review settlement proposals (.2). | 0.60 | 381.00 |
| 01/15/25 | S. Kinsella | Meeting with CRO regarding settlement proposals (.5); communications with counsel for project borrowers regarding settlement (.3). | 0.80 | 508.00 |
| 01/17/25 | S. Kinsella | Communications with potential mediator (.1); communications with project borrower (.2). | 0.30 | 190.50 |
| 01/21/25 | S. Kinsella | Communications with potential mediator (.5); phone call with CRO regarding settlement proposal (.6). | 1.10 | 698.50 |
| 01/22/25 | S. Kinsella | Analyze settlement proposal (.2); communications with mediator (.2). | 0.40 | 254.00 |
| 01/23/25 | K. Nixon | Email CRO re: information requested from certain borrower. | 0.10 | 48.50 |
| 01/23/25 | S. Kinsella | Meeting with CRO regarding settlement proposals. | 0.70 | 444.50 |
| 01/24/25 | K. Nixon | Meeting with J. Klein re: mediation. | 0.50 | 242.50 |
| 01/24/25 | S. Kinsella | Meeting with mediator and follow up communications (.7); communications with counsel for project borrower (.2). | 0.90 | 571.50 |
| 01/27/25 | S. Kinsella | Meeting with CRO (1.1); prepare analysis of outstanding loans and status of negotiations (.7); communications with counsel for project borrowers (.9). | 2.70 | 1,714.50 |
| 01/27/25 | K. Nixon | Meeting with CRO regarding asset analysis (1.2); email A. Griffin re: garnishments and domesticating judgments (0.1). | 1.30 | 630.50 |
| 01/28/25 | S. Kinsella | Phone call with CRO regarding status of negotiations (.6); meeting with counsel for project borrower regarding settlement proposals (.2). | 0.80 | 508.00 |



| | | | | |
|---|---|---|---|---|
| | **Invoice:** | **1907736** | | |
| | **Invoice Date:** | **February 5, 2025** | | |
| | **Page:** | **3** | | |

| | | | | |
|---|---|---|---|---|
| 01/29/25 | K. Nixon | Draft complaint against borrower(s). | 1.50 | 727.50 |
| 01/29/25 | S. Kinsella | Review mediator documents (.3); review settlement proposals (.6). | 0.90 | 571.50 |
| 01/30/25 | S. Kinsella | Analyze settlement proposals. | 0.70 | 444.50 |
| 01/31/25 | S. Kinsella | Review settlement proposals (.4); phone call with CRO regarding the same (.8). | 1.20 | 762.00 |
| | **Current Legal Fees:** | | **32.70** | **$ 19,819.50** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R. Kinsella | 635.00 | 26.40 | 16,764.00 |
| Katherine Nixon | 485.00 | 6.30 | 3,055.50 |
| **Total** | | **32.70** | **$ 19,819.50** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 19,819.50 |
| **Total For Current Invoice:** | **$ 19,819.50** |



**Invoice:** 1907737
**Invoice Date:** February 5, 2025
**Client Number:** 097807
**Matter Number:** 097807.5002

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through January 31, 2025

**Regarding: Asset Disposition**

Total for Current Legal Fees:                                                                    $ 582.00

**Total For Current Invoice:**                                                              **$ 582.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**                **Online Payments:**                **Wire Instructions:**

Fredrikson & Byron P.A.                Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484

Please send remittance information to paynotification@fredlaw.com

**Tax ID:**

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1907737**
**Invoice Date:** **February 5, 2025**
**Page:**

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 01/06/25 | 1901812 | 504.00 | | 504.00 |

**Total Prior Balance:** **$ 504.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of February 5, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



| | |
|---|---|
| **Invoice:** | **1907737** |
| **Invoice Date:** | **February 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5002** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 01/07/25 | K. Nixon | Draft revised proposed order approving settlement with Friends of the Wave, LLC. | 0.20 | 97.00 |
| 01/08/25 | K. Nixon | Email regarding Court approval of settlement with Friends of the Wave, LLC. | 0.10 | 48.50 |
| 01/17/25 | K. Nixon | Email G. Singer re: mediation. | 0.10 | 48.50 |
| 01/21/25 | K. Nixon | Draft motion to approve settlement with LTC - The Falcon, LLC. | 0.50 | 242.50 |
| 01/22/25 | K. Nixon | Finalize motion to approve settlement with LTC - The Falcon, LLC. | 0.30 | 145.50 |
| | **Current Legal Fees:** | | **1.20** | **$ 582.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Katherine  Nixon | 485.00 | 1.20 | 582.00 |
| **Total** | | **1.20** | **$ 582.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 582.00 |
| **Total For Current Invoice:** | **$ 582.00** |



| | |
|---|---|
| **Invoice:** | 1907738 |
| **Invoice Date:** | February 5, 2025 |
| **Client Number:** | 097807 |
| **Matter Number:** | 097807.5007 |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN 55112

For Previously Unbilled Professional Services Rendered Through January 31, 2025

**Regarding: Claims Administration and Objections**

Total for Current Legal Fees: $ 190.50

**Total For Current Invoice:** **$ 190.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**

Please send remittance information to paynotification@fredlaw.com

**Tax ID:**

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025. If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

