**DEBTOR:** Epic Companies Midwest 2023 LLC    **CASE NO:** 24-30282

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 1/1/2025 to 1/31/2025

| CASH FLOW SUMMARY | Jul-24 | Aug-24 | Sep-24 | Oct-24 | Nov-24 | Dec-24 | Jan-25 | Accumulated |
|---|---|---|---|---|---|---|---|---|
| 1. Beginning Cash Balance | $ 177,704.18 | $ 180,622.51 | $ 180,760.63 | $ 202,757.45 | $ 209,790.61 | $ 322,307.21 | $ 245,878.43 | $ 177,704.18 (1) |
| 2. Cash Receipts | | | | | | | | |
| Operations | 1,375.00 | - | - | - | - | - | - | 1,375.00 |
| Loan Principal Payment | - | - | - | - | 200,000.00 | - | 29,000.00 | 229,000.00 |
| Loans/advances | - | - | - | - | - | - | - | - |
| Other: Loan Interest Income | 5,015.33 | 207.00 | 22,100.01 | 7,366.67 | 12,859.99 | 23,733.34 | 7,366.67 | 78,649.01 |
| Other: Interest Income | - | - | - | - | - | - | - | - |
| Total Cash Receipts | $ 6,390.33 | $ 207.00 | $ 22,100.01 | $ 7,366.67 | $ 212,859.99 | $ 23,733.34 | $ 36,366.67 | $ 309,024.01 |
| 3. Cash Disbursements | | | | | | | | |
| Operations | 3,472.00 | 68.88 | 103.19 | 333.51 | 93.39 | 162.12 | 233.30 | 4,466.39 |
| Debt Service/Secured loan payment | - | - | - | - | - | - | - | - |
| Professional fees/U.S. Trustee fees | - | - | - | - | 250.00 | - | - | 250.00 |
| Other | - | - | - | - | 100,000.00 | 100,000.00 | 100,000.00 | 300,000.00 |
| Total Cash Disbursements | $ 3,472.00 | $ 68.88 | $ 103.19 | $ 333.51 | $ 100,343.39 | $ 100,162.12 | $ 100,233.30 | $ 304,716.39 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | 2,918.33 | 138.12 | 21,996.82 | 7,033.16 | 112,516.60 | (76,428.78) | (63,866.63) | 4,307.62 |
| 5 Ending Cash Balance (to Form 2-C) | $ 180,622.51 | $ 180,760.63 | $ 202,757.45 | $ 209,790.61 | $ 322,307.21 | $ 245,878.43 | $ 182,011.80 | $ 182,011.80 (2) |

| CASH BALANCE SUMMARY | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ 0 |
| Operating Account | First Western Bank & Trust | 0 |
| Debtor-in-possession Account | US Bank | 182,011.80 |
| Other Interest-bearing Account | | 0 |
| TOTAL (must agree with Ending Cash Balance above) | | $ 182,011.80 |

(1) **Accumulated beginning cash balance is the cash available at the commencement of the case.**
    **Current month beginning cash balance should equal the previous month's ending balance.**
(2) **All cash balances should be the same.**

Exhibit 2.A

**DEBTOR:** Epic Companies Midwest 2023 LLC  **CASE NO:** 24-30282

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 1/1/2025 to 1/31/2025

**CASH RECEIPTS DETAIL**  **Account No:**
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|---|---|---|---|
| 1/22/2025 | The Wave | Loan Principal Payment | $ 29,000.00 |
| 1/30/2025 | Epic Unite REH | Other: Loan Interest Income | 3,125.00 |
| 1/30/2025 | Epic Unite REH | Other: Loan Interest Income | 375.00 |
| 1/30/2025 | Epic Unite REH | Other: Loan Interest Income | 400.00 |
| 1/30/2025 | Epic Unite REH | Other: Loan Interest Income | 2,000.00 |
| 1/30/2025 | Epic Unite REH | Other: Loan Interest Income | 1,466.67 |

**Total Cash Receipts** $ 36,366.67 (1)

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

Page 2 of 3
Rev. 01/01/18

EXHIBIT A

**DEBTOR:** Epic Companies Midwest 2023 LLC     **CASE NO:** 24-30282

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 1/1/2025 to 1/31/2025

**CASH DISBURSEMENTS DETAIL**     **Account No:** ▇▇▇▇▇▇

*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount $ |
|---|---|---|---|---|
| 1/15/2025 |  | USBank | Operations | 104.50 |
| 1/16/2025 | Transfer | Epic Companies Midwest L | Other | 100,000.00 |
| 1/22/2025 | 1006 | Vicki Campbell | Operations | 128.80 |

