EXHIBIT A

**DEBTOR:** EC West Fargo LLC          **CASE NO:** 24-30285

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period: 1/1/2025 to 1/31/2025

| CASH FLOW SUMMARY | | Jul-24 | | Aug-24 | | Sep-24 | | Oct-24 | | Nov-24 | | Dec-24 | | Jan-25 | | Accumulated | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1. Beginning Cash Balance** | $ | 6,510.55 | $ | 6,510.55 | $ | 6,421.67 | $ | 6,302.76 | $ | 5,932.67 | $ | 5,563.25 | $ | 5,447.68 | $ | 6,510.55 | (1) |
| 2. Cash Receipts | | | | | | | | | | | | | | | | | |
| Operations | | - | | - | | - | | - | | - | | - | | - | | - | |
| Sale of Assets | | - | | - | | - | | - | | - | | - | | - | | - | |
| Loans/advances | | - | | - | | - | | - | | - | | - | | - | | - | |
| Other: Loan Interest Income | | - | | - | | - | | - | | - | | - | | - | | - | |
| Other: Interest Income | | - | | - | | - | | - | | - | | - | | - | | - | |
| Total Cash Receipts | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | |
| 3. Cash Disbursements | | | | | | | | | | | | | | | | | |
| Operations | | - | | 88.88 | | 118.91 | | 370.09 | | 119.42 | | 115.57 | | 148.93 | | 961.80 | |
| Debt Service/Secured loan payment | | - | | - | | - | | - | | - | | - | | - | | - | |
| Professional fees/U.S. Trustee fees | | - | | - | | - | | - | | 250.00 | | - | | 250.00 | | 500.00 | |
| Other | | - | | - | | - | | - | | - | | - | | - | | - | |
| Total Cash Disbursements | $ | - | $ | 88.88 | $ | 118.91 | $ | 370.09 | $ | 369.42 | $ | 115.57 | $ | 398.93 | $ | 1,461.80 | |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | | - | | (88.88) | | (118.91) | | (370.09) | | (369.42) | | (115.57) | | (398.93) | | (1,461.80) | |
| **5 Ending Cash Balance (to Form 2-C)** | $ | 6,510.55 | $ | 6,421.67 | $ | 6,302.76 | $ | 5,932.67 | $ | 5,563.25 | $ | 5,447.68 | $ | 5,048.75 | $ | 5,048.75 | (2) |

**CASH BALANCE SUMMARY**

| | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ 0 |
| Operating Account | First Western Bank & Trust | 0 |
| Debtor-in-possession Account | US Bank | 5,048.75 |
| Other Interest-bearing Account | | 0 |
| TOTAL (must agree with Ending Cash Balance above) | | $ 5,048.75 |

(1) *Accumulated beginning cash balance is the cash available at the commencement of the case.*
  *Current month beginning cash balance should equal the previous month's ending balance.*
(2) *All cash balances should be the same.*

EXHIBIT A

**DEBTOR:**   **EC West Fargo LLC**                                    **CASE NO:**     24-30285

### Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period:    1/1/2025 to    1/31/2025

**CASH RECEIPTS DETAIL**                **Account No:**    ▮▮▮▮▮▮
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
|      |       |             | $      |

**Total Cash Receipts**            $            -    (1)

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

**DEBTOR:**  EC West Fargo LLC

**CASE NO:**  24-30285

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period:  1/1/2025 to 1/31/2025

**CASH DISBURSEMENTS DETAIL**  **Account No:**

*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| 1/15/2025 | | USBank | Operations | 120.94 |
| 1/22/2025 | 1004 | Vicki Campbell | Operations | 27.99 |
| 1/28/2025 | 1005 | US Trustee Payment Center | Professional fees/U.S. Trustee fees | 250.00 |

