## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

## NOTICE OF SIXTH APPLICATION OF STINSON LLP FOR ALLOWANCE OF FEES AND EXPENSES AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FROM JANUARY 1, 2025 THROUGH JANUARY 31, 2025

TO:     The parties-in-interest as specified in the Notice and Service Requirements adopted pursuant to Local Rule 2002-1 and the Court's Order limiting notice pursuant to Fed. R. Bankr. P. 2002(i). [Dkt. No. 124.]

1.     **NOTICE IS HEREBY GIVEN** that Stinson LLP, as counsel for the Official Committee of Unsecured Creditors, has filed its sixth application for allowance of fees and expenses, a copy of which is attached hereto and served upon you.

2.     **NOTICE IS FURTHER GIVEN** that any objection to the application must be filed with the Clerk of the United States Bankruptcy Court, whose address is Quentin N. Burdick Courthouse, 655 First Avenue North, Suite 210, Fargo, North Dakota 58102, and served upon the attorney whose name and address is listed below, by **Tuesday, March 18, 2025, which is twenty-one (21) days from the date of the filing of this Notice, excluding holidays**. Any objections not filed and served may deemed waived.

CORE/3531668.0002/196555372.1

Dated: February 25, 2025

*/s/ Benjamin J. Court*

Benjamin J. Court (ND #07776)
Christopher J. Harayda (MN #0390333)
Samantha J. Hanson-Lenn (MN #0402035)
**STINSON LLP**
50 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402
Telephone: 612-335-1500
benjamin.court@stinson.com
cj.harayda@stinson.com
samantha.hansonlenn@stinson.com

**COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED
CREDITORS.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | Jointly Administered |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

## SIXTH APPLICATION OF STINSON LLP FOR ALLOWANCE OF FEES AND EXPENSES AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FROM JANUARY 1, 2025, THROUGH JANUARY 31, 2025

1.      Stinson LLP ("Stinson") makes this Sixth Application for allowance of fees for professional services rendered and for reimbursement of expenses incurred as counsel for the Official Committee of Unsecured Creditors (the "Committee") of EPIC Companies Midwest, LLC, EPIC Companies Midwest 2023, LLC, EPIC Employee, LLC, EOLA Capital, LLC, and EC West Fargo, LLC (collectively, the "Debtors") pursuant to 11 U.S.C. § 330.

2.      In support of this Application, Stinson respectfully states as follows:

### **JURISDICTION**

3.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334 and Fed. R. Bankr. P. 5005. This a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The petitions commencing these Chapter 11 cases were filed on July 8, 2024 (the "Petition Date"). The cases are currently pending before this Court.

4.     This Application arises under 11 U.S.C. §§ 503(b)(2), 328(a), 330, 331, and 1103. This Application is filed under Fed. R. Bankr. P. 2016 and 2002(a)(6). Notice of this Application is provided pursuant to the Federal Rules of Bankruptcy Procedure, the Notice and Service Requirements adopted pursuant to Local R. 2002-1, and the Court's Order limiting notice pursuant to Fed. R. Bankr. P. 2002(i). [Dkt. No. 124.]

## BACKGROUND

5.     On July 30, 2024, the Office of the United States Trustee appointed the Committee. [Dkt. No. 58.]

6.     On August 7, 2024, the Committee selected Stinson to serve as its bankruptcy counsel, subject to court approval. On August 13, 2024, the Committee filed the Application to Employ Stinson LLP as Counsel to the Official Committee of Unsecured Creditors (the "Application to Employ"). [Dkt. No. 69.] The Court granted the Application to Employ, effective August 7, 2024, on August 30, 2024 via docket text (the "Order Approving Application to Employ"). [Dkt. No. 101.] A copy of the Order Approving Application to Employ is attached as **Exhibit A.**

7.     Pursuant to the Order Approving the Application to Employ, the Court also granted Stinson the authority to apply for fees and expenses pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Retained Professionals at Dkt. No. 72 (the "Order Establishing Fee Application Procedures"). The Order Establishing Fee Application Procedures is attached as **Exhibit B**.

