UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | Jointly Administered |
| **EPIC Companies Midwest, LLC** | **Bankr. No. 24-30281** |
| **EPIC Companies Midwest 2023, LLC** | **Bankr. No. 24-30282** |
| **EPIC Employee, LLC** | **Bankr. No. 24-30283** |
| **EOLA Capital, LLC** | **Bankr. No. 24-30284** |
| **EC West Fargo, LLC** | **Bankr. No. 24-30285** |
| Debtors. | Chapter 11 |

**United States Trustee's Third Amendment to Notice of Appointment of Official Committee of Unsecured Creditors**

The United States Trustee for Region 12 filed a Notice of Appointment of Official Committee of Unsecured Creditors (Doc. 58).

The Appointment is amended as follows:

A.  Craig Geron has resigned from the Committee.

B.  The remaining members remain unchanged (below).

Larry Dietz
4857 Meadow Creek Dr S.
Fargo, ND 58104
(701) 793-0349
Llarry3262@hotmail.com


Jim Johnson
109 Monterey Ave #5
Capitola, CA 95010
JJOHNSONLGCA@gmail.com
(408) 888-8620

Zachary Frappier

1

5431 12th Street S
Fargo, ND 58104
ztfrappi@gmail.com
701-388-6919

William E. Altringer
4613 Borden Harbor Dr
Mandan, ND 58554
Wealtringer@gmail.com
(701) 220-6088

The United States Trustee reserves the right to amend the committee to add additional members or to create additional case specific committees as may be necessary under the circumstances of these cases.

Dated: March 4, 2025

MARY R. JENSEN
Acting United States Trustee
Region 12

 /s/ Sarah J. Wencil
Sarah J. Wencil
Trial Attorney
U.S. Courthouse Suite 1015
300 South Fourth Street
Minneapolis, MN 55415
(612) 334-1350
Sarah.J.Wencil@usdoj.gov