## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors.[1] | Chapter 11 |

### SEVENTH APPLICATION OF FREDRIKSON & BYRON, P.A. FOR ALLOWANCE OF FEES AND EXPENSES AS CHAPTER 11 COUNSEL FOR THE DEBTORS FROM FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025

1.    Steven R. Kinsella and Fredrikson & Byron, P.A. (collectively, "Fredrikson") make this Application for allowance of fees for professional services rendered and for reimbursement of expenses incurred as Chapter 11 counsel for EPIC Companies Midwest, LLC, EPIC Companies Midwest 2023, LLC, EPIC Employee, LLC, EOLA Capital, LLC, and EC West Fargo, LLC (collectively, the "Debtors") between February 1, 2025 and February 28, 2025 pursuant to 11 U.S.C. § 330.

2.    In support of this Application, Fredrikson respectfully states as follows:

### JURISDICTION

3.    This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334 and Fed. R. Bankr. P. 5005. This a core proceeding pursuant to 28 U.S.C. § 157(b). Venue

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Debtors' address is 400 10th Street SE, Minot, ND 58701 and their Employer Identification Numbers (EINs) are as follows: 83-2840705 (EPIC Companies Midwest, LLC), 88-3709518 (EPIC Companies Midwest 2023, LLC), 88-4112082 (EPIC Employee, LLC), 88-0554720 (EOLA Capital, LLC) and 82-5331354 (EC West Fargo, LLC).

is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The petitions commencing

these Chapter 11 cases were filed on July 8, 2024 (the "Petition Date"). The cases are currently

pending before this Court.

4.      This Application arises under 11 U.S.C. §§ 503(b)(2), 328(a), 330, and 331.  This

Application is filed under Fed. R. Bankr. P. 2016 and 2002(a)(6). Notice of this Application is

provided pursuant to  the Notice and Service  Requirements  adopted  pursuant  to Local Rule

2002-1 and the Court's order limiting notice pursuant to Fed. R. Bankr. P. 2002(i). (ECF No. 124.)

## BACKGROUND

5.      On the Petition Date, the Debtors filed an application to employ Fredrikson as

Chapter 11 counsel for the Debtors effective July 8, 2024. (ECF No. 13.) The Court approved the

application to employ Fredrikson on July 25, 2024. (ECF No. 49.) A copy of that order is attached

as **Exhibit A**.

6.       On the Petition Date, the Debtors also filed a motion for an order establishing

interim compensation procedures. (ECF No. 11.) The Court entered an order on August 14, 2024

granting the motion and allowing Fredrikson to file monthly applications for compensation. (ECF

No. 72.) A copy of that order is attached as **Exhibit B**.

7.      This is Fredrikson's seventh application for allowance of fees and expenses under

11 U.S.C. § 331. Fredrikson received court approval for the following prior fee applications:

| **Fee Application Amount** | **Date of Order Approving Fee Application** | **Docket No.** |
|---|---|---|
| $80,535.96 | 10/21/2024 | 148 |
| $20,172.00 | 11/14/2024 | 164 |
| $37,675.00 | 12/13/2024 | 182 |
| $42,291.00 | 1/15/2024 | 206 |
| $36,048.00 | 2/12/2025 | 221 |

| Fee Application Amount | Date of Order Approving Fee Application | Docket No. |
|---|---|---|
| $45,102.50 | Pending[2] | Pending |
| $261,824.46 | | |

8.      Fredrikson believes that the Debtors are current in payment of ordinary operating expenses and any allowed administrative expenses, that any quarterly fees have been or will be paid as required to the United States Trustee, and that all monthly operating reports are being timely filed, including pursuant to any extensions granted by the United States Trustee.

**RELIEF REQUESTED**

9.      **Post-Petition Fees.** By this Application, Fredrikson requests allowance of fees for professional services rendered during these Chapter 11 cases between February 1, 2025 and February 31, 2025 in the amount of **$62,331.00**, and reimbursement of expenses in the amount of **$735.00**, for a total of **$63,066.00**.

10.     The professional services rendered by Fredrikson are detailed on the attached **Exhibit C**. Those services include the tasks specifically described below:

**(5001) Asset Analysis and Recovery:  $28,678.50**

Services include meeting with the Chief Restructuring Officer ("CRO") to conduct asset analyses and analyze settlement proposals; drafting complaints against borrowers; meeting with conflicts counsel regarding additional adversary proceedings; drafting settlement proposals and agreements; reviewing foreclosure actions filed in North Dakota against certain borrowers; drafting mediation statement; and communicating with the mediator.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Steven R. Kinsella | 31.2 | 2025 | $635 | $19,812.00 |
| Katherine A. Nixon | 17.7 | 2025 | $485 | $8,584.50 |
| Shataia Stallings | 1.2 | 2025 | $235 | 282.00 |
| **TOTAL** | **50.1** | | | **$28,678.50** |

---

[2] The objection deadline for Fredrikson's sixth fee application is March 7, 2025. (ECF No. 223.)

| Blended Hourly Rate: | $572.43 |
|---|---|

### (5006) Business Operations: $127.00

Services include communicating with the CRO regarding an operational issue and addressing a tax notice issue.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Steven R. Kinsella | 0.2 | 2025 | $635 | $127.00 |
| **TOTAL** | **0.2** | | | **$127.00** |

| Blended Hourly Rate: | $635.00 |
|---|---|

### (5007) Claims Administration and Objections: $63.50

Services include analyzing claim purchases and providing instruction regarding recording.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Steven R. Kinsella | 0.1 | 2025 | $635 | $63.50 |
| **TOTAL** | **0.1** | | | **$63.50** |

| Blended Hourly Rate: | $635.00 |
|---|---|

### (5010) Employment and Fee Applications: $2,482.00

Services include communicating with the CRO regarding application to employ conflicts counsel; communicating with potential tax accountant and drafting an application to employ the same; drafting Fredrikson's sixth fee application; and assisting in preparing the CRO's sixth monthly staffing report.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Steven R. Kinsella | 1.9 | 2025 | $635 | $1,206.50 |
| Katherine A. Nixon | 2.0 | 2025 | $485 | $970.00 |
| Shataia Stallings | 1.3 | 2025 | $235 | $305.50 |
| **TOTAL** | **5.2** | | | **$2,482.00** |

| Blended Hourly Rate: | $477.30 |
|---|---|

**(5013) Meetings and Communications with Creditors: $2,116.50**

Services include communicating with various creditors and counsel for the official committee of unsecured creditors (the "Committee"); meeting with the Committee; and preparing a creditor update from the CRO.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Steven R. Kinsella | 3.0 | 2025 | $635 | $1,905.00 |
| Katherine A. Nixon | 0.9 | 2025 | $485 | $211.50 |
| TOTAL | 3.9 | | | $2,116.50 |

| Blended Hourly Rate: | $542.69 |
|---|---|

**(5015) Plan and Disclosure Statement: $10,207.00**

Services include drafting plan of liquidation; revising motion for substantive consolidation; analyzing liquidating trust equity holding company issue; drafting disclosure statement; and analyzing North Dakota corporate law issues.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Steven R. Kinsella | 12.2 | 2025 | $635 | $7,747.00 |
| Katherine A. Nixon | 2.4 | 2025 | $485 | $1,164.00 |
| Michael S. Raum | 0.6 | 2025 | $480 | $288.00 |
| David B. Tibbals | 2.8 | 2025 | $360 | $1,008.00 |
| TOTAL | 18.0 | | | $10,207.00 |

| Blended Hourly Rate: | $567.06 |
|---|---|

**(5018) Reporting: $793.00**

Services include assisting the CRO in finalizing monthly operating reports; emailing counsel for the United States Trustee regarding bank records; addressing creditor questions regarding schedules and statements.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Steven R. Kinsella | 0.8 | 2025 | $635 | $508.00 |
| Katherine A. Nixon | 0.2 | 2025 | $485 | $97.00 |
| Shataia Stallings | 0.8 | 2025 | $235 | $188.00 |
| TOTAL | 1.8 | | | $793.00 |

| Blended Hourly Rate: | $440.56 |
|---|---|

<u>**(0004) Adversary Proceeding Against Boulevard Square II, LLC et al.**</u>: **$2,757.50**

Services include addressing notice of returned mail and reviewing supplemental certificate of service; preparing summary of garnishment issues; drafting, revising, and finalizing garnishment documents; and coordinating service of garnishment summonses.

| **Name** | **Hours** | **Year** | **Hourly Rate** | **Fees** |
|---|---|---|---|---|
| Katherine A. Nixon | 2.9 | 2025 | $485 | $1,406.50 |
| Austin Artz | 3.9 | 2025 | $330 | $1,287.00 |
| Abigale R. Griffin | 0.2 | 2025 | $320 | $64.00 |
| **TOTAL** | **7.0** | | | **$2,757.50** |

| Blended Hourly Rate: | $393.93 |
|---|---|

<u>**(0005) Adversary Proceeding Against Pioneer Place, LLC**</u>: **$3,987.00**

Services include analyzing garnishment issues; drafting garnishment documents; and communicating regarding settlement proposal.

| **Name** | **Hours** | **Year** | **Hourly Rate** | **Fees** |
|---|---|---|---|---|
| Steven R. Kinsella | 1.2 | 2025 | $635 | $762.00 |
| Katherine A. Nixon | 2.6 | 2025 | $485 | $1,261.00 |
| Austin Artz | 4.4 | 2025 | $330 | $1,452.00 |
| Abigale R. Griffin | 1.6 | 2025 | $320 | $512.00 |
| **TOTAL** | **9.8** | | | **$3,987.00** |

| Blended Hourly Rate: | $397.65 |
|---|---|

<u>**(0006) Adversary Proceeding Against SAD Downtown, LLC**</u>: **$1,097.00**

Services include preparing for status conference; reviewing jury trial issue; and responding to email from court staff regarding scheduling.

