# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>EPIC Companies Midwest, LLC,<br>EPIC Companies Midwest 2023, LLC,<br>EPIC Employee, LLC,<br>EOLA Capital, LLC,<br>EC West Fargo, LLC,<br><br>Debtors. | Bankruptcy No. 24-30281<br>Bankruptcy No. 24-30282<br>Bankruptcy No. 24-30283<br>Bankruptcy No. 24-30284<br>Bankruptcy No. 24-30285<br><br>Chapter 11 |

## MOTION TO APPEAR PRO HAC VICE

I, Amy J. Swedberg, an attorney for Clifford Otten and LTC – The Lincoln, LLC, move the Court pursuant to Local Rule 9010-2 for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information for consideration by the Court:

a. I am a resident of the state of Minnesota.

b. My firm is located at the following address:

   Maslon LLP
   225 South Sixth Street, Suite 2900
   Minneapolis, MN 55402

c. My office telephone number is 612-672-8367.

d. My email address is amy.swedberg@maslon.com.

e. I am admitted to practice before the United States District Court for the District of Minnesota and the United States Bankruptcy Court for the District of Minnesota.

f. I graduated from the University of Minnesota Law School.

g. I have not been subject to any prior disciplinary action.

Under penalty of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

February 26, 2025											**MASLON LLP**


By: /s/ *Amy J. Swedberg*
      Amy J. Swedberg (MN #0271019)
225 South Sixth Street
Suite 2900
Minneapolis, MN  55402
Telephone: (612) 672-8367
Email:      amy.swedberg@maslon.com


*Counsel to Clifford L. Otten and LTC – The Lincoln, LLC*