## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | **Jointly Administered** |
| | |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| | |
| Debtors. | Chapter 11 |

## NOTICE OF SEVENTH APPLICATION OF STINSON LLP FOR ALLOWANCE OF FEES AND EXPENSES AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FROM FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025

TO:     The parties-in-interest as specified in the Notice and Service Requirements adopted pursuant to Local Rule 2002-1 and the Court's Order limiting notice pursuant to Fed. R. Bankr. P. 2002(i). [Dkt. No. 124.]

1.       **NOTICE IS HEREBY GIVEN** that Stinson LLP, as counsel for the Official Committee of Unsecured Creditors, has filed its seventh application for allowance of fees and expenses, a copy of which is attached hereto and served upon you.

2.       **NOTICE IS FURTHER GIVEN** that any objection to the application must be filed with the Clerk of the United States Bankruptcy Court, whose address is Quentin N. Burdick Courthouse, 655 First Avenue North, Suite 210, Fargo, North Dakota 58102, and served upon the attorney whose name and address is listed below, by **April 21, 2025, which is twenty-one (21) days from the date of the filing of this Notice, excluding holidays**. Any objections not filed and served may deemed waived.

CORE/3531668.0002/197239653.1

Dated: April 4, 2025

/s/ Benjamin J. Court

Benjamin J. Court (ND #07776)
Christopher J. Harayda (MN #0390333)
Samantha J. Hanson-Lenn (MN #0402035)
**STINSON LLP**
50 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402
Telephone: 612-335-1500
benjamin.court@stinson.com
cj.harayda@stinson.com
samantha.hansonlenn@stinson.com

**COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED
CREDITORS.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In re:                                                 **Jointly Administered**

EPIC Companies Midwest, LLC,                           Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                      Bankruptcy No. 24-30282
EPIC Employee, LLC,                                    Bankruptcy No. 24-30283
EOLA Capital, LLC, and                                 Bankruptcy No. 24-30284
EC West Fargo, LLC,                                    Bankruptcy No. 24-30285

        Debtors.                                       Chapter 11

## SEVENTH APPLICATION OF STINSON LLP FOR ALLOWANCE OF FEES AND EXPENSES AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FROM FEBRUARY 1, 2025, THROUGH FEBRUARY 28, 2025

1.      Stinson LLP ("Stinson") makes this Seventh Application for allowance of fees for professional services rendered and for reimbursement of expenses incurred as counsel for the Official Committee of Unsecured Creditors (the "Committee") of EPIC Companies Midwest, LLC, EPIC Companies Midwest 2023, LLC, EPIC Employee, LLC, EOLA Capital, LLC, and EC West Fargo, LLC (collectively, the "Debtors") pursuant to 11 U.S.C. § 330.

2.      In support of this Application, Stinson respectfully states as follows:

### JURISDICTION

3.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334 and Fed. R. Bankr. P. 5005. This a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The petitions commencing these Chapter 11 cases were filed on July 8, 2024 (the "Petition Date"). The cases are currently pending before this Court.

4.      This Application arises under 11 U.S.C. §§ 503(b)(2), 328(a), 330, 331, and 1103. This Application is filed under Fed. R. Bankr. P. 2016 and 2002(a)(6). Notice of this Application

is provided pursuant to the Federal Rules of Bankruptcy Procedure, the Notice and Service Requirements adopted pursuant to Local R. 2002-1, and the Court's Order limiting notice pursuant to Fed. R. Bankr. P. 2002(i). [Dkt. No. 124.]

## **BACKGROUND**

5.      On July 30, 2024, the Office of the United States Trustee appointed the Committee. [Dkt. No. 58.]

6.      On August 7, 2024, the Committee selected Stinson to serve as its bankruptcy counsel, subject to court approval. On August 13, 2024, the Committee filed the Application to Employ Stinson LLP as Counsel to the Official Committee of Unsecured Creditors (the "Application to Employ"). [Dkt. No. 69.] The Court granted the Application to Employ, effective August 7, 2024, on August 30, 2024, via docket text (the "Order Approving Application to Employ"). [Dkt. No. 101.] A copy of the Order Approving Application to Employ is attached as **Exhibit A.**

7.      Pursuant to the Order Approving the Application to Employ, the Court also granted Stinson the authority to apply for fees and expenses pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Retained Professionals at Dkt. No. 72 (the "Order Establishing Fee Application Procedures"). The Order Establishing Fee Application Procedures is attached as **Exhibit B**.

