**DEBTOR:** Epic Companies Midwest 2023 LLC  **CASE NO:** 24-30282

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**

For Period: 3/1/2025 to 3/31/2025

| CASH FLOW SUMMARY | Jul-24 | Aug-24 | Sep-24 | Oct-24 | Nov-24 | Dec-24 | Jan-25 | Feb-25 | Mar-25 | Accumulated |
|---|---|---|---|---|---|---|---|---|---|---|
| **1. Beginning Cash Balance** | $ 177,704.18 | $ 180,622.51 | $ 180,760.63 | $ 202,757.45 | $ 209,790.61 | $ 322,307.21 | $ 245,878.43 | $ 182,011.80 | $ 88,459.49 | $ 177,704.18 (1) |
| 2. Cash Receipts | | | | | | | | | | |
| Operations | 1,375.00 | - | - | - | - | - | - | - | - | 1,375.00 |
| Loan Principal Payment | - | - | - | - | 200,000.00 | - | 29,000.00 | - | 15,000.00 | 244,000.00 |
| Loans/advances | - | - | - | - | - | - | - | - | - | - |
| Other: Loan Interest Income | 5,015.33 | 207.00 | 22,100.01 | 7,366.67 | 12,859.99 | 23,733.34 | 7,366.67 | 7,366.67 | 7,366.67 | 93,382.35 |
| Other: Interest Income | - | - | - | - | - | - | - | - | - | - |
| Total Cash Receipts | $ 6,390.33 | $ 207.00 | $ 22,100.01 | $ 7,366.67 | $ 212,859.99 | $ 23,733.34 | $ 36,366.67 | $ 7,366.67 | $ 22,366.67 | $ 338,757.35 |
| 3. Cash Disbursements | | | | | | | | | | |
| Operations | 3,472.00 | 68.88 | 103.19 | 333.51 | 93.39 | 162.12 | 233.30 | 115.98 | 113.42 | 4,695.79 |
| Debt Service/Secured loan payment | - | - | - | - | - | - | - | - | - | - |
| Professional fees/U.S. Trustee fees | - | - | - | - | 250.00 | - | - | 803.00 | - | 1,053.00 |
| Other | - | - | - | - | 100,000.00 | 100,000.00 | 100,000.00 | 100,000.00 | - | 400,000.00 |
| Total Cash Disbursements | $ 3,472.00 | $ 68.88 | $ 103.19 | $ 333.51 | $ 100,343.39 | $ 100,162.12 | $ 100,233.30 | $ 100,918.98 | $ 113.42 | $ 405,748.79 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | 2,918.33 | 138.12 | 21,996.82 | 7,033.16 | 112,516.60 | (76,428.78) | (63,866.63) | (93,552.31) | 22,253.25 | (66,991.44) |
| **5 Ending Cash Balance (to Form 2-C)** | $ 180,622.51 | $ 180,760.63 | $ 202,757.45 | $ 209,790.61 | $ 322,307.21 | $ 245,878.43 | $ 182,011.80 | $ 88,459.49 | $ 110,712.74 | $ 110,712.74 (2) |

**CASH BALANCE SUMMARY**

| | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ 0 |
| Operating Account | First Western Bank & Trust | 0 |
| Debtor-in-possession Account | US Bank | 110,712.74 |
| Other Interest-bearing Account | | 0 |
| TOTAL (must agree with Ending Cash Balance above) | | $ 110,712.74 |

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case.*
  *Current month beginning cash balance should equal the previous month's ending balance.*
*(2) All cash balances should be the same.*

**DEBTOR:** Epic Companies Midwest 2023 LLC    **CASE NO:** 24-30282

# Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period: 3/1/2025 to 3/31/2025

**CASH RECEIPTS DETAIL**  **Account No:** ▓▓▓▓▓▓
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|---|---|---|---:|
| 03/10/2025 | U of J MU | Loan Principal Payment | $ 15,000.00 |
| 03/31/2025 | Epic Unite REH | Other: Loan Interest Income | 3,125.00 |
| 03/31/2025 | Epic Unite REH | Other: Loan Interest Income | 375.00 |
| 03/31/2025 | Epic Unite REH | Other: Loan Interest Income | 400.00 |
| 03/31/2025 | Epic Unite REH | Other: Loan Interest Income | 2,000.00 |
| 03/31/2025 | Epic Unite REH | Other: Loan Interest Income | 1,466.67 |

