Exhibit A

**DEBTOR:** EPIC Employee LLC    **CASE NO:** 24-30283

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**

For Period: 3/1/2025 to 3/31/2025

| CASH FLOW SUMMARY | Jul-24 | Aug-24 | Sep-24 | Oct-24 | Nov-24 | Dec-24 | Jan-25 | Feb-25 | Mar-25 | Accumulated |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Beginning Cash Balance | $ 38,517.47 | $ 38,517.47 | $ 38,431.33 | $ 38,550.96 | $ 38,373.51 | $ 38,131.82 | $ 38,217.76 | $ 37,785.70 | $ 37,783.05 | $ 38,517.47 (1) |
| 2. Cash Receipts | | | | | | | | | | |
| Operations | - | - | - | - | - | - | - | - | - | - |
| Sale of Assets | - | - | - | - | - | - | - | - | - | - |
| Loans/advances | - | - | - | - | - | - | - | - | - | - |
| Other: Loan Interest Income | - | - | 250.00 | 125.00 | 125.00 | 250.00 | 125.00 | 125.00 | 125.00 | 1,125.00 |
| Other: Interest Income | - | - | - | - | - | - | - | - | - | - |
| Total Cash Receipts | $ - | $ - | $ 250.00 | $ 125.00 | $ 125.00 | $ 250.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 1,125.00 |
| 3. Cash Disbursements | | | | | | | | | | |
| Operations | - | 86.14 | 130.37 | 302.45 | 116.69 | 164.06 | 307.06 | 127.65 | 121.54 | 1,355.96 |
| Debt Service/Secured loan payment | - | - | - | - | - | - | - | - | - | - |
| Professional fees/U.S. Trustee fees | - | - | - | - | 250.00 | - | 250.00 | - | - | 500.00 |
| Other | - | - | - | - | - | - | - | - | - | - |
| Total Cash Disbursements | $ - | $ 86.14 | $ 130.37 | $ 302.45 | $ 366.69 | $ 164.06 | $ 557.06 | $ 127.65 | $ 121.54 | $ 1,855.96 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | - | (86.14) | 119.63 | (177.45) | (241.69) | 85.94 | (432.06) | (2.65) | 3.46 | (730.96) |
| 5 Ending Cash Balance (to Form 2-C) | $ 38,517.47 | $ 38,431.33 | $ 38,550.96 | $ 38,373.51 | $ 38,131.82 | $ 38,217.76 | $ 37,785.70 | $ 37,783.05 | $ 37,786.51 | $ 37,786.51 (2) |

**CASH BALANCE SUMMARY**

| | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ 0 |
| Operating Account | First Western Bank & Trust | 0 |
| Debtor-in-possession Account | US Bank | 37,786.51 |
| Other Interest-bearing Account | | 0 |
| TOTAL (must agree with Ending Cash Balance above) | | $ 37,786.51 |

(1) Accumulated beginning cash balance is the cash available at the commencement of the case. Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

Exhibit A

**DEBTOR:** EPIC Employee LLC   **CASE NO:** 24-30283

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period: 3/1/2025 to 3/31/2025

**CASH RECEIPTS DETAIL**    **Account No:** ▮▮▮▮▮▮▮▮▮
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|---|---|---|---|
| 3/31/2025 | Epic Unite REH | Other: Loan Interest Income | $ 125.00 |

Total Cash Receipts    $ 125.00  (1)

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

Page 2 of 3
Rev. 01/01/18

Exhibit A

**DEBTOR:** EPIC Employee LLC  **CASE NO:** 24-30283

# Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 3/1/2025 to 3/31/2025

**CASH DISBURSEMENTS DETAIL**  **Account No:** ▮▮▮▮▮
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 3/14/2025 | | USBank | Operations | $121.54 |

Total Cash Disbursements $ 121.54 (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

