**DEBTOR:** EOLA Capital LLC          **CASE NO:** 24-30284

Exhibit A

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**

For Period:   3/1/2025  to  3/31/2025

| CASH FLOW SUMMARY | | Jul-24 | | Aug-24 | | Sep-24 | | Oct-24 | | Nov-24 | | Dec-24 | | Jan-25 | | Feb-25 | | Mar-25 | | Accumulated | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1. Beginning Cash Balance** | $ | 76,033.25 | $ | 76,741.59 | $ | 76,657.17 | $ | 81,634.67 | $ | 83,827.68 | $ | 86,017.20 | $ | 91,007.91 | $ | 93,151.45 | $ | 95,581.49 | $ | 76,033.25 | (1) |
| 2. Cash Receipts | | | | | | | | | | | | | | | | | | | | | |
|   Operations | | - | | - | | - | | - | | - | | - | | - | | - | | - | | | |
|   Sale of Assets | | - | | - | | - | | - | | - | | - | | - | | - | | - | | | |
|   Loans/advances | | - | | - | | - | | - | | - | | - | | - | | - | | - | | | |
|   Other: Loan Interest Income | | 708.34 | | - | | 5,100.00 | | 2,550.00 | | 2,550.00 | | 5,100.00 | | 2,550.00 | | 2,550.00 | | 2,550.00 | | 23,658.34 | |
|   Other: Interest Income | | - | | - | | - | | - | | - | | - | | - | | - | | - | | | |
|   Total Cash Receipts | $ | 708.34 | $ | - | $ | 5,100.00 | $ | 2,550.00 | $ | 2,550.00 | $ | 5,100.00 | $ | 2,550.00 | $ | 2,550.00 | $ | 2,550.00 | $ | 23,658.34 | |
| 3. Cash Disbursements | | | | | | | | | | | | | | | | | | | | | |
|   Operations | | - | | 84.42 | | 122.50 | | 356.99 | | 110.48 | | 109.29 | | 156.46 | | 119.96 | | 118.08 | | 1,178.18 | |
|   Debt Service/Secured loan payment | | - | | - | | - | | - | | - | | - | | - | | - | | - | | | |
|   Professional fees/U.S. Trustee fees | | - | | - | | - | | - | | 250.00 | | - | | 250.00 | | - | | - | | 500.00 | |
|   Other | | - | | - | | - | | - | | - | | - | | - | | - | | - | | | |
|   Total Cash Disbursements | $ | - | $ | 84.42 | $ | 122.50 | $ | 356.99 | $ | 360.48 | $ | 109.29 | $ | 406.46 | $ | 119.96 | $ | 118.08 | $ | 1,678.18 | |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | | 708.34 | | (84.42) | | 4,977.50 | | 2,193.01 | | 2,189.52 | | 4,990.71 | | 2,143.54 | | 2,430.04 | | 2,431.92 | | 21,980.16 | |
| **5 Ending Cash Balance (to Form 2-C)** | $ | 76,741.59 | $ | 76,657.17 | $ | 81,634.67 | $ | 83,827.68 | $ | 86,017.20 | $ | 91,007.91 | $ | 93,151.45 | $ | 95,581.49 | $ | 98,013.41 | $ | 98,013.41 | (2) |

**CASH BALANCE SUMMARY**

| | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $    0 |
| Operating Account | First Western Bank & Trust | 0 |
| Debtor-in-possession Account | US Bank | 98,013.41 |
| Other Interest-bearing Account | | 0 |
| TOTAL (must agree with Ending Cash Balance above) | | $    98,013.41 |

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case.*
  *Current month beginning cash balance should equal the previous month's ending balance.*
*(2) All cash balances should be the same.*

**DEBTOR:**　**EOLA Capital LLC**　　　　　　　**CASE NO:**　24-30284

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

Exhibit A

For Period:　3/1/2025 to　3/31/2025

**CASH RECEIPTS DETAIL**　　　　　　**Account No:**　▇▇▇▇▇▇▇
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
|  |  |  | $ |
| 03/31/2025 | Epic Unite REH | Other: Loan Interest Income | 425.00 |
| 03/31/2025 | Epic Unite REH | Other: Loan Interest Income | 2,125.00 |

