UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

**APPLICATION FOR COMPENSATION AND MONTHLY STAFFING REPORT OF LIGHTHOUSE MANAGEMENT GROUP, INC. FOR THE PERIOD OF MARCH 1, 2025 THROUGH MARCH 31, 2025**

Lighthouse Management Group, Inc. ("Lighthouse") submits this Application for Compensation and Monthly Staffing Report (the "Staffing Report") for the period of March 1, 2025 through March 31, 2025 pursuant to the *Amended Order Authorizing the Retention of Lighthouse Management Group as the Debtors' Chief Restructuring Officer* (ECF No. 71) and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (ECF No. 72, the "Order"). Lighthouse discloses as follows:

| Staffing Report: March 1, 2025 through March 31, 2025 ||
|---|---|
| Lighthouse employees who rendered services to the Debtors: | Patrick Finn, Murthy Yenamandra, Renee Foss, and Pam Wigen |
| Total hours billed by Lighthouse: | 84.7 |
| Total fees and expenses paid to Lighthouse: | $34,518.00 |
| Summary of the tasks performed by Lighthouse: | Services include managing IT operations; reviewing the Debtors' books and records; analyzing borrower's assets; preparing settlement and forbearance proposals; conducting negotiations with borrowers; attending mediations; gathering information for |

| Staffing Report: March 1, 2025 through March 31, 2025 ||
|---|---|
| | summary judgment motions; preparing the monthly operating and staffing reports; communicating with creditors, borrowers, lenders, and Debtors' counsel; processing payables and receivables; preparing to file 2024 tax returns. |

Pursuant to the Order, notice of this Staffing Report is being provided to the Debtors, the United States Trustee, and counsel for the Official Committee of Unsecured Creditors. The Notice Parties, as defined in the Order, **may object to this Staffing Report within 21 days of the filing of the Staffing Report**. If no objection is filed and served, the Court may allow Lighthouse's fees and expenses without a hearing.

## AFFIDAVIT

I, Renee Foss, am a Consultant at Lighthouse Management Group, Inc., the Chief Restructuring Officer for EPIC Companies Midwest, LLC, EPIC Companies Midwest 2023, LLC, EPIC Employee, LLC, EOLA Capital, LLC, and EC West Fargo, LLC and I declare under penalty of perjury that the facts set forth in the preceding Staffing Report are true and correct, according to the best of my knowledge, information, and belief.

Dated: April 17, 2025

_/s/ Renee Foss_
Renee Foss
Consultant, Lighthouse Management Group, Inc.
Chief Restructuring Officer of the Debtors

2