**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

| | |
|---|---|
| EPIC Companies Midwest 2023, LLC, and EOLA Capital, LLLC, | Adversary No. 25-07015 |
| Plaintiffs, | |
| v. | **ORDER** |
| Northern Mall Partners, LLC, | |
| Defendant. | |

On April 9, 2025, Plaintiffs/Debtors filed a motion seeking approval of a settlement. Plaintiffs/Debtors served notice of the motion summarizing the settlement between EPIC Companies Midwest 2023, LLC, EOLA Capital, LLC, and Northern Mall Partners, LLC. The Court received no objections. Based on the information provided by Plaintiffs/Debtors and the documents filed in this case, the Court finds that the proposed settlement is fair and equitable, reflects a balance of the risks of litigation with potential recovery and appears to be in the best interest of the bankruptcy estate. Therefore, **IT IS ORDERED** that the Motion to Approve Settlement [Adversary No. 24-07015, Doc. 7; Bankruptcy No. 24-30281, Doc. 270] is **GRANTED** and the Settlement is **APPROVED**.

Dated this 2nd day of May, 2025.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court