UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:

| | |
|---|---|
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

## NOTICE OF HEARING ON APPROVAL OF DISCLOSURE STATEMENT

TO THE DEBTORS, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

Debtors EPIC Companies Midwest, LLC, EPIC Companies Midwest 2023, LLC, EPIC Employee, LLC, EOLA Capital, LLC, and EC West Fargo, LLC petitioned for relief under Chapter 11 of the Bankruptcy Code on July 8, 2024. On May 5, 2025, Debtors filed their disclosure statement pursuant to Bankruptcy rule 3016(b).

Pursuant to section 1125(b) of the Bankruptcy Code, there will be a hearing on approval of Debtors' Disclosure Statement filed May 5, 2025, (Doc. 286) on **Tuesday, June 10, 2025, at 10:00 a.m. in Quentin N. Burdick U.S. Courthouse, Courtroom #3, 2nd Floor, 655 First Avenue, Fargo, North Dakota**.

NOTICE IS FURTHER GIVEN that objections to Debtors' Disclosure Statement filed May 5, 2025, if any, shall be filed in the Clerk's Office, United States Bankruptcy Court no later than **Thursday, June 5, 2025**, with a copy served on the attorney for the debtor, the trustee (if any) and all other interested parties listed below. Any objections not filed and served may be deemed waived. If the Court receives no written objections

to the Disclosure Statement, the Court may approve the Disclosure Statement without a hearing.

| ATTORNEY FOR DEBTOR | UNITED STATES TRUSTEE |
|---|---|
| Steven R. Kinsella | Robert B. Raschke, Assistant U.S. Trustee |
| Fredrikson & Byron, PA | Suite 1015 U.S. Courthouse |
| 60 South 6th Street, Suite 1500 | 300 South Fourth Street |
| Minneapolis, MN 55402 | Minneapolis, MN 55415 |

The Disclosure Statement may be reviewed by registering with the ECF system or in the Bankruptcy Clerk's Office by any party. Also, copies of the Disclosure Statement may be obtained by contacting the Attorney for the Debtor.

Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney, if you have one. If you want the Court to consider your views you should file a written response to the action and attend the hearing that has been scheduled. If you do not take these steps the Court may assume that you do not oppose the action and may enter an order approving the request made in these legal documents.

This hearing may be cancelled or rescheduled without further notice. If you plan to attend the hearing, please confirm the date and time with the Bankruptcy Clerk's Office at (701) 297-7100.

Dated: May 6, 2025.

Kay A. Melquist, Clerk
United States Bankruptcy Court
Quentin N. Burdick United States Courthouse
655 1ST Avenue North, Suite 210
Fargo, ND 58102-4932

By:   /s/  SHARON HORSAGER
Sharon Horsager, Deputy Clerk

Copy served May 6, 2025, to Attorney Steven Kinsella for service.