EXHIBIT A

**DEBTOR:** Epic Companies Midwest LLC  **CASE NO:** 24-30281

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**

For Period: 4/1/2025 to 4/30/2025

| CASH FLOW SUMMARY | Jul-24 | Aug-24 | Sep-24 | Oct-24 | Nov-24 | Dec-24 | Jan-25 | Feb-25 | Mar-25 | Apr-25 | Accumulated |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1. Beginning Cash Balance** | $ 272,606.35 | $ 278,122.33 | $ 158,003.89 | $ 239,981.88 | $ 53,582.73 | $ 84,942.15 | $ 54,191.40 | $ 73,220.28 | $ 79,426.57 | $ 31,222.42 | 272,606.35 |
| **2. Cash Receipts** | | | | | | | | | | | |
| Operations | - | - | - | - | - | 3,720.50 | - | - | - | - | 3,720.50 |
| Loan Principal Repayment | - | - | 150,000.00 | - | 25,000.00 | - | - | - | 50,000.00 | 250,000.00 | 475,000.00 |
| Loans/advances | - | - | - | - | 100,000.00 | 100,000.00 | 100,000.00 | 100,000.00 | - | 100,000.00 | 500,000.00 |
| Other: Loan Interest Income | 4,999.99 | 4,406.25 | 2,770.83 | 2,770.83 | 270.83 | 2,500.00 | 18,596.58 | - | 2,500.00 | 2,500.00 | 41,315.31 |
| Other: Interest Income | 515.99 | - | - | - | - | - | - | - | - | - | 515.99 |
| Total Cash Receipts | $ 5,515.98 | $ 4,406.25 | $ 152,770.83 | $ 2,770.83 | $ 125,270.83 | $ 106,220.50 | $ 118,596.58 | $ 100,000.00 | $ 52,500.00 | $ 352,500.00 | 1,020,551.80 |
| **3. Cash Disbursements** | | | | | | | | | | | |
| Operations | - | 19,119.62 | 4,627.23 | 276.12 | 8,850.91 | 10,923.87 | 16,743.70 | 11,459.21 | 425.15 | 3,069.83 | 75,495.64 |
| Debt Service/Secured loan payment | - | - | - | - | - | - | - | - | - | - | - |
| Professional fees/U.S. Trustee fees | - | 105,405.07 | 66,165.61 | 188,893.86 | 85,060.50 | 126,047.38 | 82,824.00 | 82,334.50 | 100,279.00 | 115,374.50 | 952,384.42 |
| Other | - | - | - | - | - | - | - | - | - | - | - |
| Total Cash Disbursements | $ - | $ 124,524.69 | $ 70,792.84 | $ 189,169.98 | $ 93,911.41 | $ 136,971.25 | $ 99,567.70 | $ 93,793.71 | $ 100,704.15 | $ 118,444.33 | 1,027,880.06 |
| **4. Net Cash Flow** (Total Cash Receipts less Total Cash Disbursements) | 5,515.98 | (120,118.44) | 81,977.99 | (186,399.15) | 31,359.42 | (30,750.75) | 19,028.88 | 6,206.29 | (48,204.15) | 234,055.67 | (7,328.26) |
| **5 Ending Cash Balance (to Form 2-C)** | $ 278,122.33 | $ 158,003.89 | $ 239,981.88 | $ 53,582.73 | $ 84,942.15 | $ 54,191.40 | $ 73,220.28 | $ 79,426.57 | $ 31,222.42 | $ 265,278.09 | 265,278.09 |

**CASH BALANCE SUMMARY**

| | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ 0 |
| Operating Account | First Western Bank & Trust | 0 |
| Debtor-in-possession Account | US Bank | 265,278.09 |
| Other Interest-bearing Account | Bank Forward | 0 |
| TOTAL (must agree with Ending Cash Balance above) | | $ 265,278.09 |

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case.*
*Current month beginning cash balance should equal the previous month's ending balance.*
*(2) All cash balances should be the same.*

