**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| EPIC Companies Midwest, LLC | ) Case Number: 24-30281 |
| | ) |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

TRC MASTER FUND LLC
Name of Transferee

Raymond Gooch
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): N/A
Amount of Claim: N/A
Date Claim Filed: N/A
Schedule # (if known):
Schedule Amount: $500,000.00

TRC MASTER FUND LLC
Attn: Terrel Ross
PO BOX 633
Woodmere, NY 11598

Phone: (206) 391-1334
Last four digits of Acct.# N/A

Phone: 516-255-1801
Last four digits of Acct#: N/A

Name and Current Address of Transferor:

Raymond Gooch
6538 12th Ave. NW
Seattle, WA 98117

Name and address where transferee payments should be sent (if different from above):

Phone: N/A
Last four digits of Acct#: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Terrel Ross                                              Date: June 1, 2025
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO:      United States Bankruptcy Court ("Bankruptcy Court")
         District of North Dakota
           Attention: Clerk


AND TO:  EOLA Capital, LLC
         Case No. 24-30284 (the "Debtor")
         (Jointly Administered under EPIC Companies Midwest, LLC., et al.  Case No. 24-30281)

Claim # N/A

**Raymond Gooch,** its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$500,000.00** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS ___30th___ DAY OF _____May_____, 2025


ASSIGNOR: Raymond Gooch                              ASSIGNEE: TRC MASTER FUND LLC

Signed by:
__Raymond Gooch_____            _____
(Signature)                                          (Signature)
   A08EF63D28EF433...

Raymond Gooch                                        __Terrel Ross_____
(Print Name)                                         (Print Name)

Investor                                             Managing Member _____
(Title)                                              (Title)

| Debtor | EOLA Capital, LLC | Case number (if known) | 24-30284 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br>HC Innovations, LP<br>Marc Wolff<br>320 32nd Ave W, Suite 240<br>West Fargo, ND 58078 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,000,000.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: Investment Creditor<br>Is the claim subject to offset?   ☒ No   ☐ Yes | |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>James J. Johnson 2003 Separate Property<br>James J. Johnson<br>109 Monterey Ave. #5<br>Capitola, CA 95010 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $500,000.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: Investment Creditor<br>Is the claim subject to offset?   ☒ No   ☐ Yes | |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>Jerry Meyers<br>2115 147th Ave. SE<br>Erie, ND 58029 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $254,500.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: Investment Creditor<br>Is the claim subject to offset?   ☒ No   ☐ Yes | |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>Mark Sellin<br>1414 Sunset Blvd<br>Hawley, MN 56549 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $166,666.67 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: Investment Creditor<br>Is the claim subject to offset?   ☒ No   ☐ Yes | |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>Michelle Charbonneau<br>2014 7th St W<br>Dickinson, ND 58601 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $500,000.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: Investment Creditor<br>Is the claim subject to offset?   ☒ No   ☐ Yes | |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>Randy & Dorothy Henke<br>9400 275th Ave. SE<br>Sawyer, ND 58781 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,500,000.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: Investment Creditor<br>Is the claim subject to offset?   ☒ No   ☐ Yes | |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>Raymond Gooch<br>6538 12th Ave. NW<br>Seattle, WA 98117 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $500,000.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: Investment Creditor<br>Is the claim subject to offset?   ☒ No   ☐ Yes | |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>Scott Harold Sellin<br>16372 Bird Dog Road<br>Audubon, MN 56511 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $166,666.67 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: Investment Creditor<br>Is the claim subject to offset?   ☒ No   ☐ Yes | |