## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

___

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

___

| | |
|---|---|
| EPIC Companies Midwest 2023, LLC, and EOLA Capital, LLLC, | Adversary No. 24-07035 |
| Plaintiffs, | |
| v. | **ORDER** |
| LTC – The Don, LLC, | |
| Defendant. | |

___

On May 8, 2025, Plaintiffs/Debtors filed a motion seeking approval of a settlement. Plaintiffs/Debtors served notice of the motion summarizing the settlement between EPIC Companies Midwest 2023, LLC, EOLA Capital, LLC, and LTC – The Don, LLC. The Court received no objections. Based on the information provided by Plaintiffs/Debtors and the documents filed in this case, the Court finds that the proposed settlement is fair and equitable, reflects a balance of the risks of litigation with potential recovery and appears to be in the best interest of the bankruptcy estate. Therefore, **IT IS ORDERED** that the Motion to Approve Settlement [Adversary No. 24-07035, Doc. 15; Bankruptcy No. 24-30281, Doc. 301] is **GRANTED** and the Settlement is **APPROVED**.

Dated this 4th day of June, 2025.

s/ William J. Fisher

William J. Fisher, Judge
United States Bankruptcy Court