UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

| | |
|---|---|
| **EPIC Companies Midwest, LLC** | **Bankr. No. 24-30281** |
| **EPIC Companies Midwest 2023, LLC** | **Bankr. No. 24-30282** |
| **EPIC Employee, LLC** | **Bankr. No. 24-30283** |
| **EOLA Capital, LLC** | **Bankr. No. 24-30284** |
| **EC West Fargo, LLC** | **Bankr. No. 24-30285** |
| **Debtors.** | **Chapter 11** |

## MOTION TO APPEAR BY TELEPHONE

Sarah J. Wencil, Trial Attorney for the U.S. Trustee, respectively moves this Court to enter an order under Local Rule 5001-1 allowing her to appear by telephone on Tuesday, June 10, 2025 on the Hearing on Approval of Disclosure Statement (Doc. 286).

1. The U.S. Trustee has not filed an objection to the Disclosure Statement and does not believe that any issues of fact will be tried at the hearing.

2. Travel to Fargo, North Dakota would be unduly burdensome and expensive for the limited involvement of the U.S. Trustee.

WHEREFORE, Counsel requests that she be allowed to appear by telephone.

Dated: June 6, 2025

MARY R. JENSEN
ACTING U.S. TRUSTEE REGION 12

 /s/ Sarah J. Wencil
Sarah J. Wencil
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth St.
Minneapolis, MN 55415
Telephone: (612) 334-1366
Sarah.J.Wencil@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In re:

| | |
|---|---|
| **EPIC Companies Midwest, LLC** | **Bankr. No. 24-30281** |
| **EPIC Companies Midwest 2023, LLC** | **Bankr. No. 24-30282** |
| **EPIC Employee, LLC** | **Bankr. No. 24-30283** |
| **EOLA Capital, LLC** | **Bankr. No. 24-30284** |
| **EC West Fargo, LLC** | **Bankr. No. 24-30285** |
| **Debtors.** | **Chapter 11** |

## CERTIFICATE OF SERVICE

Sarah J. Wencil, an employee of the U.S. Trustee office, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated:  June 6, 2025

/s/ Sarah J. Wencil
Sarah J. Wencil