**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

**MOTION FOR LEAVE TO APPEAR BY VIDEO CONFERENCE OR TELEPHONE**

1. EPIC Companies Midwest, LLC, EPIC Companies Midwest 2023, LLC, EPIC Employee, LLC, EOLA Capital, LLC, and EC West Fargo, LLC (collectively, the "Debtors") hereby file this motion (the "Motion") requesting that this Court grant Steven R. Kinsella and Patrick Finn, a partner at Lighthouse Management Group, Inc., which is serving as the Debtors' Chief Restructuring Officer, leave pursuant to Local Rules 5001-1 and 5001-2 to appear either by video conference or telephonically at the hearing regarding the Disclosure Statement (ECF No. 287) scheduled for Tuesday, June 10, at 10:00 a.m. (the "Hearing").

2. Allowing the Debtors' counsel and Mr. Finn to participate in the Hearing by video conference or telephone would minimize the time and cost associated with traveling to the Hearing. Debtors' counsel and Mr. Finn are both located in Minneapolis, Minnesota.

3. The request to attend the Hearing by video conference or telephonically will not cause any undue hardship to the parties herein and would serve the interests of justice.

**WHEREFORE**, the Debtors request entry of an Order:

A. Granting the Motion and authorizing the Debtors' counsel and Mr. Finn to appear by video conference or telephone at the Hearing; and

  B. Granting such other and further relief as the Court deems proper.

| | |
|---|---|
| Dated: June 6, 2025 | /e/ *Steven R. Kinsella* |
| | Michael S. Raum (#05676) |
| | **FREDRIKSON & BYRON, P.A.** |
| | 51 Broadway, Suite 400 |
| | Fargo, ND  58102-4991 |
| | 701.237.8200 |
| | mraum@fredlaw.com |
| | |
| | Steven R. Kinsella (#09514) |
| | Katherine A. Nixon (admitted *pro hac vice*) |
| | **FREDRIKSON & BYRON, P.A.** |
| | 60 South 6th Street, Suite 1500 |
| | Minneapolis, MN  55402-4400 |
| | 612.492.7000 |
| | skinsella@fredlaw.com |
| | knixon@fredlaw.com |
| | |
| | **ATTORNEYS FOR DEBTORS** |