UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In re:<br><br>EPIC Companies Midwest, LLC<br>EPIC Companies Midwest 2023, LLC<br>EPIC Employee, LLC<br>EOLA Capital, LLC<br>EC West Fargo, LLC<br><br>Debtors. | Bky. Case No.: 24-30281<br>Bky. Case No.: 24-30282<br>Bky. Case No.: 24-30283<br>Bky. Case No.: 24-30284<br>Bky. Case No.: 24-30285<br><br>Chapter 11 |
|---|---|

## MOTION TO APPEAR BY TELEPHONE

[ ¶1]   A Hearing on Approval of Disclosure Statement has been scheduled for Tuesday, June 10, 2025 at the Quentin N. Burdick U.S. Courthouse in Fargo, North Dakota.

[ ¶2]   Alexander S. Kelsch of Kelsch, Ruff, Kranda, Nagle & Ludwig, Attorney for Interested Parties/Creditors Nick & Deborah Vollmuth, respectfully requests that the Court permit him to appear telephonically at the hearing.

[ ¶3]   Attorney Kelsch has not filed an objection to the Disclosure Statement and does not anticipate trying any factual issues at the hearing. Additionally, travel to Fargo, North Dakota would be unduly burdensome and expensive due to the distance as well as the limited involvement the undersigned will have in said hearing.

   WHEREFORE, the undersigned respectfully requests that he be allowed to appear by telephone at the June 10, 2025 hearing.

Dated this 6th day of June, 2025.

                                            */s/ Alexander S. Kelsch*
ALEXANDER S. KELSCH
State Bar ID No. 07231
KELSCH, RUFF, KRANDA, NAGLE & LUDWIG
Attorneys for the Vollmuths
103 Collins Avenue, P.O. Box 1266
Mandan, North Dakota 58554-7266
(701) 663-9818
alexk@kelschlaw.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| In re:<br><br>EPIC Companies Midwest, LLC<br>EPIC Companies Midwest 2023, LLC<br>EPIC Employee, LLC<br>EOLA Capital, LLC<br>EC West Fargo, LLC<br><br>Debtors. | Bky. Case No.: 24-30281<br>Bky. Case No.: 24-30282<br>Bky. Case No.: 24-30283<br>Bky. Case No.: 24-30284<br>Bky. Case No.: 24-30285<br><br>Chapter 11 |
|---|---|

## CERTIFICATE OF SERVICE

April Ruff, an employee of Kelsch Ruff Kranda Nagle and Ludwig law Firm, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated: June 6, 2025

/s/ April Ruff
April Ruff
Assistant to Alexander S. Kelsch