# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In Re: | | Jointly Administered |
|---|---|---|
| EPIC Companies Midwest, LLC, | ) | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | ) | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | ) | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, | ) | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | ) | Bankruptcy No. 24-30285 |
| Debtors. | | Chapter:   11 |

## MOTION TO APPEAR BY TELEPHONE

1. Marissa R. Cerkoney, counsel for Darryl Heim and Charlotte Heim are creditors of EPIC Companies Midwest, LLC, respectfully moves this Court to enter an order under Local Rule 5001-1 allowing her to appear by telephone on Tuesday, June 10, 2025, on the Hearing on Approval of Disclosure Statement (Doc. 286).

2. Attorney Cerkoney has not filed an objection to the Disclosure Statement and does not anticipate trying any factual issues at the hearing. Additionally, travel to Fargo, North Dakota, would be unduly burdensome and expensive due to the distance, as well as the limited involvement the undersigned will have in said hearing.

WHEREFORE, the undersigned respectfully requests that she be allowed to appear by telephone at the June 10, 2025, hearing.

Dated this 9th day of June, 2025.

Ebeltoft . Sickler . Lawyers PLLC
2272 8th Street West
Dickinson, North Dakota 58601
701.225.LAWS (5297)
701.225.9650 fax
mcerkoney@ndlaw.com

By: _____/s/ Marissa R. Cerkoney_____
Marissa R. Cerkoney, Lawyer #08630