UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In Re: | | Jointly Administered |
|---|---|---|
| EPIC Companies Midwest, LLC, | ) | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | ) | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | ) | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, | ) | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | ) | Bankruptcy No. 24-30285 |
| Debtors. | | Chapter:    11 |

**MOTION TO APPEAR BY TELEPHONE**

1.    Marissa R. Cerkoney, counsel for Robert W. Heim, Trustee of the Robert W. Heim Revocable Living Trust dated August 10, 2015, and any amendments thereto, and Joleen M. Heim, Trustee of the Joleen M. Heim Revocable Living Trust dated August 10, 2015, and any amendments thereto, creditors of EPIC Companies Midwest 2023, LLC, respectfully moves this Court to enter an order under Local Rule 5001-1 allowing her to appear by telephone on Tuesday, June 10, 2025, on the Hearing on Approval of Disclosure Statement (Doc. 286).

2.    Attorney Cerkoney has not filed an objection to the Disclosure Statement and does not anticipate trying any factual issues at the hearing. Additionally, travel to Fargo, North Dakota, would be unduly burdensome and expensive due to the distance, as well as the limited involvement the undersigned will have in said hearing.

WHEREFORE, the undersigned respectfully requests that she be allowed to appear by telephone at the June 10, 2025, hearing.

[the remainder of this page is intentionally left blank]

Dated this 9th day of June, 2025.

>Ebeltoft . Sickler . Lawyers PLLC
>2272 8th Street West
>Dickinson, North Dakota 58601
>701.225.LAWS (5297)
>701.225.9650 fax
>mcerkoney@ndlaw.com
>
>By: _____ */s/ Marissa R. Cerkoney* _____
>        Marissa R. Cerkoney, Lawyer #08630