# United States Bankruptcy Court
# District of North Dakota

In re:

| | |
|---|---|
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |

      Debtors.      Chapter 11

## Motion to Appear by Telephone

1.    David J. Chapman, as attorney of record for Elrick Poppe and Karen Poppe ("the Poppe's"), unsecured creditors of EC West Fargo, LLC, respectfully moves this court to permit appearance by telephone at the hearing regarding the approval of the Disclosure Statement in Support of Debtor's Chapter 11 Plan of Liquidation ("Disclosure Statement") on Tuesday, June 10, 2025, pursuant to Local Bankruptcy Rule 5001-1.

2.    Although attorney Chapman has filed an objection on behalf of the Poppe's, Mr. Chapman has discussed said objection with Steven Kinsella, counsel for the Chief Restructuring Officer, and has agreed that no evidence or argument on the Poppe's objection will occur at the hearing, and that the issues raised in the objection are resolvable through continued discussion concerning possible revisions to language adopted in the Disclosure Statement. The parties have agreed to continue those discussions to resolve concerns. Thus, Mr. Chapman anticipates limited, if any,

1

involvement in the hearing. Although Counsel is in West Fargo, reduction in cost for the Poppe's would be realized through telephone appearance as opposed to attendance at court with limited or no involvement in proceedings.

Respectfully Submitted this 9th day of June 2025.

**D J CHAPMAN LAW, P.C.**

/s/      David J. Chapman
David J. Chapman (ND Attorney Number 05531)
3155 Bluestem Drive, PMB #388
West Fargo, ND 58078
(701) 232-5899
Mobile: (701) 799-3827
dchapman@djchapmanlaw.com
Attorney for Creditors
Elrick and Karen Poppe