**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

| | |
|---|---|
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

**MOTION TO APPEAR BY TELEPHONE**

Michael L. Gust, as attorney of record for James Olson, an unsecured creditor, respectfully moves this Court to permit appearance by telephone at the hearing regarding the approval of the Disclosure Statement in Support of Debtor's Chapter 11 Plan of Liquidation on Tuesday, June 10, 2025, pursuant to Local Bankruptcy Rule 5001-1.

Although Mr. Gust filed an objection on behalf of James Olson, in discussions with Steven Kinsella, counsel for the Chief Restructuring Officer, it is agreed that no evidence or argument on Mr. Olson's objection will occur at the hearing, and that the issues raised in the objection can be resolved through continued discussions concerning possible revisions to the filed Disclosure Statement. Mr. Gust anticipates limited involvement in the hearing, thus an appearance by telephone would reduce cost to Mr. Olson.

Dated this 9th day of June, 2025.

    /s/ Michael L. Gust
Michael L. Gust (ND #06468)
ABST Law, P.C.
4132 30th Avenue South, Suite 100
P.O. Box 10247
Fargo, ND 58106-0247
(701) 235-3300
*mgust@abstlaw.net*
Attorney for James Olson