# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

## THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION TO APPEAR BY TELEPHONE

The Official Committee of Unsecured Creditors (the "Committee"), by and through counsel, files this Motion (the "Motion") requesting the Court to grant Benjamin J. Court and Christopher J. Harayda of Stinson LLP leave to appear by telephone at the hearing on June 10, 2025, at 10:00am Central Time (the "Hearing") with respect to the Approval of Disclosure Statement (Doc. 286), and any other matters to be considered by the Court.

The Committee has not filed an objection to the Disclosure Statement. The request to attend the hearing telephonically will not cause any undue hardship to the parties herein and would serve in the interest of justice. Based on the filing submitted in the last 24 hours, substantially all parties in interested will be appearing telephonically.

CORE/3531668.0002/199882982.1

WHEREFORE, the Committee respectfully requests this Court enter and Order granting this Motion to allow Mr. Court and Mr. Harayda to attend telephonically at the aforementioned hearing and for such other and further relief as the Court deems just and proper.

Dated:  June 10, 2025              /s/ Benjamin J. Court
                                                     Benjamin J. Court (ND # 07776)
**STINSON LLP**
50 South 6th St, Suite 2600
Minneapolis, MN 55402
Telephone:  (612) 335-1500
Facsimile:  (612) 335-1657
Email:  benjamin.court@stinson.com

**COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| In re: | Jointly Administered |
|---|---|
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

**CERTIFICATE OF SERVICE**

I, Benjamin J. Court, certify that on June 10, 2025, I caused the following document:

**The Official Committee of Unsecured Creditors' Motion to Appear by Telephone**

To be filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice Electronic Filing (NEF) to all electronic filing users. The filing constitutes service of notice of the filed documents on the Filing Users.

Dated: June 10, 2025            */s/ Benjamin J. Court*

3