UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtor. | |

ORDER APPROVING DISCLOSURE STATEMENT AND
SETTING DEADLINE FOR
RETURN OF BALLOTS AND OBJECTIONS TO CONFIRMATION
AND SCHEDULING CONFIRMATION HEARING

**Disclosure Statement**

Debtors EPIC Companies Midwest, LLC, EPIC Companies Midwest 2023, LLC, EPIC Employee, LLC, EOLA Capital, LLC, and EC West Fargo, LLC, filed their Disclosure Statement in Support of Debtors' Chapter 11 Plan of Liquidation on May 5, 2025. Doc. 286. The Disclosure Statement referred to Debtors' Chapter 11 Plan of Liquidation [Doc. 285] filed the same day. The Committee of Unsecured Creditors and the United States Trustee each filed a Reply of No Objection. Docs. 338, 340. Creditors James Olson, Elrick Poppe and Karen Poppe filed objections.

Prior to the hearing, Debtors' counsel and counsel for the objecting creditors discussed the objections, and Debtors agreed to provide information that satisfied their concerns regarding the Disclosure Statement. Both creditors preserved their right to object to the Chapter 11 Plan of Liquidation.

For the reasons stated on the record, the Court postponed ruling on the adequacy of the Disclosure Statement until Debtors supplemented the Disclosure Statement or filed an Amended Disclosure Statement. Debtors filed their Amended Chapter 11 Plan of Liquidation [Doc. 366] and their Amended Disclosure Statement in Support of Debtors' Amended Chapter 11 Plan of Liquidation [Doc. 367].

The Court is satisfied that the Amended Disclosure Statement in Support of Debtors' Amended Chapter 11 Plan of Liquidation [Doc. 367] provides "adequate information" as required by 11 U.S.C. § 1125. Therefore, **IT IS ORDERED** that the Amended Disclosure Statement in Support of Debtors' Amended Chapter 11 Plan of Liquidation [Doc. 367] filed June 11, 2025, is **APPROVED**.

**Deadlines**

    **IT IS ORDERED** that:

    Debtors shall serve this Order, their Amended Disclosure Statement in Support of Debtors' Chapter 11 Plan of Liquidation [Doc. 367], Debtors' Amended Chapter 11 Plan of Liquidation [Doc. 366] and Ballots not later than **Friday, June 27, 2025**.

    Ballots for acceptance or rejection of Debtors' Amended Chapter 11 Plan of Liquidation [Doc. 366] shall be mailed or electronically transmitted to Debtor's attorney, Steven R. Kinsella, Fredrickson & Byron, PA, 60 South 6th Street, Suite 1500, Minneapolis, MN 55402 not later than **Tuesday, July 29, 2025.**

    Not later than **Tuesday, July 29, 2025,** written objections to confirmation of Debtor's Amended Chapter 11 Plan of Liquidation shall be filed with the Clerk, United States Bankruptcy Court, Quentin N. Burdick United States Courthouse, 655 1st Avenue North, Suite 210, Fargo, North Dakota 58102-4932, and served pursuant to Rule 3020(b)(1) of the Federal Rules of Bankruptcy Procedure. If any objections are timely filed Debtors may file a written response to the objections by **Tuesday, August 5, 2025.**

    Pursuant to Rule 4004(a) of the Federal Rules of Bankruptcy Procedure, **IT IS ORDERED** that the deadline to file a complaint objecting to Debtors' discharge is **Tuesday, July 29, 2025.**

    The deadline to file or email to the Court all exhibits in support of confirmation or an objection to confirmation is **Friday, August 8, 2025.** If you elect to email exhibits, please send them to **NDB_Trial_Evidence@ndb.uscourts.gov** with a copy to the Trustee, United States Trustee and any interested party who filed an objection or requested notice in this case.

**IT IS FURTHER ORDERED** that the hearing on confirmation of Debtors' Amended Chapter 11 Plan of Liquidation [Doc. 366], shall be held on **Tuesday, August 12, 2025, at 10:00 a.m.** in Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse and Federal Building, 655 First Avenue North, Fargo, North Dakota at which time the Court shall also consider and act upon timely objections to confirmation. *If no objections are received by **July 29, 2025**, the Court may confirm the plan and cancel the hearing without further notice*.

Dated: June 12, 2025.

*(signature)*

Shon Hastings, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtor. | |

BALLOT FOR ACCEPTING OR REJECTING
DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$_____.

**(CHECK EITHER THE ACCEPT OR REJECT BOX)**

(  ) ACCEPTS THE PLAN          (  ) REJECTS THE PLAN

Dated:

_____
NAME OF CREDITOR
(please print or type)

By: _____
(signature)

_____
ADDRESS
_____
_____

This ballot must be mailed or electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**