United States Bankruptcy Court

District of North Dakota

In re:                                                             Case No. 24-30281-skh

EPIC Companies Midwest, LLC                                                       Chapter 11

            Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3                                    User: admin                                    Page 1 of 6

Date Rcvd: Jun 10, 2025                          Form ID: trc                                   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 1100770 | + | Jonathan Warrey, 1321 Morningside Drive, Casselton, ND 58012-3716 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2025                                   Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexander S. Kelsch | on behalf of Creditor Nick Vollmuth alexk@kelschlaw.com aruff@kelschlaw.com;kelsch.alexanders.b@notify.bestcase.com |
| Alexander S. Kelsch | on behalf of Creditor Deborah Vollmuth alexk@kelschlaw.com aruff@kelschlaw.com;kelsch.alexanders.b@notify.bestcase.com |
| Amy J. Swedberg | on behalf of Interested Party LTC - The Lincoln LLC amy.swedberg@maslon.com |
| Amy J. Swedberg | on behalf of Defendant LTC - The Lincoln LLC amy.swedberg@maslon.com |
| Amy J. Swedberg | on behalf of Creditor Clifford Otten amy.swedberg@maslon.com |
| Anthony J Anderson | on behalf of Creditor Jerilyn A. Larck aanderson@nilleslaw.com bbrunelle@nilleslaw.com |

| District/off: 0868-3 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Jun 10, 2025 | Form ID: trc | Total Noticed: 1 |

Anthony J Anderson
  on behalf of Creditor Shane R. Larck aanderson@nilleslaw.com  bbrunelle@nilleslaw.com

Benjamin Court
  on behalf of Creditor Committee William Altringer benjamin.court@stinson.com stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
  on behalf of Creditor Randy Henke benjamin.court@stinson.com  stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
  on behalf of Creditor Committee Zach Frappier benjamin.court@stinson.com stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
  on behalf of Creditor Committee Chair Beth Postemski benjamin.court@stinson.com stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
  on behalf of Creditor Committee Larry Dietz benjamin.court@stinson.com stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
  on behalf of Creditor Committee Jim Johnson benjamin.court@stinson.com stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Williams
  on behalf of Creditor Cullen Insulation  Inc. ben@kennellybusinesslaw.com, beth@kennellybusinesslaw.com

Benjamin Williams
  on behalf of Creditor Daniel Frisch ben@kennellybusinesslaw.com  beth@kennellybusinesslaw.com

Berly D. Nelson
  on behalf of Creditor Jim and JoAnn McKay Family Trust f/b/o Julie McKay Ganskop bnelson@serklandlaw.com rtande@serklandlaw.com;aneir@serklandlaw.com;amcdarby@serklandlaw.com;lhruby@serklandlaw.com

Christopher Harayda
  on behalf of Creditor Committee Larry Dietz cj.harayda@stinson.com

Christopher Harayda
  on behalf of Creditor Committee William Altringer cj.harayda@stinson.com

Christopher Harayda
  on behalf of Creditor Committee Jim Johnson cj.harayda@stinson.com

Christopher Harayda
  on behalf of Creditor Randy Henke cj.harayda@stinson.com

Christopher Harayda
  on behalf of Creditor Committee Chair Beth Postemski cj.harayda@stinson.com

Christopher Harayda
  on behalf of Creditor Committee Zach Frappier cj.harayda@stinson.com

David J T Chapman
  on behalf of Creditor Elrick Poppe dchapman@djchapmanlaw.com

David J T Chapman
  on behalf of Creditor Karen Poppe dchapman@djchapmanlaw.com

Douglas Christensen
  on behalf of Creditor Beth Holmes dougc@grandforkslaw.com sarah@grandforkslaw.com;jen@grandforkslaw.com;julie@grandforkslaw.com

George H. Singer
  on behalf of Defendant Greenfield Commons  LLC ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer
  on behalf of Defendant Gateway Arches Real Estate Holdings  LLC f/k/a EPIC Gateway East Real Estate Holdings, LLC ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer
  on behalf of Defendant Sheyenne 32 South  LLC ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer
  on behalf of Defendant EPIC Gateway North Real Estate Holdings  LLC ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer
  on behalf of Defendant Sheyenne 32 South Residential  LLC ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer
  on behalf of Defendant LTC - The Don  LLC ghsinger@hollandhart.com, ehmason@hollandhart.com

# Case 24-30281   Doc 370   Filed 06/12/25   Entered 06/12/25 23:33:38   Desc Imaged
## Certificate of Notice   Page 3 of 7

