UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Jointly Administered |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors._____/ | |

### NOTICE OF HEARING

A hearing will be held at <u>Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota</u> on **Tuesday, August 12, 2025, at 10:00 <u>A.M.</u>** to consider and act upon the following matters:

- **Motion by Debtors for Substantive Consolidation of the Debtors' Assets, Liabilities, and Operations filed 06/17/2025. Objs. due 07/29/2025. (Doc. 376) (*Objections due by July 29, 2025*)**

Please be advised that all hearings are evidentiary unless the Court schedules a preliminary hearing to address scheduling, discovery or other matters. Parties shall disclose witness lists and exhibits not later than two business days before the hearing on a contested matter.

Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney, if you have one. If you want the court to consider your views you should file a written response to the action, if one has not been filed, and attend the hearing that has been scheduled. If you do not take these steps, the court may assume that you do not oppose the action and may enter an order approving the request made in these legal documents.

This hearing may be cancelled or rescheduled without further notice. If you plan to attend the hearing, please confirm the date and time with the Bankruptcy Clerk's Office at (701) 297-7100.

Dated: June 18, 2025.                Kay A. Melquist, Clerk
                                     United States Bankruptcy Court
                                     Quentin N. Burdick United States Courthouse
                                     655 1st Avenue North, Suite 210
                                     Fargo, ND 58102-4392

                                     By:   /s/   *Sharon Horsager*
                                           Sharon Horsager, Deputy Clerk

Copy served electronically June 18, 2025, to Electronic Mail Notice List for Case No. 24-30281.