United States Bankruptcy Court

District of North Dakota

In re:  
EPIC Companies Midwest, LLC  
    Debtor

Case No. 24-30281-skh  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0868-3      User: admin      Page 1 of 6  
Date Rcvd: Jun 16, 2025      Form ID: trc      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 1100890 | + | Taracon Precast, LLC, Attn: Cornelius Wipf, 6189 170th St. N, Hawley, MN 56549-9094 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexander S. Kelsch | on behalf of Creditor Nick Vollmuth alexk@kelschlaw.com aruff@kelschlaw.com;kelsch.alexanders.b@notify.bestcase.com |
| Alexander S. Kelsch | on behalf of Creditor Deborah Vollmuth alexk@kelschlaw.com aruff@kelschlaw.com;kelsch.alexanders.b@notify.bestcase.com |
| Amy J. Swedberg | on behalf of Interested Party LTC - The Lincoln LLC amy.swedberg@maslon.com |
| Amy J. Swedberg | on behalf of Defendant LTC - The Lincoln LLC amy.swedberg@maslon.com |
| Amy J. Swedberg | on behalf of Creditor Clifford Otten amy.swedberg@maslon.com |
| Anthony J Anderson | on behalf of Creditor Jerilyn A. Larck aanderson@nilleslaw.com bbrunelle@nilleslaw.com |

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 2 of 6 |
| Date Rcvd: Jun 16, 2025 | Form ID: trc | Total Noticed: 1 |

Anthony J Anderson
  on behalf of Creditor Shane R. Larck aanderson@nilleslaw.com  bbrunelle@nilleslaw.com

Benjamin Court
  on behalf of Creditor Committee William Altringer benjamin.court@stinson.com stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
  on behalf of Creditor Randy Henke benjamin.court@stinson.com  stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
  on behalf of Creditor Committee Zach Frappier benjamin.court@stinson.com stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
  on behalf of Creditor Committee Chair Beth Postemski benjamin.court@stinson.com stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
  on behalf of Creditor Committee Larry Dietz benjamin.court@stinson.com stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
  on behalf of Creditor Committee Jim Johnson benjamin.court@stinson.com stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Williams
  on behalf of Creditor Cullen Insulation  Inc. ben@kennellybusinesslaw.com, beth@kennellybusinesslaw.com

Benjamin Williams
  on behalf of Creditor Daniel Frisch ben@kennellybusinesslaw.com  beth@kennellybusinesslaw.com

Berly D. Nelson
  on behalf of Creditor Jim and JoAnn McKay Family Trust f/b/o Julie McKay Ganskop bnelson@serklandlaw.com rtande@serklandlaw.com;aneir@serklandlaw.com;amcdarby@serklandlaw.com;lhruby@serklandlaw.com

Christopher Harayda
  on behalf of Creditor Committee Larry Dietz cj.harayda@stinson.com

Christopher Harayda
  on behalf of Creditor Committee William Altringer cj.harayda@stinson.com

Christopher Harayda
  on behalf of Creditor Committee Jim Johnson cj.harayda@stinson.com

Christopher Harayda
  on behalf of Creditor Randy Henke cj.harayda@stinson.com

Christopher Harayda
  on behalf of Creditor Committee Chair Beth Postemski cj.harayda@stinson.com

Christopher Harayda
  on behalf of Creditor Committee Zach Frappier cj.harayda@stinson.com

David J T Chapman
  on behalf of Creditor Elrick Poppe dchapman@djchapmanlaw.com

David J T Chapman
  on behalf of Creditor Karen Poppe dchapman@djchapmanlaw.com

Douglas Christensen
  on behalf of Creditor Beth Holmes dougc@grandforkslaw.com sarah@grandforkslaw.com;jen@grandforkslaw.com;julie@grandforkslaw.com

George H. Singer
  on behalf of Defendant Greenfield Commons  LLC ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer
  on behalf of Defendant Gateway Arches Real Estate Holdings  LLC f/k/a EPIC Gateway East Real Estate Holdings, LLC ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer
  on behalf of Defendant Sheyenne 32 South  LLC ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer
  on behalf of Defendant EPIC Gateway North Real Estate Holdings  LLC ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer
  on behalf of Defendant Sheyenne 32 South Residential  LLC ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer
  on behalf of Defendant LTC - The Don  LLC ghsinger@hollandhart.com, ehmason@hollandhart.com

District/off: 0868-3                            User: admin                                 Page 3 of 6
Date Rcvd: Jun 16, 2025                         Form ID: trc                                Total Noticed: 1

George H. Singer
    on behalf of Defendant Area 57 Association Inc. ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer
    on behalf of Defendant The Tracks - Maverick LLC ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer
    on behalf of Defendant Greenfield Commons III LLC ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer
    on behalf of Defendant SAD Downtown LLC d/b/a The Firm ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer
    on behalf of Defendant Preference 42 LLC f/k/a EPIC Preference, LLC f/k/a Shepperd Equity Fund, LLC ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer
    on behalf of Defendant Boulevard Square III LLC ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer
    on behalf of Defendant HI West Acres LLC, f/k/a EPIC Hospitality, LLC ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer
    on behalf of Defendant Greenfield Commons II LLC ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer
    on behalf of Defendant Fargo South Hospitality LLC ghsinger@hollandhart.com, ehmason@hollandhart.com

