EXHIBIT A

**DEBTOR:** EOLA Capital LLC          **CASE NO:** 24-30284

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**

For Period: 5/1/2025 to 5/31/2025

| CASH FLOW SUMMARY | | Jul-24 | Aug-24 | Sep-24 | Oct-24 | Nov-24 | Dec-24 | Jan-25 | Feb-25 | Mar-25 | Apr-25 | May-25 | Accumulated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1. Beginning Cash Balance** | $ | 76,033.25 | $ 76,741.59 | $ 76,657.17 | $ 81,634.67 | $ 83,827.68 | $ 86,017.20 | $ 91,007.91 | $ 93,151.45 | $ 95,581.49 | $ 98,013.41 | $ 97,644.55 | $ 76,033.25 (1) |
| 2. Cash Receipts | | | | | | | | | | | | | |
| Operations | | - | - | - | - | - | - | - | - | - | - | - | - |
| Sale of Assets | | - | - | - | - | - | - | - | - | - | - | - | - |
| Loans/advances | | - | - | - | - | - | - | - | - | - | - | - | - |
| Other: Loan Interest Income | | 708.34 | - | 5,100.00 | 2,550.00 | 2,550.00 | 5,100.00 | 2,550.00 | 2,550.00 | 2,550.00 | - | - | 23,658.34 |
| Other: Interest Income | | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Cash Receipts | $ | 708.34 | $ - | $ 5,100.00 | $ 2,550.00 | $ 2,550.00 | $ 5,100.00 | $ 2,550.00 | $ 2,550.00 | $ 2,550.00 | $ - | $ - | $ 23,658.34 |
| 3. Cash Disbursements | | | | | | | | | | | | | |
| Operations | | - | 84.42 | 122.50 | 356.99 | 110.48 | 109.29 | 156.46 | 119.96 | 118.08 | 118.86 | 119.75 | 1,416.79 |
| Debt Service/Secured loan payment | | - | - | - | - | - | - | - | - | - | - | - | - |
| Professional fees/U.S. Trustee fees | | - | - | - | - | 250.00 | - | 250.00 | - | - | 250.00 | - | 750.00 |
| Other | | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Cash Disbursements | $ | - | $ 84.42 | $ 122.50 | $ 356.99 | $ 360.48 | $ 109.29 | $ 406.46 | $ 119.96 | $ 118.08 | $ 368.86 | $ 119.75 | $ 2,166.79 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | | 708.34 | (84.42) | 4,977.50 | 2,193.01 | 2,189.52 | 4,990.71 | 2,143.54 | 2,430.04 | 2,431.92 | (368.86) | (119.75) | 21,491.55 |
| **5 Ending Cash Balance (to Form 2-C)** | $ | 76,741.59 | $ 76,657.17 | $ 81,634.67 | $ 83,827.68 | $ 86,017.20 | $ 91,007.91 | $ 93,151.45 | $ 95,581.49 | $ 98,013.41 | $ 97,644.55 | $ 97,524.80 | $ 97,524.80 (2) |

**CASH BALANCE SUMMARY**

| | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ 0 |
| Operating Account | First Western Bank & Trust | 0 |
| Debtor-in-possession Account | US Bank | 97,524.80 |
| Other Interest-bearing Account | | 0 |
| TOTAL (must agree with Ending Cash Balance above) | | $ 97,524.80 |

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case.*
   *Current month beginning cash balance should equal the previous month's ending balance.*
*(2) All cash balances should be the same.*

EXHIBIT A

**DEBTOR:** **EOLA Capital LLC**                    **CASE NO:** 24-30284

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period:    5/1/2025 to    5/31/2025

**CASH RECEIPTS DETAIL**                    **Account No:**
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| | | | $ |

**Total Cash Receipts**    $            - (1)

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

Page 2 of 3

Rev. 01/01/18

EXHIBIT A

**DEBTOR:**  EOLA Capital LLC                                    **CASE NO:**  24-30284

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period:  5/1/2025 to 5/31/2025

