UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | Jointly Administered |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors.[1] | Chapter 11 |

**THIRD APPLICATION OF FREMSTAD LAW FIRM FOR THE ALLOWANCE OF FEES AND EXPENSES AS SPECIAL LITIGATION COUNSEL FOR THE DEBTORS FROM MAY 1, 2025, THROUGH MAY 31, 2025**

1. Mark Western and Fremstad Law Office (collectively, "Fremstad") make this Application for allowance of fees for professional services rendered and for reimbursement of expenses incurred as special litigation counsel for EPIC Companies Midwest, LLC, EPIC Companies Midwest 2023, LLC, EPIC Employee, LLC, EOLA Capital, LLC, and EC West Fargo, LLC (collectively, the "Debtors") between May 1, 2025 and May 31, 2025 pursuant to 11 U.S.C. § 330.

2. In support of this Application, Fremstad respectfully states as follows:

**JURISDICTION**

3. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334 and Fed. R. Bankr. P. 5005. This a core proceeding pursuant to 28 U.S.C. § 157(b). Venue

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Debtors' address is 400 10th Street SE, Minot, ND 58701 and their Employer Identification Numbers (EINs) are as follows: 83-2840705 (EPIC Companies Midwest, LLC), 88-3709518 (EPIC Companies Midwest 2023, LLC), 88-4112082 (EPIC Employee, LLC), 88-0554720 (EOLA Capital, LLC) and 82-5331354 (EC West Fargo, LLC).

is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The petitions commencing these Chapter 11 cases were filed on July 8, 2024 (the "Petition Date"). The cases are currently pending before this Court.

4. 8 U.S.C. §§ 157 and 1334 and Fed. R. Bankr. P. 5005. This a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The petitions commencing these Chapter 11 cases were filed on July 8, 2024 (the "Petition Date"). The cases are currently pending before this Court.

5. This Application arises under 11 U.S.C. §§ 503(b)(2), 328(a), 330, and 331. This Application is filed under Fed. R. Bankr. P. 2016 and 2002(a)(6). Notice of this Application is provided pursuant to the Notice and Service Requirements adopted pursuant to Local Rule 2002-1 and the Court's order limiting notice pursuant to Fed. R. Bankr. P. 2002(i). (ECF No. 124.)

## BACKGROUND

6. On February 3, 2025, the Debtors filed an application to employ Fremstad as special litigation counsel for the Debtors effective February 3, 2025. (ECF No. 218.) The Court approved the application to employ Fremstad on February 20, 2025. (ECF No. 233.) A copy of that order is attached as **Exhibit A**.

7. On the Petition Date, the Debtors filed a motion for an order establishing interim compensation procedures. (ECF No. 11.) The Court entered an order on August 14, 2024, granting the motion and allowing professionals, including Fremstad, to file applications for compensation. (ECF No. 72.) A copy of that order is attached as **Exhibit B**.

8. This is Fremstad's second application for allowance of fees and expenses under 11 U.S.C. § 331.

2

9. Fremstad believes that the Debtors are current in payment of ordinary operating expenses and any allowed administrative expenses, that any quarterly fees have been or will be paid as required to the United States Trustee, and that all monthly operating reports are being timely filed, including pursuant to any extensions granted by the United States Trustee.

## RELIEF REQUESTED

10. By this Application, Fremstad requests allowance of fees for professional services rendered during these Chapter 11 cases between May 1, 2025, and May 31, 2025, in the amount of **$2,425.50**, and reimbursement of expenses in the amount of **$0**, for a total of **$2,425.50**.

