# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NORTH DAKOTA

_____

| | |
|---|---|
| In re: | Chapter 11 |
| EPIC Companies Midwest, LLC | Case No. 24-30281 |
| Debtors. | (Jointly Administered) |

_____

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

Please take notice that Bradford Capital Holdings LP (As Assignee of Susan L. Thomas) does hereby withdraw Proof of Claim No. 65 which was filed on 08/28/24 against EPIC Companies Midwest, LLC in the above-referenced jointly administered bankruptcy case.

Respectfully Submitted,

By:_/s/Brian Brager
Brian Brager
Bradford Capital Holdings LP
c/o Bradford Capital Management LLC
PO Box 4353
Clifton, NJ 07012
Telephone: (862) 225-2253
Date: June 25, 2025