## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

## NOTICE OF TENTH APPLICATION OF STINSON LLP FOR ALLOWANCE OF FEES AND EXPENSES AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FROM MAY 1, 2025, THROUGH MAY 31, 2025

TO:    The parties-in-interest as specified in the Notice and Service Requirements adopted pursuant to Local Rule 2002-1 and the Court's Order limiting notice pursuant to Fed. R. Bankr. P. 2002(i). [Dkt. No. 124.]

1.    **NOTICE IS HEREBY GIVEN** that Stinson LLP, as counsel for the Official Committee of Unsecured Creditors, has filed its tenth application for allowance of fees and expenses, a copy of which is attached hereto and served upon you.

2.    **NOTICE IS FURTHER GIVEN** that any objection to the application must be filed with the Clerk of the United States Bankruptcy Court, whose address is Quentin N. Burdick Courthouse, 655 First Avenue North, Suite 210, Fargo, North Dakota 58102, and served upon the attorney whose name and address is listed below, by **July 16, 2025, which is twenty-one (21) days from the date of the filing of this Notice, excluding holidays**. Any objections not filed and served may deemed waived.

1

Dated: June 25, 2025

*/s/  Benjamin J. Court*

Benjamin J. Court (ND #07776)
Christopher J. Harayda (MN #0390333)
Samantha J. Hanson-Lenn (MN #0402035)
**STINSON LLP**
50 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402
Telephone: 612-335-1500
benjamin.court@stinson.com
cj.harayda@stinson.com
samantha.hansonlenn@stinson.com

**COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED
CREDITORS.**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

**TENTH APPLICATION OF STINSON LLP FOR ALLOWANCE OF FEES AND
EXPENSES AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FROM MAY 1, 2025, THROUGH MAY 31, 2025**

1.       Stinson LLP ("Stinson") makes this Tenth Application for allowance of fees for professional services rendered and for reimbursement of expenses incurred as counsel for the Official Committee of Unsecured Creditors (the "Committee") of EPIC Companies Midwest, LLC, EPIC Companies Midwest 2023, LLC, EPIC Employee, LLC, EOLA Capital, LLC, and EC West Fargo, LLC (collectively, the "Debtors") pursuant to 11 U.S.C. § 330.

2.       In support of this Application, Stinson respectfully states as follows:

**JURISDICTION**

3.       This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334 and Fed. R. Bankr. P. 5005. This a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The petitions commencing these Chapter 11 cases were filed on July 8, 2024 (the "Petition Date"). The cases are currently pending before this Court.

4.       This Application arises under 11 U.S.C. §§ 503(b)(2), 328(a), 330, 331, and 1103. This Application is filed under Fed. R. Bankr. P. 2016 and 2002(a)(6). Notice of this Application

is provided pursuant to the Federal Rules of Bankruptcy Procedure, the Notice and Service Requirements adopted pursuant to Local R. 2002-1, and the Court's Order limiting notice pursuant to Fed. R. Bankr. P. 2002(i). [Dkt. No. 124.]

## BACKGROUND

5.　　On July 30, 2024, the Office of the United States Trustee appointed the Committee. [Dkt. No. 58.]

6.　　On August 7, 2024, the Committee selected Stinson to serve as its bankruptcy counsel, subject to court approval. On August 13, 2024, the Committee filed the Application to Employ Stinson LLP as Counsel to the Official Committee of Unsecured Creditors (the "Application to Employ"). [Dkt. No. 69.] The Court granted the Application to Employ, effective August 7, 2024, on August 30, 2024, via docket text (the "Order Approving Application to Employ"). [Dkt. No. 101.] A copy of the Order Approving Application to Employ is attached as **Exhibit A.**

7.　　Pursuant to the Order Approving the Application to Employ, the Court also granted Stinson the authority to apply for fees and expenses pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Retained Professionals (the "Order Establishing Fee Application Procedures") [Dkt. No. 72]. The Order Establishing Fee Application Procedures is attached as **Exhibit B**.

