## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | **Joint Administration Pending** |
| EPIC Companies Midwest, LLC, | Case No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Case No. 24-30282 |
| EPIC Employee, LLC, | Case No. 24-30283 |
| EOLA Capital, LLC, and | Case No. 24-30284 |
| EC West Fargo, LLC, | Case No. 24-30285 |
| Debtors. | Chapter 11 Cases |

## CERTIFICATE OF SERVICE

Steven R. Kinsella, under penalty of perjury, states that on June 24, 2025, he caused to be served the following:

1.    Debtors' Amended Chapter 11 Plan of Liquidation (Docket #366);

2.    Amended Disclosure Statement in Support of Debtors' Amended Chapter 11 Plan of Liquidation (Docket #367);

3.    Order Approving Disclosure Statement and Setting Deadlines for Return of Ballots and Objections to confirmation and Scheduling Confirmation Hearing (Docket #369);

4.    Motion for Substantive Consolidation of the Debtors' Assets, Liabilities, and Operations (Docket #376); and

5.    Notice of Hearing regarding Motion for Substantive Consolidation of the Debtors' Assets, Liabilities, and Operations (Docket #377)

by sending true and correct copies via ECF or by U.S. Mail to the parties on the attached service list pursuant to the Federal Rules of Bankruptcy Procedure and Local Rule 2002-1, including the Notice and Service Requirements List.


Dated: July 1, 2025                           */e/ Steven R. Kinsella*
                                              Steven R. Kinsella

## US TRUSTEE AND OTHER REQUIRED PARTIES

U.S. Trustee
Robert B. Raschke
Assistant U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
USTPRegion12.SX.ECF@usdoj.gov

U.S. Trustee
Sarah Wencil
U.S. Trustee's Office
1015 US Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Sarah.J.Wencil@usdoj.gov

Internal Revenue Service
Centralized Insolvency
Operations Unit
PO Box 7346
Philadelphia, PA 19101

North Dakota State Tax
Commissioner
Office of State Tax Commissioner
PO Box 5623
Bismarck, ND 58506-5623

US Attorney for North Dakota
Drew Wrigley
U.S. Attorney's Office
655 First Avenue North, Suite 250
Fargo, ND 58102-4932

North Dakota U.S. Attorney's
Office
655 First Avenue North
Suite 250
Fargo, ND 58102

## DEBTORS

EPIC Companies Midwest, LLC
400 10th Street SE
Minot, ND 58701-4908

EPIC Companies Midwest2023, LLC
400 10th Street SE
Minot, ND 58701-4908

EPIC Employee, LLC
400 10th Street SE
Minot, ND 58701-4908

EOLA Capital, LLC
400 10th Street SE
Minot, ND 58701-4908

EC West Fargo, LLC
400 10th Street SE
Minot, ND 58701-4908

## CREDITORS COMMITTEE

Beth Postemski
430 Oak Street
Steamboat Springs, CO 80477

Jim Johnson
109 Monterey Ave #5
Capitola, CA 95010

Larry Dietz
4857 Meadow Creek Dr S.
Fargo, ND 58104

Randy Henke
9400 275th Ave SE
Sawyer, ND 58781

William Altringer
4613 Borden Harbor Dr
Mandan, ND 58554

Zach Frappier
5431 12th St S
Fargo, ND 58104

## COUNSEL FOR CREDITORS COMMITTEE

c/o Stinson LLP
Benjamin Court
50 S 6th Street, Suite 2600
Minneapolis, MN 55402
benjamin.court@stinson.com

c/o Stinson LLP
Samantha Hanson-Lenn
50 S 6th Street, Suite 2600
Minneapolis, MN 55402
samantha.hansonlenn@stinson.com

c/o Stinson LLP
Christopher Harayda
50 S 6th Street, Suite 2600
Minneapolis, MN 55402
cj.harayda@stinson.com

## NOTICES OF APPEARANCE

Bank Forward
c/o Joseph Hackman
ABST Law, P.C.
4132 30th Avenue South, Suite 100,
P.O. Box 10247
Fargo, ND 58106-0247
jhackman@abstlaw.net

Bank Forward
c/o Michael L. Gust
ABST Law, P.C.
4132 30th Avenue South, Suite 100
P.O. Box 10247
Fargo, ND 58106-0247
mlgfilings@andersonbottrell.com

James Olson
ABST Law, P.C.
4132 30th Avenue South, Suite 100
P.O. Box 10247
Fargo, ND 58106-0247
mlgfilings@andersonbottrell.com

Beth Holmes
c/o Douglas A. Christensen
Pearson Christensen, PLLP
24 N. 4th St.
Grand Forks, ND 58203-3720
dougc@grandforkslaw.com

Brian Kounovsky & Kounovsky, Inc.
c/o Maurice B. VerStandig
The Dakota Bankruptcy Firm
1630 1st Avenue N, Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@mbvesq.com

Bruce and Diane Walker
c/o Ryan G. Quarne
Olson & Burns, P.C.
PO Box 1180
Minot, ND 58702-1180
rgquarne@minotlaw.com

Bruce and Diane Walker
c/o Richard P. Olson
Olson & Burns, P.C.
PO Box 1180
Minot, ND 58702-1180
rpolsonecf@minotlaw.com

Cornerstone Bank
c/o John Krings
Kaler Doeling PLLP
PO Box 9231
Fargo, ND 58106-9231
john@kaler-doeling.com

Cullen Insulation, Inc.
c/o Benjamin Williams
Kennelly Business Law
1213 NP Ave, Suite 301
Fargo, ND 58102-4798
ben@kennellybusinesslaw.com

Daniel Frisch
c/o Benjamin Williams
Kennelly Business Law
1213 NP Ave, Suite 301
Fargo, ND 58102-4798
ben@kennellybusinesslaw.com

Darryl & Charlotte Heim
c/o Randall N. Sickler
Ebeltoft.Sickler.Lawyers PLLC
2272 8th Street West
Dickinson, ND 58601-8590
rsickler@ndlaw.com

Darryl and Charlotte Heim
c/o Marissa R. Cerkoney
Ebeltoft.Sickler.Lawyers PLLC
2272 8th Street West
Dickinson, ND 58601-8590
mcerkoney@ndlaw.com

Dietz Properties, LLC
Larry and Candice Dietz
Katrina Turman Lang
Wold Johnson P.C.
P.O. Box 1680
Fargo, ND 58107-1680
klang@woldlaw.com

Elrick and Karen Poppe
c/o David J. Chapman
D J Chapman Law, P.C.
3155 Bluestem Drive, PMB #388,
West Fargo, ND 58078-8002
dchapman@djchapmanlaw.com

Jim & JoAnn McKay Family Trust
f/b/o Julie M
c/o Berly D. Nelson
Serkland Law Firm
10 Roberts Street North
Fargo, ND 58102-4982
bnelson@serklandlaw.com

Larry and Betty Ledene
c/o Robert G. Will
McGee, Hankla & Backes, PC
2400 Burdick Expressway East,
Suite 100 PO Box 998
Minot, ND 58702-0998
rwill@mcgeelaw.com

Larry and Candice Dietz
and Dietz Properties, LLC
c/o Katrina A. Turman Lang
Wold Johnson, P.C.
500 2nd Ave. N., Suite 400
Fargo, ND 58102-4850
klang@woldlaw.com

Lee Schaleben
c/o Dwyer Law Office, PLLC
Zoe Wieber
5302 51st Avenue S Ste
Fargo, ND 58104
zoe@dwyerlawnd.com

Randy and Dorothy Henke
c/o Peter B. Hankla
McGee, Hankla & Backes, PC
2400 Burdick Expressway East
Suite 100
PO Box 998
Minot, ND 58702-0998
phankla@mcgeelaw.com

Rob and Joleen Heim
c/o Randall N. Sickler
Ebeltoft.Sickler.Lawyers PLLC
2272 8th Street West
Dickinson, ND 58601-8590
rsickler@ndlaw.com

Rob and Joleen Heim
c/o Marissa R. Cerkoney
Ebeltoft.Sickler.Lawyers PLLC
2272 8th Street West
Dickinson, ND 58601-8590
mcerkoney@ndlaw.com

