

**Fredrikson & Byron, P.A.**
Attorneys and Advisors

60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4400
Main: 612.492.7000
fredlaw.com

July 15, 2025

**Via CM/ECF**

North Dakota Bankruptcy Court
Attn: Clerk's Office
Quentin N. Burdick United States Courthouse
655 1st Ave North, Suite 210
Fargo, ND 58102

Re:   EPIC Companies Midwest, LLC; EPIC Companies Midwest 2023, LLC; EPIC Employee, LLC; EOLA Capital, LLC; and EC West Fargo, LLC (Bankruptcy Case No. 24-30281 (Jointly Administered))

Dear Court Clerk:

We are writing to request an address change for the following creditor in the above-referenced jointly administered bankruptcy cases:

| Creditor | Requested Action |
|---|---|
| Flaten Holdings LLC<br>Dan Flaten<br>1809 6th St W<br>West Fargo, ND 58078.4612 | Flaten Holdings LLC<br>Dan Flaten<br>2303 Rivers Bend Drive E<br>West Fargo, ND 58078 |

Thank you in advance. Please contact me with any questions.

Sincerely,

/e/ Steven R. Kinsella

Steven R. Kinsella
**Direct Dial:** 612.492.7244
**Email:** skinsella@fredlaw.com