

**Fredrikson & Byron, P.A.**
Attorneys and Advisors

60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4400
Main: 612.492.7000
fredlaw.com

July 30, 2025

**VIA CM/ECF**

North Dakota Bankruptcy Court
Attn: Clerk's Office
Quentin N. Burdick United States Courthouse
655 1st Ave North, Suite 210
Fargo, ND 58102

**Re:** EPIC Companies Midwest, LLC; EPIC Companies Midwest 2023, LLC; EPIC Employee, LLC; EOLA Capital, LLC; and EC West Fargo, LLC (Bankruptcy Case No. 24-30281 (Jointly Administered))

Dear Court Clerk:

We are writing to request a removal of the following parties from the creditor matrix in the above-referenced jointly administered bankruptcy cases:

| **Creditor #1100763** | **Creditor #1100764** |
|---|---|
| Jim & JoAnn McKay Family Trust | Jim & JoAnn McKay Family Trust |
| Jim McKay | JoAnn McKay |
| 6721 Schelee Court NW | 6721 Schelee Court NW |
| Rochester, MN 55901-8829 | Rochester, MN 55901-8829 |

These parties requested removal, so as not to receive duplicative mailings. Their other noticing addresses remain on the creditor matrix.

Thank you in advance. Please contact me with any questions.

Sincerely,

*/e/ Steven R. Kinsella*

Steven R. Kinsella
**Direct Dial:** 612.492.7244
**Email:** skinsella@fredlaw.com