**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

**NOTICE OF ELEVENTH APPLICATION OF STINSON LLP FOR**
**ALLOWANCE OF FEES AND EXPENSES AS COUNSEL**
**FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FROM JUNE 1, 2025, THROUGH JUNE 30, 2025**

TO:     The parties-in-interest as specified in the Notice and Service Requirements adopted pursuant to Local Rule 2002-1 and the Court's Order limiting notice pursuant to Fed. R. Bankr. P. 2002(i). [Dkt. No. 124.]

1.      **NOTICE IS HEREBY GIVEN** that Stinson LLP, as counsel for the Official Committee of Unsecured Creditors, has filed its eleventh application for allowance of fees and expenses, a copy of which is attached hereto and served upon you.

2.      **NOTICE IS FURTHER GIVEN** that any objection to the application must be filed with the Clerk of the United States Bankruptcy Court, whose address is Quentin N. Burdick Courthouse, 655 First Avenue North, Suite 210, Fargo, North Dakota 58102, and served upon the attorney whose name and address is listed below, by **August 21, 2025, which is twenty-one (21) days from the date of the filing of this Notice, excluding holidays**. Any objections not filed and served may deemed waived.

Dated: July 31, 2025

/s/  Benjamin J. Court

Benjamin J. Court (ND #07776)
Christopher J. Harayda (MN #0390333)
Samantha J. Hanson-Lenn (MN #0402035)
**STINSON LLP**
50 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402
Telephone: 612-335-1500
benjamin.court@stinson.com
cj.harayda@stinson.com
samantha.hansonlenn@stinson.com

**COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED
CREDITORS.**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

**ELEVENTH APPLICATION OF STINSON LLP FOR ALLOWANCE OF FEES AND EXPENSES AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FROM JUNE 1, 2025, THROUGH JUNE 30, 2025**

1.　　Stinson LLP ("Stinson") makes this Eleventh Application for allowance of fees for professional services rendered and for reimbursement of expenses incurred as counsel for the Official Committee of Unsecured Creditors (the "Committee") of EPIC Companies Midwest, LLC, EPIC Companies Midwest 2023, LLC, EPIC Employee, LLC, EOLA Capital, LLC, and EC West Fargo, LLC (collectively, the "Debtors") pursuant to 11 U.S.C. § 330.

2.　　In support of this Application, Stinson respectfully states as follows:

**JURISDICTION**

3.　　This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334 and Fed. R. Bankr. P. 5005. This a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The petitions commencing these Chapter 11 cases were filed on July 8, 2024 (the "Petition Date"). The cases are currently pending before this Court.

4.　　This Application arises under 11 U.S.C. §§ 503(b)(2), 328(a), 330, 331, and 1103. This Application is filed under Fed. R. Bankr. P. 2016 and 2002(a)(6). Notice of this Application

is provided pursuant to the Federal Rules of Bankruptcy Procedure, the Notice and Service Requirements adopted pursuant to Local R. 2002-1, and the Court's Order limiting notice pursuant to Fed. R. Bankr. P. 2002(i). [Dkt. No. 124.]

## BACKGROUND

5.      On July 30, 2024, the Office of the United States Trustee appointed the Committee. [Dkt. No. 58.]

6.      On August 7, 2024, the Committee selected Stinson to serve as its bankruptcy counsel, subject to court approval. On August 13, 2024, the Committee filed the Application to Employ Stinson LLP as Counsel to the Official Committee of Unsecured Creditors (the "Application to Employ"). [Dkt. No. 69.] The Court granted the Application to Employ, effective August 7, 2024, on August 30, 2024, via docket text (the "Order Approving Application to Employ"). [Dkt. No. 101.] A copy of the Order Approving Application to Employ is attached as **Exhibit A.**

7.      Pursuant to the Order Approving the Application to Employ, the Court also granted Stinson the authority to apply for fees and expenses pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Retained Professionals (the "Order Establishing Fee Application Procedures") [Dkt. No. 72]. The Order Establishing Fee Application Procedures is attached as **Exhibit B**.

