## CHAPTER 11 COMPUTATIONS FOR FIRST AMENDED PLAN DATED JUNE 11, 2025

**CASE NAME:** EPIC Companies Midwest, LLC, EPIC Companies Midwest 2023, LLC, EPIC Employee, LLC, EOLA Capital, LLC, and EC West Fargo, LLC (collectively, the "Debtors")

**CASE NUMBER:** 24-30281 (Jointly Administered)

| CLASS | DESCRIPTION | IMPAIRED / UNIMPAIRED | BALLOTS/ ACCEPT | BALLOTS/ REJECT | ($) AMOUNT ACCEPT | ($) AMOUNT REJECT | COMMENTS (% ACCEPTING IN AMOUNT & NUMBER) 11 U.S.C. § 1126 |
|---|---|---|---|---|---|---|---|
| 1 | General Unsecured Claims | Impaired | 87[1] | 1 | $19,457,831.21 | $25,000.00 | 99% accepting in amount and number |
| 2 | Class B Equity Claims | Impaired | 6 | 0 | $594,500.00 | $0.00 | 100% accepting in amount and number |
| 3 | Class A Equity Claims | Impaired | 0 | 0 | $0.00 | $0.00 | No ballots received |

DEFERRED ADMINISTRATIVE EXPENSES PAYABLE TO CLERK, U.S. BANKRUPTCY COURT AT CONFIRMATION: N/A

---

[1] Among the accepting ballots for General Unsecured Claims, some voters submitted ballots exceeding the permitted amount based on their number of claims; only the allowable ballots were counted. Seven late-submitted ballots were received on July 30, 2025, all voting to "Accept," but were excluded from the vote count. Additionally, one ballot was submitted without indicating acceptance or rejection and was also excluded from the count.

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | **Jointly Administered** |
| | |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| | |
| Debtors. | Chapter 11 |

## ADDENDUM TO CHAPTER 11 COMPUTATIONS

EPIC Companies Midwest, LLC, EPIC Companies Midwest 2023, LLC, EPIC Employee, LLC, EOLA Capital, LLC, and EC West Fargo, LLC (collectively, the "Debtors") filed its Amended Plan of Liquidation on June 11, 2025 (the "Plan.") (ECF No. 366.). The Court approved the Debtors' Amended Disclosure Statement (ECF No. 367) on June 11, 2025, and established a voting deadline of July 29, 2025. (ECF No. 369.) The Debtors served the Plan, disclosure statement, and ballots on all parties-in-interest on June 24, 2025. (ECF No. 394.) The Debtors received a total of 137 ballots[2]. The Debtors submit this Addendum to provide further information regarding the tabulation of ballots in this case.

Allowed claim amounts supersede amounts on ballots. As a general principle, ballots do not function as proofs of claim or otherwise modify claims. Because holders of claims are entitled to vote the amount of their allowed claims as of the time of voting, the ballot tabulation ignores the amount provided by the creditor on the ballot and substitutes the current allowed amount of

---

[2] While a total of 137 ballots were received some creditors submitted votes exceeding the permitted amount based on their number of claims; only the allowable ballots were counted in the tabulation report.

the claim. *Lisanti v. Lubetkin (In re Lisanti Foods, Inc.)*, 329 B.R. 491, 505 (Bankr. D.N.J. 2005) ("[I]t was appropriate for the Trustee to tabulate votes and dollar amounts according to each creditor's allowed claim as opposed to the amount on the ballot.").  If the creditor filed no proof of claim, the current allowed amount of the creditor's claim is the amount listed on a debtors' schedules. Fed. R. Bankr. P. 3003(b)(1).  Where a proof of claim is filed, the amount indicated on the proof of claim supersedes the scheduled amount and is used as the voted amount.  11 U.S.C. § 502(a). The Chapter 11 Computation follows this rule unless the Plan itself provides for a specified amount for an allowed claim.

Dated:  August 1, 2025

/e/ *Steven R. Kinsella*
Michael S. Raum (#05676)
**FREDRIKSON & BYRON, P.A.**
51 Broadway, Suite 400
Fargo, ND  58102-4991
701.237.8200
mraum@fredlaw.com

Steven R. Kinsella (#09514)
Katherine A. Nixon (*pro hac vice* MN #0402772)
**FREDRIKSON & BYRON, P.A.**
60 South 6th Street, Suite 1500
Minneapolis, MN  55402-4400
612.492.7000
skinsella@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR DEBTORS**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                                **Jointly Administered**

EPIC Companies Midwest, LLC,                     Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                Bankruptcy No. 24-30282
EPIC Employee, LLC,                              Bankruptcy No. 24-30283
EOLA Capital, LLC, and                           Bankruptcy No. 24-30284
EC West Fargo, LLC,                              Bankruptcy No. 24-30285

Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _100,500_____.

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( X) ACCEPTS THE PLAN            (  ) REJECTS THE PLAN

Dated: 21 July, 2025

_Aaron Chalmers_____
NAME OF CREDITOR
(please print or type)

By:    _____(signature)_____

(signature)

_529 S Bushwacker Rd_____
ADDRESS
_Coeur d'Alene, ID 83814_____

_____

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                                          **Jointly Administered**

EPIC Companies Midwest, LLC,                     Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,            Bankruptcy No. 24-30282
EPIC Employee, LLC,                                       Bankruptcy No. 24-30283
EOLA Capital, LLC, and                                   Bankruptcy No. 24-30284
EC West Fargo, LLC,                                        Bankruptcy No. 24-30285

                    Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _172,386.51_ .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(  ) ACCEPTS THE PLAN            (  ) REJECTS THE PLAN

Dated:

                                    _Alan Goeser_
                                    NAME OF CREDITOR
                                    (please print or type)

                    By:    _Alan_
                                    (signature)

                                    _8958 79th Ave NE_
                                    ADDRESS
                                    _Munich, ND 58352_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                                    **Jointly Administered**

EPIC Companies Midwest, LLC,                              Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                         Bankruptcy No. 24-30282
EPIC Employee, LLC,                                       Bankruptcy No. 24-30283
EOLA Capital, LLC. and                                    Bankruptcy No. 24-30284
EC West Fargo, LLC,                                       Bankruptcy No. 24-30285

Debtor.

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$48,851.04 _____ Acocunt Ending: 1003

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(**x** ) ACCEPTS THE PLAN          (  ) REJECTS THE PLAN

Dated:  June 21, 2025             AMEX TRS CO., INC
                                  _____

                                  NAME OF CREDITOR
                                  (please print or type)

                             By:  _____
                                  (signature)

                                  Kenneth W. Kleppinger, Attorney/Agent for creditor
                                  ADDRESS
                                  c/o  Becket & Lee LLP, PO Box 3001

                                  Malvern, PA 19355

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025**.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                        **Jointly Administered**

EPIC Companies Midwest, LLC,                  Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,             Bankruptcy No. 24-30282
EPIC Employee, LLC,                           Bankruptcy No. 24-30283
EOLA Capital, LLC, and                        Bankruptcy No. 24-30284
EC West Fargo, LLC,                           Bankruptcy No. 24-30285

                        Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$  11, 500       .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X) ACCEPTS THE PLAN          (   ) REJECTS THE PLAN

Dated:                        Amy  Hass

7·21·25                       NAME OF CREDITOR
                              (please print or type)

                         By:  Amy  Hass
                              (signature)

                              506   24ᵗʰ  Ave.  N
                              ADDRESS
                                  Fargo,  ND  58102


This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                              **Jointly Administered**

EPIC Companies Midwest, LLC,                        Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                   Bankruptcy No. 24-30282
EPIC Employee, LLC,                                 Bankruptcy No. 24-30283
EOLA Capital, LLC, and                              Bankruptcy No. 24-30284
EC West Fargo, LLC,                                 Bankruptcy No. 24-30285

                            Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _50,000.00_ .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( X ) ACCEPTS THE PLAN          (  ) REJECTS THE PLAN

                                _Anita M Anderson Revocable Trust_
                                _David Anderson_
Dated: _July 1 - 2025_          NAME OF CREDITOR
                                (please print or type)

                        By: _____    _Anita M. Anderson_
                                (signature)

                                _5136 Mesabi Lane_
                                ADDRESS
                                _Hibbing Mn_
                                _55746_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                          **Jointly Administered**

EPIC Companies Midwest, LLC,                    Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,               Bankruptcy No. 24-30282
EPIC Employee, LLC,                             Bankruptcy No. 24-30283
EOLA Capital, LLC, and                          Bankruptcy No. 24-30284
EC West Fargo, LLC,                             Bankruptcy No. 24-30285

                        Debtor.

---

BALLOT FOR ACCEPTING OR REJECTING
DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ 100,000.00 .

**(CHECK EITHER THE ACCEPT OR REJECT BOX)**

( ✓ ) ACCEPTS THE PLAN          ( ) REJECTS THE PLAN

Dated:

                                    Arrow LLC
                                    _____
                                    NAME OF CREDITOR
                                    (please print or type)

                          By:       _____
                                    (signature)

                                    3419  1st St E
                                    _____
                                    ADDRESS
                                    West Fargo  ND  58078

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:

**Jointly Administered**

EPIC Companies Midwest, LLC,
EPIC Companies Midwest 2023, LLC,
EPIC Employee, LLC,
EOLA Capital, LLC, and
EC West Fargo, LLC,

Bankruptcy No. 24-30281
Bankruptcy No. 24-30282
Bankruptcy No. 24-30283
Bankruptcy No. 24-30284
Bankruptcy No. 24-30285

Debtor.

---

BALLOT FOR ACCEPTING OR REJECTING
DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ 100,000.00 .

**(CHECK EITHER THE ACCEPT OR REJECT BOX)**

( ✓ ) ACCEPTS THE PLAN              (   ) REJECTS THE PLAN

Dated:

Arrow LLC

NAME OF CREDITOR
(please print or type)

By:

(signature)

3410 15T STE

ADDRESS
West Fargo ND 58078

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:

**Jointly Administered**

EPIC Companies Midwest, LLC,
EPIC Companies Midwest 2023, LLC,
EPIC Employee, LLC,
EOLA Capital, LLC, and
EC West Fargo, LLC,

Bankruptcy No. 24-30281
Bankruptcy No. 24-30282
Bankruptcy No. 24-30283
Bankruptcy No. 24-30284
Bankruptcy No. 24-30285

Debtor.

BALLOT FOR ACCEPTING OR REJECTING
DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _25,312.51_ .

**(CHECK EITHER THE ACCEPT OR REJECT BOX)**

(X) ACCEPTS THE PLAN          (  ) REJECTS THE PLAN

Dated:

_Barry Olson_

NAME OF CREDITOR
(please print or type)

By: _Barry Olson_
(signature)

_5615 County Road 3_
ADDRESS
_Kindred, ND 58051_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                    **Jointly Administered**

EPIC Companies Midwest, LLC,                   Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,          Bankruptcy No. 24-30282
EPIC Employee, LLC,                                   Bankruptcy No. 24-30283
EOLA Capital, LLC, and                               Bankruptcy No. 24-30284
EC West Fargo, LLC,                                   Bankruptcy No. 24-30285

Debtor.

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _40,502.98_ .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(✗) ACCEPTS THE PLAN          ( ) REJECTS THE PLAN

Dated:

*Gail Olson*

NAME OF CREDITOR
(please print or type)

By: *(signature)*

*5615 Lo Rd 3*

ADDRESS *Kindred ND 58051*

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                              **Jointly Administered**

EPIC Companies Midwest, LLC,                        Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                   Bankruptcy No. 24-30282
EPIC Employee, LLC,                                 Bankruptcy No. 24-30283
EOLA Capital, LLC, and                              Bankruptcy No. 24-30284
EC West Fargo, LLC,                                 Bankruptcy No. 24-30285

Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _426,240.02_

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(✓) ACCEPTS THE PLAN            (  ) REJECTS THE PLAN

Dated: _July 14, 2025_

_Beth Holmes_
NAME OF CREDITOR
(please print or type)

By: _Beth Holmes_
(signature)

_111 N 3rd St unite 2015_
ADDRESS
_Grand Forks, ND 58203_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                                    **Jointly Administered**

EPIC Companies Midwest, LLC,                              Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                         Bankruptcy No. 24-30282
EPIC Employee, LLC,                                       Bankruptcy No. 24-30283
EOLA Capital, LLC, and                                    Bankruptcy No. 24-30284
EC West Fargo, LLC,                                       Bankruptcy No. 24-30285

                        Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _426,240.02_ .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( ✓ ) ACCEPTS THE PLAN              (   ) REJECTS THE PLAN

Dated: _July 14, 2025_

                                   _Beth Holmes_
                                   NAME OF CREDITOR
                                   (please print or type)

                           By:     _Beth Holmes_
                                   (signature)

                                   _111 N 3rd St unit 2015_
                                   ADDRESS
                                   _Grand Forks, ND 58203_

                                   _____

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                          **Jointly Administered**

EPIC Companies Midwest, LLC,                    Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,               Bankruptcy No. 24-30282
EPIC Employee, LLC,                             Bankruptcy No. 24-30283
EOLA Capital, LLC, and                          Bankruptcy No. 24-30284
EC West Fargo, LLC,                             Bankruptcy No. 24-30285

                    Debtor.

---

BALLC͟͟͟  ͟EPTING OR REJECTING
DEBTORS' AME.  ͟ͅ  ͟APTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _200,000.00_ .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

($\times$) ACCEPTS THE PLAN          (  ) REJECTS THE PLAN

Dated: _7-21-25_

By:

Betty A. Ledene
NAME OF CREDITOR
(please print or type)

Betty A. Ledene
(signature)

Box 155
ADDRESS
Powers Lake, ND 58773

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                          **Jointly Administered**

EPIC Companies Midwest, LLC,                    Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,               Bankruptcy No. 24-30282
EPIC Employee, LLC,                             Bankruptcy No. 24-30283
EOLA Capital, LLC, and                          Bankruptcy No. 24-30284
EC West Fargo, LLC,                             Bankruptcy No. 24-30285

           Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _200,000.00_____.

