**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Case No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Case No. 24-30282 |
| EPIC Employee, LLC, | Case No. 24-30283 |
| EOLA Capital, LLC, and | Case No. 24-30284 |
| EC West Fargo, LLC, | Case No. 24-30285 |
| Debtors. | Chapter 11 Cases |

**SUPPLEMENTAL DECLARATION OF STEVEN R. KINSELLA REGARDING DEBTORS' APPLICATION FOR ENTRY OF AN ORDER APPROVING THE RETENTION AND EMPLOYMENT OF FREDRIKSON & BYRON, P.A. AS COUNSEL FOR THE DEBTORS**

I, Steven R. Kinsella, declare as follows:

1. I am a shareholder of Fredrikson & Byron, P.A. ("Fredrikson"), duly admitted to practice in the State of North Dakota, and the United States District Court for the District of North Dakota. I am an active member of the federal bar of the United States District Court for the District of North Dakota.

2. On July 8, 2024, the Debtors filed an *Application for Entry for an Order Approving the Retention and Employment of Fredrikson & Byron, P.A. as Counsel for the Debtors* (the "Application"). (ECF No. 13.)

3. On July 25, 2024, the Court entered an order approving the Application. (ECF No. 49.)

4. Pursuant to Fed. R. Bankr. P. 2014, Local Rule 9010-2(F), and North Dakota Rule of Professional Conduct 1.12(c), Fredrikson now supplements the Application to disclose that

Austin Eggl, a former law clerk of the Honorable Shon Hastings, is joining Fredrikson as an associate attorney.

5. Pursuant to Rule 1.12(c) of the North Dakota Rules of Professional Conduct, Mr. Eggl has been "screened" (as defined in Rule 1.0(p) of the North Dakota Rules of Professional Conduct) from any participation in the above-referenced cases pursuant to Rule 1.12(a) and will be apportioned no part of the fee therefrom.

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August 12, 2025                     /s/ Steven R. Kinsella
                                            Steven R. Kinsella