EXHIBIT A

**DEBTOR:** Epic Companies Midwest LLC     **CASE NO:** 24-30281

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**

For Period: 7/1/2025 to 7/31/2025

| CASH FLOW SUMMARY | Jul-24 | Aug-24 | Sep-24 | Oct-24 | Nov-24 | Dec-24 | Jan-25 | Feb-25 | Mar-25 | Apr-25 | May-25 | Jun-25 | Jul-25 | Accumulated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1. Beginning Cash Balance** | $ 272,606.35 | $ 278,122.33 | $ 158,003.89 | $ 239,981.88 | $ 53,582.73 | $ 84,942.15 | $ 54,191.40 | $ 73,220.28 | $ 79,426.57 | $ 31,222.42 | $ 265,278.09 | $ 291,733.01 | $ 196,913.98 | 272,606.35 |
| 2. Cash Receipts | | | | | | | | | | | | | | |
| Operations | - | - | - | - | - | 3,720.50 | - | - | - | - | - | - | - | 3,720.50 |
| Loan Principal Repayment | - | - | 150,000.00 | - | 25,000.00 | - | - | - | 50,000.00 | 250,000.00 | 55,622.80 | - | 140,000.00 | 670,622.80 |
| Loans/advances | - | - | - | - | 100,000.00 | 100,000.00 | 100,000.00 | 100,000.00 | - | 100,000.00 | 198,432.35 | 79,203.52 | 521,399.73 | 1,299,035.60 |
| Other: Loan Interest Income | 4,999.99 | 4,406.25 | 2,770.83 | 2,770.83 | 270.83 | 2,500.00 | 18,596.58 | - | 2,500.00 | 2,500.00 | - | - | 9,517.83 | 50,833.14 |
| Other: Interest Income | 515.99 | - | - | - | - | - | - | - | - | - | - | - | - | 515.99 |
| Total Cash Receipts | $ 5,515.98 | $ 4,406.25 | $ 152,770.83 | $ 2,770.83 | $ 125,270.83 | $ 106,220.50 | $ 118,596.58 | $ 100,000.00 | $ 52,500.00 | $ 352,500.00 | $ 254,055.15 | $ 79,203.52 | $ 670,917.56 | 2,024,728.03 |
| 3. Cash Disbursements | | | | | | | | | | | | | | |
| Operations | - | 19,119.62 | 4,627.23 | 276.12 | 8,850.91 | 10,923.87 | 16,743.70 | 11,459.21 | 425.15 | 3,069.83 | 904.98 | 42,997.18 | 21,050.63 | 140,448.43 |
| Debt Service/Secured loan payment | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Professional fees/U.S. Trustee fees | - | 105,405.07 | 66,165.61 | 188,893.86 | 85,060.50 | 126,047.38 | 82,824.00 | 82,334.50 | 100,279.00 | 115,374.50 | 226,695.25 | 131,025.37 | 159,779.21 | 1,469,884.25 |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Cash Disbursements | $ - | $ 124,524.69 | $ 70,792.84 | $ 189,169.98 | $ 93,911.41 | $ 136,971.25 | $ 99,567.70 | $ 93,793.71 | $ 100,704.15 | $ 118,444.33 | $ 227,600.23 | $ 174,022.55 | $ 180,829.84 | 1,610,332.68 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | 5,515.98 | (120,118.44) | 81,977.99 | (186,399.15) | 31,359.42 | (30,750.75) | 19,028.88 | 6,206.29 | (48,204.15) | 234,055.67 | 26,454.92 | (94,819.03) | 490,087.72 | 414,395.35 |
| **5 Ending Cash Balance (to Form 2-C)** | $ 278,122.33 | $ 158,003.89 | $ 239,981.88 | $ 53,582.73 | $ 84,942.15 | $ 54,191.40 | $ 73,220.28 | $ 79,426.57 | $ 31,222.42 | $ 265,278.09 | $ 291,733.01 | $ 196,913.98 | $ 687,001.70 | 687,001.70 |

**CASH BALANCE SUMMARY**

| | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ 0 |
| Operating Account | First Western Bank & Trust | 0 |
| Debtor-in-possession Account | US Bank | 687,001.70 |
| Other Interest-bearing Account | Bank Forward | 0 |
| TOTAL (must agree with Ending Cash Balance above) | | $ 687,001.70 |

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case. Current month beginning cash balance should equal the previous month's ending balance.*
*(2) All cash balances should be the same.*

