# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | Jointly Administered |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors.[1] | Chapter 11 |

## NOTICE OF (A) ENTRY OF ORDER GRANTING MOTION FOR SUBSTANTIVE CONSOLIDATION AND CONFIRMING AMENDED PLAN OF LIQUIDATION AND (B) OCCURRENCE OF EFFECTIVE DATE

**PLEASE TAKE NOTICE** that, on June 11, 2025, EPIC Companies Midwest, LLC, EPIC Companies Midwest 2023, LLC, EPIC Employee, LLC, EOLA Capital, LLC, and EC West Fargo, LLC (together, the "Debtors") filed an Amended Plan of Liquidation (the "Plan") (ECF No. 366).

**PLEASE TAKE FURTHER NOTICE** that, on June 17, 2025, the Debtors filed a motion to substantively consolidate their assets, liabilities, and operations (the "Motion") (ECF No. 376).

**PLEASE TAKE FURTHER NOTICE** that, on August 6, 2025, the Court entered an order granting the Motion and confirming the Plan (ECF No. 431).

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan is **August 21, 2025**.

Dated: August 21, 2025            /e/ *Steven R. Kinsella*

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Debtors' address is 400 10th Street SE, Minot, ND 58701 and their Employer Identification Numbers (EINs) are as follows: 83-2840705 (EPIC Companies Midwest, LLC), 88-3709518 (EPIC Companies Midwest 2023, LLC), 88-4112082 (EPIC Employee, LLC), 88-0554720 (EOLA Capital, LLC) and 82-5331354 (EC West Fargo, LLC).

Michael S. Raum (#05676)
**FREDRIKSON & BYRON, P.A.**
51 Broadway, Suite 400
Fargo, ND  58102-4991
701.237.8200
mraum@fredlaw.com

Steven R. Kinsella (#09514)
Katherine A. Nixon (*pro hac vice* MN #0402772)
**FREDRIKSON & BYRON, P.A.**
60 South 6th Street, Suite 1500
Minneapolis, MN  55402-4400
612.492.7000
skinsella@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR DEBTORS**

2