# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | **Joint Administration Pending** |
| EPIC Companies Midwest, LLC, | Case No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Case No. 24-30282 |
| EPIC Employee, LLC, | Case No. 24-30283 |
| EOLA Capital, LLC, and | Case No. 24-30284 |
| EC West Fargo, LLC, | Case No. 24-30285 |
| Debtors. | Chapter 11 Cases |

## CERTIFICATE OF SERVICE

Steven R. Kinsella, under penalty of perjury, states that on August 25, 2025, he caused to be served the following:

1.  Order Granting Debtors' Motion for Substantive Consolidation and Confirming Debtors' Amended Chapter 11 Plan of Liquidating Dated June 11, 2025 (ECF No. 431); and

2.  Notice of (A) Entry of Order Granting Motion for Substantive Consolidation and Confirming Amended Plan of Liquidation and (B) Occurrence of Effective Date (ECF No. 454);

by sending true and correct copies via ECF or by U.S. Mail to the parties on the attached service list pursuant to the Federal Rules of Bankruptcy Procedure and Local Rule 2002-1, including the Notice and Service Requirements List.

Dated: September 8, 2025

*/e/ Steven R. Kinsella*
Steven R. Kinsella

| US TRUSTEE AND OTHER REQUIRED PARTIES | CREDITORS COMMITTEE |
|---|---|

**US TRUSTEE AND OTHER REQUIRED PARTIES**

U.S. Trustee
Robert B. Raschke
Assistant U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
USTPRegion12.SX.ECF@usdoj.gov

U.S. Trustee
Sarah Wencil
U.S. Trustee's Office
1015 US Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Sarah.J.Wencil@usdoj.gov

Internal Revenue Service
Centralized Insolvency
Operations Unit
PO Box 7346
Philadelphia, PA 19101

North Dakota State Tax
Commissioner
Office of State Tax Commissioner
PO Box 5623
Bismarck, ND 58506-5623

US Attorney for North Dakota
Drew Wrigley
U.S. Attorney's Office
655 First Avenue North, Suite 250
Fargo, ND 58102-4932

North Dakota U.S. Attorney's
Office
655 First Avenue North
Suite 250
Fargo, ND 58102

**DEBTORS**

EPIC Companies Midwest, LLC
400 10th Street SE
Minot, ND 58701-4908

EPIC Companies Midwest2023, LLC
400 10th Street SE
Minot, ND 58701-4908

EPIC Employee, LLC
400 10th Street SE
Minot, ND 58701-4908

EOLA Capital, LLC
400 10th Street SE
Minot, ND 58701-4908

EC West Fargo, LLC
400 10th Street SE
Minot, ND 58701-4908

**CREDITORS COMMITTEE**

Beth Postemski
430 Oak Street
Steamboat Springs, CO 80477

Jim Johnson
109 Monterey Ave #5
Capitola, CA 95010

Larry Dietz
4857 Meadow Creek Dr S.
Fargo, ND 58104

Randy Henke
9400 275th Ave SE
Sawyer, ND 58781

William Altringer
4613 Borden Harbor Dr
Mandan, ND 58554

Zach Frappier
5431 12th St S
Fargo, ND 58104

**COUNSEL FOR CREDITORS COMMITTEE**

c/o Stinson LLP
Benjamin Court
50 S 6th Street, Suite 2600
Minneapolis, MN 55402
benjamin.court@stinson.com

c/o Stinson LLP
Samantha Hanson-Lenn
50 S 6th Street, Suite 2600
Minneapolis, MN 55402
samantha.hansonlenn@stinson.com

c/o Stinson LLP
Christopher Harayda
50 S 6th Street, Suite 2600
Minneapolis, MN 55402
cj.harayda@stinson.com

**NOTICES OF APPEARANCE**

Bank Forward
c/o Joseph Hackman
ABST Law, P.C.
4132 30th Avenue South, Suite 100,
P.O. Box 10247
Fargo, ND 58106-0247
jhackman@abstlaw.net

Bank Forward
c/o Michael L. Gust
ABST Law, P.C.
4132 30th Avenue South, Suite 100
P.O. Box 10247
Fargo, ND 58106-0247
mlgfilings@andersonbottrell.com

James Olson
ABST Law, P.C.
4132 30th Avenue South, Suite 100
P.O. Box 10247
Fargo, ND 58106-0247
mlgfilings@andersonbottrell.com

Beth Holmes
c/o Douglas A. Christensen
Pearson Christensen, PLLP
24 N. 4th St.
Grand Forks, ND 58203-3720
dougc@grandforkslaw.com

Brian Kounovsky & Kounovsky, Inc.
c/o Maurice B. VerStandig
The Dakota Bankruptcy Firm
1630 1st Avenue N, Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@mbvesq.com

Bruce and Diane Walker
c/o Ryan G. Quarne
Olson & Burns, P.C.
PO Box 1180
Minot, ND 58702-1180
rgquarne@minotlaw.com

Bruce and Diane Walker
c/o Richard P. Olson
Olson & Burns, P.C.
PO Box 1180
Minot, ND 58702-1180
rpolsonecf@minotlaw.com

Cornerstone Bank
c/o John Krings
Kaler Doeling PLLP
PO Box 9231
Fargo, ND 58106-9231
john@kaler-doeling.com

Cullen Insulation, Inc.
c/o Benjamin Williams
Kennelly Business Law
1213 NP Ave, Suite 301
Fargo, ND 58102-4798
ben@kennellybusinesslaw.com

Daniel Frisch
c/o Benjamin Williams
Kennelly Business Law
1213 NP Ave, Suite 301
Fargo, ND 58102-4798
ben@kennellybusinesslaw.com

Darryl & Charlotte Heim
c/o Randall N. Sickler
Ebeltoft.Sickler.Lawyers PLLC
2272 8th Street West
Dickinson, ND 58601-8590
rsickler@ndlaw.com

Darryl and Charlotte Heim
c/o Marissa R. Cerkoney
Ebeltoft.Sickler.Lawyers PLLC
2272 8th Street West
Dickinson, ND 58601-8590
mcerkoney@ndlaw.com

Dietz Properties, LLC
Larry and Candice Dietz
Katrina Turman Lang
Wold Johnson P.C.
P.O. Box 1680
Fargo, ND 58107-1680
klang@woldlaw.com

Elrick and Karen Poppe
c/o David J. Chapman
D J Chapman Law, P.C.
3155 Bluestem Drive, PMB #388,
West Fargo, ND 58078-8002
dchapman@djchapmanlaw.com

