

**Fredrikson & Byron, P.A.**
Attorneys and Advisors

60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4400
Main: 612.492.7000
fredlaw.com

September 12, 2025

**Via CM/ECF**

North Dakota Bankruptcy Court
Attn: Clerk's Office
Quentin N. Burdick United States Courthouse
655 1st Ave North, Suite 210
Fargo, ND 58102

**Re:     EPIC Companies Midwest, LLC; EPIC Companies Midwest 2023, LLC; EPIC
Employee, LLC; EOLA Capital, LLC; and EC West Fargo, LLC (Bankruptcy
Case No. 24-30281 (Jointly Administered))**

Dear Court Clerk:

We are writing to request an address change for the following creditor in the above-referenced
jointly administered bankruptcy cases:

| Creditor | Requested Action |
|---|---|
| Jack Fredrickson<br>811 9th Street South, Apt. 1<br>Fargo, ND 58103-2694 | Jack Fredrickson 16251<br>Franklin Trail SE Prior<br>Lake, MN 55372 |

Thank you in advance. Please contact me with any questions.

Sincerely,

*/e/ Steven R. Kinsella*

Steven R. Kinsella
**Direct Dial:** 612.492.7244
**Email:** skinsella@fredlaw.com