## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | **Jointly Administered** |
| | |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| | |
| Debtors.[1] | Chapter 11 |

### FIRST AND FINAL APPLICATION OF CREATIVE PLANNING, LLC FOR ALLOWANCE OF FEES AS TAX ACCOUNTANT FOR THE DEBTORS FROM MAY 23, 2025 THROUGH AUGUST 21, 2025

1.      Jason Primus and Creative Planning, LLC (collectively, "<u>Creative Planning</u>") make this first and final application for allowance of fees for professional services rendered as the tax accountant for EPIC Companies Midwest, LLC, EPIC Companies Midwest 2023, LLC, EPIC Employee, LLC, EOLA Capital, LLC, and EC West Fargo, LLC (collectively, the "<u>Debtors</u>") between May 23, 2025 and August 21, 2025 pursuant to 11 U.S.C. § 330.

2.      In support of this Application, Creative Planning respectfully states as follows:

### <u>JURISDICTION</u>

3.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334 and Fed. R. Bankr. P. 5005. This a core proceeding pursuant to 28 U.S.C. § 157(b). Venue

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Debtors' address is c/o Lighthouse Management Group, Inc., 900 Long Lake Road, Suite 180, New Brighton, MN 55112 and their Employer Identification Numbers (EINs) are as follows: 83-2840705 (EPIC Companies Midwest, LLC), 88-3709518 (EPIC Companies Midwest 2023, LLC), 88-4112082 (EPIC Employee, LLC), 88-0554720 (EOLA Capital, LLC) and 82-5331354 (EC West Fargo, LLC).

is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The petitions commencing these Chapter 11 cases were filed on July 8, 2024 (the "Petition Date").

4.     On June 6, 2025, the Debtors filed a joint Amended Chapter 11 Plan of Liquidation. (ECF No. 366, the "Plan"). On August 6, 2025, the Court entered an order confirming the Plan and substantively consolidating the Debtors' assets, liabilities, and operations. (ECF No. 431.) Further, pursuant to the Plan, all assets of the Debtors were transferred to a Liquidating Trust (the "Liquidating Trust") as of August 21, 2025 (the "Effective Date") and Lighthouse Management Group, Inc. was appointed as the Liquidating Trustee (the "Liquidating Trustee"). (ECF No. 454.)

5.     Pursuant to Article X(d) of the Plan and the order confirming the Plan, the Court retained jurisdiction to "grant or deny any applications for allowance of compensation or reimbursement of expenses authorized pursuant to the Bankruptcy Code or th[e] Plan for periods ending on or before the Effective Date." (ECF Nos. 366, 431.)

6.     Article 3.1.2 of the Plan requires that "[a]ll holders of professional fees and expenses claims . . . file and serve an application for final allowance of compensation and reimbursement of expenses accruing from the Filing Date to the Effective Date, no later than 30 days after the Effective Date." (ECF No. 366.)

7.     This Application arises under 11 U.S.C. §§ 503(b)(2), 328(a), 330, and 331.  This Application is filed under Fed. R. Bankr. P. 2016 and 2002(a)(6). Notice of this Application is provided pursuant to  the Notice and Service  Requirements  adopted  pursuant  to Local Rule 2002-1 and the Court's order limiting notice pursuant to Fed. R. Bankr. P. 2002(i). (ECF No. 124.)

## **BACKGROUND**

8.     On May 2, 2025, the Debtors filed an application to employ Creative Planning as the tax accountant for the Debtors (ECF No. 283.) The Court approved the application to employ

Creative Planning on May 23, 2025. (ECF No. 324.) A copy of that order is attached as **Exhibit A**.

9.      Creative Planning commenced its services to the Debtors on or around June 5, 2025. Creative Planning charged hourly rates for its services to the Debtors. The hourly rates for these services ranged from $130.00 to $450.00 per hour. (ECF No. 283.) These rates are customary and commensurate with the level of services provided.

10.      This is Creative Planning's first and final application for allowance of fees under 11 U.S.C. § 331.

11.      Creative Planning believes that the Debtors are current in payment of ordinary operating expenses and any allowed administrative expenses, that any quarterly fees have been or will be paid as required to the United States Trustee, and that all monthly operating reports are being timely filed, including pursuant to any extensions granted by the United States Trustee.

12.      The Liquidating Trustee has reviewed this application on behalf of the Debtors and the Liquidating Trust and has no objection to the amounts sought herein.

### **RELIEF REQUESTED**

13.      By this application, Creative Planning requests final allowance of fees for professional services rendered during these Chapter 11 cases between May 23, 2025 and August 21, 2025 in the amount of **$7,427.00**.

