**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors.[1] | Chapter 11 |

**TWELFTH AND FINAL APPLICATION OF FREDRIKSON & BYRON, P.A. FOR ALLOWANCE OF FEES AND EXPENSES AS CHAPTER 11 COUNSEL FOR THE DEBTORS FROM JULY 1, 2025 THROUGH AUGUST 20, 2025**

1.       Steven R. Kinsella and Fredrikson & Byron, P.A. (collectively, "Fredrikson") make this twelfth and final application for allowance of fees for professional services rendered and for reimbursement of expenses incurred as Chapter 11 counsel for EPIC Companies Midwest, LLC, EPIC Companies Midwest 2023, LLC, EPIC Employee, LLC, EOLA Capital, LLC, and EC West Fargo, LLC (collectively, the "Debtors") between July 1, 2025 and August 20, 2025 pursuant to 11 U.S.C. § 330.

2.       In support of this application, Fredrikson respectfully states as follows:

**JURISDICTION**

3.       This Court has jurisdiction over this application pursuant to 28 U.S.C. §§ 157 and 1334 and Fed. R. Bankr. P. 5005. This a core proceeding pursuant to 28 U.S.C. § 157(b). Venue

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Debtors' address is 400 10th Street SE, Minot, ND 58701 and their Employer Identification Numbers (EINs) are as follows: 83-2840705 (EPIC Companies Midwest, LLC), 88-3709518 (EPIC Companies Midwest 2023, LLC), 88-4112082 (EPIC Employee, LLC), 88-0554720 (EOLA Capital, LLC) and 82-5331354 (EC West Fargo, LLC).

is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The petitions commencing

these Chapter 11 cases were filed on July 8, 2024 (the "Petition Date").

4.  On June 6, 2025, the Debtors filed a joint Amended Chapter 11 Plan of Liquidation.

(ECF No. 366, the "Plan"). On August 6, 2025, the Court entered an order confirming the Plan

and substantively consolidating the Debtors' assets, liabilities, and operations. (ECF No. 431.)

Further, pursuant to the Plan, all assets of the Debtors were transferred to a Liquidating Trust (the

"Liquidating Trust") as of August 21, 2025 (the "Effective Date") and Lighthouse Management

Group, Inc. was appointed as the Liquidating Trustee. (ECF No. 454.)

5.  Pursuant to Article X(d) of the Plan and the order confirming the Plan, the Court

retained jurisdiction to "grant or deny any applications for allowance of compensation or

reimbursement of expenses authorized pursuant to the Bankruptcy Code or th[e] Plan for periods

ending on or before the Effective Date." (ECF Nos. 366, 431.)

6.  Article 3.1.2 of the Plan requires that "[a]ll holders of professional fees and

expenses claims . . . file and serve an application for final allowance of compensation and

reimbursement of expenses accruing from the Filing Date to the Effective Date, no later than 30

days after the Effective Date." (ECF No. 366.)

7.  This application arises under 11 U.S.C. §§ 503(b)(2), 328(a), 330, and 331. This

application is filed under Fed. R. Bankr. P. 2016 and 2002(a)(6). Notice of this application is

provided pursuant to the Notice and Service Requirements adopted pursuant to Local Rule 2002-1

and the Court's order limiting notice pursuant to Fed. R. Bankr. P. 2002(i). (ECF No. 124.)

**BACKGROUND**

8.  On the Petition Date, the Debtors filed an application to employ Fredrikson as

Chapter 11 counsel for the Debtors effective July 8, 2024. (ECF No. 13.) The Court approved the

application to employ Fredrikson on July 25, 2024. (ECF No. 49.) A copy of that order is attached as **Exhibit A**.

9.      On the Petition Date, the Debtors also filed a motion for an order establishing interim compensation procedures. (ECF No. 11.) The Court entered an order on August 14, 2024 granting the motion and allowing Fredrikson to file monthly applications for compensation. (ECF No. 72.) A copy of that order is attached as **Exhibit B**.

10.     This is Fredrikson's twelfth and final application for allowance of fees and expenses under 11 U.S.C. § 331. Fredrikson received court approval for the following prior fee applications:

| **Fee Application Amount** | **Date of Order Approving Fee Application** | **Docket No.** |
|---|---|---|
| $80,535.96 | 10/21/2024 | 148 |
| $20,172.00 | 11/14/2024 | 164 |
| $37,675.00 | 12/13/2024 | 182 |
| $42,291.00 | 1/15/2024 | 206 |
| $36,048.00 | 2/12/2025 | 221 |
| $45,102.50 | 3/14/2025 | 254 |
| $63,066.00 | 4/8/2025 | 267 |
| $70,698.00 | 5/1/2025 | 280 |
| $69,159.07 | 6/16/2025 | 373 |
| $96,879.17 | 7/16/2025 | 401 |
| $200,374.50 | 8/19/2025 | 445 |
| **$762,001.20** | | |

11.     Prepetition, the Debtors had paid Fredrikson $58,850 for fees and expenses incurred by Fredrikson prior to the Petition Date. Before filing, Fredrikson applied the retainer to prepetition fees and expenses, and currently holds the remaining $1,153.50 in trust (the "Chapter 11 Retainer"). Through this application, Fredrikson seeks the Court's permission to apply the Chapter 11 Retainer to final allowed fees and expenses.

12.     Fredrikson believes that the Debtors are current in payment of ordinary operating expenses and any allowed administrative expenses, that any quarterly fees have been or will be paid as required to the United States Trustee, and that all monthly operating reports are being timely filed, including pursuant to any extensions granted by the United States Trustee.

## **RELIEF REQUESTED**

13.     **Postpetition Fees.** By this application, Fredrikson requests allowance of fees for professional services rendered during these Chapter 11 cases between July 1, 2025 and August 20, 2025 in the amount of **$98,346.50**, and reimbursement of expenses in the amount of **$3,307.87**, for a total of **$101,654.37**.

14.     The professional services rendered by Fredrikson are detailed on the attached **Exhibit C**. Those services include the tasks specifically described below:

### **(5001) Asset Analysis and Recovery: $32,242.00**

Services include extensively communicating with the Chief Restructuring Officer ("CRO") regarding asset analyses, ongoing adversary proceedings, and settlements; analyzing garnishment issues; reviewing motion to consolidate adversary proceedings; drafting objection to motion to consolidate adversary proceedings; communicating with borrowers; preparing for and attending summary judgment hearings; finalizing settlement agreements; and preparing involuntary bankruptcy filing for certain borrower.

| **Name** | **Hours** | **Year** | **Hourly Rate** | **Fees** |
|---|---|---|---|---|
| Steven R. Kinsella | 34.9 | 2025 | $635 | $22,161.50 |
| Katherine A. Nixon | 20.3 | 2025 | $485 | $9,845.50 |
| Shataia Stallings | 1.0 | 2025 | $235 | $235.00 |
| **TOTAL** | **56.2** | | | **$32,242.00** |

| Blended Hourly Rate: | $573.70 |
|---|---|

### **(5010) Employment and Fee Applications: $2,164.50**

Services include drafting and revising Fredrikson's eleventh fee application; drafting and finalizing CRO's monthly and quarterly staffing reports; and preparing to draft Creative Planning, LLC's final fee application.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Steven R. Kinsella | 0.1 | 2025 | $635 | $63.50 |
| Katherine A. Nixon | 2.2 | 2025 | $485 | $1,067.00 |
| Shataia Stallings | 4.4 | 2025 | $235 | $1,034.00 |
| **TOTAL** | **6.7** | | | **$2,164.50** |

| Blended Hourly Rate: | $323.06 |
|---|---|

### (5013) Meetings and Communications with Creditors: $4,724.50

Services include reviewing email from creditor regarding assignment of promissory note; communicating with the Official Committee of Unsecured Creditors regarding ballots, status of adversary proceedings, and postconfirmation tasks; communicating with creditors regarding ballots and address changes; and requesting address changes.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Steven R. Kinsella | 4.7 | 2025 | $635 | $2,984.50 |
| Katherine A. Nixon | 3.2 | 2025 | $485 | $1,552.00 |
| Shataia Stallings | 0.8 | 2025 | $235 | $188.00 |
| **TOTAL** | **8.7** | | | **$4,724.50** |

| Blended Hourly Rate: | $543.05 |
|---|---|

### (5015) Plan and Disclosure Statement: $8,186.00

Services include reviewing and analyzing ballots; communicating with creditors regarding disclosure statement and ballot issues; drafting and analyzing ballot report; drafting memorandum in support of plan confirmation; reviewing confirmation order; confirming plan deadlines; and analyzing requirements for effective date.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Steven R. Kinsella | 6.3 | 2025 | $635 | $4,000.50 |
| Katherine A. Nixon | 3.3 | 2025 | $485 | $1,600.50 |
| Shataia Stallings | 11.0 | 2025 | $235 | $2,585.00 |
| **TOTAL** | **20.6** | | | **$8,186.00** |

| Blended Hourly Rate: | $397.38 |
|---|---|

**(5018) Reporting: $780.50**

Services include finalizing monthly operating reports for all Debtors; submitting bank statements to United States Trustee; and analyzing postconfirmation reporting requirements.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Steven R. Kinsella | 0.1 | 2025 | $635 | $63.50 |
| Katherine A. Nixon | 0.8 | 2025 | $485 | $388.00 |
| Shataia Stallings | 1.4 | 2025 | $235 | $329.00 |
| **TOTAL** | **2.3** | | | **$780.50** |

| Blended Hourly Rate: | $339.35 |
|---|---|

**(0003) Adversary Proceeding Against Preference 42, LLC: $3,865.50**

Services include reviewing, revising, and finalizing summary judgment motion; finalizing supplemental document production; drafting supplemental jury trial brief; reviewing and analyzing produced documents; and drafting reply in support of summary judgment.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Steven R. Kinsella | 5.0 | 2025 | $635 | $3,175.00 |
| Katherine A. Nixon | 0.6 | 2025 | $485 | $291.00 |
| Shataia Stallings | 1.7 | 2025 | $235 | $399.50 |
| **TOTAL** | **7.3** | | | **$3,865.50** |

| Blended Hourly Rate: | $529.52 |
|---|---|

**(0004) Adversary Proceeding Against Boulevard Square II, LLC et al.: $9,427.00**

Services include reviewing, revising, and finalizing summary judgment motion; finalizing supplemental document production; drafting supplemental jury trial brief; reviewing and analyzing produced documents; drafting reply in support of summary judgment; communicating regarding garnishment issues; and drafting satisfaction of judgment.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Steven R. Kinsella | 12.6 | 2025 | $635 | $8,001.00 |
| Katherine A. Nixon | 1.6 | 2025 | $485 | $776.00 |
| Shataia Stallings | 2.0 | 2025 | $235 | $470.00 |
| **TOTAL** | **16.2** | | | **$9,247.00** |

| Blended Hourly Rate: | $570.80 |
|---|---|

### (0005) Adversary Proceeding Against Pioneer Place, LLC: $1,727.50

Services include drafting and finalizing additional garnishment documents; drafting motion to withdraw motion to appoint receiver; drafting post-judgment discovery requests; and communicating with defense counsel.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Steven R. Kinsella | 0.2 | 2025 | $635 | $127.00 |
| Katherine A. Nixon | 3.3 | 2025 | $485 | $1,600.50 |
| TOTAL | 3.5 | | | $1,727.50 |

| Blended Hourly Rate: | $493.57 |
|---|---|

### (0006) Adversary Proceeding against SAD Downtown, LLC d/b/a The Firm: $14,553.50

Services include reviewing, revising, and finalizing summary judgment motion; finalizing supplemental document production; drafting supplemental jury trial brief; drafting and revising objection to consolidation motion; reviewing and analyzing produced documents; and drafting reply in support of summary judgment.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Steven R. Kinsella | 13.4 | 2025 | $635 | $8,509.00 |
| Katherine A. Nixon | 11.3 | 2025 | $485 | $5,480.50 |
| Shataia Stallings | 2.4 | 2025 | $235 | $564.00 |
| TOTAL | 27.1 | | | $14,553.50 |

| Blended Hourly Rate: | $537.03 |
|---|---|

### (0007) Adversary Proceeding Against Greenfield Commons, LLC et al.: $799.00

Services include communicating with the CRO regarding status of garnishments, settlement negotiations, and collection issues and drafting and finalizing post-judgment discovery requests.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Steven R. Kinsella | 0.8 | 2025 | $635 | $508.00 |
| Katherine A. Nixon | 0.6 | 2025 | $485 | $291.00 |
| TOTAL | 1.4 | | | $799.00 |

| Blended Hourly Rate: | $570.71 |
|---|---|

### (0008) Adversary Proceeding Against EPIC Holdings II, LLC: $2,440.00

Services include drafting and revising stipulation for entry of judgment; communicating with defense counsel and CRO regarding the same; and domesticating judgments in North Dakota state court.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Steven R. Kinsella | 0.1 | 2025 | $635 | $63.50 |
| Katherine A. Nixon | 4.9 | 2025 | $485 | $2,376.50 |
| **TOTAL** | **5.0** | | | **$2,440.00** |

| Blended Hourly Rate: | $488.00 |
|---|---|

### (0010) Adversary Proceeding Against LTC – The Don, LLC: $145.50

Services include drafting and finalizing stipulation of dismissal with prejudice.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Katherine A. Nixon | 0.3 | 2025 | $485 | $145.50 |
| **TOTAL** | **0.3** | | | **$145.50** |

| Blended Hourly Rate: | $485.00 |
|---|---|

### (0011) Adversary Proceeding Against 36th and Veterans, LLC: $1,306.00

Services include communicating with defense counsel regarding settlement agreement; revising settlement agreement; drafting and revising motion to approve settlement; and confirming receipt of interest payments.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Steven R. Kinsella | 0.3 | 2025 | $635 | $190.50 |
| Katherine Nixon | 2.3 | 2025 | $485 | $1,115.50 |
| **TOTAL** | **2.6** | | | **$1,306.00** |

| Blended Hourly Rate: | $502.31 |
|---|---|

**(0012) Adversary Proceeding Against LTC – The Lincoln, LLC: $2,347.50**

Services include coordinating mediation scheduling; drafting expert disclosures; communicating with defense counsel regarding extension of discovery deadline; coordinating execution of mediation agreement; and analyzing settlement proposals.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Steven R. Kinsella | 1.1 | 2025 | $635 | $698.50 |
| Katherine A. Nixon | 3.4 | 2025 | $485 | $1,649.00 |
| TOTAL | 4.5 | | | $2,347.50 |

| Blended Hourly Rate: | $521.67 |
|---|---|

**(0016) Adversary Proceeding Against HI West Acres, LLC, f/k/a EPIC Hospitality, LLC: $5,407.00**

Services include reviewing, revising, and finalizing summary judgment motion; finalizing supplemental document production; drafting supplemental jury trial brief; reviewing and analyzing produced documents; drafting reply in support of summary judgment; and communicating with CRO regarding insurance issue.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Steven R. Kinsella | 6.9 | 2025 | $635 | $4,381.50 |
| Katherine A. Nixon | 1.0 | 2025 | $485 | $485.00 |
| Shataia Stallings | 2.3 | 2025 | $235 | $540.50 |
| TOTAL | 10.2 | | | $5,407.00 |

