## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors.[1] | Chapter 11 |

### THIRTEENTH AND FINAL APPLICATION OF LIGHTHOUSE MANAGEMENT GROUP, INC. FOR ALLOWANCE OF FEES AND EXPENSES AS CHIEF RESTRUCTURING OFFICER FOR THE DEBTORS FROM AUGUST 1, 2025 THROUGH AUGUST 21, 2025

1.      Patrick Finn and Lighthouse Management Group, Inc. (collectively, "<u>Lighthouse</u>") make this thirteenth and final application for allowance of fees for professional services rendered and reimbursement of expenses incurred as the chief restructuring officer for EPIC Companies Midwest, LLC, EPIC Companies Midwest 2023, LLC, EPIC Employee, LLC, EOLA Capital, LLC, and EC West Fargo, LLC (collectively, the "<u>Debtors</u>") between August 1, 2025 and August 21, 2025 pursuant to 11 U.S.C. § 330.

2.      In support of this application, Lighthouse respectfully states as follows:

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Debtors' address is c/o Lighthouse Management Group, Inc., 900 Long Lake Road, Suite 180, New Brighton, MN 55112 and their Employer Identification Numbers (EINs) are as follows: 83-2840705 (EPIC Companies Midwest, LLC), 88-3709518 (EPIC Companies Midwest 2023, LLC), 88-4112082 (EPIC Employee, LLC), 88-0554720 (EOLA Capital, LLC) and 82-5331354 (EC West Fargo, LLC).

## JURISDICTION

3.      This Court has jurisdiction over this application pursuant to 28 U.S.C. §§ 157 and 1334 and Fed. R. Bankr. P. 5005. This a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The petitions commencing these Chapter 11 cases were filed on July 8, 2024 (the "Petition Date").

4.      On June 6, 2025, the Debtors filed a joint Amended Chapter 11 Plan of Liquidation. (ECF No. 366, the "Plan"). On August 6, 2025, the Court entered an order confirming the Plan and substantively consolidating the Debtors' assets, liabilities, and operations. (ECF No. 431.) Further, pursuant to the Plan, all assets of the Debtors were transferred to a Liquidating Trust (the "Liquidating Trust") as of August 21, 2025 (the "Effective Date") and Lighthouse was appointed as the Liquidating Trustee. (ECF No. 454.)

5.      Pursuant to Article X(d) of the Plan and the order confirming the Plan, the Court retained jurisdiction to "grant or deny any applications for allowance of compensation or reimbursement of expenses authorized pursuant to the Bankruptcy Code or th[e] Plan for periods ending on or before the Effective Date." (ECF Nos. 366, 431.)

6.      Article 3.1.2 of the Plan requires that "[a]ll holders of professional fees and expenses claims . . . file and serve an application for final allowance of compensation and reimbursement of expenses accruing from the Filing Date to the Effective Date, no later than 30 days after the Effective Date." (ECF No. 366.)

7.      This application arises under 11 U.S.C. §§ 503(b)(2), 328(a), 330, and 331. This application is filed under Fed. R. Bankr. P. 2016 and 2002(a)(6). Notice of this application is provided pursuant to the Notice and Service Requirements adopted pursuant to Local Rule 2002-1 and the Court's order limiting notice pursuant to Fed. R. Bankr. P. 2002(i). (ECF No. 124.)

## BACKGROUND

8.      On July 8, 2024, the Debtors filed a motion for an order authorizing the Debtors to retain Lighthouse as their chief restructuring officer under 11 U.S.C. § 363. (ECF No. 10.) On July 31, 2024, the Court entered an order granting that motion. (ECF No. 59.) On August 14, 2024, the Court entered an amended order authorizing the Debtors to retain Lighthouse as their chief restructuring officer under 11 U.S.C. § 327. (ECF No. 71.) A copy of that amended order is attached as **Exhibit A**.

9.      On July 8, 2024, the Debtors also filed a motion to establish compensation procedures. (ECF No. 11.) On August 14, 2024, the Court entered an order: (a) granting that motion; (b) allowing the Debtors to pay Lighthouse its fees and expenses on a bi-weekly basis; and (c) requiring Lighthouse to file a monthly staffing report by the 20th of each month identifying, among other things, the fees and expenses paid to Lighthouse by the Debtors for the preceding month. (ECF No. 72.) A copy of that order is attached as **Exhibit B**.

