# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In re:

EPIC Companies Midwest, LLC,
EPIC Companies Midwest 2023,
LLC, EPIC Employee, LLC,
EOLA Capital, LLC, and
EC West Fargo, LLC,

       Debtors.


EPIC Companies Midwest, LLC,
EPIC Companies Midwest 2023, LLC,
and EOLA Capital, LLC,

       Plaintiffs,

v.

LTC  - The Lincoln, LLC

       Defendant.

**Jointly Administered**

Bankruptcy No. 24-30281
Bankruptcy No. 24-30282
Bankruptcy No. 24-30283
Bankruptcy No. 24-30284
Bankruptcy No. 24-30285

Chapter 11

Adversary No. 25-07005

## ORDER

On September 18, 2025, the Liquidating Trust, on behalf of the Plaintiffs/Debtors, filed a motion seeking approval of a settlement. The Liquidating Trust served notice of the motion summarizing the settlement between the Liquidating Trust and LTC – The Lincoln, LLC. The Court received no objections. Based on the information provided by the Liquidating Trust on behalf of the Plaintiffs/Debtors and the documents filed in this case, the Court finds that the proposed settlement is fair and equitable, reflects a balance of the risks of litigation with potential recovery, and appears to be in the best interest of creditors.

Therefore, **IT IS ORDERED** that the Motion to Approve Settlement [Adversary No. 25-07005, Doc. 15; Bankruptcy No. 24-30281, Doc. 467] is **GRANTED** and the settlement is **APPROVED.**

Dated this 15th day of October, 2025.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court