**Invoice:** **1907738**
**Invoice Date:** **February 5, 2025**
**Page:**

---

**Prior Balance Due Detail**

---

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 01/06/25 | 1901813 | 84.00 | | 84.00 |

**Total Prior Balance:** **$ 84.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of February 5, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



**Invoice:** 1907738
**Invoice Date:** February 5, 2025
**Client Number:** 097807
**Matter Number:** 097807.5007

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 01/24/25 | S. Kinsella | Communications with claimants regarding claims buyer. | 0.30 | 190.50 |
| | **Current Legal Fees:** | | **0.30** | **$ 190.50** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|-----------|-----------|-------|---------------|
| Steven R.  Kinsella | 635.00 | 0.30 | 190.50 |
| **Total** | | **0.30** | **$ 190.50** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 190.50 |
| **Total For Current Invoice:** | **$ 190.50** |

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



| | |
|---|---|
| **Invoice:** | **1907739** |
| **Invoice Date:** | **February 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5010** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through January 31, 2025

**Regarding: Employment and Fee Applications**

Total for Current Legal Fees:                                        $ 2,698.00

**Total For Current Invoice:**                              **$ 2,698.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                    **Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484

Please send remittance information to paynotification@fredlaw.com

**Tax ID:**

*** Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025. If you have questions about the billing rates of specific individuals, please contact your billing attorney. ***

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

**Invoice:** **1907739**
**Invoice Date:** **February 5, 2025**
**Page:**

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|---------------|--------|----------|-------------|
| 01/06/25 | 1901814 | 1,430.50 | | 1,430.50 |
| | **Total Prior Balance:** | | | **$ 1,430.50** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of February 5, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



| | |
|---|---|
| **Invoice:** | **1907739** |
| **Invoice Date:** | **February 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5010** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 01/15/25 | K. Nixon | Draft Fredrikson's fifth fee application and Lighthouse's fifth staffing report and Q4 quarterly report. | 1.70 | 824.50 |
| 01/15/25 | S. Kinsella | Review and revise fee application (.2); review order approving fees (.1). | 0.30 | 190.50 |
| 01/16/25 | K. Nixon | Finalize Fredrikson's fifth fee application. | 0.10 | 48.50 |
| 01/16/25 | S. Kinsella | Meeting with special litigation counsel. | 0.70 | 444.50 |
| 01/16/25 | K. Nixon | Email CRO re: approval of November 2024 staffing report. | 0.10 | 48.50 |
| 01/16/25 | S. Stallings | Attention to finalizing fee application and exhibits and e-filing. | 0.50 | 117.50 |
| 01/21/25 | S. Kinsella | Review and revise application to employ special counsel. | 0.20 | 127.00 |
| 01/21/25 | S. Stallings | Prepare application to employ Fremstad Law as special counsel and email to counsel regarding same. | 0.80 | 188.00 |
| 01/24/25 | K. Nixon | Attention to inquiry re: unpaid invoices. | 0.30 | 145.50 |
| 01/28/25 | K. Nixon | Email CRO re: granting of Stinson's fourth fee application. | 0.10 | 48.50 |
| 01/29/25 | S. Kinsella | Communications with conflicts counsel regarding application to employ. | 0.10 | 63.50 |
| 01/30/25 | S. Kinsella | Review, revise, and finalize employment application. | 0.60 | 381.00 |
| 01/30/25 | S. Stallings | Attention to finalizing application to employ Fremstad; emails to S. Kinsella and Fremstad regarding same and status. | 0.30 | 70.50 |
| | **Current Legal Fees:** | | **5.80** | **$ 2,698.00** |

# Fredrikson

**Invoice:** 1907739
**Invoice Date:** February 5, 2025
**Page:** 2

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 635.00 | 1.90 | 1,206.50 |
| Katherine  Nixon | 485.00 | 2.30 | 1,115.50 |
| Shataia  Stallings | 235.00 | 1.60 | 376.00 |
| **Total** | | **5.80** | **$ 2,698.00** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 2,698.00 |
| **Total For Current Invoice:** | **$ 2,698.00** |

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



| | |
|---|---|
| **Invoice:** | **1907740** |
| **Invoice Date:** | **February 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5013** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through January 31, 2025

**Regarding: Meetings and Communications  with Creditors**

Total for Current Legal Fees: $ 5,724.50

**Total For Current Invoice:** **$ 5,724.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**        **Online Payments:**                **Wire Instructions:**

Fredrikson & Byron P.A.        Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



**Please send remittance information to paynotification@fredlaw.com**

**Tax ID:** ▮▮▮▮▮▮▮

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1907740** |
| **Invoice Date:** | **February 5, 2025** |
| **Page:** | |