**Total Cash Disbursements**    $ 100,233.30 (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

Page 3 of 3
Rev. 01/01/18

# EXHIBIT B

**DEBTOR:** Epic Companies Midwest 2023 LLC  **CASE NO:** 24-30282

**Form 2-C**
**COMPARATIVE BALANCE SHEET**

For Period Ending 1/31/2025

| | 7/8/2024 | 7/31/2024 | 8/31/2024 | 9/30/2024 | 10/31/2024 | 11/30/2024 | 12/31/2024 | 1/31/2025 | Petition Date (1) |
|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | |
| Current Assets: | | | | | | | | | |
| Cash (from Form 2-B, line 5) | $ - | $ 180,622.51 | $ 180,760.63 | $ 202,757.45 | $ 209,790.61 | $ 322,307.21 | $ 245,878.43 | $ 182,011.80 | $ 177,704.18 |
| Accounts Receivable (from Form 2-E) | - | 199,479.72 | 154,700.88 | 231,894.45 | 300,146.35 | 294,813.03 | 287,446.36 | 286,832.35 | 133,562.64 |
| Receivable from Officers, Employees, Affiliates | - | - | - | - | - | - | - | - | - |
| Inventory | - | - | - | - | - | - | - | - | - |
| Other Current Assets :(List) Due from ECMW | - | - | - | - | - | 100,000.00 | 200,000.00 | 200,000.00 | - |
| | - | - | - | - | - | - | - | - | - |
| **Total Current Assets** | $ - | $ 380,102.23 | $ 335,461.51 | $ 434,651.90 | $ 509,936.96 | $ 717,120.24 | $ 733,324.79 | $ 668,844.15 | $ 311,266.82 |
| Fixed Assets: | | | | | | | | | |
| Land | $ - | - | - | - | - | - | - | - | $ - |
| Building | - | - | - | - | - | - | - | - | - |
| Equipment, Furniture and Fixtures | - | - | - | - | - | - | - | - | - |
| **Total Fixed Assets** | - | - | - | - | - | - | - | - | - |
| Less: Accumulated Depreciation | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) |
| **Net Fixed Assets** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Assets (List): | - | - | - | - | - | - | - | - | - |
| Notes Receivable | | 12,067,346.12 | 11,495,070.19 | 11,495,070.19 | 11,495,070.19 | 11,295,070.19 | 11,295,070.19 | 11,229,020.19 | 12,067,346.12 |
| | | - | | | | | | | |
| **TOTAL ASSETS** | $ - | $ 12,447,448.35 | $ 11,830,531.70 | $ 11,929,722.09 | $ 12,005,007.15 | $ 12,012,190.43 | $ 12,028,394.98 | $ 11,897,864.34 | $ 12,378,612.94 |
| **LIABILITIES** | | | | | | | | | |
| Post-petition Accounts Payable (from Form 2-E) | $ - | $ - | $ 37,326.93 | $ 57,176.61 | $ 115,208.87 | $ 143,112.13 | $ 183,048.90 | $ 205,695.97 | $ - |
| Post-petition Accrued Profesional Fees (from Form 2-E) | - | - | - | - | - | - | - | - | - |
| Post-petition Taxes Payable (from Form 2-E) | - | - | - | - | - | - | - | - | - |
| Post-petition Notes Payable | - | - | - | - | - | - | - | - | - |
| Other Post-petition Payable(List): | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - |
| **Total Post Petition Liabilities** | $ - | $ - | $ 37,326.93 | $ 57,176.61 | $ 115,208.87 | $ 143,112.13 | $ 183,048.90 | $ 205,695.97 | $ - |
| Pre Petition Liabilities: | | | | | | | | | |
| Secured Debt | - | - | - | - | - | - | - | - | - |
| Priority Debt | - | - | - | - | - | - | - | - | - |
| Prepetition Unsecured Debt | - | 12,327,013.80 | 11,754,737.87 | 11,754,737.87 | 11,754,737.87 | 11,754,737.87 | 11,754,737.87 | 11,754,737.87 | 12,327,013.80 |
| Class B | - | - | - | - | - | - | - | - | - |
| **Total Pre Petition Liabilities** | $ - | $ 12,327,013.80 | $ 11,754,737.87 | $ 11,754,737.87 | $ 11,754,737.87 | $ 11,754,737.87 | $ 11,754,737.87 | $ 11,754,737.87 | $ 12,327,013.80 |
| **TOTAL LIABILITIES** | $ - | $ 12,327,013.80 | $ 11,792,064.80 | $ 11,811,914.48 | $ 11,869,946.74 | $ 11,897,850.00 | $ 11,937,786.77 | $ 11,960,433.84 | $ 12,327,013.80 |
| **OWNERS' EQUITY** | | | | | | | | | |
| Owner's/Stockholder's Equity | $ - | $ 120,434.55 | $ 38,466.90 | $ 117,807.61 | $ 135,060.41 | $ 114,340.43 | $ 90,608.21 | $ (62,569.50) | $ 51,599.14 |
| Retained Earnings - Prepetition | - | - | - | - | - | - | - | - | - |
| Retained Earnings - Post-petition | - | - | - | - | - | - | - | - | - |
| **TOTAL OWNERS' EQUITY** | $ - | $ 120,434.55 | $ 38,466.90 | $ 117,807.61 | $ 135,060.41 | $ 114,340.43 | $ 90,608.21 | $ (62,569.50) | $ 51,599.14 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ - | $ 12,447,448.35 | $ 11,830,531.70 | $ 11,929,722.09 | $ 12,005,007.15 | $ 12,012,190.43 | $ 12,028,394.98 | $ 11,897,864.34 | $ 12,378,612.94 |