**Total Cash Disbursements**  $ 398.93  (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

**DEBTOR:** EC West Fargo LLC

Exhibit B

Form 2-C

CASE NO. 24-30285

**COMPARATIVE BALANCE SHEET**

For Period Ending 1/31/2025

| | 7/8/2024 | 7/31/2024 | 8/31/2024 | 9/30/2024 | 10/31/2024 | 11/30/2024 | 12/31/2024 | 1/31/2025 | Petition Date (1) |
|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | |
| Current Assets: | | | | | | | | | |
| Cash (from Form 2-B, line 5) | $ - | $ 6,510.55 | $ 6,421.67 | $ 6,302.76 | $ 5,932.67 | $ 5,563.25 | $ 5,447.68 | $ 27.99 | $ 6,510.55 |
| Accounts Receivable (from Form 2-E) | - | 11,995.85 | 12,322.94 | 17,650.03 | 22,977.12 | 22,977.12 | 22,977.12 | 22,977.12 | 6,668.78 |
| Receivable from Officers, Employees, Affiliates | - | - | - | - | - | - | - | - | - |
| Inventory | - | - | - | - | - | - | - | - | - |
| Other Current Assets :(List) | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - |
| Total Current Assets | $ - | $ 18,506.40 | $ 18,744.61 | $ 23,952.79 | $ 28,909.79 | $ 28,540.37 | $ 28,424.80 | $ 23,005.11 | $ 13,179.33 |
| Fixed Assets: | | | | | | | | | |
| Land | $ - | - | - | | | | | - | $ - |
| Building | - | - | - | | | | | - | - |
| Equipment, Furniture and Fixtures | - | - | - | | | | | - | - |
| Total Fixed Assets | - | | | | | | | | - |
| Less: Accumulated Depreciation | ( - | ( - | ( - | ( | ( | ( | ( | - ) | ( - ) |
| Net Fixed Assets | $ - | $ - | $ - | $ | $ | $ | $ | $ - | $ - |
| Other Assets (List): | - | | | | | | | | |
| Notes Receivable | - | 945,000.00 | 945,000.00 | 945,000.00 | 945,000.00 | 945,000.00 | 945,000.00 | 945,000.00 | 945,000.00 |
| | - | | | | | | | | |
| **TOTAL ASSETS** | $ - | $ 963,506.40 | $ 963,744.61 | $ 968,952.79 | $ 973,909.79 | $ 973,540.37 | $ 973,424.80 | $ 968,005.11 | $ 958,179.33 |
| **LIABILITIES** | | | | | | | | | |
| Post-petition Accounts Payable (from Form 2-E) | $ - | $ - | $ 2,557.90 | $ 3,881.22 | $ 7,750.04 | $ 9,610.25 | $ 12,272.70 | $ 13,782.51 | $ - |
| Post-petition Accrued Profesional Fees (from Form 2-E) | - | - | - | - | - | - | - | - | - |
| Post-petition Taxes Payable (from Form 2-E) | - | - | - | - | - | - | - | - | - |
| Post-petition Notes Payable | - | - | - | - | - | - | - | - | - |
| Other Post-petition Payable(List): CRO | - | - | - | - | - | - | - | - | - |
| Total Post Petition Liabilities | $ - | $ - | $ 2,557.90 | $ 3,881.22 | $ 7,750.04 | $ 9,610.25 | $ 12,272.70 | $ 13,782.51 | $ - |
| Pre Petition Liabilities: | | | | | | | | | |
| Secured Debt | - | - | - | - | - | - | - | - | - |
| Priority Debt | - | - | - | - | - | - | - | - | - |
| Prepetition Unsecured Debt | - | 892,000.00 | 892,000.00 | 892,000.00 | 892,000.00 | 892,000.00 | 892,000.00 | 892,000.00 | 892,000.00 |
| Class B | - | 40,000.00 | 40,000.00 | 40,000.00 | 40,000.00 | 40,000.00 | 40,000.00 | 40,000.00 | 40,000.00 |
| Total Pre Petition Liabilities | $ - | $ 932,000.00 | $ 932,000.00 | $ 932,000.00 | $ 932,000.00 | $ 932,000.00 | $ 932,000.00 | $ 932,000.00 | $ 932,000.00 |
| **TOTAL LIABILITIES** | $ - | $ 932,000.00 | $ 934,557.90 | $ 935,881.22 | $ 939,750.04 | $ 941,610.25 | $ 944,272.70 | $ 945,782.51 | $ 932,000.00 |
| **OWNERS' EQUITY** | | | | | | | | | |
| Owner's/Stockholder's Equity | $ - | $ 31,506.40 | $ 29,186.71 | $ 33,071.57 | $ 34,159.75 | $ 31,930.12 | $ 29,152.10 | $ 22,222.60 | 26,179.33 |
| Retained Earnings - Prepetition | - | - | - | - | - | - | - | - | - |
| Retained Earnings - Post-petition | - | - | - | - | - | - | - | - | - |
| **TOTAL OWNERS' EQUITY** | $ - | $ 31,506.40 | $ 29,186.71 | $ 33,071.57 | $ 34,159.75 | $ 31,930.12 | $ 29,152.10 | $ 22,222.60 | $ 26,179.33 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ - | $ 963,506.40 | $ 963,744.61 | $ 968,952.79 | $ 973,909.79 | $ 973,540.37 | $ 973,424.80 | $ 968,005.11 | $ 958,179.33 |