8.     This is Stinson's sixth application for compensation under 11 U.S.C. § 331. Stinson's filed its first application on September 16, 2024 (the "First Application"); its second application on November 7, 2024 (the "Second Application"); its third application on December

2

2, 2024 (the "Third Application"); its fourth application on December 30, 2024 (the "Fourth Application"); and its fifth application on February 6, 2025 (the "Fifth Application"). [Dkt. Nos. 109, 160, 179, 202 and 219.] The Court has approved the First, Second, Third, and Fourth Applications as follows: 1) for the First Application, the Court approved $42,776.50 in fees and $1,953.04 in expenses for a total of $44,729.54 on October 21, 2024; 2) for the Second Application, the Court approved $40,957.50 in fees and $2,661.88 in expenses for a total of $43,619.38 on December 4, 2024; 3) for the Third Application, the Court approved $11,882.00 in fees on December 27, 2024; and 4) for the Fourth Application, the Court approved $16,105.50 in fees on January 27, 2025. [Dkt. Nos. 149, 181, 201, and 217.] The Fifth Application is currently pending before this Court. [*See* Dkt. No. 219.]

### **RELIEF REQUESTED**

1.     **Fees and Expenses**.  By this Application, Stinson requests allowance of fees for professional services rendered during Debtors' Chapter 11 cases between January 1, 2025, to January 31, 2025, in the amount of **$18,631.50**, and reimbursement of expenses in the amount of **$0.00**, for a total of **$18,631.50**.

2.     The professional services rendered by Stinson are detailed on the attached **Exhibit C**. Those services include the tasks specifically described below:

**(Task Code: B100 and B110) Case Administration:  $489.50**
Services include reviewing and analyzing court filings including the monthly operating reports, and preparing exhibits and finalizing filings with the court, including ensuring all court orders and local rules are followed.

| **Name** | **Hours** | **Year** | **Hourly Rate** | **Fees** |
|---|---|---|---|---|
| Samantha J. Hanson-Lenn | 1.1 | 2025 | $445 | $489.50 |
| **TOTAL** | **1.1** | | | **$489.50** |

| Blended Hourly Rate: | $445.00 |
|---|---|

3

**(Task Code: B120) Asset Analysis and Recovery: $7,776.00**
Services include communicating with the CRO and Debtors' counsel to address ongoing litigation, settlement discussions, and strategies of recovery; preparing for and communicating with the Committee about the status of negotiations, ongoing litigations, potential settlement offers, and mediation; analyzing issues regarding recovery options on certain projects and evaluating summaries of the same; analyzing newly filed adversary proceedings and Debtors' Motions to Approve Settlement.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Benjamin J. Court | 3.1 | 2025 | $565 | $1,751.50 |
| Christopher J. Harayda | 8.3 | 2025 | $565 | $4,689.50 |
| Samantha J. Hanson-Lenn | 3.0 | 2025 | $445 | $1,335.00 |
| TOTAL | 14.4 | | | $7,776.00 |

| Blended Hourly Rate: | $539.79 |
|---|---|

**(Task Code B150) Meetings of and Communications with Creditors:  $7,180.00**
Services included various conferences with the Committee to evaluate and provide advice regarding Debtors' recovery options, settlements, and status updates; review and respond to various questions from creditors regarding claims trading; various communications via email and phone with creditors regarding the status of case, bankruptcy process, and new filings in the case.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Benjamin J. Court | 2.7 | 2025 | $565 | $1,525.50 |
| Christopher J. Harayda | 7.7 | 2025 | $565 | $4,350.50 |
| Samantha Hanson-Lenn | 1.2 | 2025 | $445 | $534.00 |
| Miranda S. Swift | 2.0 | 2025 | $385 | $770.00 |
| TOTAL | 13.6 | | | $7,180.00 |

| Blended Hourly Rate: | $527.94 |
|---|---|

**(B160 and 170) Employment Applications and Fee Applications:  $489.50**
Services included preparing Fee Applications and evaluating issues regarding Fee Applications.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Samantha J. Hanson-Lenn | 1.1 | 2025 | $445 | $489.50 |
| TOTAL | 1.1 | | | $489.50 |

| Blended Hourly Rate: | $445.00 |
|---|---|

4

**(B190) Other Contested Matters:** **$2,696.50**

Services included reviewing updated pleadings in adversary proceeding and analyzing issues regarding defenses in adversary proceedings; attending status conferences for various adversary proceedings; preparing summary of adversary proceedings and settlements for Committee.

| **Name** | **Hours** | **Year** | **Hourly Rate** | **Fees** |
|---|---|---|---|---|
| Benjamin J. Court | 0.2 | 2025 | $565 | $113.00 |
| Christopher J. Harayda | 4.3 | 2025 | $565 | $2,429.50 |
| Miranda S. Swift | 0.4 | 2025 | $385 | $154.00 |
| **TOTAL** | **4.9** | | | **$2,696.50** |

| Blended Hourly Rate: | $550.31 |
|---|---|

**TOTAL FEES: $18,631.50**

3.    All services for which fees are requested by Stinson were performed for and on behalf of the Committee, and not on behalf of the Debtors or other persons.