| **Name** | **Hours** | **Year** | **Hourly Rate** | **Fees** |
|---|---|---|---|---|
| Steven R. Kinsella | 0.2 | 2025 | $635 | $127.00 |
| Katherine A. Nixon | 2.0 | 2025 | $485 | $970.00 |
| **TOTAL** | **2.2** | | | **$1,097.00** |

| Blended Hourly Rate: | $498.63 |
|---|---|

<u>**(0007) Adversary Proceeding Against Greenfield Commons, LLC et al.:**</u> **$966.50**

Services include reviewing and analyzing settlement proposals; drafting motion for default judgment; and communicating with defense counsel.

| **Name** | **Hours** | **Year** | **Hourly Rate** | **Fees** |
|---|---|---|---|---|
| Steven R. Kinsella | 0.3 | 2025 | $635 | $190.50 |
| Katherine A. Nixon | 1.6 | 2025 | $485 | $776.00 |
| **TOTAL** | **1.9** | | | **$966.50** |

| Blended Hourly Rate: | $508.68 |
|---|---|

<u>**(0008) Adversary Proceeding Against EPIC Holdings II, LLC:**</u> **$3,051.50**

Services include analyzing and revising settlement proposals; negotiating settlement terms; communicating with defense counsel; attending scheduling conference; and drafting settlement agreement.

| **Name** | **Hours** | **Year** | **Hourly Rate** | **Fees** |
|---|---|---|---|---|
| Steven R. Kinsella | 4.5 | 2025 | $635 | $2,857.50 |
| Katherine A. Nixon | 0.4 | 2025 | $485 | $194.00 |
| **TOTAL** | **4.9** | | | **$3,051.50** |

| Blended Hourly Rate: | $622.76 |
|---|---|

<u>**(0009) Adversary Proceeding Against U of J MU Jamestown, LLC:**</u> **$1,247.00**

Services include revising settlement agreement; communicating with the defendant regarding the same; and drafting motion to approve settlement.

| **Name** | **Hours** | **Year** | **Hourly Rate** | **Fees** |
|---|---|---|---|---|
| Steven R. Kinsella | 1.2 | 2025 | $635 | $762.00 |
| Katherine A. Nixon | 1.0 | 2025 | $485 | $485.00 |
| **TOTAL** | **2.2** | | | **$1,247.00** |

| Blended Hourly Rate: | $566.82 |
|---|---|

**(0011) Adversary Proceeding Against 36th and Veterans, LLC: $829.00**

Services include addressing notice of returned mail and reviewing supplemental certificate of service; communicating with defense counsel; reviewing answer and emailing the CRO regarding the same; and reviewing the draft scheduling order.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Steven R. Kinsella | 1.0 | 2025 | $635 | $635.00 |
| Katherine A. Nixon | 0.4 | 2025 | $485 | $194.00 |
| TOTAL | 1.4 | | | $829.00 |

| Blended Hourly Rate: | $592.14 |
|---|---|

**(0012) Adversary Proceeding Against LTC – The Lincoln, LLC: $1,269.00**

Services include revising the complaint based on updated amounts owed; communicating with defense counsel; and preparing settlement proposals.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Steven R. Kinsella | 0.7 | 2025 | $635 | $444.50 |
| Katherine A. Nixon | 1.7 | 2025 | $485 | $824.50 |
| TOTAL | 2.4 | | | $1,269.00 |

| Blended Hourly Rate: | $528.75 |
|---|---|

**(0013) Adversary Proceeding Against Pioneer Place Holdings, LLC: $1,905.00**

Services include preparing settlement proposals; drafting term sheet; analyzing garnishment issues; analyzing operating agreement and reviewing organizational documents.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Steven R. Kinsella | 3.0 | 2025 | $635 | $1,905.00 |
| TOTAL | 3.0 | | | $1,905.00 |

| Blended Hourly Rate: | $635.00 |
|---|---|

**(0014) Adversary Proceeding Against EPIC Management, LLC: $436.50**

Services include drafting and finalizing motion for default judgment.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Katherine A. Nixon | 0.9 | 2025 | $485 | $436.50 |
| TOTAL | 0.9 | | | $436.50 |

| Blended Hourly Rate: | $485.00 |
|---|---|

**(0017) Adversary Proceeding Against LTC – The Falcon, LLC: $63.50**

Services include reviewing order approving settlement.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Steven R. Kinsella | 0.1 | 2025 | $635 | $63.50 |
| TOTAL | 0.1 | | | $63.50 |

| Blended Hourly Rate: | $635.00 |
|---|---|

**(0018) Adversary Proceeding Against EPIC Holdings, LLC: $254.00**

Services include reviewing settlement proposal and sending to defense counsel.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Steven R. Kinsella | 0.4 | 2025 | $635 | $254.00 |
| TOTAL | 0.4 | | | $254.00 |

| Blended Hourly Rate: | $635.00 |
|---|---|

**TOTAL POST-PETITION FEES: $62,331.00**

11.    **Reimbursement of Expenses.**  In the course of this representation, Fredrikson has also incurred expenses detailed as part of Matter Nos. 5000, 0004, and 0005 on **Exhibit C**, and requests allowance thereof as follows:

| Expenses | Amount |
|---|---|
| Summons and Complaint – Filing Fees | $700.00 |
| Foreign Judgment – Filing Fee | $10.00 |
| Garnishment Fee Check | $25.00 |
| TOTAL | $735.00 |

**TOTAL EXPENSES: $735.00**

12.    All services for which fees are requested by Fredrikson were performed for and on behalf of the Debtors, and not on behalf of any committee, creditor, or other person.

13.    The amount requested constitutes reasonable compensation for actual, necessary services rendered by Fredrikson, based on the nature, the extent, and the value of such services, the time spent on such services, and the cost of comparable services other than in a case under Title 11.  Fredrikson has not entered into any agreement, express or implied, with any other party-in-interest, including the Debtors, any creditor, receiver, trustee, or any representative of any of them, or with any attorney for such party-in-interest in the proceedings, for the purpose of fixing fees or other compensation to be paid to such party-in-interest in the proceedings for services rendered or expenses incurred from the assets of the estate in excess of the compensation allowed by law.

**WHEREFORE,** Fredrikson respectfully requests that the Court enter an order:

A.    Allowing Fredrikson's fees incurred between February 1, 2025 and February 28, 2025 in the amount of **$62,331.00,** and expenses in the amount of **$735.00,** totaling **$63,066.00**;

B.    Authorizing the Debtors to pay Fredrikson such allowed postpetition fees and expenses;

10

C.      Granting administrative expense priority to Fredrikson's allowed fees and

expenses; and

D.      Granting such other and further relief as may be just and proper.

Dated: March 7, 2025                    /e/ *Steven R. Kinsella*
                                        Michael S. Raum (#05676)
                                        **FREDRIKSON & BYRON, P.A.**
                                        51 Broadway, Suite 400
                                        Fargo, ND  58102-4991
                                        701.237.8200
                                        mraum@fredlaw.com

                                        Steven R. Kinsella (#09514)
                                        Katherine A. Nixon (*pro hac vice* MN #0402772)
                                        **FREDRIKSON & BYRON, P.A.**
                                        60 South 6th Street, Suite 1500
                                        Minneapolis, MN  55402-4400
                                        612.492.7000
                                        skinsella@fredlaw.com
                                        knixon@fredlaw.com

                                        **ATTORNEYS FOR DEBTORS**

## <u>AFFIDAVIT</u>

I, Steven R. Kinsella, an attorney at the law firm of Fredrikson & Byron, P.A., declare under penalty of perjury that the foregoing Fifth Application of Fredrikson & Byron, P.A. for Allowance of Fees and Expenses as Chapter 11 Counsel for the Debtors from February 1, 2025 Through February 28, 2025 is true and correct according to the best of my knowledge, information, and belief.