8.      This is Stinson's seventh application for compensation under 11 U.S.C. § 331. Stinson's filed its first application on September 16, 2024 (the "First Application"); its second application on November 7, 2024 (the "Second Application"); its third application on December 2, 2024 (the "Third Application"); its fourth application on December 30, 2024 (the "Fourth Application"); its fifth application on February 6, 2025 (the "Fifth Application"); and its sixth

application on February 25, 2025 (the "<u>Sixth Application</u>"). [Dkt. Nos. 109, 160, 179, 202, 219, and 237.] The Court has approved the First, Second, Third, Fourth, Fifth, and Sixth Applications as follows: 1) for the First Application, the Court approved $42,776.50 in fees and $1,953.04 in expenses for a total of $44,729.54 on October 21, 2024; 2) for the Second Application, the Court approved $40,957.50 in fees and $2,661.88 in expenses for a total of $43,619.38 on December 4, 2024; 3) for the Third Application, the Court approved $11,882.00 in fees on December 27, 2024; 4) for the Fourth Application, the Court approved $16,105.50 in fees on January 27, 2025; 5) for the Fifth Application, the Court approved $6,188.50 in fees on March 4, 2025; 6) 5) for the Sixth Application, the Court approved $18,631.50 in fees on March 25, 2025. [Dkt. Nos. 149, 181, 201, 217, 239, and 264.]

**RELIEF REQUESTED**

1.      **Fees and Expenses**.  By this Application, Stinson requests allowance of fees for professional services rendered during Debtors' Chapter 11 cases between February 1, 2025, to February 28, 2025, in the amount of **$16,390.50**, and reimbursement of expenses in the amount of **$0.00**, for a total of **$16,390.50**.

2.      The professional services rendered by Stinson are detailed on the attached **Exhibit C**. Those services include the tasks specifically described below:

**(Task Code: B100 and B110) Case Administration:  $541.00**
Services include reviewing and analyzing court filings including the monthly operating reports, and preparing exhibits and finalizing filings with the court, including ensuring all court orders and local rules are followed.

| **Name** | **Hours** | **Year** | **Hourly Rate** | **Fees** |
|---|---|---|---|---|
| Christopher J. Harayda | 0.8 | 2025 | $565 | $452.00 |
| Samantha J. Hanson-Lenn | 0.2 | 2025 | $445 | $89.00 |
| **TOTAL** | **1.0** | | | **$541.00** |

| Blended Hourly Rate: | $541.00 |
|---|---|

**(Task Code: B120) Asset Analysis and Recovery: $799.50**

Services include communicating with the CRO and Debtors' counsel to address ongoing litigation, settlement discussions, and strategies of recovery; preparing for and communicating with the Committee about the status of negotiations, ongoing litigations, potential settlement offers, and mediation; analyzing issues regarding recovery options on certain projects and evaluating summaries of the same; analyzing newly filed adversary proceedings and Debtors' Motions to Approve Settlement.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Christopher J. Harayda | 1.1 | 2025 | $565 | $621.50 |
| Samantha J. Hanson-Lenn | 0.4 | 2025 | $445 | $178.00 |
| TOTAL | 1.5 | | | $799.50 |

| Blended Hourly Rate: | $533.00 |
|---|---|

**(Task Code B150) Meetings of and Communications with Creditors: $8,649.00**

Services include participating in various conferences with the Committee to evaluate and provide advice regarding Debtors' recovery options, settlements, and status updates; reviewing and responding to various questions from creditors regarding claims trading; engaging in various communications via email and phone with creditors regarding the status of case, bankruptcy process, and new filings in the case.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Benjamin J. Court | 1.8 | 2025 | $565 | $1,017.00 |
| Christopher J. Harayda | 10.4 | 2025 | $565 | $5,876.00 |
| Samantha Hanson-Lenn | 3.6 | 2025 | $445 | $1,602.00 |
| Miranda S. Swift | 0.4 | 2025 | $385 | $154.00 |
| TOTAL | 16.2 | | | $8,649.00 |

| Blended Hourly Rate: | $533.89 |
|---|---|

**(B160 and 170) Employment Applications and Fee Applications: $1,522.00**

Services include preparing Fee Applications and evaluating issues regarding Fee Applications.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Benjamin J. Court | 0.3 | 2025 | $565 | $169.50 |
| Christopher J. Harayda | 0.5 | 2025 | $565 | $282.50 |