**Total Cash Receipts** $ 22,366.67 (1)

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

Page 2 of 3
Rev. 01/01/18

Exhibit A

**DEBTOR:** Epic Companies Midwest 2023 LLC   **CASE NO:** 24-30282

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 3/1/2025 to 3/31/2025

**CASH DISBURSEMENTS DETAIL**   **Account No:**
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 3/14/2025 | | USBank | Operations | $ 113.42 |

Total Cash Disbursements  $   113.42  (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

Page 3 of 3
Rev. 01/01/18

**DEBTOR:** Epic Companies Midwest 2023 LLC  **CASE NO:** 24-30282

Exhibit B

Form 2-C
**COMPARATIVE BALANCE SHEET**

For Period Ending 3/31/2025

| | 7/8/2024 | 7/31/2024 | 8/31/2024 | 9/30/2024 | 10/31/2024 | 11/30/2024 | 12/31/2024 | 1/31/2025 | 2/28/2025 | 3/31/2025 | Petition Date (1) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | |
| Current Assets: | | | | | | | | | | | |
| Cash (from Form 2-B, line 5) | $ - | $ 180,622.51 | 180,760.63 | 202,757.45 | 209,790.61 | 322,307.21 | 245,878.43 | 182,011.80 | 88,459.49 | 110,712.74 | $ 177,704.18 |
| Accounts Receivable (from Form 2-E) | - | 199,479.72 | 154,700.88 | 231,894.45 | 300,146.35 | 294,813.03 | 287,446.36 | 286,832.35 | 286,832.35 | 286,332.35 | 133,562.64 |
| Receivable from Officers, Employees, Affiliates | - | - | - | - | - | - | - | - | - | - | - |
| Inventory | - | - | - | - | - | - | - | - | - | - | - |
| Other Current Assets :(List) Due from ECMW | - | - | - | - | - | 100,000.00 | 200,000.00 | 200,000.00 | 300,000.00 | 300,000.00 | - |
| Total Current Assets | $ - | $ 380,102.23 | $ 335,461.51 | $ 434,651.90 | $ 509,936.96 | $ 717,120.24 | $ 733,324.79 | $ 668,844.15 | $ 675,291.84 | $ 697,045.09 | $ 311,266.82 |
| Fixed Assets: | | | | | | | | | | | |
| Land | $ - | - | - | - | - | - | - | - | - | - | $ - |
| Building | - | - | - | - | - | - | - | - | - | - | - |
| Equipment, Furniture and Fixtures | - | - | - | - | - | - | - | - | - | - | - |
| Total Fixed Assets | - | - | - | - | - | - | - | - | - | - | - |
| Less: Accumulated Depreciation | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) |
| Net Fixed Assets | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Assets (List): | - | - | - | - | - | - | - | - | - | - | - |
| Notes Receivable | | 12,067,346.12 | 11,495,070.19 | 11,495,070.19 | 11,495,070.19 | 11,295,070.19 | 11,295,070.19 | 11,229,020.19 | 11,229,020.19 | 11,214,020.19 | 12,067,346.12 |
| | - | | | | | | | | | | |