Page 3 of 3
Rev. 01/01/18

Exhibit B

DEBTOR: EPIC Employee LLC  
CASE NO: 24-30283

**Form 2-C**
**COMPARATIVE BALANCE SHEET**

For Period Ending 3/31/2025

| | 7/8/2024 | 7/31/2024 | 8/31/2024 | 9/30/2024 | 10/31/2024 | 11/30/2024 | 12/31/2024 | 1/31/2025 | 2/28/2025 | 3/31/255 | Petition Date (1) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | |
| Current Assets: | | | | | | | | | | | |
| Cash (from Form 2-B, line 5) | $ - | $ 38,517.47 | $ 38,431.33 | $ 38,550.96 | $ 38,373.51 | $ 38,131.82 | $ 38,217.76 | $ 37,785.70 | $ 37,783.05 | $ 37,786.51 | $ 38,517.47 |
| Accounts Receivable (from Form 2-E) | - | 4,625.00 | 3,812.50 | 7,187.50 | 9,500.00 | 9,500.00 | 9,375.00 | 9,375.00 | 9,375.00 | 9,375.00 | 2,187.50 |
| Receivable from Officers, Employees, Affiliates | - | - | - | - | - | - | - | - | - | - | - |
| Inventory | - | - | - | - | - | - | - | - | - | - | - |
| Other Current Assets :(List) | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - |
| Total Current Assets | $ - | $ 43,142.47 | $ 42,243.83 | $ 45,738.46 | $ 47,873.51 | $ 47,631.82 | $ 47,592.76 | $ 47,160.70 | $ 47,158.05 | $ 47,161.51 | $ 40,704.97 |
| Fixed Assets: | | | | | | | | | | | |
| Land | $ - | - | - | - | - | - | - | - | - | - | $ - |
| Building | | - | - | - | - | - | - | - | - | - | - |
| Equipment, Furniture and Fixtures | | - | - | - | - | - | - | - | - | - | - |
| Total Fixed Assets | - | | | | | | | | | | - |
| Less: Accumulated Depreciation | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) |
| Net Fixed Assets | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Assets (List): | - | | | | | | | | | | |
| Notes Receivable | | 447,000.00 | 447,000.00 | 447,000.00 | 447,000.00 | 447,000.00 | 447,000.00 | 447,000.00 | 447,000.00 | 447,000.00 | 447,000.00 |
| | - | | | | | | | | | | |
| **TOTAL ASSETS** | $ - | $ 490,142.47 | $ 489,243.83 | $ 492,738.46 | $ 494,873.51 | $ 494,631.82 | $ 494,592.76 | $ 494,160.70 | $ 494,158.05 | $ 494,161.51 | $ 487,704.97 |
| **LIABILITIES** | | | | | | | | | | | |
| Post-petition Accounts Payable (from Form 2-E) | $ - | $ - | $ 1,278.95 | $ 1,940.61 | $ 3,875.02 | $ 4,805.13 | $ 6,136.36 | $ 6,891.27 | $ 7,270.07 | $ 8,275.84 | $ - |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | - | - | - | - | - | - | - | - | - | - |
| Post-petition Taxes Payable (from Form 2-E) | | - | - | - | - | - | - | - | - | - | - |
| Post-petition Notes Payable | | - | - | - | - | - | - | - | - | - | - |
| Other Post-petition Payable(List): CRO | | - | - | - | - | - | - | - | - | - | - |
| | | - | - | - | - | - | - | - | - | - | - |
| Total Post Petition Liabilities | $ - | $ - | $ 1,278.95 | $ 1,940.61 | $ 3,875.02 | $ 4,805.13 | $ 6,136.36 | $ 6,891.27 | $ 7,270.07 | $ 8,275.84 | $ - |
| Pre Petition Liabilities: | | | | | | | | | | | |
| Secured Debt | - | - | - | - | - | - | - | - | - | - | - |
| Priority Debt | - | - | - | - | - | - | - | - | - | - | - |
| Prepetition Unsecured Debt | - | 485,612.50 | 485,612.50 | 485,612.50 | 485,612.50 | 485,612.50 | 485,612.50 | 485,612.50 | 485,612.50 | 485,612.50 | 485,612.50 |
| Class B | - | - | - | - | - | - | - | - | - | - | - |
| Total Pre Petition Liabilities | $ - | $ 485,612.50 | $ 485,612.50 | $ 485,612.50 | $ 485,612.50 | $ 485,612.50 | $ 485,612.50 | $ 485,612.50 | $ 485,612.50 | $ 485,612.50 | $ 485,612.50 |
| **TOTAL LIABILITIES** | $ - | $ 485,612.50 | $ 486,891.45 | $ 487,553.11 | $ 489,487.52 | $ 490,417.63 | $ 491,748.86 | $ 492,503.77 | $ 492,882.57 | $ 493,888.34 | $ 485,612.50 |
| **OWNERS' EQUITY** | | | | | | | | | | | |
| Owner's/Stockholder's Equity | $ - | $ 4,529.97 | $ 2,352.38 | $ 5,185.35 | $ 5,385.99 | $ 4,214.19 | $ 2,843.90 | $ 1,656.93 | $ 1,275.48 | $ 273.17 | $ 2,092.47 |
| Retained Earnings - Prepetition | - | - | - | - | - | - | - | - | - | - | - |
| Retained Earnings - Post-petition | - | - | - | - | - | - | - | - | - | - | - |
| **TOTAL OWNERS' EQUITY** | $ - | $ 4,529.97 | $ 2,352.38 | $ 5,185.35 | $ 5,385.99 | $ 4,214.19 | $ 2,843.90 | $ 1,656.93 | $ 1,275.48 | $ 273.17 | $ 2,092.47 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ - | $ 490,142.47 | $ 489,243.83 | $ 492,738.46 | $ 494,873.51 | $ 494,631.82 | $ 494,592.76 | $ 494,160.70 | $ 494,158.05 | $ 494,161.51 | $ 487,704.97 |

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.