**Total Cash Receipts**　　$　2,550.00　(1)

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

**DEBTOR:**   EOLA Capital LLC                                    **CASE NO:**   24-30284

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period:   3/1/2025 to 3/31/2025

Exhibit A

**CASH DISBURSEMENTS DETAIL**          **Account No:**   ▮▮▮▮▮▮
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
|      |           |       |                      | $      |
| 03/14/2025 |      | USBank | Operations          | 118.08 |

**Total Cash Disbursements**   $ 118.08 (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

DEBTOR:  EOLA Capital LLC

CASE NO:  24-30284

**COMPARATIVE BALANCE SHEET**

| For Period Ending 3/31/2025 | # | 7/8/2024 | 7/31/2024 | 8/31/2024 | 9/30/2024 | 10/31/2024 | 11/30/2024 | 12/31/2024 | 1/31/2025 | 2/28/2025 | 3/31/2025 | Petition Date (1) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | |
| Current Assets: | | | | | | | | | | | | |
| Cash (from Form 2-B, line 5) | $ | - | $ 76,741.59 | $ 76,657.17 | $ 81,634.67 | $ 83,827.68 | $ 86,017.20 | $ 91,007.91 | $ 93,151.45 | $ 95,581.49 | 98,013.41 | $ 76,033.25 |
| Accounts Receivable (from Form 2-E) | | - | 161,916.66 | 120,404.17 | 184,841.68 | 245,879.19 | 245,879.19 | 243,329.19 | 243,329.19 | 243,329.19 | 243,329.19 | 98,683.21 |
| Receivable from Officers, Employees, Affiliates | | - | - | - | - | - | - | - | - | - | - | - |
| Inventory | | - | - | - | - | - | - | - | - | - | - | - |
| Other Current Assets :(List) | | - | - | - | - | - | - | - | - | - | - | - |
| Total Current Assets | $ | - | $ 238,658.25 | $ 197,061.34 | $ 266,476.35 | $ 329,706.87 | $ 331,896.39 | $ 334,337.10 | $ 336,480.64 | $ 338,910.68 | 341,342.60 | $ 174,716.46 |
| Fixed Assets: | | | | | | | | | | | | |
| Land | $ | - | - | - | - | - | - | - | - | - | - | $ - |
| Building | | - | - | - | - | - | - | - | - | - | - | - |
| Equipment, Furniture and Fixtures | | - | - | - | - | - | - | - | - | - | - | - |
| Total Fixed Assets | | - | - | - | - | - | - | - | - | - | - | - |
| Less:  Accumulated Depreciation | ( | - | ( - | ( - | ( - | ( - | ( - | ( - | ( - | ) ( - | ) ( - | ) |
| Net Fixed Assets | $ | - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Assets (List): | | - | | | | | | | | | | |
| Notes Receivable | | | 9,075,000.00 | 9,075,000.00 | 9,075,000.00 | 9,075,000.00 | 9,075,000.00 | 9,075,000.00 | 9,075,000.00 | 9,075,000.00 | 9,075,000.00 | 9,075,000.00 |