**DEBTOR:** Epic Companies Midwest LLC  **CASE NO:** 24-30281

**Form 2-B**  **EXHIBIT A**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period: 4/1/2025 to 4/30/2025

**CASH RECEIPTS DETAIL**   **Account No:** ▮▮▮▮▮▮▮▮
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|---|---|---|---|
| 04/01/2025 | Fargo South Hospitality LLC | Other: Loan Interest Income | $ 2,500.00 |
| 04/08/2025 | Epic Companies Midwest 2023 LL | Loans/advances | 100,000.00 |
| 04/10/2025 | JP Place LLC | Loan Principal Repayment | 250,000.00 |

**Total Cash Receipts** $ 352,500.00 (1)

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

Page 2 of 3
Rev. 01/01/18

**DEBTOR:** Epic Companies Midwest LLC   **CASE NO:** 24-30281

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 4/1/2025 to 4/30/2025

EXHIBIT A

**CASH DISBURSEMENTS DETAIL**   **Account No:**
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount $ |
|---|---|---|---|---|
| 04/08/2025 | ACH | Fredrikson & Byron | Professional fees/U.S. Trustee fees | 63,066.00 |
| 04/08/2025 | 1032 | Lighthouse Management Group | Professional fees/U.S. Trustee fees | 22,518.50 |
| 04/08/2025 | 1032 | Lighthouse Management Group | Operations | 12.41 |
| 04/08/2025 | 1032 | Lighthouse Management Group | Operations | 1,488.68 |
| 04/08/2025 | 1034 | Lighthouse Management Group | Operations | 300.25 |
| 04/08/2025 | 1034 | Lighthouse Management Group | Operations | 229.18 |
| 04/14/2025 |  | USBank | Operations | 144.31 |
| 04/17/2025 | 1033 | US Trustee Payment Center | Professional fees/U.S. Trustee fees | 1,176.00 |
| 04/23/2025 | 1034 | Lighthouse Management Group | Professional fees/U.S. Trustee fees | 28,614.00 |
| 04/29/2025 | ACH | Vicki Campbell | Operations | 895.00 |