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 3 of 6 |
| Date Rcvd: Jun 10, 2025 | Form ID: trc | Total Noticed: 1 |

| | |
|---|---|
| George H. Singer | on behalf of Defendant Area 57 Association Inc. ghsinger@hollandhart.com, ehmason@hollandhart.com |
| George H. Singer | on behalf of Defendant The Tracks - Maverick LLC ghsinger@hollandhart.com, ehmason@hollandhart.com |
| George H. Singer | on behalf of Defendant Greenfield Commons III LLC ghsinger@hollandhart.com, ehmason@hollandhart.com |
| George H. Singer | on behalf of Defendant SAD Downtown LLC d/b/a The Firm ghsinger@hollandhart.com, ehmason@hollandhart.com |
| George H. Singer | on behalf of Defendant Preference 42 LLC f/k/a EPIC Preference, LLC f/k/a Shepperd Equity Fund, LLC ghsinger@hollandhart.com, ehmason@hollandhart.com |
| George H. Singer | on behalf of Defendant Boulevard Square III LLC ghsinger@hollandhart.com, ehmason@hollandhart.com |
| George H. Singer | on behalf of Defendant HI West Acres LLC, f/k/a EPIC Hospitality, LLC ghsinger@hollandhart.com, ehmason@hollandhart.com |
| George H. Singer | on behalf of Defendant Greenfield Commons II LLC ghsinger@hollandhart.com, ehmason@hollandhart.com |
| George H. Singer | on behalf of Defendant Fargo South Hospitality LLC ghsinger@hollandhart.com, ehmason@hollandhart.com |
| Joel Nesset | on behalf of Defendant EPIC Holdings II LLC jnesset@cozen.com, akulbeik@cozen.com |
| Joel Nesset | on behalf of Defendant EPIC Holdings LLC jnesset@cozen.com, akulbeik@cozen.com |
| Joel M. Fremstad | on behalf of Creditor Scott Hoban joel@fremstadlaw.com maggie@fremstadlaw.com |
| Joel M. Fremstad | on behalf of Debtor EPIC Companies Midwest LLC joel@fremstadlaw.com, maggie@fremstadlaw.com |
| John M Krings, Jr. | on behalf of Defendant 36th and Veterans LLC john@kaler-doeling.com, janae@kaler-doeling.com |
| John M Krings, Jr. | on behalf of Creditor Cornerstone Bank john@kaler-doeling.com janae@kaler-doeling.com |
| John M Krings, Jr. | on behalf of Defendant EPIC Place LLC john@kaler-doeling.com, janae@kaler-doeling.com |
| John M Krings, Jr. | on behalf of Defendant West Fargo Dive Bar LLC john@kaler-doeling.com, janae@kaler-doeling.com |
| John M Krings, Jr. | on behalf of Interested Party Cornerstone Bank john@kaler-doeling.com janae@kaler-doeling.com |
| Joseph D Hackman | on behalf of Interested Party Bank Forward jhackman@abstlaw.net |
| Katherine A. Nixon | on behalf of Debtor EPIC Companies Midwest LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katherine A. Nixon | on behalf of Plaintiff EPIC Employee LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katherine A. Nixon | on behalf of Plaintiff EC West Fargo LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katherine A. Nixon | on behalf of Plaintiff EPIC Companies Midwest LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katherine A. Nixon | on behalf of Plaintiff EOLA Capital LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katherine A. Nixon | on behalf of Debtor EPIC Employee LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katherine A. Nixon | on behalf of Plaintiff EPIC Companies Midwest 2023 LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katherine A. Nixon | on behalf of Debtor EPIC Companies Midwest 2023 LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 4 of 6 |
| Date Rcvd: Jun 10, 2025 | Form ID: trc | Total Noticed: 1 |

Katherine A. Nixon
on behalf of Debtor EOLA Capital LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
on behalf of Debtor EC West Fargo LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katrina A. Turman Lang
on behalf of Creditor Larry Dietz klang@woldlaw.com melanie@turmanlaw.com

Katrina A. Turman Lang
on behalf of Creditor Dietz Properties LLC klang@woldlaw.com, melanie@turmanlaw.com

Katrina A. Turman Lang
on behalf of Creditor Candice Dietz klang@woldlaw.com melanie@turmanlaw.com

Marissa R. Cerkoney
on behalf of Creditor Darryl and Charlotte Heim mcerkoney@ndlaw.com kpeterson@ndlaw.com

Marissa R. Cerkoney
on behalf of Creditor Rob and Joleen Heim mcerkoney@ndlaw.com kpeterson@ndlaw.com

Marissa R. Cerkoney
on behalf of Creditor Robert W. & Joleen M. Heim TTE Heim RLT mcerkoney@ndlaw.com kpeterson@ndlaw.com

Marissa R. Cerkoney
on behalf of Creditor Robert W. Heim Revocable Living Trust mcerkoney@ndlaw.com kpeterson@ndlaw.com

Mark Western
on behalf of Plaintiff EOLA Capital LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western
on behalf of Debtor EPIC Companies Midwest LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western
on behalf of Plaintiff EPIC Companies Midwest 2023 LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western
on behalf of Plaintiff EPIC Companies Midwest LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western
on behalf of Plaintiff EC West Fargo LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Maurice VerStandig
on behalf of Creditor Kounovsky Inc. mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
on behalf of Interested Party Brian Kounovsky mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael Gust
on behalf of Creditor James Olson mlgfilings@andersonbottrell.com jernst@abstlaw.net

Michael Gust
on behalf of Interested Party Bank Forward mlgfilings@andersonbottrell.com jernst@abstlaw.net

Michael Gust
on behalf of Defendant EPIC Gateway LLC mlgfilings@andersonbottrell.com jernst@abstlaw.net