Joel Nesset
    on behalf of Defendant EPIC Holdings II LLC jnesset@cozen.com, akulbeik@cozen.com

Joel Nesset
    on behalf of Defendant EPIC Holdings LLC jnesset@cozen.com, akulbeik@cozen.com

Joel M. Fremstad
    on behalf of Creditor Scott Hoban joel@fremstadlaw.com maggie@fremstadlaw.com

Joel M. Fremstad
    on behalf of Debtor EPIC Companies Midwest LLC joel@fremstadlaw.com, maggie@fremstadlaw.com

John M Krings, Jr.
    on behalf of Defendant 36th and Veterans LLC john@kaler-doeling.com, janae@kaler-doeling.com

John M Krings, Jr.
    on behalf of Creditor Cornerstone Bank john@kaler-doeling.com janae@kaler-doeling.com

John M Krings, Jr.
    on behalf of Defendant EPIC Place LLC john@kaler-doeling.com, janae@kaler-doeling.com

John M Krings, Jr.
    on behalf of Defendant West Fargo Dive Bar LLC john@kaler-doeling.com, janae@kaler-doeling.com

John M Krings, Jr.
    on behalf of Interested Party Cornerstone Bank john@kaler-doeling.com janae@kaler-doeling.com

Joseph D Hackman
    on behalf of Interested Party Bank Forward jhackman@abstlaw.net

Katherine A. Nixon
    on behalf of Debtor EPIC Companies Midwest LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
    on behalf of Plaintiff EPIC Employee LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
    on behalf of Plaintiff EC West Fargo LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
    on behalf of Plaintiff EPIC Companies Midwest LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
    on behalf of Plaintiff EOLA Capital LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
    on behalf of Debtor EPIC Employee LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
    on behalf of Plaintiff EPIC Companies Midwest 2023 LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
    on behalf of Debtor EPIC Companies Midwest 2023 LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

District/off: 0868-3 User: admin Page 4 of 6
Date Rcvd: Jun 16, 2025 Form ID: trc Total Noticed: 1

| | |
|---|---|
| Katherine A. Nixon | on behalf of Debtor EOLA Capital  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katherine A. Nixon | on behalf of Debtor EC West Fargo  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katrina A. Turman Lang | on behalf of Creditor Larry Dietz klang@woldlaw.com  melanie@turmanlaw.com |
| Katrina A. Turman Lang | on behalf of Creditor Dietz Properties  LLC klang@woldlaw.com, melanie@turmanlaw.com |
| Katrina A. Turman Lang | on behalf of Creditor Candice Dietz klang@woldlaw.com  melanie@turmanlaw.com |
| Marissa R. Cerkoney | on behalf of Creditor Darryl and Charlotte Heim mcerkoney@ndlaw.com  kpeterson@ndlaw.com |
| Marissa R. Cerkoney | on behalf of Creditor Rob and Joleen Heim mcerkoney@ndlaw.com  kpeterson@ndlaw.com |
| Marissa R. Cerkoney | on behalf of Creditor Robert W. & Joleen M. Heim TTE Heim RLT mcerkoney@ndlaw.com  kpeterson@ndlaw.com |
| Marissa R. Cerkoney | on behalf of Creditor Robert W. Heim Revocable Living Trust mcerkoney@ndlaw.com  kpeterson@ndlaw.com |
| Mark Western | on behalf of Plaintiff EOLA Capital  LLC mark@fremstadlaw.com, terri@fremstadlaw.com |
| Mark Western | on behalf of Debtor EPIC Companies Midwest  LLC mark@fremstadlaw.com, terri@fremstadlaw.com |
| Mark Western | on behalf of Plaintiff EPIC Companies Midwest 2023  LLC mark@fremstadlaw.com, terri@fremstadlaw.com |
| Mark Western | on behalf of Plaintiff EPIC Companies Midwest  LLC mark@fremstadlaw.com, terri@fremstadlaw.com |
| Mark Western | on behalf of Plaintiff EC West Fargo  LLC mark@fremstadlaw.com, terri@fremstadlaw.com |
| Maurice VerStandig | on behalf of Creditor Kounovsky Inc. mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice VerStandig | on behalf of Interested Party Brian Kounovsky mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael Gust | on behalf of Creditor James Olson mlgfilings@andersonbottrell.com  jernst@abstlaw.net |
| Michael Gust | on behalf of Interested Party Bank Forward mlgfilings@andersonbottrell.com  jernst@abstlaw.net |
| Michael Gust | on behalf of Defendant EPIC Gateway LLC mlgfilings@andersonbottrell.com  jernst@abstlaw.net |
| Michael Gust | on behalf of Defendant Sheyenne 32 North  LLC mlgfilings@andersonbottrell.com, jernst@abstlaw.net |
| Michael S Raum | on behalf of Plaintiff EPIC Companies Midwest 2023  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com |
| Michael S Raum | on behalf of Debtor EOLA Capital  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com |
| Michael S Raum | on behalf of Debtor EC West Fargo  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com |
| Michael S Raum | on behalf of Plaintiff EPIC Companies Midwest  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com |
| Michael S Raum | on behalf of Plaintiff EOLA Capital  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com |
| Michael S Raum | on behalf of Debtor EPIC Companies Midwest  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com |
| Michael S Raum | on behalf of Debtor EPIC Companies Midwest 2023  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com |