**CASH DISBURSEMENTS DETAIL**          **Account No:**  ▮▮▮▮▮▮
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| 05/14/2025 | | USBank | Operations | $  119.75 |

**Total Cash Disbursements**  $  119.75  (1)

*(1)  Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

**DEBTOR:** EOLA Capital LLC

24-30284

**COMPARATIVE BALANCE SHEET**

For Period Ending 5/31/2025

| | # 7/8/2024 | 7/31/2024 | 8/31/2024 | 9/30/2024 | 10/31/2024 | 11/30/2024 | 12/31/2024 | 1/31/2025 | 2/28/2025 | 3/31/2025 | 4/30/2025 | 5/31/2025 | Petition Date (1) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | | |
| *Current Assets:* | | | | | | | | | | | | | |
| Cash (from Form 2-B, line 5) | $ - | $ 76,741.59 | $ 76,657.17 | $ 81,634.67 | $ 83,827.68 | $ 86,017.20 | $ 91,007.91 | $ 93,151.45 | $ 95,581.49 | 98,013.41 | $ 97,644.55 | 97,524.80 | $ 76,033.25 |
| Accounts Receivable (from Form 2-E) | - | 161,916.66 | 120,404.17 | 184,841.68 | 245,879.19 | 245,879.19 | 243,329.19 | 243,329.19 | 243,329.19 | 243,329.19 | 243,329.19 | 239,787.51 | 98,683.21 |
| Receivable from Officers, Employees, Affiliates | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Inventory | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Current Assets (List)  Due from ECMW | - | - | - | - | - | - | - | - | - | - | - | 153,432.35 | - |
| | | | | | | | | | | | | | |
| Total Current Assets | $ - | $ 238,658.25 | $ 197,061.34 | $ 266,476.35 | $ 329,706.87 | $ 331,896.39 | $ 334,337.10 | $ 336,480.64 | $ 338,910.68 | $ 341,342.60 | $ 340,973.74 | $ 490,744.66 | $ 174,716.46 |
| *Fixed Assets:* | | | | | | | | | | | | | |
| Land | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Building | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Equipment, Furniture and Fixtures | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Fixed Assets | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Less: Accumulated Depreciation | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) |
| Net Fixed Assets | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Assets (List):  Notes Receivable | - | 9,075,000.00 | 9,075,000.00 | 9,075,000.00 | 9,075,000.00 | 9,075,000.00 | 9,075,000.00 | 9,075,000.00 | 9,075,000.00 | 9,075,000.00 | 9,075,000.00 | 9,075,000.00 | 9,075,000.00 |
| | | | | | | | | | | | | | |
| **TOTAL ASSETS** | $ - | $ 9,313,658.25 | $ 9,272,061.34 | $ 9,341,476.35 | $ 9,404,706.87 | $ 9,406,896.39 | $ 9,409,337.10 | $ 9,411,480.64 | $ 9,413,910.68 | $ 9,416,342.60 | $ 9,415,973.74 | $ 9,565,744.66 | $ 9,249,716.46 |
| **LIABILITIES** | | | | | | | | | | | | | |
| Post-petition Accounts Payable (from Form 2-E) | $ - | $ - | $ 26,136.91 | $ 42,693.35 | $ 85,250.34 | $ 105,712.73 | $ 134,999.69 | $ 151,587.54 | $ 159,921.14 | $ 182,047.92 | $ 206,353.30 | $ 257,657.79 | $ - |
| Post-petition Accrued Profesional Fees (from Form 2-E) | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Post-petition Taxes Payable (from Form 2-E) | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Post-petition Notes Payable | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Post-petition Payable(List):  CRO | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | |
| Total Post Petition Liabilities | $ - | $ - | $ 26,136.91 | $ 42,693.35 | $ 85,250.34 | $ 105,712.73 | $ 134,999.69 | $ 151,587.54 | $ 159,921.14 | $ 182,047.92 | $ 206,353.30 | $ 257,657.79 | $ - |
| *Pre Petition Liabilities:* | | | | | | | | | | | | | |
| Secured Debt | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Priority Debt | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Prepetition Unsecured Debt | - | 9,087,833.34 | 9,087,833.34 | 9,087,833.34 | 9,087,833.34 | 9,087,833.34 | 9,087,833.34 | 9,087,833.34 | 9,087,833.34 | 9,087,833.34 | 9,087,833.34 | 9,087,833.34 | 9,087,833.34 |
| Class B | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Pre Petition Liabilities | $ - | $ 9,087,833.34 | $ 9,087,833.34 | $ 9,087,833.34 | $ 9,087,833.34 | $ 9,087,833.34 | $ 9,087,833.34 | $ 9,087,833.34 | $ 9,087,833.34 | $ 9,087,833.34 | $ 9,087,833.34 | $ 9,087,833.34 | $ 9,087,833.34 |
| **TOTAL LIABILITIES** | $ - | $ 9,087,833.34 | $ 9,113,970.25 | $ 9,130,526.69 | $ 9,173,083.68 | $ 9,193,546.07 | $ 9,222,833.03 | $ 9,239,420.88 | $ 9,247,754.48 | $ 9,269,881.26 | $ 9,294,186.64 | $ 9,345,491.13 | $ 9,087,833.34 |
| **OWNERS' EQUITY** | | | | | | | | | | | | | |
| Owner's/Stockholder's Equity | $ - | $ 225,824.91 | $ 158,091.09 | $ 210,949.66 | $ 231,623.19 | $ 213,350.32 | $ 186,504.07 | 172,059.76 | $ 166,156.20 | 146,461.34 | $ 121,787.10 | $ 220,253.53 | $ 161,883.12 |
| Retained Earnings - Prepetition | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Retained Earnings - Post-petition | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **TOTAL OWNERS' EQUITY** | $ - | $ 225,824.91 | $ 158,091.09 | $ 210,949.66 | $ 231,623.19 | $ 213,350.32 | $ 186,504.07 | $ 172,059.76 | $ 166,156.20 | $ 146,461.34 | $ 121,787.10 | $ 220,253.53 | $ 161,883.12 |
| **TOTAL LIABILITIES and OWNERS' EQUITY** | $ - | $ 9,313,658.25 | $ 9,272,061.34 | $ 9,341,476.35 | $ 9,404,706.87 | $ 9,406,896.39 | $ 9,409,337.10 | $ 9,411,480.64 | $ 9,413,910.68 | $ 9,416,342.60 | $ 9,415,973.74 | $ 9,565,744.66 | $ 9,249,716.46 |