11. The professional services rendered by Fremstad are detailed on the attached **Exhibit C**. Those services include the tasks specifically described below:

### Adversary Proceeding Against Sheyenne 32 North, LLC et al.: $1262.75

Services include drafting, reviewing, finalizing, serving and filing pleadings; analyzing issues and monitoring status; reviewing applicable law/rules; communication with other counsel and client representatives.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Mark Western | 2.20 | 2025 | $375.00 | $875.00 |
| Terri Bourcy Smith | 2.35 | 2025 | $165.00 | 387.75 |
| TOTAL | 8.45 | | | $1262.75 |

| Blended Hourly Rate: | $270.00 |
|---|---|

### Adversary Proceeding Against EPIC Gateway, LLC et al.: $1262.75

Services include drafting, reviewing, finalizing, serving and filing pleadings; analyzing issues and monitoring status; reviewing applicable law/rules; communication with other counsel and client representatives.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Mark Western | 2.20 | 2025 | $375.00 | $875.00 |
| Terri Bourcy Smith | 2.35 | 2025 | $165.00 | 387.75 |
| TOTAL | 8.45 | | | $1262.75 |

3

| Blended Hourly Rate: | $270.00 |
|---|---|

**TOTAL POST-PETITION FEES: $2,425.50**

12.  **Reimbursement of Expenses.** In the course of this representation, Fremstad has also incurred expenses detailed on **Exhibit C**, and requests allowance thereof as follows:

| Expenses | Amount |
|---|---|
| NONE | $0 |
| TOTAL | $0.00 |

**TOTAL EXPENSES: $0.00**

13.  All services and expenses have been equally applicable to and therefore pro rated to each adversary matter (one-half to Sheyenne 32 North, LLC and one-half to Epic Gateway, LLC).

14.  All services for which fees are requested by Fremstad were performed for and on behalf of the Debtors, and not on behalf of any committee, creditor, or other person.

15.  The amount requested constitutes reasonable compensation for actual, necessary services rendered by Fremstad, based on the nature, the extent, and the value of such services, the time spent on such services, and the cost of comparable services other than in a case under Title 11. Fremstad has not entered into any agreement, express or implied, with any other party-in-interest, including the Debtors, any creditor, receiver, trustee, or any representative of any of them, or with any attorney for such party-in-interest in the proceedings, for the purpose of fixing fees or other compensation to be paid to such party-in-interest in the proceedings for services rendered or expenses incurred from the assets of the estate in excess of the compensation allowed by law.

**WHEREFORE,** Fremstad respectfully requests that the Court enter an order:

A.  Allowing Fremstad's fees incurred between May 1, 2025, and May 31, 2025, in the amount of **$2,425.50,** and expenses in the amount of **$0,** totaling **$2,425.50**;

4

  B. Authorizing the Debtors to pay Fremstad such allowed postpetition fees and expenses;

  C. Granting administrative expense priority to Fremstad's allowed fees and expenses; and

  D. Granting such other and further relief as may be just and proper.

Dated: June 19, 2025

                /s/ Mark Western
                Joel M. Fremstad (ND ID #05541)
                Mark Western (ND ID# 06181)
                FREMSTAD LAW FIRM
                P.O. Box 3143
                Fargo, North Dakota 58108-3143
                Phone: (701) 478-7620
                joel@fremstadlaw.com
                mark@fremstadlaw.com

                **ATTORNEYS FOR DEBTORS**

## AFFIDAVIT

I, Mark Western an attorney at Fremstad Law Firm, declare under penalty of perjury that the foregoing First Application of Fremstad Law Firm for Allowance of Fees and Expenses as Special Litigation Counsel for the Debtors for May 2025, is true and correct according to the best of my knowledge, information, and belief.