8.　　This is Stinson's tenth application for compensation under 11 U.S.C. § 331. Stinson's filed its first application on September 16, 2024 (the "First Application"); its second application on November 7, 2024 (the "Second Application"); its third application on December 2, 2024 (the "Third Application"); its fourth application on December 30, 2024 (the "Fourth Application"); its fifth application on February 6, 2025 (the "Fifth Application"); its sixth

application on February 25, 2025 (the "Sixth Application"); its seventh application on April 4, 2025 (the "Seventh Application"); and its eighth application on May 2, 2025 (the "Eighth Application"); and its ninth application on June 2, 2025 (the "Ninth Application"). [Dkt. Nos. 109, 160, 179, 202, 219, 237, 265, 282, and 333.] The Court has approved the First, Second, Third, Fourth, Fifth, Sixth, Seventh, and Eighth Applications as follows: 1) for the First Application, the Court approved $42,776.50 in fees and $1,953.04 in expenses for a total of $44,729.54 on October 21, 2024; 2) for the Second Application, the Court approved $40,957.50 in fees and $2,661.88 in expenses for a total of $43,619.38 on December 4, 2024; 3) for the Third Application, the Court approved $11,882.00 in fees on December 27, 2024; 4) for the Fourth Application, the Court approved $16,105.50 in fees on January 27, 2025; 5) for the Fifth Application, the Court approved $6,188.50 in fees on March 4, 2025; 6) for the Sixth Application, the Court approved $18,631.50 in fees on March 25, 2025; 7) for the Seventh Application the Court approved $16,390.50 in fees on May 1, 2025; and 8) for the Eighth Application the Court approved $19,036.50 in fees and $570.25 in expenses for a total of $19,606.75 on May 28, 2025. [Dkt. Nos. 149, 181, 201, 217, 239, 264, 279, and 327.]

## **RELIEF REQUESTED**

1.     **Fees and Expenses**.  By this Application, Stinson requests allowance of fees for professional services rendered during Debtors' Chapter 11 cases between May 1, 2025, to May 31, 2025, in the amount of **$10,285.50**, and reimbursement of expenses in the amount of **$0.00**, for a total of **$10,285.50**.

2.     The professional services rendered by Stinson are detailed on the attached **Exhibit C**. Those services include the tasks specifically described below:

### **(Task Code: B100 and B110) Case Administration: $661.00**

3

Services include reviewing and analyzing court filings including the monthly operating reports, preparing exhibits and finalizing filings with the Court, including ensuring all court orders and local rules are followed, and communicating with the US Trustee.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Benjamin J. Court | 0.2 | 2025 | $565 | $113.00 |
| Christopher J. Harayda | 0.9 | 2025 | $565 | $508.50 |
| Shelby E. Kostolni | 0.1 | 2025 | $395 | $39.50 |
| **TOTAL** | **1.2** | | | **$661.00** |

| Blended Hourly Rate: | $550.83 |
|---|---|

**(Task Code: B120) Asset Analysis and Recovery: $0.00**

**(Task Code B150) Meetings of and Communications with Creditors:  $1,851.00**
Services include participating in various conferences with the Committee to evaluate and provide advice regarding mediation and Debtors' recovery options, settlements, and status updates; reviewing and responding to various questions from creditors regarding claims trading; engaging in various communications via email and phone with creditors regarding the status of case, bankruptcy process, and new filings in the case.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Benjamin J. Court | 0.5 | 2025 | $565 | $282.50 |
| Christopher J. Harayda | 0.8 | 2025 | $565 | $452.00 |
| Miranda S. Swift | 2.9 | 2025 | $385 | $1,116.50 |
| **TOTAL** | **4.2** | | | **$1,851.00** |

| Blended Hourly Rate: | $440.71 |
|---|---|

**(B160 and 170) Employment Applications and Fee Applications:  $1,032.00**
Services include preparing Fee Applications and evaluating issues regarding Fee Applications.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Benjamin J. Court | 0.5 | 2025 | $565 | $282.50 |
| Shelby E. Kostolni | 1.8 | 2025 | $395 | $711.00 |
| Miranda S. Swift | 0.1 | 2025 | $385 | $38.50 |
| **TOTAL** | **2.4** | | | **$1,032.00** |