Robert W. Heim Revocable Living
Trust
Ebeltoft . Sickler . Lawyers PLLC
2272 8th Street West
Dickinson, ND 58601-8590
rsickler@ndlaw.com

Robert W. Heim, Trustee
Robert W. Heim Revocable Living
Trust
c/o Randall N. Sickler
Ebeltoft.Sickler.Lawyers PLLC
2272 8th Street
West Dickinson, ND 58601-8590
rsickler@ndlaw.com

Robert W. Heim, Trustee
Robert W. Heim Revocable Living
Trust
c/o Marissa R. Cerkoney
Ebeltoft.Sickler.Lawyers PLLC
2272 8th Street
West Dickinson, ND 58601-8590
mcerkoney@ndlaw.com

Shane R. & Jerilyn A. Larck
c/o Anthony Anderson
Nilles Law Firm
P.O. Box 2626
Fargo, ND 58108-2626
aanderson@nilleslaw.com

STC Flooring
c/o Dwyer Law Office, PLLC
Zoe Wieber
5302 51st Avenue S Ste D
Fargo, ND 58104
zoe@dwyerlawnd.com

Deborah Vollmuth
c/o Alexander S. Kelsch
Kelsch, Kelsch, Ruff and Kranda
PO Box 1266
Mandan, ND 58554
alexk@kelschlaw.com

LTC - The Lincoln, LLC
Clifford Otten
Amy J. Swedberg
Maslon LLP
225 South Sixth Street, Suite 2900
Minneapolis, MN 55402
amy.swedberg@maslon.com

Mark Western
Fremstad Law Firm
3003 32nd Ave S, Suite 240
P.O. Box 3143
Fargo, ND 58103
mark@fremstadlaw.com

**INTERESTED PARTIES VIA**
**U.S. MAIL**

| | | |
|---|---|---|
| Hain Capital Investors Master Fund, Ltd.<br>301 Route 17 North, Suite 816A<br>Rutherford, NJ 07070-2575 | Bradford Capital Holdings, LP<br>c/o Bradford Capital Management, LLC<br>Attn: Brian Brager<br>PO Box 4353<br>Clifton, NJ 07012-8353 | SCH, Inc.<br>PO Box 746<br>Minot, ND 58702-0746 |
| Argo Partners<br>12 West 37th Street, Ste 900<br>New York, NY 10018-7381 | Cornerstone Bank<br>c/o John Krings<br>Kaler Doeling, PLLP<br>PO Box 9231<br>Fargo, ND 58106-9231, | Jim Johnson<br>109 Monterey Avenue, #5<br>Capitola, CA 95010-3246 |
| Larry Dietz<br>4857 Meadow Creek Dr S.<br>Fargo, ND 58104-7115 | Zach Frappier<br>5431 12th St S<br>Fargo, ND 58104-6450 | Beth Postemski<br>430 Oak Street<br>Steamboat Springs, CO 80477 |
| EPIC Management, LLC<br>PO Box 879<br>Minot, ND 58702-0879 | Jim & JoAnn McKay Family Trust<br>fbo Julie McKay Ganskop<br>Julie Ganskop<br>6721 Schelee Court NW<br>Rochester, MN 55901-8829, | Tanya Senechal<br>4574 4th Ave NE<br>Balfour, ND 58712-9424 |
| William E. Altringer<br>4613 Borden Harbor Dr.<br>Mandan, ND 58554-7962 | Becky A. Hauge<br>8765 60th Ave. SW<br>Carson, ND 58529-9527 | Ben Zeltinger<br>1516 High Creek Place<br>Bismarck, ND 58503-0616 |
| Ben Zeltinger<br>6857 Daytona Drive<br>Bismarck, ND 58503 | Bill Leier<br>320 32nd West Ave W #302<br>West Fargo, ND 58078 | Bill Leier<br>4995 17th Avenue S #214<br>Fargo, ND 58103 |
| CBIZ MHM, LLC-Minneapolis<br>13576 Collections Center Dr<br>Chicago, IL 60693-0001 | Clifford Otten<br>c/o Amy Swedberg<br>Maslon LLP<br>225 South 6th Street, Suite 2900<br>Minneapolis, MN 55402-4609 | Cordell Wold<br>PO Box 1402<br>Watford City, ND 58854-1402 |
| David M. Schall<br>301 Woodland Circle<br>Grand Forks, ND 58201-8000 | Donald Kounovsky<br>1201 North 1st Street<br>Fargo, ND 58102-2718 | Donna Klein<br>6201 121st Avenue SE<br>Minot, ND 58701-9215 |
| Essential Living Inc<br>400 10th St SE<br>Minot, ND 58701-4908 | HC Innovations, LP<br>Marc Wolff<br>320 32nd Ave W, Suite 240<br>West Fargo, ND 58078-8372 | HTG Investments, LLC<br>Holly Gibb<br>3212 Crestbrook Court<br>Prospect, KY 40059-8142 |
| Jeffrey McKay Descendants Irrevocable Tr<br>Jeffrey McKay<br>1337 Elm Circle N<br>Fargo, ND 58102-2749 | Jerry Meyers<br>2115 147th Ave. SE<br>Erie, ND 58029-9752 | John Hunt<br>11106 39th St N, Unit A<br>Lake Elmo, MN 55042-3311 |

| | | |
|---|---|---|
| John Hunt<br>1133 43rd Ave W<br>West Fargo, ND 58078-8838 | Kimberly Voltz<br>7332 Summerland Cove<br>Lakewood Ranch, FL 34202-3242 | Lonnie Hass<br>1909 9th St N<br>Fargo, ND 58102-5025 |
| Loren Goeser<br>8951 79th Ave NE<br>Munich, ND 58352-9676 | Loren Goeser<br>c/o Sara E. Diaz<br>Bulie Diaz Law Office<br>305 S. 4th Street Suite A<br>Grand Forks, ND 58201-4708, | M&S Concessions, LLC<br>Vicki Campbell<br>400 10th Street SE<br>Minot, ND 58701-4908 |
| Mary Hass<br>1909 9th St N<br>Fargo, ND 58102-5025 | Michelle Charbonneau<br>2014 7th St W<br>Dickinson, ND 58601-2549 | Montgomery & Pender PC<br>5630 34th Avenue S, Suite 120<br>Fargo, ND 58104-7885 |
| Montgomery & Pender PC<br>PO Box 9199<br>Fargo, ND 58106-9199 | Rob and Joleen Heim<br>c/o Marissa R. Cerkoney<br>Ebeltoft.Sickler.Lawyers PLLC<br>2272 8th Street West<br>Dickinson, ND 58601-8590, | Rob and Joleen Heim<br>c/o Randall N. Sickler<br>Ebeltoft.Sickler.Lawyers PLLC<br>2272 8th Street West<br>Dickinson, ND 58601-8590, |
| Rob and Joleen Heim<br>Ebeltoft . Sickler . Lawyers PLLC<br>2272 8th Street West<br>Dickinson, ND 58601-8590 | Rob Heim<br>2313 8th St. E<br>Dickinson, ND 58601-6922 | Scott Hoban<br>35651 210 Ave<br>Ogema, MN 56569-9656 |
| U of J MU Jamestown LLC<br>400 10th St. SE<br>Minot, ND 58701-4908 | Vernie D. Baesler<br>PO Box 144<br>Hazen, ND 58545-0144 | West Fargo Tax & Accounting<br>4840 Amber Vallye Parkway<br>Fargo, ND 58104-8400 |
| 7 Mile Holdings, LLC<br>Kyle G. Pender<br>5630 34th Ave. S, STE 120<br>Fargo, ND 58104-7885 | Alexis Meyer<br>1629 S Broadway Apt 510<br>Minot, ND 58701-6344 | Amy Hass<br>506 24th Avenue North<br>Fargo, ND 58102-1933 |
| Andrew Kallas<br>3915 54th St S Unit 306<br>Fargo, ND 58104-7718 | Andy Quittschreiber<br>9963 28th Ave S<br>Glyndon, MN 56547-9507 | Anita M. Anderson Revocable Trust<br>Anita M Anderson<br>5136 Mesabi Lane<br>Hibbing, MN 55746-2318 |
| Ann Zeltinger<br>1803 24th St. SW<br>Minot, ND 58701-8102 | Arnold A. Gomke<br>5965 Brittania Boulevard<br>Tavares, FL 32778-9113 | Arrow, LLC<br>Dr. Fadel Nammour<br>3419 1st Street E<br>West Fargo, ND 58078-7956 |
| Audrey Grace Smith<br>509 6th Ave<br>Marion, ND 58466-4114 | Austin Smith<br>7602 Aquarius Dr<br>Fargo, ND 58104-7903 | BA Downtown<br>400 10th Street SE<br>Minot, ND 58701-4908 |