8.      This is Stinson's eleventh application for compensation under 11 U.S.C. § 331. Stinson's filed its first application on September 16, 2024 (the "First Application"); its second application on November 7, 2024 (the "Second Application"); its third application on December 2, 2024 (the "Third Application"); its fourth application on December 30, 2024 (the "Fourth Application"); its fifth application on February 6, 2025 (the "Fifth Application"); its sixth

application on February 25, 2025 (the "Sixth Application"); its seventh application on April 4, 2025 (the "Seventh Application"); its eighth application on May 2, 2025 (the "Eighth Application"); its ninth application on June 2, 2025 (the "Ninth Application"); and its tenth application on June 25, 2025 (the "Tenth Application"). [Dkt. Nos. 109, 160, 179, 202, 219, 237, 265, 282, 333, and 392.] The Court has approved all ten Applications as follows: 1) for the First Application, the Court approved $42,776.50 in fees and $1,953.04 in expenses for a total of $44,729.54 on October 21, 2024; 2) for the Second Application, the Court approved $40,957.50 in fees and $2,661.88 in expenses for a total of $43,619.38 on December 4, 2024; 3) for the Third Application, the Court approved $11,882.00 in fees on December 27, 2024; 4) for the Fourth Application, the Court approved $16,105.50 in fees on January 27, 2025; 5) for the Fifth Application, the Court approved $6,188.50 in fees on March 4, 2025; 6) for the Sixth Application, the Court approved $18,631.50 in fees on March 25, 2025; 7) for the Seventh Application the Court approved $16,390.50 in fees on May 1, 2025; and 8) for the Eighth Application the Court approved $19,036.50 in fees and $570.25 in expenses for a total of $19,606.75 on May 28, 2025; 9) for the Ninth Application the Court approved $8,734.50 in fees on June 24, 2025; and 10) for the Tenth Application the Court approved $10,285.50 in fees on July 17, 2025. [Dkt. Nos. 149, 181, 201, 217, 239, 264, 279, 327, 389, and 403.]

## **RELIEF REQUESTED**

1.     **Fees and Expenses**.  By this Application, Stinson requests allowance of fees for professional services rendered during Debtors' Chapter 11 cases between June 1, 2025, to June 30, 2025, in the amount of **$20,750.50**, and reimbursement of expenses in the amount of **$2,021.74**, for a total of **$22,772.24**

CORE/3531668.0002/230129533.2

2.      The professional services rendered by Stinson are detailed on the attached **Exhibit**

**C**. Those services include the tasks specifically described below:

**(Task Code: B100 and B110) Case Administration: $1,741.00**
Services include reviewing and analyzing court filings including the monthly operating reports, preparing exhibits and finalizing filings with the Court, including ensuring all court orders and local rules are followed, and coordinating the unsecured creditors meeting held in Fargo.

| **Name** | **Hours** | **Year** | **Hourly Rate** | **Fees** |
|---|---|---|---|---|
| Benjamin J. Court | 0.2 | 2025 | $565 | $113.00 |
| Christopher J. Harayda | 0.2 | 2025 | $565 | $113.00 |
| Shelby E. Kostolni | 3.5 | 2025 | $395 | $1,382.50 |
| Stephanie Hess | 0.5 | 2025 | $265 | $132.50 |
| **TOTAL** | **4.4** | | | **$1,741.00** |

| Blended Hourly Rate: | $395.68 |
|---|---|

**(Task Code: B120) Asset Analysis and Recovery: $0.00**

**(Task Code B150) Meetings of and Communications with Creditors:  $10,764.00**
Services include participating in various conferences with the Committee to evaluate and provide advice regarding Chapter 11 Plan and Debtors' recovery options, settlements, and status updates; reviewing and responding to various questions from creditors regarding Chapter 11 Plan; engaging in various communications via email and phone with creditors regarding the status of case, bankruptcy process, and new filings in the case; attending and participating in an in-person meeting in Fargo for all unsecured creditors to provide a status update to unsecured creditors on the Chapter 11 Plan and Disclosure Statement.

| **Name** | **Hours** | **Year** | **Hourly Rate** | **Fees** |
|---|---|---|---|---|
| Benjamin J. Court | 5.2 | 2025 | $565 | $2,938.00 |
| Christopher J. Harayda | 8.3 | 2025 | $565 | $4,689.50 |
| Miranda S. Swift | 6.3 | 2025 | $385 | $2,425.50 |
| Shelby E. Kostolni | 1.8 | 2025 | $395 | $711.00 |
| **TOTAL** | **21.6** | | | **$10,764.00** |

| Blended Hourly Rate: | $498.33 |
|---|---|

**(B160 and 170) Employment Applications and Fee Applications:  $1,014.00**
Services include preparing Fee Applications and evaluating issues regarding Fee Applications.