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( ✓ ) ACCEPTS THE PLAN              (  ) REJECTS THE PLAN

Dated: 7-19-25

                              _Larry M. Ledene_____
                              NAME OF CREDITOR
                              (please print or type)

                         By:  _Larry M. Ledene_____
                              (signature)
                              _P.O. Box 155_____
                              ADDRESS
                              _Powers Lake, ND  58773_____

                              _____

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                            **Jointly Administered**

EPIC Companies Midwest, LLC,                      Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                 Bankruptcy No. 24-30282
EPIC Employee, LLC,                               Bankruptcy No. 24-30283
EOLA Capital, LLC, and                            Bankruptcy No. 24-30284
EC West Fargo, LLC,                               Bankruptcy No. 24-30285

                    Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ __43,958.43__ .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(✓) ACCEPTS THE PLAN            (  ) REJECTS THE PLAN

Dated:

                                 Beverly L. Fulks
                                 NAME OF CREDITOR
                                 (please print or type)

                        By:  Beverly L. Fulk by Hueal Fulk (POA)
                                 (signature)

                                 709 Bradford Ave
                                 ADDRESS
                                 Argyle, MN 56713


This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

ALEXANDER MADISON
Notary Public
State of North Dakota
My Commission Expires February 21, 2029

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH  AKOTA

In Re:

**Jointly Administered**

EPIC Companies Midwest, LLC,
EPIC Companies Midwest 2023, LLC,
EPIC Employee, LLC,
EOLA Capital, LLC, and
EC West Fargo, LLC,

Bankruptcy No. 24-30281
Bankruptcy No. 24-30282
Bankruptcy No. 24-30283
Bankruptcy No. 24-30284
Bankruptcy No. 24-30285

Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ 43,958.43 _____.

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( X ) ACCEPTS THE PLAN          (   ) REJECTS THE PLAN

Dated:

Marshall E Fulks
NAME OF CREDITOR
(please print or type)

By: Marshall E. Fulk by Howard Fulks ( POA )
(signature)

709 Brad ford Cive
ADDRESS
argyle, MN  56713

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

ALEXANDER MADISON
Notary Public
State of North Dakota
My Commission Expires February 21, 2029

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                          **Jointly Administered**

EPIC Companies Midwest, LLC,                    Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,               Bankruptcy No. 24-30282
EPIC Employee, LLC,                             Bankruptcy No. 24-30283
EOLA Capital, LLC, and                          Bankruptcy No. 24-30284
EC West Fargo, LLC,                             Bankruptcy No. 24-30285

                    Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _193,828.64_

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X) ACCEPTS THE PLAN            ( ) REJECTS THE PLAN

Dated:

_Brian Goeser_
NAME OF CREDITOR
(please print or type)

By: _____
(signature)

_PO Box 114_
ADDRESS
_Munich, ND  58352_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                          **Jointly Administered**

EPIC Companies Midwest, LLC,                    Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,               Bankruptcy No. 24-30282
EPIC Employee, LLC,                             Bankruptcy No. 24-30283
EOLA Capital, LLC, and                          Bankruptcy No. 24-30284
EC West Fargo, LLC,                             Bankruptcy No. 24-30285

Debtor.

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _8,700.00_ .

**(CHECK EITHER THE ACCEPT OR REJECT BOX)**

( ✓ ) ACCEPTS THE PLAN                ( ) REJECTS THE PLAN

Dated:                                _Charles Muus_

                                      NAME OF CREDITOR
                                      (please print or type)

                          By:         _Charles Muus_

                                      (signature)

                                      _3388 44th Ave So._
                                      ADDRESS
                                      _Grand Forks, ND 58201_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NORTH DAKOTA

In Re:                                                          **Jointly Administered**

EPIC Companies Midwest, LLC,                                    Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                              Bankruptcy No. 24-30282
EPIC Employee, LLC,                                            Bankruptcy No. 24-30283
EOLA Capital, LLC, and                                        Bankruptcy No. 24-30284
EC West Fargo, LLC,                                           Bankruptcy No. 24-30285

                        Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _8 700.00_____ .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( ✓ ) ACCEPTS THE PLAN                    ( ) REJECTS THE PLAN

Dated:                              _Charles Muus_____
                                    NAME OF CREDITOR
                                    (please print or type)

                        By:         _Charles Muus_____
                                    (signature)

                                    _3388 44th Ave So._
                                    ADDRESS _Grand Forks, ND 58701_

                                    _____

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                           **Jointly Administered**

EPIC Companies Midwest, LLC,                     Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                Bankruptcy No. 24-30282
EPIC Employee, LLC,                              Bankruptcy No. 24-30283
EOLA Capital, LLC, and                           Bankruptcy No. 24-30284
EC West Fargo, LLC,                              Bankruptcy No. 24-30285

                    Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _255,000_ as shared with Gerald Iverson

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(  ) ACCEPTS THE PLAN        (✗) REJECTS THE PLAN

Dated:                          _Connie C Iverson_
                                NAME OF CREDITOR
                                (please print or type)

                         By:    _Connie C Iverson_
                                (signature)

                                _10090 9th St NE_
                                ADDRESS
                                _Binford, ND 58416_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                          **Jointly Administered**

EPIC Companies Midwest, LLC,                    Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,               Bankruptcy No. 24-30282
EPIC Employee, LLC,                             Bankruptcy No. 24-30283
EOLA Capital, LLC, and                          Bankruptcy No. 24-30284
EC West Fargo, LLC,                             Bankruptcy No. 24-30285

                        Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _258,000_____ as shared with Connie Iverson

**(CHECK EITHER THE ACCEPT OR REJECT BOX)**

(   ) ACCEPTS THE PLAN          ( ✓ ) REJECTS THE PLAN

Dated:                          GERALD IVERSON_____
                                NAME OF CREDITOR
                                (please print or type)

                                By: _____
                                (signature)

                                10090 9th ST NE_____
                                ADDRESS
                                Binford ND_____
                                                58416_____

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                    **Jointly Administered**

EPIC Companies Midwest, LLC,              Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,         Bankruptcy No. 24-30282
EPIC Employee, LLC,                       Bankruptcy No. 24-30283
EOLA Capital, LLC, and                    Bankruptcy No. 24-30284
EC West Fargo, LLC,                       Bankruptcy No. 24-30285

Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ 25,000.00 .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( X ) ACCEPTS THE PLAN          ( ) REJECTS THE PLAN

Dated:                          Cullen Insulation, Inc.
                                NAME OF CREDITOR
                                (please print or type)

                        By:

                                (signature)

                                c/o Kennelly Business Law

                                ADDRESS
                                1213 NP Ave, Suite 301

                                Fargo, ND 58102

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                    **Jointly Administered**

EPIC Companies Midwest, LLC,              Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,         Bankruptcy No. 24-30282
EPIC Employee, LLC,                       Bankruptcy No. 24-30283
EOLA Capital, LLC, and                    Bankruptcy No. 24-30284
EC West Fargo, LLC,                       Bankruptcy No. 24-30285

                    Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ 55000.00

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X) ACCEPTS THE PLAN          (  ) REJECTS THE PLAN

Dated:

                                    Dave Gehrtz
                                    NAME OF CREDITOR
                                    (please print or type)

                              By:   _____
                                    (signature)

                                    1687  65Ave  NE
                                    ADDRESS
                                    New Rockford, ND
                                                    58356

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                      **Jointly Administered**

| | |
|---|---|
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |

                        Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ ~~140,000.00~~ 120,000.00

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X) ACCEPTS THE PLAN         ( ) REJECTS THE PLAN

Dated:                    _Dale Langseth_____

July 17, 2025            NAME OF CREDITOR
                        (please print or type)

              By:   _Dale Langseth_____
                        (signature)

                        _3295 100 St. South____
                        ADDRESS
                        _Glyndon, MN 56547____

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                              **Jointly Administered**

EPIC Companies Midwest, LLC,                        Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                   Bankruptcy No. 24-30282
EPIC Employee, LLC,                                 Bankruptcy No. 24-30283
EOLA Capital, LLC, and                              Bankruptcy No. 24-30284
EC West Fargo, LLC,                                 Bankruptcy No. 24-30285

Debtor.

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _140,000_ ∞       ( #120,000 + #20,000 )

**(CHECK EITHER THE ACCEPT OR REJECT BOX)**

(X) ACCEPTS THE PLAN         (  ) REJECTS THE PLAN

Dated:                              _Mary Jane Langseth_
July 17, 2025                       NAME OF CREDITOR
                                    (please print or type)

                          By:      _Mary June Langseth_
                                    (signature)

                                    _3295  100 St. South_
                                    ADDRESS
                                    _Glyndon, MN  56547_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                              **Jointly Administered**

EPIC Companies Midwest, LLC,                        Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                   Bankruptcy No. 24-30282
EPIC Employee, LLC,                                 Bankruptcy No. 24-30283
EOLA Capital, LLC, and                              Bankruptcy No. 24-30284
EC West Fargo, LLC,                                 Bankruptcy No. 24-30285

                    Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _20,000_ .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( ✓ ) ACCEPTS THE PLAN            (  ) REJECTS THE PLAN

Dated:                           _Mary Jane Langseth_
                                 NAME OF CREDITOR
_July 17, 2025_                  (please print or type)

                          By:    _Mary Jane Langseth_
                                 (signature)

                                 _3295 100 St. South_
                                 ADDRESS
                                 _Glyndon, MN   56547_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:

**Jointly Administered**

EPIC Companies Midwest, LLC,                Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,           Bankruptcy No. 24-30282
EPIC Employee, LLC,                         Bankruptcy No. 24-30283
EOLA Capital, LLC, and                      Bankruptcy No. 24-30284
EC West Fargo, LLC,                         Bankruptcy No. 24-30285

Debtor.

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$  50,000.00              .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X ) ACCEPTS THE PLAN          (   ) REJECTS THE PLAN

Dated:

Daniel Frisch
NAME OF CREDITOR
(please print or type)

By:

(signature)

c/o Kennelly Business Law

ADDRESS
1213 NP Ave, Suite 301

Fargo, ND 58102

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                  **Jointly Administered**

EPIC Companies Midwest, LLC,                            Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                       Bankruptcy No. 24-30282
EPIC Employee, LLC,                                     Bankruptcy No. 24-30283
EOLA Capital, LLC, and                                  Bankruptcy No. 24-30284
EC West Fargo, LLC,                                     Bankruptcy No. 24-30285

                         Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ 176,535.05            .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X) ACCEPTS THE PLAN          (   ) REJECTS THE PLAN

Dated:                        Darryl Heim and Charlotte Heim

                              NAME OF CREDITOR
                              (please print or type)

                         By:  _(signature)_
                              (signature)

                              _Charlotte Hein_
                              ADDRESS
                              3559 102 P Avenue SW, Dickinson, ND 58601

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                      **Jointly Administered**

EPIC Companies Midwest, LLC,                Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,           Bankruptcy No. 24-30282
EPIC Employee, LLC,                         Bankruptcy No. 24-30283
EOLA Capital, LLC, and                      Bankruptcy No. 24-30284
EC West Fargo, LLC,                         Bankruptcy No. 24-30285

                  Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ 176,535.05          .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( X ) ACCEPTS THE PLAN          (   ) REJECTS THE PLAN

Dated:                          Darryl Heim and Charlotte Heim

                                NAME OF CREDITOR
                                (please print or type)

                          By:   _Darryl Heim_ (signature)
                                (signature)

                                _Charlotte Heim_

                                ADDRESS
                                3559 102 P Avenue SW, Dickinson, ND 58601

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                          **Jointly Administered**

EPIC Companies Midwest, LLC,                    Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,               Bankruptcy No. 24-30282
EPIC Employee, LLC,                             Bankruptcy No. 24-30283
EOLA Capital, LLC, and                          Bankruptcy No. 24-30284
EC West Fargo, LLC,                             Bankruptcy No. 24-30285

Debtor.