EXHIBIT A

**DEBTOR:** Epic Companies Midwest LLC          **CASE NO:** 24-30281

# Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period: 7/1/2025 to 7/31/2025

**CASH RECEIPTS DETAIL**          **Account No:** █████

*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|---|---|---|---|
| 07/09/2025 | LTC The Don | Loans/advances | $ 440,000.00 |
| 07/17/2025 | Boulevard Square II | Loan Principal Repayment | 40,000.00 |
| 07/17/2025 | Boulevard Square II | Other: Loan Interest Income | 2,017.83 |
| 07/17/2025 | Pioneer Place LLC | Loans/advances | 81,399.73 |
| 07/18/2025 | Fargo South Hospitality LLC | Loan Principal Repayment | 100,000.00 |
| 07/18/2025 | Fargo South Hospitality LLC | Other: Loan Interest Income | 7,500.00 |

**Total Cash Receipts**          $ 670,917.56 (1)

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

Page 2 of 3
Rev. 01/01/18

EXHIBIT A

**DEBTOR:** Epic Companies Midwest LLC          **CASE NO:** 24-30281

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 7/1/2025 to 7/31/2025

**CASH DISBURSEMENTS DETAIL**          **Account No:**
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 07/01/2025 | 1042 | Lighthouse Management Group | Professional fees/U.S. Trustee fees | $ 35,002.00 |
| 07/15/2025 |  | USBank | Operations | 140.72 |
| 07/16/2025 | ACH | Vicki Campbell | Operations | 425.00 |
| 07/15/2025 | 1043 | Sage Software | Operations | 1,510.25 |
| 07/18/2025 | 1044 | Lighthouse Management Group | Professional fees/U.S. Trustee fees | 13,106.50 |
| 07/18/2025 | 1044 | Lighthouse Management Group | Operations | 1.38 |
| 07/18/2025 | 1044 | Lighthouse Management Group | Operations | 13.55 |
| 07/21/2025 | 1045 | Fremstad Law Office | Professional fees/U.S. Trustee fees | 2,425.50 |
| 07/21/2025 | ACH | Fredrikson & Byron | Professional fees/U.S. Trustee fees | 96,879.71 |
| 07/21/2025 | ACH | Stinson LLP | Professional fees/U.S. Trustee fees | 10,285.50 |
| 07/21/2025 | 1046 | CS Disco Inc | Operations | 18,959.73 |
| 07/23/2025 | 1047 | US Trustee Payment Center | Professional fees/U.S. Trustee fees | 2,080.00 |