Jim & JoAnn McKay Family Trust
f/b/o Julie M
c/o Berly D. Nelson
Serkland Law Firm
10 Roberts Street North
Fargo, ND 58102-4982
bnelson@serklandlaw.com

Larry and Betty Ledene
c/o Robert G. Will
McGee, Hankla & Backes, PC
2400 Burdick Expressway East,
Suite 100 PO Box 998
Minot, ND 58702-0998
rwill@mcgeelaw.com

Larry and Candice Dietz
and Dietz Properties, LLC
c/o Katrina A. Turman Lang
Wold Johnson, P.C.
500 2nd Ave. N., Suite 400
Fargo, ND 58102-4850
klang@woldlaw.com

Lee Schaleben
c/o Dwyer Law Office, PLLC
Zoe Wieber
5302 51st Avenue S Ste
Fargo, ND 58104
zoe@dwyerlawnd.com

Randy and Dorothy Henke
c/o Peter B. Hankla
McGee, Hankla & Backes, PC
2400 Burdick Expressway East
Suite 100
PO Box 998
Minot, ND 58702-0998
phankla@mcgeelaw.com

Rob and Joleen Heim
c/o Randall N. Sickler
Ebeltoft.Sickler.Lawyers PLLC
2272 8th Street West
Dickinson, ND 58601-8590
rsickler@ndlaw.com

Rob and Joleen Heim
c/o Marissa R. Cerkoney
Ebeltoft.Sickler.Lawyers PLLC
2272 8th Street West
Dickinson, ND 58601-8590
mcerkoney@ndlaw.com

Robert W. Heim Revocable Living
Trust
Ebeltoft . Sickler . Lawyers PLLC
2272 8th Street West
Dickinson, ND 58601-8590
rsickler@ndlaw.com

Robert W. Heim, Trustee
Robert W. Heim Revocable Living
Trust
c/o Randall N. Sickler
Ebeltoft.Sickler.Lawyers PLLC
2272 8th Street
West Dickinson, ND 58601-8590
rsickler@ndlaw.com

Robert W. Heim, Trustee
Robert W. Heim Revocable Living
Trust
c/o Marissa R. Cerkoney
Ebeltoft.Sickler.Lawyers PLLC
2272 8th Street
West Dickinson, ND 58601-8590
mcerkoney@ndlaw.com

Shane R. & Jerilyn A. Larck
c/o Anthony Anderson
Nilles Law Firm
P.O. Box 2626
Fargo, ND 58108-2626
aanderson@nilleslaw.com

STC Flooring
c/o Dwyer Law Office, PLLC
Zoe Wieber
5302 51st Avenue S Ste D
Fargo, ND 58104
zoe@dwyerlawnd.com

Deborah Vollmuth
c/o Alexander S. Kelsch
Kelsch, Kelsch, Ruff and Kranda
PO Box 1266
Mandan, ND 58554
alexk@kelschlaw.com

LTC - The Lincoln, LLC
Clifford Otten
Amy J. Swedberg
Maslon LLP
225 South Sixth Street, Suite 2900
Minneapolis, MN 55402
amy.swedberg@maslon.com

Mark Western
Fremstad Law Firm
3003 32nd Ave S, Suite 240
P.O. Box 3143
Fargo, ND 58103
mark@fremstadlaw.com

**INTERESTED PARTIES VIA
U.S. MAIL**

Hain Capital Investors Master Fund, Ltd.
301 Route 17 North, Suite 816A
Rutherford, NJ 07070-2575

Bradford Capital Holdings, LP
c/o Bradford Capital Management, LLC
Attn: Brian Brager
PO Box 4353
Clifton, NJ 07012-8353

SCH, Inc.
PO Box 746
Minot, ND 58702-0746

Argo Partners
12 West 37th Street, Ste 900
New York, NY 10018-7381

Cornerstone Bank
c/o John Krings
Kaler Doeling, PLLP
PO Box 9231
Fargo, ND 58106-9231

Jim Johnson
109 Monterey Avenue, #5
Capitola, CA 95010-3246

Zach Frappier
5431 12th St S
Fargo, ND 58104-6450

EPIC Management, LLC
PO Box 879
Minot, ND 58702-0879

Jim & JoAnn McKay Family Trust
fbo Julie McKay Ganskop
Julie Ganskop
6721 Schelee Court NW
Rochester, MN 55901-8829

Tanya Senechal
4574 4th Ave NE
Balfour, ND 58712-9424

William E. Altringer
4613 Borden Harbor Dr.
Mandan, ND 58554-7962

Becky A. Hauge
8765 60th Ave. SW
Carson, ND 58529-9527

Ben Zeltinger
1516 High Creek Place
Bismarck, ND 58503-0616

Ben Zeltinger
6857 Daytona Drive
Bismarck, ND 58503

Bill Leier
320 32nd West Ave W #302
West Fargo, ND 58078

Clifford Otten
c/o Amy Swedberg
Maslon LLP
225 South 6th Street, Suite 2900
Minneapolis, MN 55402-4609

CBIZ MHM, LLC-Minneapolis
13576 Collections Center Dr
Chicago, IL 60693-0001

David M. Schall
301 Woodland Circle
Grand Forks, ND 58201-8000

Cordell Wold
PO Box 1402
Watford City, ND 58854-1402

Donna Klein
6201 121st Avenue SE
Minot, ND 58701-9215

Donald Kounovsky
1201 North 1st Street
Fargo, ND 58102-2718

HTG Investments, LLC
Holly Gibb
3212 Crestbrook Court
Prospect, KY 40059-8142

HC Innovations, LP
Marc Wolff
320 32nd Ave W, Suite 240
West Fargo, ND 58078-8372

Jerry Meyers
2115 147th Ave. SE
Erie, ND 58029-9752

Jeffrey McKay Descendants Irrevocable Tr
Jeffrey McKay
1337 Elm Circle N
Fargo, ND 58102-2749

John Hunt
1133 43rd Ave W
West Fargo, ND 58078-8838

John Hunt
11106 39th St N, Unit A
Lake Elmo, MN 55042-3311

Westbrand & Co FBO Richard Gleason
Beneficiary of Carold Hield Dec'd I
Kailey Boraas
PO Box 1090
Minot, ND 58702-1090