14.      The professional services rendered by Creative Planning are detailed on the attached **Exhibit B**. Those services include the tasks specifically described below:

3

**Tax Issues:  $7,427.00**[2]

Services include preparing and reviewing the Debtors' 2024 tax returns.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Jason Primus | 1.5 | 2025 | $425.00 | $637.50 |
| Katherine Janorschke | 8.3 | 2025 | $390.00 | $3,237.00 |
| Joseph Frink | 0.6 | 2025 | $225.00 | $135.00 |
| Mack Sathre | 14.2 | 2025 | $140.00 | $1,988.00 |
| Alex Krumenauer | 10.2 | 2025 | $140.00 | $1,428.00 |
| TOTAL | 34.8 | | | $7,425.50 |

| Blended Hourly Rate: | $135.80 |
|------|------|

### TOTAL POSTPETITION FEES: $7,427.00

15.     All services for which fees are requested by Creative Planning were performed for and on behalf of the Debtors, and not on behalf of any committee, creditor, or other person.

16.     The amount requested constitutes reasonable compensation for actual, necessary services rendered by Creative Planning, based on the nature, the extent, and the value of such services, the time spent on such services, and the cost of comparable services other than in a case under Title 11.  Creative Planning has not entered into any agreement, express or implied, with any other party-in-interest, including the Debtors, any creditor, receiver, trustee, or any representative of any of them, or with any attorney for such party-in-interest in the proceedings, for the purpose of fixing fees or other compensation to be paid to such party-in-interest in the proceedings for services rendered or expenses incurred from the assets of the estate in excess of the compensation allowed by law.

---

[2] As shown on **Exhibit B**, each of the invoices were rounded up to the nearest dollar. Therefore, there is a slight difference in the invoice amounts and the hourly detail.

4

**WHEREFORE,** Creative Planning respectfully requests that the Court enter an order:

A.       Allowing Creative Planning's fees incurred between May 23, 2025 and August 21,

2025 in the amount of **$7,427.00**;

B.       Authorizing the Liquidating Trust to pay Creative Planning such allowed

postpetition fees and expenses on behalf of the Debtors;

C.       Allowing, on a final basis, all of Creative Planning's fees in these Chapter 11 cases

through August 21, 2025, and granting administrative expense priority to such allowed fees; and

D.       Granting such other and further relief as may be just and proper.

Dated:  September 12, 2025

_____
Jason Primus, Partner, Director & CPA
Creative Planning, LLC

Prepared with assistance from:

Dated:  September 12, 2025          /e/ *Katherine A. Nixon*
_____
Steven R. Kinsella (#09514)
Katherine A. Nixon (*pro hac vice* MN #0402772)
**FREDRIKSON & BYRON, P.A.**
60 South 6th Street, Suite 1500
Minneapolis, MN  55402-4400
612.492.7000
skinsella@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR THE LIQUIDATING TRUST**

## **AFFIDAVIT**

I, Jason Primus, a Partner, Director & CPA at Creative Planning, LLC, declare under penalty of perjury that the foregoing *First and Final Application of Creative Planning, LLC for Allowance of Fees as Tax Accountant for the Debtors from May 23, 2025 Through August 21, 2025* is true and correct according to the best of my knowledge, information, and belief.

Dated: September 12, 2025

Jason Primus

## **EXHIBIT A**

## CourtAlert® Case Management

**From:**          ecf@ndb.uscourts.gov
**Sent:**          5/23/2025 3:40:50 PM
**To:**            nate_olson@ndb.uscourts.gov
**Subject:**       Ch-11 24-30281 EPIC Companies Midwest, LLC Order on Application to
                   Employ

---

**CAUTION: EXTERNAL E-MAIL**

---

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

### U.S. Bankruptcy Court

### District of North Dakota

Notice of Electronic Filing

The following transaction was received from slj entered on 5/23/2025 at 3:40 PM CDT and filed on 5/23/2025

**Case Name:**          EPIC Companies Midwest, LLC
**Case Number:**        24-30281
**Document Number:** 324

**Docket Text:**
Order Approving Application to Employ Accountants Jason Primus, CPA, and Creative Planning, LLC, filed by the Debtors (Related Doc # [283]). The application to employ is APPROVED subject to the limitations on compensation provided by 11 U.S.C. § 328. This order is not a determination that the services or rates charged are necessary and reasonable. The person or entity employed under this order shall file a fee application in accordance with the Bankruptcy Code and Federal Rules of Bankruptcy Procedures. See Fed. R. Bank. P. 2016, 2017 and 11 U.S.C. 329, 330. Applicant must also comply with Local Rules. As required by applicable federal rule or statute, the Movant shall serve this docket text only order on all appropriate parties that will not receive notice of electronic filing. By Judge Shon Hastings. (Text order only). Signed on 5/23/2025 (slj)