| Blended Hourly Rate: | $530.10 |
|---|---|

**(0018) Adversary Proceeding Against EPIC Holdings, LLC: $1,389.00**

Services include drafting and revising stipulation for entry of judgment; communicating with defense counsel and CRO regarding the same; analyzing statute of limitations issue; and domesticating judgments in North Dakota state court.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Steven R. Kinsella | 1.5 | 2025 | $635 | $952.50 |
| Katherine A. Nixon | 0.9 | 2025 | $485 | $436.50 |
| TOTAL | 2.4 | | | $1,389.00 |

| Blended Hourly Rate: | $578.75 |
|---|---|

9

**(0019) Adversary Proceeding Against Fargo South Hospitality, LLC: $936.50**

Services include reviewing proposed revisions to settlement agreement; finalizing and coordinating execution of settlement agreement; drafting motion to approve settlement; and finalizing stipulation for dismissal without prejudice.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Steven R. Kinsella | 0.1 | 2025 | $635 | $63.50 |
| Katherine A. Nixon | 1.8 | 2025 | $485 | $873.00 |
| TOTAL | 1.9 | | | $936.50 |

| Blended Hourly Rate: | $492.89 |
|---|---|

**(0020) Adversary Proceeding Against BA Downtown, LLC: $194.00**

Services include drafting post-judgment discovery requests.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Katherine A. Nixon | 0.4 | 2025 | $485 | $194.00 |
| TOTAL | 0.4 | | | $194.00 |

| Blended Hourly Rate: | $485.00 |
|---|---|

**(0022) Adversary Proceeding Against EPIC Place, LLC: $1,832.50**

Services include communicating with defense counsel; revising settlement agreement; coordinating execution of settlement agreement; and drafting motion to approve settlement.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Steven R. Kinsella | 0.9 | 2025 | $635 | $571.50 |
| Katherine A. Nixon | 2.6 | 2025 | $485 | $1,261.00 |
| TOTAL | 3.5 | | | $1,832.50 |

| Blended Hourly Rate: | $523.57 |
|---|---|

**(0023) Adversary Proceeding Against The Tracks – Maverick, LLC: $1,575.00**

Services include communicating with defense counsel; drafting and finalizing supplemental jury trial brief; analyzing settlement proposals; communicating with mediator regarding settlement terms; reviewing correspondence from bank; and drafting and reviewing settlement agreement.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Steven R. Kinsella | 0.8 | 2025 | $635 | $508.00 |
| Katherine A. Nixon | 2.2 | 2025 | $485 | $1,067.00 |
| TOTAL | 3.0 | | | $1,575.00 |

| Blended Hourly Rate: | $525.00 |
|---|---|

**(0025) Adversary Proceeding Against EOLA Landholdings, LLC: $194.00**

Services include drafting post-judgment discovery requests.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Katherine A. Nixon | 0.4 | 2025 | $485 | $194.00 |
| TOTAL | 0.4 | | | $194.00 |

| Blended Hourly Rate: | $485.00 |
|---|---|

**(0026) Adversary Proceeding Against Dutch Mill Development LLC: $1,162.50**

Services include domesticating judgment in North Dakota state court; drafting, revising, and finalizing garnishment documents; and coordinating service of garnishment documents.

| Name | Hours | Year | Hourly Rate | Fees |
|------|-------|------|-------------|------|
| Katherine A. Nixon | 2.3 | 2025 | $485 | $1,115.50 |
| Shataia Stallings | 0.2 | 2025 | $235 | $47.00 |
| TOTAL | 2.5 | | | $1,162.50 |

| Blended Hourly Rate: | $465.00 |
|---|---|

### (0028) Adversary Proceeding Against West Fargo Dive Bar, LLC: $1,015.00

Services include communicating with defense counsel and CRO regarding settlement proposals and drafting, reviewing, and revising settlement agreement.

| Name | Hours | Year | | Hourly Rate | Fees |
|---|---|---|---|---|---|
| Steven R. Kinsella | 0.3 | 2025 | | $635 | $190.50 |
| Katherine A. Nixon | 1.7 | 2025 | | $485 | $824.50 |
| TOTAL | 2.0 | | | | $1,015.00 |

| Blended Hourly Rate: | $507.50 |
|---|---|

### (0029) Adversary Proceeding Against Makt, LLC: $112.00

Services include coordinating notice of appearance in North Dakota state court receivership action.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Steven R. Kinsella | 0.1 | 2025 | $635 | $63.50 |
| Katherine A. Nixon | 0.1 | 2025 | $485 | $48.50 |
| TOTAL | 0.2 | | | $112.00 |

| Blended Hourly Rate: | $560.00 |
|---|---|

### TOTAL POSTPETITION FEES: $98,346.50

15. **Reimbursement of Expenses.** In the course of this representation, Fredrikson has also incurred expenses detailed as part of Matter Nos. 5000 and 0005 on **Exhibit C**, and requests allowance thereof as follows:

| Expenses[2] | Amount |
|---|---|
| Mediator Fees | $2,925.00 |
| Writ of Execution Fees | $30.00 |
| Garnishment Check Fees | $65.00 |
| Process Server Fees | $250.00 |
| Certified Copy Fees | $26.00 |
| Postage Charges | $11.87 |
| TOTAL | $3,307.87 |

---

[2] Fredrikson is not seeking the $84.00 in Westlaw charges shown on Invoice No. 1947053.

**TOTAL EXPENSES: $3,307.87**

16.     All services for which fees are requested by Fredrikson were performed for and on behalf of the Debtors, and not on behalf of any committee, creditor, or other person.

17.     The amount requested constitutes reasonable compensation for actual, necessary services rendered by Fredrikson, based on the nature, the extent, and the value of such services, the time spent on such services, and the cost of comparable services other than in a case under Title 11.  Fredrikson has not entered into any agreement, express or implied, with any other party-in-interest, including the Debtors, any creditor, receiver, trustee, or any representative of any of them, or with any attorney for such party-in-interest in the proceedings, for the purpose of fixing fees or other compensation to be paid to such party-in-interest in the proceedings for services rendered or expenses incurred from the assets of the estate in excess of the compensation allowed by law.

        **WHEREFORE,** Fredrikson respectfully requests that the Court enter an order:

A.     Allowing Fredrikson's fees incurred between July 1, 2025 and August 20, 2025 in the amount of **$98,346.50,** and expenses in the amount of **$3,307.87,** for a total of **$101,654.37**;

B.     Authorizing Fredrikson to apply the Chapter 11 Retainer to such allowed postpetition fees and expenses;

C.     Authorizing the Liquidating Trust to pay Fredrikson the balance of such allowed postpetition fees and expenses;

D.     Allowing, on a final basis, all of Fredrikson's fees and expenses in these Chapter 11 cases through August 20, 2025, and granting administrative expense priority to such allowed fees and expenses; and

E.     Granting such other and further relief as may be just and proper.

13

Dated:  September 16, 2025

/e/ *Steven R. Kinsella*

Michael S. Raum (#05676)
**FREDRIKSON & BYRON, P.A.**
51 Broadway, Suite 400
Fargo, ND  58102-4991
701.237.8200
mraum@fredlaw.com

Steven R. Kinsella (#09514)
Katherine A. Nixon (*pro hac vice* MN #0402772)
**FREDRIKSON & BYRON, P.A.**
60 South 6th Street, Suite 1500
Minneapolis, MN  55402-4400
612.492.7000
skinsella@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR THE LIQUIDATING TRUST**

## <u>AFFIDAVIT</u>

I, Steven R. Kinsella, an attorney at the law firm of Fredrikson & Byron, P.A., declare under penalty of perjury that the foregoing *Twelfth and Final Application of Fredrikson & Byron, P.A. for Allowance of Fees and Expenses as Chapter 11 Counsel for the Debtors from July 1, 2025 Through August 20, 2025* is true and correct according to the best of my knowledge, information, and belief.

Dated: September 16, 2025                    */e/ Steven R. Kinsella*
                                            Steven R. Kinsella

## **EXHIBIT A**

## CourtAlert® Case Management

**From:**          ecf@ndb.uscourts.gov
**Sent:**          7/25/2024 12:56:27 PM
**To:**            nate_olson@ndb.uscourts.gov
**Subject:**       Ch-11 24-30281 EPIC Companies Midwest, LLC Order on Application to
                   Employ

CAUTION: EXTERNAL E-MAIL

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

### U.S. Bankruptcy Court

### District of North Dakota

Notice of Electronic Filing

The following transaction was received from vck, Court entered on 7/25/2024 at 12:56 PM CDT and filed on 7/25/2024

**Case Name:**          EPIC Companies Midwest, LLC
**Case Number:**        24-30281
**Document Number:** 49

**Docket Text:**
Order Approving Application to Employ Steven R. Kinsella and Fredrikson & Byron, P.A. as counsel for Debtor EPIC Companies Midwest, LLC effective July 8, 2024 (Related Doc. [13]). The application to employ is APPROVED subject to the limitations on compensation provided by 11 U.S.C. § 328. This order is not a determination that the services or rates charged are necessary and reasonable. The person or entity employed under this order shall file a fee application in accordance with the Bankruptcy Code and Federal Rules of Bankruptcy Procedures. See Fed. R. Bank. P. 2016, 2017 and 11 U.S.C. 329, 330. Applicant must also comply with Local Rules. As required by applicable federal rule or statute, the Movant shall serve this docket text only order on all appropriate parties that will not receive notice of electronic filing. By Judge Shon Hastings (Text order only). Signed on 7/25/2024 (vck)

The following document(s) are associated with this transaction:

**24-30281 Notice will be electronically mailed to:**

Douglas Christensen on behalf of Creditor Beth Holmes
dougc@grandforkslaw.com,
sarah@grandforkslaw.com;jen@grandforkslaw.com;julie@grandforkslaw.com

Michael Gust on behalf of Interested Party Bank Forward
mlgfilings@andersonbottrell.com, jernst@abstlaw.net

Joseph D Hackman on behalf of Interested Party Bank Forward
jhackman@abstlaw.net

Peter B. Hankla on behalf of Interested Party Randy and Dorothy Henke
phankla@mcgeelaw.com

Steven R Kinsella on behalf of Debtor EC West Fargo, LLC
skinsella@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Steven R Kinsella on behalf of Debtor EOLA Capital, LLC
skinsella@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Steven R Kinsella on behalf of Debtor EPIC Companies Midwest 2023, LLC
skinsella@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Steven R Kinsella on behalf of Debtor EPIC Companies Midwest, LLC
skinsella@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Steven R Kinsella on behalf of Debtor EPIC Employee, LLC
skinsella@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

John M Krings, Jr. on behalf of Creditor Cornerstone Bank
john@kaler-doeling.com, janae@kaler-doeling.com

Katherine A. Nixon on behalf of Debtor EPIC Companies Midwest, LLC
knixon@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Richard P. Olson on behalf of Creditor Essential Living Inc
rpolsonecf@minotlaw.com, rpolson@minotlaw.com

Richard P. Olson on behalf of Creditor Bruce & Diane Walker
rpolsonecf@minotlaw.com, rpolson@minotlaw.com

Robert B. Raschke
USTPRegion12.SX.ECF@usdoj.gov

Michael S Raum on behalf of Debtor EPIC Companies Midwest, LLC
mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Katrina A. Turman Lang on behalf of Creditor Dietz Properties, LLC
klang@woldlaw.com, melanie@turmanlaw.com

Katrina A. Turman Lang on behalf of Creditor Candice Dietz
klang@woldlaw.com, melanie@turmanlaw.com

Katrina A. Turman Lang on behalf of Creditor Larry Dietz
klang@woldlaw.com, melanie@turmanlaw.com

Sarah J. Wencil on behalf of U.S. Trustee Robert B. Raschke
sarah.j.wencil@usdoj.gov

Benjamin Williams on behalf of Creditor Cullen Insulation, Inc.
ben@kennellybusinesslaw.com, beth@kennellybusinesslaw.com

Benjamin Williams on behalf of Creditor Daniel Frisch
ben@kennellybusinesslaw.com, beth@kennellybusinesslaw.com

**24-30281 Notice will not be electronically mailed to:**

**EXHIBIT B**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In re:                                          **Jointly Administered**

EPIC Companies Midwest, LLC,                    Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,               Bankruptcy No. 24-30282
EPIC Employee, LLC,                             Bankruptcy No. 24-30283
EOLA Capital, LLC, and                          Bankruptcy No. 24-30284
EC West Fargo, LLC,                             Bankruptcy No. 24-30285

         Debtors.                               Chapter 11

## ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR RETAINED PROFESSIONALS

Debtors filed a Motion for an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief.  Doc. 11. Pursuant to the notice of the Motion [Doc. 16], objections to the Motion were due by July 30, 2024.

Debtors served notice of the Motion. The Court received no objections to the Motion.  The Court held a hearing on the Motion on August 14, 2024.  Based upon the Motion and the Declaration of Patrick Finn [Doc. 6] and for the reasons stated on the record at the August 14, 2024, hearing, the Court finds that the circumstances of these cases warrant granting the relief provided below.

**IT IS ORDERED** that, except as otherwise provided in any order of the Court, professionals employed in this bankruptcy case, including Fredrikson & Byron, P.A., shall be permitted to seek interim payment of compensation and reimbursement of expenses by filing monthly applications for interim compensation and reimbursement of expenses.

**IT IS FURTHER ORDERED** that Debtors are authorized to pay all reasonable amounts invoiced by Lighthouse Management Group, Inc. ("Lighthouse") for fees and expenses on a bi-weekly basis.

**IT IS FURTHER ORDERED** that Lighthouse will file with the Court and serve on Debtors, the United States Trustee, and any statutory committee appointed in this case (the "Notice Parties") a monthly staffing report, filed and served by the 20th of each month for the previous month, identifying the Lighthouse employees who worked on this case, the total hours billed by Lighthouse, and a summary of the tasks performed. Lighthouse will also file with the Court and serve on the Notice Parties a quarterly compensation report by the 20th of each month following the end of a quarter, showing the total fees and expenses for the preceding quarter. These reports will be deemed applications for interim compensation under sections 328 and 330. Parties in interest may object to the reports within 21 days after notice. The Court will rule on the applications after the deadline to object passes or after a hearing on the application.

**IT IS FURTHER ORDERED** that Debtors will allocate the fees and expenses approved among Debtors pro rata if the professionals charge for tasks that generally apply to all cases and to the appropriate Debtor if the tasks relate solely to a specific Debtor.

Dated: August 14, 2024.