10.      The monthly staffing reports were treated as interim applications for allowance of fees and expenses pursuant to 11 U.S.C. §§ 328 and 330. (ECF No. 72.)

11.      Lighthouse commenced its postpetition services to the Debtors on July 8, 2024. Lighthouse charged hourly rates for its services to the Debtors. The hourly rates for these services ranged from $95.00 to $550.00 per hour. (ECF No. 10.) These rates are customary and commensurate with the level of services provided.

12.      This is Lighthouse's thirteenth and final application for allowance of fees under 11 U.S.C. § 331:

| Monthly Staffing Report Amount | Date of Order Approving Monthly Staffing Report | Docket No. |
|---|---|---|
| $105,405.07 | 10/15/24 | 135 |
| $66,165.61 | 11/14/24 | 165 |
| $75,888.83 | 12/20/24 | 198 |
| $47,366.00 | 1/16/25 | 208 |
| $26,747.02 | 2/20/25 | 231 |
| $34,557.00 | 3/14/25 | 255 |
| $37,911.00 | 4/11/25 | 271 |
| $34,518.00 | 5/9/25 | 302 |
| $106,664.00 | 6/16/25 | 375 |
| $74,732.50 | 7/15/25 | 398 |
| $57,205.50 | 8/19/25 | 444 |
| $55,770.00 | Pending | Pending |
| **$722,930.53** | | |

13.    In preparing this thirteenth and final application, Lighthouse discovered that certain fees and expenses were inadvertently omitted from prior monthly staffing reports due to a timing issue. Those fees and expenses are described below:

| Month | Hours | Expenses | Description |
|---|---|---|---|
| September 2024 | 53.6 | $23,801.50 | Process payables, analyze Debtors' financial condition and formulate plan of action, and communicate with investors and borrowers. |
| September 2024 | | $6.25 | Parking |
| October 2024 | | $3,701.13 | Microsoft, postage |
| November 2024 | | $3,695.63 | Microsoft |
| December 2024 | | $3,695.63 | Microsoft |
| January 2025 | | $3,701.39 | Microsoft, postage |
| February 2025 | | $535.43 | Microsoft, postage |
| March 2025 | | $1,483.09 | Microsoft, postage, mileage, hotel |
| April 2025 | 6.8 | $2,210.00 | Review of data for legal hold |
| April 2025 | | $846.58 | Microsoft, postage |
| May 2025 | | $750.17 | Microsoft, postage |
| June 2025 | | $666.23 | Microsoft, parking, postage |
| July 2025 | | $2,099.19 | Microsoft , flight, car, hotel, meals, parking, postage |
| | **60.4** | **$47,192.22** | |

14.    Therefore, the total amount previously paid by the Debtors to Lighthouse is $770,122.75.

15.     Prepetition, the Debtors had paid Lighthouse a $50,000 retainer for its services as the Debtors' chief restructuring officer. (*See* ECF No. 10.) Before filing, Lighthouse applied the retainer to prepetition fees and expenses and currently holds the remaining $38,495 in trust (the "Retainer"). Lighthouse intends to hold the balance of the Retainer for its services as Liquidating Trustee of the Liquidating Trust.

16.     Lighthouse believes that the Debtors are current in payment of ordinary operating expenses and any allowed administrative expenses, that any quarterly fees have been or will be paid as required to the United States Trustee, and that all monthly operating reports are being timely filed, including pursuant to any extensions granted by the United States Trustee.

## **RELIEF REQUESTED**

17.     **Postpetition Fees.** By this application, Lighthouse requests final allowance of fees for professional services rendered during these Chapter 11 cases between August 1, 2025 and August 21, 2025 in the amount of **$30,426.00**, and reimbursement of expenses incurred in the amount of **$23.55**, for a total of **$30,449.55**.

18.     The professional services rendered by Lighthouse are detailed on the attached **Exhibit C**.[2] Those services include the tasks specifically described below:

---

[2] The invoices include certain fees and expenses from July 2025. Those fees and expenses were included in Lighthouse's July 2025 monthly staffing report (ECF No. 446) and are not included herein.