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 11/04/24 | 1888543 | 57.50 | | 57.50 |
| 01/06/25 | 1901816 | 356.00 | | 356.00 |
| | **Total Prior Balance:** | | | **$ 413.50** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of February 5, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



| | |
|---|---|
| **Invoice:** | **1907740** |
| **Invoice Date:** | **February 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5013** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 01/03/25 | S. Kinsella | Communications with creditor. | 0.10 | 63.50 |
| 01/09/25 | S. Kinsella | Prepare for and participate in meeting with Committee counsel regarding status of negotiations and adversary proceedings. | 1.30 | 825.50 |
| 01/13/25 | S. Kinsella | Communications with Committee counsel regarding meeting and creditor communication. | 0.20 | 127.00 |
| 01/14/25 | S. Kinsella | Communications with Committee counsel regarding meeting with Committee and prepare for the same. | 0.20 | 127.00 |
| 01/21/25 | K. Nixon | Attention to preparation for meeting with committee. | 0.20 | 97.00 |
| 01/22/25 | S. Kinsella | Meeting with Committee. | 0.80 | 508.00 |
| 01/22/25 | K. Nixon | Meet with official committee of unsecured creditors and follow up phone call with CRO re: the same. | 1.70 | 824.50 |
| 01/23/25 | S. Kinsella | Communications with Committee and creditor regarding reports. | 0.20 | 127.00 |
| 01/24/25 | S. Kinsella | Prepare for and participate in meeting with counsel for Committee (1.0); communications with creditor (.3). | 1.30 | 825.50 |
| 01/24/25 | K. Nixon | Meet with counsel for the committee and strategize re: certain issues including notice and plan filing. | 1.00 | 485.00 |
| 01/27/25 | S. Kinsella | Communications with creditor (.1); prepare status update for Committee (.6). | 0.70 | 444.50 |
| 01/28/25 | S. Kinsella | Prepare list and status update regarding pending negotiations for Committee Counsel. | 0.60 | 381.00 |
| 01/29/25 | S. Kinsella | Finalize and send update regarding negotiations to Committee counsel (.7); communications with creditor (.1). | 0.80 | 508.00 |



| | | | | |
|---|---|---|---|---|
| | **Invoice:** | **1907740** | | |
| | **Invoice Date:** | **February 5, 2025** | | |
| | **Page:** | **2** | | |

| 01/30/25 | S. Kinsella | Communications with Committee regarding settlement proposals. | 0.50 | 317.50 |
|---|---|---|---|---|
| 01/31/25 | S. Kinsella | Communications with Committee counsel regarding settlement proposals. | 0.10 | 63.50 |
| | **Current Legal Fees:** | | **9.70** | **$ 5,724.50** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 635.00 | 6.80 | 4,318.00 |
| Katherine  Nixon | 485.00 | 2.90 | 1,406.50 |
| **Total** | | **9.70** | **$ 5,724.50** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 5,724.50 |
| **Total For Current Invoice:** | **$ 5,724.50** |



| | |
|---|---|
| **Invoice:** | 1907741 |
| **Invoice Date:** | February 5, 2025 |
| **Client Number:** | 097807 |
| **Matter Number:** | 097807.5015 |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through January 31, 2025

**Regarding: Plan and Disclosure Statement**

Total for Current Legal Fees: $ 6,666.50

**Total For Current Invoice:** **$ 6,666.50**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                    **Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:**

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



| | |
|---|---|
| **Invoice:** | **1907741** |
| **Invoice Date:** | **February 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5015** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 01/07/25 | S. Kinsella | Continue to draft plan. | 1.40 | 889.00 |
| 01/08/25 | S. Kinsella | Continue to draft plan. | 0.10 | 63.50 |
| 01/09/25 | S. Kinsella | Continue to draft plan. | 0.30 | 190.50 |
| 01/10/25 | S. Kinsella | Draft plan. | 0.10 | 63.50 |
| 01/13/25 | S. Kinsella | Draft plan. | 1.20 | 762.00 |
| 01/13/25 | K. Nixon | Draft motion for substantive consolidation. | 0.80 | 388.00 |
| 01/14/25 | S. Kinsella | Continue to draft plan. | 2.60 | 1,651.00 |
| 01/15/25 | S. Kinsella | Draft plan. | 0.20 | 127.00 |
| 01/23/25 | K. Nixon | Draft motion for substantive consolidation. | 0.70 | 339.50 |
| 01/27/25 | S. Kinsella | Review and revise substantive consolidation motion. | 0.40 | 254.00 |
| 01/27/25 | K. Nixon | Revise motion for substantive consolidation and send to CRO for further input/review. | 0.20 | 97.00 |
| 01/29/25 | S. Kinsella | Draft plan. | 1.60 | 1,016.00 |
| 01/30/25 | S. Kinsella | Continue to draft plan. | 1.30 | 825.50 |
| | **Current Legal Fees:** | | **10.90** | **$ 6,666.50** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 635.00 | 9.20 | 5,842.00 |
| Katherine  Nixon | 485.00 | 1.70 | 824.50 |
| **Total** | | **10.90** | **$ 6,666.50** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1907741** |
| **Invoice Date:** | **February 5, 2025** |
| **Page:** | **2** |

## Invoice Totals

Total for Current Legal Fees:                                               $ 6,666.50

**Total For Current Invoice:**                                         **$ 6,666.50**



| | | |
|---|---|---|
| **Invoice:** | | 1907742 |
| **Invoice Date:** | | February 5, 2025 |
| **Client Number:** | | 097807 |
| **Matter Number:** | | 097807.5018 |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through January 31, 2025