*(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.*

Page 1 of 1
Rev. 01/01/18

**EXHIBIT C**

**DEBTOR:** Epic Companies Midwest 2023 LLC          **CASE NO:** 24-30282

**Form 2-D**
**PROFIT AND LOSS STATEMENT**
**For Period** 1/1/2025 **to** 1/31/2025

| | Current Month | Accumulated Total (1) |
|---|---:|---:|
| Gross Operating Revenue | $ - | $ 1,375.00 |
| Less: Discounts, Returns and Allowances | ( - ) | ( - ) |
| **Net Operating Revenue** | $ - | $ 1,375.00 |
| Cost of Goods Sold | - | - |
| **Gross Profit** | $ - | $ 1,375.00 |
| Operating Expenses | | |
|    Compensation | $ - | $ 3,472.00 |
|    Selling, General and Administrative | 233.30 | 994.39 |
|    Rents and Leases | - | - |
|    Depreciation, Depletion and Amortization | - | - |
|    Other (list): | - | - |
| | - | - |
|    Total Operating Expenses | $ 233.30 | $ 4,466.39 |
| **Operating Income (Loss)** | $ (233.30) | $ (3,091.39) |
| Non-Operating Income and Expenses | | |
|    Other Non-Operating Expenses | $ - | $ - |
|    Gains (Losses) on Sale of Assets | - | - |
|    Interest Income | 7,366.67 | 78,649.01 |
|    Interest Expense | - | - |
|    Other Non-Operating Income | - | - |
|    Net Non-Operating Income or (Expenses) | $ 7,366.67 | $ 78,649.01 |
| Reorganization Expenses | | |
|    Legal and Professional Fees | $ - | $ - |
|    Other Reorganization Expense | | 250.00 |
|    Total Reorganization Expenses | $ - | $ 250.00 |
| **Net Income (Loss) Before Income Taxes** | $ 7,133.37 | $ 75,307.62 |
| Federal and State Income Tax Expense (Benefit) | - | - |
| **NET INCOME (LOSS)** | $ 7,133.37 | $ 75,307.62 |

*(1) Accumulated Totals include all revenue and expenses since the petition date.*

Page 1 of 1
Rev. 01/01/18

**DEBTOR:** Epic Companies Midwest 2023 LLC  **CASE NO:** 24-30282

Form 2-E
**SUPPORTING SCHEDULES**

For Period: 1/1/2025 to 1/31/2025

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | 7/31/2024 | 8/31/2024 | 9/30/2024 | 10/31/2024 | 11/30/2024 | 12/31/2024 | 1/31/2025 | Post Petition Accounts Payable |
|---|---|---|---|---|---|---|---|---|
| Under 30 days | $ 75,199.07 | 69,954.50 | 77,193.57 | 75,618.57 | 7,366.67 | - | - | 22,647.07 |
| 30 to 60 days | - | 67,832.40 | 69,954.50 | 69,826.90 | 66,918.57 | - | - | 39,936.77 |
| 61 to 90 days | - | - | 67,832.40 | 69,954.50 | 68,493.57 | 66,918.57 | - | 27,903.26 |
| 91 to 120 days | - | - | - | 67,832.40 | 68,621.17 | 68,493.57 | 66,644.90 | 58,032.26 |
| Over 120 days | - | - | - | - | 66,499.07 | 135,120.24 | 203,273.47 | 57,176.61 |
| **Total Post Petition** | 75,199.07 | 137,786.90 | 214,980.47 | 283,232.37 | 277,899.05 | 270,532.38 | 269,918.37 | |
| **Pre Petition Amounts** | 124,280.65 | 116,913.98 | 116,913.98 | 116,913.98 | 116,913.98 | 116,913.98 | 116,913.98 | |
| Total Accounts Receivable | $ 199,479.72 | $ 254,700.88 | 331,894.45 | 400,146.35 | 394,813.03 | 387,446.36 | 386,832.35 | |
| Less: Bad Debt Reserve | | (100,000.00) | (100,000.00) | (100,000.00) | (100,000.00) | (100,000.00) | (100,000.00) | |
| **Net Accounts Receivable (to Form 2-C)** | $ 199,479.72 | $ 154,700.88 | 231,894.45 | 300,146.35 | 294,813.03 | 287,446.36 | 286,832.35 | |

| | |
|---|---|
| **Total Post Petition Acc** | 205,695.97 |
| **Pre-Petition Accounts Payable** | 49,264.58 |
| **Total Accounts Payable** | 254,960.55 |

*Attach a detail listing of accounts receivable and post-petition accounts payable*

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | | | | |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other: CRO | - | - | - | | - |
| Total | $ - | $ - | $ - | | - |

*Balance due to include fees and expenses incurred but not yet paid.

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| Vicki Campbell | Governor & Accountant | accounting services | $ 128.80 |
| | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.