*(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.*

Page 1 of 1
Rev. 01/01/18

EXHIBIT C

**DEBTOR:** EC West Fargo LLC          **CASE** 24-30285

## Form 2-D
## PROFIT AND LOSS STATEMENT
**For Period** 1/1/2025 **to** 1/31/2025

| | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ - | $ - |
| Less: Discounts, Returns and Allowances | ( - ) | ( - ) |
| **Net Operating Revenue** | $ - | $ - |
| Cost of Goods Sold | - | - |
| **Gross Profit** | $ - | $ - |
| Operating Expenses | | |
| Compensation | $ - | $ - |
| Selling, General and Administrative | 148.93 | 961.80 |
| Rents and Leases | - | - |
| Depreciation, Depletion and Amortization | - | - |
| Other (list): | - | - |
| | - | - |
| Total Operating Expenses | $ 148.93 | $ 961.80 |
| **Operating Income (Loss)** | $ (148.93) | $ (961.80) |
| Non-Operating Income and Expenses | | |
| Other Non-Operating Expenses | $ - | $ - |
| Gains (Losses) on Sale of Assets | - | - |
| Interest Income | - | - |
| Interest Expense | - | - |
| Other Non-Operating Income | - | - |
| Net Non-Operating Income or (Expenses) | $ - | $ - |
| Reorganization Expenses | | |
| Legal and Professional Fees | $ - | $ - |
| Other Reorganization Expense | 250.00 | 500.00 |
| Total Reorganization Expenses | $ 250.00 | $ 500.00 |
| **Net Income (Loss) Before Income Taxes** | $ (398.93) | $ (1,461.80) |
| Federal and State Income Tax Expense (Benefit) | - | - |
| **NET INCOME (LOSS)** | $ (398.93) | $ (1,461.80) |

*(1) Accumulated Totals include all revenue and expenses since the petition date.*

Page 1 of 1
Rev. 01/01/18

**DEBTOR:** EC West Fargo LLC      **CASE NO:**      24-30285

**Form 2-E**
**SUPPORTING SCHEDULES**

For Period: 1/1/2025 to 1/31/2025

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | 7/31/2024 | 8/31/2024 | 9/30/2024 | 10/31/2024 | 11/30/2024 | 12/31/2024 | 1/31/2025 | Post Petition Accounts Payable |
|---|---|---|---|---|---|---|---|---|
| Under 30 days | $ 5,327.09 | 5,327.09 | 5,327.09 | 5,327.09 | - | - | - | 1,509.81 |
| 30 to 60 days | - | 5,327.09 | 5,327.09 | 5,327.09 | 5,327.09 | - | - | 2,662.45 |
| 61 to 90 days | - | - | 5,327.09 | 5,327.09 | 5,327.09 | 5,327.09 | - | 1,860.21 |
| 91 to 120 days | - | - | - | 5,327.09 | 5,327.09 | 5,327.09 | 5,327.09 | 3,868.82 |
| Over 120 days | - | - | - | - | 5,327.09 | 10,654.18 | 15,981.27 | 3,881.22 |
| **Total Post Petition** | 5,327.09 | 10,654.18 | 15,981.27 | 21,308.36 | 21,308.36 | 21,308.36 | 21,308.36 | |
| **Pre Petition Amounts** | 6,668.76 | 6,668.76 | 6,668.76 | 6,668.76 | 6,668.76 | 6,668.76 | 6,668.76 | |
| Total Accounts Receivable | $ 11,995.85 | $ 17,322.94 | 22,650.03 | 27,977.12 | 27,977.12 | 27,977.12 | 27,977.12 | |
| Less: Bad Debt Reserve | | (5,000.00) | (5,000.00) | (5,000.00) | (5,000.00) | (5,000.00) | (5,000.00) | |
| **Net Accounts Receivable (to Form 2-C)** | $ 11,995.85 | $ 12,322.94 | 17,650.03 | 22,977.12 | 22,977.12 | 22,977.12 | 22,977.12 | |

| Total Post Petition Accounts Payable | 13,782.51 |
|---|---|
| Pre-Petition Accounts Payable | 9,644.98 |
| Total Accounts Payable | 23,427.49 |

*Attach a detail listing of accounts receivable and post-petition accounts payable*

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | | | | |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other: CRO | - | - | - | | - |
| **Total** | $ - | $ - | $ - | | - |

*Balance due to include fees and expenses incurred but not yet paid.

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| Vicki Campbell | Accountant | accounting services | $ 27.99 |
| | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.