**LEGAL BASIS**

4.    This Court is authorized to award to professional persons employed by section 1103 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered by the … attorney[s] and by any paraprofessional person[s] employed by any such person, and … reimbursement for actual, necessary expenses." 11 U.S.C. § 330. The Court must consider the nature, extent, and value of such services, taking into account all relevant factors to determine whether the request for payment in connection with such services is fair and reasonable. *Id.* The services Stinson provided pursuant to this Sixth Application were actual, reasonable, and necessary services on behalf of the Committee, and not on the behalf of any other persons, and the fees and expenses requested in this Application are fair and reasonable under the circumstances of this case.

CORE/3531668.0002/196555372.1

**WHEREFORE,** Stinson respectfully requests that the Court enter an order:

A.       Allowing Stinson's fees incurred between January 1, 2025, and January 31, 2025, in the amount of **$18,631.50**, and reimbursement of expenses in the amount of **$0.00**, for a total of **$18,631.50**.

B.       Authorizing and directing the Debtors to pay Stinson such allowed fees and expenses;

C.       Granting administrative expense priority to Stinson's allowed fees and expenses; and

D.       Granting such other and further relief as may be just and proper.


Dated: February 25, 2025

/s/Benjamin J. Court
Benjamin J. Court (ND #07776)
Christopher J. Harayda (MN #0390333)
Samantha J. Hanson-Lenn (MN #0402035)
**STINSON LLP**
50 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402
Telephone: 612-335-1500
benjamin.court@stinson.com
cj.harayda@stinson.com
samantha.hansonlenn@stinson.com

**COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED
CREDITORS.**

CORE/3531668.0002/196555372.1

## **AFFIDAVIT**

I, Benjamin J. Court, an attorney at the law firm of Stinson LLP, declare under penalty of perjury that the foregoing Sixth Application of Stinson LLP for Allowance of Fees and Expenses as counsel for the Official Committee of Unsecured Creditors from January 1, 2025, through January 31, 2025, is true and correct according to the best of my knowledge, information, and belief.

Dated: February 25, 2025                           */s/Benjamin J. Court*
                                                    Benjamin J. Court

# EXHIBIT A

**Docket Text:**

Order Approving Application to Employ Benjamin J. Court and Stinson LLP as counsel for the Official Committee of Unsecured Creditors Effective August 7, 2024 (Related Doc # [69]). The application to employ is APPROVED subject to the limitations on compensation provided by 11 U.S.C. § 328. This order is not a determination that the services or rates charged are necessary and reasonable. The person or entity employed under this order shall file a fee application in accordance with the Bankruptcy Code and Federal Rules of Bankruptcy Procedures. See Fed. R. Bank. P. 2016, 2017 and 11 U.S.C. §§ 329, 330. Applicant must also comply with Local Rules. Applicant is also granted authority to apply for fees and expenses pursuant to #[72] Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Retained Professionals. As required by applicable federal rule or statute, the Movant shall serve this docket text only order on all appropriate parties that will not receive notice of electronic filing. By Judge Shon Hastings. (Text order only). Signed on O8/30/2024 (vck)

# EXHIBIT B

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In re:                                              **Jointly Administered**

EPIC Companies Midwest, LLC,                        Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                   Bankruptcy No. 24-30282
EPIC Employee, LLC,                                 Bankruptcy No. 24-30283
EOLA Capital, LLC, and                              Bankruptcy No. 24-30284
EC West Fargo, LLC,                                 Bankruptcy No. 24-30285

            Debtors.                                Chapter 11

## ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR RETAINED PROFESSIONALS

Debtors filed a Motion for an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief.  Doc. 11. Pursuant to the notice of the Motion [Doc. 16], objections to the Motion were due by July 30, 2024.