Dated: March 7, 2025                                      /e/ Steven R. Kinsella
                                                          Steven R. Kinsella

# **EXHIBIT A**

**CourtAlert® Case Management**

| | |
|---|---|
| **From:** | ecf@ndb.uscourts.gov |
| **Sent:** | 7/25/2024 12:56:27 PM |
| **To:** | nate_olson@ndb.uscourts.gov |
| **Subject:** | Ch-11 24-30281 EPIC Companies Midwest, LLC Order on Application to Employ |

**CAUTION: EXTERNAL E-MAIL**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

### U.S. Bankruptcy Court

### District of North Dakota

Notice of Electronic Filing

The following transaction was received from vck, Court entered on 7/25/2024 at 12:56 PM CDT and filed on 7/25/2024

| | |
|---|---|
| **Case Name:** | EPIC Companies Midwest, LLC |
| **Case Number:** | 24-30281 |
| **Document Number:** | 49 |

**Docket Text:**
Order Approving Application to Employ Steven R. Kinsella and Fredrikson & Byron, P.A. as counsel for Debtor EPIC Companies Midwest, LLC effective July 8, 2024 (Related Doc. [13]). The application to employ is APPROVED subject to the limitations on compensation provided by 11 U.S.C. § 328. This order is not a determination that the services or rates charged are necessary and reasonable. The person or entity employed under this order shall file a fee application in accordance with the Bankruptcy Code and Federal Rules of Bankruptcy Procedures. See Fed. R. Bank. P. 2016, 2017 and 11 U.S.C. 329, 330. Applicant must also comply with Local Rules. As required by applicable federal rule or statute, the Movant shall serve this docket text only order on all appropriate parties that will not receive notice of electronic filing. By Judge Shon Hastings (Text order only). Signed on 7/25/2024 (vck)

The following document(s) are associated with this transaction:

**24-30281 Notice will be electronically mailed to:**

Douglas Christensen on behalf of Creditor Beth Holmes
dougc@grandforkslaw.com,
sarah@grandforkslaw.com;jen@grandforkslaw.com;julie@grandforkslaw.com

Michael Gust on behalf of Interested Party Bank Forward
mlgfilings@andersonbottrell.com, jernst@abstlaw.net

Joseph D Hackman on behalf of Interested Party Bank Forward
jhackman@abstlaw.net

Peter B. Hankla on behalf of Interested Party Randy and Dorothy Henke
phankla@mcgeelaw.com

Steven R Kinsella on behalf of Debtor EC West Fargo, LLC
skinsella@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Steven R Kinsella on behalf of Debtor EOLA Capital, LLC
skinsella@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Steven R Kinsella on behalf of Debtor EPIC Companies Midwest 2023, LLC
skinsella@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Steven R Kinsella on behalf of Debtor EPIC Companies Midwest, LLC
skinsella@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Steven R Kinsella on behalf of Debtor EPIC Employee, LLC
skinsella@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

John M Krings, Jr. on behalf of Creditor Cornerstone Bank
john@kaler-doeling.com, janae@kaler-doeling.com

Katherine A. Nixon on behalf of Debtor EPIC Companies Midwest, LLC
knixon@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Richard P. Olson on behalf of Creditor Essential Living Inc
rpolsonecf@minotlaw.com, rpolson@minotlaw.com

Richard P. Olson on behalf of Creditor Bruce & Diane Walker
rpolsonecf@minotlaw.com, rpolson@minotlaw.com

Robert B. Raschke
USTPRegion12.SX.ECF@usdoj.gov

Michael S Raum on behalf of Debtor EPIC Companies Midwest, LLC
mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Katrina A. Turman Lang on behalf of Creditor Dietz Properties, LLC
klang@woldlaw.com, melanie@turmanlaw.com

Katrina A. Turman Lang on behalf of Creditor Candice Dietz
klang@woldlaw.com, melanie@turmanlaw.com

Katrina A. Turman Lang on behalf of Creditor Larry Dietz
klang@woldlaw.com, melanie@turmanlaw.com

Sarah J. Wencil on behalf of U.S. Trustee Robert B. Raschke
sarah.j.wencil@usdoj.gov

Benjamin Williams on behalf of Creditor Cullen Insulation, Inc.
ben@kennellybusinesslaw.com, beth@kennellybusinesslaw.com

Benjamin Williams on behalf of Creditor Daniel Frisch
ben@kennellybusinesslaw.com, beth@kennellybusinesslaw.com

**24-30281 Notice will not be electronically mailed to:**

## EXHIBIT B

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In re:                                                    **Jointly Administered**

EPIC Companies Midwest, LLC,                   Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,            Bankruptcy No. 24-30282
EPIC Employee, LLC,                                 Bankruptcy No. 24-30283
EOLA Capital, LLC, and                             Bankruptcy No. 24-30284
EC West Fargo, LLC,                                 Bankruptcy No. 24-30285

            Debtors.                                   Chapter 11

## ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR RETAINED PROFESSIONALS

Debtors filed a Motion for an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief. Doc. 11. Pursuant to the notice of the Motion [Doc. 16], objections to the Motion were due by July 30, 2024.

Debtors served notice of the Motion. The Court received no objections to the Motion. The Court held a hearing on the Motion on August 14, 2024. Based upon the Motion and the Declaration of Patrick Finn [Doc. 6] and for the reasons stated on the record at the August 14, 2024, hearing, the Court finds that the circumstances of these cases warrant granting the relief provided below.

**IT IS ORDERED** that, except as otherwise provided in any order of the Court, professionals employed in this bankruptcy case, including Fredrikson & Byron, P.A., shall be permitted to seek interim payment of compensation and reimbursement of expenses by filing monthly applications for interim compensation and reimbursement of expenses.

**IT IS FURTHER ORDERED** that Debtors are authorized to pay all reasonable amounts invoiced by Lighthouse Management Group, Inc. ("Lighthouse") for fees and expenses on a bi-weekly basis.

**IT IS FURTHER ORDERED** that Lighthouse will file with the Court and serve on Debtors, the United States Trustee, and any statutory committee appointed in this case (the "Notice Parties") a monthly staffing report, filed and served by the 20th of each month for the previous month, identifying the Lighthouse employees who worked on this case, the total hours billed by Lighthouse, and a summary of the tasks performed. Lighthouse will also file with the Court and serve on the Notice Parties a quarterly compensation report by the 20th of each month following the end of a quarter, showing the total fees and expenses for the preceding quarter. These reports will be deemed applications for interim compensation under sections 328 and 330. Parties in interest may object to the reports within 21 days after notice. The Court will rule on the applications after the deadline to object passes or after a hearing on the application.

**IT IS FURTHER ORDERED** that Debtors will allocate the fees and expenses approved among Debtors pro rata if the professionals charge for tasks that generally apply to all cases and to the appropriate Debtor if the tasks relate solely to a specific Debtor.

Dated: August 14, 2024.

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT

## EXHIBIT C



| | |
|---|---|
| **Invoice:** | **1914072** |
| **Invoice Date:** | **March 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5000** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through February 28, 2025

**Regarding: Case Administration**

Total For Current Costs and Other Charges:     $ 375.00

**Total For Current Invoice:**     **$ 375.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                    **Wire Instructions:**

Fredrikson & Byron P.A.              Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮▮

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1914072** |
| **Invoice Date:** | **March 5, 2025** |
| **Page:** | |

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 02/05/25 | 1907735 | 64.50 | | 64.50 |
| **Total Prior Balance:** | | | | **$ 64.50** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of March 5, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:** 1914072
**Invoice Date:** March 5, 2025
**Client Number:** 097807
**Matter Number:** 097807.5000

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Costs and Other Charges

| | | Amount |
|---|---|---:|
| 02/20/25 | COURTS/USBC-ND-P - Summons and Complaint – Adversary Fee | 350.00 |
| 02/26/25 | Filing fee First International Bank & Trust (100 North Main Street Watford City ND 58854) - 2.26.25 - Garnishment fee check | 25.00 |

**Current Costs and Other Charges:** **$ 375.00**

### Invoice Totals

Total For Current Costs and Other Charges: $ 375.00

**Total For Current Invoice:** **$ 375.00**



**Invoice:** 1914073
**Invoice Date:** March 5, 2025
**Client Number:** 097807
**Matter Number:** 097807.5001

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through February 28, 2025

**Regarding: Asset Analysis and Recovery**

Total for Current Legal Fees:                                        $ 28,678.50

**Total For Current Invoice:**                                    **$ 28,678.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                    **Wire Instructions:**

Fredrikson & Byron P.A.           Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484

Please send remittance information to paynotification@fredlaw.com

**Tax ID:**

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

**Invoice:** 1914073
**Invoice Date:** March 5, 2025
**Page:**

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 02/05/25 | 1907736 | 19,819.50 | | 19,819.50 |

**Total Prior Balance:**                                                     **$ 19,819.50**

To avoid duplicate payments, the Prior Balance reflects what was still due as of March 5, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



**Fredrikson**

| | |
|---|---|
| Invoice: | **1914073** |
| Invoice Date: | **March 5, 2025** |
| Client Number: | **097807** |
| Matter Number: | **097807.5001** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02/03/25 | S. Kinsella | Meeting with CRO (.8); update analysis of outstanding settlement negotiations (.4); provide instruction regarding additional complaints (.2). | 1.40 | 889.00 |
| 02/03/25 | K. Nixon | Meeting with CRO regarding asset analysis (0.9); draft complaint against borrower(s) (6.3); email A. Griffin re: garnishments (0.1). | 7.30 | 3,540.50 |
| 02/04/25 | S. Kinsella | Meeting with CRO regarding settlement negotiations (.5); analyze equity interest settlement proposal (1.3). | 1.80 | 1,143.00 |
| 02/04/25 | K. Nixon | Revise complaint(s) against borrowers. | 0.20 | 97.00 |
| 02/05/25 | S. Kinsella | Analyze settlement proposal. | 0.10 | 63.50 |
| 02/05/25 | K. Nixon | Emails to A. Griffin re: timing of garnishments. | 0.20 | 97.00 |
| 02/06/25 | S. Kinsella | Analyze settlement proposal and phone call with CRO regarding the same. | 0.90 | 571.50 |
| 02/07/25 | S. Kinsella | Communications with counsel for project borrower (.3); phone calls with CRO regarding settlement proposals (.4). | 0.70 | 444.50 |
| 02/10/25 | K. Nixon | Meeting with CRO regarding asset analysis (0.5); emails to conflicts counsel re: adversary proceeding information (0.4). | 0.90 | 436.50 |
| 02/10/25 | S. Kinsella | Multiple meetings with CRO regarding settlement proposals (2.1); analyze settlement proposals (.4). | 2.50 | 1,587.50 |
| 02/11/25 | S. Kinsella | Meeting with CRO and project borrower regarding settlement (1.1); follow up call and analysis with CRO (.5). | 1.60 | 1,016.00 |
| 02/12/25 | S. Kinsella | Review project borrower financial information in connection with settlement proposal. | 0.60 | 381.00 |
| 02/13/25 | K. Nixon | Meeting with CRO and conflicts counsel and follow-up emails to the same. | 0.90 | 436.50 |