4

| | | | | |
|---|---|---|---|---|
| Samantha J. Hanson-Lenn | 2.4 | 2025 | $445 | $1,068.00 |
| **TOTAL** | **3.2** | | | **$1,520.00** |

| | |
|---|---|
| Blended Hourly Rate: | $475.00 |

**(B190) Other Contested Matters:  $4,881.00**

Services include reviewing updated pleadings in adversary proceeding and analyzing issues regarding defenses in adversary proceedings; attending status conferences for various adversary proceedings; preparing summary of adversary proceedings and settlements for Committee.

| **Name** | **Hours** | **Year** | **Hourly Rate** | **Fees** |
|---|---|---|---|---|
| Benjamin J. Court | 0.4 | 2025 | $565 | $226.00 |
| Christopher J. Harayda | 6.9 | 2025 | $565 | $3,898.50 |
| Samantha J. Hanson-Lenn | 1.7 | 2025 | $445 | $756.50 |
| **TOTAL** | **9.00** | | | **$4,881.00** |

| | |
|---|---|
| Blended Hourly Rate: | $542.33 |

**TOTAL FEES: $16,390.50**

3.     All services for which fees are requested by Stinson were performed for and on behalf of the Committee, and not on behalf of the Debtors or other persons.

**LEGAL BASIS**

4.     This Court is authorized to award to professional persons employed by section 1103 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered by the … attorney[s] and by any paraprofessional person[s] employed by any such person, and … reimbursement for actual, necessary expenses." 11 U.S.C. § 330. The Court must consider the nature, extent, and value of such services, taking into account all relevant factors to determine whether the request for payment in connection with such services is fair and reasonable. *Id.* The services Stinson provided pursuant to this Seventh Application were actual, reasonable, and necessary services on behalf of the Committee, and not on the behalf of any other persons, and the

5

fees and expenses requested in this Application are fair and reasonable under the circumstances of this case.

**WHEREFORE,** Stinson respectfully requests that the Court enter an order:

A.  Allowing Stinson's fees incurred between February 1, 2025, and February 28, 2025, in the amount of **$16,390.50**, and reimbursement of expenses in the amount of **$0.00**, for a total of **$16,390.50**.

B.  Authorizing and directing the Debtors to pay Stinson such allowed fees and expenses;

C.  Granting administrative expense priority to Stinson's allowed fees and expenses; and

D.  Granting such other and further relief as may be just and proper.


Dated: April 4, 2025

                                  */s/ Benjamin J. Court*
                                  Benjamin J. Court (ND #07776)
                                  Christopher J. Harayda (MN #0390333)
                                  Samantha J. Hanson-Lenn (MN #0402035)
                                  **STINSON LLP**
                                  50 South Sixth Street, Suite 2600
                                  Minneapolis, Minnesota 55402
                                  Telephone: 612-335-1500
                                  benjamin.court@stinson.com
                                  cj.harayda@stinson.com
                                  samantha.hansonlenn@stinson.com

                                  **COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS.**

## <u>AFFIDAVIT</u>

I, Benjamin J. Court, an attorney at the law firm of Stinson LLP, declare under penalty of perjury that the foregoing Seventh Application of Stinson LLP for Allowance of Fees and Expenses as counsel for the Official Committee of Unsecured Creditors from February 1, 2025, through February 28, 2025, is true and correct according to the best of my knowledge, information, and belief.

Dated: April 4, 2025                                          */s/Benjamin J. Court*
                                                              Benjamin J. Court

# **EXHIBIT A**

**Docket Text:**

Order Approving Application to Employ Benjamin J. Court and Stinson LLP as counsel for the Official Committee of Unsecured Creditors Effective August 7, 2024 (Related Doc # [69]). The application to employ is APPROVED subject to the limitations on compensation provided by 11 U.S.C. § 328. This order is not a determination that the services or rates charged are necessary and reasonable. The person or entity employed under this order shall file a fee application in accordance with the Bankruptcy Code and Federal Rules of Bankruptcy Procedures. See Fed. R. Bank. P. 2016, 2017 and 11 U.S.C. §§ 329, 330. Applicant must also comply with Local Rules. Applicant is also granted authority to apply for fees and expenses pursuant to #[72] Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Retained Professionals. As required by applicable federal rule or statute, the Movant shall serve this docket text only order on all appropriate parties that will not receive notice of electronic filing. By Judge Shon Hastings. (Text order only). Signed on O8/30/2024 (vck)