| **TOTAL ASSETS** | $ - | $ 12,447,448.35 | $ 11,830,531.70 | $ 11,929,722.09 | $ 12,005,007.15 | $ 12,012,190.43 | $ 12,028,394.98 | $ 11,897,864.34 | $ 11,904,312.03 | $ 11,911,065.28 | $ 12,378,612.94 |
| **LIABILITIES** | | | | | | | | | | | |
| Post-petition Accounts Payable (from Form 2-E) | $ - | $ - | 37,326.93 | 57,176.61 | 115,208.87 | 143,112.13 | 183,048.90 | 205,695.97 | 217,059.97 | 247,232.85 | $ - |
| Post-petition Accrued Profesional Fees (from Form 2-E) | - | - | - | - | - | - | - | - | - | - | - |
| Post-petition Taxes Payable (from Form 2-E) | - | - | - | - | - | - | - | - | - | - | - |
| Post-petition Notes Payable | - | - | - | - | - | - | - | - | - | - | - |
| Other Post-petition Payable(List): | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - |
| Total Post Petition Liabilities | $ - | $ - | $ 37,326.93 | $ 57,176.61 | $ 115,208.87 | $ 143,112.13 | $ 183,048.90 | $ 205,695.97 | $ 217,059.97 | $ 247,232.85 | $ - |
| Pre Petition Liabilities: | | | | | | | | | | | |
| Secured Debt | - | - | - | - | - | - | - | - | - | - | - |
| Priority Debt | - | - | - | - | - | - | - | - | - | - | - |
| Prepetition Unsecured Debt | - | 12,327,013.80 | 11,754,737.87 | 11,754,737.87 | 11,754,737.87 | 11,754,737.87 | 11,754,737.87 | 11,754,737.87 | 11,754,737.87 | 11,754,737.87 | 12,327,013.80 |
| Class B | - | - | - | - | - | - | - | - | - | - | - |
| Total Pre Petition Liabilities | $ - | $ 12,327,013.80 | $ 11,754,737.87 | $ 11,754,737.87 | $ 11,754,737.87 | $ 11,754,737.87 | $ 11,754,737.87 | $ 11,754,737.87 | $ 11,754,737.87 | $ 11,754,737.87 | $ 12,327,013.80 |
| **TOTAL LIABILITIES** | $ - | $ 12,327,013.80 | $ 11,792,064.80 | $ 11,811,914.48 | $ 11,869,946.74 | $ 11,897,850.00 | $ 11,937,786.77 | $ 11,960,433.84 | $ 11,971,797.84 | $ 12,001,970.72 | $ 12,327,013.80 |
| **OWNERS' EQUITY** | | | | | | | | | | | |
| Owner's/Stockholder's Equity | $ - | 120,434.55 | 38,466.90 | 117,807.61 | 135,060.41 | 114,340.43 | 90,608.21 | (62,569.50) | (67,485.81) | (90,905.44) | $ 51,599.14 |
| Retained Earnings - Prepetition | - | - | - | - | - | - | - | - | - | - | - |
| Retained Earnings - Post-petition | - | - | - | - | - | - | - | - | - | - | - |
| **TOTAL OWNERS' EQUITY** | $ - | $ 120,434.55 | $ 38,466.90 | $ 117,807.61 | $ 135,060.41 | $ 114,340.43 | $ 90,608.21 | $ (62,569.50) | $ (67,485.81) | $ (90,905.44) | $ 51,599.14 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ - | $ 12,447,448.35 | $ 11,830,531.70 | $ 11,929,722.09 | $ 12,005,007.15 | $ 12,012,190.43 | $ 12,028,394.98 | $ 11,897,864.34 | $ 11,904,312.03 | $ 11,911,065.28 | $ 12,378,612.94 |