Page 1 of 1
Rev. 01/01/18

Exhibit C

**DEBTOR:** EPIC Employee LLC  **CASE** 24-30283

## Form 2-D
## PROFIT AND LOSS STATEMENT
For Period 3/1/2025 to 3/31/2025

|  | Current Month | Accumulated Total (1) |
|---|---:|---:|
| Gross Operating Revenue | $ - | $ - |
| Less: Discounts, Returns and Allowances | ( - ) | ( - ) |
| **Net Operating Revenue** | $ - | $ - |
| Cost of Goods Sold | - | - |
| **Gross Profit** | $ - | $ - |
| Operating Expenses |  |  |
| Compensation | $ - | $ - |
| Selling, General and Administrative | 121.54 | 1,355.96 |
| Rents and Leases | - | - |
| Depreciation, Depletion and Amortization | - | - |
| Other (list): | - | - |
|  | - | - |
| Total Operating Expenses | $ 121.54 | $ 1,355.96 |
| **Operating Income (Loss)** | $ (121.54) | $ (1,355.96) |
| Non-Operating Income and Expenses |  |  |
| Other Non-Operating Expenses | $ - | $ - |
| Gains (Losses) on Sale of Assets | - | - |
| Interest Income | 125.00 | 1,125.00 |
| Interest Expense | - | - |
| Other Non-Operating Income | - | - |
| Net Non-Operating Income or (Expenses) | $ 125.00 | $ 1,125.00 |
| Reorganization Expenses |  |  |
| Legal and Professional Fees | $ - | $ - |
| Other Reorganization Expense |  | 500.00 |
| Total Reorganization Expenses | $ - | $ 500.00 |
| **Net Income (Loss) Before Income Taxes** | $ 3.46 | $ (730.96) |
| Federal and State Income Tax Expense (Benefit) | - | - |
| **NET INCOME (LOSS)** | $ 3.46 | $ (730.96) |

*(1) Accumulated Totals include all revenue and expenses since the petition date.*

Page 1 of 1
Rev. 01/01/18

Exhibit D

**DEBTOR:** EPIC Employee LLC   **CASE NO:** 24-30283

**Form 2-E**
**SUPPORTING SCHEDULES**

For Period: 3/1/2025 to 3/31/2025

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | | 7/31/2024 | 8/31/2024 | 9/30/2024 | 10/31/2024 | 11/30/2024 | 12/31/2024 | 1/31/2025 | 2/28/2025 | 3/31/2025 | Post Petition Accounts Payable |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Under 30 days | $ | 2,437.50 | 2,312.50 | 3,375.00 | 2,437.50 | 125.00 | - | - | - | - | 1,005.77 |
| 30 to 60 days | | - | 2,312.50 | 2,312.50 | 3,250.00 | 2,312.50 | - | - | - | - | 464.27 |
| 61 to 90 days | | - | - | 2,312.50 | 2,312.50 | 3,250.00 | 2,312.50 | - | - | - | 669.44 |
| 91 to 120 days | | - | - | - | 2,312.50 | 2,312.50 | 3,250.00 | 2,312.50 | - | - | 1,331.23 |
| Over 120 days | | - | - | - | - | 2,312.50 | 4,625.00 | 7,875.00 | 10,187.50 | 10,187.50 | 4,805.13 |
| **Total Post Petition** | | 2,437.50 | 4,625.00 | 8,000.00 | 10,312.50 | 10,312.50 | 10,187.50 | 10,187.50 | 10,187.50 | 10,187.50 | |
| **Pre Petition Amounts** | | 2,187.50 | 2,187.50 | 2,187.50 | 2,187.50 | 2,187.50 | 2,187.50 | 2,187.50 | 2,187.50 | 2,187.50 | |
| Total Accounts Receivable | $ | 4,625.00 $ | 6,812.50 | 10,187.50 | 12,500.00 | 12,500.00 | 12,375.00 | 12,375.00 | 12,375.00 | 12,375.00 | |
| Less: Bad Debt Reserve | | - | (3,000.00) | (3,000.00) | (3,000.00) | (3,000.00) | (3,000.00) | (3,000.00) | (3,000.00) | (3,000.00) | |
| **Net Accounts Receivable (to Form 2-C)** | $ | 4,625.00 $ | 3,812.50 | 7,187.50 | 9,500.00 | 9,500.00 | 9,375.00 | 9,375.00 | 9,375.00 | 9,375.00 | |

**Total Post Petition Accounts Payable** 8,275.84

*Attach a detail listing of accounts receivable and post-petition accounts payable*

**Pre-Petition Accounts Payable** 0.00

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

**Total Accounts Payable** 8,275.84

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | | | | |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other: | - | - | - | | - |
| Total | $ - | $ - | $ - | | - |

*Balance due to include fees and expenses incurred but not yet paid.*

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| Vicki Campbell | Accountant | accounting services | $ - |
| | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 01/01/18