| **TOTAL ASSETS** | $ | - | $ 9,313,658.25 | $ 9,272,061.34 | $ 9,341,476.35 | $ 9,404,706.87 | $ 9,406,896.39 | $ 9,409,337.10 | $ 9,411,480.64 | $ 9,413,910.68 | $ 9,416,342.60 | $ 9,249,716.46 |
| **LIABILITIES** | | | | | | | | | | | | |
| Post-petition Accounts Payable (from Form 2-E) | $ | - | $ - | $ 26,136.91 | $ 42,693.35 | $ 85,250.34 | 105,712.73 | $ 134,999.69 | $ 151,587.54 | $ 159,921.14 | $ 182,047.92 | $ - |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | - | - | - | - | - | - | - | - | - | - | - |
| Post-petition Taxes Payable (from Form 2-E) | | - | - | - | - | - | - | - | - | - | - | - |
| Post-petition Notes Payable | | - | - | - | - | - | - | - | - | - | - | - |
| Other Post-petition Payable(List):  CRO | | - | - | - | - | - | - | - | - | - | - | - |
| Total Post Petition Liabilities | $ | - | $ - | $ 26,136.91 | $ 42,693.35 | $ 85,250.34 | 105,712.73 | $ 134,999.69 | $ 151,587.54 | $ 159,921.14 | $ 182,047.92 | $ - |
| Pre Petition Liabilities: | | | | | | | | | | | | |
| Secured Debt | | - | - | - | - | - | - | - | - | - | - | - |
| Priority Debt | | - | - | - | - | - | - | - | - | - | - | - |
| Prepetition Unsecured Debt | | - | 9,087,833.34 | 9,087,833.34 | 9,087,833.34 | 9,087,833.34 | 9,087,833.34 | 9,087,833.34 | 9,087,833.34 | 9,087,833.34 | 9,087,833.34 | 9,087,833.34 |
| Class B | | - | - | - | - | - | - | - | - | - | - | - |
| Total Pre Petition Liabilities | $ | - | $ 9,087,833.34 | $ 9,087,833.34 | $ 9,087,833.34 | $ 9,087,833.34 | $ 9,087,833.34 | $ 9,087,833.34 | $ 9,087,833.34 | $ 9,087,833.34 | $ 9,087,833.34 | $ 9,087,833.34 |
| **TOTAL LIABILITIES** | $ | - | $ 9,087,833.34 | $ 9,113,970.25 | $ 9,130,526.69 | $ 9,173,083.68 | $ 9,193,546.07 | $ 9,222,833.03 | $ 9,239,420.88 | $ 9,247,754.48 | $ 9,269,881.26 | $ 9,087,833.34 |
| **OWNERS' EQUITY** | | | | | | | | | | | | |
| Owner's/Stockholder's Equity | $ | - | $ 225,824.91 | $ 158,091.09 | $ 210,949.66 | $ 231,623.19 | 213,350.32 | $ 186,504.07 | $ 172,059.76 | $ 166,156.20 | $ 146,461.34 | $ 161,883.12 |
| Retained Earnings - Prepetition | | - | - | - | - | - | - | - | - | - | - | - |
| Retained Earnings - Post-petition | | - | - | - | - | - | - | - | - | - | - | - |
| **TOTAL OWNERS' EQUITY** | $ | - | $ 225,824.91 | $ 158,091.09 | $ 210,949.66 | $ 231,623.19 | 213,350.32 | $ 186,504.07 | $ 172,059.76 | $ 166,156.20 | $ 146,461.34 | $ 161,883.12 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ | - | $ 9,313,658.25 | $ 9,272,061.34 | $ 9,341,476.35 | $ 9,404,706.87 | $ 9,406,896.39 | $ 9,409,337.10 | $ 9,411,480.64 | $ 9,413,910.68 | $ 9,416,342.60 | $ 9,249,716.46 |