**Total Cash Disbursements** $ 118,444.33 (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

Page 3 of 3
Rev. 01/01/18

DEBTOR: Epic Companies Midwest LLC  
CASE NO.: 24-30281

Form 2-C  
**COMPARATIVE BALANCE SHEET**

**EXHIBIT B**

For Period Ending 4/30/2025

| | # | 7/8/2024 | 7/31/2024 | 8/31/2024 | 9/30/2024 | 10/31/2024 | 11/30/2024 | 12/31/2024 | 1/31/2025 | 2/28/2025 | 3/31/2025 | 4/30/2025 | Petition Date (1) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | | |
| Current Assets: | | | | | | | | | | | | | |
| Cash (from Form 2-B, line 5) | | $ - | $ 278,122.33 | $ 158,003.89 | $ 239,981.88 | $ 53,582.73 | $ 84,942.15 | $ 54,191.40 | $ 73,220.28 | $ 79,426.57 | $ 31,222.42 | $ 265,278.09 | $ 272,606.35 |
| Accounts Receivable (from Form 2-E) | | - | 285,191.32 | 349,092.78 | 489,450.57 | 692,197.24 | 745,582.38 | 816,299.79 | 857,006.94 | 880,340.94 | 931,803.74 | 983,720.30 | 187,877.79 |
| Receivable from Officers, Employees, Affiliates | | - | - | - | - | - | - | - | - | - | - | - | - |
| Inventory | | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Current Assets :(List) | | - | - | - | - | - | - | - | - | - | - | - | - |
| | | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Current Assets | | $ - | $ 563,313.65 | $ 507,096.67 | $ 729,432.45 | $ 745,779.97 | $ 830,524.53 | $ 870,491.19 | $ 930,227.22 | $ 959,767.51 | $ 963,026.16 | $ 1,248,998.39 | $ 460,484.14 |
| Fixed Assets: | | | | | | | | | | | | | |
| Land | | $ - | - | - | - | - | - | $ - | $ - | $ - | $ - | $ - | $ - |
| Building | | - | - | - | - | - | - | - | - | - | - | - | - |
| Equipment, Furniture and Fixtures | | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Fixed Assets | | - | - | - | - | - | - | - | - | - | - | - | - |
| Less: Accumulated Depreciation | | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) |
| Net Fixed Assets | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Assets (List): Investment Beacon NW | | - | 345,000.00 | 345,000.00 | 345,000.00 | 345,000.00 | 345,000.00 | 345,000.00 | 345,000.00 | 345,000.00 | 345,000.00 | 345,000.00 | 345,000.00 |
| Notes Receivable | | - | 18,287,000.00 | 18,287,000.00 | 18,137,000.00 | 18,137,000.00 | 18,112,000.00 | 18,112,000.00 | 18,112,000.00 | 18,112,000.00 | 18,062,000.00 | 17,711,000.00 | 18,062,000.00 |
| BNW -KA Activity | | - | (24,150.00) | (24,150.00) | (24,150.00) | (24,150.00) | (24,150.00) | (24,150.00) | (24,150.00) | (24,150.00) | (24,150.00) | (24,150.00) | (24,150.00) |
| **TOTAL ASSETS** | | $ - | $ 19,171,163.65 | $ 19,114,946.67 | $ 19,187,282.45 | $ 19,203,629.97 | $ 19,263,374.53 | $ 19,303,341.19 | $ 19,363,077.22 | $ 19,392,617.51 | $ 19,345,876.16 | $ 19,280,848.39 | $ 18,843,334.14 |
| **LIABILITIES** | | | | | | | | | | | | | |
| Post-petition Accounts Payable (from Form 2-E) | | $ - | $ 18,597.82 | $ 38,237.24 | $ 56,835.07 | $ 75,432.89 | $ 75,432.89 | $ 75,432.89 | $ 75,432.89 | $ 75,432.89 | $ 75,432.89 | $ 75,432.89 | $ - |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | - | - | - | - | - | - | - | - | - | - | - | - |
| Post-petition Taxes Payable (from Form 2-E) | | - | - | - | - | - | - | - | - | - | - | - | - |
| Post-petition Notes Payable | | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Post-petition Payable(List): due to ECMW 2023 | | - | - | - | - | - | 100,000.00 | 200,000.00 | 300,000.00 | 400,000.00 | 400,000.00 | 500,000.00 | - |
| | | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Post Petition Liabilities | | $ - | $ 18,597.82 | $ 38,237.24 | $ 56,835.07 | $ 75,432.89 | $ 175,432.89 | $ 275,432.89 | $ 375,432.89 | $ 475,432.89 | $ 475,432.89 | $ 575,432.89 | $ - |
| Pre Petition Liabilities: | | | | | | | | | | | | | |
| Secured Debt | | - | - | - | - | - | - | - | - | - | - | - | - |
| Priority Debt | | - | - | - | - | - | - | - | - | - | - | - | - |
| Prepetition Unsecured Debt | | - | 17,852,890.00 | 18,102,890.00 | 18,102,890.00 | 18,102,890.00 | 18,102,890.00 | 18,102,890.00 | 18,102,890.00 | 18,102,890.00 | 18,102,890.00 | 18,102,890.00 | 17,852,890.00 |
| Class B | | - | 854,500.00 | 854,500.00 | 854,500.00 | 854,500.00 | 854,500.00 | 854,500.00 | 854,500.00 | 854,500.00 | 854,500.00 | 854,500.00 | 854,500.00 |
| Total Pre Petition Liabilities | | $ - | $ 18,707,390.00 | $ 18,957,390.00 | $ 18,957,390.00 | $ 18,957,390.00 | $ 18,957,390.00 | $ 18,957,390.00 | $ 18,957,390.00 | $ 18,957,390.00 | $ 18,957,390.00 | $ 18,957,390.00 | $ 18,707,390.00 |
| **TOTAL LIABILITIES** | | $ - | $ 18,725,987.82 | $ 18,995,627.24 | $ 19,014,225.07 | $ 19,032,822.89 | $ 19,132,822.89 | $ 19,232,822.89 | $ 19,332,822.89 | $ 19,432,822.89 | $ 19,432,822.89 | $ 19,532,822.89 | $ 18,707,390.00 |
| **OWNERS' EQUITY** | | | | | | | | | | | | | |
| Owner's/Stockholder's Equity | | $ - | $ 445,175.83 | $ 119,319.43 | $ 173,057.38 | $ 170,807.08 | $ 130,551.64 | $ 70,518.30 | $ 30,254.33 | $ (40,205.38) | $ (86,946.73) | $ (251,974.50) | $ 135,944.14 |
| Retained Earnings - Prepetition | | - | - | - | - | - | - | - | - | - | - | - | - |
| Retained Earnings - Post-petition | | - | - | - | - | - | - | - | - | - | - | - | - |
| **TOTAL OWNERS' EQUITY** | | $ - | $ 445,175.83 | $ 119,319.43 | $ 173,057.38 | $ 170,807.08 | $ 130,551.64 | $ 70,518.30 | $ 30,254.33 | $ (40,205.38) | $ (86,946.73) | $ (251,974.50) | $ 135,944.14 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | | $ - | $ 19,171,163.65 | $ 19,114,946.67 | $ 19,187,282.45 | $ 19,203,629.97 | $ 19,263,374.53 | $ 19,303,341.19 | $ 19,363,077.22 | $ 19,392,617.51 | $ 19,345,876.16 | $ 19,280,848.39 | $ 18,843,334.14 |