Michael Gust
on behalf of Defendant Sheyenne 32 North LLC mlgfilings@andersonbottrell.com, jernst@abstlaw.net

Michael S Raum
on behalf of Plaintiff EPIC Companies Midwest 2023 LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
on behalf of Debtor EOLA Capital LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
on behalf of Debtor EC West Fargo LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
on behalf of Plaintiff EPIC Companies Midwest LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
on behalf of Plaintiff EOLA Capital LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
on behalf of Debtor EPIC Companies Midwest LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
on behalf of Debtor EPIC Companies Midwest 2023 LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

| District/off: 0868-3 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Jun 10, 2025 | Form ID: trc | Total Noticed: 1 |

Michael S Raum
    on behalf of Debtor EPIC Employee  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Peter B. Hankla
    on behalf of Interested Party Randy and Dorothy Henke phankla@mcgeelaw.com

Randall N. Sickler
    on behalf of Creditor Robert W. Heim Revocable Living Trust rsickler@ndlaw.com  pschiwal@ndlaw.com

Randall N. Sickler
    on behalf of Creditor Rob and Joleen Heim rsickler@ndlaw.com  pschiwal@ndlaw.com

Randall N. Sickler
    on behalf of Creditor Darryl and Charlotte Heim rsickler@ndlaw.com  pschiwal@ndlaw.com

Randall N. Sickler
    on behalf of Creditor Robert W. & Joleen M. Heim TTE Heim RLT rsickler@ndlaw.com  pschiwal@ndlaw.com

Richard P. Olson
    on behalf of Creditor Essential Living Inc rpolsonecf@minotlaw.com  rpolson@minotlaw.com

Richard P. Olson
    on behalf of Creditor Bruce & Diane Walker rpolsonecf@minotlaw.com  rpolson@minotlaw.com

Robert B. Raschke
    USTPRegion12.SX.ECF@usdoj.gov

Robert G. Will
    on behalf of Creditor Larry and Betty Ledene rwill@mcgeelaw.com
    rgwill_law@yahoo.com;will.robertb124953@notify.bestcase.com

Ryan G Quarne
    on behalf of Creditor Bruce & Diane Walker rgquarne@minotlaw.com

Samantha Hanson-Lenn
    on behalf of Creditor Committee Zach Frappier samantha.hansonlenn@stinson.com

Samantha Hanson-Lenn
    on behalf of Creditor Committee Larry Dietz samantha.hansonlenn@stinson.com

Samantha Hanson-Lenn
    on behalf of Creditor Committee Jim Johnson samantha.hansonlenn@stinson.com

Samantha Hanson-Lenn
    on behalf of Creditor Committee William Altringer samantha.hansonlenn@stinson.com

Sara Diaz
    on behalf of Creditor Loren Goeser sara@bulielaw.com
    ken@bulielaw.com;alan@bulielaw.com;traci@bulielaw.com;2787@notices.nextchapterbk.com;fargo@bulielaw.com

Sarah J. Wencil
    on behalf of U.S. Trustee Robert B. Raschke sarah.j.wencil@usdoj.gov

Steven R Kinsella
    on behalf of Plaintiff EPIC Companies Midwest 2023  LLC skinsella@fredlaw.com,
    sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
    on behalf of Plaintiff EPIC Employee  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
    on behalf of Debtor EPIC Companies Midwest  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
    on behalf of Debtor EOLA Capital  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
    on behalf of Plaintiff EC West Fargo  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
    on behalf of Plaintiff EOLA Capital  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
    on behalf of Debtor EC West Fargo  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
    on behalf of Debtor EPIC Employee  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
    on behalf of Plaintiff EPIC Companies Midwest  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
    on behalf of Debtor EPIC Companies Midwest 2023  LLC skinsella@fredlaw.com,

| District/off: 0868-3 | User: admin | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Jun 10, 2025 | Form ID: trc | Total Noticed: 1 |

    sstallings@fredlaw.com;docketing@fredlaw.com

Thomas G. Wallrich
    on behalf of Defendant EPIC Holdings  LLC twallrich@cozen.com

Thomas G. Wallrich
    on behalf of Defendant EPIC Holdings II  LLC twallrich@cozen.com

Zenas Baer
    on behalf of Creditor Taracon Precast LLC zbaer@zbaer.com

Zoe Wieber
    on behalf of Creditor Lee Schaleben zoe@dwyerlawnd.com

Zoe Wieber
    on behalf of Creditor STC Flooring zoe@dwyerlawnd.com

TOTAL: 117

2100 B (12/15)

# United States Bankruptcy Court

District of North Dakota
Case No. 24-30281
Chapter 11

In re: Debtor(s) (including Name and Address)

EPIC Companies Midwest, LLC
c/o Lighthouse Management Group, Inc.
900 Long Lake Road Ste. 180
New Brighton MN 55112

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/10/2025.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 52: Jonathan Warrey, 1321 Morningside Drive, Casselton, ND 58012 | Argo Partners<br>12 West 37th Street, Ste 900<br>New York, NY 10018 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/12/25

Kay A. Melquist
**CLERK OF THE COURT**