Michael S Raum
> on behalf of Debtor EPIC Employee LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Peter B. Hankla
> on behalf of Interested Party Randy and Dorothy Henke phankla@mcgeelaw.com

Randall N. Sickler
> on behalf of Creditor Robert W. Heim Revocable Living Trust rsickler@ndlaw.com  pschiwal@ndlaw.com

Randall N. Sickler
> on behalf of Creditor Rob and Joleen Heim rsickler@ndlaw.com  pschiwal@ndlaw.com

Randall N. Sickler
> on behalf of Creditor Darryl and Charlotte Heim rsickler@ndlaw.com  pschiwal@ndlaw.com

Randall N. Sickler
> on behalf of Creditor Robert W. & Joleen M. Heim TTE Heim RLT rsickler@ndlaw.com  pschiwal@ndlaw.com

Richard P. Olson
> on behalf of Creditor Essential Living Inc rpolsonecf@minotlaw.com  rpolson@minotlaw.com

Richard P. Olson
> on behalf of Creditor Bruce & Diane Walker rpolsonecf@minotlaw.com  rpolson@minotlaw.com

Robert B. Raschke
> USTPRegion12.SX.ECF@usdoj.gov

Robert G. Will
> on behalf of Creditor Larry and Betty Ledene rwill@mcgeelaw.com
> rgwill_law@yahoo.com;will.robertb124953@notify.bestcase.com

Ryan G Quarne
> on behalf of Creditor Bruce & Diane Walker rgquarne@minotlaw.com

Samantha Hanson-Lenn
> on behalf of Creditor Committee Zach Frappier samantha.hansonlenn@stinson.com

Samantha Hanson-Lenn
> on behalf of Creditor Committee Larry Dietz samantha.hansonlenn@stinson.com

Samantha Hanson-Lenn
> on behalf of Creditor Committee Jim Johnson samantha.hansonlenn@stinson.com

Samantha Hanson-Lenn
> on behalf of Creditor Committee William Altringer samantha.hansonlenn@stinson.com

Sara Diaz
> on behalf of Creditor Loren Goeser sara@bulielaw.com
> ken@bulielaw.com;alan@bulielaw.com;traci@bulielaw.com;2787@notices.nextchapterbk.com;fargo@bulielaw.com

Sarah J. Wencil
> on behalf of U.S. Trustee Robert B. Raschke sarah.j.wencil@usdoj.gov

Steven R Kinsella
> on behalf of Plaintiff EPIC Companies Midwest 2023 LLC skinsella@fredlaw.com,
> sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
> on behalf of Plaintiff EPIC Employee LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
> on behalf of Debtor EPIC Companies Midwest LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
> on behalf of Debtor EOLA Capital LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
> on behalf of Plaintiff EC West Fargo LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
> on behalf of Plaintiff EOLA Capital LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
> on behalf of Debtor EC West Fargo LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
> on behalf of Debtor EPIC Employee LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
> on behalf of Plaintiff EPIC Companies Midwest LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
> on behalf of Debtor EPIC Companies Midwest 2023 LLC skinsella@fredlaw.com,

| District/off: 0868-3 | User: admin | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Jun 16, 2025 | Form ID: trc | Total Noticed: 1 |

sstallings@fredlaw.com;docketing@fredlaw.com

Thomas G. Wallrich
   on behalf of Defendant EPIC Holdings  LLC twallrich@cozen.com

Thomas G. Wallrich
   on behalf of Defendant EPIC Holdings II  LLC twallrich@cozen.com

Zenas Baer
   on behalf of Creditor Taracon Precast LLC zbaer@zbaer.com

Zoe Wieber
   on behalf of Creditor Lee Schaleben zoe@dwyerlawnd.com

Zoe Wieber
   on behalf of Creditor STC Flooring zoe@dwyerlawnd.com

TOTAL: 117

2100 B (12/15)

# United States Bankruptcy Court

District of North Dakota
Case No. 24-30281
Chapter 11

In re: Debtor(s) (including Name and Address)

EPIC Companies Midwest, LLC
c/o Lighthouse Management Group, Inc.
900 Long Lake Road Ste. 180
New Brighton MN 55112

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/16/2025.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 89: Taracon Precast, LLC, Attn: Cornelius Wipf, 6189 170th St. N, Hawley, MN 56549 | Hain Capital Investors Master Fund, Ltd.<br>301 Route 17 North, Suite 816A<br>Rutherford, NJ 07070 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  06/18/25

Kay A. Melquist
**CLERK OF THE COURT**