*(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.*

Page 1 of 1
Rev. 01/01/18

**EXHIBIT C**

**DEBTOR:** EOLA Capital LLC                     **CASE** 24-30284

### Form 2-D
### PROFIT AND LOSS STATEMENT
For Period 5/1/2025 to 5/31/2025

| | | Current Month | | Accumulated Total (1) |
|---|---|---|---|---|
| Gross Operating Revenue | $ | - | $ | 708.34 |
| Less: Discounts, Returns and Allowances | ( | - ) | ( | - ) |
| **Net Operating Revenue** | $ | - | $ | 708.34 |
| Cost of Goods Sold | | - | | - |
| **Gross Profit** | $ | - | $ | 708.34 |
| Operating Expenses | | | | |
| Compensation | $ | - | $ | - |
| Selling, General and Administrative | | 119.75 | | 1,297.93 |
| Rents and Leases | | - | | - |
| Depreciation, Depletion and Amortization | | - | | - |
| Other (list): | | - | | - |
| | | - | | - |
| Total Operating Expenses | $ | 119.75 | $ | 1,297.93 |
| **Operating Income (Loss)** | $ | (119.75) | $ | (589.59) |
| Non-Operating Income and Expenses | | | | |
| Other Non-Operating Expenses | $ | - | $ | - |
| Gains (Losses) on Sale of Assets | | - | | - |
| Interest Income | | - | | 22,950.00 |
| Interest Expense | | - | | - |
| Other Non-Operating Income | | - | | - |
| Net Non-Operating Income or (Expenses) | $ | - | $ | 22,950.00 |
| Reorganization Expenses | | | | |
| Legal and Professional Fees | $ | - | $ | - |
| Other Reorganization Expense | | - | | 500.00 |
| Total Reorganization Expenses | $ | - | $ | 500.00 |
| **Net Income (Loss) Before Income Taxes** | $ | (119.75) | $ | 21,860.41 |
| Federal and State Income Tax Expense (Benefit) | | - | | - |
| **NET INCOME (LOSS)** | $ | (119.75) | $ | 21,860.41 |