Dated: June 19, 2025       /s/ Mark Western
                Mark Western

# **EXHIBIT A**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

**U.S. Bankruptcy Court**
**District of North Dakota**

Notice of Electronic Filing

The following transaction was received from vck entered on 2/20/2025 at 3:21 PM CST and filed on 2/20/2025

**Case Name:**     EPIC Companies Midwest, LLC
**Case Number:**   24-30281
**Document Number:** 233

**Docket Text:**
Order Approving Application to Employ Joel M. Fremstad, Mark Western and Fremstad Law Firm as special litigation counsel for the Debtors (Related Doc # [218]). The application to employ is APPROVED subject to the limitations on compensation provided by 11 U.S.C. § 328. This order is not a determination that the services or rates charged are necessary and reasonable. The person or entity employed under this order shall file a fee application in accordance with the Bankruptcy Code and Federal Rules of Bankruptcy Procedures. See Fed. R. Bank. P. 2016, 2017 and 11 U.S.C. §§ 329, 330. Applicant must also comply with Local Rules. Applicant is also granted authority to apply for fees and expenses pursuant to #[72] Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Retained Professionals. As required by applicable federal rule or statute, the Movant shall serve this docket text only order on all appropriate parties that will not receive notice of electronic filing. By Judge Shon Hastings. (Text order only). Signed on 2/20/2025 (vck)

# **EXHIBIT B**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

EPIC Companies Midwest, LLC,
EPIC Companies Midwest 2023, LLC,
EPIC Employee, LLC,
EOLA Capital, LLC, and
EC West Fargo, LLC,

Debtors.

Jointly Administered

Bankruptcy No. 24-30281
Bankruptcy No. 24-30282
Bankruptcy No. 24-30283
Bankruptcy No. 24-30284
Bankruptcy No. 24-30285

Chapter 11

## ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR RETAINED PROFESSIONALS

Debtors filed a Motion for an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief. Doc. 11. Pursuant to the notice of the Motion [Doc. 16], objections to the Motion were due by July 30, 2024.

Debtors served notice of the Motion. The Court received no objections to the Motion. The Court held a hearing on the Motion on August 14, 2024. Based upon the Motion and the Declaration of Patrick Finn [Doc. 6] and for the reasons stated on the record at the August 14, 2024, hearing, the Court finds that the circumstances of these cases warrant granting the relief provided below.

**IT IS ORDERED** that, except as otherwise provided in any order of the Court, professionals employed in this bankruptcy case, including Fredrikson & Byron, P.A., shall be permitted to seek interim payment of compensation and reimbursement of expenses by filing monthly applications for interim compensation and reimbursement of expenses.

IT IS FURTHER ORDERED that Debtors are authorized to pay all reasonable amounts invoiced by Lighthouse Management Group, Inc. ("Lighthouse") for fees and expenses on a bi-weekly basis.

IT IS FURTHER ORDERED that Lighthouse will file with the Court and serve on Debtors, the United States Trustee, and any statutory committee appointed in this case (the "Notice Parties") a monthly staffing report, filed and served by the 20th of each month for the previous month, identifying the Lighthouse employees who worked on this case, the total hours billed by Lighthouse, and a summary of the tasks performed. Lighthouse will also file with the Court and serve on the Notice Parties a quarterly compensation report by the 20th of each month following the end of a quarter, showing the total fees and expenses for the preceding quarter. These reports will be deemed applications for interim compensation under sections 328 and 330. Parties in interest may object to the reports within 21 days after notice. The Court will rule on the applications after the deadline to object passes or after a hearing on the application.

IT IS FURTHER ORDERED that Debtors will allocate the fees and expenses approved among Debtors pro rata if the professionals charge for tasks that generally apply to all cases and to the appropriate Debtor if the tasks relate solely to a specific Debtor.

Dated: August 14, 2024.

/s/ Shon Hastings

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT

# **EXHIBIT C**

Case 24-30281 Doc 387 Filed 06/23/25 Entered 06/23/25 15:23:47 Desc Main Document Page 11 of 17