| Blended Hourly Rate: | $430.00 |
|---|---|

4

**(B190) Other Contested Matters:  $485.50**
Services include reviewing updated pleadings in adversary proceeding and analyzing issues regarding defenses in adversary proceedings; attending status conferences for various adversary proceedings; preparing summary of adversary proceedings and settlements for Committee; preparing for and participating in mediation.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Christopher J. Harayda | 0.3 | 2025 | $565 | $169.50 |
| Shelby E. Kostolni | 0.8 | 2025 | $395 | $316.00 |
| TOTAL | 1.1 | | | **$485.50** |

| Blended Hourly Rate: | $441.36 |
|---|---|

**(B300 and B310) Claims Administration:  $1,564.00**
Services include reviewing the claims transfers and updating the Committee.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Benjamin J. Court | 0.8 | 2025 | $565 | $452.00 |
| Christopher J. Harayda | 0.5 | 2025 | $565 | $282.50 |
| Shelby E. Kostolni | 2.1 | 2025 | $395 | $829.50 |
| TOTAL | 3.4 | | | **$1,564.00** |

| Blended Hourly Rate: | $460.00 |
|---|---|

**(B320) Plan/Disclosure Statement Incl. Bus Plan:  $4,692.00**
Services include reviewing the Debtors' drafted plan of reorganization and updating the Committee.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Benjamin J. Court | 0.8 | 2025 | $565 | $452.00 |
| Christopher J. Harayda | 4.7 | 2025 | $565 | $2,655.50 |
| Andrew D. Glasnovich | 2.6 | 2025 | $565 | $1,469.00 |
| Miranda S. Swift | 0.3 | 2025 | $385 | $115.50 |
| TOTAL | 8.4 | | | **$4,692.00** |

| Blended Hourly Rate: | $558.57 |
|---|---|

**TOTAL FEES: $10,285.50**

3.      **Reimbursement of Expenses.**  In the course of this representation, Stinson has incurred **$0.00** in expenses detailed in **Exhibit C**.

5

**TOTAL EXPENSES: $0.00**

4.      All services for which fees are requested by Stinson were performed for and on behalf of the Committee, and not on behalf of the Debtors or other persons.

**LEGAL BASIS**

5.      This Court is authorized to award to professional persons employed by section 1103 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered by the … attorney[s] and by any paraprofessional person[s] employed by any such person, and … reimbursement for actual, necessary expenses." 11 U.S.C. § 330. The Court must consider the nature, extent, and value of such services, taking into account all relevant factors to determine whether the request for payment in connection with such services is fair and reasonable. *Id.* The services Stinson provided pursuant to this Tenth Application were actual, reasonable, and necessary services on behalf of the Committee, and not on the behalf of any other persons, and the fees and expenses requested in this Application are fair and reasonable under the circumstances of this case.

**WHEREFORE,** Stinson respectfully requests that the Court enter an order:

A.      Allowing Stinson's fees incurred between May 1, 2025, and May 31, 2025, in the amount of **$10,285.50**, and reimbursement of expenses in the amount of **$0.00**, for a total of **$10,285.50**.

B.      Authorizing and directing the Debtors to pay Stinson such allowed fees and expenses;

C.      Granting administrative expense priority to Stinson's allowed fees and expenses; and

D.      Granting such other and further relief as may be just and proper.

6

Dated: June 25, 2025

*/s/ Benjamin J. Court*

Benjamin J. Court (ND #07776)
Christopher J. Harayda (MN #0390333)
Samantha J. Hanson-Lenn (MN #0402035)
**STINSON LLP**
50 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402
Telephone: 612-335-1500
benjamin.court@stinson.com
cj.harayda@stinson.com
samantha.hansonlenn@stinson.com

**COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED
CREDITORS.**

CORE/3531668.0002/200166850.1

## **AFFIDAVIT**

I, Benjamin J. Court, an attorney at the law firm of Stinson LLP, declare under penalty of perjury that the foregoing Tenth Application of Stinson LLP for Allowance of Fees and Expenses as counsel for the Official Committee of Unsecured Creditors from May 1, 2025, through May 31, 2025, is true and correct according to the best of my knowledge, information, and belief.