| | | |
|---|---|---|
| Bank Forward<br>c/o Joseph Hackman & c/o Michael L. Gust<br>ABST Law, P.C.<br>4132 30th Avenue South, Suite 100<br>P.O. Box 10247<br>Fargo, ND 58106-0247 | Benjamin E. Thomas<br>P.O. Box 1680<br>Fargo, ND 58107-1680 | Beth Holmes<br>111 N. 3rd Avenue S #205<br>Grand Forks, ND 58203-3749 |
| Beth Holmes<br>c/o Douglas A. Christensen<br>Pearson Christensen, PLLP<br>24 N. 4th St.<br>Grand Forks, ND 58203-3720 | Beth Schoenburg<br>4260 Highway 5<br>Mohall, ND 58761-9710 | Betty A. Ledene<br>300 4th Ave West<br>PO Box 155<br>Powers Lake, ND 58773-0155 |
| Blake Nybakken<br>2212 Centennial Rose Dr S<br>Apt 302<br>Fargo, ND 58104-6815 | Brenda Meyer<br>3900 56th St South, Apt 106<br>Fargo, ND 58104-4806 | Brian Goeser<br>PO Box 114<br>Munich, ND 58352-0114 |
| Brian Kounovsky<br>3680 54th St S<br>Fargo, ND 58104-7480 | Brian Reinarts<br>3434 Shadow Wood Lane<br>West Fargo, ND 58078-7954 | Britta Renner<br>1579 72nd Ave S<br>Fargo, ND 58104-7259 |
| Bruce Langseth<br>1201 14th Avenue SW<br>Minot, ND 58701-5765 | BWK Real Estate LLC<br>Bart Kounovsky<br>55 Copper Rose Ct<br>Steamboat Springs, CO 80487-3059 | Calvin Volk<br>458 North Sendor Drive<br>West Fargo, ND 58078 |
| Carissa Wilcox<br>4730 Timber Parkway South<br>Apt. 106<br>Fargo, ND 58104-4817 | Carter Anderson<br>1128 43rd Ave West<br>West Fargo, ND 58078-8835 | Charlie Muus<br>3388 44th Ave South<br>Grand Forks, ND 58201-3646 |
| Chris Corbit<br>320 West LaSelle Drive Apt. 216<br>Bismarck, ND 58503-7907 | Cindy Brown<br>6060 66th Ave NW<br>Berthold, ND 58718-9055 | Cindy Lopez Dennison<br>1393 Goldenwood Dr<br>West Fargo, ND 58078-3958 |
| Cole Howard<br>213 Morris St<br>West Fargo, ND 58078-1628 | Combined Return Beacon NW<br>400 10th St SE<br>Minot, ND 58701-4908 | Corey Heiser<br>513 3rd Ave W.<br>West Fargo, ND 58078-1520 |
| Courtney Brant<br>506 14th St NW<br>Minot, ND 58703 | Crowley Fleck PLLP<br>Attn: Trevor A. Hunter<br>PO Box 1206<br>Williston, ND 58802-1206 | Curt Christofferson<br>723 7th St. E<br>Napoleon, ND 58561-7319 |
| Cynthia Ellingson<br>PO Box 220<br>Sherwood, ND 58782-0220 | D&D Helland Revocable Living Trust<br>5311 Brookwood PL<br>Bismarck ND 58503-6922 | D&D Revocable Living Trust<br>Dave Helland<br>5311 Brookwood Place<br>Bismarck, ND 58503-6922 |

| | | |
|---|---|---|
| Daniel Frisch<br>274 44th Ave. S<br>Moorhead, MN 56560-6733 | Daniel Frisch<br>c/o Benjamin Williams<br>Kennelly Business Law<br>1213 NP Ave, Suite 301<br>Fargo, ND 58102-4798, | Darlene Pich<br>3677 South 22nd St<br>Fargo, ND 58104-6595 |
| Darryl & Charlotte Heim<br>c/o Marissa R. Cerkoney<br>Ebeltoft.Sickler.Lawyers PLLC<br>2272 8th Street West<br>Dickinson, ND 58601-8590, | Darryl Lee Edwards<br>8211 62nd St SE<br>Edgeley, ND 58433-9745 | David R. Warrey<br>541 Willow Bend Circle<br>Casselton, ND 58012-3601 |
| David Williamson<br>22 Cambridge Cove<br>Surrey, ND 58785-5009 | Dean Schoenburg<br>4260 Highway 5<br>Mohall, ND 58761-9710 | Deborah Vollmuth<br>2640 96th Street<br>Selfridge, ND 58568 |
| Debra Grimsely<br>5697 Pinehurst Drive<br>Grand Forks, ND 58201-2807 | Dianna Schumacher<br>606 S. Main St<br>Milbank, SD 57252-2918 | DOIT & CO FBO Daniel Todd IRA<br>Attn: Trust Department<br>3001 25th St S<br>Fargo, ND 58103-5036 |
| Dorothy Henke<br>9400 275th Ave. SE<br>Sawyer, ND 58781-9221 | Duane Foley<br>1401 35th Ave SW<br>Minot, MN 58701-8425 | Dwight Schmidt<br>1511 3rd St SE #206<br>Jamestown, ND 58401-3975 |
| Elizabeth Jane Goeser<br>2306 College Drive N<br>Devils Lake, ND 58301-1629 | Elrick Poppe<br>3810 21st Street South<br>Fargo, ND 58104-6872 | EOLA Capital, LLC<br>Vicki Campbell<br>PO Box 879<br>Minot, ND 58702-0879 |
| EPIC Skyline, LLC<br>Vicki Campbell<br>PO Box 879<br>Minot, ND 58702-0879 | Gary Foss<br>8468 Highway 3<br>Rolette, ND 58366-9058 | Gene Rode<br>PO Box 66<br>Marion, ND 58466-0066 |
| Ginger Quam<br>9710 107th Ave SE<br>Minot, ND 58701-2451 | Gwen Schmidt<br>1511 3rd St SE #206<br>Jamestown, ND 58401-3975 | Harold C. Hultberg<br>884 31st Ave NW<br>Coleharbor, ND 58531-9485 |
| Heidi Engum<br>4348 66th St. S<br>Fargo, ND 58104-6086 | Henry Landholdings<br>40010th St SE<br>Minot, ND 58701 | Herzog Roofing, Inc.<br>PO Box 245<br>Detroit Lakes, MN 56502-0245 |
| Hunter Christianson<br>2633 26th Ave S<br>Fargo, ND 58103-5020 | I'll Tile & Stone, Inc.<br>1673 Dan St.<br>Detroit Lakes, MN 56501-6973 | Jack Fredrickson<br>811 9th Street South, Apt. 1<br>Fargo, ND 58103-2694 |