CORE/3531668.0002/230129533.2

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Benjamin J. Court | 0.4 | 2025 | $565 | $226.00 |
| Shelby E. Kostolni | 1.8 | 2025 | $395 | $711.00 |
| Miranda S. Swift | 0.2 | 2025 | $385 | $77.00 |
| **TOTAL** | **2.4** | | | **$1,014.00** |

| Blended Hourly Rate: | $422.50 |
|------|------|

### (B190) Other Contested Matters:  $118.50

Services include reviewing updated pleadings in adversary proceedings and analyzing issues regarding defenses in adversary proceedings; and preparing summary of adversary proceedings and settlements for Committee.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Shelby E. Kostolni | 0.3 | 2025 | $395 | $118.50 |
| **TOTAL** | **0.3** | | | **$118.50** |

| Blended Hourly Rate: | $395.00 |
|------|------|

### (B300 and B310) Claims Administration:  $79.00

Services include reviewing the claims transfers and updating the Committee.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Shelby E. Kostolni | 0.2 | 2025 | $395 | $79.00 |
| **TOTAL** | **0.2** | | | **$79.00** |

| Blended Hourly Rate: | $395.00 |
|------|------|

### (B320) Plan/Disclosure Statement Incl. Bus Plan:  $7,034.00

Services include reviewing and analyzing the Debtors' drafted modification to Disclosure Statement, reviewing and analyzing objections to Disclosure Statement; preparing for and participating in hearing on approval for Disclosure Statement; Communicating with and providing advice to Committee regarding Disclosure Statement and Plan confirmation issues; and Communicating with Debtors' counsel regarding Disclosure Statement and Plan.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Benjamin J. Court | 2.8 | 2025 | $565 | $1,243.00 |
| Christopher J. Harayda | 9.5 | 2025 | $565 | $5,367.50 |

CORE/3531668.0002/230129533.2

| | | | | |
|---|---|---|---|---|
| Miranda S. Swift | 1.1 | 2025 | $385 | $423.50 |
| **TOTAL** | **12.8** | | | **$7,034.00** |

| | |
|---|---|
| Blended Hourly Rate: | $549.53 |

## TOTAL FEES: $20,750.50

3.    **Reimbursement of Expenses.**  In the course of this representation, Stinson has incurred **$2,021.74** in expenses detailed in **Exhibit C**. The expenses relate to an in-person unsecured creditors meeting in Fargo to provide unsecured creditors with a status update of the case, including regarding the Disclosure Statement and Plan.

## TOTAL EXPENSES: $2,021.74

4.    All services for which fees are requested by Stinson were performed for and on behalf of the Committee, and not on behalf of the Debtors or other persons.

## LEGAL BASIS

5.    This Court is authorized to award to professional persons employed by section 1103 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered by the … attorney[s] and by any paraprofessional person[s] employed by any such person, and … reimbursement for actual, necessary expenses." 11 U.S.C. § 330. The Court must consider the nature, extent, and value of such services, taking into account all relevant factors to determine whether the request for payment in connection with such services is fair and reasonable. *Id.* The services Stinson provided pursuant to this Eleventh Application were actual, reasonable, and necessary services on behalf of the Committee, and not on the behalf of any other persons, and the fees and expenses requested in this Application are fair and reasonable under the circumstances of this case.

CORE/3531668.0002/230129533.2

**WHEREFORE,** Stinson respectfully requests that the Court enter an order:

A.    Allowing Stinson's fees incurred between June 1, 2025, and June 30, 2025, in the amount of **$20,750.50**, and reimbursement of expenses in the amount of **$2,021.74**, for a total of **$22,772.24**.