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ 50,000 .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X) ACCEPTS THE PLAN          ( ) REJECTS THE PLAN

Dated: 7/21/2025

DAVID Seifert

NAME OF CREDITOR
(please print or type)

By:

(signature)

506 24 Ave. N

ADDRESS

Fargo, ND 58102

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:

**Jointly Administered**

EPIC Companies Midwest, LLC,
EPIC Companies Midwest 2023, LLC,
EPIC Employee, LLC,
EOLA Capital, LLC, and
EC West Fargo, LLC,

Bankruptcy No. 24-30281
Bankruptcy No. 24-30282
Bankruptcy No. 24-30283
Bankruptcy No. 24-30284
Bankruptcy No. 24-30285

Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ 50,000 .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X) ACCEPTS THE PLAN     ( ) REJECTS THE PLAN

Dated:

7-21-25

By:

Jean Seifert

NAME OF CREDITOR
(please print or type)

(signature)

5046-24th Ave N
ADDRESS
Fargo, ND 58102

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                    **Jointly Administered**

EPIC Companies Midwest, LLC,              Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,         Bankruptcy No. 24-30282
EPIC Employee, LLC,                       Bankruptcy No. 24-30283
EOLA Capital, LLC, and                    Bankruptcy No. 24-30284
EC West Fargo, LLC,                       Bankruptcy No. 24-30285

Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _30,000.ᵒᵒ_  (IN Joint with BRENDA FELLER)

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(✗) ACCEPTS THE PLAN          ( ) REJECTS THE PLAN

Dated:  7 - 16 - 2025          DAVID M. FELLER
                               NAME OF CREDITOR
                               (please print or type)

                         By:   Daud M Feller
                               (signature)

                               700 11ᵀʰ AVE NE
                               ADDRESS
                               MINOT, N. D,

                                              58703

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6ᵗʰ Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                              **Jointly Administered**

EPIC Companies Midwest, LLC,                        Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                   Bankruptcy No. 24-30282
EPIC Employee, LLC,                                 Bankruptcy No. 24-30283
EOLA Capital, LLC, and                              Bankruptcy No. 24-30284
EC West Fargo, LLC,                                 Bankruptcy No. 24-30285

            Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _3,000,000_ .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X) ACCEPTS THE PLAN            (  ) REJECTS THE PLAN

Dated: 7/14/25

By:

       _DAVID M. SCHWALL_
NAME OF CREDITOR
(please print or type)

_(signature)_

_301 WOODLAND CIRCLE_
ADDRESS
_GRAND FORKS, ND_
_58201_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                              **Jointly Administered**

EPIC Companies Midwest, LLC,                        Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                   Bankruptcy No. 24-30282
EPIC Employee, LLC,                                 Bankruptcy No. 24-30283
EOLA Capital, LLC, and                              Bankruptcy No. 24-30284
EC West Fargo, LLC,                                 Bankruptcy No. 24-30285

                    Debtor.

---

BALLOT FOR ACCEPTING OR REJECTING
DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ __3,000,000__ .

**(CHECK EITHER THE ACCEPT OR REJECT BOX)**

( X ) ACCEPTS THE PLAN          (   ) REJECTS THE PLAN

Dated:  7/14/25

                              __DAVID W. SCHWAL__
By:                           NAME OF CREDITOR
                              (please print or type)

                              __(signature)__
                              (signature)

                              __301 WOODLAND CIRCLE__
                              ADDRESS
                              __GRAND FORKS, ND__
                              __58201__

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                                  **Jointly Administered**

EPIC Companies Midwest, LLC,                            Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                       Bankruptcy No. 24-30282
EPIC Employee, LLC,                                     Bankruptcy No. 24-30283
EOLA Capital, LLC, and                                  Bankruptcy No. 24-30284
EC West Fargo, LLC,                                     Bankruptcy No. 24-30285

                          Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _3,000,000_ .

**(CHECK EITHER THE ACCEPT OR REJECT BOX)**

( X ) ACCEPTS THE PLAN          (   ) REJECTS THE PLAN

Dated:

7|14|25

By:

DAVID M. SCHALL
NAME OF CREDITOR
(please print or type)

_(signature)_

301 WOODLAND CIRCLE
ADDRESS
GRAND FORKS, ND
58201

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                                    **Jointly Administered**

EPIC Companies Midwest, LLC,                              Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                         Bankruptcy No. 24-30282
EPIC Employee, LLC,                                       Bankruptcy No. 24-30283
EOLA Capital, LLC, and                                    Bankruptcy No. 24-30284
EC West Fargo, LLC,                                       Bankruptcy No. 24-30285

Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _25,000⁰⁰ + interest_

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( X ) ACCEPTS THE PLAN             (   ) REJECTS THE PLAN

Dated: _July 11, 2025_

_Dianna R. Schumacher_
NAME OF CREDITOR
(please print or type)

By:   _Dianna Schumacher_
(signature)

_606 So. Main St._
ADDRESS
_Milbank, SD 57252_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtor. | |

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _239,795.43_ .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( X ) ACCEPTS THE PLAN                ( ) REJECTS THE PLAN

Dated:

_Elizabeth Goeser_
NAME OF CREDITOR
(please print or type)

By:    _Elizabeth Goeser_
(signature)

_2306 College Dr N_
ADDRESS
_Devils Lake, ND 58301_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:

EPIC Companies Midwest, LLC,
EPIC Companies Midwest 2023, LLC,
EPIC Employee, LLC,
EOLA Capital, LLC, and
EC West Fargo, LLC,

Debtor.

Jointly Administered

Bankruptcy No. 24-30281
Bankruptcy No. 24-30282
Bankruptcy No. 24-30283
Bankruptcy No. 24-30284
Bankruptcy No. 24-30285

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ 150,000

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X) ACCEPTS THE PLAN          ( ) REJECTS THE PLAN

Dated:

7/29/25

Elrick N Poppe
NAME OF CREDITOR
(please print or type)

By: Elrick N Poppe
(signature)

3810 21 St S.
ADDRESS
Fargo ND 58104

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NORTH DAKOTA

In Re:                                                      Jointly Administered

EPIC Companies Midwest, LLC,                    Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,          Bankruptcy No. 24-30282
EPIC Employee, LLC,                                    Bankruptcy No. 24-30283
EOLA Capital, LLC, and                                Bankruptcy No. 24-30284
EC West Fargo, LLC,                                    Bankruptcy No. 24-30285

Debtor.

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ 150,000 $\frac{00}{}$

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X) ACCEPTS THE PLAN                    ( ) REJECTS THE PLAN

Dated: July 29, 2025

Karen R. Toppe
NAME OF CREDITOR
(please print or type)

By: Karen R. Toppe
(signature)

3810 21st St S
ADDRESS
Fargo, ND 58104

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before July 29, 2025.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                              **Jointly Administered**

EPIC Companies Midwest, LLC,                        Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                   Bankruptcy No. 24-30282
EPIC Employee, LLC,                                 Bankruptcy No. 24-30283
EOLA Capital, LLC, and                              Bankruptcy No. 24-30284
EC West Fargo, LLC,                                 Bankruptcy No. 24-30285

                          Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _*100,000*_ .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( ✓ ) ACCEPTS THE PLAN          (  ) REJECTS THE PLAN

Dated:
*July 17, 2025*

                    *Gary Foss*
                    NAME OF CREDITOR
                    (please print or type)

          By:       *Gary Foss*
                    (signature)

                    *8468 Highway 3*
                    ADDRESS
                    *Rolette, ND  58366*

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:

**Jointly Administered**

EPIC Companies Midwest, LLC,
EPIC Companies Midwest 2023, LLC,
EPIC Employee, LLC,
EOLA Capital, LLC, and
EC West Fargo, LLC,

Bankruptcy No. 24-30281
Bankruptcy No. 24-30282
Bankruptcy No. 24-30283
Bankruptcy No. 24-30284
Bankruptcy No. 24-30285

Debtor.

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$_____.

**(CHECK EITHER THE ACCEPT OR REJECT BOX)**

( ) ACCEPTS THE PLAN          ( ) REJECTS THE PLAN

Dated:

_Gene Rode_
NAME OF CREDITOR
(please print or type)

By:       _Gene Rode_
(signature)

_Po Box - 66_
ADDRESS
_Marion, ND 58466_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                          **Jointly Administered**

EPIC Companies Midwest, LLC,                    Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,               Bankruptcy No. 24-30282
EPIC Employee, LLC,                             Bankruptcy No. 24-30283
EOLA Capital, LLC, and                          Bankruptcy No. 24-30284
EC West Fargo, LLC,                             Bankruptcy No. 24-30285

Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$_____.

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( X ) ACCEPTS THE PLAN          (   ) REJECTS THE PLAN

Dated:

By:

_Gene Rude_

NAME OF CREDITOR
(please print or type)

_Gene Rude_

(signature)

_Po Box - 66_

ADDRESS
_Marion, ND 58466_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                          **Jointly Administered**

EPIC Companies Midwest, LLC,                     Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                Bankruptcy No. 24-30282
EPIC Employee, LLC,                              Bankruptcy No. 24-30283
EOLA Capital, LLC, and                           Bankruptcy No. 24-30284
EC West Fargo, LLC,                              Bankruptcy No. 24-30285

                    Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$_____.

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X) ACCEPTS THE PLAN          (  ) REJECTS THE PLAN

Dated:                              _Sherry L. Rode_
                                    NAME OF CREDITOR
                                    (please print or type)

                              By:   _Sherry L. Rode_
                                    (signature)

                                    _P. O. Box 66_
                                    ADDRESS
                                    _Marion, ND. 58466_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                          **Jointly Administered**

EPIC Companies Midwest, LLC,                    Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,               Bankruptcy No. 24-30282
EPIC Employee, LLC,                             Bankruptcy No. 24-30283
EOLA Capital, LLC, and                          Bankruptcy No. 24-30284
EC West Fargo, LLC,                             Bankruptcy No. 24-30285

                        Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$_____.

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X) ACCEPTS THE PLAN              ( ) REJECTS THE PLAN

Dated:                              _Sherry L. Rode_
                                    NAME OF CREDITOR
                                    (please print or type)

                          By:      _Sherry L. Rode_
                                    (signature)

                                    _P. 0. Box 66_
                                    ADDRESS
                                    _Marion, ND 58466_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                          **Jointly Administered**

EPIC Companies Midwest, LLC,                    Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,               Bankruptcy No. 24-30282
EPIC Employee, LLC,                             Bankruptcy No. 24-30283
EOLA Capital, LLC, and                          Bankruptcy No. 24-30284
EC West Fargo, LLC,                             Bankruptcy No. 24-30285

            Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _100,000_____ .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X) ACCEPTS THE PLAN            (   ) REJECTS THE PLAN

                               Gwen L. Schmidt
                               Dwight B. Schmidt
Dated: _7-14-25_               NAME OF CREDITOR
                               (please print or type)

                          By:  _Dwight B. Schmidt   Gwen L. Schmidt_
                               (signature)

                               _1511  3rd St. SE._
                               ADDRESS
                               _Jamestown   N.D   58401_


This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NORTH DAKOTA

In Re:                                          **Jointly Administered**

EPIC Companies Midwest, LLC,                    Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,               Bankruptcy No. 24-30282
EPIC Employee, LLC,                             Bankruptcy No. 24-30283
EOLA Capital, LLC, and                          Bankruptcy No. 24-30284
EC West Fargo, LLC,                             Bankruptcy No. 24-30285

                    Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ 100,000 _____.

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X) ACCEPTS THE PLAN            ( ) REJECTS THE PLAN

                                Gwen L. Schmidt
Dated: 7-14-25                  Dwight B. Schmidt
                                NAME OF CREDITOR
                                (please print or type)

                         By:    Dwight B. ___ Gwen L. Schmidt
                                (signature)

                                1511 3rd St. SE
                                ADDRESS
                                Jamestown  N.D. 58401


This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:

**Jointly Administered**

EPIC Companies Midwest, LLC,
EPIC Companies Midwest 2023, LLC,
EPIC Employee, LLC,
EOLA Capital, LLC, and
EC West Fargo, LLC,

Bankruptcy No. 24-30281
Bankruptcy No. 24-30282
Bankruptcy No. 24-30283
Bankruptcy No. 24-30284
Bankruptcy No. 24-30285

Debtor.

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ 1,019,108.80_____.

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( X ) ACCEPTS THE PLAN        (   ) REJECTS THE PLAN

Dated: 7/28/25

Hain Capital Investors Master Fund, Ltd.,
as assignee of 7 Mile Holdings, LLC
_____
NAME OF CREDITOR
(please print or type)

By:     *Keenan Austin*
_____
(signature)

301 Route 17 North, Suite 816 A_____
ADDRESS
Rutherford, NJ 07070_____

_____

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:

**Jointly Administered**

EPIC Companies Midwest, LLC,
EPIC Companies Midwest 2023, LLC,
EPIC Employee, LLC,
EOLA Capital, LLC, and
EC West Fargo, LLC,

Bankruptcy No. 24-30281
Bankruptcy No. 24-30282
Bankruptcy No. 24-30283
Bankruptcy No. 24-30284
Bankruptcy No. 24-30285

Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ 150,000.00 _____.

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X ) ACCEPTS THE PLAN          (  ) REJECTS THE PLAN

Dated:  7/28/25

Hain Capital Investors Master Fund, Ltd.,
as assignee of Beth Postemski
_____
NAME OF CREDITOR
(please print or type)

By:

*Keenan Austin*
_____
(signature)

301 Route 17 North, Suite 816A
_____
ADDRESS
Rutherford, NJ 07070
_____

_____

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:

**Jointly Administered**

EPIC Companies Midwest, LLC,
EPIC Companies Midwest 2023, LLC,
EPIC Employee, LLC,
EOLA Capital, LLC, and
EC West Fargo, LLC,

Bankruptcy No. 24-30281
Bankruptcy No. 24-30282
Bankruptcy No. 24-30283
Bankruptcy No. 24-30284
Bankruptcy No. 24-30285

Debtor.

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$358,481.26_____.

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X ) ACCEPTS THE PLAN           (   ) REJECTS THE PLAN

Dated: 7/28/25

Hain Capital Investors Master Fund, Ltd.,
as assignee of Craig & Jody Geron
_____
NAME OF CREDITOR
(please print or type)

By:   *Keenan Austin*
_____
(signature)

301 Route 17 North, Suite 816 A_____
ADDRESS
Rutherford, NJ 07070_____

_____

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:

**Jointly Administered**

EPIC Companies Midwest, LLC,
EPIC Companies Midwest 2023, LLC,
EPIC Employee, LLC,
EOLA Capital, LLC, and
EC West Fargo, LLC,

Bankruptcy No. 24-30281
Bankruptcy No. 24-30282
Bankruptcy No. 24-30283
Bankruptcy No. 24-30284
Bankruptcy No. 24-30285

Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ 100,000.00

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X ) ACCEPTS THE PLAN          (  ) REJECTS THE PLAN

Dated: 7/28/25

Hain Capital Investors Master Fund, Ltd.,
as assignee of Eric & Sara Myhre

NAME OF CREDITOR
(please print or type)

By:     *Keenan Austin*

(signature)

301 Route 17 North, Suite 816 A
ADDRESS
Rutherford, NJ 07070

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtor. | |

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ <u>1,020,135.68</u>.