**Total Cash Disbursements** $ 180,829.84 (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

Page 3 of 3
Rev. 01/01/18

DEBTOR: Epic Companies Midwest LLC  
CASE NO.: 24-30281

**EXHIBIT B**

**COMPARATIVE BALANCE SHEET**

For Period Ending 7/31/2025

| | # 7/8/2024 | 7/31/2024 | 8/31/2024 | 9/30/2024 | 10/31/2024 | 11/30/2024 | 12/31/2024 | 1/31/2025 | 2/28/2025 | 3/31/2025 | 4/30/2025 | 5/31/2025 | 6/30/2025 | 7/31/2025 | Petition Date (1) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | | | | |
| **Current Assets:** | | | | | | | | | | | | | | | |
| Cash (from Form 2-B, line 5) | $ - | $ 278,122.33 | $ 158,003.89 | $ 239,981.88 | $ 53,582.73 | $ 84,942.15 | $ 54,191.40 | $ 73,220.28 | $ 79,426.57 | $ 31,222.42 | $ 687,001.70 | $ 291,733.01 | $ 196,913.98 | $ 687,001.70 | $ 272,606.35 |
| Accounts Receivable (from Form 2-E) | - | 285,191.32 | 349,092.78 | 489,450.57 | 692,197.24 | 745,582.38 | 816,299.79 | 857,006.94 | 880,340.94 | 931,803.74 | 983,720.30 | 1,111,972.55 | 1,226,846.59 | 1,305,822.30 | 187,877.79 |
| Receivable from Officers, Employees, Affiliates | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Inventory | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Current Assets :(List) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Current Assets** | $ - | $ 563,313.65 | $ 507,096.67 | $ 729,432.45 | $ 745,779.97 | $ 830,524.53 | $ 870,491.19 | $ 930,227.22 | $ 959,767.51 | $ 963,026.16 | $ 1,670,722.00 | $ 1,403,705.56 | $ 1,423,760.57 | $ 1,992,824.00 | $ 460,484.14 |
| **Fixed Assets:** | | | | | | | | | | | | | | | |
| Land | $ - | - | - | - | - | - | - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Building | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Equipment, Furniture and Fixtures | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Fixed Assets | - | - | | | | | | | | | | | | | - |
| Less: Accumulated Depreciation | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) | ( - ) |
| **Net Fixed Assets** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Assets (List): Investment Beacon NW | - | 345,000.00 | 345,000.00 | 345,000.00 | 345,000.00 | 345,000.00 | 345,000.00 | 345,000.00 | 345,000.00 | 345,000.00 | 345,000.00 | 345,000.00 | 345,000.00 | 345,000.00 | 345,000.00 |
| Notes Receivable | | 18,287,000.00 | 18,287,000.00 | 18,137,000.00 | 18,137,000.00 | 18,112,000.00 | 18,112,000.00 | 18,112,000.00 | 18,112,000.00 | 18,062,000.00 | 17,711,000.00 | 17,605,377.20 | 17,526,173.68 | 17,386,173.68 | 18,287,000.00 |
| BNW -KA Activity | - | (24,150.00) | (24,150.00) | (24,150.00) | (24,150.00) | (24,150.00) | (24,150.00) | (24,150.00) | (24,150.00) | (24,150.00) | (24,150.00) | (24,150.00) | (24,150.00) | (24,150.00) | (24,150.00) |
| **TOTAL ASSETS** | $ - | $ 19,171,163.65 | $ 19,114,946.67 | $ 19,187,282.45 | $ 19,203,629.97 | $ 19,263,374.53 | $ 19,303,341.19 | $ 19,363,077.22 | $ 19,392,617.51 | $ 19,345,876.16 | $ 19,702,572.00 | $ 19,329,932.76 | $ 19,270,784.25 | $ 19,699,847.68 | $ 19,068,334.14 |
| **LIABILITIES** | | | | | | | | | | | | | | | |
| Post-petition Accounts Payable (from Form 2-E) | $ - | $ 18,597.82 | $ 38,237.24 | $ 56,835.07 | $ 75,432.89 | $ 75,432.89 | $ 75,432.89 | $ 75,432.89 | $ 75,432.89 | $ 75,432.89 | $ 75,432.89 | $ 75,432.89 | $ 75,432.89 | $ 75,432.89 | $ - |
| Post-petition Accrued Profesional Fees (from Form 2-E) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Post-petition Taxes Payable (from Form 2-E) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Post-petition Notes Payable | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Post-petition Payable(List): due to ECMW 2023 | - | - | - | - | - | 100,000.00 | 200,000.00 | 300,000.00 | 400,000.00 | 400,000.00 | 500,000.00 | 545,000.00 | 545,000.00 | 852,751.08 | - |
| due to EOLA | | | | | | | | | | | | 153,432.35 | 153,432.35 | 317,081.00 | |
| due to EPIC Employees | - | - | - | - | - | - | - | - | - | - | - | - | - | 50,000.00 | - |
| **Total Post Petition Liabilities** | $ - | $ 18,597.82 | $ 38,237.24 | $ 56,835.07 | $ 75,432.89 | $ 175,432.89 | $ 275,432.89 | $ 375,432.89 | $ 475,432.89 | $ 475,432.89 | $ 575,432.89 | $ 773,865.24 | $ 773,865.24 | $ 1,295,264.97 | $ - |
| **Pre Petition Liabilities:** | | | | | | | | | | | | | | | |
| Secured Debt | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Priority Debt | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Prepetition Unsecured Debt | - | 17,852,890.00 | 18,102,890.00 | 18,102,890.00 | 18,102,890.00 | 18,102,890.00 | 18,102,890.00 | 18,102,890.00 | 18,102,890.00 | 18,102,890.00 | 18,102,890.00 | 18,102,890.00 | 18,102,890.00 | 18,102,890.00 | 17,852,890.00 |
| Class B | - | 854,500.00 | 854,500.00 | 854,500.00 | 854,500.00 | 854,500.00 | 854,500.00 | 854,500.00 | 854,500.00 | 854,500.00 | 854,500.00 | 854,500.00 | 854,500.00 | 854,500.00 | 854,500.00 |
| **Total Pre Petition Liabilities** | $ - | $ 18,707,390.00 | $ 18,957,390.00 | $ 18,957,390.00 | $ 18,957,390.00 | $ 18,957,390.00 | $ 18,957,390.00 | $ 18,957,390.00 | $ 18,957,390.00 | $ 18,957,390.00 | $ 18,957,390.00 | $ 18,957,390.00 | $ 18,957,390.00 | $ 18,957,390.00 | $ 18,707,390.00 |
| **TOTAL LIABILITIES** | $ - | $ 18,725,987.82 | $ 18,995,627.24 | $ 19,014,225.07 | $ 19,032,822.89 | $ 19,132,822.89 | $ 19,232,822.89 | $ 19,332,822.89 | $ 19,432,822.89 | $ 19,432,822.89 | $ 19,532,822.89 | $ 19,731,255.24 | $ 19,731,255.24 | $ 20,252,654.97 | $ 18,707,390.00 |
| **OWNERS' EQUITY** | | | | | | | | | | | | | | | |
| Owner's/Stockholder's Equity | $ - | $ 445,175.83 | $ 119,319.43 | $ 173,057.38 | $ 170,807.08 | $ 130,551.64 | $ 70,518.30 | $ 30,254.33 | $ (40,205.38) | $ (86,946.73) | $ 169,749.11 | $ (401,322.48) | $ (460,470.99) | $ (552,807.29) | $ 360,944.14 |
| Retained Earnings - Prepetition | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Retained Earnings - Post-petition | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **TOTAL OWNERS' EQUITY** | $ - | $ 445,175.83 | $ 119,319.43 | $ 173,057.38 | $ 170,807.08 | $ 130,551.64 | $ 70,518.30 | $ 30,254.33 | $ (40,205.38) | $ (86,946.73) | $ 169,749.11 | $ (401,322.48) | $ (460,470.99) | $ (552,807.29) | $ 360,944.14 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ - | $ 19,171,163.65 | $ 19,114,946.67 | $ 19,187,282.45 | $ 19,203,629.97 | $ 19,263,374.53 | $ 19,303,341.19 | $ 19,363,077.22 | $ 19,392,617.51 | $ 19,345,876.16 | $ 19,702,572.00 | $ 19,329,932.76 | $ 19,270,784.25 | $ 19,699,847.68 | $ 19,068,334.14 |