Kimberly Voltz
7332 Summerland Cove
Lakewood Ranch, FL 34202-3242

Lonnie Hass
1909 9th St N
Fargo, ND 58102-5025

Loren Goeser
8951 79th Ave NE
Munich, ND 58352-9676

Loren Goeser
c/o Sara E. Diaz
Bulie Diaz Law Office
305 S. 4th Street Suite A
Grand Forks, ND 58201-4708

M&S Concessions, LLC
Vicki Campbell
400 10th Street SE
Minot, ND 58701-4908

Mary Hass
1909 9th St N
Fargo, ND 58102-5025

Michelle Charbonneau
2014 7th St W
Dickinson, ND 58601-2549

Montgomery & Pender PC
5630 34th Avenue S, Suite 120
Fargo, ND 58104-7885

Montgomery & Pender PC
PO Box 9199
Fargo, ND 58106-9199

Rob and Joleen Heim
c/o Marissa R. Cerkoney
Ebeltoft.Sickler.Lawyers PLLC
2272 8th Street West
Dickinson, ND 58601-8590

Rob and Joleen Heim
c/o Randall N. Sickler
Ebeltoft.Sickler.Lawyers PLLC
2272 8th Street West
Dickinson, ND 58601-8590

Scott Hoban
35651 210 Ave
Ogema, MN 56569-9656

Rob Heim
2313 8th St. E
Dickinson, ND 58601-6922

Westbrand & Co FBO Myron Schapp
S/D IRA
Myron Schapp
201 Prairiewood Drive S Unit C
Fargo, ND 58103-4648

U of J MU Jamestown LLC
400 10th St. SE
Minot, ND 58701-4908

Vernie D. Baesler
PO Box 144
Hazen, ND 58545-0144

West Fargo Tax & Accounting
4840 Amber Vallye Parkway
Fargo, ND 58104-8400

Alexis Meyer
1629 S Broadway Apt 510
Minot, ND 58701-6344

Amy Hass
506 24th Avenue North
Fargo, ND 58102-1933

Andrew Kallas
3915 54th St S Unit 306
Fargo, ND 58104-7718

Andy Quittschreiber
9963 28th Ave S
Glyndon, MN 56547-9507

Anita M. Anderson Revocable Trust
Anita M Anderson
5136 Mesabi Lane
Hibbing, MN 55746-2318

Arnold A. Gomke
5965 Brittania Boulevard
Tavares, FL 32778-9113

Arrow, LLC
Dr. Fadel Nammour
3419 1st Street E
West Fargo, ND 58078-7956

Austin Smith
7602 Aquarius Dr
Fargo, ND 58104-7903

BA Downtown
400 10th Street SE
Minot, ND 58701-4908

Bank Forward
c/o Joseph Hackman & c/o Michael L. Gust
ABST Law, P.C.
4132 30th Avenue South, Suite 100
P.O. Box 10247
Fargo, ND 58106-0247

Benjamin E. Thomas
P.O. Box 1680
Fargo, ND 58107-1680

Beth Holmes
111 N. 3rd Avenue S #205
Grand Forks, ND 58203-3749

Beth Holmes
c/o Douglas A. Christensen
Pearson Christensen, PLLP
24 N. 4th St.
Grand Forks, ND 58203-3720

Beth Schoenburg
4260 Highway 5
Mohall, ND 58761-9710

Betty A. Ledene
300 4th Ave West
PO Box 155
Powers Lake, ND 58773-0155

Blake Nybakken
2212 Centennial Rose Dr S
Apt 302
Fargo, ND 58104-6815

Brenda Meyer
3900 56th St South, Apt 106
Fargo, ND 58104-4806

Brian Goeser
PO Box 114
Munich, ND 58352-0114

Brian Kounovsky
3680 54th St S
Fargo, ND 58104-7480

Brian Reinarts
3434 Shadow Wood Lane
West Fargo, ND 58078-7954

Britta Renner
1579 72nd Ave S
Fargo, ND 58104-7259

Bruce Langseth
1201 14th Avenue SW
Minot, ND 58701-5765

BWK Real Estate LLC
Bart Kounovsky
55 Copper Rose Ct
Steamboat Springs, CO 80487-3059

Calvin Volk
458 North Sendor Drive
West Fargo, ND 58078

Carissa Wilcox
4730 Timber Parkway South
Apt. 106
Fargo, ND 58104-4817

Carter Anderson
1128 43rd Ave West
West Fargo, ND 58078-8835

Charlie Muus
3388 44th Ave South
Grand Forks, ND 58201-3646

Chris Corbit
320 West LaSelle Drive Apt. 216
Bismarck, ND 58503-7907

Cindy Brown
6060 66th Ave NW
Berthold, ND 58718-9055

Cindy Lopez Dennison
1393 Goldenwood Dr
West Fargo, ND 58078-3958

Cole Howard
213 Morris St
West Fargo, ND 58078-1628

Combined Return Beacon NW
400 10th St SE
Minot, ND 58701-4908

Corey Heiser
513 3rd Ave W.
West Fargo, ND 58078-1520

Courtney Brant
506 14th St NW
Minot, ND 58703

Crowley Fleck PLLP
Attn: Trevor A. Hunter
PO Box 1206
Williston, ND 58802-1206

Curt Christofferson
723 7th St. E
Napoleon, ND 58561-7319

Cynthia Ellingson
PO Box 220
Sherwood, ND 58782-0220

D&D Helland Revocable Living Trust
5311 Brookwood PL
Bismarck ND 58503-6922

D&D Revocable Living Trust
Dave Helland
5311 Brookwood Place
Bismarck, ND 58503-6922

Daniel Frisch
274 44th Ave. S
Moorhead, MN 56560-6733

Daniel Frisch
c/o Benjamin Williams
Kennelly Business Law
1213 NP Ave, Suite 301
Fargo, ND 58102-4798

Darlene Pich
3677 South 22nd St
Fargo, ND 58104-6595

Darryl & Charlotte Heim
c/o Marissa R. Cerkoney
Ebeltoft.Sickler.Lawyers PLLC
2272 8th Street West
Dickinson, ND 58601-8590

Darryl Lee Edwards
8211 62nd St SE
Edgeley, ND 58433-9745

David Williamson
22 Cambridge Cove
Surrey, ND 58785-5009

Dean Schoenburg
4260 Highway 5
Mohall, ND 58761-9710

Deborah Vollmuth
2640 96th Street
Selfridge, ND 58568

Debra Grimsely
5697 Pinehurt Drive
Grand Forks, ND 58201-2807

Dianna Schumacher
606 S. Main St
Milbank, SD 57252-2918

DOIT & CO FBO Daniel Todd IRA
Attn: Trust Department
3001 25th St S
Fargo, ND 58103-5036