The following document(s) are associated with this transaction:

**24-30281 Notice will be electronically mailed to:**

Anthony J Anderson on behalf of Creditor Jerilyn A. Larck
aanderson@nilleslaw.com, bbrunelle@nilleslaw.com

Anthony J Anderson on behalf of Creditor Shane R. Larck
aanderson@nilleslaw.com, bbrunelle@nilleslaw.com

Zenas Baer on behalf of Creditor Taracon Precast LLC
zbaer@zbaer.com

Marissa R. Cerkoney on behalf of Creditor Robert W. & Joleen M. Heim TTE Heim RLT
mcerkoney@ndlaw.com, pschiwal@ndlaw.com

Marissa R. Cerkoney on behalf of Creditor Robert W. Heim Revocable Living Trust
mcerkoney@ndlaw.com, pschiwal@ndlaw.com

Marissa R. Cerkoney on behalf of Creditor Darryl and Charlotte Heim
mcerkoney@ndlaw.com, pschiwal@ndlaw.com

Marissa R. Cerkoney on behalf of Creditor Rob and Joleen Heim
mcerkoney@ndlaw.com, pschiwal@ndlaw.com

David J T Chapman on behalf of Creditor Elrick Poppe
dchapman@djchapmanlaw.com

David J T Chapman on behalf of Creditor Karen Poppe
dchapman@djchapmanlaw.com

Douglas Christensen on behalf of Creditor Beth Holmes
dougc@grandforkslaw.com,
sarah@grandforkslaw.com;jen@grandforkslaw.com;julie@grandforkslaw.com

Benjamin Court on behalf of Creditor Committee Chair Beth Postemski
benjamin.court@stinson.com, stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court on behalf of Creditor Committee Jim Johnson
benjamin.court@stinson.com, stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court on behalf of Creditor Committee Larry Dietz
benjamin.court@stinson.com, stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court on behalf of Creditor Committee William Altringer
benjamin.court@stinson.com, stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court on behalf of Creditor Committee Zach Frappier
benjamin.court@stinson.com, stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court on behalf of Creditor Randy Henke
benjamin.court@stinson.com, stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Sara Diaz on behalf of Creditor Loren Goeser
sara@bulielaw.com,
ken@bulielaw.com;alan@bulielaw.com;traci@bulielaw.com;2787@notices.nextchapterbk.com;fargo@bulielaw.com

Joel M. Fremstad on behalf of Creditor Scott Hoban
joel@fremstadlaw.com, maggie@fremstadlaw.com

Joel M. Fremstad on behalf of Debtor EPIC Companies Midwest, LLC
joel@fremstadlaw.com, maggie@fremstadlaw.com

Michael Gust on behalf of Defendant EPIC Gateway LLC
mlgfilings@andersonbottrell.com, jernst@abstlaw.net

Michael Gust on behalf of Defendant Sheyenne 32 North, LLC
mlgfilings@andersonbottrell.com, jernst@abstlaw.net

Michael Gust on behalf of Interested Party Bank Forward
mlgfilings@andersonbottrell.com, jernst@abstlaw.net

Joseph D Hackman on behalf of Interested Party Bank Forward
jhackman@abstlaw.net

Peter B. Hankla on behalf of Interested Party Randy and Dorothy Henke
phankla@mcgeelaw.com

Samantha Hanson-Lenn on behalf of Creditor Committee Jim Johnson
samantha.hansonlenn@stinson.com

Samantha Hanson-Lenn on behalf of Creditor Committee Larry Dietz
samantha.hansonlenn@stinson.com

Samantha Hanson-Lenn on behalf of Creditor Committee William Altringer
samantha.hansonlenn@stinson.com

Samantha Hanson-Lenn on behalf of Creditor Committee Zach Frappier
samantha.hansonlenn@stinson.com

Christopher Harayda on behalf of Creditor Committee Chair Beth Postemski
cj.harayda@stinson.com

Christopher Harayda on behalf of Creditor Committee Jim Johnson
cj.harayda@stinson.com

Christopher Harayda on behalf of Creditor Committee Larry Dietz
cj.harayda@stinson.com

Christopher Harayda on behalf of Creditor Committee William Altringer
cj.harayda@stinson.com