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT

**<u>EXHIBIT C</u>**



| | |
|---|---|
| **Invoice:** | **1947053** |
| **Invoice Date:** | **August 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5000** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through July 31, 2025

**Regarding: Case Administration**

Total For Current Costs and Other Charges:                                          $ 3,069.00

**Total For Current Invoice:**                                                      **$ 3,069.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**          **ACH & Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484

Please send remittance information to paynotification@fredlaw.com

Tax ID:

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** 1947053
**Invoice Date:** August 5, 2025
**Page:**

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 07/02/25 | 1940537 | 2,434.33 | | 2,434.33 |

**Total Prior Balance:**                                          **$ 2,434.33**

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 5, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



| | |
|---|---|
| **Invoice:** | **1947053** |
| **Invoice Date:** | **August 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5000** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Costs and Other Charges

|  |  |  | <u>Amount</u> |
|---|---|---|---:|
| 07/07/25 | Prof Serv Karen Klein Mediation, LLC (3523 45th Street South Fargo ND 58104) - 2534 - Mediation Services | | 2,925.00 |
| 07/28/25 | US Bancorp (PO Box 6343 Fargo ND 58125) - Fargo Barr 071525 - North Dakota E-Filing | | 20.00 |
| 07/29/25 | Prof Serv First Western Bank and Trust (PO Box 1090 Minot ND 58702-1090) - 7.29.25 - garnishment fee check | | 40.00 |
| | Research via Westlaw | | 84.00 |
| | **Current Costs and Other Charges:** | | **$ 3,069.00** |

### Invoice Totals

| | | |
|---|---|---:|
| Total For Current Costs and Other Charges: | | $ 3,069.00 |
| **Total For Current Invoice:** | | **$ 3,069.00** |



**Invoice:** 1947054
**Invoice Date:** August 5, 2025
**Client Number:** 097807
**Matter Number:** 097807.5001

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through July 31, 2025

**Regarding: Asset Analysis and Recovery**

Total for Current Legal Fees:                                    $ 14,013.00

**Total For Current Invoice:**                                **$ 14,013.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**          **ACH & Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

Tax ID: ████████

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

**Invoice:** 1947054
**Invoice Date:** August 5, 2025
**Page:**

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 07/02/25 | 1940538 | 95,625.50 | | 95,625.50 |
| | **Total Prior Balance:** | | | **$ 95,625.50** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 5, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



**Fredrikson**

| | |
|---|---|
| **Invoice:** | **1947054** |
| **Invoice Date:** | **August 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5001** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07/01/25 | S. Kinsella | Meeting with CRO regarding adversary proceedings and settlements. | 0.70 | 444.50 |
| 07/01/25 | K. Nixon | Review status of all pending garnishments and analyze next steps. | 1.10 | 533.50 |
| 07/02/25 | S. Kinsella | Phone call with CRO regarding discovery and strategy for adversary proceedings (1.1); follow up emails regarding the same (.4). | 1.50 | 952.50 |
| 07/07/25 | S. Kinsella | Meeting with CRO regarding status of settlements and adversary proceedings. | 1.10 | 698.50 |
| 07/07/25 | K. Nixon | Meeting with CRO regarding asset analysis (0.9); email defense counsel re: meeting to discuss pending matters (0.1). | 1.00 | 485.00 |
| 07/09/25 | S. Kinsella | Communications with counsel regarding settlement of multiple adversary proceedings. | 0.30 | 190.50 |
| 07/09/25 | K. Nixon | Email CRO re: supplemental jury trial briefs (0.1); phone call with conflicts counsel (0.1); phone calls and email to defense counsel re: discovery and related matters (0.2). | 0.40 | 194.00 |
| 07/10/25 | S. Kinsella | Review motion to consolidate adversary proceedings. | 0.30 | 190.50 |
| 07/10/25 | K. Nixon | Attention to email from defense counsel re: substantive consolidation of adversary proceedings. | 0.10 | 48.50 |
| 07/11/25 | S. Kinsella | Review motion to consolidate adversary proceedings and prepare strategy (.5); phone call with CRO regarding outstanding settlement negotiations (.5). | 1.00 | 635.00 |
| 07/14/25 | S. Kinsella | Analyze issues regarding adversary consolidation issue and negotiations with other parties. | 0.20 | 127.00 |



| | | | | |
|---|---|---|---|---|
| | | Invoice: | **1947054** | |
| | | Invoice Date: | **August 5, 2025** | |
| | | Page: | **2** | |

| 07/14/25 | K. Nixon | Meeting with CRO regarding asset analysis (1.0); emails to defense counsel re: substantive consolidation motion (0.2). | 1.20 | 582.00 |
|---|---|---|---|---|
| 07/15/25 | S. Kinsella | Communications with opposing counsel regarding consolidation motion and garnishment issues. | 0.10 | 63.50 |
| 07/15/25 | K. Nixon | Respond to email from court staff re: scheduling of summary judgment motions (0.1); email to CRO summarizing phone call with defense counsel re: outstanding matters (0.2); emails with other counsel re: rescheduling of consolidation motions (0.2). | 0.50 | 242.50 |
| 07/16/25 | S. Kinsella | Coordinate settlements with multiple project borrowers. | 0.30 | 190.50 |
| 07/16/25 | K. Nixon | Phone call with CRO re: status of misc. adversary proceedings and next steps. | 0.60 | 291.00 |
| 07/21/25 | S. Kinsella | Meeting with CRO regarding settlements and outstanding issues with adversary proceedings. | 1.40 | 889.00 |
| 07/21/25 | K. Nixon | Meeting with CRO regarding asset analysis. | 1.20 | 582.00 |
| 07/22/25 | S. Kinsella | Revise objection to substantive consolidation of adversary proceedings motion. | 0.60 | 381.00 |
| 07/22/25 | K. Nixon | Meeting with Disco re: document management and follow-up emails re: the same. | 0.70 | 339.50 |
| 07/23/25 | S. Kinsella | Revise objection to substantive consolidation of adversaries motion. | 1.60 | 1,016.00 |
| 07/23/25 | K. Nixon | Coordinate review of supplemental discovery from defendants. | 0.20 | 97.00 |
| 07/24/25 | S. Kinsella | Research common issues raised in summary judgment objection (1.6); phone call with client regarding the same (1.1). | 2.70 | 1,714.50 |
| 07/24/25 | K. Nixon | Draft and finalize additional objections to consolidation motion joining in SAD objection. | 0.60 | 291.00 |
| 07/25/25 | S. Kinsella | Phone call with client regarding pending adversary proceedings. | 0.50 | 317.50 |
| 07/28/25 | S. Kinsella | Finalize multiple settlement agreements. | 0.60 | 381.00 |
| 07/28/25 | K. Nixon | Meeting and phone calls with CRO regarding asset analysis. | 1.80 | 873.00 |
| 07/29/25 | K. Nixon | Phone call with CRO re: status of certain adversary proceedings (0.2); research and confirm certain statutes of limitation (0.6). | 0.80 | 388.00 |
| 07/30/25 | S. Kinsella | Multiple phone calls and emails with counsel for opposing borrower creditor (.4); phone call with CRO regarding the same (.4). | 0.80 | 508.00 |



| | Invoice: | 1947054 |
|---|---|---|
| | Invoice Date: | August 5, 2025 |
| | Page: | 3 |

| 07/30/25 | K. Nixon | Confirm deadline for borrower to respond to default judgment motion and coordinate vautling of Disco discovery database. | 0.30 | 145.50 |
|---|---|---|---|---|
| 07/31/25 | S. Kinsella | Analyze Vanne Moorhead issue. | 0.20 | 127.00 |
| 07/31/25 | S. Stallings | Attention to preparing involuntary bankruptcy for certain sub-debtor. | 0.40 | 94.00 |
| | **Current Legal Fees:** | | **24.80** | **$ 14,013.00** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Shataia  Stallings | 235.00 | 0.40 | 94.00 |
| Katherine  Nixon | 485.00 | 10.50 | 5,092.50 |
| Steven R.  Kinsella | 635.00 | 13.90 | 8,826.50 |
| **Total** | | **24.80** | **$ 14,013.00** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 14,013.00 |
| **Total For Current Invoice:** | **$ 14,013.00** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



| | |
|---|---|
| **Invoice:** | 1947055 |
| **Invoice Date:** | August 5, 2025 |
| **Client Number:** | 097807 |
| **Matter Number:** | 097807.5010 |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through July 31, 2025

**Regarding: Employment and Fee Applications**

Total for Current Legal Fees: $ 1,664.50

**Total For Current Invoice:** **$ 1,664.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

Tax ID: ▮▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



| | | | |
|---|---|---|---|
| **Invoice:** | **1947055** |
| **Invoice Date:** | **August 5, 2025** |
| **Page:** | |

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 07/02/25 | 1940542 | 934.50 | | 934.50 |
| | **Total Prior Balance:** | | | **$ 934.50** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 5, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



| | |
|---|---|
| **Invoice:** | **1947055** |
| **Invoice Date:** | **August 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5010** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07/11/25 | S. Stallings | Review invoice and draft Fredrikson & Byron's 11th fee application. | 0.90 | 211.50 |
| 07/15/25 | K. Nixon | Email CRO re: Court order approving fees. | 0.10 | 48.50 |
| 07/16/25 | K. Nixon | Draft Lighthouse June 2025 staffing report and Q2 2025 report. | 0.20 | 97.00 |
| 07/16/25 | S. Stallings | Analyzing June invoices for Fredrikson (.2); attention to drafting and revising Fredrikson's 11th fee application (2.7). | 2.90 | 681.50 |
| 07/21/25 | K. Nixon | Finalize CRO's June 2025 monthly staffing report and Q2 2025 quarterly report. | 0.10 | 48.50 |
| 07/24/25 | K. Nixon | Review and revise Fredrikson's eleventh fee application. | 0.90 | 436.50 |
| 07/24/25 | S. Stallings | Review Fredrikson invoices (.2); finalize and e-file Fredrikson 11th fee application (.4). | 0.60 | 141.00 |
| | **Current Legal Fees:** | | **5.70** | **$ 1,664.50** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Shataia  Stallings | 235.00 | 4.40 | 1,034.00 |
| Katherine  Nixon | 485.00 | 1.30 | 630.50 |
| **Total** | | **5.70** | **$ 1,664.50** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 1,664.50 |

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1947055** |
| **Invoice Date:** | **August 5, 2025** |
| **Page:** | **2** |

**Total For Current Invoice:**                                        **$ 1,664.50**

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



| | |
|---|---|
| **Invoice:** | **1947056** |
| **Invoice Date:** | **August 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5013** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through July 31, 2025

**Regarding: Meetings and Communications  with Creditors**

Total for Current Legal Fees: $ 2,936.00

**Total For Current Invoice:** **$ 2,936.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**          **ACH & Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

Tax ID: ▮▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

**Invoice:** 1947056
**Invoice Date:** August 5, 2025
**Page:**

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|---------------|--------|----------|-------------|
| 07/02/25 | 1940543 | 463.00 | | 463.00 |

**Total Prior Balance:**   **$ 463.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 5, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



| | |
|---|---|
| **Invoice:** | **1947056** |
| **Invoice Date:** | **August 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5013** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07/01/25 | K. Nixon | Attention to email from creditor re: assignment of note. | 0.10 | 48.50 |
| 07/03/25 | K. Nixon | Email committee counsel re: phone call from creditor. | 0.10 | 48.50 |
| 07/10/25 | S. Kinsella | Meeting with claim holder (1.1); follow up communications regarding the same (.3). | 1.40 | 889.00 |
| 07/11/25 | K. Nixon | Attention to voicemail from creditor re: submission of ballot. | 0.10 | 48.50 |
| 07/14/25 | K. Nixon | Attention to inquiry from creditor re: receipt of numerous ballots. | 0.10 | 48.50 |
| 07/15/25 | K. Nixon | Review letter to clerk of court re: change of address. | 0.10 | 48.50 |
| 07/16/25 | K. Nixon | Emails to CRO re: meeting with the committee. | 0.20 | 97.00 |
| 07/21/25 | S. Kinsella | Meeting with Committee regarding plan confirmation and adversary proceedings. | 1.40 | 889.00 |
| 07/21/25 | K. Nixon | Phone calls with creditor re: ballots. | 0.50 | 242.50 |
| 07/24/25 | K. Nixon | Email counsel for claimholder re: requested matrix changes. | 0.10 | 48.50 |
| 07/24/25 | S. Stallings | Telephone calls from various creditors regarding ballot process and creditor matrix. | 0.30 | 70.50 |
| 07/25/25 | K. Nixon | Revise spreadsheet re: status of adversary proceedings and send to committee per request. | 0.50 | 242.50 |
| 07/29/25 | K. Nixon | Review and revise letter to court clerk re: removal of certain addresses from creditor matrix. | 0.20 | 97.00 |
| 07/30/25 | S. Stallings | Attention to creditor matrix address requests (.3); telephone call/email with court clerk regarding same (.2). | 0.50 | 117.50 |
| **Current Legal Fees:** | | | **5.60** | **$ 2,936.00** |

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



| | Invoice: | 1947056 |
|---|---|---|
| | Invoice Date: | August 5, 2025 |
| | Page: | 2 |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Shataia  Stallings | 235.00 | 0.80 | 188.00 |
| Katherine  Nixon | 485.00 | 2.00 | 970.00 |
| Steven R.  Kinsella | 635.00 | 2.80 | 1,778.00 |
| **Total** | | **5.60** | **$ 2,936.00** |

## Invoice Totals

Total for Current Legal Fees:                                        $ 2,936.00

**Total For Current Invoice:**                                    **$ 2,936.00**

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



| | |
|---|---|
| **Invoice:** | **1947057** |
| **Invoice Date:** | **August 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5015** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through July 31, 2025

**Regarding: Plan and Disclosure Statement**

Total for Current Legal Fees:                          $ 4,394.50

**Total For Current Invoice:**                      **$ 4,394.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

Tax ID: ▮▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1947057**
**Invoice Date:** **August 5, 2025**
**Page:**

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 07/02/25 | 1940544 | 11,080.00 | | 11,080.00 |

**Total Prior Balance:**                                                   **$ 11,080.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 5, 2025. If payment has been sent close to this date, please verify payment status.