**(BS110) Case Administration**: **$6,022.50**

Services include preparing for and attending weekly status meetings with Debtors' counsel; communicating with Debtors' counsel regarding pending litigation; and preparing monthly operating reports.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Patrick Finn | 6.7 | 2025 | $550.00 | $3,685.00 |
| Renee Foss | 8.5 | 2025 | $275.00 | $2,337.50 |
| **TOTAL** | **15.2** | | | **$6,022.50** |

| Blended Hourly Rate: | $396.22 |
|---|---|

**(BS120) Asset Analysis and Recovery**: **$23,226.50**

Services include updating Debtors' investor spreadsheet; reviewing and revising replies in support of motions for summary judgment; communicating with borrowers regarding settlement; updating loan verification spreadsheets; reviewing transactions related to certain creditors; and reviewing and revising complaint against borrower.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Patrick Finn | 29.9 | 2025 | $550.00 | $16,445.00 |
| Renee Foss | 20.9 | 2025 | $275.00 | $5,747.50 |
| Pam Wigen | 9.4 | 2025 | $110.00 | $1,034.00 |
| **TOTAL** | **60.2** | | | **$23,226.50** |

| Blended Hourly Rate: | $385.82 |
|---|---|

**(BS210) Business Operations**: **$77.00**

Services include processing payables.

| Name | Hours | Year | Hourly Rate | Fees |
|---|---|---|---|---|
| Pam Wigen | 0.7 | 2025 | $110.00 | $77.00 |
| **TOTAL** | **0.7** | | | **$77.00** |

| Blended Hourly Rate: | $110.00 |
|---|---|

**(BS310) Claims Administration and Objections**: **$1,100.00**

Services include confirming deadline for review of claims; strategizing regarding steps needed to complete claims process; and analyzing transactions involving insiders.

| **Name** | **Hours** | **Year** | **Hourly Rate** | **Fees** |
|---|---|---|---|---|
| Patrick Finn | 2.0 | 2025 | $550.00 | $1,100.00 |
| **TOTAL** | **2.0** | | | **$1,100.00** |

| Blended Hourly Rate: | $550.00 |
|---|---|

**TOTAL FEES: $30,426.00**

19.     **Reimbursement of Expenses.**  In the course of acting as chief restructuring officer for the Debtors, Lighthouse incurred expenses detailed on **Exhibit C**, and requests allowance thereof as follows:

| **Expenses** | **Amount** |
|---|---|
| Microsoft Fees | $13.55 |
| Parking for Summary Judgment Hearing | $10.00 |
| **TOTAL** | **$23.55** |

**TOTAL EXPENSES: $23.55**

20.     All services for which fees are requested by Lighthouse were performed for and on behalf of the Debtors, and not on behalf of any committee, creditor, or other person.

21.     The amount requested constitutes reasonable compensation for actual, necessary services rendered by Lighthouse, based on the nature, the extent, and the value of such services, the time spent on such services, and the cost of comparable services other than in a case under Title 11.  Lighthouse has not entered into any agreement, express or implied, with any other party-in-interest, including the Debtors, any creditor, receiver, trustee, or any representative of any of them, or with any attorney for such party-in-interest in the proceedings, for the purpose of fixing fees or other compensation to be paid to such party-in-interest in the proceedings for services

7

rendered or expenses incurred from the assets of the estate in excess of the compensation allowed by law.

**WHEREFORE,** Lighthouse respectfully requests that the Court enter an order:

A.    Allowing Lighthouse's fees incurred between August 1, 2025 and August 21, 2025 in the amount of **$30,426.00**, and expenses in the amount of **$23.55**, totaling **$30,449.55**.

B.    Authorizing the Liquidating Trust to pay Lighthouse such allowed postpetition fees and expenses on behalf of the Debtors;

C.    Authorizing Lighthouse to hold the balance of the Retainer for its services as Liquidating Trustee of the Liquidating Trust;

D.    Allowing, on a final basis, all of Lighthouse's fees and expenses previously allowed in these Chapter 11 cases through August 21, 2025, and granting administrative expense priority to such allowed fees and expenses; and

E.    Granting such other and further relief as may be just and proper.

Dated:  September 16, 2025               /e/ *Patrick Finn*
_____
                                        Patrick Finn
                                        Partner, Lighthouse Management Group, Inc.
                                        Chief Restructuring Officer of the Debtors

Prepared with assistance from:

Dated:  September 16, 2025               /e/ *Katherine A. Nixon*
_____
                                        Steven R. Kinsella (#09514)
                                        Katherine A. Nixon (*pro hac vice* MN #0402772)
                                        **FREDRIKSON & BYRON, P.A.**
                                        60 South 6th Street, Suite 1500
                                        Minneapolis, MN  55402-4400
                                        612.492.7000
                                        skinsella@fredlaw.com
                                        knixon@fredlaw.com