**Regarding: Reporting**

| | |
|---|---|
| Total for Current Legal Fees: | $ 358.50 |
| **Total For Current Invoice:** | **$ 358.50** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**

Bank (Swift):          HATRUS44
**Please send remittance information to paynotification@fredlaw.com**

**Tax ID:**

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

**Invoice:** **1907742**
**Invoice Date:** **February 5, 2025**
**Page:**

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 09/05/24 | 1876154 | 7,565.50 | (3,001.50) | 4,564.00 |
| 01/06/25 | 1901817 | 372.50 | | 372.50 |

**Total Prior Balance:** **$ 4,936.50**

To avoid duplicate payments, the Prior Balance reflects what was still due as of February 5, 2025. If payment has been sent close to this date, please verify payment status.



| | |
|---|---|
| **Invoice:** | **1907742** |
| **Invoice Date:** | **February 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5018** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 01/20/25 | K. Nixon | Email CRO re: monthly staffing report, quarterly report, and December MOR. | 0.10 | 48.50 |
| 01/21/25 | S. Stallings | Finalize & email monthly operating report for the Debtors and forward bank records to UST. | 0.70 | 164.50 |
| 01/21/25 | K. Nixon | Review and assist in finalizing December 2024 MORs and staffing/quarterly reports. | 0.30 | 145.50 |
| | **Current Legal Fees:** | | **1.10** | **$ 358.50** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|------------|-----------|-------|---------------|
| Katherine  Nixon | 485.00 | 0.40 | 194.00 |
| Shataia  Stallings | 235.00 | 0.70 | 164.50 |
| **Total** | | **1.10** | **$ 358.50** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 358.50 |
| **Total For Current Invoice:** | **$ 358.50** |



| | |
|---|---|
| **Invoice:** | 1907743 |
| **Invoice Date:** | February 5, 2025 |
| **Client Number:** | 097807 |
| **Matter Number:** | 097807.0003 |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through January 31, 2025

**Regarding: Adversary action against Preference 42, LLC**

Total for Current Legal Fees:                                                              $ 194.00

**Total For Current Invoice:                                                          $ 194.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**               **Online Payments:**               **Wire Instructions:**

Fredrikson & Byron P.A.               Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484

Please send remittance information to paynotification@fredlaw.com

**Tax ID:**

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

**Invoice:**       **1907743**
**Invoice Date:**  **February 5, 2025**
**Page:**

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 01/06/25 | 1901800 | 42.00 | | 42.00 |

**Total Prior Balance:**                                          **$ 42.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of February 5, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



**Invoice:** **1907743**
**Invoice Date:** **February 5, 2025**
**Client Number:** **097807**
**Matter Number:** **097807.0003**

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 01/15/25 | K. Nixon | Attend and participate in scheduling conference. | 0.20 | 97.00 |
| 01/29/25 | K. Nixon | Draft statement re: jury trial demand. | 0.10 | 48.50 |
| 01/31/25 | K. Nixon | Review scheduling order and email CRO re: the same. | 0.10 | 48.50 |
| | **Current Legal Fees:** | | **0.40** | **$ 194.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|------------|-----------|-------|---------------|
| Katherine  Nixon | 485.00 | 0.40 | 194.00 |
| **Total** | | **0.40** | **$ 194.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 194.00 |
| **Total For Current Invoice:** | **$ 194.00** |

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



**Invoice:** 1907744
**Invoice Date:** February 5, 2025
**Client Number:** 097807
**Matter Number:** 097807.0004

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through January 31, 2025

**Regarding: Adversary against Boulevard Square**

Total for Current Legal Fees: $ 2,842.00

Total For Current Costs and Other Charges: $ 20.00

**Total For Current Invoice:** **$ 2,862.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**         **Online Payments:**

Fredrikson & Byron P.A.         Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484

**Wire Instructions:**

| | |
|---|---|
| Bank: | BMO Bank N.A. |
| Bank Address: | 320 South Canal Street |
| | Chicago, IL 60606 |
| ABA Routing No.: | 071000288 |
| Beneficiary: | Fredrikson & Byron P.A. |
| Account No: | 0027619625 |
| Bank (Swift): | HATRUS44 |

**Please send remittance information to paynotification@fredlaw.com**

**Tax ID: 41-0971937**

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

| | | | | |
|---|---|---|---|---|
| **Invoice:** | **1907744** |
| **Invoice Date:** | **February 5, 2025** |
| **Page:** | |

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|---------------|--------|----------|-------------|
| 01/06/25 | 1901801 | 871.00 | | 871.00 |
| | **Total Prior Balance:** | | | **$ 871.00** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of February 5, 2025. If payment has been sent close to this date, please verify payment status.