Debtors served notice of the Motion. The Court received no objections to the Motion.  The Court held a hearing on the Motion on August 14, 2024.  Based upon the Motion and the Declaration of Patrick Finn [Doc. 6] and for the reasons stated on the record at the August 14, 2024, hearing, the Court finds that the circumstances of these cases warrant granting the relief provided below.

**IT IS ORDERED** that, except as otherwise provided in any order of the Court, professionals employed in this bankruptcy case, including Fredrikson & Byron, P.A., shall be permitted to seek interim payment of compensation and reimbursement of expenses by filing monthly applications for interim compensation and reimbursement of expenses.

**IT IS FURTHER ORDERED** that Debtors are authorized to pay all reasonable amounts invoiced by Lighthouse Management Group, Inc. ("Lighthouse") for fees and expenses on a bi-weekly basis.

**IT IS FURTHER ORDERED** that Lighthouse will file with the Court and serve on Debtors, the United States Trustee, and any statutory committee appointed in this case (the "Notice Parties") a monthly staffing report, filed and served by the 20th of each month for the previous month, identifying the Lighthouse employees who worked on this case, the total hours billed by Lighthouse, and a summary of the tasks performed. Lighthouse will also file with the Court and serve on the Notice Parties a quarterly compensation report by the 20th of each month following the end of a quarter, showing the total fees and expenses for the preceding quarter. These reports will be deemed applications for interim compensation under sections 328 and 330. Parties in interest may object to the reports within 21 days after notice. The Court will rule on the applications after the deadline to object passes or after a hearing on the application.

**IT IS FURTHER ORDERED** that Debtors will allocate the fees and expenses approved among Debtors pro rata if the professionals charge for tasks that generally apply to all cases and to the appropriate Debtor if the tasks relate solely to a specific Debtor.

Dated:  August 14, 2024.

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT

2

# EXHIBIT C

**Stinson LLP**                                                    **Invoice Detail**

File No. 3531668.0002                                                    Page 2
Invoice No: 43617915

| **Timekeeper Summary** | | | | |
|---|---|---|---|---|
| **Timekeeper** | **Title** | **Rate** | **Hours** | **Amount** |
| Benjamin Court | Partner | 565.00 | 6.00 | 3,390.00 |
| C.J. Harayda | Partner | 565.00 | 20.30 | 11,469.50 |
| Miranda Swift | Associate | 385.00 | 2.40 | 924.00 |
| Samantha Hanson-Lenn | Associate | 445.00 | 6.40 | 2,848.00 |
| **Current Professional Services** | | | **35.10** | **$18,631.50** |

| **Professional Services** | | | | |
|---|---|---|---|---|
| **Date** | **Task** | **Description/Timekeeper** | **Hours** | **Amount** |
| **B110 - Case Administration** | | | | |
| 01/22/25 | B110 | Review and analyze operating reports and prepare interoffice memorandum regarding the same.<br>Samantha Hanson-Lenn | 0.50 | 222.50 |
| 01/24/25 | B110 | Finalize fee Application and Exhibits.<br>Samantha Hanson-Lenn | 0.60 | 267.00 |
| **Total B110 - Case Administration** | | | **1.10** | **489.50** |
| **B120 - Asset Analysis and Recovery** | | | | |
| 01/09/25 | B120 | Phone conference with CRO and debtor's counsel to address status of adversaries, settlement discussions, ongoing litigation, and options and strategy regarding same.<br>Benjamin Court | 1.00 | 565.00 |
| 01/09/25 | B120 | Review and analyze status of adversary proceedings and interoffice memorandum regarding the same.<br>Samantha Hanson-Lenn | 1.00 | 445.00 |
| 01/15/25 | B120 | Review and analyze new filings in adversary proceedings and prepare interoffice memorandum regarding the same.<br>Samantha Hanson-Lenn | 1.30 | 578.50 |
| 01/22/25 | B120 | Review and revise response to creditors regarding questions on claims and distributions (.5); review notices regarding adversary cases (.2); communications | 2.10 | 1,186.50 |

**Stinson LLP**                                                                                    **Invoice Detail**

File No. 3531668.0002                                                                                    Page 3
Invoice No: 43617915