# FREDRIKSON

| | | | | |
|---|---|---|---|---|
| **Invoice:** | | | **1914073** | |
| **Invoice Date:** | | | **March 5, 2025** | |
| **Page:** | | | **2** | |

| | | | | |
|---|---|---|---|---|
| 02/13/25 | S. Kinsella | Discuss settlement proposal with CRO (.7); finalize complaint drafts (.2); coordinate strategy with special litigation counsel (.6). | 1.50 | 952.50 |
| 02/14/25 | S. Kinsella | Draft settlement agreement. | 1.10 | 698.50 |
| 02/17/25 | K. Nixon | Meeting with CRO regarding asset analysis. | 0.80 | 388.00 |
| 02/17/25 | S. Kinsella | Meeting with CRO (.8); communications with project borrower counsel (.2); finalize draft settlement agreement (.5). | 1.50 | 952.50 |
| 02/18/25 | K. Nixon | Strategize re: additional complaint(s) against borrowers. | 0.20 | 97.00 |
| 02/18/25 | S. Kinsella | Phone call with borrower's counsel (.5); follow up phone call with CRO regarding the same (6); analyze settlement proposal (.4); phone call with CRO regarding strategy (.6). | 2.10 | 1,333.50 |
| 02/18/25 | S. Stallings | Attention to foreclosure actions filed in North Dakota against certain borrowers (.6); review foreclosure complaints and court orders (.6). | 1.20 | 282.00 |
| 02/19/25 | K. Nixon | Draft complaint against borrower. | 1.60 | 776.00 |
| 02/19/25 | S. Kinsella | Finalize complaint against Fargo South Hospitality (.3); research related issue (.4); communications with borrowers' counsel regarding settlement (.9). | 1.60 | 1,016.00 |
| 02/20/25 | S. Kinsella | Draft mediation statement. | 1.50 | 952.50 |
| 02/20/25 | K. Nixon | Finalize complaint against borrower and coordinate service of the same. | 0.70 | 339.50 |
| 02/21/25 | S. Kinsella | Phone call with CRO regarding settlement negotiations (1.1); provide instruction regarding additional complaints (.3); draft mediation statement (2.8). | 4.20 | 2,667.00 |
| 02/21/25 | K. Nixon | Strategize re: additional complaint(s) against borrower(s). | 0.20 | 97.00 |
| 02/24/25 | S. Kinsella | Meeting with CRO regarding status of settlement negotiations and complaints (.5); settlement communications with counsel for project borrowers (.5); review related financial documents (.5); draft mediation statement (4.2). | 5.70 | 3,619.50 |
| 02/24/25 | K. Nixon | Meeting with CRO regarding asset analysis (0.4); strategize re: additional complaint(s) against borrower(s) (0.4); email J. Klein re: mediation (0.2). | 1.00 | 485.00 |
| 02/25/25 | S. Kinsella | Communications with mediator. | 0.20 | 127.00 |
| 02/25/25 | K. Nixon | Draft complaint(s) against borrower(s). | 2.90 | 1,406.50 |
| 02/26/25 | S. Kinsella | Review and analyze borrower transfer data. | 0.20 | 127.00 |



| | | | | |
|---|---|---|---|---|
| | **Invoice:** | **1914073** | | |
| | **Invoice Date:** | **March 5, 2025** | | |
| | **Page:** | **3** | | |

| | | | | |
|---|---|---|---|---|
| 02/26/25 | K. Nixon | Review and revise draft mediation statement. | 0.80 | 388.00 |
| 02/27/25 | S. Kinsella | Revise settlement agreement (1.1); review financial documents to respond to borrower questions (.4); review settlement counteroffer (.2). | 1.70 | 1,079.50 |
| 02/28/25 | S. Kinsella | Review CRO revisions to settlement agreement (.1); finalize and send mediation statement (.2). | 0.30 | 190.50 |
| | **Current Legal Fees:** | | **50.10** | **$ 28,678.50** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 635.00 | 31.20 | 19,812.00 |
| Katherine  Nixon | 485.00 | 17.70 | 8,584.50 |
| Shataia  Stallings | 235.00 | 1.20 | 282.00 |
| **Total** | | **50.10** | **$ 28,678.50** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 28,678.50 |
| **Total For Current Invoice:** | **$ 28,678.50** |



| | |
|---|---|
| **Invoice:** | **1914074** |
| **Invoice Date:** | **March 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5006** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN 55112

For Previously Unbilled Professional Services Rendered Through February 28, 2025

**Regarding: Business Operations**

Total for Current Legal Fees:　　　　　　　　　　　　　　　　　　$ 127.00

**Total For Current Invoice:**　　　　　　　　　　　　　　　　**$ 127.00**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**　　　　　**Online Payments:**　　　　　　　　**Wire Instructions:**

Fredrikson & Byron P.A.　　　　　Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▉▉▉▉▉

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025. If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



| | |
|---|---|
| **Invoice:** | **1914074** |
| **Invoice Date:** | **March 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5006** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02/14/25 | S. Kinsella | Communications with client regarding operational issue. | 0.10 | 63.50 |
| 02/18/25 | S. Kinsella | Communications regarding tax notice issue. | 0.10 | 63.50 |
| | **Current Legal Fees:** | | **0.20** | **$ 127.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 635.00 | 0.20 | 127.00 |
| **Total** | | **0.20** | **$ 127.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 127.00 |
| **Total For Current Invoice:** | **$ 127.00** |

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com

# Fredrikson

| | |
|---|---|
| **Invoice:** | 1914075 |
| **Invoice Date:** | March 5, 2025 |
| **Client Number:** | 097807 |
| **Matter Number:** | 097807.5007 |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through February 28, 2025

**Regarding: Claims Administration and  Objections**

Total for Current Legal Fees:                                                                                $ 63.50

**Total For Current Invoice:**                                                                         **$ 63.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                    **Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484

Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮▮▮

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

**Invoice:**         **1914075**
**Invoice Date:**     **March 5, 2025**
**Page:**

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|---------------|--------|----------|-------------|
| 02/05/25 | 1907738 | 190.50 | | 190.50 |

**Total Prior Balance:**           **$ 190.50**

To avoid duplicate payments, the Prior Balance reflects what was still due as of March 5, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:**     **1914075**
**Invoice Date:**     **March 5, 2025**
**Client Number:**     **097807**
**Matter Number:**     **097807.5007**

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/07/25 | S. Kinsella | Analyze claim purchases and provide instruction regarding recording. | 0.10 | 63.50 |
| | **Current Legal Fees:** | | **0.10** | **$ 63.50** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|------------|-----------|-------|---------------|
| Steven R.  Kinsella | 635.00 | 0.10 | 63.50 |
| **Total** | | **0.10** | **$ 63.50** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 63.50 |
| **Total For Current Invoice:** | **$ 63.50** |



| | |
|---|---|
| **Invoice:** | **1914076** |
| **Invoice Date:** | **March 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5010** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through February 28, 2025

**Regarding: Employment and Fee Applications**

Total for Current Legal Fees:                                            $ 2,482.00

**Total For Current Invoice:**                                      **$ 2,482.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                              **Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484

Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1914076** |
| **Invoice Date:** | **March 5, 2025** |
| **Page:** | |

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 02/05/25 | 1907739 | 2,698.00 | | 2,698.00 |
| | **Total Prior Balance:** | | | **$ 2,698.00** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of March 5, 2025. If payment has been sent close to this date, please verify payment status.



| | | |
|---|---|---|
| **Invoice:** | **1914076** |
| **Invoice Date:** | **March 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5010** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/03/25 | K. Nixon | Email CRO re: filed application to employ Fremstad Law. | 0.10 | 48.50 |
| 02/03/25 | S. Kinsella | Finalize application to employ special litigation counsel. | 0.50 | 317.50 |
| 02/04/25 | S. Kinsella | Coordinate fee application (.1); communications with potential tax accountant regarding application to employ (.1). | 0.20 | 127.00 |
| 02/05/25 | K. Nixon | Draft Fredrikson's sixth fee application. | 1.40 | 679.00 |
| 02/06/25 | K. Nixon | Email S. Stallings re: finalizing Fredrikson sixth fee application. | 0.10 | 48.50 |
| 02/06/25 | S. Kinsella | Review and revise fee application. | 0.20 | 127.00 |
| 02/07/25 | S. Kinsella | Review and revise fee application. | 0.10 | 63.50 |
| 02/10/25 | S. Stallings | Review email and prepare application and affidavit to employ tax accountant for the Debtors. | 1.00 | 235.00 |
| 02/11/25 | S. Kinsella | Review tax accountant application to employ. | 0.20 | 127.00 |
| 02/12/25 | S. Kinsella | Attention to tax accountant engagement letter and application. | 0.10 | 63.50 |
| 02/14/25 | K. Nixon | Finalize Fredrikson's sixth fee app. for filing. | 0.10 | 48.50 |
| 02/19/25 | K. Nixon | Draft and finalize CRO's sixth monthly staffing report for filing. | 0.20 | 97.00 |
| 02/19/25 | S. Kinsella | Review tax accountant engagement letters. | 0.10 | 63.50 |
| 02/20/25 | S. Stallings | Finalize and send draft application to employ to proposed tax accountant. | 0.30 | 70.50 |
| 02/20/25 | K. Nixon | Email CRO re: approval of December fees. | 0.10 | 48.50 |
| 02/20/25 | S. Kinsella | Revise accountant application (.2); review order approving special counsel employment application and communications with counsel regarding the same (.2). | 0.40 | 254.00 |



| | | | |
|---|---|---|---|
| **Invoice:** | **1914076** | | |
| **Invoice Date:** | **March 5, 2025** | | |
| **Page:** | **2** | | |