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:                                                    **Jointly Administered**

EPIC Companies Midwest, LLC,                    Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,              Bankruptcy No. 24-30282
EPIC Employee, LLC,                                  Bankruptcy No. 24-30283
EOLA Capital, LLC, and                              Bankruptcy No. 24-30284
EC West Fargo, LLC,                                  Bankruptcy No. 24-30285

        Debtors.                                  Chapter 11

---

**ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR RETAINED PROFESSIONALS**

---

Debtors filed a Motion for an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief.  Doc. 11. Pursuant to the notice of the Motion [Doc. 16], objections to the Motion were due by July 30, 2024.

Debtors served notice of the Motion. The Court received no objections to the Motion.  The Court held a hearing on the Motion on August 14, 2024.  Based upon the Motion and the Declaration of Patrick Finn [Doc. 6] and for the reasons stated on the record at the August 14, 2024, hearing, the Court finds that the circumstances of these cases warrant granting the relief provided below.

**IT IS ORDERED** that, except as otherwise provided in any order of the Court, professionals employed in this bankruptcy case, including Fredrikson & Byron, P.A., shall be permitted to seek interim payment of compensation and reimbursement of expenses by filing monthly applications for interim compensation and reimbursement of expenses.

**IT IS FURTHER ORDERED** that Debtors are authorized to pay all reasonable amounts invoiced by Lighthouse Management Group, Inc. ("Lighthouse") for fees and expenses on a bi-weekly basis.

**IT IS FURTHER ORDERED** that Lighthouse will file with the Court and serve on Debtors, the United States Trustee, and any statutory committee appointed in this case (the "Notice Parties") a monthly staffing report, filed and served by the 20th of each month for the previous month, identifying the Lighthouse employees who worked on this case, the total hours billed by Lighthouse, and a summary of the tasks performed. Lighthouse will also file with the Court and serve on the Notice Parties a quarterly compensation report by the 20th of each month following the end of a quarter, showing the total fees and expenses for the preceding quarter. These reports will be deemed applications for interim compensation under sections 328 and 330. Parties in interest may object to the reports within 21 days after notice. The Court will rule on the applications after the deadline to object passes or after a hearing on the application.

**IT IS FURTHER ORDERED** that Debtors will allocate the fees and expenses approved among Debtors pro rata if the professionals charge for tasks that generally apply to all cases and to the appropriate Debtor if the tasks relate solely to a specific Debtor.

Dated: August 14, 2024.

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT

# **<u>EXHIBIT C</u>**

CORE/3531668.0002/197239653.1



1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2150
1.800.846.1201

March 20, 2025

The Official Committee of Unsecured Creditors for
EPIC Companies
Attn The Official Committee of Unsecured Creditors
NA

Invoice No: 43624095
Benjamin Court

Re:        EPIC Companies Midwest, LLC

           File No:  3531668.0002

| Invoice Summary | |
|---|---|

Professional services and disbursements rendered through February 28, 2025

| | |
|---|---|
| Current Professional Services | $16,390.50 |
| Current Disbursements | $0.00 |
| **Total Current Invoice** | **$16,390.50** |

**Stinson LLP**                                                      **Invoice Detail**

File No. 3531668.0002                                                          Page 2
Invoice No: 43624095

| Timekeeper Summary | | | | |
| --- | --- | --- | --- | --- |

| Timekeeper | Title | Rate | Hours | Amount |
| --- | --- | --- | --- | --- |
| Benjamin Court | Partner | 565.00 | 2.50 | 1,412.50 |
| C.J. Harayda | Partner | 565.00 | 19.70 | 11,130.50 |
| Miranda Swift | Associate | 385.00 | 0.40 | 154.00 |
| Samantha Hanson-Lenn | Associate | 445.00 | 8.30 | 3,693.50 |
| **Current Professional Services** | | | **30.90** | **$16,390.50** |