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.

Page 1 of 1
Rev. 01/01/18

Exhibit C

**DEBTOR:** Epic Companies Midwest 2023 LLC    **CASE NO:** 24-30282

**Form 2-D**
**PROFIT AND LOSS STATEMENT**
For Period 3/1/2025 to 3/31/2025

|  | Current Month | Accumulated Total (1) |
|---|---:|---:|
| Gross Operating Revenue | $ - | $ 1,375.00 |
| Less: Discounts, Returns and Allowances | ( - ) | ( - ) |
| **Net Operating Revenue** | $ - | $ 1,375.00 |
| Cost of Goods Sold | - | - |
| **Gross Profit** | $ - | $ 1,375.00 |
| Operating Expenses |  |  |
|   Compensation | $ - | $ 3,472.00 |
|   Selling, General and Administrative | 113.42 | 1,223.79 |
|   Rents and Leases | - | - |
|   Depreciation, Depletion and Amortization | - | - |
|   Other (list): | - | - |
|  | - | - |
| Total Operating Expenses | $ 113.42 | $ 4,695.79 |
| **Operating Income (Loss)** | $ (113.42) | $ (3,320.79) |
| Non-Operating Income and Expenses |  |  |
|   Other Non-Operating Expenses | $ - | $ - |
|   Gains (Losses) on Sale of Assets | - | - |
|   Interest Income | 7,366.67 | 93,382.35 |
|   Interest Expense | - | - |
|   Other Non-Operating Income | - | - |
| Net Non-Operating Income or (Expenses) | $ 7,366.67 | $ 93,382.35 |
| Reorganization Expenses |  |  |
|   Legal and Professional Fees | $ - | $ - |
|   Other Reorganization Expense | - | 1,053.00 |
| Total Reorganization Expenses | $ - | $ 1,053.00 |
| **Net Income (Loss) Before Income Taxes** | $ 7,253.25 | $ 89,008.56 |
| Federal and State Income Tax Expense (Benefit) | - | - |
| **NET INCOME (LOSS)** | $ 7,253.25 | $ 89,008.56 |

*(1) Accumulated Totals include all revenue and expenses since the petition date.*

Page 1 of 1
Rev. 01/01/18

Exhibit D

**DEBTOR:** Epic Companies Midwest 2023 LLC    **CASE NO:** 24-30282

Form 2-E
SUPPORTING SCHEDULES

For Period: 3/1/2025 to 3/31/2025

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | 7/31/2024 | 8/31/2024 | 9/30/2024 | 10/31/2024 | 11/30/2024 | 12/31/2024 | 1/31/2025 | 2/28/2025 | 3/31/2025 | Post Petition Accounts Payable |
|---|---|---|---|---|---|---|---|---|---|---|
| Under 30 days | $ 75,199.07 | 69,954.50 | 77,193.57 | 75,618.57 | 7,366.67 | - | - | - | - | 30,172.88 |
| 30 to 60 days | - | 67,832.40 | 69,954.50 | 69,826.90 | 66,918.57 | - | - | - | - | 13,928.06 |
| 61 to 90 days | - | - | 67,832.40 | 69,954.50 | 68,493.57 | 66,918.57 | - | - | - | 20,083.01 |
| 91 to 120 days | - | - | - | 67,832.40 | 68,621.17 | 68,493.57 | 66,644.90 | - | - | 39,936.77 |
| Over 120 days | - | - | - | - | 66,499.07 | 135,120.24 | 203,273.47 | 269,918.37 | 269,418.37 | 143,112.13 |
| **Total Post Petition** | 75,199.07 | 137,786.90 | 214,980.47 | 283,232.37 | 277,899.05 | 270,532.38 | 269,918.37 | 269,918.37 | 269,418.37 | |
| **Pre Petition Amounts** | 124,280.65 | 116,913.98 | 116,913.98 | 116,913.98 | 116,913.98 | 116,913.98 | 116,913.98 | 116,913.98 | 116,913.98 | |
| Total Accounts Receivable | $ 199,479.72 | $ 254,700.88 | 331,894.45 | 400,146.35 | 394,813.03 | 387,446.36 | 386,832.35 | 386,832.35 | 386,332.35 | |
| Less: Bad Debt Reserve | | (100,000.00) | (100,000.00) | (100,000.00) | (100,000.00) | (100,000.00) | (100,000.00) | (100,000.00) | (100,000.00) | |
| **Net Accounts Receivable (to Form 2-C)** | $ 199,479.72 | $ 154,700.88 | 231,894.45 | 300,146.35 | 294,813.03 | 287,446.36 | 286,832.35 | 286,832.35 | 286,332.35 | |

| | |
|---|---|
| **Total Post Petition Acc** | 247,232.85 |
| **Pre-Petition Accounts Payable** | 49,264.58 |
| **Total Accounts Payable** | 296,497.43 |

*Attach a detail listing of accounts receivable and post-petition accounts payable*

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | | | | |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other: CRO | - | - | - | | - |
| Total | $ - | $ - | $ - | | |

*Balance due to include fees and expenses incurred but not yet paid.

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| Vicki Campbell | Governor & Accountant | accounting services | $ - |
| | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.