(1)  Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values
       listed on the Debtor's schedules.

Page 1 of 1
Rev. 01/01/18

Exhibit B

Exhibit C

**DEBTOR:**   EOLA Capital LLC                              **CASE** 24-30284

**Form 2-D**
**PROFIT AND LOSS STATEMENT**
For Period   3/1/2025   to   3/31/2025

| | | Current Month | | Accumulated Total (1) |
|---|---|---|---|---|
| Gross Operating Revenue | $ | - | $ | 708.34 |
| Less:  Discounts, Returns and Allowances | ( | - ) | ( | - ) |
| **Net Operating Revenue** | $ | - | $ | 708.34 |
| Cost of Goods Sold | | - | | - |
| **Gross Profit** | $ | - | $ | 708.34 |
| Operating Expenses | | | | |
| Compensation | $ | - | $ | - |
| Selling, General and Administrative | | 118.08 | | 1,178.18 |
| Rents and Leases | | - | | - |
| Depreciation, Depletion and Amortization | | - | | - |
| Other (list): | | - | | - |
| | | - | | - |
| Total Operating Expenses | $ | 118.08 | $ | 1,178.18 |
| **Operating Income (Loss)** | $ | (118.08) | $ | (469.84) |
| Non-Operating Income and Expenses | | | | |
| Other Non-Operating Expenses | $ | - | $ | - |
| Gains (Losses) on Sale of Assets | | - | | - |
| Interest Income | | 2,550.00 | | 22,950.00 |
| Interest Expense | | - | | - |
| Other Non-Operating Income | | - | | - |
| Net Non-Operating Income or (Expenses) | $ | 2,550.00 | $ | 22,950.00 |
| Reorganization Expenses | | | | |
| Legal and Professional Fees | $ | - | $ | - |
| Other Reorganization Expense | | - | | 500.00 |
| Total Reorganization Expenses | $ | - | $ | 500.00 |
| **Net Income (Loss) Before Income Taxes** | $ | 2,431.92 | $ | 21,980.16 |
| Federal and State Income Tax Expense (Benefit) | | - | | - |
| **NET INCOME (LOSS)** | $ | 2,431.92 | $ | 21,980.16 |

*(1)  Accumulated Totals include all revenue and expenses since the petition date.*

Exhibit D

**DEBTOR:** EOLA Capital LLC          **CASE NO:**          24-30284

Form 2-E
SUPPORTING SCHEDULES

For Period: 3/1/2025 to 3/31/2025

### *ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING*

| Due | | 7/31/2024 | 8/31/2024 | 9/30/2024 | 10/31/2024 | 11/30/2024 | 12/31/2024 | 1/31/2025 | 2/28/2025 | 3/31/2025 | Post Petition Accounts Payable |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Under 30 days | $ | 63,233.34 | 61,037.51 | 64,437.51 | 63,587.51 | 2,550.00 | - | - | - | - | 22,126.78 |
| 30 to 60 days | | - | 60,683.34 | 61,037.51 | 61,887.51 | 61,037.51 | - | - | - | - | 10,213.91 |
| 61 to 90 days | | - | - | 60,683.34 | 61,037.51 | 61,887.51 | 61,037.51 | - | - | - | 14,727.54 |
| 91 to 120 days | | - | - | - | 60,683.34 | 61,037.51 | 61,887.51 | 61,037.51 | - | - | 29,286.96 |
| Over 120 days | | - | - | - | - | 60,683.34 | 121,720.85 | 183,608.36 | 244,645.87 | 244,645.87 | 105,692.73 |
| **Total Post Petition** | | 63,233.34 | 121,720.85 | 186,158.36 | 247,195.87 | 247,195.87 | 244,645.87 | 244,645.87 | 244,645.87 | 244,645.87 | |
| **Pre Petition Amounts** | | 98,683.32 | 98,683.32 | 98,683.32 | 98,683.32 | 98,683.32 | 98,683.32 | 98,683.32 | 98,683.32 | 98,683.32 | |
| Total Accounts Receivable | $ | 161,916.66 | $ 220,404.17 | 284,841.68 | 345,879.19 | 345,879.19 | 343,329.19 | 343,329.19 | 343,329.19 | 343,329.19 | |
| Less: Bad Debt Reserve | | - | (100,000.00) | (100,000.00) | (100,000.00) | (100,000.00) | (100,000.00) | (100,000.00) | (100,000.00) | (100,000.00) | |
| Net Accounts Receivable (to Form 2-C) | $ | 161,916.66 | $ 120,404.17 | 184,841.68 | 245,879.19 | 245,879.19 | 243,329.19 | 243,329.19 | 243,329.19 | 243,329.19 | |

**Total Post Petition Accounts Payable** 182,047.92

**Pre-Petition Accounts Payable** 111,191.08

**Total Accounts Payable** 293,239.00

*\* Attach a detail listing of accounts receivable and post-petition accounts payable*

### *SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS*

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | | | | |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other: CRO | - | - | - | | - |
| Total | $  - | $  - | $  - | | - |

*Balance due to include fees and expenses incurred but not yet paid.

### *SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES\*\**

| Payee Name | Position | Nature of Payment | | Amount |
|---|---|---|---|---|
| Vicki Campbell | Accountant | accounting services | $ | - |
| | | | | |
| | | | | |

**\*\*List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.**

Rev. 01/01/18