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.

Page 1 of 1  
Rev. 01/01/18

**DEBTOR:** Epic Companies Midwest LLC         **CASE** 24-30281

## Form 2-D
## PROFIT AND LOSS STATEMENT
For Period 4/1/2025 to 4/30/2025

EXHIBIT C

| | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ - | $ - |
| Less: Discounts, Returns and Allowances | ( - ) | ( - ) |
| **Net Operating Revenue** | $ - | $ - |
| Cost of Goods Sold | - | - |
| **Gross Profit** | $ - | $ - |
| Operating Expenses | | |
|   Compensation | $ - | $ - |
|   Selling, General and Administrative | 3,069.83 | 71,775.14 |
|   Rents and Leases | - | - |
|   Depreciation, Depletion and Amortization | - | - |
|   Other (list): | - | - |
| | - | - |
| Total Operating Expenses | $ 3,069.83 | $ 71,775.14 |
| **Operating Income (Loss)** | $ (3,069.83) | $ (71,775.14) |
| Non-Operating Income and Expenses | | |
|   Other Non-Operating Expenses | $ - | $ - |
|   Gains (Losses) on Sale of Assets | - | - |
|   Interest Income | 2,500.00 | 41,831.30 |
|   Interest Expense | - | - |
|   Other Non-Operating Income | - | - |
| Net Non-Operating Income or (Expenses) | $ 2,500.00 | $ 41,831.30 |
| Reorganization Expenses | | |
|   Legal and Professional Fees | $ 114,198.50 | $ 948,747.42 |
|   Other Reorganization Expense | 1,176.00 | 3,637.00 |
| Total Reorganization Expenses | $ 115,374.50 | $ 952,384.42 |
| **Net Income (Loss) Before Income Taxes** | $ (115,944.33) | $ (982,328.26) |
| Federal and State Income Tax Expense (Benefit) | - | - |
| **NET INCOME (LOSS)** | $ (115,944.33) | $ (982,328.26) |

*(1) Accumulated Totals include all revenue and expenses since the petition date.*