*(1) Accumulated Totals include all revenue and expenses since the petition date.*

Page 1 of 1

Rev. 01/01/18

EXHIBIT D

**DEBTOR:** EOLA Capital LLC                                    **CASE NO:**                                    24-30284

**Form 2-E**
**SUPPORTING SCHEDULES**

For Period:    5/1/2025 to 5/31/2025

### *ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING*

| Due | | 7/31/2024 | 8/31/2024 | 9/30/2024 | 10/31/2024 | 11/30/2024 | 12/31/2024 | 1/31/2025 | 2/28/2025 | 3/31/2025 | 4/30/2025 | 5/31/2025 | Post Petition Accounts Payable |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Under 30 days | $ | 63,233.34 | 61,037.51 | 64,437.51 | 63,587.51 | 2,550.00 | - | - | - | - | - | - | 50,039.49 |
| 30 to 60 days | | - | 60,683.34 | 61,037.51 | 61,887.51 | 61,037.51 | - | - | - | - | - | - | 25,570.38 |
| 61 to 90 days | | - | - | 60,683.34 | 61,037.51 | 61,887.51 | 61,037.51 | - | - | - | - | - | 22,126.78 |
| 91 to 120 days | | - | - | - | 60,683.34 | 61,037.51 | 61,887.51 | 61,037.51 | - | - | - | - | 8,333.60 |
| Over 120 days | | - | - | - | - | 60,683.34 | 121,720.85 | 183,608.36 | 244,645.87 | 244,645.87 | 244,645.87 | 241,104.19 | 151,587.54 |
| **Total Post Petition** | | 63,233.34 | 121,720.85 | 186,158.36 | 247,195.87 | 247,195.87 | 244,645.87 | 244,645.87 | 244,645.87 | 244,645.87 | 244,645.87 | 241,104.19 | |
| **Pre Petition Amounts** | | 98,683.32 | 98,683.32 | 98,683.32 | 98,683.32 | 98,683.32 | 98,683.32 | 98,683.32 | 98,683.32 | 98,683.32 | 98,683.32 | 98,683.32 | |
| Total Accounts Receivable | $ | 161,916.66 $ | 220,404.17 | 284,841.68 | 345,879.19 | 345,879.19 | 343,329.19 | 343,329.19 | 343,329.19 | 343,329.19 | 343,329.19 | 339,787.51 | |
| Less: Bad Debt Reserve | | - | (100,000.00) | (100,000.00) | (100,000.00) | (100,000.00) | (100,000.00) | (100,000.00) | (100,000.00) | (100,000.00) | (100,000.00) | (100,000.00) | |
| **Net Accounts Receivable (to Form 2-C)** | $ | 161,916.66 $ | 120,404.17 | 184,841.68 | 245,879.19 | 245,879.19 | 243,329.19 | 243,329.19 | 243,329.19 | 243,329.19 | 243,329.19 | 239,787.51 | |

**Total Post Petition Accounts Payable**     257,657.79

* Attach a detail listing of accounts receivable and post-petition accounts payable

**Pre-Petition Accounts Payable**     111,191.08

### *SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS*

**Total Accounts Payable**     368,848.87

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | | | | |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other: CRO | - | - | | | - |
| Total | $ - $ | - $ | - | | - |

*Balance due to include fees and expenses incurred but not yet paid.

### *SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | | Amount |
|---|---|---|---|---|
| | | | $ | - |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner,
partner, shareholder, officer or director.

Page 2 of 2
Rev. 01/01/18