# INVOICE

Invoice # 17623
Date: 06/06/2025
Due Upon Receipt

## Fremstad Law

PO Box 3143
Fargo, ND 58108

EPIC Gateway & Sheyenne Adversary Actions

## Bankruptcy

| Date | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 05/01/2025 | TBS | Receive, download and review docket text orders; | 0.10 | $165.00 | $16.50 |
| 05/01/2025 | MW | Review of multiple Court ECF Orders regarding payment of expenses; | 0.10 | $375.00 | $37.50 |
| 05/02/2025 | MW | Review ECF pleadings; Review email correspondence from attorney Nixon regarding discovery issues; Cursory review of same; | 0.30 | $375.00 | $112.50 |
| 05/05/2025 | TBS | Review email from Fredrikson firm re fee approval; Receive, download and review order approving settlement re Northern Mall; Receive, download and review application to employ creative planning; | 0.20 | $165.00 | $33.00 |
| 05/05/2025 | MW | Review ecf pleading regarding Plan of Reorganization and cursory review of same to determine whether there is any effect upon pending Adversary Proceedings; | 0.20 | $375.00 | $75.00 |
| 05/06/2025 | TBS | Receive, download and review Chapter 11 Plan of Reorganization and Disclosure Statement by Epic; Receive, download and review notice of hearing on disclosure statement, update calendar; | 0.20 | $165.00 | $33.00 |
| 05/08/2025 | MW | Emails from and to opposing counsel regarding discovery plan meeting; | 0.10 | $375.00 | $37.50 |
| 05/08/2025 | MW | Review multiple ECF pleadings filed regarding transferring of claims; | 0.10 | $375.00 | $37.50 |
| 05/09/2025 | TBS | Receive, download and review claim transfers: 7 Mile Holding to Hain Capital, Antonucci to Hain Capital, Postemski to Hain Capital, Breyer to Hain Capital, Gehrtz to Hain Capital, Geron to Hain Capital, Myhre to Hain Capital, Second Chance to Hain Capital, Merrill to Hain Capital, Flaten | 0.50 | $165.00 | $82.50 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Holdings to Hain Capital, Dietz Properties to Hain Capital, Dietz dba Dietz Proper to Hain Capital, and notice of motion and motion to approve settlement with The Don; | | | |
| 05/09/2025 | MW | Prepare for and attend TEAMS conference with all opposing counsel; Email correspondence/report to Patrick Finn regarding same; | 0.50 | $375.00 | $187.50 |
| 05/12/2025 | TBS | Receive, download and review multiple BNC certificates re claim transfers; review multiple clerk's notices re transfers; conference with Mark Western and prepare draft second fee application and proposed exhibits; revise and finalize second fee application, notice and exhibits, electronically submit second application; | 1.30 | $165.00 | $214.50 |
| 05/12/2025 | MW | Review multiple ECF pleadings of assignment of claims; Email from and to Patrick Finn for discovery conference call; | 0.10 | $375.00 | $37.50 |
| 05/12/2025 | MW | Review and revise draft fee application pleadings; Instruct paralegal to file same; | 0.20 | $375.00 | $75.00 |
| 05/13/2025 | TBS | Receive, download and review recent court filings; | 0.10 | $165.00 | $16.50 |
| 05/14/2025 | MW | Prepare for and attend TEAMS conference with Katherine Nixon and Patrick Finn regarding discovery issues; | 0.80 | $375.00 | $300.00 |
| 05/14/2025 | TBS | Review and download recent pleadings; review Epic ediscovery via CSDisco data link; | 0.70 | $165.00 | $115.50 |
| 05/14/2025 | MW | Sign up to DISCO and preliminary review of documents in DISCO discovery document file; | 1.10 | $375.00 | $412.50 |
| 05/15/2025 | TBS | Receive, download and review Application for Compensation Monthly Staffing Report for Lighthouse Management Group, Inc. ; | 0.10 | $165.00 | $16.50 |
| 05/15/2025 | MW | Review ECF filing regarding Lighthouse Application for Compensation; | 0.10 | $375.00 | $37.50 |
| 05/20/2025 | MW | Review transfer of claim ECF pleading; | 0.10 | $375.00 | $37.50 |
| 05/20/2025 | TBS | Receive, download and review multiple monthly operating reports and exhibits, transfer of claim from Campbell to Bradford Holding and transfer of claim from Drovdal to Bradford Holding | 0.30 | $165.00 | $49.50 |
| 05/20/2025 | MW | Review Operating Report ECF filings; | 0.10 | $375.00 | $37.50 |
| 05/21/2025 | MW | Review ECF Order for Oral argument; | 0.10 | $375.00 | $37.50 |
| 05/21/2025 | TBS | Receive, download and review order for oral argument re right to jury trial and update calendar; | 0.30 | $165.00 | $49.50 |