Dated: June 25, 2025
                                                       */s/ Benjamin J. Court*
                                                       Benjamin J. Court

# EXHIBIT A

**Docket Text:**

Order Approving Application to Employ Benjamin J. Court and Stinson LLP as counsel for the Official Committee of Unsecured Creditors Effective August 7, 2024 (Related Doc # [69]). The application to employ is APPROVED subject to the limitations on compensation provided by 11 U.S.C. § 328. This order is not a determination that the services or rates charged are necessary and reasonable. The person or entity employed under this order shall file a fee application in accordance with the Bankruptcy Code and Federal Rules of Bankruptcy Procedures. See Fed. R. Bank. P. 2016, 2017 and 11 U.S.C. §§ 329, 330. Applicant must also comply with Local Rules. Applicant is also granted authority to apply for fees and expenses pursuant to #[72] Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Retained Professionals. As required by applicable federal rule or statute, the Movant shall serve this docket text only order on all appropriate parties that will not receive notice of electronic filing. By Judge Shon Hastings. (Text order only). Signed on O8/30/2024 (vck)

# EXHIBIT B

CORE/3531668.0002/200166850.1

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In re:                                                    **Jointly Administered**

EPIC Companies Midwest, LLC,                              Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                        Bankruptcy No. 24-30282
EPIC Employee, LLC,                                       Bankruptcy No. 24-30283
EOLA Capital, LLC, and                                   Bankruptcy No. 24-30284
EC West Fargo, LLC,                                       Bankruptcy No. 24-30285

            Debtors.                                      Chapter 11

## ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR RETAINED PROFESSIONALS

Debtors filed a Motion for an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief. Doc. 11. Pursuant to the notice of the Motion [Doc. 16], objections to the Motion were due by July 30, 2024.

Debtors served notice of the Motion. The Court received no objections to the Motion. The Court held a hearing on the Motion on August 14, 2024. Based upon the Motion and the Declaration of Patrick Finn [Doc. 6] and for the reasons stated on the record at the August 14, 2024, hearing, the Court finds that the circumstances of these cases warrant granting the relief provided below.

**IT IS ORDERED** that, except as otherwise provided in any order of the Court, professionals employed in this bankruptcy case, including Fredrikson & Byron, P.A., shall be permitted to seek interim payment of compensation and reimbursement of expenses by filing monthly applications for interim compensation and reimbursement of expenses.

**IT IS FURTHER ORDERED** that Debtors are authorized to pay all reasonable amounts invoiced by Lighthouse Management Group, Inc. ("Lighthouse") for fees and expenses on a bi-weekly basis.

**IT IS FURTHER ORDERED** that Lighthouse will file with the Court and serve on Debtors, the United States Trustee, and any statutory committee appointed in this case (the "Notice Parties") a monthly staffing report, filed and served by the 20th of each month for the previous month, identifying the Lighthouse employees who worked on this case, the total hours billed by Lighthouse, and a summary of the tasks performed. Lighthouse will also file with the Court and serve on the Notice Parties a quarterly compensation report by the 20th of each month following the end of a quarter, showing the total fees and expenses for the preceding quarter. These reports will be deemed applications for interim compensation under sections 328 and 330. Parties in interest may object to the reports within 21 days after notice. The Court will rule on the applications after the deadline to object passes or after a hearing on the application.

**IT IS FURTHER ORDERED** that Debtors will allocate the fees and expenses approved among Debtors pro rata if the professionals charge for tasks that generally apply to all cases and to the appropriate Debtor if the tasks relate solely to a specific Debtor.

Dated:  August 14, 2024.