| | | |
|---|---|---|
| Jacob Benson<br>220 Christian Drive<br>Grand Forks, ND 58201-9301 | Jacob Wishinsky<br>4234 9th Ave Circle South apt 15<br>Fargo, ND 58103-2090 | JAK23 LLC<br>Aaron Johnson<br>4424 S Technology Drive<br>Sioux Falls, SD 57106-4236 |
| Jalie Hass<br>337 169th Ave SE<br>Hillsboro, ND 58045-9254 | James D. Olson Trust<br>2850 Longfellow Rd<br>Fargo, ND 58102-1717 | James J. Johnson 2023 - Seperate Trust<br>109 Monetery Avenue #5<br>Capitola, CA 95010-3246 |
| James Schechter<br>303 11th St N Apt 210<br>Fargo, ND 58102-4384 | Janell Vandeberg<br>2114 16th Court W<br>Williston, ND 58801-2528 | Jarett Mari<br>320 32nd Ave W Apt 604<br>West Fargo, ND 58078-8416 |
| Jean Clark<br>705 13th Ave N Apt 214<br>Fargo, ND 58102-2681 | Jeffrey L. Miller<br>1920 Riverwood Drive<br>Bismarck, ND 58504-8807 | Jeremy Moe<br>22213 Dakota Ave<br>Lakeville, MN 55044-2414 |
| Jerrod Hoaas<br>3521 47th Ave S<br>Fargo, ND 58104-7767 | Jocelyn Hams<br>4535 Urban Plains Dr S. Apt 105<br>Fargo, ND 58104-3506 | Jody Geron<br>3130 40th Ave W<br>West Fargo, ND 58078-8264 |
| Joel Sellin<br>43414 Bass Harbor Road<br>Pelican Rapids, MN 56572-7581 | John Butz<br>948 13th Ave SE<br>Minot, ND 58701-2708 | Joleen Heim<br>2313 8th St. E<br>Dickinson, ND 58601-6922 |
| Kacie Edwards Pahl<br>418 3rd St SW<br>Jamestown, ND 58401-4018 | Kandas Pearl Edwards<br>8211 62nd St SE<br>Edgeley, ND 58433-9745 | Kara O'Byrne<br>6720 SW 4th St, Apt 3-215<br>Lincoln, NE 68523-9163 |
| Karen Poppe<br>3810 21st Street South<br>Fargo, ND 58104-6872 | Katherine Jean Backen-Andersen<br>117 3rd Ave East<br>West Fargo, ND 58078-1820 | Kelly D. Morelli<br>1624 Apple Way<br>Minot, ND 58701-6818 |
| Kelly Lessard<br>1025 West 15th Street<br>Grafton, ND 58237-2025 | Kelly Spanier<br>709 Evergreen Circle<br>Jamestown, ND 58401-4806 | Kelsey Kosiak<br>208 E Greenfield Ln #314<br>Bismarck, ND 58503-6592 |
| Kelsi Langlie<br>16825 61st St SE<br>Walcott, ND 58077-9750 | Kent & Alene Bahl<br>Attn: Alene Bahl<br>906 Village Ave SE<br>Minot, ND 58701-2721 | Kent & Alene Bahl<br>906 Village Ave SE<br>Minot, ND 58701-2721 |

| | | |
|---|---|---|
| Kevin Bryant<br>506 14th St NE<br>Mandan, ND 58554 | Kevin Mehrer<br>515 Piper St<br>Kindred, ND 58051-4511 | Kimberly Carlson<br>745 31st Ave E<br>West Fargo, ND 58078-8326 |
| Kimberly Knispel<br>3312 21st Ave NW Apt 213<br>Minot, ND 58703-5009 | Kimberly Smerud<br>1671 19th Street N Apt 308<br>Wahpeton, ND 58075-3173 | Kristen Kounovsky<br>3680 54th St S<br>Fargo, ND 58104-7480 |
| Lance Johnson<br>3616 Hidden Circle<br>West Fargo, ND 58078-7928 | Larry Johnson<br>603 3rd Ave NE<br>Jamestown, ND 58401-3331 | Larry M. Ledene<br>300 4th Ave West<br>PO Box 155<br>Powers Lake, ND 58773-0155 |
| Larry Senechal<br>4574 4th Ave NE<br>Balfour, ND 58712-9424 | Laura Morelli<br>1300 13th St SW<br>Minot, ND 58701-5786 | Lee Quick<br>1118 11th St S<br>Moorhead, MN 56560-3619 |
| Lee Schaleben<br>8818 Meadowlark Pkwy<br>Horace, ND 58047-3703 | Leon Vandeberg<br>2114 16th Court W<br>Williston, ND 58801-2528 | Letitia Johnson<br>603 3rd Ave NE<br>Jamestown, ND 58401-3331 |
| Liberty Development, LLC<br>Vicki Campbell<br>400 10th Street SE<br>Minot, ND 58701-4908 | Lowe's Printing<br>PO Box 116<br>Minot, ND 58702-0116 | Luella J. Gomke<br>5965 Brittania Boulevard<br>Tavares, FL 32778-9113 |
| Madelyn Runck<br>1730 11th St S<br>Fargo, ND 58103-4914 | Madison Meinen<br>4880 45th Ave S<br>Fargo, ND 58104-4260 | MAKT, LLC<br>400 10th St. SE<br>Minot, ND 58701-4908 |
| Marcqus Ohlmacher<br>3140 Bluestem Dr Apt 303<br>West Fargo ND 58078 | Margarete Olson<br>9455 45th Ave NW<br>Mohall, ND 58761-9246 | Margarete Olson<br>c/o Cheryl Engebretson<br>9455 45th Ave NW<br>Mohall, ND 58761-9246 |
| Mark Ahmann<br>9426 Large Court NE<br>Ostego, MN 55330-7402 | Mark Gomez<br>214 9th St N<br>Moorhead, MN 56560-1909 | Mark Sellin<br>1414 Sunset Blvd<br>Hawley, MN 56549-4412 |
| Mark Weber<br>641 Langer Drive<br>Casselton, ND 58012-3619 | Marla Kulig<br>3 Glacial Court<br>Minot, ND 58703-1220 | Mary Berning<br>1223 15th Avenue SW<br>Minot, ND 58701-5751 |

| | | |
|---|---|---|
| Mason Morelli<br>1624 Apple Way<br>Minot, ND 58701-6818 | Matt Wuorinen<br>745 31st Ave E #203<br>West Fargo, ND 58078-8328 | Matthew Kalbus<br>5408 Tyler Ave S<br>Fargo, ND 58104-4013 |
| Matthew P. Morelli<br>1624 Apple Way<br>Minot, ND 58701-6818 | McKenzie Fettig<br>744 Albert Dr W<br>West Fargo, ND 58078-8525 | McKenzy Braaten<br>6078 Autumn Dr S<br>Fargo, ND 58104-7656 |
| Megan Bergeson<br>4514 17th Ave S<br>Moorhead, MN 56560-7185 | Megan Sundet-Plankers<br>14 37th Avenue S<br>Moorhead, MN 56560-5504 | Michael A Chambers Living Trust<br>3155 Bluestem Drive #174<br>West Fargo, ND 58078-8002 |
| Michael Abram<br>2917 29th Ave Circle South<br>Moorhead, MN 56560-5426 | Michael Klein<br>6201 121st Ave. SE<br>Minot, ND 58701-9215 | Michael Schutz<br>9039 Parkside Drive<br>Woodbury, MN 55125-7514 |
| Michelle Anderson<br>3968 Ivy Drive<br>Grand Forks, ND 58201-3974 | Midwest Glass and Door Inc.<br>7401 County Road 19S<br>Minot, ND 58701-2527 | Misty Dietz<br>7008 26th St S<br>Fargo, ND 58104-7199 |
| Mortenson Masonry, Inc.<br>Breanne Mortenson<br>205 Foundation Ave<br>Glyndon, MN 56547-4010 | Nadine Marie Schutz<br>9039 Parkside Drive<br>Woodbury, MN 55125-7514 | Nashten McFarren<br>2580 5th St W Apt B<br>West Fargo, ND 58078-3085 |
| Nick Manske<br>3204 46th Ave S<br>Fargo, ND 58104-6653 | Nick Vollmuth<br>2640 96th Street<br>Selfridge, ND 58568 | Nicole Fix<br>501 14th St NW<br>Minot, ND 58703-2057 |
| North Dakota Street Rod Association<br>Kolynne Speer<br>21423 190th Ave N<br>Ulen, MN 56585-9232 | Paige Krodel<br>6969 26th St S<br>Fargo, ND 58104 | Patrick Morelli<br>1300 13th St SW<br>Minot, ND 58701-5786 |
| Payton Rott<br>4803 38 1/2 Ave N<br>Fargo, ND 58102-6256 | Peggy M. Miller<br>1920 Riverwood Drive<br>Bismarck, ND 58504-8807 | Pioneer Place Holdings<br>400 10th Street SE<br>Minot, ND 58701-4908 |
| Randy and Dorothy Henke<br>c/o Peter B. Hankla<br>McGee, Hankla & Backes, PC<br>2400 Burdick Expressway East, Suite 100<br>PO Box 998<br>Minot, ND 58702-0998 | Randy Henke<br>9400 275th Ave SE<br>Sawyer, ND 58781-9221 | Raoul K Brandt Trust<br>Raoul Brandt<br>903 1st St SE<br>PO Box 327<br>Stanley, ND 58784-0327, |