B.    Authorizing and directing the Debtors to pay Stinson such allowed fees and expenses;

C.    Granting administrative expense priority to Stinson's allowed fees and expenses; and

D.    Granting such other and further relief as may be just and proper.


Dated: July 31, 2025                      */s/ Benjamin J. Court*
                                          Benjamin J. Court (ND #07776)
                                          Christopher J. Harayda (MN #0390333)
                                          Samantha J. Hanson-Lenn (MN #0402035)
                                          **STINSON LLP**
                                          50 South Sixth Street, Suite 2600
                                          Minneapolis, Minnesota 55402
                                          Telephone: 612-335-1500
                                          benjamin.court@stinson.com
                                          cj.harayda@stinson.com
                                          samantha.hansonlenn@stinson.com

                                          **COUNSEL TO THE OFFICIAL
                                          COMMITTEE OF UNSECURED
                                          CREDITORS.**

CORE/3531668.0002/230129533.2

## <u>AFFIDAVIT</u>

I, Benjamin J. Court, an attorney at the law firm of Stinson LLP, declare under penalty of perjury that the foregoing Eleventh Application of Stinson LLP for Allowance of Fees and Expenses as counsel for the Official Committee of Unsecured Creditors from June 1, 2025, through June 30, 2025, is true and correct according to the best of my knowledge, information, and belief.

Dated: July 31, 2025                                   */s/ Benjamin J. Court*
                                                        Benjamin J. Court

# **EXHIBIT A**

CORE/3531668.0002/230129533.2

**Docket Text:**

Order Approving Application to Employ Benjamin J. Court and Stinson LLP as counsel for the Official Committee of Unsecured Creditors Effective August 7, 2024 (Related Doc # [69]). The application to employ is APPROVED subject to the limitations on compensation provided by 11 U.S.C. § 328. This order is not a determination that the services or rates charged are necessary and reasonable. The person or entity employed under this order shall file a fee application in accordance with the Bankruptcy Code and Federal Rules of Bankruptcy Procedures. See Fed. R. Bank. P. 2016, 2017 and 11 U.S.C. §§ 329, 330. Applicant must also comply with Local Rules. Applicant is also granted authority to apply for fees and expenses pursuant to #[72] Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Retained Professionals. As required by applicable federal rule or statute, the Movant shall serve this docket text only order on all appropriate parties that will not receive notice of electronic filing. By Judge Shon Hastings. (Text order only). Signed on O8/30/2024 (vck)

# **<u>EXHIBIT B</u>**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

## ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR RETAINED PROFESSIONALS

Debtors filed a Motion for an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief. Doc. 11. Pursuant to the notice of the Motion [Doc. 16], objections to the Motion were due by July 30, 2024.

Debtors served notice of the Motion. The Court received no objections to the Motion. The Court held a hearing on the Motion on August 14, 2024. Based upon the Motion and the Declaration of Patrick Finn [Doc. 6] and for the reasons stated on the record at the August 14, 2024, hearing, the Court finds that the circumstances of these cases warrant granting the relief provided below.

**IT IS ORDERED** that, except as otherwise provided in any order of the Court, professionals employed in this bankruptcy case, including Fredrikson & Byron, P.A., shall be permitted to seek interim payment of compensation and reimbursement of expenses by filing monthly applications for interim compensation and reimbursement of expenses.

**IT IS FURTHER ORDERED** that Debtors are authorized to pay all reasonable amounts invoiced by Lighthouse Management Group, Inc. ("Lighthouse") for fees and expenses on a bi-weekly basis.

**IT IS FURTHER ORDERED** that Lighthouse will file with the Court and serve on Debtors, the United States Trustee, and any statutory committee appointed in this case (the "Notice Parties") a monthly staffing report, filed and served by the 20th of each month for the previous month, identifying the Lighthouse employees who worked on this case, the total hours billed by Lighthouse, and a summary of the tasks performed. Lighthouse will also file with the Court and serve on the Notice Parties a quarterly compensation report by the 20th of each month following the end of a quarter, showing the total fees and expenses for the preceding quarter. These reports will be deemed applications for interim compensation under sections 328 and 330. Parties in interest may object to the reports within 21 days after notice. The Court will rule on the applications after the deadline to object passes or after a hearing on the application.

**IT IS FURTHER ORDERED** that Debtors will allocate the fees and expenses approved among Debtors pro rata if the professionals charge for tasks that generally apply to all cases and to the appropriate Debtor if the tasks relate solely to a specific Debtor.

Dated:  August 14, 2024.