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X ) ACCEPTS THE PLAN                  (   ) REJECTS THE PLAN

Hain Capital Investors Master Fund, Ltd., as assignee of Flaten Holdings, LLC c/o Dan Flaten

NAME OF CREDITOR
(please print or type)

Dated: 7/28/25

By:     *Keenan Austin*

(signature)

301 Route 17 North, Suite 816 A

ADDRESS
Rutherford, NJ 07070

This ballot must be mailed or electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:

**Jointly Administered**

EPIC Companies Midwest, LLC,
EPIC Companies Midwest 2023, LLC,
EPIC Employee, LLC,
EOLA Capital, LLC, and
EC West Fargo, LLC,

Bankruptcy No. 24-30281
Bankruptcy No. 24-30282
Bankruptcy No. 24-30283
Bankruptcy No. 24-30284
Bankruptcy No. 24-30285

Debtor.

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ 250,000.00

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X ) ACCEPTS THE PLAN          (  ) REJECTS THE PLAN

Dated: 7/28/25

Hain Capital Investors Master Fund, Ltd.,
as assignee of Jane Merrill

NAME OF CREDITOR
(please print or type)

*Keenan Austin*

By:

(signature)

301 Route 17 North, Suite 816 A
ADDRESS
Rutherford, NJ 07070

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:

**Jointly Administered**

EPIC Companies Midwest, LLC,
EPIC Companies Midwest 2023, LLC,
EPIC Employee, LLC,
EOLA Capital, LLC, and
EC West Fargo, LLC,

Bankruptcy No. 24-30281
Bankruptcy No. 24-30282
Bankruptcy No. 24-30283
Bankruptcy No. 24-30284
Bankruptcy No. 24-30285

Debtor.

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ 51,000.00

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X ) ACCEPTS THE PLAN          (  ) REJECTS THE PLAN

Dated: 7/28/25

Hain Capital Investors Master Fund, Ltd.,
as assignee of Katie Breyer

NAME OF CREDITOR
(please print or type)

By:  *Keenan Austin*

(signature)

301 Route 17 North, Suite 816 A
ADDRESS
Rutherford, NJ 07070

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:

**Jointly Administered**

EPIC Companies Midwest, LLC,
EPIC Companies Midwest 2023, LLC,
EPIC Employee, LLC,
EOLA Capital, LLC, and
EC West Fargo, LLC,

Bankruptcy No. 24-30281
Bankruptcy No. 24-30282
Bankruptcy No. 24-30283
Bankruptcy No. 24-30284
Bankruptcy No. 24-30285

Debtor.

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ 791,439.98

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X ) ACCEPTS THE PLAN           ( ) REJECTS THE PLAN

Dated: 7/28/25

Hain Capital Investors Master Fund, Ltd.,
as assignee of Larry & Candice Dietz, Dietz Properties

NAME OF CREDITOR
(please print or type)

By:     *Keenan Austin*

(signature)

301 Route 17 North, Suite 816 A
ADDRESS
Rutherford, NJ 07070

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                                    **Jointly Administered**

EPIC Companies Midwest, LLC,                    Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,               Bankruptcy No. 24-30282
EPIC Employee, LLC,                             Bankruptcy No. 24-30283
EOLA Capital, LLC, and                          Bankruptcy No. 24-30284
EC West Fargo, LLC,                             Bankruptcy No. 24-30285

Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ 100,000.00

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( X ) ACCEPTS THE PLAN          (   ) REJECTS THE PLAN

Dated: 7/28/25

Hain Capital Investors Master Fund, Ltd.,
as assignee of Paul Antonucci

NAME OF CREDITOR
(please print or type)

By:        *Keenan Austin*

(signature)

301 Route 17 North, Suite 816 A
ADDRESS
Rutherford, NJ 07070

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:

**Jointly Administered**

EPIC Companies Midwest, LLC,
EPIC Companies Midwest 2023, LLC,
EPIC Employee, LLC,
EOLA Capital, LLC, and
EC West Fargo, LLC,

Bankruptcy No. 24-30281
Bankruptcy No. 24-30282
Bankruptcy No. 24-30283
Bankruptcy No. 24-30284
Bankruptcy No. 24-30285

Debtor.

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ 385,000.00

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X ) ACCEPTS THE PLAN          (   ) REJECTS THE PLAN

Dated: 7/28/25

Hain Capital Investors Master Fund, Ltd.,
as assignee of Second Chance, LLP c/o Bradley Beeter

NAME OF CREDITOR
(please print or type)

By:    *Keenan Austin*

(signature)

301 Route 17 North, Suite 816 A
ADDRESS
Rutherford, NJ 07070

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:

**Jointly Administered**

EPIC Companies Midwest, LLC,
EPIC Companies Midwest 2023, LLC,
EPIC Employee, LLC,
EOLA Capital, LLC, and
EC West Fargo, LLC,

Bankruptcy No. 24-30281
Bankruptcy No. 24-30282
Bankruptcy No. 24-30283
Bankruptcy No. 24-30284
Bankruptcy No. 24-30285

Debtor.

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ 428,411.35

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X ) ACCEPTS THE PLAN                    (  ) REJECTS THE PLAN

Dated: 7/28/25

Hain Capital Investors Master Fund, Ltd.,
as assignee of Steve & Elaine Gehrtz

NAME OF CREDITOR
(please print or type)

By:  *Keenan Austin*

(signature)

301 Route 17 North, Suite 816 A
ADDRESS
Rutherford, NJ 07070

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:

**Jointly Administered**

EPIC Companies Midwest, LLC,
EPIC Companies Midwest 2023, LLC,
EPIC Employee, LLC,
EOLA Capital, LLC, and
EC West Fargo, LLC,

Bankruptcy No. 24-30281
Bankruptcy No. 24-30282
Bankruptcy No. 24-30283
Bankruptcy No. 24-30284
Bankruptcy No. 24-30285

Debtor.

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ 200,000.00 _____.

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( X ) ACCEPTS THE PLAN            ( ) REJECTS THE PLAN

Dated: 7/28/25

Hain Capital Investors Master Fund, Ltd.,
as assignee of Taracon Precast, LLC

NAME OF CREDITOR
(please print or type)

By:  *Keenan Austin*

(signature)

301 Route 17 North, Suite 816 A
ADDRESS
Rutherford, NJ 07070

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                                    **Jointly Administered**

EPIC Companies Midwest, LLC,                              Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                         Bankruptcy No. 24-30282
EPIC Employee, LLC,                                       Bankruptcy No. 24-30283
EOLA Capital, LLC, and                                    Bankruptcy No. 24-30284
EC West Fargo, LLC,                                       Bankruptcy No. 24-30285

Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ 509,773.15

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X ) ACCEPTS THE PLAN          (   ) REJECTS THE PLAN

Dated:  7/28/25

Hain Capital Investors Master Fund, Ltd.,
as assignee of William & Tammy LaCrosse
_____
NAME OF CREDITOR
(please print or type)

By:   *Keenan Austin*
_____
(signature)

301 Route 17 North, Suite 816 A
_____
ADDRESS
Rutherford, NJ 07070
_____

_____

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                          **Jointly Administered**

EPIC Companies Midwest, LLC,                    Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,               Bankruptcy No. 24-30282
EPIC Employee, LLC,                             Bankruptcy No. 24-30283
EOLA Capital, LLC, and                          Bankruptcy No. 24-30284
EC West Fargo, LLC,                             Bankruptcy No. 24-30285

                        Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _135,000_ (+ Interest) (2 Notes 100,000 + 35,000  Oct 1, 24  (Dec 1, 2)

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( X ) ACCEPTS THE PLAN          (  ) REJECTS THE PLAN

Dated:
7/21/25

_ISABEL   LISKA_
NAME OF CREDITOR
(please print or type)

By:     _Isabel Liska_
(signature)
132  14th Ave. e., Unit D
ADDRESS
West Fargo
ND 58078

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                              **Jointly Administered**

EPIC Companies Midwest, LLC,                        Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                   Bankruptcy No. 24-30282
EPIC Employee, LLC,                                 Bankruptcy No. 24-30283
EOLA Capital, LLC, and                              Bankruptcy No. 24-30284
EC West Fargo, LLC,                                 Bankruptcy No. 24-30285

                    Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _55,000.00_

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X) ACCEPTS THE PLAN            (  ) REJECTS THE PLAN

Dated:

_James Schutz_
NAME OF CREDITOR
(please print or type)

By: _James K. Schutz_
(signature)

ADDRESS _6313 - 13th St. N_
_Fargo, ND_
_58102_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                          **Jointly Administered**

EPIC Companies Midwest, LLC,                    Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,               Bankruptcy No. 24-30282
EPIC Employee, LLC,                             Bankruptcy No. 24-30283
EOLA Capital, LLC, and                          Bankruptcy No. 24-30284
EC West Fargo, LLC,                             Bankruptcy No. 24-30285

Debtor.

BALLOT FOR ACCEPTING OR REJECTING
DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _136,000.00_ .

**(CHECK EITHER THE ACCEPT OR REJECT BOX)**

(X) ACCEPTS THE PLAN            (  ) REJECTS THE PLAN

Dated:   7-8-2025

                          _Jamestown Medical Foundation_
                          NAME OF CREDITOR
                          (please print or type)

                    By:   _Jamen A. Boatman, Treas_
                          (signature)

                          _228 13th Ave NE_
                          ADDRESS
                          _Jamestown ND 58401-3745_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                          **Jointly Administered**

EPIC Companies Midwest, LLC,                    Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,               Bankruptcy No. 24-30282
EPIC Employee, LLC,                             Bankruptcy No. 24-30283
EOLA Capital, LLC, and                          Bankruptcy No. 24-30284
EC West Fargo, LLC,                             Bankruptcy No. 24-30285

                    Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _100,000.00_ . (Joint with Robert Feller)

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X) ACCEPTS THE PLAN            ( ) REJECTS THE PLAN


Dated: 7-15-25                  _Jennifer Feller_
                                NAME OF CREDITOR
                                (please print or type)

                        By:     _Jennifer L. Feller_
                                (signature)

                                _PO Box 157_
                                ADDRESS
                                _Surrey, ND 58785-0157_

                                _____


This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                                  **Jointly Administered**

EPIC Companies Midwest, LLC,                            Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                       Bankruptcy No. 24-30282
EPIC Employee, LLC,                                     Bankruptcy No. 24-30283
EOLA Capital, LLC, and                                  Bankruptcy No. 24-30284
EC West Fargo, LLC,                                     Bankruptcy No. 24-30285

                          Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _100,000.00_ (Joint with Jennifer Feller)

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X) ACCEPTS THE PLAN              (  ) REJECTS THE PLAN

Dated: _7-15-25_              _Robert Feller_
                             NAME OF CREDITOR
                             (please print or type)

                     By:     _Robert Feller_
                             (signature)

                             _PO Box 157_
                             ADDRESS
                             _Surrey, ND   58785_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                              **Jointly Administered**

EPIC Companies Midwest, LLC,                        Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                   Bankruptcy No. 24-30282
EPIC Employee, LLC,                                 Bankruptcy No. 24-30283
EOLA Capital, LLC, and                              Bankruptcy No. 24-30284
EC West Fargo, LLC,                                 Bankruptcy No. 24-30285

Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _100,000.00_ .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( X ) ACCEPTS THE PLAN          (  ) REJECTS THE PLAN

Dated: 7-25-2025

                                        JOHN E DoutS
                                        NAME OF CREDITOR
                                        (please print or type)

                                By:     _____
                                        (signature)

                                ADDRESS BOX 425
                                POWERS LAKE, N.DAK 58773

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                    **Jointly Administered**

EPIC Companies Midwest, LLC,                    Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,              Bankruptcy No. 24-30282
EPIC Employee, LLC,                              Bankruptcy No. 24-30283
EOLA Capital, LLC, and                           Bankruptcy No. 24-30284
EC West Fargo, LLC,                              Bankruptcy No. 24-30285

                          Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _200,000.00_ .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( ✓ ) ACCEPTS THE PLAN          (   ) REJECTS THE PLAN

Dated:

_Katherine J. Backen-Anderson Trust_
NAME OF CREDITOR
(please print or type)

By: _Katherine Backen-Anderson_
(signature)

_117 3rd Ave. E._
ADDRESS
_West Fargo, ND_
_58078_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                          **Jointly Administered**

EPIC Companies Midwest, LLC,                    Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,               Bankruptcy No. 24-30282
EPIC Employee, LLC,                             Bankruptcy No. 24-30283
EOLA Capital, LLC, and                          Bankruptcy No. 24-30284
EC West Fargo, LLC,                             Bankruptcy No. 24-30285

Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ 54,672 .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X) ACCEPTS THE PLAN            (  ) REJECTS THE PLAN

Dated:

Kelly mofall

NAME OF CREDITOR
(please print or type)

By:  Kelly Morath
(signature)

1624 apple way
ADDRESS
minot ND 58701

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                                    **Jointly Administered**

EPIC Companies Midwest, LLC,                              Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                         Bankruptcy No. 24-30282
EPIC Employee, LLC,                                       Bankruptcy No. 24-30283
EOLA Capital, LLC, and                                    Bankruptcy No. 24-30284
EC West Fargo, LLC,                                       Bankruptcy No. 24-30285

                        Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _54,672_____.