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.

EXHIBIT C

**DEBTOR:** Epic Companies Midwest LLC                                     **CASE** 24-30281

## Form 2-D
## PROFIT AND LOSS STATEMENT
**For Period** 7/1/2025 **to** 7/31/2025

| | Current Month | Accumulated Total (1) |
|---|---:|---:|
| Gross Operating Revenue | $  - | $  - |
| Less: Discounts, Returns and Allowances | ( - ) | ( - ) |
| **Net Operating Revenue** | $  - | $  - |
| Cost of Goods Sold | - | - |
| **Gross Profit** | $  - | $  - |
| Operating Expenses | | |
|    Compensation | $  - | $  - |
|    Selling, General and Administrative | 21,050.63 | 136,727.93 |
|    Rents and Leases | - | - |
|    Depreciation, Depletion and Amortization | - | - |
|    Other (list): | - | - |
| | - | - |
| Total Operating Expenses | $  21,050.63 | $  136,727.93 |
| **Operating Income (Loss)** | $  (21,050.63) | $  (136,727.93) |
| Non-Operating Income and Expenses | | |
|    Other Non-Operating Expenses | $  - | $  - |
|    Gains (Losses) on Sale of Assets | - | - |
|    Interest Income | 9,517.83 | 51,349.13 |
|    Interest Expense | - | - |
|    Other Non-Operating Income | - | - |
| Net Non-Operating Income or (Expenses) | $  9,517.83 | $  51,349.13 |
| Reorganization Expenses | | |
|    Legal and Professional Fees | $  157,699.21 | $  1,464,167.25 |
|    Other Reorganization Expense | 2,080.00 | 5,717.00 |
| Total Reorganization Expenses | $  159,779.21 | $  1,469,884.25 |
| **Net Income (Loss) Before Income Taxes** | $  (171,312.01) | $  (1,555,263.05) |
| Federal and State Income Tax Expense (Benefit) | - | - |
| **NET INCOME (LOSS)** | $  (171,312.01) | $  (1,555,263.05) |

*(1) Accumulated Totals include all revenue and expenses since the petition date.*