Dorothy Henke
9400 275th Ave. SE
Sawyer, ND 58781-9221

Duane Foley
1401 35th Ave SW
Minot, MN 58701-8425

Dwight Schmidt
1511 3rd St SE #206
Jamestown, ND 58401-3975

Elizabeth Jane Goeser
2306 College Drive N
Devils Lake, ND 58301-1629

Elrick Poppe
3810 21st Street South
Fargo, ND 58104-6872

EOLA Capital, LLC
Vicki Campbell
PO Box 879
Minot, ND 58702-0879

Ginger Quam
9710 107th Ave SE
Minot, ND 58701-2451

Gary Foss
8468 Highway 3
Rolette, ND 58366-9058

Harold C. Hultberg
884 31st Ave NW
Coleharbor, ND 58531-9485

Gwen Schmidt
1511 3rd St SE #206
Jamestown, ND 58401-3975

Henry Landholdings
40010th St SE
Minot, ND 58701

Heidi Engum
4348 66th St. S
Fargo, ND 58104-6086

Hunter Christianson
2633 26th Ave S
Fargo, ND 58103-5020

Herzog Roofing, Inc.
PO Box 245
Detroit Lakes, MN 56502-0245

Jack Fredrickson
811 9th Street South, Apt. 1
Fargo, ND 58103-2694

I'll Tile & Stone, Inc.
1673 Dan St.
Detroit Lakes, MN 56501-6973

Westbrand & Co FBO Laura Boe Roth IRA
Kailey Boraas
PO Box 1090
Minot, ND 58702-1090

Jacob Benson
220 Christian Drive
Grand Forks, ND 58201-9301

Jacob Wishinsky
4234 9th Ave Circle South apt 15
Fargo, ND 58103-2090

WTS-ND Holdings, LLC
PO Box 1835
Williston, ND 58802

Jalie Hass
337 169th Ave SE
Hillsboro, ND 58045-9254

James D. Olson Trust
2850 Longfellow Rd
Fargo, ND 58102-1717

James J. Johnson 2023 - Seperate Trust
109 Monetery Avenue #5
Capitola, CA 95010-3246

James Schechter
303 11th St N Apt 210
Fargo, ND 58102-4384

Janell Vandeberg
2114 16th Court W
Williston, ND 58801-2528

Jarett Mari
320 32nd Ave W Apt 604
West Fargo, ND 58078-8416

Jean Clark
705 13th Ave N Apt 214
Fargo, ND 58102-2681

Jeffrey L. Miller
1920 Riverwood Drive
Bismarck, ND 58504-8807

Jeremy Moe
22213 Dakota Ave
Lakeville, MN 55044-2414

Jerrod Hoaas
3521 47th Ave S
Fargo, ND 58104-7767

Jocelyn Hams
4535 Urban Plains Dr S. Apt 105
Fargo, ND 58104-3506

Joel Sellin
43414 Bass Harbor Road
Pelican Rapids, MN 56572-7581

John Butz
948 13th Ave SE
Minot, ND 58701-2708

Joleen Heim
2313 8th St. E
Dickinson, ND 58601-6922

Kacie Edwards Pahl
418 3rd St SW
Jamestown, ND 58401-4018

Kandas Pearl Edwards
8211 62nd St SE
Edgeley, ND 58433-9745

Kara O'Byrne
6720 SW 4th St, Apt 3-215
Lincoln, NE 68523-9163

Karen Poppe
3810 21st Street South
Fargo, ND 58104-6872

Katherine Jean Backen-Andersen
117 3rd Ave East
West Fargo, ND 58078-1820

Kelly D. Morelli
1624 Apple Way
Minot, ND 58701-6818

Kelly Lessard
1025 West 15th Street
Grafton, ND 58237-2025

Kelly Spanier
709 Evergreen Circle
Jamestown, ND 58401-4806

Kelsey Kosiak
208 E Greenfield Ln #314
Bismarck, ND 58503-6592

Kelsi Langlie
16825 61st St SE
Walcott, ND 58077-9750

Kevin Bryant
506 14th St NE
Mandan, ND 58554

Kevin Mehrer
515 Piper St
Kindred, ND 58051-4511

Kimberly Carlson
745 31st Ave E
West Fargo, ND 58078-8326

Kimberly Knispel
3312 21st Ave NW Apt 213
Minot, ND 58703-5009

Kimberly Smerud
1671 19th Street N Apt 308
Wahpeton, ND 58075-3173

Kristen Kounovsky
3680 54th St S
Fargo, ND 58104-7480

Lance Johnson
3616 Hidden Circle
West Fargo, ND 58078-7928

Larry Johnson
603 3rd Ave NE
Jamestown, ND 58401-3331

Larry M. Ledene
300 4th Ave West
PO Box 155
Powers Lake, ND 58773-0155

Larry Senechal
4574 4th Ave NE
Balfour, ND 58712-9424

Laura Morelli
1300 13th St SW
Minot, ND 58701-5786

Lee Quick
1118 11th St S
Moorhead, MN 56560-3619

Leon Vandeberg
2114 16th Court W
Williston, ND 58801-2528

Letitia Johnson
603 3rd Ave NE
Jamestown, ND 58401-3331

Liberty Development, LLC
Vicki Campbell
400 10th Street SE
Minot, ND 58701-4908

Lowe's Printing
PO Box 116
Minot, ND 58702-0116

Luella J. Gomke
5965 Brittania Boulevard
Tavares, FL 32778-9113

Madelyn Runck
1730 11th St S
Fargo, ND 58103-4914

Madison Meinen
4880 45th Ave S
Fargo, ND 58104-4260

MAKT, LLC
400 10th St. SE
Minot, ND 58701-4908

Marcqus Ohlmacher
3140 Bluestem Dr Apt 303
West Fargo ND 58078

Margarete Olson
9455 45th Ave NW
Mohall, ND 58761-9246

Margarete Olson
c/o Cheryl Engebretson
9455 45th Ave NW
Mohall, ND 58761-9246

Mark Ahmann
9426 Large Court NE
Ostego, MN 55330-7402

Mark Gomez
214 9th St N
Moorhead, MN 56560-1909

Mark Sellin
1414 Sunset Blvd
Hawley, MN 56549-4412

Mark Weber
641 Langer Drive
Casselton, ND 58012-3619

Mary Berning
1223 15th Avenue SW
Minot, ND 58701-5751

Mason Morelli
1624 Apple Way
Minot, ND 58701-6818

Matt Wuorinen
745 31st Ave E #203
West Fargo, ND 58078-8328

Matthew Kalbus
5408 Tyler Ave S
Fargo, ND 58104-4013

Matthew P. Morelli
1624 Apple Way
Minot, ND 58701-6818

McKenzie Fettig
744 Albert Dr W
West Fargo, ND 58078-8525

McKenzy Braaten
6078 Autumn Dr S
Fargo, ND 58104-7656

Megan Bergeson
4514 17th Ave S
Moorhead, MN 56560-7185

Megan Sundet-Plankers
14 37th Avenue S
Moorhead, MN 56560-5504

Michael A Chambers Living Trust
3155 Bluestem Drive #174
West Fargo, ND 58078-8002