Christopher Harayda on behalf of Creditor Committee Zach Frappier
cj.harayda@stinson.com

Christopher Harayda on behalf of Creditor Randy Henke
cj.harayda@stinson.com

Alexander S. Kelsch on behalf of Creditor Deborah Vollmuth
alexk@kelschlaw.com, aruff@kelschlaw.com;kelsch.alexanders.b@notify.bestcase.com

Alexander S. Kelsch on behalf of Creditor Nick Vollmuth
alexk@kelschlaw.com, aruff@kelschlaw.com;kelsch.alexanders.b@notify.bestcase.com

Steven R Kinsella on behalf of Debtor EC West Fargo, LLC
skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella on behalf of Debtor EOLA Capital, LLC
skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella on behalf of Debtor EPIC Companies Midwest 2023, LLC
skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella on behalf of Debtor EPIC Companies Midwest, LLC
skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella on behalf of Debtor EPIC Employee, LLC
skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella on behalf of Plaintiff EC West Fargo, LLC
skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella on behalf of Plaintiff EOLA Capital, LLC
skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella on behalf of Plaintiff EPIC Companies Midwest 2023, LLC
skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella on behalf of Plaintiff EPIC Companies Midwest, LLC
skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella on behalf of Plaintiff EPIC Employee, LLC
skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

John M Krings, Jr. on behalf of Creditor Cornerstone Bank
john@kaler-doeling.com, janae@kaler-doeling.com

John M Krings, Jr. on behalf of Defendant 36th and Veterans, LLC
john@kaler-doeling.com, janae@kaler-doeling.com

John M Krings, Jr. on behalf of Defendant EPIC Place, LLC
john@kaler-doeling.com, janae@kaler-doeling.com

John M Krings, Jr. on behalf of Defendant West Fargo Dive Bar, LLC
john@kaler-doeling.com, janae@kaler-doeling.com

John M Krings, Jr. on behalf of Interested Party Cornerstone Bank
john@kaler-doeling.com, janae@kaler-doeling.com

Berly D. Nelson on behalf of Creditor Jim and JoAnn McKay Family Trust f/b/o Julie McKay
Ganskop
bnelson@serklandlaw.com,
rtande@serklandlaw.com;aneir@serklandlaw.com;amcdarby@serklandlaw.com;lhruby@serklandla
w.com

Joel Nesset on behalf of Defendant EPIC Holdings II, LLC
jnesset@cozen.com, akulbeik@cozen.com

Joel Nesset on behalf of Defendant EPIC Holdings, LLC
jnesset@cozen.com, akulbeik@cozen.com

Katherine A. Nixon on behalf of Debtor EC West Fargo, LLC
knixon@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Katherine A. Nixon on behalf of Debtor EOLA Capital, LLC
knixon@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Katherine A. Nixon on behalf of Debtor EPIC Companies Midwest 2023, LLC
knixon@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Katherine A. Nixon on behalf of Debtor EPIC Companies Midwest, LLC
knixon@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Katherine A. Nixon on behalf of Debtor EPIC Employee, LLC
knixon@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Katherine A. Nixon on behalf of Plaintiff EC West Fargo, LLC
knixon@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Katherine A. Nixon on behalf of Plaintiff EOLA Capital, LLC
knixon@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Katherine A. Nixon on behalf of Plaintiff EPIC Companies Midwest 2023, LLC
knixon@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Katherine A. Nixon on behalf of Plaintiff EPIC Companies Midwest, LLC
knixon@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Katherine A. Nixon on behalf of Plaintiff EPIC Employee, LLC

knixon@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Richard P. Olson on behalf of Creditor Essential Living Inc
rpolsonecf@minotlaw.com, rpolson@minotlaw.com

Richard P. Olson on behalf of Creditor Bruce & Diane Walker
rpolsonecf@minotlaw.com, rpolson@minotlaw.com

Ryan G Quarne on behalf of Creditor Bruce & Diane Walker
rgquarne@minotlaw.com

Robert B. Raschke
USTPRegion12.SX.ECF@usdoj.gov

Michael S Raum on behalf of Debtor EC West Fargo, LLC
mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum on behalf of Debtor EOLA Capital, LLC
mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum on behalf of Debtor EPIC Companies Midwest 2023, LLC
mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum on behalf of Debtor EPIC Companies Midwest, LLC
mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum on behalf of Debtor EPIC Employee, LLC
mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum on behalf of Plaintiff EOLA Capital, LLC
mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum on behalf of Plaintiff EPIC Companies Midwest 2023, LLC
mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum on behalf of Plaintiff EPIC Companies Midwest, LLC
mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Randall N. Sickler on behalf of Creditor Robert W. & Joleen M. Heim TTE Heim RLT
rsickler@ndlaw.com, pschiwal@ndlaw.com