| | |
|---|---|
| **Invoice:** | **1947057** |
| **Invoice Date:** | **August 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5015** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07/01/25 | S. Kinsella | Review ballots (.1); meeting regarding oversight committee (.3). | 0.40 | 254.00 |
| 07/01/25 | S. Stallings | Attention to submitted ballots and update tracking spreadsheet. | 0.20 | 47.00 |
| 07/08/25 | S. Stallings | Telephone cal with court clerk regarding second amended plan and refile. | 0.20 | 47.00 |
| 07/08/25 | S. Stallings | Attention to chapter 11 ballots and update tracking chart. | 0.30 | 70.50 |
| 07/09/25 | S. Kinsella | Review ballots and communications with creditor regarding the same. | 0.30 | 190.50 |
| 07/10/25 | S. Kinsella | Communications with creditor regarding disclosure statement information. | 0.10 | 63.50 |
| 07/15/25 | S. Stallings | Attention to received completed ballots and update tracking spreadsheet. | 0.30 | 70.50 |
| 07/16/25 | S. Kinsella | Phone call with Committee counsel regarding ballot issue (.1); review ballots (.1). | 0.20 | 127.00 |
| 07/17/25 | K. Nixon | Attention to email from UST re: effective date of substantive consolidation and quarterly payments. | 0.40 | 194.00 |
| 07/17/25 | S. Stallings | Attention to EPIC ballots and update tracking sheet (.4). | 0.40 | 94.00 |
| 07/21/25 | S. Kinsella | Respond to creditor questions regarding ballots (.2); review ballot summary (.3). | 0.50 | 317.50 |
| 07/21/25 | K. Nixon | Email CRO re: committee's filed response to plan. | 0.10 | 48.50 |
| 07/22/25 | S. Kinsella | Communications with creditor regarding ballot. | 0.10 | 63.50 |
| 07/23/25 | S. Stallings | Attention to EPIC ballots and update tracking sheet. | 1.50 | 352.50 |
| 07/24/25 | S. Kinsella | Communications with creditors regarding ballot issues. | 0.20 | 127.00 |



| | | | Invoice: | **1947057** |
| | | | Invoice Date: | **August 5, 2025** |
| | | | Page: | **2** |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07/24/25 | S. Stallings | Attention to EPIC ballots and update tracking sheet (.4); begin drafting ballot report (.4); email to S. Kinsella regarding same and next steps (.3). | 1.10 | 258.50 |
| 07/28/25 | S. Kinsella | Analyze ballot report issue. | 0.10 | 63.50 |
| 07/28/25 | K. Nixon | Respond to email from Hain Capital re: submitted ballots. | 0.10 | 48.50 |
| 07/28/25 | S. Stallings | Attention to reviewing incoming ballots and update tracking chart. | 0.50 | 117.50 |
| 07/29/25 | S. Kinsella | Begin preparing ballot report. | 0.30 | 190.50 |
| 07/29/25 | K. Nixon | Strategize re: amendment to plan provision re: quarterly payments to UST. | 0.10 | 48.50 |
| 07/29/25 | S. Stallings | Attention to reviewing incoming ballots and update tracking chart. | 0.40 | 94.00 |
| 07/30/25 | S. Kinsella | Analyze ballots for ballot report. | 0.20 | 127.00 |
| 07/30/25 | S. Stallings | Attention to ballots and prepare analysis and ballot tabulation report. | 2.10 | 493.50 |
| 07/31/25 | S. Kinsella | Revise ballot report. | 0.10 | 63.50 |
| 07/31/25 | S. Stallings | Attention to ballots and prepare analysis and ballot tabulation report. | 3.50 | 822.50 |
| | **Current Legal Fees:** | | **13.70** | **$ 4,394.50** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Shataia  Stallings | 235.00 | 10.50 | 2,467.50 |
| Katherine  Nixon | 485.00 | 0.70 | 339.50 |
| Steven R.  Kinsella | 635.00 | 2.50 | 1,587.50 |
| **Total** | | **13.70** | **$ 4,394.50** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 4,394.50 |
| **Total For Current Invoice:** | **$ 4,394.50** |

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1947058** |
| **Invoice Date:** | **August 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5018** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through July 31, 2025

**Regarding: Reporting**

Total for Current Legal Fees: $ 213.00

**Total For Current Invoice:** **$ 213.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**

Please send remittance information to paynotification@fredlaw.com

Tax ID: ██████

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

| | | |
|---|---|---|
| **Invoice:** | **1947058** | |
| **Invoice Date:** | **August 5, 2025** | |
| **Page:** | | |

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 07/02/25 | 1940545 | 189.50 | | 189.50 |
| **Total Prior Balance:** | | | | **$ 189.50** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 5, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



| Invoice: | **1947058** |
|---|---|
| Invoice Date: | **August 5, 2025** |
| Client Number: | **097807** |
| Matter Number: | **097807.5018** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07/21/25 | K. Nixon | Email CRO re: filed MORs. | 0.10 | 48.50 |
| 07/21/25 | S. Stallings | Attention to finalizing and efiling monthly operating reports for Debtors and submitting bank statements to UST. | 0.70 | 164.50 |
| | **Current Legal Fees:** | | **0.80** | **$ 213.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Shataia  Stallings | 235.00 | 0.70 | 164.50 |
| Katherine  Nixon | 485.00 | 0.10 | 48.50 |
| **Total** | | **0.80** | **$ 213.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 213.00 |
| **Total For Current Invoice:** | **$ 213.00** |



**Invoice:** **1947039**
**Invoice Date:** **August 5, 2025**
**Client Number:** **097807**
**Matter Number:** **097807.0003**

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through July 31, 2025

**Regarding: Adversary action against Preference 42, LLC**

Total for Current Legal Fees:        $ 1,027.00

**Total For Current Invoice:**        **$ 1,027.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**        **Online Payments:**        **ACH & Wire Instructions:**

Fredrikson & Byron P.A.        Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

Tax ID: ▮▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

**Invoice:** 1947039
**Invoice Date:** August 5, 2025
**Page:**

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 07/02/25 | 1940517 | 12,728.50 | | 12,728.50 |

**Total Prior Balance:** **$ 12,728.50**

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 5, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:** **1947039**
**Invoice Date:** **August 5, 2025**
**Client Number:** **097807**
**Matter Number:** **097807.0003**

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/01/25 | S. Kinsella | Review, revise, and finalize summary judgment motion. | 0.80 | 508.00 |
| 07/01/25 | K. Nixon | Finalize summary judgment motion. | 0.30 | 145.50 |
| 07/01/25 | S. Stallings | Finalize motion for summary judgment and accompanying exhibits and efile (.5); prepare and finalize supplemental document production and submit to opposing counsel (.4.). | 0.30 | 70.50 |
| 07/02/25 | K. Nixon | Draft and finalize supplemental jury trial brief. | 0.30 | 145.50 |
| 07/23/25 | S. Stallings | Attention to supplemental production provided by defendant (.2); draft notice of objection to motion to consolidate (.2). | 0.40 | 94.00 |
| 07/25/25 | S. Kinsella | Review newly produced documents. | 0.10 | 63.50 |
| | **Current Legal Fees:** | | **2.20** | **$ 1,027.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|-----------|-----------|-------|---------------|
| Shataia  Stallings | 235.00 | 0.70 | 164.50 |
| Katherine  Nixon | 485.00 | 0.60 | 291.00 |
| Steven R.  Kinsella | 635.00 | 0.90 | 571.50 |
| **Total** | | **2.20** | **$ 1,027.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 1,027.00 |

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1947039** |
| **Invoice Date:** | **August 5, 2025** |
| **Page:** | **2** |

**Total For Current Invoice:**                                          **$ 1,027.00**

Fredrikson & Byron, P.A.

P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484

USA  /  China  /  Mexico  /  fredlaw.com


# Fredrikson

| | |
|---|---|
| **Invoice:** | 1947034 |
| **Invoice Date:** | August 5, 2025 |
| **Client Number:** | 097807 |
| **Matter Number:** | 097807.0004 |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through July 31, 2025

**Regarding: Adversary against Boulevard Square**

| | |
|---|---|
| Total for Current Legal Fees: | $ 3,875.00 |
| **Total For Current Invoice:** | **$ 3,875.00** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**

Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ███████

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

| | |
|---|---|
| **Invoice:** | 1947034 |
| **Invoice Date:** | August 5, 2025 |
| **Page:** | |

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 07/02/25 | 1940518 | 11,997.00 | | 11,997.00 |
| | **Total Prior Balance:** | | | **$ 11,997.00** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 5, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



| | |
|---|---|
| **Invoice:** | **1947034** |
| **Invoice Date:** | **August 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0004** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07/01/25 | S. Kinsella | Review, revise, and finalize summary judgment motion. | 0.70 | 444.50 |
| 07/01/25 | K. Nixon | Finalize summary judgment motion (0.4); email sheriff re: status of garnishment check (0.1). | 0.50 | 242.50 |
| 07/01/25 | S. Stallings | Finalize motion for summary judgment and accompanying exhibits and efile (.5); prepare and finalize supplemental document production and submit to opposing counsel (.4.). | 0.50 | 117.50 |
| 07/02/25 | K. Nixon | Draft and finalize supplemental jury trial brief. | 0.20 | 97.00 |
| 07/15/25 | K. Nixon | Review correspondence from defense counsel re: garnished amounts and phone call to the same. | 0.30 | 145.50 |
| 07/16/25 | K. Nixon | Draft letter to First Interstate Bank and circulate to defense counsel. | 0.30 | 145.50 |
| 07/23/25 | S. Stallings | Attention to supplemental production provided by defendant (.2); draft notice of objection to motion to consolidate (.2). | 0.40 | 94.00 |
| 07/24/25 | K. Nixon | Return phone call to First Interstate Bank. | 0.10 | 48.50 |
| 07/31/25 | S. Kinsella | Draft reply. | 4.00 | 2,540.00 |
| | | **Current Legal Fees:** | **7.00** | **$ 3,875.00** |

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1947034** |
| **Invoice Date:** | **August 5, 2025** |
| **Page:** | **2** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Shataia  Stallings | 235.00 | 0.90 | 211.50 |
| Katherine  Nixon | 485.00 | 1.40 | 679.00 |
| Steven R.  Kinsella | 635.00 | 4.70 | 2,984.50 |
| **Total** | | **7.00** | **$ 3,875.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 3,875.00 |
| **Total For Current Invoice:** | **$ 3,875.00** |



| | |
|---|---|
| **Invoice:** | **1947040** |
| **Invoice Date:** | **August 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0005** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through July 31, 2025

**Regarding: Adversary against Pioneer Place, LLC**

| | |
|---|---|
| Total for Current Legal Fees: | $ 1,067.00 |
| Total For Current Costs and Other Charges: | $ 125.00 |
| **Total For Current Invoice:** | **$ 1,192.00** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ███████

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1947040** |
| **Invoice Date:** | **August 5, 2025** |
| **Page:** | |

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 07/02/25 | 1940519 | 3,149.50 | | 3,149.50 |
| | **Total Prior Balance:** | | | **$ 3,149.50** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 5, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



| | |
|---|---|
| **Invoice:** | **1947040** |
| **Invoice Date:** | **August 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0005** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07/01/25 | K. Nixon | Coordinate obtaining garnishment check for property manager. | 0.20 | 97.00 |
| 07/02/25 | K. Nixon | Draft and finalize garnishment documents for property manager. | 0.50 | 242.50 |
| 07/07/25 | K. Nixon | Confirm process for withdrawal of receivership motion and finalize letter to defendant re: garnishment of property manager. | 0.50 | 242.50 |
| 07/09/25 | K. Nixon | Email counsel for defendant and Bravera Bank re: consent to withdrawal of motion. | 0.10 | 48.50 |
| 07/10/25 | K. Nixon | Review and revise motion to withdraw motion to appoint receiver (0.6); email proposed receiver re: withdrawal (0.1). | 0.70 | 339.50 |
| 07/28/25 | K. Nixon | Contact court staff re: entry of order granting motion to withdraw. | 0.20 | 97.00 |
| | | **Current Legal Fees:** | **2.20** | **$ 1,067.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Katherine  Nixon | 485.00 | 2.20 | 1,067.00 |
| **Total** | | **2.20** | **$ 1,067.00** |

### Costs and Other Charges

| | Amount |
|---|---|
| | |
| 07/02/25    Filing fee Collective, LLC (P.O. Box 6530 Fargo ND 58109-6530) - 7.2.25 - Garnishment - Witness Fee | 25.00 |

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1947040** |
| **Invoice Date:** | **August 5, 2025** |
| **Page:** | **2** |

| | | |
|---|---|---|
| 07/08/25 | Prof Serv Absolute Service, LLC (1100 N. 19th Avenue Fargo ND 58102) - 50021 - Service of Garnishment Documents on Collective LLC. | 100.00 |

| | |
|---|---|
| **Current Costs and Other Charges:** | **$ 125.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 1,067.00 |
| Total For Current Costs and Other Charges: | $ 125.00 |
| **Total For Current Invoice:** | **$ 1,192.00** |

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



**Fredrikson**

| | |
|---|---|
| **Invoice:** | **1947041** |
| **Invoice Date:** | **August 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0006** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through July 31, 2025

**Regarding: Adversary against SAD Downtown, LLC d/b/a The Firm**

Total for Current Legal Fees: $ 14,295.00

**Total For Current Invoice:** **$ 14,295.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

**Invoice:** **1947041**
**Invoice Date:** **August 5, 2025**
**Page:**

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 07/02/25 | 1940520 | 23,309.00 | | 23,309.00 |
| **Total Prior Balance:** | | | | **$ 23,309.00** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 5, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



| | | |
|---|---|---|
| **Invoice:** | **1947041** |
| **Invoice Date:** | **August 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0006** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 07/01/25 | S. Kinsella | Review, revise, and finalize summary judgment motion. | 1.40 | 889.00 |
| 07/01/25 | K. Nixon | Finalize summary judgment motion (0.6); draft supplemental jury trial brief (1.5). | 2.10 | 1,018.50 |
| 07/01/25 | S. Stallings | Finalize motion for summary judgment and accompanying exhibits and efile (.5); prepare and finalize supplemental document production and submit to opposing counsel (.4.). | 0.90 | 211.50 |
| 07/21/25 | K. Nixon | Draft objection to consolidation motion. | 1.90 | 921.50 |
| 07/22/25 | K. Nixon | Draft objection to consolidation motion. | 5.40 | 2,619.00 |
| 07/23/25 | K. Nixon | Revise objection to consolidation motion and phone call with CRO re: the same. | 1.20 | 582.00 |
| 07/23/25 | S. Stallings | Attention to supplemental production provided by defendant (.2); draft notice of objection to motion to consolidate (.2). | 0.40 | 94.00 |
| 07/24/25 | S. Kinsella | Draft summary judgment reply brief. | 2.30 | 1,460.50 |
| 07/24/25 | K. Nixon | Revise objection to consolidation motion and finalize the same. | 0.70 | 339.50 |
| 07/25/25 | S. Kinsella | Draft reply in support of summary judgment. | 0.80 | 508.00 |
| 07/29/25 | S. Kinsella | Draft reply brief. | 1.90 | 1,206.50 |
| 07/30/25 | S. Kinsella | Research and draft reply brief. | 7.00 | 4,445.00 |
| | **Current Legal Fees:** | | **26.00** | **$ 14,295.00** |

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1947041** |
| **Invoice Date:** | **August 5, 2025** |
| **Page:** | **2** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Shataia  Stallings | 235.00 | 1.30 | 305.50 |
| Katherine  Nixon | 485.00 | 11.30 | 5,480.50 |
| Steven R.  Kinsella | 635.00 | 13.40 | 8,509.00 |
| **Total** | | **26.00** | **$ 14,295.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 14,295.00 |
| **Total For Current Invoice:** | **$ 14,295.00** |



| | |
|---|---|
| **Invoice:** | **1947042** |
| **Invoice Date:** | **August 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0007** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through July 31, 2025

**Regarding: Adversary against Greenfield Commons**

Total for Current Legal Fees:                                            $ 605.00

**Total For Current Invoice:**                                      **$ 605.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                    **ACH & Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

Tax ID: ██████

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1947042** |
| **Invoice Date:** | **August 5, 2025** |
| **Page:** | |

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 07/02/25 | 1940521 | 2,877.50 | | 2,877.50 |
| | **Total Prior Balance:** | | | **$ 2,877.50** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 5, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



**Invoice:**          **1947042**
**Invoice Date:**     **August 5, 2025**
**Client Number:**    **097807**
**Matter Number:**    **097807.0007**