                                        **ATTORNEYS FOR THE LIQUIDATING TRUST**

## <u>AFFIDAVIT</u>

I, Patrick Finn, am a Partner of Lighthouse Management Group, Inc., the Chief Restructuring Officer for EPIC Companies Midwest, LLC, EPIC Companies Midwest 2023, LLC, EPIC Employee, LLC, EOLA Capital, LLC, and EC West Fargo, LLC, and I declare under penalty of perjury that the foregoing *Thirteenth and Final Application of Lighthouse Management Group, Inc. for Allowance of Fees and Expenses as Chief Restructuring Officer for the Debtors from August 1, 2025 Through August 21, 2025* is true and correct according to the best of my knowledge, information, and belief.

Dated: September 16, 2025

 /e/ *Patrick Finn*_____
Patrick Finn
Partner, Lighthouse Management Group, Inc.
Chief Restructuring Officer of the Debtors

## **EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | Jointly Administered |
| | |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| | |
| Debtors. | Chapter 11 |

## AMENDED ORDER AUTHORIZING THE RETENTION OF LIGHTHOUSE MANAGEMENT GROUP AS THE DEBTORS' CHIEF RESTRUCTURING OFFICER

Debtors filed a Motion for an Order Authorizing the Retention of Lighthouse Management Group Under 11 U.S.C. § 363 as the Debtor's Chief Restructuring Officer [Doc. 10]. Pursuant to the notice of the Motion [Doc. 16], objections to the Motion were due by July 30, 2024.

Debtors served notice of the Motion. The Court received no objections to the Motion. Based upon the Motion and the Declaration of Patrick Finn [Doc. 6], the Court finds that the retention of Lighthouse Management Group ("Lighthouse") as the Debtors' Chief Restructuring Officer ("CRO") is within the sound business judgment of the Debtors.

For the reasons stated on the record at a hearing on August 14, 2024, the Court finds that Lighthouse is a professional property retained under 11 U.S.C. § 327. Accordingly,

**IT IS ORDERED** that Debtors are authorized to retain and employ Lighthouse under section 327 as Debtors' CRO to provide management and assistance to the Debtors in accordance with the terms and conditions set forth in the Consulting Agreement, which was attached to the Motion as **Exhibit A**.

Dated:  August 14, 2024.

*Shon Hastings*

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT

**EXHIBIT B**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In re:                                           **Jointly Administered**

EPIC Companies Midwest, LLC,                     Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                Bankruptcy No. 24-30282
EPIC Employee, LLC,                              Bankruptcy No. 24-30283
EOLA Capital, LLC, and                           Bankruptcy No. 24-30284
EC West Fargo, LLC,                              Bankruptcy No. 24-30285

            Debtors.                             Chapter 11

## ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR RETAINED PROFESSIONALS

Debtors filed a Motion for an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief.  Doc. 11. Pursuant to the notice of the Motion [Doc. 16], objections to the Motion were due by July 30, 2024.

Debtors served notice of the Motion. The Court received no objections to the Motion.  The Court held a hearing on the Motion on August 14, 2024.  Based upon the Motion and the Declaration of Patrick Finn [Doc. 6] and for the reasons stated on the record at the August 14, 2024, hearing, the Court finds that the circumstances of these cases warrant granting the relief provided below.

**IT IS ORDERED** that, except as otherwise provided in any order of the Court, professionals employed in this bankruptcy case, including Fredrikson & Byron, P.A., shall be permitted to seek interim payment of compensation and reimbursement of expenses by filing monthly applications for interim compensation and reimbursement of expenses.

**IT IS FURTHER ORDERED** that Debtors are authorized to pay all reasonable amounts invoiced by Lighthouse Management Group, Inc. ("Lighthouse") for fees and expenses on a bi-weekly basis.

**IT IS FURTHER ORDERED** that Lighthouse will file with the Court and serve on Debtors, the United States Trustee, and any statutory committee appointed in this case (the "Notice Parties") a monthly staffing report, filed and served by the 20th of each month for the previous month, identifying the Lighthouse employees who worked on this case, the total hours billed by Lighthouse, and a summary of the tasks performed. Lighthouse will also file with the Court and serve on the Notice Parties a quarterly compensation report by the 20th of each month following the end of a quarter, showing the total fees and expenses for the preceding quarter. These reports will be deemed applications for interim compensation under sections 328 and 330. Parties in interest may object to the reports within 21 days after notice. The Court will rule on the applications after the deadline to object passes or after a hearing on the application.