| | | |
|---|---|---|
| **Invoice:** | **1907744** | |
| **Invoice Date:** | **February 5, 2025** | |
| **Client Number:** | **097807** | |
| **Matter Number:** | **097807.0004** | |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 01/10/25 | S. Kinsella | Analyze settlement proposal. | 0.10 | 63.50 |
| 01/10/25 | A. Griffin | Draft and edit letters to the clerk of court and affidavit accompanying foreign judgment. | 1.50 | 480.00 |
| 01/10/25 | K. Nixon | Review order granting motion for default judgments and email A. Griffin re: domestication of judgments. | 0.20 | 97.00 |
| 01/14/25 | K. Nixon | Email A. Griffin re: garnishments. | 0.10 | 48.50 |
| 01/15/25 | K. Nixon | Attend and participate in scheduling conference (0.3); email CRO re: schedule (0.1). | 0.60 | 291.00 |
| 01/17/25 | K. Nixon | Emails with A. Griffin re: banking information. | 0.20 | 97.00 |
| 01/17/25 | A. Griffin | Research ND law and process regarding garnishment of wages. | 0.50 | 160.00 |
| 01/23/25 | K. Nixon | Research jury trial issue. | 0.90 | 436.50 |
| 01/23/25 | S. Kinsella | Analyze settlement proposal. | 0.20 | 127.00 |
| 01/23/25 | A. Griffin | Review, edit, and finalize letter and affidavit with foreign judgments attached for clerk of court to file. | 1.00 | 320.00 |
| 01/28/25 | A. Griffin | Update letter to court, affidavit of foreign judgment, and draft affidavits of identification for each party for judgments against Boulevard II; E-file documents with the Court. | 0.50 | 160.00 |
| 01/29/25 | K. Nixon | Draft statement re: jury trial demand. | 0.10 | 48.50 |
| 01/29/25 | A. Griffin | Update letter to court, affidavit of foreign judgment, and draft affidavits of identification for each party in Boulevard IV matter; E-file documents with the Court. | 0.60 | 192.00 |



| | | |
|---|---|---|
| **Invoice:** | **1907744** | |
| **Invoice Date:** | **February 5, 2025** | |
| **Page:** | **2** | |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 01/29/25 | A. Griffin | Call clerk of court to determine preference between filing hard copy and e-filing; Update letter to court, affidavit of foreign judgment, and draft affidavits of identification for each party for judgments against Boulevard IV; E-file documents with the Court. | 0.70 | 224.00 |
| 01/31/25 | K. Nixon | Attention to Clerk's notice of returned mail. | 0.20 | 97.00 |
| | **Current Legal Fees:** | | **7.40** | **$ 2,842.00** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 635.00 | 0.30 | 190.50 |
| Katherine  Nixon | 485.00 | 2.30 | 1,115.50 |
| Abigale R.  Griffin | 320.00 | 4.80 | 1,536.00 |
| **Total** | | **7.40** | **$ 2,842.00** |

## Costs and Other Charges

| Date | Description | Amount |
|---|---|---|
| 01/23/25 | Filing fee Ward County Clerk of District Court (315 3rd St SE, P.O. Box 5005 Minot ND 58702) - 1.23.2025 - Foreign Judgment Fee | 10.00 |
| 01/23/25 | Filing fee Cass County Clerk of District Court - 1.23.2025 24-0723 - Foreign Judgment Fee | 10.00 |
| | **Current Costs and Other Charges:** | **$ 20.00** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 2,842.00 |
| Total For Current Costs and Other Charges: | $ 20.00 |
| **Total For Current Invoice:** | **$ 2,862.00** |



**Invoice:** 1907745
**Invoice Date:** February 5, 2025
**Client Number:** 097807
**Matter Number:** 097807.0005

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through January 31, 2025

**Regarding: Adversary against Pioneer Place, LLC**

Total for Current Legal Fees:                                    $ 1,056.50

Total For Current Costs and Other Charges:                       $ 10.00

**Total For Current Invoice:**                                   **$ 1,066.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**            **Online Payments:**            **Wire Instructions:**

Fredrikson & Byron P.A.            Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮▮▮

*** Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. ***

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1907745** |
| **Invoice Date:** | **February 5, 2025** |
| **Page:** | |

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 01/06/25 | 1901802 | 1,096.50 | | 1,096.50 |
| **Total Prior Balance:** | | | | **$ 1,096.50** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of February 5, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



| | |
|---|---|
| **Invoice:** | **1907745** |
| **Invoice Date:** | **February 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0005** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 01/06/25 | A. Griffin | Review Foreign Judgment Statute; Draft Affidavit of Identification and letter to clerk of court. | 1.20 | 384.00 |
| 01/06/25 | K. Nixon | Emails to M. Raum and A. Griffin re: domestication of judgment. | 0.20 | 97.00 |
| 01/06/25 | S. Kinsella | Provide instruction regarding domestication of judgment. | 0.10 | 63.50 |
| 01/14/25 | A. Griffin | Review, edit, and finalize documents to file to record foreign judgment. | 0.30 | 96.00 |
| 01/17/25 | A. Griffin | Research ND law and process regarding garnishment of wages; Begin preparing notice of intent to garnish. | 0.80 | 256.00 |
| 01/28/25 | A. Griffin | Update letter to court, affidavit of foreign judgment, and draft affidavits of identification for each party; E-file documents with the Court. | 0.50 | 160.00 |
| | **Current Legal Fees:** | | **3.10** | **$ 1,056.50** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 635.00 | 0.10 | 63.50 |
| Katherine  Nixon | 485.00 | 0.20 | 97.00 |
| Abigale R.  Griffin | 320.00 | 2.80 | 896.00 |
| **Total** | | **3.10** | **$ 1,056.50** |