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| | | with debtor representatives regarding claims and negotiations (.6); analyze issues and conference with committee regarding status of negotiations and potential offers (1.0)<br>C.J. Harayda | | |
| 01/23/25 | B120 | Address creditor inquires regarding sale of claim issues.<br>Benjamin Court | 0.20 | 113.00 |
| 01/23/25 | B120 | Communications with Debtors reps regarding meeting as to recoveries (.2); communications with UCC regarding status of negotiations and input on same (.3)<br>C.J. Harayda | 0.50 | 282.50 |
| 01/24/25 | B120 | Analyze issues regarding various projects and recovery options with UCC members (1.1); conference with debtors representatives regarding same and potential report to creditor body (.7)<br>C.J. Harayda | 1.80 | 1,017.00 |
| 01/27/25 | B120 | Prepare interoffice memorandum regarding status of adversary proceedings and status of 9019 Motions and analysis on recovery regarding the same.<br>Samantha Hanson-Lenn | 0.70 | 311.50 |
| 01/28/25 | B120 | Review and revise response to questions as to claims trading from creditor (.2); communications with UCC members regarding status of projects and negotiations (.5); comms with debtors counsel re same (.1)<br>C.J. Harayda | 0.80 | 452.00 |
| 01/29/25 | B120 | Review and analyze additional documents regarding projects for discussion<br>C.J. Harayda | 0.50 | 282.50 |
| 01/31/25 | B120 | Analyze and evaluate project economics, options, opportunities and challenges to address presentation and potential questions from committee members (0.8), phone conference with committee members to address project settlement and litigation options, mediation options, and questions (1.1).<br>Benjamin Court | 1.90 | 1,073.50 |
| 01/31/25 | B120 | Review project summaries including debt and recovery data for specific projects (1.2); prepare for and meeting with UCC members regarding projects and negotiations (1.1); comms with Debtor counsel regarding project | 2.60 | 1,469.00 |

**Stinson LLP**                                                    **Invoice Detail**

File No. 3531668.0002                                                      Page 4
Invoice No: 43617915

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| | | analysis and mediation (.3)<br>C.J. Harayda | | |

**Total B120 - Asset Analysis and Recovery**                    **14.40**    **7,776.00**

**B150 - Meetings of and Comm. with Creditors**

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 01/02/25 | B150 | Correspondence with creditor attorney regarding case status and recovery issues.<br>Miranda Swift | 0.10 | 38.50 |
| 01/08/25 | B150 | Call with Mr. Rode regarding status of case and claims.<br>Miranda Swift | 0.20 | 77.00 |
| 01/09/25 | B150 | Analyze issues regarding possible recoveries, adversary proceedings and settlements (1.0); communications with debtors representatives regarding same (.4); review scheduling conference notices in adversary proceedings (.4); provide update to UCC regarding APs and meeting with debtors (.5); review and respond to questions from creditors as to claims trader requests (.3); review and respond to questions from UCC on updated and creditor meeting (.5)<br>C.J. Harayda | 3.10 | 1,751.50 |
| 01/09/25 | B150 | Review of correspondence with committee (0.1); Draft summary regarding call with Mr. Rode to case team (0.1).<br>Miranda Swift | 0.20 | 77.00 |
| 01/09/25 | B150 | Phone conference with creditor Barry Olson regarding case status and questions about entity requesting to buy his claim.<br>Samantha Hanson-Lenn | 0.10 | 44.50 |
| 01/13/25 | B150 | Communications with UCC regarding meeting and status updates (.4); comms with debtors regarding adversarys and negotiations (.3); review and analyze emails from creditors and respond with updates (.4)<br>C.J. Harayda | 1.10 | 621.50 |
| 01/13/25 | B150 | Review of mailing matrix to ensure creditor is getting notice (0.1); Review and draft response to creditor question (Sellin) (0.3).<br>Miranda Swift | 0.40 | 154.00 |

**Stinson LLP**                                                    **Invoice Detail**

File No. 3531668.0002                                                      Page 5
Invoice No: 43617915