02/25/25   S. Kinsella          Communications with proposed accountant.          0.10          63.50

**Current Legal Fees:**                                                    **5.20**      **$ 2,482.00**

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 635.00 | 1.90 | 1,206.50 |
| Katherine  Nixon | 485.00 | 2.00 | 970.00 |
| Shataia  Stallings | 235.00 | 1.30 | 305.50 |
| **Total** | | **5.20** | **$ 2,482.00** |

## Invoice Totals

Total for Current Legal Fees:                                                         $ 2,482.00

**Total For Current Invoice:**                                                      **$ 2,482.00**

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



**Invoice:** 1914077
**Invoice Date:** March 5, 2025
**Client Number:** 097807
**Matter Number:** 097807.5013

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through February 28, 2025

**Regarding: Meetings and Communications  with Creditors**

Total for Current Legal Fees:                                                    $ 2,116.50

**Total For Current Invoice:**                                              **$ 2,116.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                    **Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484

Please send remittance information to paynotification@fredlaw.com

**Tax ID:**

** *Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney.* **

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1914077** |
| **Invoice Date:** | **March 5, 2025** |
| **Page:** | |

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 11/04/24 | 1888543 | 57.50 | | 57.50 |
| 02/05/25 | 1907740 | 5,724.50 | | 5,724.50 |
| | **Total Prior Balance:** | | | **$ 5,782.00** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of March 5, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:** **1914077**
**Invoice Date:** **March 5, 2025**
**Client Number:** **097807**
**Matter Number:** **097807.5013**

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/03/25 | S. Kinsella | Communications with Committee counsel regarding settlement proposals. | 0.10 | 63.50 |
| 02/04/25 | S. Kinsella | Communications with committee counsel regarding settlements. | 0.10 | 63.50 |
| 02/05/25 | S. Kinsella | Phone call with Committee counsel regarding potential settlements (.3); follow up call with CRO (.3). | 0.60 | 381.00 |
| 02/07/25 | S. Kinsella | Communications with Committee counsel. | 0.10 | 63.50 |
| 02/07/25 | S. Stallings | Attention to creditor addition to court clerk and respond to P. Finn regarding new creditor needing to file a claim. | 0.30 | 70.50 |
| 02/11/25 | S. Kinsella | Meeting with Committee counsel. | 0.40 | 254.00 |
| 02/14/25 | S. Kinsella | Communications with counsel for creditor. | 0.10 | 63.50 |
| 02/18/25 | S. Kinsella | Review and revise CRO notification to creditors. | 0.60 | 381.00 |
| 02/19/25 | S. Kinsella | Communications with committee counsel. | 0.10 | 63.50 |
| 02/20/25 | S. Kinsella | Phone call with Committee counsel. | 0.40 | 254.00 |
| 02/21/25 | S. Kinsella | Review Committee proposed changes to creditor communication. | 0.20 | 127.00 |
| 02/24/25 | S. Kinsella | Finalize creditor update. | 0.30 | 190.50 |
| 02/28/25 | S. Stallings | Attention to email from investor and amount debtor listed on statement of financial affairs (.2); review statement of financial affairs and locate client information for schedules and respond (.4). | 0.60 | 141.00 |
| | **Current Legal Fees:** | | **3.90** | **$ 2,116.50** |

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



**Invoice:** 1914077
**Invoice Date:** March 5, 2025
**Page:** 2

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 635.00 | 3.00 | 1,905.00 |
| Shataia  Stallings | 235.00 | 0.90 | 211.50 |
| **Total** | | **3.90** | **$ 2,116.50** |

## Invoice Totals

Total for Current Legal Fees:                                          $ 2,116.50

**Total For Current Invoice:**                                   **$ 2,116.50**

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com

# Fredrikson

| | |
|---|---|
| **Invoice:** | 1914078 |
| **Invoice Date:** | March 5, 2025 |
| **Client Number:** | 097807 |
| **Matter Number:** | 097807.5015 |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through February 28, 2025

**Regarding: Plan and Disclosure Statement**

Total for Current Legal Fees:                                    $ 10,207.00

**Total For Current Invoice:**                              **$ 10,207.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                          **Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484

Please send remittance information to paynotification@fredlaw.com

**Tax ID:**

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1914078** |
| **Invoice Date:** | **March 5, 2025** |
| **Page:** | |

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 02/05/25 | 1907741 | 6,666.50 | | 6,666.50 |

**Total Prior Balance:**                                         **$ 6,666.50**

To avoid duplicate payments, the Prior Balance reflects what was still due as of March 5, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.

P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484

USA  /  China  /  Mexico  /  fredlaw.com

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1914078** |
| **Invoice Date:** | **March 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5015** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02/03/25 | S. Kinsella | Draft plan. | 0.40 | 254.00 |
| 02/04/25 | S. Kinsella | Continue to draft plan. | 1.20 | 762.00 |
| 02/05/25 | S. Kinsella | Continue to draft plan. | 1.90 | 1,206.50 |
| 02/10/25 | S. Kinsella | Continue to draft plan. | 1.00 | 635.00 |
| 02/11/25 | S. Kinsella | Analyze liquidating trust equity holding company issue. | 0.20 | 127.00 |
| 02/11/25 | K. Nixon | Revise motion for substantive consolidation. | 0.80 | 388.00 |
| 02/12/25 | S. Kinsella | Revise substantive consolidation motion (.5); draft plan (.4). | 0.90 | 571.50 |
| 02/12/25 | K. Nixon | Revise motion for substantive consolidation. | 1.50 | 727.50 |
| 02/13/25 | S. Kinsella | Continue to draft plan. | 1.80 | 1,143.00 |
| 02/13/25 | K. Nixon | Revise motion for substantive consolidation. | 0.10 | 48.50 |
| 02/18/25 | S. Kinsella | Continue to draft plan (.3); analyze borrower organization documents and revisions required for equity proposal (.7). | 1.00 | 635.00 |
| 02/18/25 | D. Tibbals | Research operating agreement mechanics w/r/t capital calls and dilution and prepare list of proposed revisions. | 0.80 | 288.00 |
| 02/18/25 | M. Raum | Analyze North Dakota corporate matters related to negotiations of anti-dilution and minority protection provisions. | 0.60 | 288.00 |
| 02/27/25 | S. Kinsella | Draft disclosure statement. | 2.00 | 1,270.00 |
| 02/28/25 | S. Kinsella | Continue to draft disclosure statement. | 1.80 | 1,143.00 |
| 02/28/25 | D. Tibbals | Drafted letter/memo outlining proposed operating agreement revisions to address disproportionate dilution, board seat, and minority protections. | 2.00 | 720.00 |
| | **Current Legal Fees:** | | **18.00** | **$ 10,207.00** |



| | | | |
|---|---|---|---|
| **Invoice:** | **1914078** | | |
| **Invoice Date:** | **March 5, 2025** | | |
| **Page:** | **2** | | |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 635.00 | 12.20 | 7,747.00 |
| Katherine  Nixon | 485.00 | 2.40 | 1,164.00 |
| Michael S.  Raum | 480.00 | 0.60 | 288.00 |
| David B.  Tibbals | 360.00 | 2.80 | 1,008.00 |
| **Total** | | **18.00** | **$ 10,207.00** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 10,207.00 |
| **Total For Current Invoice:** | **$ 10,207.00** |



**Invoice:** 1914079
**Invoice Date:** March 5, 2025
**Client Number:** 097807
**Matter Number:** 097807.5018

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through February 28, 2025

**Regarding: Reporting**

Total for Current Legal Fees: $ 793.00

**Total For Current Invoice:** **$ 793.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025. If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

**Invoice:** **1914079**
**Invoice Date:** **March 5, 2025**
**Page:**

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|---------------|--------|----------|-------------|
| 09/05/24 | 1876154 | 7,565.50 | (3,001.50) | 4,564.00 |
| 02/05/25 | 1907742 | 358.50 | | 358.50 |

**Total Prior Balance:** **$ 4,922.50**

To avoid duplicate payments, the Prior Balance reflects what was still due as of March 5, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



**Invoice:** 1914079
**Invoice Date:** March 5, 2025
**Client Number:** 097807
**Matter Number:** 097807.5018

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/20/25 | K. Nixon | Review January MORs. | 0.20 | 97.00 |
| 02/20/25 | S. Stallings | Attention to finalizing and e-filing monthly operating reports for January and submitting bank records to UST. | 0.80 | 188.00 |
| 02/27/25 | S. Kinsella | Research response to creditor schedule question. | 0.40 | 254.00 |
| 02/28/25 | S. Kinsella | Review schedules and respond to creditor questions regarding the same. | 0.40 | 254.00 |
| | **Current Legal Fees:** | | **1.80** | **$ 793.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|-----------|-----------|-------|---------------|
| Steven R.  Kinsella | 635.00 | 0.80 | 508.00 |
| Katherine  Nixon | 485.00 | 0.20 | 97.00 |
| Shataia  Stallings | 235.00 | 0.80 | 188.00 |
| **Total** | | **1.80** | **$ 793.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 793.00 |
| **Total For Current Invoice:** | **$ 793.00** |