| Professional Services | | | | |
| --- | --- | --- | --- | --- |

| Date | Task | Description/Timekeeper | Hours | Amount |
| --- | --- | --- | --- | --- |
| **B110 - Case Administration** | | | | |
| 02/03/25 | B110 | Review recently filed pleadings including employment application (0.3); conference with debtors' counsel regarding project negotiations and related issues (0.5). C.J. Harayda | 0.80 | 452.00 |
| 02/24/25 | B110 | Update contact information of creditors (.1) and prepare correspondence to Debtors' counsel regarding the same. Samantha Hanson-Lenn | 0.20 | 89.00 |
| **Total B110 - Case Administration** | | | **1.00** | **541.00** |
| **B120 - Asset Analysis and Recovery** | | | | |
| 02/04/25 | B120 | Review and analyze additional documents regarding projects, values and recovery options. C.J. Harayda | 1.10 | 621.50 |
| 02/21/25 | B120 | Analysis regarding status of case and recoveries. Samantha Hanson-Lenn | 0.40 | 178.00 |
| **Total B120 - Asset Analysis and Recovery** | | | **1.50** | **799.50** |
| **B150 - Meetings of and Comm. with Creditors** | | | | |
| 02/03/25 | B150 | Prepare updated with agenda for UCC regarding negotiations and settlements. | 0.40 | 226.00 |

**Stinson LLP**                                                                      **Invoice Detail**

File No. 3531668.0002                                                                      Page 3
Invoice No: 43624095

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|------------------------|-------|--------|
| | | C.J. Harayda | | |
| 02/04/25 | B150 | Prepare for and conference with UCC (1.1); follow-up emails with UCC regarding next steps and decision time line (0.4). C.J. Harayda | 1.50 | 847.50 |
| 02/05/25 | B150 | Phone conference with committee members to address options and recommendations with regard to certain project company settlement opportunities and provide legal advice to committee members regarding options and potential outcomes. Benjamin Court | 0.50 | 282.50 |
| 02/05/25 | B150 | Communications with UCC regarding project outcomes and negotiation position questions (.5); conference with S. Kinsella re same and related mediation and collection issues (.4); conference with UCC regarding 4 projects in negotiations (.5) C.J. Harayda | 1.40 | 791.00 |
| 02/07/25 | B150 | Communications with UCC regarding settlement negotiations and mediation (.2); communications with mediator regarding timing and agreement (.1) C.J. Harayda | 0.30 | 169.50 |
| 02/10/25 | B150 | Review and respond to questions from UCC regarding various settlements and status of U of J property and payment (.6); follow-up with debtors' counsel re same (.1) C.J. Harayda | 0.70 | 395.50 |
| 02/11/25 | B150 | Conference with debtors counsel regarding various issues including negotiations and UCC update (.4); provide status report to UCC on various pending items (.2) C.J. Harayda | 0.60 | 339.00 |
| 02/13/25 | B150 | Prepare response to creditor Holmes regarding status of the case. Samantha Hanson-Lenn | 0.40 | 178.00 |
| 02/14/25 | B150 | Exchange emails with unsecured creditors regarding matter updates, status of claims, recovery issues, and proposed next steps. Benjamin Court | 0.30 | 169.50 |

**Stinson LLP**                                                    **Invoice Detail**

File No. 3531668.0002                                                      Page 4

Invoice No: 43624095

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 02/18/25 | B150 | Review and revise proposed update for unsecured creditors<br>C.J. Harayda | 0.90 | 508.50 |
| 02/19/25 | B150 | Review and revise report for creditors.<br>C.J. Harayda | 0.50 | 282.50 |
| 02/20/25 | B150 | Draft and review update to creditors regarding various actions to increase creditor recovery (1.3); communications with S. Hanson-Lenn and B. Court re same (.1).<br>C.J. Harayda | 1.40 | 791.00 |
| 02/20/25 | B150 | Review recently filed adversary proceeding (.5); review recently filed settlements (.3); review MORs (.3) ; prepare summary update to committee regarding the same (.3); review and revise letter to creditors from Lighthouse Management (.3).<br>Samantha Hanson-Lenn | 1.70 | 756.50 |
| 02/21/25 | B150 | Review and provide comments to creditor update (.9); communications with P. Finn and S. Kinsella regarding same (.1); review notices for new adversary cases (.1)<br>C.J. Harayda | 1.10 | 621.50 |
| 02/23/25 | B150 | Review and analyze newly filed settlements and adversary proceedings (.5); Prepare correspondence to committee regarding the same (.3).<br>Samantha Hanson-Lenn | 0.80 | 356.00 |
| 02/24/25 | B150 | Review proposed communication with creditors (.5); draft and revise update to committee (.4)<br>C.J. Harayda | 0.90 | 508.50 |
| 02/24/25 | B150 | Phone call with Polly Peterson regarding U of J questions.<br>Samantha Hanson-Lenn | 0.10 | 44.50 |
| 02/26/25 | B150 | Exchange multiple emails with United States Trustee regarding committee composition issues and potential committee candidates (0.4); exchange emails with creditor regarding EPIC notices from third party and relationship to pending bankruptcy proceedings (0.3).<br>Benjamin Court | 0.70 | 395.50 |
| 02/26/25 | B150 | Review questions regarding certain projects from creditors (0.2); analyze issues regarding replacement UCC member (0.2). | 0.40 | 226.00 |