Page 1 of 1
Rev. 01/01/18

**DEBTOR:** Epic Companies Midwest LLC     **CASE NO:** 24-30281

**Form 2-E**
**SUPPORTING SCHEDULES**

**EXHIBIT D**

For Period: 4/1/2025 to 4/30/2025

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | 7/31/2024 | 8/31/2024 | 9/30/2024 | 10/31/2024 | 11/30/2024 | 12/31/2024 | 1/31/2025 | 2/28/2025 | 3/31/2025 | 4/30/2025 | Post Petition Accounts Payable |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Under 30 days | $ 95,885.44 | 164,922.29 | 140,628.62 | 203,017.50 | 53,655.97 | 73,217.41 | 41,519.64 | 23,334.00 | 55,316.95 | 60,763.46 | 0.00 |
| 30 to 60 days | - | 95,614.61 | 164,651.46 | 140,357.79 | 202,746.67 | 51,155.97 | 73,217.41 | 41,519.64 | 20,834.00 | 55,316.95 | 0.00 |
| 61 to 90 days | - | - | 95,614.61 | 164,651.46 | 140,357.79 | 202,746.67 | 51,155.97 | 73,217.41 | 41,519.64 | 20,834.00 | 0.00 |
| 91 to 120 days | - | - | - | 95,614.61 | 164,651.46 | 140,357.79 | 202,475.84 | 51,155.97 | 73,217.41 | 41,519.64 | 0.00 |
| Over 120 days | - | - | - | - | 95,614.61 | 260,266.07 | 400,082.20 | 602,558.04 | 652,359.86 | 716,730.37 | 75,432.89 |
| **Total Post Petition** | 95,885.44 | 260,536.90 | 400,894.69 | 603,641.36 | 657,026.50 | 727,743.91 | 768,451.06 | 791,785.06 | 843,247.86 | 895,164.42 | |
| **Pre Petition Amounts** | 189,305.88 | 188,555.88 | 188,555.88 | 188,555.88 | 188,555.88 | 188,555.88 | 188,555.88 | 188,555.88 | 188,555.88 | 188,555.88 | |
| Total Accounts Receivable | $ 285,191.32 | $ 449,092.78 | 589,450.57 | 792,197.24 | 845,582.38 | 916,299.79 | 957,006.94 | 980,340.94 | 1,031,803.74 | 1,083,720.30 | |
| Less: Bad Debt Reserve | - | (100,000.00) | (100,000.00) | (100,000.00) | (100,000.00) | (100,000.00) | (100,000.00) | (100,000.00) | (100,000.00) | (100,000.00) | |
| **Net Accounts Receivable (to Form 2-C)** | $ 285,191.32 | $ 349,092.78 | 489,450.57 | 692,197.24 | 745,582.38 | 816,299.79 | 857,006.94 | 880,340.94 | 931,803.74 | 983,720.30 | |

| | |
|---|---|
| **Total Post Petition Accounts Payable** | 75,432.89 |
| **Pre-Petition Accounts Payable** | 108,634.48 |
| **Total Accounts Payable** | 184,067.37 |

*Attach a detail listing of accounts receivable and post-petition accounts payable*

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Court Approval | Month-end Balance Due * | Prev Paid Cumulative | Current Paid Cumulative |
|---|---|---|---|---|---|---|---|
| Debtor's Counsel | $ 1,153.50 | | | | | | |
| Counsel for Unsecured Creditors' Committee | | - | - | | - | 129,274.42 | 129,274.42 |
| Trustee's Counsel | | 63,066.00 | 63,066.00 | | - | 261,824.46 | 324,890.46 |
| Accountant | | | | | | | |
| Other: CRO | 38,495.00 | 51,132.50 | 51,132.50 | | - | 443,450.04 | 494,582.54 |
| Total | $ 39,648.50 | $ 114,198.50 | $ 114,198.50 | | - | 834,548.92 | 948,747.42 |

*Balance due to include fees and expenses incurred but not yet paid.

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| Vicki Campbell | Governor & Accountant | accounting services | $ 895.00 |
| | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.