| Date | TK | Description | Qty | Rate | Total |
|---|---|---|---|---|---|
| 05/27/2025 | TBS | Receive, download and review notice of transfer of claims-Vicki Campbell to Bradford Capital Holdings, David Drovdal to BCH, Walkers to BCH and Order Approving Application to Employ Accountants Jason Primus, CPA; | 0.40 | $165.00 | $66.00 |
| 05/27/2025 | MW | Review ECF Notice of Claim; Email correspondence to all counsel consenting to attorney Singer appearing personally at hearing for jury trial issues; Review of discovery requests propounded by Defendants; | 0.30 | $375.00 | $112.50 |
| 05/28/2025 | MW | Email correspondence to client regarding discovery requests; Multiple emails between counsel for parties as to personal attendance at Hearing next week and communication with Chambers regarding same; | 0.20 | $375.00 | $75.00 |
| 05/28/2025 | TBS | Receive, download and review notice of transfer of claim Arco-Westbrand; Receive, download and review discovery requests in both underlying action, calendar response deadlines; review emails re appearance vs zoom for jury trial oral argument; | 0.50 | $165.00 | $82.50 |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Mark Western | 4.4 | $375.00 | $1,650.00 |
| Terri Smith | 4.7 | $165.00 | $775.50 |
| | | Subtotal | $2,425.50 |
| | | Total | $2,425.50 |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 17281 | 05/08/2025 | $4,800.30 | $0.00 | $4,800.30 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 17623 | 06/06/2025 | $2,425.50 | $0.00 | $2,425.50 |
| | | | **Outstanding Balance** | **$7,225.80** |

|  |  |
|---|---|
| **Total Amount Outstanding** | **$7,225.80** |

Please make all amounts payable to: Fremstad Law

Payment is due upon receipt.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

**NOTICE OF FIRST APPLICATION OF FREMSTAD LAW FIRM FOR ALLOWANCE OF FEES AND EXPENSES AS SPECIAL LITIGATION COUNSEL FOR THE DEBTORS FOR MAY, 2025**

TO:   The parties-in-interest as specified in the Notice and Service Requirements adopted pursuant to Local Rule 2002-1 and the Court's order limiting notice pursuant to Fed. R. Bankr. P. 2002(i). (ECF No. 124.)

1.   **NOTICE IS HEREBY GIVEN** that Fremstad Law Firm, as special litigation counsel for the Debtors, has filed its first application for allowance of fees and expenses, a copy of which is attached hereto and served upon you.

2.   **NOTICE IS FURTHER GIVEN** that any objection to the application must be filed with the Clerk of the United States Bankruptcy Court, whose address is Quentin N. Burdick Courthouse, 655 First Avenue North, Suite 210, Fargo, North Dakota 58102, and served upon the attorney whose name and address is listed below, by **July 10, 2025, which is twenty-one (21) days from the date of the filing of this Notice**. Any objections not filed and served may deemed waived.

| | |
|---|---|
| Dated: June 19, 2025 | /e/ *Mark Western* |
| | Joel M. Fremstad (ND ID #05541) |
| | Mark Western (ND ID# 06181) |
| | FREMSTAD LAW FIRM |
| | P.O. Box 3143 |
| | Fargo, North Dakota 58108-3143 |
| | Phone: (701) 478-7620 |
| | joel@fremstadlaw.com |
| | mark@fremstadlaw.com |

**ATTORNEYS FOR DEBTORS**

2