_Shon Hastings_

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT

# **EXHIBIT C**



1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2150
1.800.846.1201

June 14, 2025

The Official Committee of Unsecured Creditors for
EPIC Companies
Attn The Official Committee of Unsecured Creditors
NA

Invoice No: 43640724
Benjamin Court

Re:     EPIC Companies Midwest, LLC

      File No:  3531668.0002

## Invoice Summary

Professional services and disbursements rendered through May 31, 2025

| | |
|---|---|
| Current Professional Services | $10,285.50 |
| Current Disbursements | $0.00 |
| **Total Current Invoice** | **$10,285.50** |

**Stinson LLP** <span style="float:right">**Invoice Detail**</span>

File No. 3531668.0002 <span style="float:right">Page 2</span>
Invoice No: 43640724

| **Timekeeper Summary** | | | | |
| --- | --- | --- | --- | --- |

| Timekeeper | Title | Rate | Hours | Amount |
| --- | --- | --- | --- | --- |
| Andrew Glasnovich | Partner | 565.00 | 2.60 | 1,469.00 |
| Benjamin Court | Partner | 565.00 | 2.80 | 1,582.00 |
| C.J. Harayda | Partner | 565.00 | 7.20 | 4,068.00 |
| Miranda Swift | Associate | 385.00 | 3.30 | 1,270.50 |
| Shelby Kostolni | Associate | 395.00 | 4.80 | 1,896.00 |
| **Current Professional Services** | | | **20.70** | **$10,285.50** |

| **Professional Services** | | | | |
| --- | --- | --- | --- | --- |

| Date | Task | Description/Timekeeper | Hours | Amount |
| --- | --- | --- | --- | --- |
| **B110 - Case Administration** | | | | |
| 05/23/25 | B110 | Address proposed contract revisions for venue hosting creditor meeting.<br>Benjamin Court | 0.20 | 113.00 |
| 05/23/25 | B110 | Draft invitation for creditor meeting (.2); communications with Mr. Court regarding same and logistics (.1)<br>C.J. Harayda | 0.30 | 169.50 |
| 05/30/25 | B110 | Review and update invitation to creditor meeting (.4); coordinate same with Ms. Swift (.2).<br>C.J. Harayda | 0.60 | 339.00 |
| 05/30/25 | B110 | Review correspondence for creditor meeting for edits.<br>Shelby Kostolni | 0.10 | 39.50 |
| **Total B110 - Case Administration** | | | **1.20** | **661.00** |
| **B150 - Meetings of and Comm. with Creditors** | | | | |
| 05/08/25 | B150 | Telephone conference with unsecured creditor regarding plan and claims transfer issues.<br>Benjamin Court | 0.20 | 113.00 |
| 05/09/25 | B150 | Evaluate options for creditor meeting issues in connection with disclosure statement hearing and setting up plan confirmation hearing. | 0.30 | 169.50 |

**Stinson LLP**                                                                          **Invoice Detail**

File No. 3531668.0002                                                                              Page 3
Invoice No: 43640724

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| | | Benjamin Court | | |
| 05/09/25 | B150 | Consider options for creditor meeting on plan and disclosure statement.<br>C.J. Harayda | 0.10 | 56.50 |
| 05/09/25 | B150 | Review and analysis of creditors proof of claim and scheduled claim.<br>Miranda Swift | 0.20 | 77.00 |
| 05/12/25 | B150 | Correspondence with creditors regarding Disclosure Statement and Plan.<br>Miranda Swift | 1.20 | 462.00 |
| 05/16/25 | B150 | Review potential meeting of creditors with disclosure statement hearing.<br>C.J. Harayda | 0.10 | 56.50 |
| 05/19/25 | B150 | Telephone conference with creditor regarding questions on Disclosure Statement and discussions regarding same.<br>Miranda Swift | 0.30 | 115.50 |
| 05/22/25 | B150 | Review and respond to Committee questions regarding plan and disclosure statement.<br>C.J. Harayda | 0.20 | 113.00 |
| 05/23/25 | B150 | Review creditor documents including proof of claim and telephone conference regarding same.<br>Miranda Swift | 0.30 | 115.50 |
| 05/30/25 | B150 | Draft and revise response to creditor questions on plan.<br>C.J. Harayda | 0.40 | 226.00 |
| 05/30/25 | B150 | Draft and send email regarding creditor meeting and answer various creditor questions.<br>Miranda Swift | 0.90 | 346.50 |

**Total B150 - Meetings of and Comm. with Creditors**                    **4.20**      **1,851.00**


**B160 - Fee/Employment Applications**

| 05/01/25 | B160 | Prepare revisions to fee application.<br>Benjamin Court | 0.50 | 282.50 |
| 05/02/25 | B160 | Finalize March interim fee application for filing. | 0.40 | 158.00 |