| | | |
|---|---|---|
| Raymond Gooch<br>6538 12th Ave. NW<br>Seattle, WA 98117-5246 | Ritchie Valen<br>502 Lorene Drive<br>O'Fallon, MO 63366-1331 | Robin Hultberg<br>884 31st Ave NW<br>Coleharbor, ND 58531-9485 |
| Roger Grimsely<br>5697 Pinehurst Drive<br>Grand Forks, ND 58201-2807 | Ruby Rau<br>2704 18th Ave SW<br>Minot, ND 58701-8131 | Sadie Boeckel<br>627 33rd Ave W Apt 101<br>West Fargo, ND 58078-7817 |
| Sarah Kounovsky<br>1618 3rd St N<br>Fargo, ND 58102-2332 | Scott Baisch<br>410 3rd Ave NW<br>Hazen, ND 58545-4328 | Scott Engum<br>4348 66th St. S<br>Fargo, ND 58104-6086 |
| Scott Harold Sellin<br>16372 Bird Dog Road<br>Audubon, MN 56511-9607 | Shane Fletcher<br>1046 Westport Pkwy<br>West Fargo, ND 58078-8292 | SCH, Inc.<br>41228 N Whistling Strait Ct<br>Phoenix, AZ 85086-1976 |
| SCH, Inc.<br>745 31st Ave E<br>West Fargo, ND 58078-8326 | Sherry Rode<br>PO Box 66<br>Marion, ND 58466-0066 | Spencer Olson<br>4740 95th St. NW<br>Mohall, ND 58761-9244 |
| STC Flooring<br>2512 West Main Ave<br>West Fargo, ND 58078-1310 | Susan Nilson<br>4804 2nd St E<br>West Fargo, ND 58078-8204 | Tamara VanWechel<br>601 Sugar Drive<br>Argusville, ND 58005-9616 |
| Tammy LaCrosse<br>PO Box 1835<br>Williston, ND 58802-1835 | Tanner Lautt<br>1328 4th St NW<br>West Fargo, ND 58078-3936 | Taracon Precast, LLC<br>Attn: Cornelius Wipf<br>6189 170th St. N<br>Hawley, MN 56549-9094 |
| Taracon Precast, LLC<br>c/o Zenas Baer<br>Zenas Baer Law Office<br>P.O. Box 249<br>Hawley, MN 56549-0249, | Taryn Pallen<br>1591 34th Ave S<br>Moorhead, MN 56560-6967 | Terese Ahmann<br>9426 Large Court NE<br>Ostego, MN 55330-7402 |
| Terry Zeltinger<br>1803 24th St. SW<br>Minot, ND 58701-8102 | Thomas P. Hauge<br>8765 60th Ave. SW<br>Carson, ND 58529-9527 | Tim Anderson<br>3968 Ivy Drive<br>Grand Forks, ND 58201-3974 |
| Timothy Gagnon<br>175 Victoria Court<br>Grand Forks, ND 58201-6144 | Todd Brown<br>6060 66th Ave NW<br>Berthold, ND 58718-9055 | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598-0633 |

| | | |
|---|---|---|
| TRoss TR Capital Management<br>PO box 633<br>Woodmere, NY 11598-0633 | Vance Moorhead LLC<br>PO Box 879<br>Minot, ND 58702-0879 | Vicki Campbell<br>400 10th St, SE<br>West Fargo, ND 58078 |
| Westbrand & Co. FBO Robert Nowak<br>S/D Roth IRA<br>Robert Nowak<br>3216 1st St SE<br>Minot, ND 58701-7160, | William Bilben<br>3140 Bluestem Dr Apt 212<br>West Fargo, ND 58078-8012 | William Quam<br>9710 107th Ave SE<br>Minot, ND 58701-2451 |
| WTS-ND Holdings, LLC<br>PO Box 1835<br>Williston ND 58802-1835 | Zacharie Messmer<br>443 38th Ave W<br>West Fargo, ND 58078-8169 | 7Seven Property Partners, LLP<br>Kevin Black<br>PO Box 3480<br>Minot, ND 58702-3480 |
| A&R Roofing, Inc.<br>975 Armour St N<br>West Fargo, ND 58078-1027 | Aaron Chalmers<br>529 S Bushwacker Rd<br>Coeur d'Alene, ID 83814-9379 | Abby Christofferson<br>723 7th St E<br>Napoleon, ND 58561-7319 |
| Alan Goeser<br>8958 79th Ave NE<br>Munich, ND 58352-9676 | Alex Aardahl<br>72 Valley Bluffs Ct.<br>Minot, ND 58701-7556 | Alvera Leier<br>2200 East Koch Drive Apt 223<br>Bismarck ND 58503-1291 |
| Amanda Mack<br>PO Box 392<br>Velva, ND 58790-0392 | American Trust Center FBO Harvey<br>Kadrmas<br>Attn: Luke Leno<br>401 N. 4th Street<br>Bismarck, ND 58501-4256 | AMEX TRS Co., Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 |
| Angie Schweitzer<br>619 10th Avenue E<br>West Fargo, ND 58078-3112 | Ann Marie Schutz<br>6313 13th St N<br>Fargo, ND 58102-6010 | Anton Leier<br>2200 East Koch Drive Apt 223<br>Bismarck, ND 58503-1291 |
| Arlene Bahl<br>906 Village Ave SE<br>Minot, ND 58701-2721 | Barry Olson<br>5615 County Rd 3<br>Kindred, ND 58051-9523 | Beth Nepstad<br>1320 150th Ave.<br>Hendrum, MN 56550-9429 |
| Bette Gillis<br>12 Bighorn Ct<br>South Barrington, IL 60010-1014 | Beverly Fulks<br>709 Bradford<br>Argyle, MN 56713 | Bill Biblen<br>1522 35th Ave S<br>Fargo, ND 58104-6114 |
| Blu on Broadway, LLC<br>400 10th St SE<br>Minot, ND 58701-4908 | Boomtown Enterprises LLC<br>408 20th Avenue SW, Suite 101<br>Minot, ND 58701-6493 | Boomtown Enterprises, LLC<br>Ryan Skarphol<br>408 20th Ave. SW Suite 101<br>Minot, ND 58701-6493 |