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT

2

# **EXHIBIT C**

CORE/3531668.0002/230129533.2

**Stinson LLP**                                                                    **Invoice Detail**

File No. 3531668.0002                                                                      Page 2
Invoice No: 43646762

| Timekeeper Summary | | | | |
|---|---|---|---|---|

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Benjamin Court | Partner | 565.00 | 8.00 | 4,520.00 |
| C.J. Harayda | Partner | 565.00 | 18.00 | 10,170.00 |
| Miranda Swift | Associate | 385.00 | 7.60 | 2,926.00 |
| Shelby Kostolni | Associate | 395.00 | 7.60 | 3,002.00 |
| Stephanie Hess | Paralegal | 265.00 | 0.50 | 132.50 |
| **Current Professional Services** | | | **41.70** | **$20,750.50** |

| Professional Services | | | | |
|---|---|---|---|---|

| Date | Task | Description/Timekeeper | Hours | Amount |
|---|---|---|---|---|
| **B100 - Administration** | | | | |
| 06/03/25 | B100 | Email correspondence with Delta hotel and case team regarding meeting with unsecured creditors on June 9. Stephanie Hess | 0.50 | 132.50 |
| **Total B100 - Administration** | | | **0.50** | **132.50** |
| **B110 - Case Administration** | | | | |
| 06/02/25 | B110 | Review and update claims transfer summary sheet. Shelby Kostolni | 0.10 | 39.50 |
| 06/02/25 | B110 | Telephone conference with Ms. Swift to discuss creditors meeting logistics. Shelby Kostolni | 0.10 | 39.50 |
| 06/03/25 | B110 | Coordinate various items for meeting of creditors in Fargo (.1); communications regarding same and conference room (.1) C.J. Harayda | 0.20 | 113.00 |
| 06/03/25 | B110 | Coordinate with Stinson team for creditor meeting logistics. Shelby Kostolni | 0.20 | 79.00 |
| 06/04/25 | B110 | Compile creditor meeting RSVP list. Shelby Kostolni | 0.90 | 355.50 |
| 06/05/25 | B110 | Update RSVPs for creditor meeting. | 0.20 | 79.00 |

**Stinson LLP**                                                                    **Invoice Detail**

File No. 3531668.0002                                                                    Page 3
Invoice No: 43646762

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| | | Shelby Kostolni | | |
| 06/06/25 | B110 | Update RSVPs for creditor meeting and confirm receipt of RSVPs.<br>Shelby Kostolni | 0.30 | 118.50 |
| 06/06/25 | B110 | Summarize adversary proceedings and settlements for creditor meeting.<br>Shelby Kostolni | 0.60 | 237.00 |
| 06/08/25 | B110 | Expand summaries of adversary proceeding with each involved party for creditor meeting.<br>Shelby Kostolni | 0.40 | 158.00 |
| 06/09/25 | B110 | Update RSVP lists for creditor meeting.<br>Shelby Kostolni | 0.20 | 79.00 |
| 06/23/25 | B110 | Exchange emails with representatives of Hain Capital regarding participation involving liquidation trust Committee.<br>Benjamin Court | 0.20 | 113.00 |
| 06/23/25 | B110 | Review and summarize May monthly operating reports of the debtors.<br>Shelby Kostolni | 0.50 | 197.50 |

**Total B110 - Case Administration**                                        **3.90**        **1,608.50**

**B150 - Meetings of and Comm. with Creditors**

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 06/02/25 | B150 | Discussion with Ms. Kostolni regarding preparation for June 9 meeting (.3); correspondence with various creditors including Ms. Klein, Ms. Wieber, Ms. Holmes, Mr. Gillis, and Mr. Schmidt (1.3).<br>Miranda Swift | 1.60 | 616.00 |
| 06/05/25 | B150 | Telephone conference with Mr. Gomke regarding June 9 meeting (.2); correspondence regarding preparations for June 9 meeting (.1).<br>Miranda Swift | 0.30 | 115.50 |
| 06/08/25 | B150 | Outline and summarize Plan and Disclosure Statement in preparation for unsecured creditor meeting (.6); review attendee list and prior communications sent regarding meeting and correspondence regarding same | 1.10 | 423.50 |

**Stinson LLP**                                                    **Invoice Detail**

File No. 3531668.0002                                                    Page 4
Invoice No: 43646762