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( X ) ACCEPTS THE PLAN          (   ) REJECTS THE PLAN


Dated:                          _Kelly Marelli_____
                                NAME OF CREDITOR
                                (please print or type)

                        By:     _Kelly Marelli_____
                                (signature)

                                _1624 Apple way_____
                                ADDRESS
                                _Minot, ND 58701_____

                                _____

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                                    **Jointly Administered**

EPIC Companies Midwest, LLC,                             Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                        Bankruptcy No. 24-30282
EPIC Employee, LLC,                                      Bankruptcy No. 24-30283
EOLA Capital, LLC, and                                   Bankruptcy No. 24-30284
EC West Fargo, LLC,                                      Bankruptcy No. 24-30285

                        Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _50,208_____ .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X) ACCEPTS THE PLAN            (  ) REJECTS THE PLAN

Dated:                          Matthew Morelli
                                _____
                                NAME OF CREDITOR
                                (please print or type)

                        By:     _____
                                (signature)

                                1624 Apple Way
                                _____
                                ADDRESS  Minot, ND 58701

                                _____

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                                    **Jointly Administered**

EPIC Companies Midwest, LLC,                              Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                         Bankruptcy No. 24-30282
EPIC Employee, LLC,                                       Bankruptcy No. 24-30283
EOLA Capital, LLC, and                                    Bankruptcy No. 24-30284
EC West Fargo, LLC,                                       Bankruptcy No. 24-30285

                    Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ 50,208 .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( ✗ ) ACCEPTS THE PLAN          ( ) REJECTS THE PLAN

Dated:                          matthew marelli
                                _____
                                NAME OF CREDITOR
                                (please print or type)

                    By:         _____
                                (signature)

                                1624 apple way
                                _____
                                ADDRESS
                                mnot, nd 58701
                                _____

                                _____

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                          **Jointly Administered**

EPIC Companies Midwest, LLC,                    Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,               Bankruptcy No. 24-30282
EPIC Employee, LLC,                             Bankruptcy No. 24-30283
EOLA Capital, LLC, and                          Bankruptcy No. 24-30284
EC West Fargo, LLC,                             Bankruptcy No. 24-30285

                        Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _52,336_____.

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X) ACCEPTS THE PLAN              ( ) REJECTS THE PLAN

Dated:                    Mason Morelli
                          _____
                          NAME OF CREDITOR
                          (please print or type)

                   By:    _____
                          (signature)

                          1624 Apple Way
                          _____
                          ADDRESS
                          Minot, ND 58701
                          _____

                          _____

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                          **Jointly Administered**

EPIC Companies Midwest, LLC,                    Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,               Bankruptcy No. 24-30282
EPIC Employee, LLC,                             Bankruptcy No. 24-30283
EOLA Capital, LLC, and                          Bankruptcy No. 24-30284
EC West Fargo, LLC,                             Bankruptcy No. 24-30285

                    Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _52,336_____ .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X) ACCEPTS THE PLAN          (  ) REJECTS THE PLAN

Dated:

                                By:

                                _Mason Morelli_____
                                NAME OF CREDITOR
                                (please print or type)

                                _____
                                (signature)

                                _1624 Apple Way_____
                                ADDRESS
                                _Minot, ND 58701_____

                                _____

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:

**Jointly Administered**

EPIC Companies Midwest, LLC,
EPIC Companies Midwest 2023, LLC,
EPIC Employee, LLC,
EOLA Capital, LLC, and
EC West Fargo, LLC,

Bankruptcy No. 24-30281
Bankruptcy No. 24-30282
Bankruptcy No. 24-30283
Bankruptcy No. 24-30284
Bankruptcy No. 24-30285

Debtor.

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ 80,000         .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X) ACCEPTS THE PLAN          (  ) REJECTS THE PLAN

Dated:

Kimberly Voltz
NAME OF CREDITOR
(please print or type)

By: Kimberly Voltz
(signature)

7332 Summerland Cir
ADDRESS
Lakewood Ranch, FL 34202

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                    **Jointly Administered**

EPIC Companies Midwest, LLC,              Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,         Bankruptcy No. 24-30282
EPIC Employee, LLC,                       Bankruptcy No. 24-30283
EOLA Capital, LLC, and                    Bankruptcy No. 24-30284
EC West Fargo, LLC,                       Bankruptcy No. 24-30285

Debtor.

BALLOT FOR ACCEPTING OR REJECTING
DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _80,400.00_  _( Note payable #43  E23 )_

**(CHECK EITHER THE ACCEPT OR REJECT BOX)**

( √ ) ACCEPTS THE PLAN          ( ) REJECTS THE PLAN

Dated:

_Larry Johnson_
NAME OF CREDITOR
(please print or type)

By:

_(signature)_

_Leo 3  3rd Ave NE_
ADDRESS
_Jamestown  ND  58401_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                          **Jointly Administered**

EPIC Companies Midwest, LLC,                    Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,               Bankruptcy No. 24-30282
EPIC Employee, LLC,                             Bankruptcy No. 24-30283
EOLA Capital, LLC, and                          Bankruptcy No. 24-30284
EC West Fargo, LLC,                             Bankruptcy No. 24-30285

                    Debtor.

---

BALLOT FOR ACCEPTING OR REJECTING
DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _80,400 00/100_   _(Note payable #43 E23)_

**(CHECK EITHER THE ACCEPT OR REJECT BOX)**

( ✓ ) ACCEPTS THE PLAN          (   ) REJECTS THE PLAN

Dated:                          _Letitia R. Johnson_
                                NAME OF CREDITOR
                                (please print or type)

                        By:     _Letitia R. Johnson_
                                (signature)

                                _603 3rd Ave N.E._
                                ADDRESS
                                _Jamestown, ND._
                                _58401_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                           **Jointly Administered**

EPIC Companies Midwest, LLC,                     Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                Bankruptcy No. 24-30282
EPIC Employee, LLC,                              Bankruptcy No. 24-30283
EOLA Capital, LLC, and                           Bankruptcy No. 24-30284
EC West Fargo, LLC,                              Bankruptcy No. 24-30285

              Debtor.

---

BALLOT FOR ACCEPTING OR REJECTING
DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _90, 450 00_____ (Note payable #65 ECM)

**(CHECK EITHER THE ACCEPT OR REJECT BOX)**

( √ ) ACCEPTS THE PLAN            (   ) REJECTS THE PLAN

Dated:                           _Larry Johnson_____
                                 NAME OF CREDITOR
                                 (please print or type)

                         By:     _____
                                 (signature)

                                 _603  3rd Ave. N.E._____
                                 ADDRESS
                                 _Jamestown, ND._____
                                                    _58401___

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                           **Jointly Administered**

EPIC Companies Midwest, LLC,                     Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                Bankruptcy No. 24-30282
EPIC Employee, LLC,                              Bankruptcy No. 24-30283
EOLA Capital, LLC, and                           Bankruptcy No. 24-30284
EC West Fargo, LLC,                              Bankruptcy No. 24-30285

Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _50,250.00_ _(Note payable # 115  ECM)_

**(CHECK EITHER THE ACCEPT OR REJECT BOX)**

( √ ) ACCEPTS THE PLAN          (   ) REJECTS THE PLAN

Dated:                          _Letitia R. Johnson_
                                NAME OF CREDITOR
                                (please print or type)

                          By:   _Letitia R. Johnson_
                                (signature)

                                _603  3rd Ave. NE._
                                ADDRESS
                                _Jamestown, ND._
                                _58401_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                          **Jointly Administered**

EPIC Companies Midwest, LLC,                    Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,               Bankruptcy No. 24-30282
EPIC Employee, LLC,                             Bankruptcy No. 24-30283
EOLA Capital, LLC, and                          Bankruptcy No. 24-30284
EC West Fargo, LLC,                             Bankruptcy No. 24-30285

                    Debtor.

---

BALLOT FOR ACCEPTING OR REJECTING
DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _50,250 00_  _(Note payable # 115   ECM)_

**(CHECK EITHER THE ACCEPT OR REJECT BOX)**

( ✓ ) ACCEPTS THE PLAN          (  ) REJECTS THE PLAN

Dated:                          _Larry E Johnson_
                                NAME OF CREDITOR
                                (please print or type)

                    By:         _signature_
                                (signature)

                                _603 3rd Ave. NE_
                                ADDRESS
                                _Jamestown, ND._
                                _58401_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                                    **Jointly Administered**

EPIC Companies Midwest, LLC,                              Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                         Bankruptcy No. 24-30282
EPIC Employee, LLC,                                       Bankruptcy No. 24-30283
EOLA Capital, LLC, and                                    Bankruptcy No. 24-30284
EC West Fargo, LLC,                                       Bankruptcy No. 24-30285

                        Debtor.

---

### BALLOT FOR ACCEPTING OR REJECTING
### DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _50,000.00_ .

#### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( X ) ACCEPTS THE PLAN              (  ) REJECTS THE PLAN

Dated: _6-30-25_

_Larry Senechal_
NAME OF CREDITOR
(please print or type)

By: _(signature)_
(signature)

_4574 4th Ave NE_
ADDRESS
_Balfour N.D. 58712_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                                    **Jointly Administered**

EPIC Companies Midwest, LLC,                              Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                         Bankruptcy No. 24-30282
EPIC Employee, LLC,                                       Bankruptcy No. 24-30283
EOLA Capital, LLC, and                                    Bankruptcy No. 24-30284
EC West Fargo, LLC,                                       Bankruptcy No. 24-30285

                         Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ ___5549.⁰⁰___ .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( X ) ACCEPTS THE PLAN                    (   ) REJECTS THE PLAN

Dated:  6-30-25

                                          _Tanya Senechal_
                                          NAME OF CREDITOR
                                          (please print or type)

                              By:         _____
                                          (signature)

                                          4574  4th  Ave NE
                                          ADDRESS
                                          Balfour, ND  58712
                                          _____

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:

**Jointly Administered**

EPIC Companies Midwest, LLC,
EPIC Companies Midwest 2023, LLC,
EPIC Employee, LLC,
EOLA Capital, LLC, and
EC West Fargo, LLC,

Bankruptcy No. 24-30281
Bankruptcy No. 24-30282
Bankruptcy No. 24-30283
Bankruptcy No. 24-30284
Bankruptcy No. 24-30285

Debtor.

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$  11,400,⁰⁰  .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( ✓ ) ACCEPTS THE PLAN          (  ) REJECTS THE PLAN

Dated: 6-30-25

Tanya Senechal

NAME OF CREDITOR
(please print or type)

By:

(signature)

4574. 4th Ave. NE

ADDRESS
B-from, ND 58712

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:

**Jointly Administered**

EPIC Companies Midwest, LLC,
EPIC Companies Midwest 2023, LLC,
EPIC Employee, LLC,
EOLA Capital, LLC, and
EC West Fargo, LLC,

Bankruptcy No. 24-30281
Bankruptcy No. 24-30282
Bankruptcy No. 24-30283
Bankruptcy No. 24-30284
Bankruptcy No. 24-30285

Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ 30,000 Total

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X) ACCEPTS THE PLAN          (  ) REJECTS THE PLAN

Dated: 6/27/25

Lonnie D HASS
NAME OF CREDITOR
(please print or type)

By: _____
(signature)

1909 9th St N
ADDRESS
Fargo ND 58102

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                        **Jointly Administered**

EPIC Companies Midwest, LLC,                  Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,             Bankruptcy No. 24-30282
EPIC Employee, LLC,                           Bankruptcy No. 24-30283
EOLA Capital, LLC, and                        Bankruptcy No. 24-30284
EC West Fargo, LLC,                           Bankruptcy No. 24-30285

                    Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _30,000 Total_

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X) ACCEPTS THE PLAN            (  ) REJECTS THE PLAN

Dated:  6/27/25

_Lonnie D Hass_
NAME OF CREDITOR
(please print or type)

By: _____
(signature)

_1909 9th St N_
ADDRESS
_Fargo ND 58102_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                              **Jointly Administered**

EPIC Companies Midwest, LLC,                        Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                   Bankruptcy No. 24-30282
EPIC Employee, LLC,                                 Bankruptcy No. 24-30283
EOLA Capital, LLC, and                              Bankruptcy No. 24-30284
EC West Fargo, LLC,                                 Bankruptcy No. 24-30285

                    Debtor.

---

BALLOT FOR ACCEPTING OR REJECTING
DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _30,000_ _Total_

**(CHECK EITHER THE ACCEPT OR REJECT BOX)**

(X) ACCEPTS THE PLAN        (  ) REJECTS THE PLAN

Dated: _6/27/25_

_Lonnie D HASS_
NAME OF CREDITOR
(please print or type)

By: _____
(signature)

_1909 9th St N_
ADDRESS
_Fargo ND 58102_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                    **Jointly Administered**

EPIC Companies Midwest, LLC,                    Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,              Bankruptcy No. 24-30282
EPIC Employee, LLC,                                   Bankruptcy No. 24-30283
EOLA Capital, LLC, and                                Bankruptcy No. 24-30284
EC West Fargo, LLC,                                    Bankruptcy No. 24-30285

Debtor.

BALLOT FOR ACCEPTING OR REJECTING
DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ 30,000 total.