Page 1 of 1
Rev. 01/01/18

EXHIBIT D

**DEBTOR:** Epic Companies Midwest LLC  **CASE NO:** 24-30281

**Form 2-E**
**SUPPORTING SCHEDULES**

For Period: 7/1/2025 to 7/31/2025

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | 7/31/2024 | 8/31/2024 | 9/30/2024 | 10/31/2024 | 11/30/2024 | 12/31/2024 | 1/31/2025 | 2/28/2025 | 3/31/2025 | 4/30/2025 | 5/31/2025 | 6/30/2025 | 7/31/2025 | Post Petition Accounts Payable |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Under 30 days | $ 95,885.44 | 164,922.29 | 140,628.62 | 203,017.50 | 53,655.97 | 73,217.41 | 41,519.64 | 23,334.00 | 55,316.95 | 60,763.46 | 125,089.75 | 114,874.04 | 78,975.71 | 0.00 |
| 30 to 60 days | - | 95,614.61 | 164,651.46 | 140,357.79 | 202,746.67 | 51,155.97 | 73,217.41 | 41,519.64 | 20,834.00 | 55,316.95 | 63,925.96 | 125,089.75 | 114,874.04 | 0.00 |
| 61 to 90 days | - | - | 95,614.61 | 164,651.46 | 140,357.79 | 202,746.67 | 51,155.97 | 73,217.41 | 41,519.64 | 20,834.00 | 55,316.95 | 63,925.96 | 125,089.75 | 0.00 |
| 91 to 120 days | - | - | - | 95,614.61 | 164,651.46 | 140,357.79 | 202,475.84 | 51,155.97 | 73,217.41 | 41,519.64 | 20,834.00 | 55,316.95 | 63,925.96 | 0.00 |
| Over 120 days | - | - | - | - | 95,614.61 | 260,266.07 | 400,082.20 | 602,558.04 | 652,359.86 | 716,730.37 | 758,250.01 | 779,084.01 | 834,400.96 | 75,432.89 |
| **Total Post Petition** | 95,885.44 | 260,536.90 | 400,894.69 | 603,641.36 | 657,026.50 | 727,743.91 | 768,451.06 | 791,785.06 | 843,247.86 | 895,164.42 | 1,023,416.67 | 1,138,290.71 | 1,217,266.42 | |
| **Pre Petition Amounts** | 189,305.88 | 188,555.88 | 188,555.88 | 188,555.88 | 188,555.88 | 188,555.88 | 188,555.88 | 188,555.88 | 188,555.88 | 188,555.88 | 188,555.88 | 188,555.88 | 188,555.88 | |
| **Total Accounts Receivable** | $ 285,191.32 | 449,092.78 | 589,450.57 | 792,197.24 | 845,582.38 | 916,299.79 | 957,006.94 | 980,340.94 | 1,031,803.74 | 1,083,720.30 | 1,211,972.55 | 1,326,846.59 | 1,405,822.30 | |
| Less: Bad Debt Reserve | - | (100,000.00) | (100,000.00) | (100,000.00) | (100,000.00) | (100,000.00) | (100,000.00) | (100,000.00) | (100,000.00) | (100,000.00) | (100,000.00) | (100,000.00) | (100,000.00) | |
| **Net Accounts Receivable (to Form 2-C)** | $ 285,191.32 | 349,092.78 | 489,450.57 | 692,197.24 | 745,582.38 | 816,299.79 | 857,006.94 | 880,340.94 | 931,803.74 | 983,720.30 | 1,111,972.55 | 1,226,846.59 | 1,305,822.30 | |

|  |  |
|---|---|
| **Total Post Petition Accounts Payable** | 75,432.89 |
| **Pre-Petition Accounts Payable** | 108,634.48 |
| **Total Accounts Payable** | 184,067.37 |

*Attach a detail listing of accounts receivable and post-petition accounts payable.

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Court Approval | Month-end Balance Due * | Prev Paid Cumulative | Current Paid Cumulative |
|---|---|---|---|---|---|---|---|
| Debtor's Counsel | $ 1,153.50 | 2,425.50 | 2,425.50 | | | 10,858.80 | 13,284.30 |
| Counsel for Unsecured Creditors' Committee | | 10,285.50 | 10,285.50 | | - | 174,006.17 | 184,291.67 |
| Trustee's Counsel | | 96,879.71 | 96,879.71 | | - | 464,747.53 | 561,627.24 |
| Accountant | | | | | | | |
| Other: CRO | 38,495.00 | 48,108.50 | 48,108.50 | | - | 656,855.54 | 704,964.04 |
| Total | $ 39,648.50 | $ 157,699.21 | $ 157,699.21 | | - | 1,295,609.24 | 1,453,308.45 |

*Balance due to include fees and expenses incurred but not yet paid.

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| Vicki Campbell | Governor & Accountant | accounting services | $ 425.00 |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 01/01/18