Michael Abram
2917 29th Ave Circle South
Moorhead, MN 56560-5426

Michael Klein
6201 121st Ave. SE
Minot, ND 58701-9215

Michael Schutz
9039 Parkside Drive
Woodbury, MN 55125-7514

Michelle Anderson
3968 Ivy Drive
Grand Forks, ND 58201-3974

Midwest Glass and Door Inc.
7401 County Road 19S
Minot, ND 58701-2527

Misty Dietz
7008 26th St S
Fargo, ND 58104-7199

Mortenson Masonry, Inc.
Breanne Mortenson
205 Foundation Ave
Glyndon, MN 56547-4010

Nadine Marie Schutz
9039 Parkside Drive
Woodbury, MN 55125-7514

Nashten McFarren
2580 5th St W Apt B
West Fargo, ND 58078-3085

Nick Manske
3204 46th Ave S
Fargo, ND 58104-6653

Nick Vollmuth
2640 96th Street
Selfridge, ND 58568

Nicole Fix
501 14th St NW
Minot, ND 58703-2057

North Dakota Street Rod Association
Kolynne Speer
21423 190th Ave N
Ulen, MN 56585-9232

Paige Krodel
6969 26th St S
Fargo, ND 58104

Patrick Morelli
1300 13th St SW
Minot, ND 58701-5786

Payton Rott
4803 38 1/2 Ave N
Fargo, ND 58102-6256

Peggy M. Miller
1920 Riverwood Drive
Bismarck, ND 58504-8807

Pioneer Place Holdings
400 10th Street SE
Minot, ND 58701-4908

Randy and Dorothy Henke
c/o Peter B. Hankla
McGee, Hankla & Backes, PC
2400 Burdick Expressway East, Suite 100
PO Box 998
Minot, ND 58702-0998

Randy Henke
9400 275th Ave SE
Sawyer, ND 58781-9221

Raoul K Brandt Trust
Raoul Brandt
903 1st St SE
PO Box 327
Stanley, ND 58784-0327

Ritchie Valen
502 Lorene Drive
O'Fallon, MO 63366-1331


Robin Hultberg
884 31st Ave NW
Coleharbor, ND 58531-9485

Roger Grimsely
5697 Pinehurt Drive
Grand Forks, ND 58201-2807


Ruby Rau
2704 18th Ave SW
Minot, ND 58701-8131

Sadie Boeckel
627 33rd Ave W Apt 101
West Fargo, ND 58078-7817


Sarah Kounovsky
1618 3rd St N
Fargo, ND 58102-2332

Scott Baisch
410 3rd Ave NW
Hazen, ND 58545-4328


Scott Engum
4348 66th St. S
Fargo, ND 58104-6086

Scott Harold Sellin
16372 Bird Dog Road
Audubon, MN 56511-9607


Shane Fletcher
1046 Westport Pkwy
West Fargo, ND 58078-8292

SCH, Inc.
41228 N Whistling Strait Ct
Phoenix, AZ 85086-1976


SCH, Inc.
745 31st Ave E
West Fargo, ND 58078-8326

Spencer Olson
4740 95th St. NW
Mohall, ND 58761-9244

STC Flooring
2512 West Main Ave
West Fargo, ND 58078-1310

Susan Nilson
4804 2nd St E
West Fargo, ND 58078-8204

Tamara VanWechel
601 Sugar Drive
Argusville, ND 58005-9616

Tanner Lautt
1328 4th St NW
West Fargo, ND 58078-3936

Taryn Pallen
1591 34th Ave S
Moorhead, MN 56560-6967

Terese Ahmann
9426 Large Court NE
Ostego, MN 55330-7402

Thomas P. Hauge
8765 60th Ave. SW
Carson, ND 58529-9527

Tim Anderson
3968 Ivy Drive
Grand Forks, ND 58201-3974

Timothy Gagnon
175 Victoria Court
Grand Forks, ND 58201-6144

Todd Brown
6060 66th Ave NW
Berthold, ND 58718-9055

TRC Master Fund LLC
Attn: Terrel Ross
PO Box 633
Woodmere, NY 11598-0633

TRoss TR Capital Management
PO box 633
Woodmere, NY 11598-0633

Vance Moorhead LLC
PO Box 879
Minot, ND 58702-0879

Westbrand & Co. FBO Robert Nowak
S/D Roth IRA
Robert Nowak
3216 1st St SE
Minot, ND 58701-7160

William Bilben
3140 Bluestem Dr Apt 212
West Fargo, ND 58078-8012

William Quam
9710 107th Ave SE
Minot, ND 58701-2451

WTS-ND Holdings, LLC
PO Box 1835
Williston ND 58802-1835

Zacharie Messmer
443 38th Ave W
West Fargo, ND 58078-8169

7Seven Property Partners, LLP
Kevin Black
PO Box 3480
Minot, ND 58702-3480

A&R Roofing, Inc.
975 Armour St N
West Fargo, ND 58078-1027

Aaron Chalmers
529 S Bushwacker Rd
Coeur d'Alene, ID 83814-9379

Abby Christofferson
723 7th St E
Napoleon, ND 58561-7319

Alan Goeser
8958 79th Ave NE
Munich, ND 58352-9676

Alex Aardahl
72 Valley Bluffs Ct.
Minot, ND 58701-7556

Amanda Mack
PO Box 392
Velva, ND 58790-0392

American Trust Center FBO Harvey Kadrmas
Attn: Luke Leno
401 N. 4th Street
Bismarck, ND 58501-4256