Randall N. Sickler on behalf of Creditor Robert W. Heim Revocable Living Trust
rsickler@ndlaw.com, pschiwal@ndlaw.com

Randall N. Sickler on behalf of Creditor Darryl and Charlotte Heim
rsickler@ndlaw.com, pschiwal@ndlaw.com

Randall N. Sickler on behalf of Creditor Rob and Joleen Heim
rsickler@ndlaw.com, pschiwal@ndlaw.com

George H. Singer on behalf of Defendant Area 57 Association, Inc.
ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer on behalf of Defendant Boulevard Square III, LLC
ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer on behalf of Defendant EPIC Gateway North Real Estate Holdings, LLC
ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer on behalf of Defendant Fargo South Hospitality, LLC
ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer on behalf of Defendant Gateway Arches Real Estate Holdings, LLC f/k/a EPIC
Gateway East Real Estate Holdings, LLC
ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer on behalf of Defendant Greenfield Commons II, LLC
ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer on behalf of Defendant Greenfield Commons III, LLC
ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer on behalf of Defendant Greenfield Commons, LLC
ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer on behalf of Defendant HI West Acres, LLC, f/k/a EPIC Hospitality, LLC
ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer on behalf of Defendant LTC - The Don, LLC
ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer on behalf of Defendant Preference 42, LLC f/k/a EPIC Preference, LLC f/k/a
Shepperd Equity Fund, LLC
ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer on behalf of Defendant SAD Downtown, LLC d/b/a The Firm
ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer on behalf of Defendant Sheyenne 32 South Residential, LLC
ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer on behalf of Defendant Sheyenne 32 South, LLC
ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer on behalf of Defendant The Tracks - Maverick, LLC
ghsinger@hollandhart.com, ehmason@hollandhart.com

Amy J. Swedberg on behalf of Creditor Clifford Otten

amy.swedberg@maslon.com

Amy J. Swedberg on behalf of Defendant LTC - The Lincoln, LLC
amy.swedberg@maslon.com

Amy J. Swedberg on behalf of Interested Party LTC - The Lincoln, LLC
amy.swedberg@maslon.com

Katrina A. Turman Lang on behalf of Creditor Dietz Properties, LLC
klang@woldlaw.com, melanie@turmanlaw.com

Katrina A. Turman Lang on behalf of Creditor Candice Dietz
klang@woldlaw.com, melanie@turmanlaw.com

Katrina A. Turman Lang on behalf of Creditor Larry Dietz
klang@woldlaw.com, melanie@turmanlaw.com

Maurice VerStandig on behalf of Creditor Kounovsky Inc.
mac@mbvesq.com,
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@reca
p.email

Maurice VerStandig on behalf of Interested Party Brian Kounovsky
mac@mbvesq.com,
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@reca
p.email

Thomas G. Wallrich on behalf of Defendant EPIC Holdings II, LLC
twallrich@cozen.com

Thomas G. Wallrich on behalf of Defendant EPIC Holdings, LLC
twallrich@cozen.com

Sarah J. Wencil on behalf of U.S. Trustee Robert B. Raschke
sarah.j.wencil@usdoj.gov

Mark Western on behalf of Debtor EPIC Companies Midwest, LLC
mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western on behalf of Plaintiff EC West Fargo, LLC
mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western on behalf of Plaintiff EOLA Capital, LLC
mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western on behalf of Plaintiff EPIC Companies Midwest 2023, LLC
mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western on behalf of Plaintiff EPIC Companies Midwest, LLC

mark@fremstadlaw.com, terri@fremstadlaw.com

Zoe Wieber on behalf of Creditor STC Flooring
zoe@dwyerlawnd.com

Zoe Wieber on behalf of Creditor Lee Schaleben
zoe@dwyerlawnd.com

Robert G. Will on behalf of Creditor Larry and Betty Ledene
rwill@mcgeelaw.com, rgwill_law@yahoo.com;will.robertb124953@notify.bestcase.com

Benjamin Williams on behalf of Creditor Cullen Insulation, Inc.
ben@kennellybusinesslaw.com, beth@kennellybusinesslaw.com

Benjamin Williams on behalf of Creditor Daniel Frisch
ben@kennellybusinesslaw.com, beth@kennellybusinesslaw.com

**24-30281 Notice will not be electronically mailed to:**

AMEX TRS Co., Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

BBrager Bradford Capital Management, LLC
1051 Bloomfield Avenue, Suite 10
Clifton, NJ 07012