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07/24/25 | K. Nixon | Phone call with CRO re: status of garnishments. | 0.20 | 97.00 |
| 07/29/25 | S. Kinsella | Phone call with CRO regarding settlement negotiations. | 0.60 | 381.00 |
| 07/30/25 | S. Kinsella | Phone call with CRO regarding collection. | 0.10 | 63.50 |
| 07/31/25 | S. Kinsella | Analyze collection issue. | 0.10 | 63.50 |
| | **Current Legal Fees:** | | **1.00** | **$ 605.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Katherine  Nixon | 485.00 | 0.20 | 97.00 |
| Steven R.  Kinsella | 635.00 | 0.80 | 508.00 |
| **Total** | | **1.00** | **$ 605.00** |

### Invoice Totals

Total for Current Legal Fees:                                    $ 605.00

**Total For Current Invoice:**                                  **$ 605.00**

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1947043** |
| **Invoice Date:** | **August 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0008** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through July 31, 2025

**Regarding: Adversary against EPIC Holdings II**

Total for Current Legal Fees: $ 1,615.50

**Total For Current Invoice:** **$ 1,615.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

Tax ID:

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** 1947043
**Invoice Date:** August 5, 2025
**Page:**

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 07/02/25 | 1940522 | 4,133.50 | | 4,133.50 |

**Total Prior Balance:** **$ 4,133.50**

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 5, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:**          **1947043**
**Invoice Date:**     **August 5, 2025**
**Client Number:**    **097807**
**Matter Number:**    **097807.0008**

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/14/25 | K. Nixon | Phone calls with CRO and defense counsel re: stipulated judgment amounts. | 0.20 | 97.00 |
| 07/14/25 | K. Nixon | Phone calls with/emails to CRO re: stipulated judgment amounts (0.5); phone call with defense counsel re: the same (0.2). | 0.70 | 339.50 |
| 07/15/25 | K. Nixon | Phone calls with CRO and defense counsel re: stipulated judgment amounts. | 0.40 | 194.00 |
| 07/21/25 | K. Nixon | Email to defense counsel re: stipulation (0.1); draft stipulation resolving SJ motion (0.8). | 0.90 | 436.50 |
| 07/22/25 | S. Kinsella | Review stipulation. | 0.10 | 63.50 |
| 07/22/25 | K. Nixon | Email to defense counsel re: draft stipulation. | 0.10 | 48.50 |
| 07/24/25 | K. Nixon | Return phone call to defense counsel. | 0.10 | 48.50 |
| 07/25/25 | K. Nixon | Phone call with defense counsel re: draft stipulation and strategize next steps. | 0.50 | 242.50 |
| 07/28/25 | K. Nixon | Email defense counsel re: draft stipulation. | 0.10 | 48.50 |
| 07/30/25 | K. Nixon | Reply to email from CRO re: draft stipulation. | 0.10 | 48.50 |
| 07/31/25 | K. Nixon | Follow up with defense counsel re: draft stipulation. | 0.10 | 48.50 |
| | **Current Legal Fees:** | | **3.30** | **$ 1,615.50** |

### Invoice Totals

Total for Current Legal Fees:                                    $ 1,615.50

**Total For Current Invoice:**                                    **$ 1,615.50**



| | |
|---|---|
| **Invoice:** | **1947044** |
| **Invoice Date:** | **August 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0010** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through July 31, 2025

**Regarding: Adversary against LTC – The Don, LLC**

Total for Current Legal Fees:                                                                  $ 145.50

**Total For Current Invoice:**                                                            **$ 145.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**            **Online Payments:**              **ACH & Wire Instructions:**

Fredrikson & Byron P.A.              Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

Tax ID: ████████

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



| | | | | |
|---|---|---|---|---|
| **Invoice:** | 1947044 |
| **Invoice Date:** | August 5, 2025 |
| **Page:** | |

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 07/02/25 | 1940523 | 194.00 | | 194.00 |
| **Total Prior Balance:** | | | | **$ 194.00** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 5, 2025. If payment has been sent close to this date, please verify payment status.



| | | |
|---|---|---|
| **Invoice:** | | **1947044** |
| **Invoice Date:** | | **August 5, 2025** |
| **Client Number:** | | **097807** |
| **Matter Number:** | | **097807.0010** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07/09/25 | K. Nixon | Draft stipulation of dismissal with prejudice and email the same to defense counsel. | 0.20 | 97.00 |
| 07/10/25 | K. Nixon | Finalize stipulation for dismissal with prejudice and coordinate filing of the same. | 0.10 | 48.50 |
| | **Current Legal Fees:** | | **0.30** | **$ 145.50** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 145.50 |
| **Total For Current Invoice:** | **$ 145.50** |



| | |
|---|---|
| **Invoice:** | 1947045 |
| **Invoice Date:** | August 5, 2025 |
| **Client Number:** | 097807 |
| **Matter Number:** | 097807.0011 |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through July 31, 2025

**Regarding: Adversary against 36th and Veterans, LLC**

Total for Current Legal Fees: $ 612.00

**Total For Current Invoice:** **$ 612.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**          **ACH & Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

Tax ID: ███████

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** **1947045**
**Invoice Date:** **August 5, 2025**
**Page:**

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 07/02/25 | 1940524 | 2,041.50 | | 2,041.50 |
| | **Total Prior Balance:** | | | **$ 2,041.50** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 5, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



| | |
|---|---|
| **Invoice:** | **1947045** |
| **Invoice Date:** | **August 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0011** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07/07/25 | S. Kinsella | Phone call with opposing counsel. | 0.20 | 127.00 |
| 07/15/25 | K. Nixon | Review email from defense counsel re: timing of dates in settlement agreement. | 0.10 | 48.50 |
| 07/17/25 | K. Nixon | Email to defense counsel re: revisions to settlement agreement. | 0.10 | 48.50 |
| 07/25/25 | K. Nixon | Phone call with defense counsel and revise settlement agreement. | 0.60 | 291.00 |
| 07/28/25 | K. Nixon | Email defense counsel re: revised settlement agreement. | 0.10 | 48.50 |
| 07/31/25 | K. Nixon | Follow up with defense counsel re: signatures to settlement agreement. | 0.10 | 48.50 |
| | **Current Legal Fees:** | | **1.20** | **$ 612.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 612.00 |
| **Total For Current Invoice:** | **$ 612.00** |

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1947046** |
| **Invoice Date:** | **August 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0012** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through July 31, 2025

**Regarding: Adversary against LTC – The Lincoln, LLC**

Total for Current Legal Fees: $ 582.00

**Total For Current Invoice:** **$ 582.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

Tax ID: ▮▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

**Invoice:** 1947046
**Invoice Date:** August 5, 2025
**Page:**

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|---------------|--------|----------|-------------|
| 07/02/25 | 1940525 | 339.50 | | 339.50 |
| **Total Prior Balance:** | | | | **$ 339.50** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 5, 2025. If payment has been sent close to this date, please verify payment status.



| | |
|---|---|
| **Invoice:** | **1947046** |
| **Invoice Date:** | **August 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0012** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 07/02/25 | K. Nixon | Emails to proposed mediator and opposing counsel re: scheduling mediation. | 0.20 | 97.00 |
| 07/09/25 | K. Nixon | Draft expert disclosures. | 0.10 | 48.50 |
| 07/10/25 | K. Nixon | Finalize expert disclosures and email the same to defense counsel. | 0.10 | 48.50 |
| 07/15/25 | K. Nixon | Coordinate mediation dates with defense counsel. | 0.30 | 145.50 |
| 07/17/25 | K. Nixon | Submit request for mediation date and follow-up emails to mediator and defense counsel re: the same. | 0.20 | 97.00 |
| 07/28/25 | K. Nixon | Emails with defense counsel re: extension of discovery. | 0.20 | 97.00 |
| 07/29/25 | K. Nixon | Respond to email from defense counsel re: revised scheduling order. | 0.10 | 48.50 |
| | **Current Legal Fees:** | | **1.20** | **$ 582.00** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 582.00 |
| **Total For Current Invoice:** | **$ 582.00** |



| | |
|---|---|
| **Invoice:** | **1947047** |
| **Invoice Date:** | **August 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0016** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through July 31, 2025

**Regarding: Adversary against HI West Acres, LLC, f/k/a EPIC Hospitality, LLC**

Total for Current Legal Fees: $ 1,997.00

**Total For Current Invoice:** **$ 1,997.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**

Please send remittance information to paynotification@fredlaw.com

Tax ID: ███████

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1947047** |
| **Invoice Date:** | **August 5, 2025** |
| **Page:** | |

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 07/02/25 | 1940526 | 11,561.50 | | 11,561.50 |
| | **Total Prior Balance:** | | | **$ 11,561.50** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 5, 2025. If payment has been sent close to this date, please verify payment status.



| | |
|---|---|
| **Invoice:** | **1947047** |
| **Invoice Date:** | **August 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0016** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/01/25 | S. Kinsella | Review, revise, and finalize summary judgment motion. | 1.10 | 698.50 |
| 07/01/25 | K. Nixon | Phone call with CRO re: summary judgment motion and revise the same. | 0.80 | 388.00 |
| 07/01/25 | S. Stallings | Finalize motion for summary judgment and accompanying exhibits and efile (.5); prepare and finalize supplemental document production and submit to opposing counsel (.4.). | 0.90 | 211.50 |
| 07/02/25 | K. Nixon | Draft and finalize supplemental jury trial brief. | 0.20 | 97.00 |
| 07/23/25 | S. Stallings | Attention to supplemental production provided by defendant (.2); draft notice of objection to motion to consolidate (.2). | 0.40 | 94.00 |
| 07/25/25 | S. Kinsella | Review newly produced documents. | 0.10 | 63.50 |
| 07/29/25 | S. Kinsella | Phone call with CRO regarding insurance issue. | 0.70 | 444.50 |
| | **Current Legal Fees:** | | **4.20** | **$ 1,997.00** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 1,997.00 |
| **Total For Current Invoice:** | **$ 1,997.00** |



| | |
|---|---|
| **Invoice:** | **1947048** |
| **Invoice Date:** | **August 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0018** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through July 31, 2025

**Regarding: Adversary action against EPIC Holdings LLC**

Total for Current Legal Fees:                                                                $ 956.00

**Total For Current Invoice:**                                                        **$ 956.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**            **Online Payments:**              **ACH & Wire Instructions:**

Fredrikson & Byron P.A.           Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

Tax ID: ▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1947048** |
| **Invoice Date:** | **August 5, 2025** |
| **Page:** | |

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 07/02/25 | 1940527 | 5,219.50 | | 5,219.50 |
| | **Total Prior Balance:** | | | **$ 5,219.50** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 5, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



| | |
|---|---|
| **Invoice:** | **1947048** |
| **Invoice Date:** | **August 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0018** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07/01/25 | S. Kinsella | Communications with opposing counsel. | 0.10 | 63.50 |
| 07/02/25 | S. Kinsella | Phone call with opposing counsel. | 0.70 | 444.50 |
| 07/25/25 | S. Kinsella | Revise stipulation. | 0.10 | 63.50 |
| 07/28/25 | S. Kinsella | Revise stipulation. | 0.10 | 63.50 |
| 07/29/25 | S. Kinsella | Analyze statute of limitations issue. | 0.20 | 127.00 |
| 07/29/25 | K. Nixon | Draft stipulation resolving summary judgment motion and email defense counsel re: the same. | 0.40 | 194.00 |
| | **Current Legal Fees:** | | **1.60** | **$ 956.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 956.00 |
| **Total For Current Invoice:** | **$ 956.00** |



| | |
|---|---|
| **Invoice:** | **1947035** |
| **Invoice Date:** | **August 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0019** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through July 31, 2025

**Regarding: Adversary against Fargo South Hospitality, LLC**

Total for Current Legal Fees: $ 694.00

**Total For Current Invoice:** **$ 694.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

Tax ID: ███████

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:** 1947035
**Invoice Date:** August 5, 2025
**Page:**

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|---------------|--------|----------|-------------|
| 07/02/25 | 1940528 | 3,213.50 | | 3,213.50 |
| **Total Prior Balance:** | | | | **$ 3,213.50** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 5, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:** **1947035**
**Invoice Date:** **August 5, 2025**
**Client Number:** **097807**
**Matter Number:** **097807.0019**

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07/01/25 | K. Nixon | Review revisions to settlement agreement and finalize the same. | 0.30 | 145.50 |
| 07/02/25 | S. Kinsella | Review and finalize settlement agreement. | 0.10 | 63.50 |
| 07/02/25 | K. Nixon | Coordinate execution of settlement agreement and email court staff re: the same. | 0.40 | 194.00 |
| 07/09/25 | K. Nixon | Draft motion to approve settlement agreement. | 0.50 | 242.50 |
| 07/10/25 | K. Nixon | Finalize motion to approve settlement and coordinate filing of the same. | 0.10 | 48.50 |
| | | **Current Legal Fees:** | **1.40** | **$ 694.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 694.00 |
| **Total For Current Invoice:** | **$ 694.00** |



| | |
|---|---|
| **Invoice:** | **1947049** |
| **Invoice Date:** | **August 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0022** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through July 31, 2025

**Regarding: Adversary against EPIC Place, LLC**

Total for Current Legal Fees: $ 1,187.00

**Total For Current Invoice:** **$ 1,187.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

Tax ID: ▮▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

**Invoice:** 1947049
**Invoice Date:** August 5, 2025
**Page:**

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|---------------|--------|----------|-------------|
| 07/02/25 | 1940530 | 2,054.00 | | 2,054.00 |
| **Total Prior Balance:** | | | | **$ 2,054.00** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 5, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:**        1947049
**Invoice Date:**   August 5, 2025
**Client Number:**  097807
**Matter Number:**  097807.0022

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/02/25 | S. Kinsella | Phone call with opposing counsel. | 0.30 | 190.50 |
| 07/25/25 | S. Kinsella | Revise settlement agreement. | 0.40 | 254.00 |
| 07/25/25 | K. Nixon | Email CRO re: revised draft settlement agreement. | 0.10 | 48.50 |
| 07/29/25 | S. Kinsella | Revise settlement agreement. | 0.10 | 63.50 |
| 07/29/25 | K. Nixon | Revise settlement agreement and email defense counsel re: the same. | 1.30 | 630.50 |
| | **Current Legal Fees:** | | **2.20** | **$ 1,187.00** |

### Invoice Totals

Total for Current Legal Fees:                                          $ 1,187.00

**Total For Current Invoice:**                                    **$ 1,187.00**

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1947050** |
| **Invoice Date:** | **August 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0023** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through July 31, 2025

**Regarding: Adversary against The Tracks - Maverick, LLC**

Total for Current Legal Fees: $ 593.50

**Total For Current Invoice:** **$ 593.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ███████

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

**Invoice:** 1947050
**Invoice Date:** August 5, 2025
**Page:**

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|---------------|--------|----------|-------------|
| 07/02/25 | 1940531 | 6,186.50 | | 6,186.50 |

**Total Prior Balance:** **$ 6,186.50**

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 5, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