**IT IS FURTHER ORDERED** that Debtors will allocate the fees and expenses approved among Debtors pro rata if the professionals charge for tasks that generally apply to all cases and to the appropriate Debtor if the tasks relate solely to a specific Debtor.

Dated:  August 14, 2024.

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT

2

**EXHIBIT C**



**Lighthouse Management Group, Inc.**
900 Long Lake Road
Suite 180
New Brighton, MN 55112
(651) 323-2260
www.lighthousemanagement.com

August 11, 2025

EPIC Companies

**Invoice Number: 6054**
Invoice Period: 07-29-2025 - 08-11-2025

Payment Terms: Upon Receipt

**RE: Bankruptcy of EC West Fargo, LLC, EOLA Capital, LLC EPIC Companies Midwest, LLC, EPIC Companies Midwest 2023, LLC, and EPIC Employees. LLC**

## Time Details

| Date | Professional | Activity | Hours | Rate | Amount |
|------|--------------|----------|------:|-----:|-------:|
| 07-29-2025 | Patrick Finn | B195 Non-Working Travel | 1.80 | 275.00 | 495.00 |
| | | Travel from MSP to BIS. | | | |
| 07-29-2025 | Patrick Finn | B120 Asset Analysis and Recovery | 12.40 | 550.00 | 6,820.00 |
| | | Inspect Greenfield property. Prep for and attend meeting with Greenfield representatives. Prepare draft follow up communication. Call with counsel regarding discussions and other immediate priorities. | | | |
| 07-29-2025 | Pam Wigen | B120 Asset Analysis and Recovery | 1.50 | 110.00 | 165.00 |
| | | Update company investor spreadsheet. | | | |
| 07-30-2025 | Pam Wigen | B120 Asset Analysis and Recovery | 1.80 | 110.00 | 198.00 |
| | | Update company investor spreadsheet. | | | |
| 07-30-2025 | Patrick Finn | B195 Non-Working Travel | 2.70 | 275.00 | 742.50 |
| | | Travel from BIS to MSP. | | | |
| 07-30-2025 | Patrick Finn | B120 Asset Analysis and Recovery | 2.50 | 550.00 | 1,375.00 |
| | | Prep for and attend calls with counsel regarding settlement discussions and discovery. Communications with borrowers regarding same. | | | |
| 07-31-2025 | Pam Wigen | B120 Asset Analysis and Recovery | 5.40 | 110.00 | 594.00 |
| | | Update company investor spreadsheet. | | | |

| Date | Professional | Activity | Hours | Rate | Amount |
|------|-------------|----------|-------|------|--------|
| 07-31-2025 | Patrick Finn | B120 Asset Analysis and Recovery | 3.40 | 550.00 | 1,870.00 |
| | | Review and revise MSJ motion. Communication with counsel regarding same. | | | |
| 08-01-2025 | Pam Wigen | B120 Asset Analysis and Recovery | 1.30 | 110.00 | 143.00 |
| | | Update company investor spreadsheet. | | | |
| 08-01-2025 | Patrick Finn | B120 Asset Analysis and Recovery | 2.90 | 550.00 | 1,595.00 |
| | | Review and revise MSJ response. Communication with counsel regarding same and regarding settlement negotiations. | | | |
| 08-04-2025 | Patrick Finn | B110 Case Administration | 1.30 | 550.00 | 715.00 |
| | | Prep for and attend weekly status meeting. | | | |
| 08-04-2025 | Patrick Finn | B120 Asset Analysis and Recovery | 4.20 | 550.00 | 2,310.00 |
| | | Review Responses ISO MSJ. Review corporate records to locate supporting documents. Communication with Poppes regarding Vanne Moorhead settlement option. | | | |
| 08-05-2025 | Patrick Finn | B120 Asset Analysis and Recovery | 3.90 | 550.00 | 2,145.00 |
| | | Review and revise Response ISO MSJ. Review, revise, and execute declarations. Communication with counsel regarding settlement negotiations. | | | |
| 08-06-2025 | Renee Foss | B120 Asset Analysis and Recovery | 3.40 | 275.00 | 935.00 |
| | | Create clean format of GL Details | | | |
| 08-06-2025 | Pam Wigen | B120 Asset Analysis and Recovery | 2.10 | 110.00 | 231.00 |
| | | Update company investor spreadsheet. | | | |
| 08-06-2025 | Patrick Finn | B120 Asset Analysis and Recovery | 1.20 | 550.00 | 660.00 |
| | | Follow up on status of settlement negotiations. | | | |
| 08-07-2025 | Pam Wigen | B120 Asset Analysis and Recovery | 2.20 | 110.00 | 242.00 |
| | | Update company investor spreadsheet. | | | |
| 08-07-2025 | Patrick Finn | B120 Asset Analysis and Recovery | 3.80 | 550.00 | 2,090.00 |
| | | Prep for and attend hearing. Communication with counsel regarding same. Review orders. Follow up on status of settlement negotiations. | | | |
| 08-07-2025 | Renee Foss | B120 Asset Analysis and Recovery | 1.60 | 275.00 | 440.00 |
| | | Review transactions for investors | | | |
| 08-07-2025 | Pam Wigen | B120 Asset Analysis and Recovery | 1.80 | 110.00 | 198.00 |
| | | Update company investor spreadsheet. | | | |
| 08-08-2025 | Patrick Finn | B110 Case Administration | 0.10 | 550.00 | 55.00 |
| | | Communication with counsel regarding litigaiton. | | | |
| 08-11-2025 | Patrick Finn | B110 Case Administration | 0.90 | 550.00 | 495.00 |
| | | Prep for and attend weekly status meeting. | | | |
| 08-11-2025 | Patrick Finn | B310 Claims Administration and Objections | 0.20 | 550.00 | 110.00 |