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1907745** |
| **Invoice Date:** | **February 5, 2025** |
| **Page:** | **2** |

### Costs and Other Charges

| | | **Amount** |
|---|---|---|
| 01/14/25 | Filing fee Cass County Clerk of District Court - 00000 - Foreign Judgment Fee | 10.00 |
| | **Current Costs and Other Charges:** | **$ 10.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 1,056.50 |
| Total For Current Costs and Other Charges: | $ 10.00 |
| **Total For Current Invoice:** | **$ 1,066.50** |

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



| | |
|---|---|
| **Invoice:** | 1907746 |
| **Invoice Date:** | February 5, 2025 |
| **Client Number:** | 097807 |
| **Matter Number:** | 097807.0006 |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through January 31, 2025

**Regarding: Adversary against SAD Downtown, LLC d/b/a The Firm**

Total for Current Legal Fees:                                                $ 257.50

**Total For Current Invoice:**                                          **$ 257.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**          **Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484

██████████     ████████████

██████     ███████████

**Please send remittance information to paynotification@fredlaw.com**

**Tax ID:** ████████

*** Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. ***

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1907746** |
| **Invoice Date:** | **February 5, 2025** |
| **Page:** | |

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|---------------|--------|----------|-------------|
| 01/06/25 | 1901803 | 214.50 | | 214.50 |

**Total Prior Balance:**                                    **$ 214.50**

To avoid duplicate payments, the Prior Balance reflects what was still due as of February 5, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:** **1907746**
**Invoice Date:** **February 5, 2025**
**Client Number:** **097807**
**Matter Number:** **097807.0006**

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 01/15/25 | K. Nixon | Attend and participate in scheduling conference. | 0.20 | 97.00 |
| 01/29/25 | K. Nixon | Draft statement re: jury trial demand. | 0.20 | 97.00 |
| 01/29/25 | S. Kinsella | Review jury request response. | 0.10 | 63.50 |
| | **Current Legal Fees:** | | **0.50** | **$ 257.50** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|-----------|-----------|-------|---------------|
| Steven R.  Kinsella | 635.00 | 0.10 | 63.50 |
| Katherine  Nixon | 485.00 | 0.40 | 194.00 |
| **Total** | | **0.50** | **$ 257.50** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 257.50 |
| **Total For Current Invoice:** | **$ 257.50** |



**Invoice:**         1907747
**Invoice Date:**    February 5, 2025
**Client Number:**   097807
**Matter Number:**   097807.0007

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through January 31, 2025

**Regarding: Adversary against Greenfield Commons**

Total for Current Legal Fees:                                        $ 1,333.50

**Total For Current Invoice:**                                       **$ 1,333.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                    **Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID: 41-0971937**

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1907747** |
| **Invoice Date:** | **February 5, 2025** |
| **Page:** | |

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 01/06/25 | 1901804 | 126.00 | | 126.00 |

**Total Prior Balance:**                                                    **$ 126.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of February 5, 2025. If payment has been sent close to this date, please verify payment status.



| | |
|---|---|
| **Invoice:** | **1907747** |
| **Invoice Date:** | **February 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0007** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 01/16/25 | S. Kinsella | Review settlement proposal. | 0.20 | 127.00 |
| 01/17/25 | S. Kinsella | Analyze settlement proposals. | 0.60 | 381.00 |
| 01/30/25 | S. Kinsella | Review settlement counter proposals. | 0.80 | 508.00 |
| 01/31/25 | S. Kinsella | Prepare and send settlement counteroffers. | 0.50 | 317.50 |
| | **Current Legal Fees:** | | **2.10** | **$ 1,333.50** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 635.00 | 2.10 | 1,333.50 |
| **Total** | | **2.10** | **$ 1,333.50** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 1,333.50 |
| **Total For Current Invoice:** | **$ 1,333.50** |


# Fredrikson

| | |
|---|---|
| **Invoice:** | 1907748 |
| **Invoice Date:** | February 5, 2025 |
| **Client Number:** | 097807 |
| **Matter Number:** | 097807.0008 |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through January 31, 2025

**Regarding: Adversary against EPIC Holdings II**

Total for Current Legal Fees: $ 97.00

**Total For Current Invoice:** **$ 97.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮▮

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1907748**
**Invoice Date:** **February 5, 2025**
**Page:**

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 01/06/25 | 1901805 | 126.00 | | 126.00 |

**Total Prior Balance:** **$ 126.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of February 5, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



**Invoice:** **1907748**
**Invoice Date:** **February 5, 2025**
**Client Number:** **097807**
**Matter Number:** **097807.0008**

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 01/22/25 | K. Nixon | Email CRO re: filed answer. | 0.10 | 48.50 |
| 01/31/25 | K. Nixon | Review scheduling order and email CRO re: the same. | 0.10 | 48.50 |
| | **Current Legal Fees:** | | **0.20** | **$ 97.00** |

### Invoice Totals

Total for Current Legal Fees: $ 97.00

**Total For Current Invoice:** **$ 97.00**



| | |
|---|---|
| **Invoice:** | 1907749 |
| **Invoice Date:** | February 5, 2025 |
| **Client Number:** | 097807 |
| **Matter Number:** | 097807.0009 |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through January 31, 2025