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 01/14/25 | B150 | Review and respond to questions from creditors regarding claims trading and notices (.5); conference with Committee regarding various case administration issues (.8); draft response to inquiries regarding clams trading inquiries and case status (.5); comms regarding meeting with debtors reps (.2); review adversary proceeding materials in advance of scheduling conferences (.7)<br>C.J. Harayda | 2.70 | 1,525.50 |
| 01/14/25 | B150 | Draft communication and related research regarding creditor question (Sellin).<br>Miranda Swift | 0.50 | 192.50 |
| 01/14/25 | B150 | Various correspondence to and from creditor Kara O'Bryne regarding status of case and tax question.<br>Samantha Hanson-Lenn | 0.10 | 44.50 |
| 01/21/25 | B150 | Review and respond to questions from creditors regarding claims trading and related issues (.2); conference with creditor re same (.3); review and revise responses to creditor questions (.1); review filed MORs and comms re same (.2)<br>C.J. Harayda | 0.80 | 452.00 |
| 01/22/25 | B150 | Phone conference with unsecured creditor committee members to evaluate various debtor loans into projects, analysis of economics of projects, consideration of settlement and litigation options, and potential options and recommendations (1.0); provide legal advice to committee members regarding potential recovery scenarios (.5).<br>Benjamin Court | 1.50 | 847.50 |
| 01/22/25 | B150 | Correspondence with creditors (Sellin).<br>Miranda Swift | 0.40 | 154.00 |
| 01/22/25 | B150 | Prepare email correspondence to creditor C. Geron regarding new filings.<br>Samantha Hanson-Lenn | 0.10 | 44.50 |
| 01/24/25 | B150 | Participate in phone conference with debtor's counsel, defendants' counsel in adversary proceedings, and mediator regarding introductory mediation call (.7); address status of projects and communicate committee position to debtor's counsel (.5).<br>Benjamin Court | 1.20 | 678.00 |

**Stinson LLP**                                                                            **Invoice Detail**

File No. 3531668.0002                                                                            Page 6
Invoice No: 43617915

| Date | Task | Description/Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 01/24/25 | B150 | Review email from creditor Ms. Breyer regarding submitted claim and prepare response to the same.<br>Samantha Hanson-Lenn | 0.10 | 44.50 |
| 01/27/25 | B150 | Review and analyze suggested responses to creditor questions.<br>Miranda Swift | 0.20 | 77.00 |
| 01/27/25 | B150 | Review 9019 Motion filed by Debtor and prepare summary of Motion for Committee.<br>Samantha Hanson-Lenn | 0.30 | 133.50 |
| 01/27/25 | B150 | Review email correspondence from creditor B. Hill regarding status of the case and current amounts recovered and prepare correspondence in response.<br>Samantha Hanson-Lenn | 0.50 | 222.50 |

**Total B150 - Meetings of and Comm. with Creditors**                     **13.60**        **7,180.00**

**B160 - Fee/Employment Applications**

| 01/23/25 | B160 | Prepare Application for Compensation for month of December 2024.<br>Samantha Hanson-Lenn | 1.10 | 489.50 |

**Total B160 - Fee/Employment Applications**                              **1.10**          **489.50**

**B190 - Other Contested Matters**

| 01/02/25 | B190 | Phone conference with unsecured creditor regarding potential plan treatment issues, settlements and adversary proceeding statuses, and proposed next steps.<br>Benjamin Court | 0.20 | 113.00 |
| 01/15/25 | B190 | Review updated pleadings and notices (.3); analyze issues regarding defenses in adversary proceeding (.3); attend status conferences regarding APs (.6)<br>C.J. Harayda | 1.20 | 678.00 |
| 01/30/25 | B190 | Review and analyze documents and analysis regarding project claims and negotiations (1.4); prepare summary of pending adversary proceedings, negotiations, and settlements (.8); draft correspondence to UCC regarding | 3.10 | 1,751.50 |

**Stinson LLP**                                                              **Invoice Detail**

File No. 3531668.0002                                                            Page 7
Invoice No: 43617915

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
|      |      | same and agenda for meeting (.6); analyze issues regarding claims preservation and potential trust (.3) C.J. Harayda |  |  |
| 01/30/25 | B190 | Review analysis of adversary proceedings. Miranda Swift | 0.40 | 154.00 |

**Total B190 - Other Contested Matters**                        **4.90**      **2,696.50**

**Current Professional Services**                               **35.10**    **$18,631.50**

| **Task Code Summary** |
|:---:|

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| B110 | Case Administration | 1.10 | 489.50 |
| B120 | Asset Analysis and Recovery | 14.40 | 7,776.00 |
| B150 | Meetings of and Comm. with Creditors | 13.60 | 7,180.00 |
| B160 | Fee/Employment Applications | 1.10 | 489.50 |
| B190 | Other Contested Matters | 4.90 | 2,696.50 |
| | **Current Professional Services** | **35.10** | **$18,631.50** |