**Invoice:** 1914080
**Invoice Date:** March 5, 2025
**Client Number:** 097807
**Matter Number:** 097807.0004

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through February 28, 2025

**Regarding: Adversary against Boulevard Square**

Total for Current Legal Fees: $ 2,757.50

Total For Current Costs and Other Charges: $ 10.00

**Total For Current Invoice:** **$ 2,767.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▉▉▉▉▉▉

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



| | | |
|---|---|---|
| **Invoice:** | **1914080** | |
| **Invoice Date:** | **March 5, 2025** | |
| **Page:** | | |

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 02/05/25 | 1907744 | 2,862.00 | | 2,862.00 |
| | **Total Prior Balance:** | | | **$ 2,862.00** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of March 5, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



| | |
|---|---|
| **Invoice:** | **1914080** |
| **Invoice Date:** | **March 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0004** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/04/25 | A. Griffin | Draft and provide Notice of Garnishment to K. Nixon and S. Kinsella. | 0.20 | 64.00 |
| 02/05/25 | K. Nixon | Attention to notice of returned mail. | 0.10 | 48.50 |
| 02/07/25 | K. Nixon | Review supplemental certificate of service. | 0.10 | 48.50 |
| 02/21/25 | A. Artz | Analyze 10 day notice period under section 32-09.1-04. | 0.20 | 66.00 |
| 02/24/25 | A. Artz | Prepare summary of garnishment issues. | 0.10 | 33.00 |
| 02/25/25 | A. Artz | Summarize outstanding garnishment issues. | 0.10 | 33.00 |
| 02/26/25 | A. Artz | Review file documents and confirm procedure (.2); create and draft garnishment summons and disclosures (.5). | 0.70 | 231.00 |
| 02/27/25 | K. Nixon | Attention to garnishment issues. | 0.70 | 339.50 |
| 02/27/25 | A. Artz | Draft garnishment summons and disclosures. | 2.40 | 792.00 |
| 02/28/25 | K. Nixon | Finalize garnishment summonses, disclosure forms, and cover letters. | 2.00 | 970.00 |
| 02/28/25 | A. Artz | Coordinate garnishment summonses. | 0.40 | 132.00 |
| | **Current Legal Fees:** | | **7.00** | **$ 2,757.50** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|-----------|-----------|-------|---------------|
| Katherine  Nixon | 485.00 | 2.90 | 1,406.50 |
| Austin  Artz | 330.00 | 3.90 | 1,287.00 |
| Abigale R.  Griffin | 320.00 | 0.20 | 64.00 |
| **Total** | | **7.00** | **$ 2,757.50** |

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



| Invoice: | 1914080 |
|---|---|
| Invoice Date: | March 5, 2025 |
| Page: | 2 |

## Costs and Other Charges

| | | **Amount** |
|---|---|---|
| 01/23/25 | Filing fee Cass County Clerk of District Court - 1.23.2025 24-0723 - Foreign Judgment Fee | (10.00) |
| 02/21/25 | US Bancorp (PO Box 6343 Fargo ND 58125) - Fargo 021525 - Cass County District Court | 10.00 |
| 02/21/25 | Filing fee US Bancorp (PO Box 6343 Fargo ND 58125) - Fargo 021525 - Ward County District Court | 10.00 |

| | |
|---|---|
| **Current Costs and Other Charges:** | **$ 10.00** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 2,757.50 |
| Total For Current Costs and Other Charges: | $ 10.00 |
| **Total For Current Invoice:** | **$ 2,767.50** |

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1914081** |
| **Invoice Date:** | **March 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0005** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through February 28, 2025

**Regarding: Adversary against Pioneer Place, LLC**

| | |
|---|---|
| Total for Current Legal Fees: | $ 3,987.00 |
| Total For Current Costs and Other Charges: | $ 350.00 |
| **Total For Current Invoice:** | **$ 4,337.00** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                    **Wire Instructions:**

Fredrikson & Byron P.A.              Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮▮▮

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

**Invoice:** **1914081**
**Invoice Date:** **March 5, 2025**
**Page:**

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 02/05/25 | 1907745 | 1,066.50 | | 1,066.50 |

**Total Prior Balance:**                                                                    **$ 1,066.50**

To avoid duplicate payments, the Prior Balance reflects what was still due as of March 5, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



| | |
|---|---|
| **Invoice:** | **1914081** |
| **Invoice Date:** | **March 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0005** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/04/25 | S. Kinsella | Analyze garnishment issue. | 0.20 | 127.00 |
| 02/04/25 | A. Griffin | Draft and provide Notice of Garnishment to K. Nixon and S. Kinsella. | 0.20 | 64.00 |
| 02/11/25 | A. Griffin | Analyze default judgments and garnishment procedures. | 0.40 | 128.00 |
| 02/11/25 | A. Artz | Review information needed for garnishment process in ND. | 0.40 | 132.00 |
| 02/11/25 | K. Nixon | Strategize and conduct research re: ND garnishment process. | 0.90 | 436.50 |
| 02/12/25 | A. Griffin | Review ND Garnishment statute and analyze 10-day notice requirement issue. | 0.50 | 160.00 |
| 02/12/25 | A. Artz | Communications regarding garnishment procedure. | 0.20 | 66.00 |
| 02/19/25 | S. Kinsella | Communications with parties-in-interest regarding settlement proposal. | 0.10 | 63.50 |
| 02/21/25 | A. Artz | Analyze 10 day notice period under section 32-09.1-04. | 0.10 | 33.00 |
| 02/24/25 | A. Artz | Request information for garnishment documents. | 0.10 | 33.00 |
| 02/24/25 | S. Kinsella | Provide instruction regarding garnishment strategy. | 0.10 | 63.50 |
| 02/25/25 | A. Griffin | Locate and provide example of garnishment summons and garnishment disclosures. | 0.50 | 160.00 |
| 02/25/25 | S. Kinsella | Provide instruction regarding garnishment. | 0.10 | 63.50 |
| 02/26/25 | K. Nixon | Attention to garnishment issues. | 0.40 | 194.00 |
| 02/26/25 | A. Artz | Draft garnishment summons and disclosures. | 0.70 | 231.00 |
| 02/26/25 | S. Kinsella | Analyze garnishment issue. | 0.20 | 127.00 |
| 02/27/25 | A. Artz | Draft garnishment summons and disclosures. | 2.50 | 825.00 |
| 02/27/25 | S. Kinsella | Consult on garnishment issue. | 0.10 | 63.50 |



| Invoice: | **1914081** |
|---|---|
| Invoice Date: | **March 5, 2025** |
| Page: | **2** |

| | | | | |
|---|---|---|---|---|
| 02/28/25 | S. Kinsella | Finalize garnishment summons and provide instruction regarding service. | 0.40 | 254.00 |
| 02/28/25 | A. Artz | Review and revise garnishment summons and disclosures. | 0.40 | 132.00 |
| 02/28/25 | K. Nixon | Finalize garnishment summonses, disclosure forms, and cover letters. | 1.30 | 630.50 |
| | **Current Legal Fees:** | | **9.80** | **$ 3,987.00** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R. Kinsella | 635.00 | 1.20 | 762.00 |
| Katherine Nixon | 485.00 | 2.60 | 1,261.00 |
| Austin Artz | 330.00 | 4.40 | 1,452.00 |
| Abigale R. Griffin | 320.00 | 1.60 | 512.00 |
| **Total** | | **9.80** | **$ 3,987.00** |

## Costs and Other Charges

| | Amount |
|---|---|
| 01/14/25 Filing fee Cass County Clerk of District Court - 00000 - Foreign Judgment Fee | (10.00) |
| 02/17/25 COURTS/USBC-ND-P - Summons and Complaint – Adversary Fee | 350.00 |
| 02/21/25 US Bancorp (PO Box 6343 Fargo ND 58125) - Fargo 021525 - Cass County District Court | 10.00 |
| **Current Costs and Other Charges:** | **$ 350.00** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 3,987.00 |
| Total For Current Costs and Other Charges: | $ 350.00 |
| **Total For Current Invoice:** | **$ 4,337.00** |



| | |
|---|---|
| **Invoice:** | 1914082 |
| **Invoice Date:** | March 5, 2025 |
| **Client Number:** | 097807 |
| **Matter Number:** | 097807.0006 |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through February 28, 2025

**Regarding: Adversary against SAD Downtown, LLC d/b/a The Firm**

Total for Current Legal Fees:                                                              $ 1,097.00

**Total For Current Invoice:**                                                              **$ 1,097.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                      **Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



**Please send remittance information to paynotification@fredlaw.com**

**Tax ID:** ▆▆▆▆▆▆

*** Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney.***

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

**Invoice:** 1914082
**Invoice Date:** March 5, 2025
**Page:**

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 02/05/25 | 1907746 | 257.50 | | 257.50 |
| **Total Prior Balance:** | | | | **$ 257.50** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of March 5, 2025. If payment has been sent close to this date, please verify payment status.