**Stinson LLP**                                                    **Invoice Detail**

File No. 3531668.0002                                                      Page 5
Invoice No: 43624095

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| | | C.J. Harayda | | |
| 02/26/25 | B150 | Discussions regarding potential new committee member.<br>Miranda Swift | 0.40 | 154.00 |
| 02/27/25 | B150 | Exchange emails with creditor regarding note enforcement and collection issues, and potential plan treatment and distribution issues.<br>Benjamin Court | 0.30 | 169.50 |
| 02/27/25 | B150 | Phone conversation with creditor Wiltse regarding status of bankruptcy case.<br>Samantha Hanson-Lenn | 0.20 | 89.00 |
| 02/27/25 | B150 | Prepare correspondence in response to creditor Merill's questions about status of bankruptcy cases.<br>Samantha Hanson-Lenn | 0.40 | 178.00 |
| 02/28/25 | B150 | Provide update to committee regarding mediation and membership (0.2); communications regarding new committee member (0.1).<br>C.J. Harayda | 0.30 | 169.50 |

**Total B150 - Meetings of and Comm. with Creditors**              **16.20**      **8,649.00**

**B160 - Fee/Employment Applications**

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 02/06/25 | B160 | Review and revise fee application.<br>C.J. Harayda | 0.40 | 226.00 |
| 02/06/25 | B160 | Revise and finalize fee application for filing.<br>Samantha Hanson-Lenn | 0.40 | 178.00 |
| 02/19/25 | B160 | Attention to materials for fee application.<br>C.J. Harayda | 0.10 | 56.50 |
| 02/19/25 | B160 | Review and revise invoice in preparation for preparing fee application.<br>Samantha Hanson-Lenn | 0.20 | 89.00 |
| 02/23/25 | B160 | Prepare Sixth Fee Application and revise the same.<br>Samantha Hanson-Lenn | 1.30 | 578.50 |
| 02/25/25 | B160 | Prepare revisions to Stinson fee application.<br>Benjamin Court | 0.30 | 169.50 |

**Stinson LLP**                                                                                          **Invoice Detail**

File No. 3531668.0002                                                                                          Page 6
Invoice No: 43624095

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|-----------------------|-------|--------|
| 02/25/25 | B160 | Finalize Sixth Fee Application for Filing and cross check to ensure all rules and code provisions are followed.<br>Samantha Hanson-Lenn | 0.50 | 222.50 |

**Total B160 - Fee/Employment Applications**                                                   **3.20**        **1,520.00**

**B190 - Other Contested Matters**

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|-----------------------|-------|--------|
| 02/06/25 | B190 | Review proposed mediation statement (0.2); communications regarding same and negotiation status (0.2).<br>C.J. Harayda | 0.40 | 226.00 |
| 02/14/25 | B190 | Analyze issues regarding proposed settlements and status of negotiations<br>C.J. Harayda | 0.50 | 282.50 |
| 02/19/25 | B190 | Review update on scheduling conference and possible settlements (0.2); communications with S. Kinsella re same (0.1).<br>C.J. Harayda | 0.30 | 169.50 |
| 02/19/25 | B190 | Review adversary proceedings in preparation for scheduling conference (.2) and attend scheduling conference (.1).<br>Samantha Hanson-Lenn | 0.30 | 133.50 |
| 02/26/25 | B190 | Draft mediation statement for five adversary proceeding.<br>C.J. Harayda | 1.40 | 791.00 |
| 02/27/25 | B190 | Draft and revise mediation statement for 5 adversary proceedings (2.0); review and analyze pleadings and documents related to same (.2); review debtors draft mediation statement and discuss same with S. Kinsella (.6)<br>C.J. Harayda | 2.80 | 1,582.00 |
| 02/27/25 | B190 | Evaluate CRO's analysis of project entities recovery possibilities in relation to mediation of adversary proceedings and update interoffice tracking of the same.<br>Samantha Hanson-Lenn | 0.50 | 222.50 |
| 02/27/25 | B190 | Analysis regarding status of settlements and adversary | 0.50 | 222.50 |