**Stinson LLP**                                          **Invoice Detail**

File No. 3531668.0002                                          Page 4
Invoice No: 43640724

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| | | Shelby Kostolni | | |
| 05/20/25 | B160 | Review invoice.<br>Miranda Swift | 0.10 | 38.50 |
| 05/20/25 | B160 | Review and edit April invoice.<br>Shelby Kostolni | 0.60 | 237.00 |
| 05/27/25 | B160 | Draft ninth interim fee application.<br>Shelby Kostolni | 0.80 | 316.00 |
| **Total B160 - Fee/Employment Applications** | | | **2.40** | **1,032.00** |

**B190 - Other Contested Matters**

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 05/01/25 | B190 | Review update regarding standing from Ms. Kostolni.<br>C.J. Harayda | 0.10 | 56.50 |
| 05/12/25 | B190 | Review and update claims transfer tracking document.<br>Shelby Kostolni | 0.20 | 79.00 |
| 05/20/25 | B190 | Review status of adversary proceedings default judgments, pre-trial conferences, and settlements.<br>Shelby Kostolni | 0.30 | 118.50 |
| 05/27/25 | B190 | Update claims transfer and adversary proceeding information and provide update to Mr. Harayda.<br>Shelby Kostolni | 0.30 | 118.50 |
| 05/30/25 | B190 | Analyze recently filed pleadings including claim trade notices.<br>C.J. Harayda | 0.20 | 113.00 |
| **Total B190 - Other Contested Matters** | | | **1.10** | **485.50** |

**B300 - Claims and Plan**

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 05/02/25 | B300 | Telephone conference with representatives of Hain Capital regarding claims transfer issues and plan and liquidating trust issues.<br>Benjamin Court | 0.40 | 226.00 |

**Stinson LLP**                                                           **Invoice Detail**

File No. 3531668.0002                                                           Page 5
Invoice No: 43640724

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| **Total B300 - Claims and Plan** | | | **0.40** | **226.00** |

### B310 - Claims Administration and Objections

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 05/01/25 | B310 | Evaluate legal authority regarding claims transfer issues and exchange emails with representatives of claims transfer entity regarding claims purchase issues.<br>Benjamin Court | 0.40 | 226.00 |
| 05/01/25 | B310 | Research notice of claims transfer requirements.<br>Shelby Kostolni | 1.90 | 750.50 |
| 05/02/25 | B310 | Prepare for and conference with party acquiring claims in Epic proceeding.<br>C.J. Harayda | 0.50 | 282.50 |
| 05/20/25 | B310 | Review and update claims transfers.<br>Shelby Kostolni | 0.20 | 79.00 |
| **Total B310 - Claims Administration and Objections** | | | **3.00** | **1,338.00** |

### B320 - Plan/Disclosure Statement Incl. Bus Plan

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 05/01/25 | B320 | Analyze issues regarding claims assignment and plan.<br>C.J. Harayda | 0.30 | 169.50 |
| 05/01/25 | B320 | Communications with S. Kinsella regarding plan timing.<br>C.J. Harayda | 0.10 | 56.50 |
| 05/02/25 | B320 | Address proposed plan and disclosure statement filing issues.<br>Benjamin Court | 0.20 | 113.00 |
| 05/02/25 | B320 | Review and analyze plan and disclosure statement (1.3) provide comments on plan to S. Kinsella (.2).<br>C.J. Harayda | 1.50 | 847.50 |
| 05/08/25 | B320 | Review plan and disclosure statement.<br>Miranda Swift | 0.30 | 115.50 |
| 05/09/25 | B320 | Review and analyze proposed disclosure statement.<br>Benjamin Court | 0.40 | 226.00 |
| 05/09/25 | B320 | Analyze issues regarding plan and Committee position. | 0.50 | 282.50 |

**Stinson LLP** <span style="float:right">**Invoice Detail**</span>

File No. 3531668.0002 <span style="float:right">Page 6</span>
Invoice No: 43640724