| | | |
|---|---|---|
| Boulevard Square<br>400 10th St SE<br>Minot, ND 58701-4908 | Boulevard Square I, LLC<br>PO Box 879<br>Minot, ND 58702-0879 | Boulevard Square III, LLC<br>400 10th St SE<br>Minot, ND 58701-4908 |
| Bravera Wealth FBO Harvey Kadrmas IRA<br>Luke Leno<br>401 N 4th St<br>Bismarck, ND 58501-4256 | Brenda Feller<br>700 11th Ave. NE<br>Minot, ND 58703-1527 | Brent & Verinda Hill<br>3605 S Judy Ave<br>Sioux Falls, SD 57103-7247 |
| Brent Hill<br>3605 South Judy Ave.<br>Sioux Falls, ND 58104 | Brian & Laura Seifert<br>27 Wood Oaks Drive<br>South Barrington, IL 60010-1092 | Brian Berg<br>135 North Woodcrest Dr<br>Fargo, ND 58102-2155 |
| Brian J. Seifert & Laura J. Seifert<br>27 Wood Oaks Drive<br>South Barrington, IL 60010-1092 | Brian Kounovsky & Kounovsky, Inc.<br>c/o Maurice B. VerStandig<br>The Dakota Bankruptcy Firm<br>1630 1st Avenue N<br>Suite B PMB 24<br>Fargo, North Dakota 58102-4246 | Brian Seifert<br>27 Wood Oaks Drive<br>Barrington, IL 60010-1092 |
| Bruce Walker and Dianne Walker<br>c/o Ryan G. Quarne<br>Olson & Burns, P.C.<br>PO Box 1180<br>Minot ND 58702-1180 | Bryan D. & Susan L. Thomas<br>904 25th St. NW<br>Minot, ND 58703-1737 | Bryan D. Thomas<br>904 25th St NW<br>Minot, ND 58703-1737 |
| Carol Weber<br>PO Box 297<br>Casselton, ND 58012-0297 | Carolyn Berning<br>2302 10th St W<br>West Fargo, ND 58078-3202 | Casey Gooch<br>5336 Highland Drive<br>Auburn, WA 98092-8797 |
| Charles R. Anderson<br>4927 W. Charleston<br>Glendale, AZ 85308-1471 | Charlotte Heim<br>3559 102 P Ave SW<br>Dickinson, ND 58601-8596 | Clarissa Brackenbury<br>PO Box 263<br>Mohall, ND 58761-0263 |
| Clifford Otten<br>908 Shady Lane East<br>Wayzata, MN 55391-1830 | CM Wynn Contracting<br>3609 Southridge Lane<br>Bismarck, ND 58504-9645 | Connie Iverson<br>10090 9th St NE<br>Binford, ND 58416-9362 |
| Craig and Roberta Wiltse<br>13584 68th ST SE<br>Lisbon ND 58054-9330 | Craig Geron<br>3130 40th Avenue West<br>West Fargo, ND 58078-8264 | Craig Gooch<br>5336 Highland Dr<br>Auburn, WA 98092-8797 |
| Craig Wiltse<br>13584 68th St. SE<br>Lisbon, ND 58054-9330 | Cullen Insulation Inc<br>Eric Cullen<br>202 15th St N<br>Fargo, ND 58102-4222 | Cullen Insulation, Inc.<br>c/o Benjamin Williams<br>Kennelly Business Law<br>1213 NP Ave, Suite 301<br>Fargo, ND 58102-4798 |

| | | |
|---|---|---|
| Custom Aire, Inc.<br>Scott Boettner<br>5525 1st Ave. N<br>Grand Forks, ND 58203-2501 | Dale Langseth<br>3295 100th St South<br>Glyndon, MN 56547-9600 | Dan Weber<br>PO Box 297<br>Casselton, ND 58012-0297 |
| Darryl & Charlotte Heim<br>c/o Randall N. Sickler<br>Ebeltoft.Sickler.Lawyers PLLC<br>2272 8th Street West<br>Dickinson, ND 58601-8590 | Darryl Heim<br>3559 102 P Ave SW<br>Dickinson, ND 58601-8596 | Dave and Jean Seifert<br>506 24th Avenue North<br>Fargo, ND 58102-1933 |
| Dave Gehrtz<br>1687 65th Ave NE<br>New Rockford, ND 58356-8797 | Dave Gillis<br>12 Bighorn Ct<br>South Barrington, IL 60010-1014 | Dave Seifert<br>506 24th Ave. N<br>Fargo, ND 58102-1933 |
| David Feller<br>700 11th Ave. NE<br>Minot, ND 58703-1527 | DOIT & CO FBO<br>Attn: Trust Dept<br>3001 25th St S<br>Fargo, ND 58103-5036 | DOIT & CO FBO Daniel Todd<br>Attn: Trust Dept<br>3001 25th St S<br>Fargo, ND 58103-5036 |
| Earthwork Services<br>Trent Duda<br>345 12th Ave NE<br>West Fargo, ND 58078-1060 | EC West Fargo, LLC<br>c/o Lighthouse Management Group, Inc.<br>900 Long Lake Road Ste. 180<br>New Brighton, MN 55112-6455 | ECMW<br>745 31st Ave E Suite 105<br>West Fargo, ND 58078-8327 |
| ECMW 2023, LLC<br>Vicki Campbell<br>400 10th St, SE<br>West Fargo, ND 58078 | ECWF<br>400 4th St. S<br>Minot, ND 58701-4315 | Edith Prentice<br>739 Juniper Drive<br>Bismarck, ND 58503 |
| Elrick and Karen Poppe<br>c/o David J. Chapman<br>D J Chapman Law, P.C.<br>3155 Bluestem Drive, PMB #388<br>West Fargo, ND 58078-8002, | Emily Christofferson<br>723 7th St E<br>Napoleon, ND 58561-7319 | Enderlin Insurance Agency, LLC<br>Walter M. Johnson<br>302 4th Avenue<br>Enderlin, ND 58027-1309 |
| EPIC Companies Midwest, LLC<br>c/o Lighthouse Management Group, Inc.<br>900 Long Lake Road Ste. 180<br>New Brighton, MN 55112-6455 | EPIC Companies Midwest 2023, LLC<br>c/o Lighthouse Management Group, Inc.<br>900 Long Lake Road Ste. 180<br>New Brighton, MN 55112-6455 | EPIC Employee, LLC<br>c/o Lighthouse Management Group, Inc.<br>900 Long Lake Road Ste. 180<br>New Brighton, MN 55112-6455 |
| EPIC Gateway East Real Estate Holding<br>400 10th St S<br>Minot, ND 58701-4908 | EPIC Holdings, II<br>745 31st Avenue E #105<br>West Fargo, ND 58078-8327 | EPIC Official Creditors Committee<br>c/o Benjamin J. Court<br>Stinson LLP<br>50 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402-2241 |
| EPIC Official Creditors Committee<br>c/o Christopher J. Harayda<br>Stinson LLP<br>50 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402-2241, | EPIC Place LLC<br>PO Box 879<br>Minot, ND 58702-0879 | EPIC Preference<br>400 10th St SE<br>Minot, ND 58701-4908 |

| | | |
|---|---|---|
| Flaten Holdings LLC<br>Dan Flaten<br>1809 6th St. W<br>West Fargo, ND 58078-4612 | Fox Valley Contractors<br>1061 N. Raddant Road<br>Batavia, IL 60510-4215 | Gail Olson<br>5615 County Rd 3<br>Kindred, ND 58051-9523 |
| Gerald Iverson<br>10090 9th St NE<br>Binford, ND 58416-9362 | Gitta Goeser<br>713 Broadway<br>Buxton, ND 58218-4006 | Greenfield Commons<br>PO Box 879<br>Minot, ND 58702-0879 |
| Hal Ross<br>PO Box 147<br>Bowbells, ND 58721-0147 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Irene Kuhn<br>413 Ave E East<br>Napoleon, ND 58561-7317 |
| Isabel M. Liska<br>122 14th Ave E Unit D<br>West Fargo, ND 58078-3317 | J&K Legacy LLC<br>Kelly A. Desautel<br>1025 West 15th Street<br>Grafton, ND 58237-2025 | James J. Johnson 2023 - Separate Trust<br>James J. Johnson<br>109 Monterey Ave. #5<br>Capitola, CA 95010-3246 |
| James Olson<br>2850 Longfellow Road<br>Fargo, ND 58102-1717 | James R. Bullis<br>3280 Veterans Blvd S<br>Suite 302<br>Fargo, ND 58104-3348 | James Schutz<br>6313 13th St N<br>Fargo, ND 58102-6010 |
| James Wiltse<br>13584 68th SE<br>Lisbon, ND 58054-9330 | James. W. Grote, Jr.<br>417 23rd St. NW<br>Minot, ND 58703-1855 | Jamestown Medical Foundation<br>Jim Boatman<br>PO Box 484<br>Jamestown, ND 58402-0484 |
| Jason Primus<br>Creative Planning, LLC<br>Jason Primus, CPA<br>220 Park Ave S<br>St. Cloud, MN 56301-3713 | Jean Seifert<br>506 24th Ave N<br>Fargo, ND 58102-1933 | Jeff Fisk<br>4864 Blue Bell Loop S<br>Fargo, ND 58104-5411 |
| Jenifer Punton<br>14628 28th St. SE<br>Ayr, ND 58007-9720 | Jenna Weisenburger<br>318 2nd St SE<br>New Rockford, ND 58356-1952 | Jennifer Feller<br>PO Box 157<br>Surrey, ND 58785-0157 |
| Jennifer Sue Arne<br>2560 Highland Rd<br>Minnetrista, MN 55359-9571 | Jerilyn A. Larck<br>PO Box 205<br>Hope ND 58046-0205 | Jessica Aardahl<br>72 Valley Bluffs Ct.<br>Minot, ND 58701-7556 |
| Jill Thompson<br>192 Haines Dr.<br>Binford ND 58416-9401 | Jim & JoAnn McKay Family Trust<br>Jim McKay<br>6721 Schelee Court NW<br>Rochester, MN 55901-8829 | Jim & JoAnn McKay Family Trust<br>JoAnn McKay<br>6721 Schelee Court NW<br>Rochester, MN 55901-8829 |