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| | | (.5).<br>Miranda Swift | | |
| 06/09/25 | B150 | Review, analyze, and evaluate debtors' disclosure, statement, plan of reorganization, objections filed by creditors, updates regarding status of various development projects, project company claims and defenses asserted, and economic analysis regarding same (1.8); attend creditor meeting and present to creditors regarding plan and disclosure statement issues, updates regarding recovery efforts, and proposed next steps (2.1); follow up discussions with several creditors and Committee members regarding plan and recovery issues (.5); review and analyze question creditor questions submitted in advance of meeting (.2).<br>Benjamin Court | 4.70 | 2,655.50 |
| 06/09/25 | B150 | Prepare for meeting with creditors group in Fargo (1.5); conference with Mr. Court regarding same (.4); transit to Fargo (2.4) coordinate and participate in large creditor group meeting and questions (2.5).<br>C.J. Harayda | 6.80 | 3,842.00 |
| 06/09/25 | B150 | Prepare for, including calls and emails with creditors, and virtually attend meeting with unsecured creditors.<br>Miranda Swift | 2.20 | 847.00 |
| 06/09/25 | B150 | Attended and monitored creditor meeting via Zoom.<br>Shelby Kostolni | 1.80 | 711.00 |
| 06/10/25 | B150 | Answer questions from creditors regarding Disclosure Statement and Plan.<br>Miranda Swift | 0.60 | 231.00 |
| 06/11/25 | B150 | Correspondence with creditor regarding disclosure statement and plan.<br>Miranda Swift | 0.40 | 154.00 |
| 06/16/25 | B150 | Communications with Committee members regarding liquidating trust and related issues.<br>C.J. Harayda | 0.20 | 113.00 |
| 06/17/25 | B150 | Exchange emails with unsecured creditor regarding claim information and potential evidence to review regarding possible targets (.3); exchange emails with Hain Capital representative regarding liquidating trust issues (.2). | 0.50 | 282.50 |

**Stinson LLP**                                                                 **Invoice Detail**

File No. 3531668.0002                                                                  Page 5
Invoice No: 43646762

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| | | Benjamin Court | | |
| 06/19/25 | B150 | Conference with Committee regarding various plan and trust issues and questions (1.1); communications with counsel for the debtors regarding same (.2). C.J. Harayda | 1.30 | 734.50 |
| 06/30/25 | B150 | Answer creditor's question regarding plan payments (Langseth). Miranda Swift | 0.10 | 38.50 |

**Total B150 - Meetings of and Comm. with Creditors**                **21.60**        **10,764.00**

**B160 - Fee/Employment Applications**

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 06/02/25 | B160 | Prepare revisions to application for compensation. Benjamin Court | 0.40 | 226.00 |
| 06/02/25 | B160 | Finalize and file ninth interim fee application. Shelby Kostolni | 0.20 | 79.00 |
| 06/13/25 | B160 | Revisions and analysis to Fee Application for May. Miranda Swift | 0.20 | 77.00 |
| 06/13/25 | B160 | Further revisions to Fee Application for May. Shelby Kostolni | 0.60 | 237.00 |
| 06/17/25 | B160 | Draft fee application and supporting documents. Shelby Kostolni | 0.80 | 316.00 |
| 06/25/25 | B160 | Finalize fee application for filing. Shelby Kostolni | 0.20 | 79.00 |

**Total B160 - Fee/Employment Applications**                         **2.40**        **1,014.00**

**B190 - Other Contested Matters**

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 06/04/25 | B190 | Review and update summary on adversary proceeding statuses. Shelby Kostolni | 0.30 | 118.50 |

**Total B190 - Other Contested Matters**                             **0.30**        **118.50**

**Stinson LLP**                                                                    **Invoice Detail**

File No. 3531668.0002                                                                        Page 6
Invoice No: 43646762

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|

**B310 - Claims Administration and Objections**

| 06/17/25 | B310 | Update claims transfer summary.<br>Shelby Kostolni | 0.20 | 79.00 |