**(CHECK EITHER THE ACCEPT OR REJECT BOX)**

( X ) ACCEPTS THE PLAN          (   ) REJECTS THE PLAN

Dated: 6-27-2025

Mary E Hass
NAME OF CREDITOR
(please print or type)

By: Mary E. Hass
(signature)

1909 9th St. N
ADDRESS
Fargo, N.D 58102

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                          **Jointly Administered**

EPIC Companies Midwest, LLC,                    Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,               Bankruptcy No. 24-30282
EPIC Employee, LLC,                             Bankruptcy No. 24-30283
EOLA Capital, LLC, and                          Bankruptcy No. 24-30284
EC West Fargo, LLC,                             Bankruptcy No. 24-30285

                        Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _30,000 (total)_

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( ✓ ) ACCEPTS THE PLAN            (   ) REJECTS THE PLAN

Dated:                            _Mary E, Hass_

_6-27-2025_                       NAME OF CREDITOR
                                  (please print or type)

                          By:     _Mary E. Hass_
                                  (signature)

                                  _1909  9th St. N,_
                                  ADDRESS
                                  _Fargo, ND 58102_


This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                            **Jointly Administered**

EPIC Companies Midwest, LLC,                      Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                 Bankruptcy No. 24-30282
EPIC Employee, LLC,                               Bankruptcy No. 24-30283
EOLA Capital, LLC, and                            Bankruptcy No. 24-30284
EC West Fargo, LLC,                               Bankruptcy No. 24-30285

        Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _30,000 total_ .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( ✓ ) ACCEPTS THE PLAN            ( ) REJECTS THE PLAN

Dated:                            _Mary E. Hass_
6-27-2025                         NAME OF CREDITOR
                                  (please print or type)

                        By:       _Mary E. Hass_
                                  (signature)
                                  _1909  9th St. N_
                                  ADDRESS
                                  _Fargo, ND 58102_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                          **Jointly Administered**

EPIC Companies Midwest, LLC,                    Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,               Bankruptcy No. 24-30282
EPIC Employee, LLC,                             Bankruptcy No. 24-30283
EOLA Capital, LLC, and                          Bankruptcy No. 24-30284
EC West Fargo, LLC,                             Bankruptcy No. 24-30285

Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _26488.66_ .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( X ) ACCEPTS THE PLAN          (  ) REJECTS THE PLAN

Dated:

_Loren Goeser_
NAME OF CREDITOR
(please print or type)

By:   _signature_
(signature)

_8951 79th Ave NE_
ADDRESS  _Munich ND 58352_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                              **Jointly Administered**

EPIC Companies Midwest, LLC,                        Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                   Bankruptcy No. 24-30282
EPIC Employee, LLC,                                 Bankruptcy No. 24-30283
EOLA Capital, LLC, and                              Bankruptcy No. 24-30284
EC West Fargo, LLC,                                 Bankruptcy No. 24-30285

                        Debtor.

---

BALLOT FOR ACCEPTING OR REJECTING
DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _871, 994, 01_.

**(CHECK EITHER THE ACCEPT OR REJECT BOX)**

( X ) ACCEPTS THE PLAN          (   ) REJECTS THE PLAN

Dated:                          _Loren  Goeser_
                                NAME OF CREDITOR
                                (please print or type)

                        By:     _John Doer_
                                (signature)

                                _8951  79th Ave NE_
                                ADDRESS
                                _Munich  ND  58352_


This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                          **Jointly Administered**

EPIC Companies Midwest, LLC,                    Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,               Bankruptcy No. 24-30282
EPIC Employee, LLC,                             Bankruptcy No. 24-30283
EOLA Capital, LLC, and                          Bankruptcy No. 24-30284
EC West Fargo, LLC,                             Bankruptcy No. 24-30285

                    Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _123,143.93_

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( ✓ ) ACCEPTS THE PLAN              (  ) REJECTS THE PLAN

Dated:                    _Lynne M. Mari_
                          NAME OF CREDITOR
                          (please print or type)

                    By: _Lynne M. Mari_
                          (signature)

                          Lynne M. Mari
                    ADDRESS: 3601 University Drive S.
                          Apartment 207
                          Fargo, ND 58104

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                            **Jointly Administered**

EPIC Companies Midwest, LLC,                      Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                 Bankruptcy No. 24-30282
EPIC Employee, LLC,                               Bankruptcy No. 24-30283
EOLA Capital, LLC, and                            Bankruptcy No. 24-30284
EC West Fargo, LLC,                               Bankruptcy No. 24-30285

Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ 50,000.00 .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( X ) ACCEPTS THE PLAN          (   ) REJECTS THE PLAN

Dated: July 8, 2025

MARILYN WERRE
NAME OF CREDITOR
(please print or type)

By: Marilyn D. Werre
(signature)

4206 Timberline Dr S.
ADDRESS
Fargo, ND 58104

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                              **Jointly Administered**

EPIC Companies Midwest, LLC,                         Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                    Bankruptcy No. 24-30282
EPIC Employee, LLC,                                  Bankruptcy No. 24-30283
EOLA Capital, LLC, and                               Bankruptcy No. 24-30284
EC West Fargo, LLC,                                  Bankruptcy No. 24-30285

                        Debtor.

---

BALLOT FOR ACCEPTING OR REJECTING
DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _175,000 00_ .          ( 140,000  + 35,000)

**(CHECK EITHER THE ACCEPT OR REJECT BOX)**

( ✓ ) ACCEPTS THE PLAN          (   ) REJECTS THE PLAN

Dated: _July 7, 2025_            _Mark J. Ahmann_
                                 NAME OF CREDITOR
                                 (please print or type)

                        By: _Mn J. a_
                                 (signature)

                                 _9426 LARGE court NE_
                                 ADDRESS
                                 _OTSEGO   MN   55330_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                          **Jointly Administered**

EPIC Companies Midwest, LLC,                    Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,               Bankruptcy No. 24-30282
EPIC Employee, LLC,                             Bankruptcy No. 24-30283
EOLA Capital, LLC, and                          Bankruptcy No. 24-30284
EC West Fargo, LLC,                             Bankruptcy No. 24-30285

              Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _175,000_____ .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( *V* ) ACCEPTS THE PLAN          (   ) REJECTS THE PLAN


Dated:                    _Terese Ahmann_____
                          NAME OF CREDITOR
                          (please print or type)
                    By: _Terese Ahmann_____
                          (signature)


                          ADDRESS _9426 Large Ct. NE_
                          _Otsego, Mn 55330_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                          **Jointly Administered**

EPIC Companies Midwest, LLC,                    Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,               Bankruptcy No. 24-30282
EPIC Employee, LLC,                             Bankruptcy No. 24-30283
EOLA Capital, LLC, and                          Bankruptcy No. 24-30284
EC West Fargo, LLC,                             Bankruptcy No. 24-30285

Debtor.

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ 75,000.00       Seventy five thousand dollars

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X) ACCEPTS THE PLAN          ( ) REJECTS THE PLAN

Dated: 7-4-25

Mark Mc Guigan
Teresa Mc Guigan
NAME OF CREDITOR
(please print or type)
Mark Mc Guigan
By:   Teresa Mc Guigan
(signature)
3908 21st St. South
ADDRESS
Fargo ND 58104

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                                    **Jointly Administered**

EPIC Companies Midwest, LLC,                              Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                        Bankruptcy No. 24-30282
EPIC Employee, LLC,                                       Bankruptcy No. 24-30283
EOLA Capital, LLC, and                                    Bankruptcy No. 24-30284
EC West Fargo, LLC,                                       Bankruptcy No. 24-30285

Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _25,000.00_ .     Twenty five thousand dollars

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X) ACCEPTS THE PLAN          (  ) REJECTS THE PLAN

Dated: 7-4-25

_Mark McGuigan_
NAME OF CREDITOR
(please print or type)

By:     _Mark McGuigan_
(signature)

_3908  21st St South_
ADDRESS
_Fargo       ND   58104_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                              **Jointly Administered**

EPIC Companies Midwest, LLC,                        Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                   Bankruptcy No. 24-30282
EPIC Employee, LLC,                                 Bankruptcy No. 24-30283
EOLA Capital, LLC, and                              Bankruptcy No. 24-30284
EC West Fargo, LLC,                                 Bankruptcy No. 24-30285

                     Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _1,250,000._____ .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( ✓ ) ACCEPTS THE PLAN            (   ) REJECTS THE PLAN

Dated:

                        _Marla Kulig_____
                        NAME OF CREDITOR
                        (please print or type)

            By:         _Marla Kulig_____
                        (signature)

                        _#3 Glacial Ct._____
                        ADDRESS
                        _Minot, N.D._____
                                         _58703_____

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:

**Jointly Administered**

EPIC Companies Midwest, LLC,
EPIC Companies Midwest 2023, LLC,
EPIC Employee, LLC,
EOLA Capital, LLC, and
EC West Fargo, LLC,

Bankruptcy No. 24-30281
Bankruptcy No. 24-30282
Bankruptcy No. 24-30283
Bankruptcy No. 24-30284
Bankruptcy No. 24-30285

Debtor.

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _154,875.00_ .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( x ) ACCEPTS THE PLAN         (  ) REJECTS THE PLAN

Dated:
7-22-2025

_Julie McKay Ganskop_
NAME OF CREDITOR
(please print or type)

By: _Julie McKay Ganskop_
(signature)

_6721 Schelee Ct NW_
Mailing ADDRESS _Rochester, MN 55901_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

Case 24-30281 Doc 369 Filed 06/12/25 Entered 06/12/25 07:50:15 Desc Main
Document Page 4 of 4

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:

**Jointly Administered**

EPIC Companies Midwest, LLC,
EPIC Companies Midwest 2023, LLC,
EPIC Employee, LLC,
EOLA Capital, LLC, and
EC West Fargo, LLC,

Bankruptcy No. 24-30281
Bankruptcy No. 24-30282
Bankruptcy No. 24-30283
Bankruptcy No. 24-30284
Bankruptcy No. 24-30285

Debtor.

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _169,812.50_ .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X) ACCEPTS THE PLAN          ( ) REJECTS THE PLAN

Dated: 7-22-2025

_Julie McKay Ganskop_
NAME OF CREDITOR
(please print or type)

By: _Julie McKay Ganskop_
(signature)

Mailing ADDRESS _6721 Schelee Ct NW_
_Rochester, MN 55901_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                               **Jointly Administered**

EPIC Companies Midwest, LLC,                    Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,               Bankruptcy No. 24-30282
EPIC Employee, LLC,                             Bankruptcy No. 24-30283
EOLA Capital, LLC, and                          Bankruptcy No. 24-30284
EC West Fargo, LLC,                             Bankruptcy No. 24-30285

Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _12,900.00_____.

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X) ACCEPTS THE PLAN          ( ) REJECTS THE PLAN

Dated: 7/21/25                    _Megan Sundet Plankers_
                                  NAME OF CREDITOR
                                  (please print or type)

                         By:      _Megan Smith Plankers_
                                  (signature)

                                  _14  37th Ave S_
                                  ADDRESS
                                  _Moorhead, MN  56560_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                          **Jointly Administered**

EPIC Companies Midwest, LLC,                    Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,               Bankruptcy No. 24-30282
EPIC Employee, LLC,                             Bankruptcy No. 24-30283
EOLA Capital, LLC, and                          Bankruptcy No. 24-30284
EC West Fargo, LLC,                             Bankruptcy No. 24-30285

               Debtor.

---

BALLOT FOR ACCEPTING OR REJECTING
DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ 50,000 plus interest

**(CHECK EITHER THE ACCEPT OR REJECT BOX)**

( X ) ACCEPTS THE PLAN          (   ) REJECTS THE PLAN

Dated: 7-15 2025               Michael + Jill Thompson
                              NAME OF CREDITOR
                              (please print or type)

                        By:   Michael Thompson
                              (signature)

                              Jill G. Thompson
                              ADDRESS
                              192 Haines Drive
                              Binford, ND 58416

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                      **Jointly Administered**

EPIC Companies Midwest, LLC,                        Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                   Bankruptcy No. 24-30282
EPIC Employee, LLC,                                 Bankruptcy No. 24-30283
EOLA Capital, LLC, and                              Bankruptcy No. 24-30284
EC West Fargo, LLC,                                 Bankruptcy No. 24-30285

                        Debtor.

---

BALLOT FOR ACCEPTING OR REJECTING
DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _50,000 plus interest_

**(CHECK EITHER THE ACCEPT OR REJECT BOX)**

( X ) ACCEPTS THE PLAN              (   ) REJECTS THE PLAN

Dated: 7.15.2025

                              _Jill Thompson_
                              NAME OF CREDITOR
                              (please print or type)

                      By:   _Jill G. Thompson_
                              (signature)

                              _192 Haines Drive_
                              ADDRESS
                              _Binford, ND  58416_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                              **Jointly Administered**

EPIC Companies Midwest, LLC,                        Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                   Bankruptcy No. 24-30282
EPIC Employee, LLC,                                 Bankruptcy No. 24-30283
EOLA Capital, LLC, and                              Bankruptcy No. 24-30284
EC West Fargo, LLC,                                 Bankruptcy No. 24-30285

                        Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _50,000⁰⁰ plus Interest_

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X) ACCEPTS THE PLAN          (  ) REJECTS THE PLAN

Dated: 7-15-25

                          _Michael E Thompson_
                          NAME OF CREDITOR
                          (please print or type)

              By:         _Michel Thompson_
                          (signature)

                          _192 Haines Drive_
                          ADDRESS
                          _Binford ND 58416_


This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                    **Jointly Administered**

EPIC Companies Midwest, LLC,                              Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                         Bankruptcy No. 24-30282
EPIC Employee, LLC,                                       Bankruptcy No. 24-30283
EOLA Capital, LLC, and                                    Bankruptcy No. 24-30284
EC West Fargo, LLC,                                       Bankruptcy No. 24-30285

                         Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _50,000.00 Sub debt_

**(CHECK EITHER THE ACCEPT OR REJECT BOX)**

( ✓ ) ACCEPTS THE PLAN          (   ) REJECTS THE PLAN

Dated:
_7-20-2025_

By:

_Michael W. Wing_
NAME OF CREDITOR
(please print or type)

_Michael J. Watlov_
(signature)

_4804 2nd St E_
ADDRESS
_West Fargo ND_
_58078_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                    **Jointly Administered**

EPIC Companies Midwest, LLC,                              Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                         Bankruptcy No. 24-30282
EPIC Employee, LLC,                                       Bankruptcy No. 24-30283
EOLA Capital, LLC, and                                    Bankruptcy No. 24-30284
EC West Fargo, LLC,                                       Bankruptcy No. 24-30285

                    Debtor.