AMEX TRS Co., Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Angie Schweitzer
619 10th Avenue E
West Fargo, ND 58078-3112

Ann Marie Schutz
6313 13th St N
Fargo, ND 58102-6010

Arlene Bahl
906 Village Ave SE
Minot, ND 58701-2721

Barry Olson
5615 County Rd 3
Kindred, ND 58051-9523

Beth Nepstad
1320 150th Ave.
Hendrum, MN 56550-9429

Bette Gillis
12 Bighorn Ct
South Barrington, IL 60010-1014

Beverly Fulks
709 Bradford
Argyle, MN 56713

Bill Biblen
1522 35th Ave S
Fargo, ND 58104-6114

Blu on Broadway, LLC
400 10th St SE
Minot, ND 58701-4908

Boomtown Enterprises LLC
408 20th Avenue SW, Suite 101
Minot, ND 58701-6493

Boomtown Enterprises, LLC
Ryan Skarphol
408 20th Ave. SW Suite 101
Minot, ND 58701-6493

Boulevard Square
400 10th St SE
Minot, ND 58701-4908

Boulevard Square I, LLC
PO Box 879
Minot, ND 58702-0879

Boulevard Square III, LLC
400 10th St SE
Minot, ND 58701-4908

Bravera Wealth FBO Harvey Kadrmas IRA
Luke Leno
401 N 4th St
Bismarck, ND 58501-4256

Brenda Feller
700 11th Ave. NE
Minot, ND 58703-1527

Brent & Verinda Hill
3605 S Judy Ave
Sioux Falls, SD 57103-7247

Brent Hill
3605 South Judy Ave.
Sioux Falls, ND 58104

Brian & Laura Seifert
27 Wood Oaks Drive
South Barrington, IL 60010-1092

Brian Berg
135 North Woodcrest Dr
Fargo, ND 58102-2155

Brian J. Seifert & Laura J. Seifert
27 Wood Oaks Drive
South Barrington, IL 60010-1092

Brian Kounovsky & Kounovsky, Inc.
c/o Maurice B. VerStandig
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246

Brian Seifert
27 Wood Oaks Drive
Barrington, IL 60010-1092

Carol Weber
PO Box 297
Casselton, ND 58012-0297

Carolyn Berning
2302 10th St W
West Fargo, ND 58078-3202

Casey Gooch
5336 Highland Drive
Auburn, WA 98092-8797

Charles R. Anderson
4927 W. Charleston
Glendale, AZ 85308-1471

Charlotte Heim
3559 102 P Ave SW
Dickinson, ND 58601-8596

Clarissa Brackenbury
PO Box 263
Mohall, ND 58761-0263

Clifford Otten
908 Shady Lane East
Wayzata, MN 55391-1830

CM Wynn Contracting
3609 Southridge Lane
Bismarck, ND 58504-9645

Connie Iverson
10090 9th St NE
Binford, ND 58416-9362

Craig and Roberta Wiltse
13584 68th ST SE
Lisbon ND 58054-9330

Craig Gooch
5336 Highland Dr
Auburn, WA 98092-8797

Craig Wiltse
13584 68th St. SE
Lisbon, ND 58054-9330

Cullen Insulation Inc
Eric Cullen
202 15th St N
Fargo, ND 58102-4222

Cullen Insulation, Inc.
c/o Benjamin Williams
Kennelly Business Law
1213 NP Ave, Suite 301
Fargo, ND 58102-4798

Custom Aire, Inc.
Scott Boettner
5525 1st Ave. N
Grand Forks, ND 58203-2501

Dale Langseth
3295 100th St South
Glyndon, MN 56547-9600

Darryl & Charlotte Heim
c/o Randall N. Sickler
Ebeltoft.Sickler.Lawyers PLLC
2272 8th Street West
Dickinson, ND 58601-8590

Darryl Heim
3559 102 P Ave SW
Dickinson, ND 58601-8596

Dave and Jean Seifert
506 24th Avenue North
Fargo, ND 58102-1933

Dave Gehrtz
1687 65th Ave NE
New Rockford, ND 58356-8797

Dave Gillis
12 Bighorn Ct
South Barrington, IL 60010-1014

Dave Seifert
506 24th Ave. N
Fargo, ND 58102-1933

David Feller
700 11th Ave. NE
Minot, ND 58703-1527

DOIT & CO FBO
Attn: Trust Dept
3001 25th St S
Fargo, ND 58103-5036

DOIT & CO FBO Daniel Todd
Attn: Trust Dept
3001 25th St S
Fargo, ND 58103-5036

Earthwork Services
Trent Duda
345 12th Ave NE
West Fargo, ND 58078-1060

EC West Fargo, LLC
c/o Lighthouse Management Group, Inc.
900 Long Lake Road Ste. 180
New Brighton, MN 55112-6455

ECMW
745 31st Ave E Suite 105
West Fargo, ND 58078-8327

ECMW 2023, LLC
Vicki Campbell
400 10th St, SE
West Fargo, ND 58078

ECWF
400 4th St. S
Minot, ND 58701-4315

Edith Prentice
739 Juniper Drive
Bismarck, ND 58503

Elrick and Karen Poppe
c/o David J. Chapman
D J Chapman Law, P.C.
3155 Bluestem Drive, PMB #388
West Fargo, ND 58078-8002

Emily Christofferson
723 7th St E
Napoleon, ND 58561-7319

EPIC Companies Midwest, LLC
c/o Lighthouse Management Group, Inc.
900 Long Lake Road Ste. 180
New Brighton, MN 55112-6455

EPIC Companies Midwest 2023, LLC
c/o Lighthouse Management Group, Inc.
900 Long Lake Road Ste. 180
New Brighton, MN 55112-6455

EPIC Employee, LLC
c/o Lighthouse Management Group, Inc.
900 Long Lake Road Ste. 180
New Brighton, MN 55112-6455

EPIC Gateway East Real Estate Holding
400 10th St S
Minot, ND 58701-4908

EPIC Holdings, II
745 31st Avenue E #105
West Fargo, ND 58078-8327

EPIC Official Creditors Committee
c/o Benjamin J. Court
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402-2241

EPIC Official Creditors Committee
c/o Christopher J. Harayda
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402-2241