Hain Capital Group
301 Route 17 North, Suite 816A
Rutherford, NJ 07070

Jason Primus
Creative Planning, LLC
Jason Primus, CPA
220 Park Ave S
St. Cloud, MN 56301

**EXHIBIT B**



EC West Fargo, LLC
400 10th St SE
c/o Lighthouse Management Group, Inc
900 Long Lake Road, Suite 180
Minot, ND 58701

Date:                8/28/2025
Invoice Number:      1266261
Client:              1007859.004

*Please include invoice number on payment*

---

Progress billing through 8/20/2025 for preparation of 2024 tax return

Invoice Total:      $1,405.00
Prior Balance:      $0.00
Current Amount Due: $1,405.00

| Current | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 | Total |
|---------|---------|---------|----------|----------|-------|
| $1,405.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,405.00 |

Click here for our Form W-9

Please remit payment to our lockbox below:
PO Box 950459
St. Louis, MO  63195-0459
(833) 431-2021

Payment is due immediately on receipt of this invoice.
A 1% monthly finance charge will be added to balances over 30 days.
A 25% collection fee will be imposed on any invoice sent to collections.



EOLA Capital, LLC
400 10th Street SE
c/o Lighthouse Management Group, Inc
900 Long Lake Road, Suite 180
Minot, ND 58701

Date:              8/28/2025
Invoice Number:   1266262
Client:           1007859.003

*Please include invoice number on payment*

---

Progress billing through 8/20/2025 for preparation of 2024 tax return

Invoice Total:       $1,116.00
Prior Balance:          $0.00
Current Amount Due:  $1,116.00

| Current | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 | Total |
|---------|---------|---------|----------|----------|-------|
| $1,116.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,116.00 |

Click here for our Form W-9

Please remit payment to our lockbox below:
PO Box 950459
St. Louis, MO  63195-0459
(833) 431-2021

Payment is due immediately on receipt of this invoice.
A 1% monthly finance charge will be added to balances over 30 days.
A 25% collection fee will be imposed on any invoice sent to collections.



| | |
|---|---|
| EPIC Companies Midwest 2023, LLC | Date: 8/28/2025 |
| 400 10th Street SE | Invoice Number: 1266263 |
| c/o Lighthouse Management Group | Client: 1007859.001 |
| 900 Long Lake Road, Suite 180 | |
| Minot, ND 58701 | |

*Please include invoice number on payment*

---

Progress billing through 8/20/2025 for preparation of 2024 tax return

| | |
|---|---|
| Invoice Total: | $896.00 |
| Prior Balance: | $0.00 |
| Current Amount Due: | $896.00 |

| Current | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 | Total |
|---|---|---|---|---|---|
| $896.00 | $0.00 | $0.00 | $0.00 | $0.00 | $896.00 |

Click here for our Form W-9

Please remit payment to our lockbox below:
PO Box 950459
St. Louis, MO  63195-0459
(833) 431-2021

Payment is due immediately on receipt of this invoice.
A 1% monthly finance charge will be added to balances over 30 days.
A 25% collection fee will be imposed on any invoice sent to collections.



EPIC Companies Midwest, LLC
400 10th Street SE
c/o Lighthouse Management Group, Inc.
900 Long Lake Road, Suite 180
Minot, ND 58701

| | |
|---|---|
| Date: | 8/28/2025 |
| Invoice Number: | 1266264 |
| Client: | 1007859.000 |

*Please include invoice number on payment*

---

Progress billing through 8/20/2025 for preparation of 2024 tax return

| | |
|---|---|
| Invoice Total: | $2,735.00 |
| Prior Balance: | $0.00 |
| Current Amount Due: | $2,735.00 |

| Current | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 | Total |
|---|---|---|---|---|---|
| $2,735.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,735.00 |

Click here for our Form W-9

Please remit payment to our lockbox below:
PO Box 950459
St. Louis, MO  63195-0459
(833) 431-2021

Payment is due immediately on receipt of this invoice.
A 1% monthly finance charge will be added to balances over 30 days.
A 25% collection fee will be imposed on any invoice sent to collections.