**Invoice:** 1947050
**Invoice Date:** August 5, 2025
**Client Number:** 097807
**Matter Number:** 097807.0023

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/02/25 | S. Kinsella | Communications with opposing counsel regarding settlement. | 0.20 | 127.00 |
| 07/02/25 | K. Nixon | Draft and finalize supplemental jury trial brief. | 0.60 | 291.00 |
| 07/15/25 | K. Nixon | Email defense counsel re: stay of discovery. | 0.10 | 48.50 |
| 07/31/25 | S. Kinsella | Analyze settlement proposal. | 0.20 | 127.00 |
| | **Current Legal Fees:** | | **1.10** | **$ 593.50** |

### Invoice Totals

Total for Current Legal Fees:                                    $ 593.50

**Total For Current Invoice:**                                **$ 593.50**

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1947051** |
| **Invoice Date:** | **August 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0026** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through July 31, 2025

**Regarding: Dutch Mill Development LLC**

| | |
|---|---|
| Total for Current Legal Fees: | $ 1,067.00 |
| **Total For Current Invoice:** | **$ 1,067.00** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

Tax ID: ▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

**Invoice:** **1947051**
**Invoice Date:** **August 5, 2025**
**Page:**

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 07/02/25 | 1940534 | 194.00 | | 194.00 |
| **Total Prior Balance:** | | | | **$ 194.00** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 5, 2025. If payment has been sent close to this date, please verify payment status.



| | |
|---|---|
| **Invoice:** | **1947051** |
| **Invoice Date:** | **August 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0026** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07/09/25 | K. Nixon | Domesticate judgment in North Dakota state court. | 0.20 | 97.00 |
| 07/28/25 | K. Nixon | Draft garnishment documents. | 0.70 | 339.50 |
| 07/29/25 | K. Nixon | Draft garnishment documents. | 0.30 | 145.50 |
| 07/30/25 | K. Nixon | Revise garnishment documents. | 0.40 | 194.00 |
| 07/31/25 | K. Nixon | Finalize additional garnishment documents. | 0.60 | 291.00 |
| | **Current Legal Fees:** | | **2.20** | **$ 1,067.00** |

## Invoice Totals

Total for Current Legal Fees:                                                    $ 1,067.00

**Total For Current Invoice:**                                          **$ 1,067.00**



| | |
|---|---|
| **Invoice:** | **1947052** |
| **Invoice Date:** | **August 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0029** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through July 31, 2025

**Regarding: Adversary against Makt, LLC**

Total for Current Legal Fees:                                          $ 112.00

**Total For Current Invoice:**                                    **$ 112.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                    **ACH & Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484

Please send remittance information to paynotification@fredlaw.com

Tax ID: ███████

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



| | |
|---|---|
| **Invoice:** | **1947052** |
| **Invoice Date:** | **August 5, 2025** |
| **Page:** | |

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 07/02/25 | 1940536 | 734.50 | | 734.50 |
| | **Total Prior Balance:** | | | **$ 734.50** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 5, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



| | |
|---|---|
| **Invoice:** | **1947052** |
| **Invoice Date:** | **August 5, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0029** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/10/25 | K. Nixon | Coordinate notice of appearance in state court receivership action. | 0.10 | 48.50 |
| 07/11/25 | S. Kinsella | Revise notice of appearance. | 0.10 | 63.50 |
| | **Current Legal Fees:** | | **0.20** | **$ 112.00** |

### Invoice Totals

Total for Current Legal Fees:                                      $ 112.00

**Total For Current Invoice:**                          **$ 112.00**

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



| | |
|---|---|
| **Invoice:** | **1951756** |
| **Invoice Date:** | **August 26, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5000** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through August 20, 2025

**Regarding: Case Administration**

Total For Current Costs and Other Charges:                                   $ 197.87

**Total For Current Invoice:**                                          **$ 197.87**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**

Please send remittance information to paynotification@fredlaw.com

Tax ID:

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1951756** |
| **Invoice Date:** | **August 26, 2025** |
| **Page:** | |

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|---------------|--------|----------|-------------|
| 08/05/25 | 1947053 | 3,069.00 | | 3,069.00 |

**Total Prior Balance:**                                                      **$ 3,069.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 26, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:** 1951756
**Invoice Date:** **August 26, 2025**
**Client Number:** 097807
**Matter Number:** 097807.5000

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

## Costs and Other Charges

| | | Amount |
|---|---|---|
| 08/04/25 | Prof Serv Absolute Service, LLC (1100 N. 19th Avenue Fargo ND 58102) - 50150 - Process Server - Garnishment on Dutch Mill | 150.00 |
| 08/11/25 | COURTS/USBC-ND-T - Certified Copies of Judgments | 26.00 |
| 08/15/25 | Prof Serv Ward County Clerk of District Court (315 3rd St SE, P.O. Box 5005 Minot ND 58702) - 8.15.25 - Writ of Execution | 10.00 |
| | Postage Charges | 11.87 |

**Current Costs and Other Charges:**                                **$ 197.87**

## Invoice Totals

Total For Current Costs and Other Charges:                              $ 197.87

**Total For Current Invoice:**                                         **$ 197.87**

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



**Invoice:** 1951757
**Invoice Date:** August 26, 2025
**Client Number:** 097807
**Matter Number:** 097807.5001

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through August 20, 2025

**Regarding: Asset Analysis and Recovery**

Total for Current Legal Fees: $ 18,229.00

**Total For Current Invoice:** **$ 18,229.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**

Please send remittance information to paynotification@fredlaw.com

Tax ID: ████████

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

**Invoice:** 1951757
**Invoice Date:** August 26, 2025
**Page:**

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 08/05/25 | 1947054 | 14,013.00 | | 14,013.00 |

**Total Prior Balance:** **$ 14,013.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 26, 2025. If payment has been sent close to this date, please verify payment status.



| | |
|---|---|
| **Invoice:** | **1951757** |
| **Invoice Date:** | **August 26, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5001** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08/01/25 | S. Kinsella | Communications with borrower's counsel regarding distribution process. | 0.20 | 127.00 |
| 08/01/25 | S. Stallings | Revisions to involuntary petition and email to S. Kinsella regarding allegations under 11 U.S.C. 303(a). | 0.20 | 47.00 |
| 08/04/25 | S. Kinsella | Meeting with client regarding status of adversary proceedings, settlements, plan confirmation, and additional borrower negotiations. | 2.30 | 1,460.50 |
| 08/04/25 | K. Nixon | Meeting with CRO regarding asset analysis and strategize next steps for misc. adversary proceedings and settlements. | 2.00 | 970.00 |
| 08/05/25 | S. Kinsella | Communications with borrower counsel regarding distribution issue. | 0.10 | 63.50 |
| 08/05/25 | K. Nixon | Email CRO re: filed copies of summary judgment replies. | 0.20 | 97.00 |
| 08/06/25 | S. Kinsella | Phone call with counsel for project borrower regarding settlement. | 0.80 | 508.00 |
| 08/06/25 | K. Nixon | Prepare for motion hearings (0.3); phone calls with defense counsel (0.4). | 0.70 | 339.50 |
| 08/07/25 | S. Kinsella | Prepare for and participate in hearing on summary judgment motions (4); meeting with client after (1.1). | 5.10 | 3,238.50 |
| 08/07/25 | K. Nixon | Prepare for and attend hearings on consolidation motions and summary judgment motions. | 4.60 | 2,231.00 |
| 08/08/25 | S. Kinsella | Communications regarding Vanne Moorhead issue (.1); prepare litigation strategy post-summary judgment (.1). | 0.20 | 127.00 |



**Invoice:** 1951757
**Invoice Date:** August 26, 2025
**Page:** 2

| 08/11/25 | S. Kinsella | Meeting with client regarding status of adversary proceedings (1.1); prepare affidavits supporting adversary proceedings (3.1). | 4.20 | 2,667.00 |
|---|---|---|---|---|
| 08/11/25 | K. Nixon | Meeting with CRO regarding asset analysis. | 1.00 | 485.00 |
| 08/12/25 | S. Kinsella | Vanne Moorhead negotiations (1.3); prepare affidavits (4.0). | 4.30 | 2,730.50 |
| 08/13/25 | S. Kinsella | Prepare supporting affidavits. | 0.60 | 381.00 |
| 08/14/25 | K. Nixon | Emails re: check payment from borrower. | 0.10 | 48.50 |
| 08/18/25 | S. Kinsella | Meeting with client regarding adversary proceedings (1.1); analyze EPIC Management issues (.5). | 1.60 | 1,016.00 |
| 08/18/25 | K. Nixon | Meeting with CRO regarding asset analysis. | 1.20 | 582.00 |
| 08/18/25 | S. Stallings | Attention to check issued to Debtors and the pending injunction motion regarding Debtor and Vanne Moorhead. | 0.40 | 94.00 |
| 08/19/25 | S. Kinsella | Analyze EPIC Management documents for adversary proceedings. | 1.60 | 1,016.00 |
| | **Current Legal Fees:** | | **31.40** | **$ 18,229.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Shataia  Stallings | 235.00 | 0.60 | 141.00 |
| Katherine  Nixon | 485.00 | 9.80 | 4,753.00 |
| Steven R.  Kinsella | 635.00 | 21.00 | 13,335.00 |
| **Total** | | **31.40** | **$ 18,229.00** |

### Invoice Totals

Total for Current Legal Fees: $ 18,229.00

**Total For Current Invoice:** **$ 18,229.00**



| | |
|---|---|
| **Invoice:** | **1951758** |
| **Invoice Date:** | **August 26, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5010** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through August 20, 2025

**Regarding: Employment and Fee Applications**

| | |
|---|---|
| Total for Current Legal Fees: | $ 500.00 |
| **Total For Current Invoice:** | **$ 500.00** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

Tax ID: ████████

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

**Invoice:** **1951758**
**Invoice Date:** **August 26, 2025**
**Page:**

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 08/05/25 | 1947055 | 1,664.50 | | 1,664.50 |

**Total Prior Balance:** **$ 1,664.50**

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 26, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:**          **1951758**
**Invoice Date:**     **August 26, 2025**
**Client Number:**    **097807**
**Matter Number:**    **097807.5010**

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/13/25 | K. Nixon | Emails to conflicts counsel re: procedures for final fee apps. | 0.30 | 145.50 |
| 08/14/25 | K. Nixon | Respond to email from CRO re: fee app. for tax preparer. | 0.10 | 48.50 |
| 08/18/25 | S. Kinsella | Analyze fee application issue with Creative Planning. | 0.10 | 63.50 |
| 08/18/25 | K. Nixon | Emails with CRO re: Creative Planning fee application and draft CRO's twelfth monthly staffing report. | 0.20 | 97.00 |
| 08/19/25 | K. Nixon | Emails with client re: July staffing report and orders approving fees. | 0.30 | 145.50 |
| | **Current Legal Fees:** | | **1.00** | **$ 500.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|-----------|-----------|-------|---------------|
| Katherine  Nixon | 485.00 | 0.90 | 436.50 |
| Steven R.  Kinsella | 635.00 | 0.10 | 63.50 |
| **Total** | | **1.00** | **$ 500.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 500.00 |
| **Total For Current Invoice:** | **$ 500.00** |



**Invoice:** 1951759
**Invoice Date:** **August 26, 2025**
**Client Number:** 097807
**Matter Number:** 097807.5013

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through August 20, 2025

**Regarding: Meetings and Communications  with Creditors**

Total for Current Legal Fees: $ 1,788.50

**Total For Current Invoice:** **$ 1,788.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

Tax ID: ███████

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1951759** |
| **Invoice Date:** | **August 26, 2025** |
| **Page:** | |

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 08/05/25 | 1947056 | 2,936.00 | | 2,936.00 |
| | **Total Prior Balance:** | | | **$ 2,936.00** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 26, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



| | |
|---|---|
| **Invoice:** | **1951759** |
| **Invoice Date:** | **August 26, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5013** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08/05/25 | S. Kinsella | Communications with creditors and creditor counsel regarding distribution issue and claims process. | 0.60 | 381.00 |
| 08/06/25 | K. Nixon | Phone call with Hain Capital re: hearings tomorrow. | 0.10 | 48.50 |
| 08/11/25 | S. Kinsella | Communications with Committee counsel regarding post-confirmation. | 0.30 | 190.50 |
| 08/14/25 | S. Kinsella | Meeting with committee counsel. | 1.00 | 635.00 |
| 08/14/25 | K. Nixon | Strategy meeting with committee counsel re: post-confirmation tasks. | 0.90 | 436.50 |
| 08/19/25 | K. Nixon | Emails with committee counsel re: meeting between CRO and committee members. | 0.20 | 97.00 |
| | **Current Legal Fees:** | | **3.10** | **$ 1,788.50** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Katherine  Nixon | 485.00 | 1.20 | 582.00 |
| Steven R.  Kinsella | 635.00 | 1.90 | 1,206.50 |
| **Total** | | **3.10** | **$ 1,788.50** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 1,788.50 |
| **Total For Current Invoice:** | **$ 1,788.50** |



| | |
|---|---|
| **Invoice:** | **1951760** |
| **Invoice Date:** | **August 26, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5015** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through August 20, 2025

**Regarding: Plan and Disclosure Statement**

Total for Current Legal Fees:  $ 3,791.50

**Total For Current Invoice:**  **$ 3,791.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ▇▇▇▇▇▇

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

**Invoice:**        **1951760**
**Invoice Date:**   **August 26, 2025**
**Page:**

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 08/05/25 | 1947057 | 4,394.50 | | 4,394.50 |

**Total Prior Balance:**                                    **$ 4,394.50**

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 26, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



| | |
|---|---|
| **Invoice:** | **1951760** |
| **Invoice Date:** | **August 26, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5015** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08/01/25 | S. Kinsella | Review ballot report and prepare for confirmation hearing. | 0.50 | 317.50 |
| 08/01/25 | S. Stallings | Attention to finalizing and efiling chapter 11 ballots and ballot report. | 0.50 | 117.50 |
| 08/04/25 | K. Nixon | Email CRO re: ballot report. | 0.10 | 48.50 |
| 08/05/25 | S. Kinsella | Draft memorandum in support of confirmation and supporting affidavit. | 2.40 | 1,524.00 |
| 08/05/25 | K. Nixon | Draft and finalize motion to appear via video conference or telephone. | 0.20 | 97.00 |
| 08/06/25 | S. Kinsella | Review confirmation order and communications with client regarding the same. | 0.40 | 254.00 |
| 08/11/25 | S. Kinsella | Analyze plan deadlines. | 0.10 | 63.50 |
| 08/13/25 | S. Kinsella | Review deadlines in plan. | 0.10 | 63.50 |
| 08/13/25 | K. Nixon | Review plan and trust agreement for relevant post-confirmation dates and deadlines. | 1.90 | 921.50 |
| 08/18/25 | K. Nixon | Draft notice of entry of confirmation order and occurence of Effective Date. | 0.40 | 194.00 |
| 08/19/25 | S. Kinsella | Communications with Committee counsel regarding liquidating trust. | 0.20 | 127.00 |
| 08/20/25 | S. Kinsella | Analyze requirements for effective date. | 0.10 | 63.50 |
| | **Current Legal Fees:** | | **6.90** | **$ 3,791.50** |



| | Invoice: | **1951760** |
|---|---|---|
| | Invoice Date: | **August 26, 2025** |
| | Page: | **2** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Shataia  Stallings | 235.00 | 0.50 | 117.50 |
| Katherine  Nixon | 485.00 | 2.60 | 1,261.00 |
| Steven R.  Kinsella | 635.00 | 3.80 | 2,413.00 |
| **Total** | | **6.90** | **$ 3,791.50** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 3,791.50 |
| **Total For Current Invoice:** | **$ 3,791.50** |