| Date | Professional | Activity | Hours | Rate | Amount |
|------|-------------|----------|-------|------|--------|
| | | Review timelines and steps needed to complete claims process. | | | |
| 08-11-2025 | Patrick Finn | B120 Asset Analysis and Recovery | 4.50 | 550.00 | 2,475.00 |
| | | Communication with borrowers regarding settlements. Review borrower cash activity. Communication with counsel regarding litigation and next steps. | | | |
| 08-11-2025 | Renee Foss | B120 Asset Analysis and Recovery | 1.60 | 275.00 | 440.00 |
| | | Review transactions related to Skyline and Jak | | | |
| | | **Total** | | | 27,538.50 |

**Time Summary**

| Professional | | Hours | Rate | Amount |
|--------------|--|-------|------|--------|
| Pam Wigen | | 16.10 | 110.00 | 1,771.00 |
| Patrick Finn | | 45.80 | 522.98 | 23,952.50 |
| Renee Foss | | 6.60 | 275.00 | 1,815.00 |
| | **Total** | | | 27,538.50 |

| Professional | Activity | Hours | Rate | Amount |
|--------------|----------|-------|------|--------|
| Pam Wigen | B120 Asset Analysis and Recovery | 16.10 | 110.00 | 1,771.00 |
| Patrick Finn | B110 Case Administration | 2.30 | 550.00 | 1,265.00 |
| | B120 Asset Analysis and Recovery | 38.80 | 550.00 | 21,340.00 |
| | B195 Non-Working Travel | 4.50 | 275.00 | 1,237.50 |
| | B310 Claims Administration and Objections | 0.20 | 550.00 | 110.00 |
| Renee Foss | B120 Asset Analysis and Recovery | 6.60 | 275.00 | 1,815.00 |
| | **Total Fees** | | | 27,538.50 |

**Expenses**

| Expense | Description | Amount |
|---------|-------------|--------|
| Travel | P. Finn car rental 7/29/25 to 7/30/25. | 194.45 |
| Travel | P. Finn hotel 7/29/25 to 7/30/25. | 200.98 |
| Travel | P. Finn meals 7/29/25 to 7/30/25. | 162.97 |
| Travel | P. Finn airport parking 7/29/25 to 7/30/25. | 42.32 |
| Client Expense | July 2025 postage. | 3.39 |
| Client Expense | Microsoft services for EPIC Info 8/11/25 to 9/11/25. | 13.55 |
| | **Total Expenses** | 617.66 |

| | | |
|--|--|--|
| | **Total for this Invoice** | 28,156.16 |



**Lighthouse Management Group, Inc.**
900 Long Lake Road
Suite 180
New Brighton, MN 55112
(651) 323-2260
www.lighthousemanagement.com

August 25, 2025

EPIC Companies

**Invoice Number: 6062**
Invoice Period: 08-01-2025 - 08-25-2025

Payment Terms: Upon Receipt

**RE: Bankruptcy of EC West Fargo, LLC, EOLA Capital, LLC EPIC Companies Midwest, LLC, EPIC Companies Midwest 2023, LLC, and EPIC Employees. LLC**