**Regarding: Adversary against U of J MU Jamestown, LLC**

| | |
|---|---|
| Total for Current Legal Fees: | $ 959.50 |
| **Total For Current Invoice:** | **$ 959.50** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1907749** |
| **Invoice Date:** | **February 5, 2025** |
| **Page:** | |

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 01/06/25 | 1901806 | 356.00 | | 356.00 |
| **Total Prior Balance:** | | | | **$ 356.00** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of February 5, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:**        **1907749**
**Invoice Date:**    **February 5, 2025**
**Client Number:**   **097807**
**Matter Number:**   **097807.0009**

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 01/06/25 | S. Kinsella | Draft settlement agreement. | 0.50 | 317.50 |
| 01/17/25 | K. Nixon | Draft motion for default judgment. | 0.40 | 194.00 |
| 01/17/25 | S. Kinsella | Communications with client regarding answer deadline. | 0.20 | 127.00 |
| 01/20/25 | S. Kinsella | Revise settlement agreement. | 0.10 | 63.50 |
| 01/21/25 | S. Kinsella | Revise settlement agreement. | 0.10 | 63.50 |
| 01/21/25 | K. Nixon | Revise settlement agreement for client review and execution. | 0.40 | 194.00 |
| | **Current Legal Fees:** | | **1.70** | **$ 959.50** |

### Invoice Totals

Total for Current Legal Fees:          $ 959.50

**Total For Current Invoice:**          **$ 959.50**



**Invoice:** 1907750
**Invoice Date:** February 5, 2025
**Client Number:** 097807
**Matter Number:** 097807.0010

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through January 31, 2025

**Regarding: Adversary against LTC – The Don, LLC**

Total for Current Legal Fees: $ 160.50

**Total For Current Invoice:** **$ 160.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**



**Please send remittance information to paynotification@fredlaw.com**

**Tax ID:**

*** Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. ***

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

| | | |
|---|---|---|
| **Invoice:** | | **1907750** |
| **Invoice Date:** | | **February 5, 2025** |
| **Page:** | | |

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 01/06/25 | 1901807 | 147.00 | | 147.00 |
| | **Total Prior Balance:** | | | **$ 147.00** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of February 5, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



|  |  |
|---|---|
| **Invoice:** | **1907750** |
| **Invoice Date:** | **February 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0010** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 01/07/25 | K. Nixon | Review response to complaint and send copy of the same to CRO. | 0.10 | 48.50 |
| 01/29/25 | K. Nixon | Draft statement re: jury trial demand. | 0.10 | 48.50 |
| 01/31/25 | S. Kinsella | Review order for status conference on jury issue. | 0.10 | 63.50 |
|  | **Current Legal Fees:** |  | **0.30** | **$ 160.50** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 160.50 |
| **Total For Current Invoice:** | **$ 160.50** |

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com

# Fredrikson

| | |
|---|---|
| **Invoice:** | 1907751 |
| **Invoice Date:** | February 5, 2025 |
| **Client Number:** | 097807 |
| **Matter Number:** | 097807.0011 |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through January 31, 2025

**Regarding: Adversary against 36th and Veterans, LLC**

Total for Current Legal Fees:                                                                $ 929.50

**Total For Current Invoice:**                                                        **$ 929.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                              **Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484

Please send remittance information to paynotification@fredlaw.com

**Tax ID:**

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



| | | | | |
|---|---|---|---|---|
| **Invoice:** | | | **1907751** | |
| **Invoice Date:** | | | **February 5, 2025** | |
| **Page:** | | | | |

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|---------------|--------|----------|-------------|
| 01/06/25 | 1901808 | 147.00 | | 147.00 |

**Total Prior Balance:** **$ 147.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of February 5, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



| | |
|---|---|
| **Invoice:** | **1907751** |
| **Invoice Date:** | **February 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0011** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 01/17/25 | K. Nixon | Draft motion for default judgment. | 0.40 | 194.00 |
| 01/21/25 | K. Nixon | Finalize motion for default judgment for filing. | 0.20 | 97.00 |
| 01/22/25 | K. Nixon | Finalize motion for default judgment for filing. | 0.30 | 145.50 |
| 01/23/25 | K. Nixon | Submit proposed order to Court administration. | 0.10 | 48.50 |
| 01/27/25 | S. Kinsella | Phone call with counsel for defendant (.3); follow up phone call with CRO regarding the same (.3). | 0.60 | 381.00 |
| 01/29/25 | S. Kinsella | Communications with defense counsel regarding potential settlement. | 0.10 | 63.50 |
| | **Current Legal Fees:** | | **1.70** | **$ 929.50** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 929.50 |
| **Total For Current Invoice:** | **$ 929.50** |



| | |
|---|---|
| **Invoice:** | 1907752 |
| **Invoice Date:** | February 5, 2025 |
| **Client Number:** | 097807 |
| **Matter Number:** | 097807.0013 |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through January 31, 2025

**Regarding: Adversary against Pioneer Place Holdings, LLC**

Total for Current Legal Fees:                                                                     $ 515.00

**Total For Current Invoice:**                                                              **$ 515.00**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**              **Online Payments:**                        **Wire Instructions:**