| | | |
|---|---|---|
| **Invoice:** | **1914082** | |
| **Invoice Date:** | **March 5, 2025** | |
| **Client Number:** | **097807** | |
| **Matter Number:** | **097807.0006** | |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02/13/25 | S. Kinsella | Provide instruction regarding jury issue status conference. | 0.20 | 127.00 |
| 02/13/25 | K. Nixon | Prepare for status conference and review jury trial issue. | 1.90 | 921.50 |
| 02/19/25 | K. Nixon | Respond to email from Court staff re: scheduling of continued status conference. | 0.10 | 48.50 |
| | **Current Legal Fees:** | | **2.20** | **$ 1,097.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 635.00 | 0.20 | 127.00 |
| Katherine  Nixon | 485.00 | 2.00 | 970.00 |
| **Total** | | **2.20** | **$ 1,097.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 1,097.00 |
| **Total For Current Invoice:** | **$ 1,097.00** |



| | |
|---|---|
| **Invoice:** | 1914083 |
| **Invoice Date:** | March 5, 2025 |
| **Client Number:** | 097807 |
| **Matter Number:** | 097807.0007 |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through February 28, 2025

**Regarding: Adversary against Greenfield Commons**

Total for Current Legal Fees:                                                           $ 966.50

**Total For Current Invoice:**                                                        **$ 966.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                **Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▮▮▮▮▮▮

*** Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. ***

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

|  | | |
|---|---|---|
| **Invoice:** | | **1914083** |
| **Invoice Date:** | | **March 5, 2025** |
| **Page:** | | |

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 02/05/25 | 1907747 | 1,333.50 | | 1,333.50 |
| **Total Prior Balance:** | | | | **$ 1,333.50** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of March 5, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



| | |
|---|---|
| **Invoice:** | **1914083** |
| **Invoice Date:** | **March 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0007** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02/13/25 | S. Kinsella | Communications with defense counsel (.1); analyze settlement proposals (.1). | 0.20 | 127.00 |
| 02/19/25 | S. Kinsella | Communications with opposing counsel regarding settlement proposal. | 0.10 | 63.50 |
| 02/19/25 | K. Nixon | Draft motion for default judgment against Area 57 Association, Inc. | 1.00 | 485.00 |
| 02/20/25 | K. Nixon | Finalize motion for default judgment against Area 57 Association, Inc. and coordinate service of the same. | 0.50 | 242.50 |
| 02/21/25 | K. Nixon | Email courtesy copy of motion for default judgment to G. Singer. | 0.10 | 48.50 |
| | **Current Legal Fees:** | | **1.90** | **$ 966.50** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 635.00 | 0.30 | 190.50 |
| Katherine  Nixon | 485.00 | 1.60 | 776.00 |
| **Total** | | **1.90** | **$ 966.50** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 966.50 |
| **Total For Current Invoice:** | **$ 966.50** |



| | |
|---|---|
| **Invoice:** | **1914084** |
| **Invoice Date:** | **March 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0008** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through February 28, 2025

**Regarding: Adversary against EPIC Holdings II**

Total for Current Legal Fees:    $ 3,051.50

**Total For Current Invoice:**    **$ 3,051.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**      **Online Payments:**            **Wire Instructions:**

Fredrikson & Byron P.A.      Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:**

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney.\*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1914084** |
| **Invoice Date:** | **March 5, 2025** |
| **Page:** | |

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 02/05/25 | 1907748 | 97.00 | | 97.00 |
| **Total Prior Balance:** | | | | **$ 97.00** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of March 5, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



**Invoice:** **1914084**
**Invoice Date:** **March 5, 2025**
**Client Number:** **097807**
**Matter Number:** **097807.0008**

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/06/25 | S. Kinsella | Revise settlement proposal. | 0.70 | 444.50 |
| 02/12/25 | S. Kinsella | Analyze settlement proposal. | 0.20 | 127.00 |
| 02/13/25 | S. Kinsella | Analyze settlement proposal and prepare revised offer. | 0.70 | 444.50 |
| 02/14/25 | S. Kinsella | Negotiate settlement terms. | 0.30 | 190.50 |
| 02/18/25 | S. Kinsella | Phone call with defense counsel (.7); follow up phone call with CRO (.3); analyze settlement proposal (.3). | 1.30 | 825.50 |
| 02/19/25 | S. Kinsella | Attention to status conference. | 0.20 | 127.00 |
| 02/19/25 | K. Nixon | Attend scheduling conference and provide updates to client. | 0.40 | 194.00 |
| 02/20/25 | S. Kinsella | Draft settlement agreement terms. | 0.80 | 508.00 |
| 02/21/25 | S. Kinsella | Negotiations with defendant regarding settlement terms. | 0.30 | 190.50 |
| | **Current Legal Fees:** | | **4.90** | **$ 3,051.50** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|------------|-----------|-------|---------------|
| Steven R.  Kinsella | 635.00 | 4.50 | 2,857.50 |
| Katherine  Nixon | 485.00 | 0.40 | 194.00 |
| **Total** | | **4.90** | **$ 3,051.50** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 3,051.50 |

# Fredrikson

|  |  |
|---|---|
| **Invoice:** | **1914084** |
| **Invoice Date:** | **March 5, 2025** |
| **Page:** | **2** |

**Total For Current Invoice:**                                        **$ 3,051.50**

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



| | |
|---|---|
| **Invoice:** | 1914085 |
| **Invoice Date:** | March 5, 2025 |
| **Client Number:** | 097807 |
| **Matter Number:** | 097807.0009 |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through February 28, 2025

**Regarding: Adversary against U of J MU Jamestown, LLC**

Total for Current Legal Fees:                                                            $ 1,247.00

**Total For Current Invoice:**                                                      **$ 1,247.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**                **Online Payments:**                        **Wire Instructions:**

Fredrikson & Byron P.A.                Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:**

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1914085** |
| **Invoice Date:** | **March 5, 2025** |
| **Page:** | |

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 02/05/25 | 1907749 | 959.50 | | 959.50 |
| **Total Prior Balance:** | | | | **$ 959.50** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of March 5, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



**Invoice:** **1914085**
**Invoice Date:** **March 5, 2025**
**Client Number:** **097807**
**Matter Number:** **097807.0009**

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/03/25 | S. Kinsella | Revise settlement agreement and send to defendant. | 0.50 | 317.50 |
| 02/05/25 | S. Kinsella | Communications with defendant regarding potential changes to settlement agreement. | 0.30 | 190.50 |
| 02/11/25 | S. Kinsella | Coordinate final settlement agreement. | 0.10 | 63.50 |
| 02/12/25 | S. Kinsella | Finalize settlement agreement. | 0.20 | 127.00 |
| 02/12/25 | K. Nixon | Finalize settlement agreement and prepare motion to approve the same. | 0.50 | 242.50 |
| 02/13/25 | S. Kinsella | Finalize settlement agreement. | 0.10 | 63.50 |
| 02/13/25 | K. Nixon | Finalize settlement agreement and motion to approve the same and circulate copies to client and borrower representatives. | 0.50 | 242.50 |
| | **Current Legal Fees:** | | **2.20** | **$ 1,247.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|-----------|-----------|-------|---------------|
| Steven R.  Kinsella | 635.00 | 1.20 | 762.00 |
| Katherine  Nixon | 485.00 | 1.00 | 485.00 |
| **Total** | | **2.20** | **$ 1,247.00** |

### Invoice Totals

Total for Current Legal Fees:                                      $ 1,247.00

**Total For Current Invoice:**                                   **$ 1,247.00**

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



**Invoice:** 1914086
**Invoice Date:** March 5, 2025
**Client Number:** 097807
**Matter Number:** 097807.0011

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through February 28, 2025

**Regarding: Adversary against 36th and Veterans, LLC**

Total for Current Legal Fees:                                              $ 829.00

**Total For Current Invoice:**                                        **$ 829.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                    **Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



**Please send remittance information to paynotification@fredlaw.com**

**Tax ID:** ███████

*** Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. ***

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1914086**
**Invoice Date:** **March 5, 2025**
**Page:**

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 02/05/25 | 1907751 | 929.50 | | 929.50 |

**Total Prior Balance:** **$ 929.50**

To avoid duplicate payments, the Prior Balance reflects what was still due as of March 5, 2025. If payment has been sent close to this date, please verify payment status.



| | |
|---|---|
| **Invoice:** | **1914086** |
| **Invoice Date:** | **March 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0011** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02/05/25 | K. Nixon | Attention to notice of returned mail. | 0.10 | 48.50 |
| 02/06/25 | S. Kinsella | Attention to service issue and provide instruction regarding the same. | 0.10 | 63.50 |
| 02/07/25 | K. Nixon | Review supplemental certificate of service. | 0.10 | 48.50 |
| 02/11/25 | S. Kinsella | Phone call with defense counsel regarding default judgment motion and answer (.2); phone call with CRO regarding the same (.4); review answer (.3). | 0.90 | 571.50 |
| 02/11/25 | K. Nixon | Email CRO re: copy of answer and withdrawal of motion for default judgment. | 0.10 | 48.50 |
| 02/13/25 | K. Nixon | Review scheduling order and email client re: the same. | 0.10 | 48.50 |
| | **Current Legal Fees:** | | **1.40** | **$ 829.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 635.00 | 1.00 | 635.00 |
| Katherine  Nixon | 485.00 | 0.40 | 194.00 |
| **Total** | | **1.40** | **$ 829.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 829.00 |
| **Total For Current Invoice:** | **$ 829.00** |

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



| | |
|---|---|
| **Invoice:** | 1914087 |
| **Invoice Date:** | March 5, 2025 |
| **Client Number:** | 097807 |
| **Matter Number:** | 097807.0012 |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through February 28, 2025

**Regarding: Adversary against LTC – The Lincoln, LLC**

Total for Current Legal Fees:                                                                    $ 1,269.00