**Stinson LLP**                                                          **Invoice Detail**

File No. 3531668.0002                                                           Page 7
Invoice No: 43624095

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| | | proceedings in connection with creditor's questions about status of case and prepare interoffice catalog of the same.<br>Samantha Hanson-Lenn | | |
| 02/27/25 | B190 | Review and revise mediation statement.<br>Samantha Hanson-Lenn | 0.40 | 178.00 |
| 02/28/25 | B190 | Prepare revisions to proposed mediation statement.<br>Benjamin Court | 0.40 | 226.00 |
| 02/28/25 | B190 | Draft and revise mediation statement for 5 adversary proceedings (1.3); finalize and deliver to mediator (0.2).<br>C.J. Harayda | 1.50 | 847.50 |

**Total B190 - Other Contested Matters**                    **9.00**    **4,881.00**

**Current Professional Services**                          **30.90**   **$16,390.50**

## Task Code Summary

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| B110 | Case Administration | 1.00 | 541.00 |
| B120 | Asset Analysis and Recovery | 1.50 | 799.50 |
| B150 | Meetings of and Comm. with Creditors | 16.20 | 8,649.00 |
| B160 | Fee/Employment Applications | 3.20 | 1,520.00 |
| B190 | Other Contested Matters | 9.00 | 4,881.00 |
| | **Current Professional Services** | **30.90** | **$16,390.50** |

**Stinson LLP**                                                      **Invoice Detail**

File No. 3531668.0002                                                      Page 8
Invoice No: 43624095

## Outstanding AR Summary

| Date | Invoice Number | Amount | Payments | Balance |
|------|----------------|--------|----------|---------|
| 09/12/24 | 43586075 | $46,521.04 | $44,729.54 | $1,791.50 |
| 11/25/24 | 43601813 | $11,882.00 | $0.00 | $11,882.00 |
| 01/24/25 | 43612745 | $6,188.50 | $0.00 | $6,188.50 |
| 02/19/25 | 43617915 | $18,631.50 | $0.00 | $18,631.50 |
| 03/20/25 | 43624095 | $16,390.50 | $0.00 | $16,390.50 |
| **Total Balance:** | | | | **$54,884.00** |

AR Balance:

| 0-30 | 31-60 | 61-90 | 91+ | Total |
|------|-------|-------|-----|-------|
| $35,022.00 | $6,188.50 | $0.00 | $13,673.50 | $54,884.00 |

Questions or concerns, please call 800-846-1201 or email payments@stinson.com

# STINSON

1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2150
1.800.846.1201

March 20, 2025

The Official Committee of Unsecured Creditors for
EPIC Companies
Attn The Official Committee of Unsecured Creditors
NA

Invoice No: 43624095
Benjamin Court

Re:     EPIC Companies Midwest, LLC

        File No:  3531668.0002

| Invoice Summary | |
|---|---|
| Professional services and disbursements rendered through February 28, 2025 | |
| Current Professional Services | $16,390.50 |
| Current Disbursements | $0.00 |
| **Total Current Invoice** | **$16,390.50** |

## Payment Options

Online Payments:
Stinson.com

Norton
SECURED
powered by VeriSign

Wire/ACH Instructions:
US Bank
Routing No.:  101000187
Acct:  Stinson LLP
Account No:  145590256684
Swift Code-USBKUS44IMT
Please reference **File No: 3531668.0002**

Payment by check:
PO Box 843052
Kansas City, MO 64184-3052
Please return this remittance copy with your payment
and reference **File No: 3531668.0002**

Questions or concerns, please call 800-846-1201 or email payments@stinson.com

Payment Terms: Net 30
Tax ID #44-0643135