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| | | C.J. Harayda | | |
| 05/16/25 | B320 | Analyze issues regarding plan trust and agreement regarding same (.3); communications with S. Kinsella regarding trust and plan timing (.1); conference with Mr. Glasnovich regarding trust agreement analysis (.1). C.J. Harayda | 0.50 | 282.50 |
| 05/19/25 | B320 | Analyze plan updates, including liquidating trust agreement, and provide edits and comments to Mr. Harayda regarding same. Andrew Glasnovich | 2.60 | 1,469.00 |
| 05/20/25 | B320 | Review and provide comments to proposed liquidating trust agreement (1.3); communications with Mr. Glasnovich regarding same (.1). C.J. Harayda | 1.40 | 791.00 |
| 05/22/25 | B320 | Finalize comments to trust agreement (.3); communications with debtor counsel regarding same (.1). C.J. Harayda | 0.40 | 226.00 |
| 05/29/25 | B320 | Telephone conference with counsel for an unsecured creditor regarding plan terms and post-confirmation issues. Benjamin Court | 0.20 | 113.00 |
| **Total B320 - Plan/Disclosure Statement Incl. Bus Plan** | | | **8.40** | **4,692.00** |
| **Current Professional Services** | | | **20.70** | **$10,285.50** |

## Task Code Summary

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| B110 | Case Administration | 1.20 | 661.00 |
| B150 | Meetings of and Comm. with Creditors | 4.20 | 1,851.00 |
| B160 | Fee/Employment Applications | 2.40 | 1,032.00 |
| B190 | Other Contested Matters | 1.10 | 485.50 |
| B300 | Claims and Plan | 0.40 | 226.00 |

**Stinson LLP**                                                                                    **Invoice Detail**

File No. 3531668.0002                                                                                          Page 7
Invoice No: 43640724

| B310 | Claims Administration and Objections | 3.00 | 1,338.00 |
|------|-------------------------------------|------|----------|
| B320 | Plan/Disclosure Statement Incl. Bus Plan | 8.40 | 4,692.00 |
| | **Current Professional Services** | **20.70** | **$10,285.50** |

**Stinson LLP**                                                                            **Invoice Detail**

File No. 3531668.0002                                                                          Page 8
Invoice No: 43640724

| Outstanding AR Summary |
|:---:|

| Date | Invoice Number | Amount | Payments | Balance |
|------|----------------|--------|----------|---------|
| 09/12/24 | 43586075 | $46,521.04 | $44,729.54 | $1,791.50 |
| 11/25/24 | 43601813 | $11,882.00 | $0.00 | $11,882.00 |
| 05/21/25 | 43636464 | $8,734.50 | $0.00 | $8,734.50 |
| 06/14/25 | 43640724 | $10,285.50 | $0.00 | $10,285.50 |
| **Total Balance:** | | | | **$32,693.50** |

AR Balance:

| 0-30 | 31-60 | 61-90 | 91+ | Total |
|------|-------|-------|-----|-------|
| $19,020.00 | $0.00 | $0.00 | $13,673.50 | $32,693.50 |

Questions or concerns, please call 800-846-1201 or email **payments@stinson.com**



1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2150
1.800.846.1201

June 14, 2025

The Official Committee of Unsecured Creditors for
EPIC Companies
Attn The Official Committee of Unsecured Creditors
NA

Invoice No: 43640724
Benjamin Court

Re:    EPIC Companies Midwest, LLC

       File No:  3531668.0002

| Invoice Summary | |
|---|---|
| Professional services and disbursements rendered through May 31, 2025 | |
| Current Professional Services | $10,285.50 |
| Current Disbursements | $0.00 |
| **Total Current Invoice** | **$10,285.50** |

| Payment Options | |
|---|---|

Online Payments:
Stinson.com

Wire/ACH Instructions:
US Bank
Routing No.: ▮
Acct:  Stinson LLP
Account No: ▮
Swift Code ▮
Please reference **File No: 3531668.0002**

Payment by check:
PO Box 843052
Kansas City, MO 64184-3052
Please return this remittance copy with your payment
and reference **File No: 3531668.0002**

Questions or concerns, please call 800-846-1201 or email **payments@stinson.com**

Payment Terms: Net 30
Tax ID # ▮