| | | |
|---|---|---|
| Jim & JoAnn McKay Family Trust f/b/o<br>Julie M<br>c/o Berly D. Nelson<br>Serkland Law Firm<br>10 Roberts Street North<br>Fargo, ND 58102-4982 | Joel M. Fremstad<br>Fremstad Law Firm<br>3003 32nd Ave. S., Ste. 240<br>P.O. Box 3143<br>Fargo, ND 58108-3143 | John Douts<br>PO Box 425<br>Powers Lake, ND 58773-0425 |
| Jolene Christofferson<br>723 7th St E<br>Napoleon, ND 58561-7319 | Jonathan Warrey<br>1321 Morningside Drive<br>Casselton, ND 58012-3716 | Joseph Haj<br>2276 14th Street W<br>West Fargo, ND 58078-8443 |
| Julie Moore<br>6194 27th Street South<br>Fargo, ND 58104-7100 | Karen Gooch<br>5336 Highland Drive<br>Auburn, WA 98092-8797 | Karen Steeves<br>227 3rd Ave. E<br>Sherwood, ND 58782-4029 |
| Katherine Pendergast<br>PO Box 3081<br>Bismarck, ND 58502-3081 | Kathleen Drovdal<br>6117 Heritage Ridge Road<br>Bismarck, ND 58503-7316 | Katrina Turman Lang<br>Wold Johnson P.C.<br>P.O. Box 1680<br>Fargo, ND 58107-1680 |
| Kim Holmes<br>111 N. 3rd Avenue S #205<br>Grand Forks, ND 58203-3749 | Kounovsky Inc.<br>Brian Kounovsky<br>3680 54th St. S<br>Fargo, ND 58104-7480 | Larry and Betty Ledene<br>c/o Robert G. Will<br>McGee, Hankla & Backes, PC<br>2400 Burdick Expressway East, Suite 100<br>PO Box 998<br>Minot, ND 58702-0998 |
| Larry and Candice Dietz<br>and Dietz Properties, LLC<br>c/o Katrina A. Turman Lang<br>Wold Johnson, P.C.<br>500 2nd Ave. N., Suite 400<br>Fargo, ND 58102-4850 | Larry E. and Letitia Johnson<br>603 3rd Ave NE<br>Jamestown, ND 58401-3331 | Lauren Gillis<br>2822 Sweet Ridge Street<br>Tallahassee, FL 32308-4689 |
| Leroy Nepstad<br>1320 150th Ave.<br>Hendrum, MN 56550-9429 | Liudmila Zonina<br>109 Monterey Avenue Apt 5<br>Capitola, CA 95010-3246 | LTC - The Lincoln, LLC<br>c/o Amy Swedberg<br>Maslon LLP<br>225 South 6th Street, Suite 2900<br>Minneapolis, MN 55402-4609 |
| Lynn Wadeson<br>1986 Burlington Drive<br>West Fargo, ND 58078-4323 | Lynne M. Mari<br>3601 University Dr. S #207<br>Fargo, ND 58104-6288 | Marilyn Werre<br>4206 Timberline Drive S<br>Fargo, ND 58104-6640 |
| Mark and Teresa McGuigan<br>3908 21st Street South<br>Fargo ND 58104-6870 | Mark McGuigan<br>3908 21st St. S<br>Fargo, ND 58104-6870 | Marshall E. Fulks and Beverly L. Fulks<br>Howard D. Fulks<br>1719 10th Street South<br>Fargo, ND 58103-4911 |
| Marshall Fulks<br>709 Bradford<br>Argyle, MN 56713 | Mary Jane & Dale Langseth<br>3295 100 Street South<br>Glyndon, MN 56547 | Mary Jane Langseth<br>3295 100th St South<br>Glyndon, MN 56547-9600 |

| | | |
|---|---|---|
| McKay Family Fund<br>1337 Elm Circle N<br>Fargo, ND 58102-2749 | Meagan Dee Delinksi<br>5573 Deb Drive West<br>West Fargo, ND 58078 | Melissa M. Johnson<br>502 Oak Street<br>PO Box 513<br>Lisbon, ND 58054-0513 |
| Michael & Jill Thompson<br>192 Haines Dr.<br>Binford, ND 58416-9401 | Michael & Lauren Gillis<br>2822 Sweet Ridge Street<br>Tallahassee, FL 32308-4689 | Michael Edward Thompson<br>192 Haines Drive<br>Binford, ND 58416-9401 |
| Michael Myhre<br>6735 24th St NE<br>Sheyenne, ND 58374-9147 | Michael Nilson<br>4804 2nd St E<br>West Fargo, ND 58078-8204 | Michell McKay<br>1337 Elm Circle<br>Fargo, ND 58102-2749 |
| Mike Evans<br>311 11th Ave Apt #201<br>Fargo, ND 58103-2856 | Monica Peterson<br>214 7th St. SE<br>Minot, ND 58701-4032 | Mortenson Masonry, Inc.<br>3280 Veterans Blvd S<br>Suite 302<br>Fargo, ND 58104-3348 |
| Myron A Schapp<br>201 Prairiewood Dr S Unit C<br>Fargo, ND 58103-4648 | Nancy J. Olson<br>500 3rd Ave NE<br>Mohall, ND 58761-4306 | Nick Vollmuth and Deborah Vollmuth<br>c/o Alexander S. Kelsch<br>Kelsch Ruff Kranda Nagle & Ludwig<br>PO Box 1266<br>Mandan, ND 58554-7266, |
| North Dakota State Fair Foundation<br>PO Box 1796<br>Minot, ND 58702-1796 | North Dakota State Tax Commissioner<br>Office of State Tax Commissioner<br>PO Box 5623<br>Bismarck, ND 58506-5623 | Office of Attorney General<br>600 East Boulevard Avenue, Dept. 125<br>Bismarck, ND 58505-0040 |
| Pamela Miller<br>1717 16th St NW<br>Minot, ND 58703-1115 | Patricia Steinmetz<br>1413 7th St. N<br>Fargo, ND 58102-2605 | Paul Antonucci<br>P.O. Box 773694<br>Steamboat Springs, CO 80477-3694 |
| Pete Campbell<br>3600 Highview Ave. NW<br>Minot, ND 58703-3608 | Plaza 32 LLP<br>PO Box 879<br>Minot, ND 58702-0879 | Quality Concrete<br>3918 37th Avenue S<br>Fargo, ND 58104-7380 |
| Reed and Jenna Weisenburger<br>318 2ND ST SE<br>New Rockford, ND 58356-1952 | Reed Weisenburger<br>318 2nd St SE<br>New Rockford, ND 58356-1952 | Rent Group, Inc<br>c/o Szabo Associates, Inc<br>3355 Lenox Road NE, Suite 945<br>Atlanta, GA 30326-1357 |
| RGC Properties, Inc.<br>Ronald Carlson<br>13111 69th St. SE<br>Lisbon, ND 58054-9303 | Richard Duane Sortland<br>1105 5th St. NE<br>Valley City, ND 58072-2406 | Robert & Jenifer Punton<br>14628 28th St. SE<br>Ayr, ND 58007-9720 |