**Total B310 - Claims Administration and Objections**                        **0.20**        **79.00**

**B320 - Plan/Disclosure Statement Incl. Bus Plan**

| 06/05/25 | B320 | Review and analyze two filed disclosure statement objections.<br>Benjamin Court | 0.50 | 282.50 |
| 06/05/25 | B320 | Coordinate preparation and filing of no reply (.1); communications regarding same; review objections to disclosure statement (.7).<br>C.J. Harayda | 0.80 | 452.00 |
| 06/06/25 | B320 | Review and summarize key provisions of Plan and Disclosure Statement and correspondence regarding same.<br>Miranda Swift | 1.10 | 423.50 |
| 06/10/25 | B320 | Address disclosure statement hearing issues, potential revisions to the same, and plan confirmation issues (.6).<br>Benjamin Court | 0.60 | 339.00 |
| 06/10/25 | B320 | Prepare for and participate in hearing on Disclosure Statement (2.2); prepare and submit motion for remote appearance (.5); travel return for creditor meeting (2.0) provide update to Committee regarding hearing and next steps (.7).<br>C.J. Harayda | 5.40 | 3,051.00 |
| 06/11/25 | B320 | Communications with Committee members regarding disclosure statement (.6); review updated DS for submission to court (.4); communications with S. Kinsella regarding same (.2); review updated filed pleadings (.2).<br>C.J. Harayda | 1.40 | 791.00 |
| 06/12/25 | B320 | Review communications regarding plan trust administration and discuss with Mr. Court.<br>C.J. Harayda | 0.10 | 56.50 |

**Stinson LLP**                                                        **Invoice Detail**

File No. 3531668.0002                                                              Page 7
Invoice No: 43646762

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 06/16/25 | B320 | Exchange emails with members of unsecured creditors Committee regarding disclosure statement modifications, plan confirmation issues, and liquidating trust issues (.3); exchange emails with representatives of Hain Capital regarding trust Committee representation issues (.2).<br>Benjamin Court | 0.50 | 282.50 |
| 06/18/25 | B320 | Review substantive consolidation motion; analyze issues regarding plan trust governance.<br>C.J. Harayda | 0.30 | 169.50 |
| 06/19/25 | B320 | Phone conference with Committee members to address disclosures requested by Court, plan confirmation scheduling issues, trust Committee representation issues, update regarding status of litigation and settlements involving project companies, and discussion of potential post-confirmation litigation targets and options.<br>Benjamin Court | 0.60 | 339.00 |
| 06/24/25 | B320 | Conferences with Hain Capital and Debtor regarding plan and trust setup (.5); analyze issues regarding same (.1); draft and revise fee application (.5).<br>C.J. Harayda | 1.10 | 621.50 |
| 06/25/25 | B320 | Communications with Hain capital (.1); review recent pleadings and claims trades (.1).<br>C.J. Harayda | 0.20 | 113.00 |
| 06/30/25 | B320 | Analyze issues regarding Committee membership (.1); communications with S. Kinsella and Z. Frappier regarding project negotiations (.1).<br>C.J. Harayda | 0.20 | 113.00 |

**Total B320 - Plan/Disclosure Statement Incl. Bus Plan**                    **12.80**      **7,034.00**


**Current Professional Services**                                           **41.70**     **$20,750.50**

**Stinson LLP**                                                    **Invoice Detail**

File No. 3531668.0002                                                    Page 8
Invoice No: 43646762

| Task Code Summary | | | |
|---|---|---|---|
| **Task Code** | **Description** | **Hours** | **Amount** |
| B100 | Administration | 0.50 | 132.50 |
| B110 | Case Administration | 3.90 | 1,608.50 |
| B150 | Meetings of and Comm. with Creditors | 21.60 | 10,764.00 |
| B160 | Fee/Employment Applications | 2.40 | 1,014.00 |
| B190 | Other Contested Matters | 0.30 | 118.50 |
| B310 | Claims Administration and Objections | 0.20 | 79.00 |
| B320 | Plan/Disclosure Statement Incl. Bus Plan | 12.80 | 7,034.00 |
| | **Current Professional Services** | **41.70** | **$20,750.50** |

| Disbursements | | |
|---|---|---|
| **Date** | **Description** | **Amount** |
| 06/09/25 | Hotel-Lodging on6/9/2025-6/10/2025 Travel to ND to attend Committee meeting | 244.20 |
| 06/10/25 | Delta Hotel Conference Room for Attorney Meeting with Unsecured Creditors on Invoice 0725 0440 Kugler | 1,230.25 |
| 06/10/25 | Mileage for Benjamin J Court for travel for 470 Miles (Minneapolis to Fargo) - Attend Committee Meeting ^470.00 miles | 329.00 |
| 06/10/25 | Hotel - Lodging on 06/09/2025 - 06/10/2025 Hotel - Attend Committee Meeting | 218.29 |

**Total Disbursements**                                                    **$2,021.74**