---

BALLOT FOR ACCEPTING OR REJECTING
DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _50,000_   _SUB-debt_

**(CHECK EITHER THE ACCEPT OR REJECT BOX)**

( X ) ACCEPTS THE PLAN            (  ) REJECTS THE PLAN

Dated: _5/20/25_

                                         _Susan R Nilson_
                                         NAME OF CREDITOR
                                         (please print or type)

                                    By: _Susan Nilson_
                                         (signature)

                                         _4804 2nd St E_
                                         ADDRESS
                                         _WF, ND 58078_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                          **Jointly Administered**

EPIC Companies Midwest, LLC,                    Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,               Bankruptcy No. 24-30282
EPIC Employee, LLC,                             Bankruptcy No. 24-30283
EOLA Capital, LLC, and                          Bankruptcy No. 24-30284
EC West Fargo, LLC,                             Bankruptcy No. 24-30285

                    Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _13,100_  _Employee lending Program_

**(CHECK EITHER THE ACCEPT OR REJECT BOX)**

( X ) ACCEPTS THE PLAN          (   ) REJECTS THE PLAN

Dated:                          _Susan R Nelson_

_7/20/25_                       NAME OF CREDITOR
                                (please print or type)

                       By:      _Susan Nelson_
                                (signature)

                                _4804 2nd St E_
                                ADDRESS _WF, ND 58078_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                              **Jointly Administered**

EPIC Companies Midwest, LLC,                        Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                   Bankruptcy No. 24-30282
EPIC Employee, LLC,                                 Bankruptcy No. 24-30283
EOLA Capital, LLC, and                              Bankruptcy No. 24-30284
EC West Fargo, LLC,                                 Bankruptcy No. 24-30285

Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _75,000.⁰⁰_____.

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X) ACCEPTS THE PLAN          (  ) REJECTS THE PLAN

Dated:                          _MICHAEL S. SCHUTZ_____
                                NAME OF CREDITOR
                                (please print or type)

                        By:     _Michael S. Schut_____
                                (signature)

                                _9039 PARKSIO DR._____
                                ADDRESS
                                _WOODBURY, MN 55125___

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:

**Jointly Administered**

EPIC Companies Midwest, LLC,
EPIC Companies Midwest 2023, LLC,
EPIC Employee, LLC,
EOLA Capital, LLC, and
EC West Fargo, LLC,

Bankruptcy No. 24-30281
Bankruptcy No. 24-30282
Bankruptcy No. 24-30283
Bankruptcy No. 24-30284
Bankruptcy No. 24-30285

Debtor.

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _____ .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X) ACCEPTS THE PLAN          (  ) REJECTS THE PLAN

Dated: 7|25|2025

Mortensen Masonry, Inc
NAME OF CREDITOR
(please print or type)

By:  _____
(signature)

205 Fandachón Ave
ADDRESS
Glyndon, MN 56547

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:

**Jointly Administered**

EPIC Companies Midwest, LLC,
EPIC Companies Midwest 2023, LLC,
EPIC Employee, LLC,
EOLA Capital, LLC, and
EC West Fargo, LLC,

Bankruptcy No. 24-30281
Bankruptcy No. 24-30282
Bankruptcy No. 24-30283
Bankruptcy No. 24-30284
Bankruptcy No. 24-30285

Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _____.

**(CHECK EITHER THE ACCEPT OR REJECT BOX)**

(X) ACCEPTS THE PLAN          (  ) REJECTS THE PLAN

Dated: 7/25/2025

Marrorson Mosonry, Inc
NAME OF CREDITOR
(please print or type)

By: _____
(signature)

205 Foundation Ave
ADDRESS
Glyndon, MN 56547

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                          **Jointly Administered**

EPIC Companies Midwest, LLC,                    Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,               Bankruptcy No. 24-30282
EPIC Employee, LLC,                             Bankruptcy No. 24-30283
EOLA Capital, LLC, and                          Bankruptcy No. 24-30284
EC West Fargo, LLC,                             Bankruptcy No. 24-30285

                    Debtor.

---

BALLOT FOR ACCEPTING OR REJECTING
DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _25,000.00_ .

**(CHECK EITHER THE ACCEPT OR REJECT BOX)**

( ✓ ) ACCEPTS THE PLAN          ( ) REJECTS THE PLAN

Dated:                          _North Dakota Street Rod Assoc._
                                NAME OF CREDITOR
                                (please print or type)

                          By:   _Rolynne Speer_
                                (signature)

                                _21423   190th Ave N_
                                ADDRESS
                                _Ulen, MN 56585_

                                _____

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                                    **Jointly Administered**

EPIC Companies Midwest, LLC,                              Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                         Bankruptcy No. 24-30282
EPIC Employee, LLC,                                       Bankruptcy No. 24-30283
EOLA Capital, LLC, and                                    Bankruptcy No. 24-30284
EC West Fargo, LLC,                                       Bankruptcy No. 24-30285

          Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _____150,000.00_____ .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( X ) ACCEPTS THE PLAN                    (  ) REJECTS THE PLAN


Dated:                              _____PATRICIA STEINMETZ_____
                                    NAME OF CREDITOR
                                    (please print or type)

                          By:       _____Patricia Steinmetz_____
                                    (signature)

                                    _____1413 - 7TH Street N._____
                                    ADDRESS
                                    _____Fargo, ND   58102_____

                                    _____


This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:

**Jointly Administered**

EPIC Companies Midwest, LLC,
EPIC Companies Midwest 2023, LLC,
EPIC Employee, LLC,
EOLA Capital, LLC, and
EC West Fargo, LLC,

Bankruptcy No. 24-30281
Bankruptcy No. 24-30282
Bankruptcy No. 24-30283
Bankruptcy No. 24-30284
Bankruptcy No. 24-30285

Debtor.

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _200,000_ .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( X ) ACCEPTS THE PLAN ( ) REJECTS THE PLAN

Dated:

_Raoul Brendt_
NAME OF CREDITOR
(please print or type)

By: _Raoul Brendt_
(signature)

_Po Box 321_

ADDRESS _Stanley, ND 58784_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                    **Jointly Administered**

EPIC Companies Midwest, LLC,                    Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,               Bankruptcy No. 24-30282
EPIC Employee, LLC,                             Bankruptcy No. 24-30283
EOLA Capital, LLC, and                          Bankruptcy No. 24-30284
EC West Fargo, LLC,                             Bankruptcy No. 24-30285

Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _200,000_ .

**(CHECK EITHER THE ACCEPT OR REJECT BOX)**

( ✗ ) ACCEPTS THE PLAN        ( ) REJECTS THE PLAN

Dated:

_Knonl Brandt_

NAME OF CREDITOR
(please print or type)

By:    _Rand Brandt_
(signature)

_P o Box 327_

ADDRESS
_Stanley ND 58784_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                                          **Jointly Administered**

EPIC Companies Midwest, LLC,                    Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,           Bankruptcy No. 24-30282
EPIC Employee, LLC,                                    Bankruptcy No. 24-30283
EOLA Capital, LLC, and                                Bankruptcy No. 24-30284
EC West Fargo, LLC,                                    Bankruptcy No. 24-30285

Debtor.

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _20,000_ .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( X ) ACCEPTS THE PLAN          ( ) REJECTS THE PLAN

Dated:

_Reed & Jenna Weisenburger_
NAME OF CREDITOR
(please print or type)

By: _____
(signature)

_318  2nd Street SE_
ADDRESS
_New Rockford, ND 58356_

_____

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                                  **Jointly Administered**

EPIC Companies Midwest, LLC,                            Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                       Bankruptcy No. 24-30282
EPIC Employee, LLC,                                     Bankruptcy No. 24-30283
EOLA Capital, LLC, and                                  Bankruptcy No. 24-30284
EC West Fargo, LLC,                                     Bankruptcy No. 24-30285

                          Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _5000_____.

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X) ACCEPTS THE PLAN              (   ) REJECTS THE PLAN

Dated: _JUNE 30, 2025_

                          _Ritchie Valen_____
                          NAME OF CREDITOR
                          (please print or type)

                    By:   _Ritchie Valen_____
                          (signature)

                          ADDRESS _502 Lorene Dr._____
                          _O'fallon, Mo. 63366_____

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                                    **Jointly Administered**

EPIC Companies Midwest, LLC,                    Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,              Bankruptcy No. 24-30282
EPIC Employee, LLC,                                Bankruptcy No. 24-30283
EOLA Capital, LLC, and                             Bankruptcy No. 24-30284
EC West Fargo, LLC,                                Bankruptcy No. 24-30285

Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ 151, 676. 28 .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( X ) ACCEPTS THE PLAN            (   ) REJECTS THE PLAN

Dated:  July 16, 2025

                                    Rob Heim
                                    NAME OF CREDITOR
                                    (please print or type)

By:
                                    (signature)

                                    2313  8th  ST. E.
                                    ADDRESS
                                    Dickinson  N.D. 58601

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                    **Jointly Administered**

EPIC Companies Midwest, LLC,                              Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                         Bankruptcy No. 24-30282
EPIC Employee, LLC,                                       Bankruptcy No. 24-30283
EOLA Capital, LLC, and                                    Bankruptcy No. 24-30284
EC West Fargo, LLC,                                       Bankruptcy No. 24-30285

                        Debtor.

---

BALLOT FOR ACCEPTING OR REJECTING
DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ 253,074.64 .

**(CHECK EITHER THE ACCEPT OR REJECT BOX)**

(✗) ACCEPTS THE PLAN          (  ) REJECTS THE PLAN

Dated: July 16, 2025

                              Rob Neim, Trustee of the
                              NAME OF CREDITOR Robert W Heim
                              (please print or type) Revocable Living
                                                     Trust
By:     (signature)
        (signature)

        2313 8Th ST. E.
        ADDRESS
        Dickinson N.D. 58601

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                          **Jointly Administered**

EPIC Companies Midwest, LLC,                    Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,               Bankruptcy No. 24-30282
EPIC Employee, LLC,                             Bankruptcy No. 24-30283
EOLA Capital, LLC, and                          Bankruptcy No. 24-30284
EC West Fargo, LLC,                             Bankruptcy No. 24-30285

                            Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ 151, 676.28 .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( X ) ACCEPTS THE PLAN          (  ) REJECTS THE PLAN

Dated: July 16, 2025

                                By:

                                Rob Heim
                                NAME OF CREDITOR
                                (please print or type)

                                (signature)

                                2313 8Th ST. E.
                                ADDRESS
                                Dickinson ND. 58601

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:

**Jointly Administered**

EPIC Companies Midwest, LLC,
EPIC Companies Midwest 2023, LLC,
EPIC Employee, LLC,
EOLA Capital, LLC, and
EC West Fargo, LLC,

Bankruptcy No. 24-30281
Bankruptcy No. 24-30282
Bankruptcy No. 24-30283
Bankruptcy No. 24-30284
Bankruptcy No. 24-30285

Debtor.

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ 151, 676.28 .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( X ) ACCEPTS THE PLAN          (  ) REJECTS THE PLAN

Dated: July 16, 2025

Joleen Heim
NAME OF CREDITOR
(please print or type)

By:

Joleen Heim
(signature)

2313 8th ST. E
ADDRESS
Dickinson ND 58601

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                              **Jointly Administered**

EPIC Companies Midwest, LLC,                        Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                   Bankruptcy No. 24-30282
EPIC Employee, LLC,                                 Bankruptcy No. 24-30283
EOLA Capital, LLC, and                              Bankruptcy No. 24-30284
EC West Fargo, LLC,                                 Bankruptcy No. 24-30285

                            Debtor.

---

BALLOT FOR ACCEPTING OR REJECTING
DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ 151,676.28 .