EPIC Place LLC
PO Box 879
Minot, ND 58702-0879

EPIC Preference
400 10th St SE
Minot, ND 58701-4908

Fox Valley Contractors
1061 N. Raddant Road
Batavia, IL 60510-4215

Gail Olson
5615 County Rd 3
Kindred, ND 58051-9523

Gerald Iverson
10090 9th St NE
Binford, ND 58416-9362

Greenfield Commons
PO Box 879
Minot, ND 58702-0879

Hal Ross
PO Box 147
Bowbells, ND 58721-0147

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Irene Kuhn
413 Ave E East
Napoleon, ND 58561-7317

Isabel M. Liska
122 14th Ave E Unit D
West Fargo, ND 58078-3317

J&K Legacy LLC
Kelly A. Desautel
1025 West 15th Street
Grafton, ND 58237-2025

James J. Johnson 2023 - Separate Trust
James J. Johnson
109 Monterey Ave. #5
Capitola, CA 95010-3246

James Olson
2850 Longfellow Road
Fargo, ND 58102-1717

James R. Bullis
3280 Veterans Blvd S
Suite 302
Fargo, ND 58104-3348

James Schutz
6313 13th St N
Fargo, ND 58102-6010

James Wiltse
13584 68th SE
Lisbon, ND 58054-9330

James. W. Grote, Jr.
417 23rd St. NW
Minot, ND 58703-1855

Jamestown Medical Foundation
Jim Boatman
PO Box 484
Jamestown, ND 58402-0484

Jason Primus
Creative Planning, LLC
Jason Primus, CPA
220 Park Ave S
St. Cloud, MN 56301-3713

Jean Seifert
506 24th Ave N
Fargo, ND 58102-1933

Jeff Fisk
4864 Blue Bell Loop S
Fargo, ND 58104-5411

Jenifer Punton
14628 28th St. SE
Ayr, ND 58007-9720

Jenna Weisenburger
318 2nd St SE
New Rockford, ND 58356-1952

Jennifer Feller
PO Box 157
Surrey, ND 58785-0157

Jennifer Sue Arne
2560 Highland Rd
Minnetrista, MN 55359-9571

Jerilyn A. Larck
PO Box 205
Hope ND 58046-0205

Jessica Aardahl
72 Valley Bluffs Ct.
Minot, ND 58701-7556

Jill Thompson
192 Haines Dr.
Binford ND 58416-9401

Jim & JoAnn McKay Family Trust f/b/o Julie M
c/o Berly D. Nelson
Serkland Law Firm
10 Roberts Street North
Fargo, ND 58102-4982

Joel M. Fremstad
Fremstad Law Firm
3003 32nd Ave. S., Ste. 240
P.O. Box 3143
Fargo, ND 58108-3143

John Douts
PO Box 425
Powers Lake, ND 58773-0425

Jolene Christofferson
723 7th St E
Napoleon, ND 58561-7319

Joseph Haj
2276 14th Street W
West Fargo, ND 58078-8443

Westbrand & Co FBO Nadine Marie Schutz S/D IRA
Kailey Boraas
PO Box 1090
Minot, ND 58702-1090

Karen Gooch
5336 Highland Drive
Auburn, WA 98092-8797

Karen Steeves
227 3rd Ave. E
Sherwood, ND 58782-4029

Katherine Pendergast
PO Box 3081
Bismarck, ND 58502-3081

Kathleen Drovdal
6117 Heritage Ridge Road
Bismarck, ND 58503-7316

Katrina Turman Lang
Wold Johnson P.C.
P.O. Box 1680
Fargo, ND 58107-1680

Kim Holmes
111 N. 3rd Avenue S #205
Grand Forks, ND 58203-3749

Kounovsky Inc.
Brian Kounovsky
3680 54th St. S
Fargo, ND 58104-7480

Larry and Betty Ledene
c/o Robert G. Will
McGee, Hankla & Backes, PC
2400 Burdick Expressway East, Suite 100
PO Box 998
Minot, ND 58702-0998

Larry E. and Letitia Johnson
603 3rd Ave NE
Jamestown, ND 58401-3331

Lauren Gillis
2822 Sweet Ridge Street
Tallahassee, FL 32308-4689

Leroy Nepstad
1320 150th Ave.
Hendrum, MN 56550-9429

Liudmila Zonina
109 Monterey Avenue Apt 5
Capitola, CA 95010-3246

LTC - The Lincoln, LLC
c/o Amy Swedberg
Maslon LLP
225 South 6th Street, Suite 2900
Minneapolis, MN 55402-4609

Lynn Wadeson
1986 Burlington Drive
West Fargo, ND 58078-4323

Lynne M. Mari
3601 University Dr. S #207
Fargo, ND 58104-6288

Marilyn Werre
4206 Timberline Drive S
Fargo, ND 58104-6640

Mark and Teresa McGuigan
3908 21st Street South
Fargo ND 58104-6870

Mark McGuigan
3908 21st St. S
Fargo, ND 58104-6870

Marshall E. Fulks and Beverly L. Fulks
Howard D. Fulks
1719 10th Street South
Fargo, ND 58103-4911

Marshall Fulks
709 Bradford
Argyle, MN 56713

Mary Jane & Dale Langseth
3295 100 Street South
Glyndon, MN 56547
Glyndon, MN 56547-9600

McKay Family Fund
1337 Elm Circle N
Fargo, ND 58102-2749

Meagan Dee Delinksi
5573 Deb Drive West
West Fargo, ND 58078

Melissa M. Johnson
502 Oak Street
PO Box 513
Lisbon, ND 58054-0513

Michael & Jill Thompson
192 Haines Dr.
Binford, ND 58416-9401

Michael & Lauren Gillis
2822 Sweet Ridge Street
Tallahassee, FL 32308-4689

Michael Edward Thompson
192 Haines Drive
Binford, ND 58416-9401

Michael Myhre
6735 24th St NE
Sheyenne, ND 58374-9147

Michael Nilson
4804 2nd St E
West Fargo, ND 58078-8204

Michell McKay
1337 Elm Circle
Fargo, ND 58102-2749

Mike Evans
311 11th Ave Apt #201
Fargo, ND 58103-2856

Mortenson Masonry, Inc.
3280 Veterans Blvd S
Suite 302
Fargo, ND 58104-3348

Myron A Schapp
201 Prairiewood Dr S Unit C
Fargo, ND 58103-4648

Nancy J. Olson
500 3rd Ave NE
Mohall, ND 58761-4306

Nick Vollmuth and Deborah Vollmuth
c/o Alexander S. Kelsch
Kelsch Ruff Kranda Nagle & Ludwig
PO Box 1266
Mandan, ND 58554-7266