EPIC Employees, LLC                                    Date:              8/28/2025
400 10th Street SE                                     Invoice Number:    1266265
c/o Lighthouse Management Group, Inc                   Client:            1007859.002
900 Long Lake Road, Suite 180
Minot, ND 58701

*Please include invoice number on payment*

---

Progress billing through 8/20/2025 for preparation of 2024 tax return

Invoice Total:     $1,275.00
Prior Balance:     $0.00
Current Amount Due: $1,275.00

| Current | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 | Total |
|---------|---------|---------|----------|----------|-------|
| $1,275.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,275.00 |

Click here for our Form W-9

Please remit payment to our lockbox below:
PO Box 950459
St. Louis, MO  63195-0459
(833) 431-2021

Payment is due immediately on receipt of this invoice.
A 1% monthly finance charge will be added to balances over 30 days.
A 25% collection fee will be imposed on any invoice sent to collections.

| Status | Invoice Date | Client ID | Client Sub ID | Client Name | Invoice Number | Invoice Total |
|--------|-------------|-----------|---------------|-------------|----------------|---------------|
| Posted | 8/28/2025 | 1007859 | 004 | EC West Fargo LLC | 1266261 | $    1,405.00 |

| WIP Date | Service Code Name | Staff | Hours | Hourly Rate | Total | Invoice Description |
|----------|-------------------|-------|-------|-------------|-------|---------------------|
| 6/5/2025 | 1065 Miscellanaeous | Primus, Jason A | 0.30 | $425.00 | $127.50 | Down load info and move to Document, discussion with Katie, email to Renee |
| 6/11/2025 | 1065 Return Preparation | Sathre, Mack J | 0.40 | $140.00 | $56.00 | |
| 6/12/2025 | 1065 Return Preparation | Sathre, Mack J | 2.00 | $140.00 | $280.00 | |
| 6/18/2025 | 1065 Return Preparation | Krumenauer, Alex | 2.90 | $140.00 | $406.00 | |
| 6/23/2025 | 1065 Return Preparation | Krumenauer, Alex | 0.20 | $140.00 | $28.00 | |
| 6/24/2025 | 1065 Return Review | Janorschke, Katherine M | 1.30 | $390.00 | $507.00 | |
| | | | | | $1,404.50 | |

| Status | Invoice Date | Client ID | Client Sub ID | Client Name | Invoice Number | Invoice Total |
|--------|-------------|-----------|---------------|-------------|----------------|---------------|
| Posted | 8/28/2025 | 17007859 | 003 | EOLA Capital LLC | 1266262 | $    1,116.00 |

| WIP Date | Service Code Name | Staff | Hours | Hourly Rate | Total | Invoice Description |
|----------|-------------------|-------|-------|-------------|-------|---------------------|
| 6/5/2025 | 1065 Miscellanaeous | Primus, Jason | 0.30 | $425.00 | $127.50 | Down load info and move to Document, discussion with Katie, email to Renee |
| 6/10/2025 | 1065 Return Preparation | Sathre, Mack J | 0.90 | $140.00 | $126.00 | |
| 6/11/2025 | 1065 Return Preparation | Sathre, Mack J | 1.20 | $140.00 | $168.00 | |
| 6/11/2025 | 1065 Return Preparation | Sathre, Mack J | 0.50 | $140.00 | $70.00 | |
| 6/24/2025 | 1065 Return Review | Janorschke, Katherine M | 1.60 | $390.00 | $624.00 | |
| | | | | | $1,115.50 | |

| Status | Invoice Date | Client ID | Client Sub ID | Client Name | Invoice Number | Invoice Total |
|--------|-------------|-----------|---------------|-------------|----------------|---------------|
| Posted | 8/28/2025 | 17007859 | 001 | EPIC Companies Midwest 2023 LLC | 1266263 | $    896.00 |

| WIP Date | Service Code Name | Staff | Hours | Hourly Rate | Total | Invoice Description |
|----------|-------------------|-------|-------|-------------|-------|---------------------|
| 6/5/2025 | 1065 Miscellanaeous | Primus, Jason | 0.30 | $425.00 | $127.50 | Down load info and move to Document, discussion with Katie, email to Renee |
| 6/9/2025 | 1065 Return Preparation | Sathre, Mack J | 0.50 | $140.00 | $70.00 | |
| 6/9/2025 | 1065 Return Preparation | Sathre, Mack J | 1.20 | $140.00 | $168.00 | |
| 6/10/2025 | 1065 Return Preparation | Sathre, Mack J | 1.00 | $140.00 | $140.00 | |
| 6/24/2025 | 1065 Return Review | Janorschke, Katherine M | 1.00 | $390.00 | $390.00 | |
| | | | | | $895.50 | |

| Status | Invoice Date | Client ID | Client Sub ID | Client Name | Invoice Number | Invoice Total |
|--------|-------------|-----------|---------------|-------------|----------------|---------------|
| Posted | 8/28/2025 | 17007859 | 000 | EPIC Companies Midwest LLC | 1266264 | $    2,735.00 |