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



| | |
|---|---|
| **Invoice:** | **1951761** |
| **Invoice Date:** | **August 26, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5018** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through August 20, 2025

**Regarding: Reporting**

Total for Current Legal Fees:                                                           $ 567.50

**Total For Current Invoice:**                                                     **$ 567.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                **ACH & Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

Tax ID:

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

**Invoice:**       **1951761**
**Invoice Date:**     **August 26, 2025**
**Page:**

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 08/05/25 | 1947058 | 213.00 | | 213.00 |

**Total Prior Balance:**       **$ 213.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 26, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



| | |
|---|---|
| **Invoice:** | **1951761** |
| **Invoice Date:** | **August 26, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.5018** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08/06/25 | K. Nixon | Attention to email from CRO re: post-confirmation monthly reporting. | 0.10 | 48.50 |
| 08/11/25 | S. Kinsella | Communications with UST regarding post-confirmation reporting and communications with client regarding the same. | 0.10 | 63.50 |
| 08/11/25 | K. Nixon | Attention to post-confirmation reporting requirements and emails to UST and client re: the same. | 0.50 | 242.50 |
| 08/19/25 | K. Nixon | Email to client re: filed July MORs. | 0.10 | 48.50 |
| 08/19/25 | S. Stallings | Finalize and e-file monthly operating reports for EPIC Debtors. | 0.70 | 164.50 |
| | **Current Legal Fees:** | | **1.50** | **$ 567.50** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Shataia  Stallings | 235.00 | 0.70 | 164.50 |
| Katherine  Nixon | 485.00 | 0.70 | 339.50 |
| Steven R.  Kinsella | 635.00 | 0.10 | 63.50 |
| **Total** | | **1.50** | **$ 567.50** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 567.50 |
| **Total For Current Invoice:** | **$ 567.50** |



| | |
|---|---|
| **Invoice:** | **1951762** |
| **Invoice Date:** | **August 26, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0003** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through August 20, 2025

**Regarding: Adversary action against Preference 42, LLC**

Total for Current Legal Fees: $ 2,838.50

**Total For Current Invoice:** **$ 2,838.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**

Please send remittance information to paynotification@fredlaw.com

Tax ID:

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

**Invoice:** 1951762
**Invoice Date:** August 26, 2025
**Page:**

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 08/05/25 | 1947039 | 1,027.00 | | 1,027.00 |

**Total Prior Balance:** **$ 1,027.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 26, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



**Invoice:** **1951762**
**Invoice Date:** **August 26, 2025**
**Client Number:** **097807**
**Matter Number:** **097807.0003**

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 08/04/25 | S. Kinsella | Draft and revise reply in support of summary judgment. | 4.10 | 2,603.50 |
| 08/05/25 | S. Stallings | Attention to finalizing declaration, exhibits, and reply to Motion for Summary Judgment (.6); prepare supplemental discovery (.5). | 1.00 | 235.00 |
| | **Current Legal Fees:** | | **5.10** | **$ 2,838.50** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|------------|-----------|-------|---------------|
| Shataia  Stallings | 235.00 | 1.00 | 235.00 |
| Steven R.  Kinsella | 635.00 | 4.10 | 2,603.50 |
| **Total** | | **5.10** | **$ 2,838.50** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 2,838.50 |
| **Total For Current Invoice:** | **$ 2,838.50** |



| | |
|---|---|
| **Invoice:** | 1951763 |
| **Invoice Date:** | August 26, 2025 |
| **Client Number:** | 097807 |
| **Matter Number:** | 097807.0004 |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through August 20, 2025

**Regarding: Adversary against Boulevard Square**

Total for Current Legal Fees: $ 5,372.00

**Total For Current Invoice:** **$ 5,372.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

Tax ID: ▮▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

**Invoice:**        **1951763**
**Invoice Date:**     **August 26, 2025**
**Page:**

---

**Prior Balance Due Detail**

---

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 08/05/25 | 1947034 | 3,875.00 | | 3,875.00 |

**Total Prior Balance:**           **$ 3,875.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 26, 2025. If payment has been sent close to this date, please verify payment status.



**Invoice:** **1951763**
**Invoice Date:** **August 26, 2025**
**Client Number:** **097807**
**Matter Number:** **097807.0004**

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/01/25 | S. Kinsella | Review, revise, and finalize summary judgment motion. | 0.40 | 254.00 |
| 08/01/25 | S. Kinsella | Draft and revise reply in support of summary judgment. | 5.00 | 3,175.00 |
| 08/05/25 | S. Stallings | Attention to finalizing declaration, exhibits, and reply to Motion for Summary Judgment (.6); prepare supplemental discovery (.4). | 1.10 | 258.50 |
| 08/06/25 | S. Kinsella | Prepare for summary judgment hearing. | 2.50 | 1,587.50 |
| 08/15/25 | K. Nixon | Confirm requirements for filing satisfaction of judgment. | 0.10 | 48.50 |
| 08/18/25 | K. Nixon | Finalize satisfaction of judgment and email defense counsel re: the same. | 0.10 | 48.50 |
| | **Current Legal Fees:** | | **9.20** | **$ 5,372.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|------------|-----------|-------|---------------|
| Shataia  Stallings | 235.00 | 1.10 | 258.50 |
| Katherine  Nixon | 485.00 | 0.20 | 97.00 |
| Steven R.  Kinsella | 635.00 | 7.90 | 5,016.50 |
| **Total** | | **9.20** | **$ 5,372.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 5,372.00 |

# Fredrikson

| | |
|---|---|
| **Invoice:** | 1951763 |
| **Invoice Date:** | August 26, 2025 |
| **Page:** | 2 |

**Total For Current Invoice:**          **$ 5,372.00**

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



| | |
|---|---|
| **Invoice:** | **1951764** |
| **Invoice Date:** | **August 26, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0005** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through August 20, 2025

**Regarding: Adversary against Pioneer Place, LLC**

Total for Current Legal Fees:                                   $ 660.50

**Total For Current Invoice:**                              **$ 660.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                    **ACH & Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

Tax ID:

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

**Invoice:** **1951764**
**Invoice Date:** **August 26, 2025**
**Page:**

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 08/05/25 | 1947040 | 1,192.00 | | 1,192.00 |
| | **Total Prior Balance:** | | | **$ 1,192.00** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 26, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



| | |
|---|---|
| **Invoice:** | **1951764** |
| **Invoice Date:** | **August 26, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0005** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08/04/25 | K. Nixon | Email CRO re: entry of order granting motion to withdraw. | 0.10 | 48.50 |
| 08/11/25 | K. Nixon | Draft post-judgment discovery requests. | 0.40 | 194.00 |
| 08/12/25 | K. Nixon | Phone call with CRO re: post-judgment discovery requests. | 0.30 | 145.50 |
| 08/14/25 | S. Kinsella | Analyze post judgment discovery. | 0.20 | 127.00 |
| 08/14/25 | K. Nixon | Emails to defense counsel and client re: post-judgment discovery. | 0.20 | 97.00 |
| 08/18/25 | K. Nixon | Finalize post-judgment discovery to defendant. | 0.10 | 48.50 |
| | **Current Legal Fees:** | | **1.30** | **$ 660.50** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Katherine  Nixon | 485.00 | 1.10 | 533.50 |
| Steven R.  Kinsella | 635.00 | 0.20 | 127.00 |
| **Total** | | **1.30** | **$ 660.50** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 660.50 |
| **Total For Current Invoice:** | **$ 660.50** |



| | |
|---|---|
| **Invoice:** | **1951765** |
| **Invoice Date:** | **August 26, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0006** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through August 20, 2025

**Regarding: Adversary against SAD Downtown, LLC d/b/a The Firm**

Total for Current Legal Fees: $ 258.50

**Total For Current Invoice:** **$ 258.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

Tax ID: ▮▮▮▮▮▮

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

**Invoice:** **1951765**
**Invoice Date:** **August 26, 2025**
**Page:**

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 08/05/25 | 1947041 | 14,295.00 | | 14,295.00 |
| | **Total Prior Balance:** | | | **$ 14,295.00** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 26, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



| | |
|---|---|
| **Invoice:** | **1951765** |
| **Invoice Date:** | **August 26, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0006** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08/05/25 | S. Stallings | Attention to finalizing declaration, exhibits, and reply to Motion for Summary Judgment (.7); prepare supplemental discovery (4). | 1.10 | 258.50 |
| | **Current Legal Fees:** | | **1.10** | **$ 258.50** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Shataia  Stallings | 235.00 | 1.10 | 258.50 |
| **Total** | | **1.10** | **$ 258.50** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 258.50 |
| **Total For Current Invoice:** | **$ 258.50** |



**Invoice:** 1951766
**Invoice Date:** **August 26, 2025**
**Client Number:** 097807
**Matter Number:** 097807.0007

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through August 20, 2025

**Regarding: Adversary against Greenfield Commons**

Total for Current Legal Fees:                                          $ 194.00

**Total For Current Invoice:**                                    **$ 194.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                **ACH & Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ███████

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

| | | |
|---|---|---|
| **Invoice:** | **1951766** |
| **Invoice Date:** | **August 26, 2025** |
| **Page:** | |

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 08/05/25 | 1947042 | 605.00 | | 605.00 |
| | **Total Prior Balance:** | | | **$ 605.00** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 26, 2025. If payment has been sent close to this date, please verify payment status.



| | |
|---|---|
| **Invoice:** | **1951766** |
| **Invoice Date:** | **August 26, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0007** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08/15/25 | K. Nixon | Draft and finalize post-judgment discovery requests. | 0.40 | 194.00 |
| | **Current Legal Fees:** | | **0.40** | **$ 194.00** |

## Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Katherine  Nixon | 485.00 | 0.40 | 194.00 |
| **Total** | | **0.40** | **$ 194.00** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 194.00 |
| **Total For Current Invoice:** | **$ 194.00** |



| | |
|---|---|
| **Invoice:** | **1951767** |
| **Invoice Date:** | **August 26, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0008** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through August 20, 2025

**Regarding: Adversary against EPIC Holdings II**

Total for Current Legal Fees:                                                                 $ 824.50

**Total For Current Invoice:**                                                          **$ 824.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                    **ACH & Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

Tax ID: ███████

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

| | |
|---|---|
| **Invoice:** | 1951767 |
| **Invoice Date:** | August 26, 2025 |
| **Page:** | |

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 08/05/25 | 1947043 | 1,615.50 | | 1,615.50 |
| | **Total Prior Balance:** | | | **$ 1,615.50** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 26, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



**Invoice:** **1951767**
**Invoice Date:** **August 26, 2025**
**Client Number:** **097807**
**Matter Number:** **097807.0008**

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/05/25 | K. Nixon | Follow up emails to defense counsel re: status of stipulation. | 0.10 | 48.50 |
| 08/06/25 | K. Nixon | Finalize stipulation resolving motion for summary judgment. | 0.20 | 97.00 |
| 08/07/25 | K. Nixon | Email CRO re: entry of judgments. | 0.10 | 48.50 |
| 08/14/25 | K. Nixon | Confirm counties for judgment domestication. | 0.30 | 145.50 |
| 08/15/25 | K. Nixon | Domesticate judgment in Cass County, Ward County, and Becker County. | 0.80 | 388.00 |
| 08/18/25 | K. Nixon | Emails to client and defense counsel re: judgment domestication documents. | 0.20 | 97.00 |
| | **Current Legal Fees:** | | **1.70** | **$ 824.50** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 824.50 |
| **Total For Current Invoice:** | **$ 824.50** |



**Invoice:** 1951768
**Invoice Date:** **August 26, 2025**
**Client Number:** 097807
**Matter Number:** 097807.0011

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through August 20, 2025

**Regarding: Adversary against 36th and Veterans, LLC**

Total for Current Legal Fees:                                                    $ 694.00

**Total For Current Invoice:**                                        **$ 694.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**              **ACH & Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ████████

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

**Invoice:** **1951768**
**Invoice Date:** **August 26, 2025**
**Page:**

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 08/05/25 | 1947045 | 612.00 | | 612.00 |

**Total Prior Balance:**                                                          **$ 612.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 26, 2025. If payment has been sent close to this date, please verify payment status.



|  | **Invoice:** | **1951768** |
|---|---|---|
|  | **Invoice Date:** | **August 26, 2025** |
|  | **Client Number:** | **097807** |
|  | **Matter Number:** | **097807.0011** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/01/25 | K. Nixon | Email defense counsel re: July and August interest payments. | 0.10 | 48.50 |
| 08/04/25 | K. Nixon | Email CRO re: executed settlement agreement and email court staff re: cancellation of pretrial conference. | 0.20 | 97.00 |
| 08/05/25 | S. Kinsella | Review and revise settlement motion. | 0.10 | 63.50 |
| 08/05/25 | K. Nixon | Draft and finalize motion to approve settlement. | 0.90 | 436.50 |
| 08/11/25 | K. Nixon | Email CRO re: incoming wire from defendant. | 0.10 | 48.50 |
| | **Current Legal Fees:** | | **1.40** | **$ 694.00** |

## Invoice Totals

Total for Current Legal Fees:                                   $ 694.00

**Total For Current Invoice:**                               **$ 694.00**

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



| | |
|---|---|
| **Invoice:** | **1951769** |
| **Invoice Date:** | **August 26, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0012** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through August 20, 2025

**Regarding: Adversary against LTC – The Lincoln, LLC**

Total for Current Legal Fees: $ 1,765.50

**Total For Current Invoice:** **$ 1,765.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                    **ACH & Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

Tax ID: ██████

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

| | |
|---|---|
| **Invoice:** | 1951769 |
| **Invoice Date:** | August 26, 2025 |
| **Page:** | |

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 08/05/25 | 1947046 | 582.00 | | 582.00 |
| | **Total Prior Balance:** | | | **$ 582.00** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 26, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



| | |
|---|---|
| **Invoice:** | **1951769** |
| **Invoice Date:** | **August 26, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0012** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/04/25 | K. Nixon | Review mediator's letter and coordinate execution of mediation agreement. | 0.20 | 97.00 |
| 08/05/25 | K. Nixon | Email mediator re: signed mediation agreement. | 0.10 | 48.50 |
| 08/11/25 | S. Kinsella | Analyze settlement proposal. | 0.20 | 127.00 |
| 08/11/25 | K. Nixon | Phone call with defense counsel re: settlement. | 0.30 | 145.50 |
| 08/12/25 | S. Kinsella | Analyze settlement proposal. | 0.20 | 127.00 |
| 08/12/25 | K. Nixon | Phone call with and email to CRO re: proposed settlement terms. | 0.40 | 194.00 |
| 08/13/25 | S. Kinsella | Analyze settlement proposal. | 0.20 | 127.00 |
| 08/13/25 | K. Nixon | Emails to CRO re: settlement counteroffer and email to mediator re: status of settlement. | 0.40 | 194.00 |
| 08/14/25 | K. Nixon | Phone call with CRO and email to defense counsel re: counteroffers. | 0.40 | 194.00 |
| 08/18/25 | S. Kinsella | Analyze settlement proposal. | 0.20 | 127.00 |
| 08/18/25 | K. Nixon | Phone call to defense counsel and email to mediator re: extension of time to submit mediation statements. | 0.10 | 48.50 |
| 08/19/25 | S. Kinsella | Negotiate settlement amounts. | 0.30 | 190.50 |
| 08/19/25 | K. Nixon | Phone call with client re: settlement offer and emails to defense counsel and mediator re: agreement reached. | 0.30 | 145.50 |
| | **Current Legal Fees:** | | **3.30** | **$ 1,765.50** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 1,765.50 |