## Time Details

| Date | Professional | Activity | Hours | Rate | Amount |
|------|-------------|----------|-------|------|--------|
| 08-12-2025 | Renee Foss | B120 Asset Analysis and Recovery | 0.50 | 275.00 | 137.50 |
| | | Update loan verification schedules | | | |
| 08-12-2025 | Pam Wigen | B210 Business Operations | 0.30 | 110.00 | 33.00 |
| | | Process payable. | | | |
| 08-12-2025 | Patrick Finn | B110 Case Administration | 3.40 | 550.00 | 1,870.00 |
| | | Prep for and attend meeting with counsel regarding litigation. Review and respond to settlement offers.Prep for and meeting with Hain Capital regarding property valuations. | | | |
| 08-13-2025 | Renee Foss | B120 Asset Analysis and Recovery | 1.10 | 275.00 | 302.50 |
| | | Review transactions related to creditor | | | |
| 08-13-2025 | Renee Foss | B110 Case Administration | 1.10 | 275.00 | 302.50 |
| | | Export trial balances for MOR reporting | | | |
| 08-13-2025 | Patrick Finn | B120 Asset Analysis and Recovery | 0.40 | 550.00 | 220.00 |
| | | Communication with counsel and borrowers regarding settlements. Assess status of immediate priorities. | | | |
| 08-13-2025 | Patrick Finn | B310 Claims Administration and Objections | 0.30 | 550.00 | 165.00 |
| | | Prepare outline of process for claim analysis | | | |
| 08-14-2025 | Renee Foss | B120 Asset Analysis and Recovery | 2.60 | 275.00 | 715.00 |

| Date | Professional | Activity | Hours | Rate | Amount |
|------|-------------|----------|-------|------|--------|
| | | Review transactions related to creditor | | | |
| 08-14-2025 | Renee Foss | B110 Case Administration | 1.10 | 275.00 | 302.50 |
| | | Update trial balances for July activity and MOR Reporting | | | |
| 08-14-2025 | Patrick Finn | B120 Asset Analysis and Recovery | 0.90 | 550.00 | 495.00 |
| | | Follow up on settlement negotiations and litigation immediate priorities. Prep for and attend meeting with Borrower. | | | |
| 08-14-2025 | Patrick Finn | B310 Claims Administration and Objections | 1.50 | 550.00 | 825.00 |
| | | Revie claimant cash transactions and relationship to insiders. | | | |
| 08-15-2025 | Patrick Finn | B120 Asset Analysis and Recovery | 0.20 | 550.00 | 110.00 |
| | | Follow up on settlement discussions. Communication with counsel regarding same. | | | |
| 08-15-2025 | Renee Foss | B110 Case Administration | 4.00 | 275.00 | 1,100.00 |
| | | MOR reporting | | | |
| 08-17-2025 | Patrick Finn | B120 Asset Analysis and Recovery | 3.90 | 550.00 | 2,145.00 |
| | | Review and revise complaint. Communication with borrowers regarding settlements. Prep for weekly status meeting. | | | |
| 08-18-2025 | Renee Foss | B110 Case Administration | 2.00 | 275.00 | 550.00 |
| | | MOR Reporting | | | |
| 08-18-2025 | Renee Foss | B120 Asset Analysis and Recovery | 1.10 | 275.00 | 302.50 |
| | | Review of records to determine how proceeds from loans were spent for debtors | | | |
| 08-18-2025 | Patrick Finn | B110 Case Administration | 1.00 | 550.00 | 550.00 |
| | | Attend weekly status meeting. | | | |
| 08-18-2025 | Patrick Finn | B120 Asset Analysis and Recovery | 1.10 | 550.00 | 605.00 |
| | | Work analysis of borrower transactions. Review and execute settlement agreement. Communication with borrowers. Follow up filing of URE complaint. | | | |
| 08-19-2025 | Renee Foss | B120 Asset Analysis and Recovery | 3.70 | 275.00 | 1,017.50 |
| | | Review transactions and trace use of subdebt loans | | | |
| 08-19-2025 | Renee Foss | B110 Case Administration | 0.30 | 275.00 | 82.50 |
| | | Monthly staffing report for July | | | |
| 08-19-2025 | Pam Wigen | B210 Business Operations | 0.40 | 110.00 | 44.00 |
| | | Process payments per Orders. | | | |
| 08-19-2025 | Patrick Finn | B120 Asset Analysis and Recovery | 1.70 | 550.00 | 935.00 |
| | | Follow up on status of borrower cash analysis. Communication with counsel regarding settlements. Respond to counsel information requests. | | | |
| 08-20-2025 | Renee Foss | B120 Asset Analysis and Recovery | 5.30 | 275.00 | 1,457.50 |
| | | Review transactions and trace use of subdebt loans | | | |