Fredrikson & Byron P.A.                Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** █████████

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



|  | | | | Invoice: | **1907752** |
|---|---|---|---|---|---|
|  | | | | Invoice Date: | **February 5, 2025** |
|  | | | | Client Number: | **097807** |
|  | | | | Matter Number: | **097807.0013** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 01/09/25 | K. Nixon | Draft motion for default judgment. | 0.80 | 388.00 |
| 01/09/25 | S. Kinsella | Review motion for default judgment. | 0.10 | 63.50 |
| 01/10/25 | S. Kinsella | Analyze settlement proposal. | 0.10 | 63.50 |
|  | **Current Legal Fees:** |  | **1.00** | **$ 515.00** |

## Invoice Totals

Total for Current Legal Fees:                                    $ 515.00

**Total For Current Invoice:**                              **$ 515.00**

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com


# Fredrikson

| | |
|---|---|
| **Invoice:** | **1907753** |
| **Invoice Date:** | **February 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0016** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through January 31, 2025

**Regarding: Adversary against HI West Acres, LLC, f/k/a EPIC Hospitality, LLC**

Total for Current Legal Fees:                                                          $ 242.50

**Total For Current Invoice:**                                                    **$ 242.50**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                    **Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ████████

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1907753**
**Invoice Date:** **February 5, 2025**
**Client Number:** **097807**
**Matter Number:** **097807.0016**

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 01/15/25 | K. Nixon | Phone call with and email to G. Singer re: requested information. | 0.20 | 97.00 |
| 01/15/25 | K. Nixon | Email client re: filing of answer. | 0.10 | 48.50 |
| 01/17/25 | K. Nixon | Review scheduling order and email CRO re: the same. | 0.10 | 48.50 |
| 01/29/25 | K. Nixon | Draft statement re: jury trial demand. | 0.10 | 48.50 |
| | **Current Legal Fees:** | | **0.50** | **$ 242.50** |

### Invoice Totals

Total for Current Legal Fees:                                    $ 242.50

**Total For Current Invoice:**                               **$ 242.50**



| | |
|---|---|
| **Invoice:** | 1907754 |
| **Invoice Date:** | February 5, 2025 |
| **Client Number:** | 097807 |
| **Matter Number:** | 097807.0017 |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through January 31, 2025

**Regarding: Adversary against LTC – The Falcon, LLC**

Total for Current Legal Fees:                                                                $ 381.00

**Total For Current Invoice:**                                                          **$ 381.00**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**                **Online Payments:**                        **Wire Instructions:**

Fredrikson & Byron P.A.               Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

Tax ID: ▮▮▮▮▮▮▮

*** Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. ***

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



|  | **Invoice:** | **1907754** |
|---|---|---|
|  | **Invoice Date:** | **February 5, 2025** |
|  | **Client Number:** | **097807** |
|  | **Matter Number:** | **097807.0017** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 01/17/25 | S. Kinsella | Revise settlement agreement and send to borrower. | 0.30 | 190.50 |
| 01/21/25 | S. Kinsella | Finalize settlement agreement. | 0.30 | 190.50 |
|  | **Current Legal Fees:** |  | **0.60** | **$ 381.00** |

### Invoice Totals

Total for Current Legal Fees:                                            $ 381.00

**Total For Current Invoice:**                                        **$ 381.00**

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | **Jointly Administered** |
| | |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| | |
| Debtors. | Chapter 11 |

### NOTICE OF SIXTH APPLICATION OF FREDRIKSON & BYRON, P.A. FOR ALLOWANCE OF FEES AND EXPENSES AS CHAPTER 11 COUNSEL FOR THE DEBTORS FROM JANUARY 1, 2025 THROUGH JANUARY 31, 2025

TO: The parties-in-interest as specified in the Notice and Service Requirements adopted pursuant to Local Rule 2002-1 and the Court's order limiting notice pursuant to Fed. R. Bankr. P. 2002(i). (ECF No. 124.)

1. **NOTICE IS HEREBY GIVEN** that Fredrikson & Byron, P.A., as Chapter 11 counsel for the Debtors, has filed its sixth application for allowance of fees and expenses, a copy of which is attached hereto and served upon you.

2. **NOTICE IS FURTHER GIVEN** that any objection to the application must be filed with the Clerk of the United States Bankruptcy Court, whose address is Quentin N. Burdick Courthouse, 655 First Avenue North, Suite 210, Fargo, North Dakota 58102, and served upon the attorney whose name and address is listed below, by **Friday, March 7, 2025, which is twenty-one (21) days from the date of the filing of this Notice**. Any objections not filed and served may deemed waived.

Dated:  February 14, 2025

/e/ *Steven R. Kinsella*

Michael S. Raum (#05676)
**FREDRIKSON & BYRON, P.A.**
51 Broadway, Suite 400
Fargo, ND  58102-4991
701.237.8200
mraum@fredlaw.com

Steven R. Kinsella (#09514)
Katherine A. Nixon (*pro hac vice* MN #0402772)
**FREDRIKSON & BYRON, P.A.**
60 South 6th Street, Suite 1500
Minneapolis, MN  55402-4400
612.492.7000
skinsella@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR DEBTORS**