**Total For Current Invoice:**                                                              **$ 1,269.00**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                    **Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ███████

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



| | |
|---|---|
| **Invoice:** | **1914087** |
| **Invoice Date:** | **March 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0012** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02/03/25 | K. Nixon | Revise complaint based on updated amounts owed. | 0.70 | 339.50 |
| 02/04/25 | S. Kinsella | Review complaint. | 0.10 | 63.50 |
| 02/04/25 | K. Nixon | Revise complaint with updated amounts owed. | 0.20 | 97.00 |
| 02/11/25 | S. Kinsella | Communications with defense counsel. | 0.10 | 63.50 |
| 02/12/25 | S. Kinsella | Prepare and send counteroffer. | 0.30 | 190.50 |
| 02/14/25 | S. Kinsella | Finalize complaint. | 0.10 | 63.50 |
| 02/14/25 | K. Nixon | Coordinate execution of complaint affidavit page. | 0.20 | 97.00 |
| 02/17/25 | S. Kinsella | Finalize and file complaint. | 0.10 | 63.50 |
| 02/17/25 | K. Nixon | Finalize complaint for filing. | 0.40 | 194.00 |
| 02/19/25 | K. Nixon | Email courtesy copy of complaint to A. Swedberg. | 0.10 | 48.50 |
| 02/20/25 | K. Nixon | Attention to filing of 7007.1 statements. | 0.10 | 48.50 |
| | **Current Legal Fees:** | | **2.40** | **$ 1,269.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 635.00 | 0.70 | 444.50 |
| Katherine  Nixon | 485.00 | 1.70 | 824.50 |
| **Total** | | **2.40** | **$ 1,269.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 1,269.00 |

# Fredrikson

| | |
|---|---|
| **Invoice:** | 1914087 |
| **Invoice Date:** | March 5, 2025 |
| **Page:** | 2 |

**Total For Current Invoice:**                                    **$ 1,269.00**

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



| | |
|---|---|
| **Invoice:** | **1914088** |
| **Invoice Date:** | **March 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0013** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through February 28, 2025

**Regarding: Adversary against Pioneer Place Holdings, LLC**

Total for Current Legal Fees:                                             $ 1,905.00

**Total For Current Invoice:**                                      **$ 1,905.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**           **Online Payments:**                      **Wire Instructions:**

Fredrikson & Byron P.A.            Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484

**Please send remittance information to paynotification@fredlaw.com**

**Tax ID:**

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

**Invoice:**          **1914088**
**Invoice Date:**     **March 5, 2025**
**Page:**

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 02/05/25 | 1907752 | 515.00 | | 515.00 |

**Total Prior Balance:**                                          **$ 515.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of March 5, 2025. If payment has been sent close to this date, please verify payment status.



**Fredrikson**

| | |
|---|---|
| **Invoice:** | **1914088** |
| **Invoice Date:** | **March 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0013** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02/10/25 | S. Kinsella | Prepare settlement proposal. | 0.20 | 127.00 |
| 02/11/25 | S. Kinsella | Prepare revised term sheet (.6); analyze garnishment issues (.4). | 1.00 | 635.00 |
| 02/12/25 | S. Kinsella | Coordinate settlement agreement terms. | 0.10 | 63.50 |
| 02/20/25 | S. Kinsella | Settlement negotiations. | 0.10 | 63.50 |
| 02/24/25 | S. Kinsella | Revise settlement proposal. | 0.70 | 444.50 |
| 02/25/25 | S. Kinsella | Analyze operating agreement and settlement issue. | 0.20 | 127.00 |
| 02/26/25 | S. Kinsella | Review organizational documents. | 0.70 | 444.50 |
| | **Current Legal Fees:** | | **3.00** | **$ 1,905.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Steven R.  Kinsella | 635.00 | 3.00 | 1,905.00 |
| **Total** | | **3.00** | **$ 1,905.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 1,905.00 |
| **Total For Current Invoice:** | **$ 1,905.00** |



| | |
|---|---|
| **Invoice:** | 1914089 |
| **Invoice Date:** | March 5, 2025 |
| **Client Number:** | 097807 |
| **Matter Number:** | 097807.0014 |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through February 28, 2025

**Regarding: Adversary against EPIC Management, LLC**

Total for Current Legal Fees:                                                                     $ 436.50

**Total For Current Invoice:**                                                       **$ 436.50**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                         **Wire Instructions:**

Fredrikson & Byron P.A.            Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

Tax ID: ▋▋▋▋▋

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



| | | |
|---|---|---|
| **Invoice:** | **1914089** |
| **Invoice Date:** | **March 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0014** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02/03/25 | K. Nixon | Draft default judgment motion and send to CRO for review. | 0.40 | 194.00 |
| 02/04/25 | K. Nixon | Finalize motion for default judgment and email CRO copy of the same. | 0.40 | 194.00 |
| 02/05/25 | K. Nixon | Review draft certificate of service. | 0.10 | 48.50 |
| | **Current Legal Fees:** | | **0.90** | **$ 436.50** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Katherine  Nixon | 485.00 | 0.90 | 436.50 |
| **Total** | | **0.90** | **$ 436.50** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 436.50 |
| **Total For Current Invoice:** | **$ 436.50** |



| | |
|---|---|
| **Invoice:** | **1914090** |
| **Invoice Date:** | **March 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0017** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through February 28, 2025

**Regarding: Adversary against LTC – The Falcon, LLC**

Total for Current Legal Fees:                                                                $ 63.50

**Total For Current Invoice:**                                                          **$ 63.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**                    **Online Payments:**                         **Wire Instructions:**

Fredrikson & Byron P.A.                     Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ██████

*** Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. ***

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:**          **1914090**
**Invoice Date:**     **March 5, 2025**
**Page:**

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 02/05/25 | 1907754 | 381.00 | | 381.00 |

**Total Prior Balance:**                                    **$ 381.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of March 5, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



**Invoice:** **1914090**
**Invoice Date:** **March 5, 2025**
**Client Number:** **097807**
**Matter Number:** **097807.0017**

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/20/25 | S. Kinsella | Review order approving settlement. | 0.10 | 63.50 |
| | **Current Legal Fees:** | | **0.10** | **$ 63.50** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|-----------|-----------|-------|---------------|
| Steven R.  Kinsella | 635.00 | 0.10 | 63.50 |
| **Total** | | **0.10** | **$ 63.50** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 63.50 |
| **Total For Current Invoice:** | **$ 63.50** |

# Fredrikson

| | |
|---|---|
| **Invoice:** | 1914091 |
| **Invoice Date:** | March 5, 2025 |
| **Client Number:** | 097807 |
| **Matter Number:** | 097807.0018 |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through February 28, 2025

**Regarding: Adversary action against EPIC Holdings LLC**

| | |
|---|---|
| Total for Current Legal Fees: | $ 254.00 |
| **Total For Current Invoice:** | **$ 254.00** |

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

Tax ID:

*\*\* Please note that Fredrikson & Byron will be adjusting its standard hourly billing rate schedule and some service charges rendered after January 1, 2025.  If you have questions about the billing rates of specific individuals, please contact your billing attorney. \*\**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:**           **1914091**
**Invoice Date:**       **March 5, 2025**
**Client Number:**     **097807**
**Matter Number:**    **097807.0018**

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/03/25 | S. Kinsella | Revise settlement proposal and send to defendant. | 0.40 | 254.00 |
| | **Current Legal Fees:** | | **0.40** | **$ 254.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|-----------|-----------|-------|---------------|
| Steven R.  Kinsella | 635.00 | 0.40 | 254.00 |
| **Total** | | **0.40** | **$ 254.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 254.00 |
| **Total For Current Invoice:** | **$ 254.00** |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | **Jointly Administered** |
| | |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| | |
| Debtors. | Chapter 11 |

### NOTICE OF SEVENTH APPLICATION OF FREDRIKSON & BYRON, P.A. FOR ALLOWANCE OF FEES AND EXPENSES AS CHAPTER 11 COUNSEL FOR THE DEBTORS FROM FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025

TO:     The parties-in-interest as specified in the Notice and Service Requirements adopted pursuant to Local Rule 2002-1 and the Court's order limiting notice pursuant to Fed. R. Bankr. P. 2002(i). (ECF No. 124.)

1.     **NOTICE IS HEREBY GIVEN** that Fredrikson & Byron, P.A., as Chapter 11 counsel for the Debtors, has filed its seventh application for allowance of fees and expenses, a copy of which is attached hereto and served upon you.

2.     **NOTICE IS FURTHER GIVEN** that any objection to the application must be filed with the Clerk of the United States Bankruptcy Court, whose address is Quentin N. Burdick Courthouse, 655 First Avenue North, Suite 210, Fargo, North Dakota 58102, and served upon the attorney whose name and address is listed below, by **Friday, March 28, 2025, which is twenty-one (21) days from the date of the filing of this Notice**. Any objections not filed and served may deemed waived.

Dated:  March 7, 2025

/e/ *Steven R. Kinsella*

Michael S. Raum (#05676)
**FREDRIKSON & BYRON, P.A.**
51 Broadway, Suite 400
Fargo, ND  58102-4991
701.237.8200
mraum@fredlaw.com

Steven R. Kinsella (#09514)
Katherine A. Nixon (*pro hac vice* MN #0402772)
**FREDRIKSON & BYRON, P.A.**
60 South 6th Street, Suite 1500
Minneapolis, MN  55402-4400
612.492.7000
skinsella@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR DEBTORS**