| | | |
|---|---|---|
| Robert B. Raschke<br>Assistant U.S. Trustee<br>Suite 1015 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415-1320 | Robert Feller<br>PO Box 157<br>Surrey, ND 58785-0157 | Robert Gibb<br>220 8th St. S<br>Fargo, ND 58103-1881 |
| Robert Hammond<br>3774 63rd St. SE<br>Napoleon, ND 58561-9643 | Robert Haugenoe<br>305 14th St E<br>Williston, ND 58801-4330 | Robert Krodel<br>414 14th Ave. W<br>Williston, ND 58801-4623 |
| Robert Steeves<br>227 3rd Ave. E<br>Sherwood, ND 58782-4029 | Robert W. Heim Revocable Living Trust<br>Ebeltoft . Sickler . Lawyers PLLC<br>2272 8th Street West<br>Dickinson, ND 58601-8590 | Robert W. Heim, Trustee<br>Robert W. Heim Revocable Living Trust<br>c/o Marissa R. Cerkoney<br>Ebeltoft.Sickler.Lawyers PLLC<br>2272 8th Street West, Dickinson, ND<br>58601-8590 |
| Robert W. Heim, Trustee<br>Robert W. Heim Revocable Living Trust<br>c/o Randall N. Sickler<br>Ebeltoft.Sickler.Lawyers PLLC<br>2272 8th Street West<br>Dickinson, ND 58601-8590 | Roberta Wiltse<br>13584 68th St. SE<br>Lisbon, ND 58054-9330 | Rod Goeser<br>713 Broadway<br>Buxton, ND 58218-4006 |
| Stinson, LLP<br>Samantha J. Hanson-Lenn<br>50 South Sixth Street, Suite 2100<br>Minneapolis, MN 55402-1540 | Sarah J. Wencil<br>Office of the U.S. Trustee<br>Suite 1015 U.S. Courthouse<br>300 South Fourth St.<br>Minneapolis, MN 55415-1320 | Scott Erickson<br>4291 Coventry Drive South<br>Fargo, ND 58104-4252 |
| Scott Hoban<br>c/o Joel M. Fremstad<br>Fremstad Law Firm<br>P.O. Box 3143<br>Fargo, ND 58108-3143 | Scott Miller<br>1717 16th St NW<br>Minot, ND 58703-1115 | Shane R. & Jerilyn A. Larck<br>c/o Anthony Anderson<br>Nilles Law Firm<br>P.O. Box 2626<br>Fargo, ND 58108-2626 |
| Shane R. Larck<br>PO Box 205<br>Hope, ND 58046-0205 | Shirley Valen<br>2550 450th St.<br>Gary, MN 56545-9345 | Sidney Olson<br>9455 45th Ave NW<br>Mohall, ND 58761-9246 |
| Spencer Ray Arne<br>2560 Highland Rd<br>Minnetrista, MN 55359-9571 | Steven T. & Nancy J. Olson<br>500 3rd Ave NE<br>Mohall, ND 58761-4306 | Streyle Masonry, Inc<br>2435 Skylark Ave<br>Bismarck, ND 58504-7590 |
| Susan L. Thomas<br>904 25th St NW<br>Minot ND 58703-1737 | Susan Thomas<br>904 25th St. NW<br>Minot, ND 58703-1737 | SW&L Attorneys<br>Attn: Lee Grossman<br>4627 44th Avenue S Suite 108<br>Fargo ND 58104-4473 |
| Svetlana Peterson<br>1717 N 15th St<br>Bismarck, ND 58501-2024 | Taasha Zerface<br>2638 5th Court West<br>West Fargo, ND 58078-8539 | Teri Brackenbury Leier<br>320 32nd West Ave W #302<br>West Fargo, ND 58078 |

| | | |
|---|---|---|
| Terry Cullen<br>1815 E Rose Creek Pkwy S<br>Fargo, ND 58104-6836 | Terry Olson<br>5615 County Road 3<br>Kindred ND 58051-9523 | Thomas E. Kalil<br>Kalil Law Firm, PLLC<br>P.O. Box 2355<br>Williston, ND 58802-2355 |
| Tina Fisk<br>4864 Blue Bell Loop S<br>Fargo, ND 58104-5411 | Todd Berning<br>2302 10th St W<br>West Fargo, ND 58078-3202 | Tracy Haugenoe<br>305 14th St E<br>Williston, ND 58801-4330 |
| Travis and Taasha Zeiface<br>2638 5th Ct W<br>West Fargo ND 58078-8539 | Travis Klein<br>6201 121st Ave. SE<br>Minot, ND 58701-9215 | Travis Zerface<br>2638 5th Court West<br>West Fargo, ND 58078-8539 |
| TrayKeen LLC<br>Todd Berning<br>2302 10th St W<br>West Fargo, ND 58078-3202 | Trent Duda<br>409 Liberty Circle<br>Horace, ND 58047-4529 | Troy and Julie Moore<br>6194 27th St S<br>Fargo, ND 58104-7100 |
| Troy Moore<br>8336 59th St S<br>Horace ND 58047-2915 | Tschider & Smith<br>2005 N. Kavaney Drive Suite 100<br>PO Box 754<br>Bismarck ND 58502-0754 | Tyler Mack<br>PO Box 392<br>Velva, ND 58790-0392 |
| Tyler Bay<br>1717 N 15th St<br>Bismarck, ND 58501-2024 | Uline<br>12575 Uline Drive<br>Pleasant Prairie WI 53158-3686 | Verinda Hill<br>3605 South Judy Ave.<br>Sioux Falls, ND 58104 |
| Wade Haugeberg<br>2918 5th St NW<br>West Fargo, ND 58078-3928 | Wadeson Properties, LLC<br>Lynn Wadeson<br>1986 Burlington Drive<br>West Fargo, ND 58078-4323 | Wagner LLP<br>134 5th Ave<br>Sabin, MN 556580 |
| Walter M. Johnson<br>502 Oak Street<br>PO Box 513<br>Lisbon, ND 58054-0513 | Wayne Brackenbury<br>PO Box 263<br>Mohall, ND 58761-0263 | Westbrand & Co FBO Angie<br>Schweitzer S/D Traditional IRA<br>Angie Schweitzer<br>619 10th Ave E<br>West Fargo, ND 58078-3112, |
| Westbrand & Co FBO Ann Marie<br>Schutz S/D IRA<br>Ann Marie Schutz<br>6313 13th ST N<br>Fargo, ND 58102-6010 | Westbrand & Co FBO Brendan Boe<br>Brendan Boe<br>503 7th Ave<br>Thompson, ND 58278-4151 | Westbrand & Co FBO Daniel Todd<br>S/D IRA<br>Kailey Boraas<br>PO Box 1090<br>Minot, ND 58702-1090 |
| Westbrand & Co FBO Daniel Todd S/D<br>IRA<br>Kailey Boraas<br>PO Box 1090<br>Minot, ND 58702-1090 | Westbrand & Co FBO Edith Prentice<br>S/D IRA<br>Edith H Prentice<br>1511 3rd St SE #205<br>Jamestown, ND 58401-3975 | Westbrand & Co FBO Kimberly<br>Carlson S/D IRA<br>Kailey Boraas<br>PO Box 1090<br>Minot, ND 58702-1090 |

| | | |
|---|---|---|
| Westbrand & Co FBO Laura Boe Roth IRA<br>Kailey Boraas<br>PO Box 1090<br>Minot, ND 58702-1090, | Westbrand & Co FBO Myron Schapp S/D IRA<br>Myron Schapp<br>201 Prairiewood Drive S Unit C<br>Fargo, ND 58103-4648 | Westbrand & Co FBO Nadine Marie Schutz S/D IRA<br>Kailey Boraas<br>PO Box 1090<br>Minot, ND 58702-1090, |
| Westbrand & Co FBO Richard Gleason Beneficiary of Carold Hield Dec'd I<br>Kailey Boraas<br>PO Box 1090<br>Minot, ND 58702-1090 | Westbrand & Co. FBO Teresa Brackenbury Leier<br>320 32nd Ave W #302<br>West Fargo, ND 58078-8415 | William LaCrosse<br>PO Box 1835<br>Williston, ND 58802-1835 |