**(CHECK EITHER THE ACCEPT OR REJECT BOX)**

( X ) ACCEPTS THE PLAN          (   ) REJECTS THE PLAN

Dated: July 16, 2025           _Joleen Heim_____
                               NAME OF CREDITOR
                               (please print or type)

                         By:   _Joleen Heim_____
                               (signature)

                               _2313 8th ST E._____
                               ADDRESS
                               _Dickinson NO. 58601_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

In Re:                                                    **Jointly Administered**

EPIC Companies Midwest, LLC,                        Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                   Bankruptcy No. 24-30282
EPIC Employee, LLC,                                 Bankruptcy No. 24-30283
EOLA Capital, LLC, and                              Bankruptcy No. 24-30284
EC West Fargo, LLC,                                 Bankruptcy No. 24-30285

                    Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ 253, 074.64 .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(✗) ACCEPTS THE PLAN            (   ) REJECTS THE PLAN

Dated: July 16, 2025

                    Joleen Heim, Trustee of the
                    NAME OF CREDITOR Joleen M Heim
                    (please print or type)  Revocable Living
                                                Trust
By:     Joleen Heim
        (signature)

        2313 8Th ST. E.
        ADDRESS
        Dickinson N.D. 58601

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                    **Jointly Administered**

EPIC Companies Midwest, LLC,                              Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                         Bankruptcy No. 24-30282
EPIC Employee, LLC,                                       Bankruptcy No. 24-30283
EOLA Capital, LLC, and                                    Bankruptcy No. 24-30284
EC West Fargo, LLC,                                       Bankruptcy No. 24-30285

                    Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _83,272.77_

**(CHECK EITHER THE ACCEPT OR REJECT BOX)**

(X) ACCEPTS THE PLAN              (  ) REJECTS THE PLAN

Dated:

                              _Rod Goeser_
                              NAME OF CREDITOR
                              (please print or type)

                    By:       _Rod Goes_
                              (signature)

                              _713 Broadway_
                              ADDRESS
                              _Buxton, North Dakota_
                              _58218_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                          **Jointly Administered**

EPIC Companies Midwest, LLC,                    Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,               Bankruptcy No. 24-30282
EPIC Employee, LLC,                             Bankruptcy No. 24-30283
EOLA Capital, LLC, and                          Bankruptcy No. 24-30284
EC West Fargo, LLC,                             Bankruptcy No. 24-30285

                    Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ 400,000.00

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X) ACCEPTS THE PLAN          (  ) REJECTS THE PLAN

Dated: July 7, 2025

                    Scott Q. Baisch
                    NAME OF CREDITOR
                    (please print or type)

          By:       Scott Baisch
                    (signature)

                    ADDRESS  410  3RD AVE NW
                    HAZEN, ND 58545-4328
                    701-748-2360

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                        **Jointly Administered**

EPIC Companies Midwest, LLC,                  Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,             Bankruptcy No. 24-30282
EPIC Employee, LLC,                           Bankruptcy No. 24-30283
EOLA Capital, LLC, and                        Bankruptcy No. 24-30284
EC West Fargo, LLC,                           Bankruptcy No. 24-30285

Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ 25,800.00 .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(  ) ACCEPTS THE PLAN            (X) REJECTS THE PLAN

Dated:

Streyle Masonry Fuc.
NAME OF CREDITOR
(please print or type)

By: _(signature)_

2435 Skylark Ave
ADDRESS
Bismarck ND 58504

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                          **Jointly Administered**

EPIC Companies Midwest, LLC,                    Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,               Bankruptcy No. 24-30282
EPIC Employee, LLC,                             Bankruptcy No. 24-30283
EOLA Capital, LLC, and                          Bankruptcy No. 24-30284
EC West Fargo, LLC,                             Bankruptcy No. 24-30285

                    Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _8,852.25_ .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X) ACCEPTS THE PLAN          (  ) REJECTS THE PLAN

Dated:                        _Tanner Lautt_
                              NAME OF CREDITOR
                              (please print or type)

                        By:   _T. Lautt_
                              (signature)

                              _1328 4th St NW_
                              ADDRESS
                              _West Fargo, ND 58078_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                              **Jointly Administered**

EPIC Companies Midwest, LLC,                        Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                   Bankruptcy No. 24-30282
EPIC Employee, LLC,                                 Bankruptcy No. 24-30283
EOLA Capital, LLC, and                              Bankruptcy No. 24-30284
EC West Fargo, LLC,                                 Bankruptcy No. 24-30285

          Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _8,852.25_ .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X) ACCEPTS THE PLAN          ( ) REJECTS THE PLAN

Dated:                         _Tanner Lawtt_
                               NAME OF CREDITOR
                               (please print or type)

                        By:   _T. Lawtt_
                               (signature)

                               _1328 4th St NW_
                               ADDRESS
                               _West Fargo, ND  58078_


This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                                    **Jointly Administered**

EPIC Companies Midwest, LLC,                              Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                         Bankruptcy No. 24-30282
EPIC Employee, LLC,                                       Bankruptcy No. 24-30283
EOLA Capital, LLC, and                                    Bankruptcy No. 24-30284
EC West Fargo, LLC,                                       Bankruptcy No. 24-30285

              Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _36,495._____ .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( X ) ACCEPTS THE PLAN          (   ) REJECTS THE PLAN

Dated:  7-22-25

                              _Terry V. Olson_____
                              NAME OF CREDITOR
                              (please print or type)

By:                           _Terry V. Ol_____
                              (signature)

                              _1303 2nd Av NE_____
                              ADDRESS
                              _Barnesville  MN_____
                                              56514

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:

**Jointly Administered**

EPIC Companies Midwest, LLC,
EPIC Companies Midwest 2023, LLC,
EPIC Employee, LLC,
EOLA Capital, LLC, and
EC West Fargo, LLC,

Bankruptcy No. 24-30281
Bankruptcy No. 24-30282
Bankruptcy No. 24-30283
Bankruptcy No. 24-30284
Bankruptcy No. 24-30285

Debtor.

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _100,000.00_____.

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( V ) ACCEPTS THE PLAN          ( ) REJECTS THE PLAN

Dated:

July 22, 2025

_Troy Moore + Julie Moore_
NAME OF CREDITOR
(please print or type)

By: _____  Julie Moore
(signature)

_8336 59th ST S_
ADDRESS
_Horace, ND  58047_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

**Jointly Administered**

In Re:

EPIC Companies Midwest, LLC,
EPIC Companies Midwest 2023, LLC,
EPIC Employee, LLC,
EOLA Capital, LLC, and
EC West Fargo, LLC,

Bankruptcy No. 24-30281
Bankruptcy No. 24-30282
Bankruptcy No. 24-30283
Bankruptcy No. 24-30284
Bankruptcy No. 24-30285

Debtor.

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ 1,815.00

**(CHECK EITHER THE ACCEPT OR REJECT BOX)**

(X) ACCEPTS THE PLAN          ( ) REJECTS THE PLAN

Dated:

Tyler Bay
NAME OF CREDITOR
(please print or type)

By: _____
(signature)

1717 N 15th St Bismarck, ND
ADDRESS
58501

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                          **Jointly Administered**

EPIC Companies Midwest, LLC,                    Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,               Bankruptcy No. 24-30282
EPIC Employee, LLC,                             Bankruptcy No. 24-30283
EOLA Capital, LLC, and                          Bankruptcy No. 24-30284
EC West Fargo, LLC,                             Bankruptcy No. 24-30285

Debtor.

---

BALLOT FOR ACCEPTING OR REJECTING
DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _100,000.00_ .

**(CHECK EITHER THE ACCEPT OR REJECT BOX)**

(X) ACCEPTS THE PLAN            ( ) REJECTS THE PLAN

Dated:                          _VERNIE  D.  BAESLER_
                                NAME OF CREDITOR
                                (please print or type)

                         By:    _Vernie D. Baesler_
                                (signature)

                                _____
                                ADDRESS _P.O. BOX 144_
                                _HAZEN, N.D. 58545-0144_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NORTH DAKOTA

In Re:                                              **Jointly Administered**

EPIC Companies Midwest, LLC,                        Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                   Bankruptcy No. 24-30282
EPIC Employee, LLC,                                 Bankruptcy No. 24-30283
EOLA Capital, LLC, and                              Bankruptcy No. 24-30284
EC West Fargo, LLC,                                 Bankruptcy No. 24-30285

                      Debtor.

---

### BALLOT FOR ACCEPTING OR REJECTING
### DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ 1,000,000.00

**(CHECK EITHER THE ACCEPT OR REJECT BOX)**

(X) ACCEPTS THE PLAN          (  ) REJECTS THE PLAN

Dated:                        _VERNIE D. BAESLER_
                              NAME OF CREDITOR
                              (please print or type)

                      By:     _Vernie D. Baesler_
                              (signature)

                              ADDRESS _P.O. BOX 144_
                              _HAZEN, N.D. 58545-0144_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                            **Jointly Administered**

EPIC Companies Midwest, LLC,                      Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                 Bankruptcy No. 24-30282
EPIC Employee, LLC,                               Bankruptcy No. 24-30283
EOLA Capital, LLC, and                            Bankruptcy No. 24-30284
EC West Fargo, LLC,                               Bankruptcy No. 24-30285

Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _250,000.00_ .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( X ) ACCEPTS THE PLAN             (   ) REJECTS THE PLAN

Dated:

_William Altringer_
NAME OF CREDITOR
(please print or type)

By:   _W.E. Altringer_
(signature)

_4613 Border Harbor Dr._
ADDRESS
_Mandan, ND 58554_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:

**Jointly Administered**

EPIC Companies Midwest, LLC,
EPIC Companies Midwest 2023, LLC,
EPIC Employee, LLC,
EOLA Capital, LLC, and
EC West Fargo, LLC,

Bankruptcy No. 24-30281
Bankruptcy No. 24-30282
Bankruptcy No. 24-30283
Bankruptcy No. 24-30284
Bankruptcy No. 24-30285

Debtor.

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _*103,000.00*_ .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( X ) ACCEPTS THE PLAN          (  ) REJECTS THE PLAN

Dated:

_Westbrand & Co. FBO  Ann Marie Schutz_
_IRA_
NAME OF CREDITOR
(please print or type)

By: _Ann Marie Schutz_
(signature)

_6313  13th St N_
ADDRESS
_Fargo  ND_
_58102_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                              **Jointly Administered**

EPIC Companies Midwest, LLC,                        Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                   Bankruptcy No. 24-30282
EPIC Employee, LLC,                                 Bankruptcy No. 24-30283
EOLA Capital, LLC, and                              Bankruptcy No. 24-30284
EC West Fargo, LLC,                                 Bankruptcy No. 24-30285

                        Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _11,500 00_ .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( X ) ACCEPTS THE PLAN           (   ) REJECTS THE PLAN

Dated: 7/16/2025

                                   _Angela J. Schweitzer_
                                   NAME OF CREDITOR
                                   (please print or type)

                        By:        _(signature)_
                                   (signature)

                                   _619 10th Ave E._
                                   ADDRESS
                                   _West Fargo, ND_
                                   _58078_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                                    **Jointly Administered**

EPIC Companies Midwest, LLC,                              Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                         Bankruptcy No. 24-30282
EPIC Employee, LLC,                                       Bankruptcy No. 24-30283
EOLA Capital, LLC, and                                    Bankruptcy No. 24-30284
EC West Fargo, LLC,                                       Bankruptcy No. 24-30285

                    Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ __11,500.00__ .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( X ) ACCEPTS THE PLAN              (   ) REJECTS THE PLAN

Dated: 7/16/2025

                                   Angela J. Schweitzer
                                   _____
                                   NAME OF CREDITOR
                                   (please print or type)

                        By:        _____
                                   (signature)

                                   619 10th Ave E
                                   _____
                                   ADDRESS
                                   West Fargo, ND
                                   _____
                                              58078

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                                          **Jointly Administered**

EPIC Companies Midwest, LLC,                      Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,              Bankruptcy No. 24-30282
EPIC Employee, LLC,                                    Bankruptcy No. 24-30283
EOLA Capital, LLC, and                                 Bankruptcy No. 24-30284
EC West Fargo, LLC,                                    Bankruptcy No. 24-30285

                            Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _50,000_ / _50, 000_.

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( ✓ ) ACCEPTS THE PLAN            ( ) REJECTS THE PLAN

Dated:                                    _Brendan Boe_ / _Laura Boe_
                                          NAME OF CREDITOR
                                          (please print or type)

                            By:           _(signature)_

                                          _503 7th Ave_
                                          ADDRESS
                                          _Thompson, ND 58278_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN  55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                              **Jointly Administered**

EPIC Companies Midwest, LLC,                        Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                   Bankruptcy No. 24-30282
EPIC Employee, LLC,                                 Bankruptcy No. 24-30283
EOLA Capital, LLC, and                              Bankruptcy No. 24-30284
EC West Fargo, LLC,                                 Bankruptcy No. 24-30285

                        Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _250,000_ .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

( ✓ ) ACCEPTS THE PLAN              ( ) REJECTS THE PLAN

Dated:                          _Edith Prentice_
                                NAME OF CREDITOR
                                (please print or type)

                        By:     _Carol Land, POA_
                                (signature)  for Edith Prentice

                                _739 Juniper Drive_
                                ADDRESS
                                _Bismarck, ND 58503_

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:

**Jointly Administered**

EPIC Companies Midwest, LLC,
EPIC Companies Midwest 2023, LLC,
EPIC Employee, LLC,
EOLA Capital, LLC, and
EC West Fargo, LLC,

Bankruptcy No. 24-30281
Bankruptcy No. 24-30282
Bankruptcy No. 24-30283
Bankruptcy No. 24-30284
Bankruptcy No. 24-30285

Debtor.

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ 20,000 .

### (CHECK EITHER THE ACCEPT OR REJECT BOX)

(X) ACCEPTS THE PLAN          ( ) REJECTS THE PLAN

Dated: 7/7/25

*Kimberly A. Carlson*
NAME OF CREDITOR
(please print or type)

By: *Kimberly A Carlson*
(signature)

*2921 34th Ave S #358*
ADDRESS
*Fargo, ND 58104*

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                          **Jointly Administered**

EPIC Companies Midwest, LLC,                    Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,               Bankruptcy No. 24-30282
EPIC Employee, LLC,                             Bankruptcy No. 24-30283
EOLA Capital, LLC, and                          Bankruptcy No. 24-30284
EC West Fargo, LLC,                             Bankruptcy No. 24-30285

                            Debtor.

---

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The undersigned, interested party, having a claim in the amount of

$ _116,000.00_____.

## (CHECK EITHER THE ACCEPT OR REJECT BOX)

( X ) ACCEPTS THE PLAN          (   ) REJECTS THE PLAN

Dated:                              _NADINE MARIE SCHUTZ_____
                                    NAME OF CREDITOR
                                    (please print or type)

                          By:       _Nadine Marie Schutz_____
                                    (signature)

                                    _9039 PARKSIDE DR._____
                                    ADDRESS
                                    _WOODBURY, MN 55125_

                                    _____

This ballot must be mailed or
electronically transmitted to:
Attorney Steven R. Kinsella
Fredrickson & Byron, PA
60 South 6th Street, Suite 1500
Minneapolis, MN 55402

on or before **July 29, 2025.**