North Dakota State Fair Foundation
PO Box 1796
Minot, ND 58702-1796

North Dakota State Tax Commissioner
Office of State Tax Commissioner
PO Box 5623
Bismarck, ND 58506-5623

Office of Attorney General
600 East Boulevard Avenue, Dept. 125
Bismarck, ND 58505-0040

Pamela Miller
1717 16th St NW
Minot, ND 58703-1115

Patricia Steinmetz
1413 7th St. N
Fargo, ND 58102-2605

Pete Campbell
3600 Highview Ave. NW
Minot, ND 58703-3608

Plaza 32 LLP
PO Box 879
Minot, ND 58702-0879

Quality Concrete
3918 37th Avenue S
Fargo, ND 58104-7380

Reed and Jenna Weisenburger
318 2ND ST SE
New Rockford, ND 58356-1952

Reed Weisenburger
318 2nd St SE
New Rockford, ND 58356-1952

Rent Group, Inc
c/o Szabo Associates, Inc
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326-1357

RGC Properties, Inc.
Ronald Carlson
13111 69th St. SE
Lisbon, ND 58054-9303

Richard Duane Sortland
1105 5th St. NE
Valley City, ND 58072-2406

Robert & Jenifer Punton
14628 28th St. SE
Ayr, ND 58007-9720

Robert B. Raschke
Assistant U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415-1320

Robert Feller
PO Box 157
Surrey, ND 58785-0157

Robert Gibb
220 8th St. S
Fargo, ND 58103-1881

Robert Hammond
3774 63rd St. SE
Napoleon, ND 58561-9643

Robert Haugenoe
305 14th St E
Williston, ND 58801-4330

Robert Krodel
414 14th Ave. W
Williston, ND 58801-4623

Robert Steeves
227 3rd Ave. E
Sherwood, ND 58782-4029

Westbrand & Co FBO Kimberly Carlson S/D IRA
Kailey Boraas
PO Box 1090
Minot, ND 58702-1090

Robert W. Heim, Trustee
Robert W. Heim Revocable Living Trust
c/o Marissa R. Cerkoney
Ebeltoft.Sickler.Lawyers PLLC
2272 8th Street West
Dickinson, ND 58601-8590

Roberta Wiltse
13584 68th St. SE
Lisbon, ND 58054-9330

Rod Goeser
713 Broadway
Buxton, ND 58218-4006

EPIC Official Creditors Committee
Stinson LLP
Samantha J. Hanson-Lenn
50 South Sixth Street, Suite 2100
Minneapolis, MN 55402-1540

Sarah J. Wencil
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth St.
Minneapolis, MN 55415-1320

Scott Erickson
4291 Coventry Drive South
Fargo, ND 58104-4252

Scott Hoban
c/o Joel M. Fremstad
Fremstad Law Firm
P.O. Box 3143
Fargo, ND 58108-3143

Scott Miller
1717 16th St NW
Minot, ND 58703-1115

Shane R. & Jerilyn A. Larck
c/o Anthony Anderson
Nilles Law Firm
P.O. Box 2626
Fargo, ND 58108-2626

Shane R. Larck
PO Box 205
Hope, ND 58046-0205

Sidney Olson
9455 45th Ave NW
Mohall, ND 58761-9246

Spencer Ray Arne
2560 Highland Rd
Minnetrista, MN 55359-9571

Steven T. & Nancy J. Olson
500 3rd Ave NE
Mohall, ND 58761-4306

Streyle Masonry, Inc
2435 Skylark Ave
Bismarck, ND 58504-7590

SW&L Attorneys
Attn: Lee Grossman
4627 44th Avenue S Suite 108
Fargo ND 58104-4473

Svetlana Peterson
1717 N 15th St
Bismarck, ND 58501-2024

Taasha Zerface
2638 5th Court West
West Fargo, ND 58078-8539

Teri Brackenbury Leier
320 32nd West Ave W #302
West Fargo, ND 58078

Terry Cullen
1815 E Rose Creek Pkwy S
Fargo, ND 58104-6836

Terry Olson
5615 County Road 3
Kindred ND 58051-9523

Thomas E. Kalil
Kalil Law Firm, PLLC
P.O. Box 2355
Williston, ND 58802-2355

Tina Fisk
4864 Blue Bell Loop S
Fargo, ND 58104-5411

Todd Berning
2302 10th St W
West Fargo, ND 58078-3202

Tracy Haugenoe
305 14th St E
Williston, ND 58801-4330

Tasha Zeiface
2638 5th Ct W
West Fargo ND 58078-8539

Travis Klein
6201 121st Ave. SE
Minot, ND 58701-9215

Travis Zerface
2638 5th Court West
West Fargo, ND 58078-8539

TrayKeen LLC
Todd Berning
2302 10th St W
West Fargo, ND 58078-3202

Trent Duda
409 Liberty Circle
Horace, ND 58047-4529

Troy and Julie Moore
8336 59th St S
Horace, ND 58047

Tschider & Smith
2005 N. Kavaney Drive Suite 100
PO Box 754
Bismarck ND 58502-0754

Tyler Mack
PO Box 392
Velva, ND 58790-0392

Tyler Bay
1717 N 15th St
Bismarck, ND 58501-2024

Uline
12575 Uline Drive
Pleasant Prairie WI 53158-3686

Verinda Hill
3605 South Judy Ave.
Sioux Falls, ND 58104

Wade Haugeberg
2918 5th St NW
West Fargo, ND 58078-3928

Wadeson Properties, LLC
Lynn Wadeson
1986 Burlington Drive
West Fargo, ND 58078-4323

Wagner LLP
134 5th Ave
Sabin, MN 556580

Wayne Brackenbury
PO Box 263
Mohall, ND 58761-0263

Westbrand & Co FBO Angie
Schweitzer S/D Traditional IRA
Angie Schweitzer
619 10th Ave E
West Fargo, ND 58078-3112

Westbrand & Co FBO Ann Marie
Schutz S/D IRA
Ann Marie Schutz
6313 13th ST N
Fargo, ND 58102-6010

Westbrand & Co FBO Brendan Boe
Brendan Boe
503 7th Ave
Thompson, ND 58278-4151

Westbrand & Co FBO Daniel Todd
S/D IRA
Kailey Boraas
PO Box 1090
Minot, ND 58702-1090

Westbrand & Co FBO Daniel Todd S/D IRA
Kailey Boraas
PO Box 1090
Minot, ND 58702-1090