| WIP Date | Service Code Name | Staff | Hours | Hourly Rate | Total | Invoice Description |
|----------|-------------------|-------|-------|-------------|-------|---------------------|
| 6/5/2025 | 1065 Miscellanaeous | Primus, Jason A | 0.30 | $425.00 | $127.50 | Down load info and move to Document, discussion with Katie, email to Renee |
| 6/10/2025 | 1065 Return Preparation | Sathre, Mack J | 2.90 | $140.00 | $406.00 | |
| 6/10/2025 | 1065 Return Preparation | Sathre, Mack J | 0.70 | $140.00 | $98.00 | |
| 6/18/2025 | 1065 Return Preparation | Krumenauer, Alex | 0.50 | $140.00 | $70.00 | |
| 6/23/2025 | Accounting Miscellaneous | Frink, Joseph M | 0.60 | $225.00 | $135.00 | Time spent assisting Alex with questions and issues. Checked capital account totals, looked at guaranteed payment issues, and also assisted with getting started on capital account rec. Offered advice and suggestions, as well as mentioned discussing some items with reviewer on the project to save time. |
| 6/23/2025 | 1065 Return Preparation | Krumenauer, Alex | 6.60 | $140.00 | $924.00 | |
| 6/25/2025 | 1065 Return Review | Janorschke, Katherine M | 2.50 | $390.00 | $975.00 | |
| | | | | | $2,735.50 | |

| Status | Invoice Date | Client ID | Client Sub ID | Client Name | Invoice Number | Invoice Total |
|--------|-------------|-----------|---------------|-------------|----------------|---------------|
| Posted | 8/28/2025 | 17007859 | 002 | EPIC Employee LLC | 1266264 | $    1,275.00 |

| WIP Date | Service Code Name | Staff | Hours | Hourly Rate | Total | Invoice Description |
|---|---|---|---|---|---|---|
| 6/5/2025 | 1065 Miscellaneous | Primus, Jason A | 0.30 | $425.00 | $127.50 | Down load info and move to Document, discussion with Katie, email to Renee |
| 6/9/2025 | 1065 Return Preparation | Sathre, Mack J | 1.10 | $140.00 | $154.00 | Set-up new client and engagement binder. Start Prep |
| 6/9/2025 | 1065 Return Preparation | Sathre, Mack J | 1.80 | $140.00 | $252.00 | |
| 6/18/2025 | 1065 Return Review | Janorschke, Katherine M | 1.50 | $390.00 | $585.00 | |
| 6/24/2025 | 1065 Return Review | Janorschke, Katherine M | 0.40 | $390.00 | $156.00 | Finish Review |
| | | | | | **$1,274.50** | |

TOTAL $    7,427.00

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | **Jointly Administered** |
| | |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| | |
| Debtors. | Chapter 11 |

## NOTICE OF FIRST AND FINAL APPLICATION OF CREATIVE PLANNING, LLC FOR ALLOWANCE OF FEES AS TAX ACCOUNTANT FOR THE DEBTORS FROM MAY 23, 2025 THROUGH AUGUST 21, 2025

TO:   The parties-in-interest as specified in the Notice and Service Requirements adopted pursuant to Local Rule 2002-1 and the Court's order limiting notice pursuant to Fed. R. Bankr. P. 2002(i). (ECF No. 124.)

1.      **NOTICE IS HEREBY GIVEN** that Creative Planning, LLC, as the tax accountant for the Debtors, has filed its first and final application for allowance of fees, a copy of which is attached hereto and served upon you.

2.      **NOTICE IS FURTHER GIVEN** that any objection to the application must be filed with the Clerk of the United States Bankruptcy Court, whose address is Quentin N. Burdick Courthouse, 655 First Avenue North, Suite 210, Fargo, North Dakota 58102, and served upon the attorney whose name and address is listed below, by **Friday, October 3, 2025, which is twenty-one (21) days from the date of the filing of this notice**. Any objections not filed and served may deemed waived.

Dated: September 12, 2025

Jason Primus, Partner, Director & CPA
Creative Planning, LLC

Prepared with assistance from:

Dated: September 12, 2025

/e/ *Katherine A. Nixon*
Steven R. Kinsella (#09514)
Katherine A. Nixon (*pro hac vice* MN #0402772)
**FREDRIKSON & BYRON, P.A.**
60 South 6th Street, Suite 1500
Minneapolis, MN 55402-4400
612.492.7000
skinsella@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR THE LIQUIDATING TRUST**