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1951769** |
| **Invoice Date:** | **August 26, 2025** |
| **Page:** | **2** |

**Total For Current Invoice:**                                    **$ 1,765.50**

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



| | |
|---|---|
| **Invoice:** | **1951770** |
| **Invoice Date:** | **August 26, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0016** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through August 20, 2025

**Regarding: Adversary against HI West Acres, LLC, f/k/a EPIC Hospitality, LLC**

Total for Current Legal Fees:                                                                    $ 3,410.00

**Total For Current Invoice:**                                                          **$ 3,410.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**            **Online Payments:**                    **ACH & Wire Instructions:**

Fredrikson & Byron P.A.            Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

Tax ID: ▉▉▉▉▉▉

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

**Invoice:** 1951770
**Invoice Date:** August 26, 2025
**Page:**

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 08/05/25 | 1947047 | 1,997.00 | | 1,997.00 |

**Total Prior Balance:** **$ 1,997.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 26, 2025. If payment has been sent close to this date, please verify payment status.



| | |
|---|---|
| **Invoice:** | **1951770** |
| **Invoice Date:** | **August 26, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0016** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/04/25 | S. Kinsella | Draft and revise reply in support of summary judgment motion. | 1.90 | 1,206.50 |
| 08/05/25 | S. Kinsella | Finalize and file reply in support of summary judgment. | 3.10 | 1,968.50 |
| 08/05/25 | S. Stallings | Attention to finalizing declaration, exhibits, and reply to Motion for Summary Judgment (.6); prepare supplemental discovery (.4). | 1.00 | 235.00 |
| | **Current Legal Fees:** | | **6.00** | **$ 3,410.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 3,410.00 |
| **Total For Current Invoice:** | **$ 3,410.00** |



**Fredrikson**

| | |
|---|---|
| **Invoice:** | **1951771** |
| **Invoice Date:** | **August 26, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0018** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through August 20, 2025

**Regarding: Adversary action against EPIC Holdings LLC**

Total for Current Legal Fees: $ 433.00

**Total For Current Invoice:** **$ 433.00**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

Tax ID: ■■■■■

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1951771** |
| **Invoice Date:** | **August 26, 2025** |
| **Page:** | |

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 08/05/25 | 1947048 | 956.00 | | 956.00 |
| **Total Prior Balance:** | | | | **$ 956.00** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 26, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



**Invoice:**          **1951771**
**Invoice Date:**     **August 26, 2025**
**Client Number:**    **097807**
**Matter Number:**    **097807.0018**

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/06/25 | S. Kinsella | Communications with opposing counsel regarding stipulation. | 0.30 | 190.50 |
| 08/06/25 | K. Nixon | Finalize stipulation resolving motion for summary judgment. | 0.20 | 97.00 |
| 08/15/25 | K. Nixon | Domesticate judgment in Cass County and Ward County. | 0.30 | 145.50 |
| | **Current Legal Fees:** | | **0.80** | **$ 433.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 433.00 |
| **Total For Current Invoice:** | **$ 433.00** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



| | |
|---|---|
| **Invoice:** | **1951772** |
| **Invoice Date:** | **August 26, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0019** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through August 20, 2025

**Regarding: Adversary against Fargo South Hospitality, LLC**

Total for Current Legal Fees:  $ 242.50

**Total For Current Invoice:**  **$ 242.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**

Please send remittance information to paynotification@fredlaw.com

Tax ID:

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1951772** |
| **Invoice Date:** | **August 26, 2025** |
| **Page:** | |

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|---------------|--------|----------|-------------|
| 08/05/25 | 1947035 | 694.00 | | 694.00 |

**Total Prior Balance:** **$ 694.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 26, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



| | | | |
|---|---|---|---|
| **Invoice:** | 1951772 | | |
| **Invoice Date:** | **August 26, 2025** | | |
| **Client Number:** | 097807 | | |
| **Matter Number:** | 097807.0019 | | |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08/04/25 | K. Nixon | Email CRO re: orders approving settlement and draft stipulation of dismissal. | 0.30 | 145.50 |
| 08/13/25 | K. Nixon | Follow up with defense counsel re: stipulation of dismissal. | 0.10 | 48.50 |
| 08/14/25 | K. Nixon | Finalize stipulation for dismissal without prejudice. | 0.10 | 48.50 |
| | **Current Legal Fees:** | | **0.50** | **$ 242.50** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 242.50 |
| **Total For Current Invoice:** | **$ 242.50** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



| | |
|---|---|
| **Invoice:** | **1951773** |
| **Invoice Date:** | **August 26, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0020** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through August 20, 2025

**Regarding: Adversary against BA Downtown, LLC**

Total for Current Legal Fees: $ 194.00

**Total For Current Invoice:** **$ 194.00**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

**Tax ID:**

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



|  | Invoice: | 1951773 |
|---|---|---|
|  | Invoice Date: | August 26, 2025 |
|  | Client Number: | 097807 |
|  | Matter Number: | 097807.0020 |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08/15/25 | K. Nixon | Draft and finalize post-judgment discovery requests. | 0.40 | 194.00 |
|  | **Current Legal Fees:** |  | **0.40** | **$ 194.00** |

### Timekeeper Summary

| Timekeeper | Bill Rate | Hours | Billed Amount |
|---|---|---|---|
| Katherine  Nixon | 485.00 | 0.40 | 194.00 |
| **Total** |  | **0.40** | **$ 194.00** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 194.00 |
| **Total For Current Invoice:** | **$ 194.00** |

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com



| | |
|---|---|
| **Invoice:** | **1951774** |
| **Invoice Date:** | **August 26, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0022** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through August 20, 2025

**Regarding: Adversary against EPIC Place, LLC**

Total for Current Legal Fees:                                                    $ 645.50

**Total For Current Invoice:**                                               **$ 645.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                    **ACH & Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484

Please send remittance information to paynotification@fredlaw.com

Tax ID: ███████

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1951774** |
| **Invoice Date:** | **August 26, 2025** |
| **Page:** | |

### Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 08/05/25 | 1947049 | 1,187.00 | | 1,187.00 |

**Total Prior Balance:** **$ 1,187.00**

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 26, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



| | |
|---|---|
| **Invoice:** | **1951774** |
| **Invoice Date:** | **August 26, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0022** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08/18/25 | K. Nixon | Coordinate execution of settlement agreement and draft and finalize motion to approve settlement. | 0.90 | 436.50 |
| 08/19/25 | S. Kinsella | Review and revise settlement agreement. | 0.10 | 63.50 |
| 08/19/25 | K. Nixon | Finalize motion to approve settlement. | 0.30 | 145.50 |
| | **Current Legal Fees:** | | **1.30** | **$ 645.50** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 645.50 |
| **Total For Current Invoice:** | **$ 645.50** |

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



| | |
|---|---|
| **Invoice:** | **1951776** |
| **Invoice Date:** | **August 26, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0023** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through August 20, 2025

**Regarding: Adversary against The Tracks - Maverick, LLC**

Total for Current Legal Fees: $ 981.50

**Total For Current Invoice:** **$ 981.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**    **Online Payments:**    **ACH & Wire Instructions:**

Fredrikson & Byron P.A.    Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

Tax ID: █████████

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

| | |
|---|---|
| **Invoice:** | **1951776** |
| **Invoice Date:** | **August 26, 2025** |
| **Page:** | |

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 08/05/25 | 1947050 | 593.50 | | 593.50 |

**Total Prior Balance:** **$ 593.50**

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 26, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



| | |
|---|---|
| **Invoice:** | **1951776** |
| **Invoice Date:** | **August 26, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0023** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08/14/25 | K. Nixon | Email to mediator confirming settlement terms. | 0.10 | 48.50 |
| 08/19/25 | S. Kinsella | Review bank correspondence and follow-up with opposing counsel. | 0.20 | 127.00 |
| 08/19/25 | K. Nixon | Review letter from First Western Bank and email defense counsel re: the same (0.2); draft settlement agreement (1.2). | 1.40 | 679.00 |
| 08/20/25 | S. Kinsella | Review settlement agreement. | 0.20 | 127.00 |
| | **Current Legal Fees:** | | **1.90** | **$ 981.50** |

### Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 981.50 |
| **Total For Current Invoice:** | **$ 981.50** |



**Fredrikson**

| | |
|---|---|
| **Invoice:** | **1951777** |
| **Invoice Date:** | **August 26, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0025** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through August 20, 2025

**Regarding: Adversary against EOLA Landholdings, LLC**

Total for Current Legal Fees:                                                    $ 194.00

**Total For Current Invoice:**                                          **$ 194.00**

***Payment is due within 30 days from receipt of invoice***
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**          **Online Payments:**                    **ACH & Wire Instructions:**

Fredrikson & Byron P.A.          Fredlaw.com/payment
P.O. Box 1484
Minneapolis, MN 55480-1484



Please send remittance information to paynotification@fredlaw.com

**Tax ID:** ███████

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:**            **1951777**
**Invoice Date:**       **August 26, 2025**
**Client Number:**      **097807**
**Matter Number:**      **097807.0025**

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/15/25 | K. Nixon | Draft and finalize post-judgment discovery requests. | 0.40 | 194.00 |
| | **Current Legal Fees:** | | **0.40** | **$ 194.00** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 194.00 |
| **Total For Current Invoice:** | **$ 194.00** |



| | |
|---|---|
| **Invoice:** | **1951778** |
| **Invoice Date:** | **August 26, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0026** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through August 20, 2025

**Regarding: Dutch Mill Development LLC**

Total for Current Legal Fees: $ 95.50

**Total For Current Invoice:** **$ 95.50**

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

Tax ID: ██████

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402

# Fredrikson

**Invoice:** **1951778**
**Invoice Date:** **August 26, 2025**
**Page:**

## Prior Balance Due Detail

| Date | Invoice Number | Amount | Payments | Balance Due |
|------|----------------|--------|----------|-------------|
| 08/05/25 | 1947051 | 1,067.00 | | 1,067.00 |
| **Total Prior Balance:** | | | | **$ 1,067.00** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of August 26, 2025. If payment has been sent close to this date, please verify payment status.

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



**Invoice:** 1951778
**Invoice Date:** August 26, 2025
**Client Number:** 097807
**Matter Number:** 097807.0026

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/04/25 | S. Stallings | Attention regarding garnishment and process of service regarding Dutch Mill Beverages. | 0.20 | 47.00 |
| 08/20/25 | K. Nixon | Confirm status of garnishment summons to First Western. | 0.10 | 48.50 |
| | **Current Legal Fees:** | | **0.30** | **$ 95.50** |

## Invoice Totals

Total for Current Legal Fees: $ 95.50

**Total For Current Invoice:** **$ 95.50**

Fredrikson & Byron, P.A.
P.O. Box 1484 / Minneapolis, Minnesota 55480-1484
USA / China / Mexico / fredlaw.com



| | |
|---|---|
| **Invoice:** | **1951779** |
| **Invoice Date:** | **August 26, 2025** |
| **Client Number:** | **097807** |
| **Matter Number:** | **097807.0028** |

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

For Previously Unbilled Professional Services Rendered Through August 20, 2025

**Regarding: Adversary against West Fargo Dive Bar, LLC**

Total for Current Legal Fees: $ 1,015.00

**Total For Current Invoice:** **$ 1,015.00**

*Payment is due within 30 days from receipt of invoice*
If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**



Please send remittance information to paynotification@fredlaw.com

Tax ID: ▉▉▉▉▉

**Please remit this page with your payment. Thank you. We appreciate your business.**

Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to
Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402



**Invoice:**          **1951779**
**Invoice Date:**     **August 26, 2025**
**Client Number:**    **097807**
**Matter Number:**    **097807.0028**

EPIC Companies Midwest, LLC
Attn: Patrick Finn
900 Long Lake Rd, Suite 180
Lighthouse Management Group, Inc.
New Brighton, MN  55112

### Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 08/01/25 | K. Nixon | Emails with defense counsel and CRO re: settlement offers. | 0.30 | 145.50 |
| 08/19/25 | S. Kinsella | Review and revise settlement agreement. | 0.30 | 190.50 |
| 08/19/25 | K. Nixon | Draft settlement agreement. | 1.30 | 630.50 |
| 08/20/25 | K. Nixon | Email defense counsel re: draft settlement agreement. | 0.10 | 48.50 |
| | **Current Legal Fees:** | | **2.00** | **$ 1,015.00** |

### Invoice Totals

Total for Current Legal Fees:                           $ 1,015.00

**Total For Current Invoice:**                          **$ 1,015.00**

Fredrikson & Byron, P.A.
P.O. Box 1484  /  Minneapolis, Minnesota 55480-1484
USA  /  China  /  Mexico  /  fredlaw.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | **Jointly Administered** |
| | |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| | |
| Debtors. | Chapter 11 |

## NOTICE OF TWELFTH AND FINAL APPLICATION OF FREDRIKSON & BYRON, P.A. FOR ALLOWANCE OF FEES AND EXPENSES AS CHAPTER 11 COUNSEL FOR THE DEBTORS FROM JULY 1, 2025 THROUGH AUGUST 20, 2025

TO:    The parties-in-interest as specified in the Notice and Service Requirements adopted pursuant to Local Rule 2002-1 and the Court's order limiting notice pursuant to Fed. R. Bankr. P. 2002(i). (ECF No. 124.)

1.    **NOTICE IS HEREBY GIVEN** that Fredrikson & Byron, P.A., as Chapter 11 counsel for the Debtors, has filed its twelfth and final application for allowance of fees and expenses, a copy of which is attached hereto and served upon you.

2.    **NOTICE IS FURTHER GIVEN** that any objection to the application must be filed with the Clerk of the United States Bankruptcy Court, whose address is Quentin N. Burdick Courthouse, 655 First Avenue North, Suite 210, Fargo, North Dakota 58102, and served upon the attorney whose name and address is listed below, by **Tuesday, October 7, 2025, which is twenty-one (21) days from the date of the filing of this Notice**. Any objections not filed and served may deemed waived.

Dated:  September 16, 2025

/e/ *Steven R. Kinsella*
Michael S. Raum (#05676)
**FREDRIKSON & BYRON, P.A.**
51 Broadway, Suite 400
Fargo, ND  58102-4991
701.237.8200
mraum@fredlaw.com

Steven R. Kinsella (#09514)
Katherine A. Nixon (*pro hac vice* MN #0402772)
**FREDRIKSON & BYRON, P.A.**
60 South 6th Street, Suite 1500
Minneapolis, MN  55402-4400
612.492.7000
skinsella@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR THE LIQUIDATING TRUST**