| Date | Professional | Activity | Hours | Rate | Amount |
|------|--------------|----------|-------|------|--------|
| 08-20-2025 | Pam Wigen | B120 Asset Analysis and Recovery | 2.00 | 110.00 | 220.00 |
| | | Update company investor spreadsheet. | | | |
| 08-20-2025 | Patrick Finn | B120 Asset Analysis and Recovery | 1.20 | 550.00 | 660.00 |
| | | Review Gateway cash transfers. | | | |
| | | **Total** | | | 15,147.00 |

## Time Summary

| Professional | Hours | Rate | Amount |
|--------------|-------|------|--------|
| Pam Wigen | 2.70 | 110.00 | 297.00 |
| Patrick Finn | 15.60 | 550.00 | 8,580.00 |
| Renee Foss | 22.80 | 275.00 | 6,270.00 |
| **Total** | | | 15,147.00 |

| Professional | Activity | Hours | Rate | Amount |
|--------------|----------|-------|------|--------|
| Pam Wigen | B120 Asset Analysis and Recovery | 2.00 | 110.00 | 220.00 |
| | B210 Business Operations | 0.70 | 110.00 | 77.00 |
| Patrick Finn | B110 Case Administration | 4.40 | 550.00 | 2,420.00 |
| | B120 Asset Analysis and Recovery | 9.40 | 550.00 | 5,170.00 |
| | B310 Claims Administration and Objections | 1.80 | 550.00 | 990.00 |
| Renee Foss | B110 Case Administration | 8.50 | 275.00 | 2,337.50 |
| | B120 Asset Analysis and Recovery | 14.30 | 275.00 | 3,932.50 |
| | **Total Fees** | | | 15,147.00 |

## Expenses

| Expense | Description | Amount |
|---------|-------------|--------|
| Travel | P. Finn meals 7/29/25 to 7/30/25. | 4.36 |
| Client Expense | P. Finn parking for hearing on summary judgment motions. | 10.00 |
| | **Total Expenses** | 14.36 |
| | **Total for this Invoice** | 15,161.36 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

**NOTICE OF THIRTEENTH AND FINAL APPLICATION OF LIGHTHOUSE
MANAGEMENT GROUP, INC. FOR ALLOWANCE OF FEES AND EXPENSES AS
CHIEF RESTRUCTURING OFFICER FOR THE DEBTORS FROM AUGUST 1, 2025
THROUGH AUGUST 21, 2025**

TO:   The parties-in-interest as specified in the Notice and Service Requirements adopted pursuant to Local Rule 2002-1 and the Court's order limiting notice pursuant to Fed. R. Bankr. P. 2002(i). (ECF No. 124.)

1.     **NOTICE IS HEREBY GIVEN** that Lighthouse Management Group, Inc., as the chief restructuring officer for the Debtors, has filed its thirteenth and final application for allowance of fees, a copy of which is attached hereto and served upon you.

2.     **NOTICE IS FURTHER GIVEN** that any objection to the application must be filed with the Clerk of the United States Bankruptcy Court, whose address is Quentin N. Burdick Courthouse, 655 First Avenue North, Suite 210, Fargo, North Dakota 58102, and served upon the attorney whose name and address is listed below, by **Tuesday, October 7, 2025, which is twenty-one (21) days from the date of the filing of this notice**. Any objections not filed and served may deemed waived.

Dated:  September 16, 2025      /e/ *Patrick Finn*

Patrick Finn
Partner, Lighthouse Management Group, Inc.
Chief Restructuring Officer of the Debtors

Prepared with assistance from:

Dated:  September 16, 2025      /e/ *Katherine A. Nixon*

Steven R. Kinsella (#09514)
Katherine A. Nixon (*pro hac vice* MN #0402772)
**FREDRIKSON & BYRON, P.A.**
60 South 6th Street, Suite 1500
Minneapolis, MN  55402-4400
612.492.7000
skinsella@fredlaw.com
knixon@fredlaw.com

**ATTORNEYS FOR THE LIQUIDATING TRUST**