**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | Jointly Administered |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

EPIC Companies Midwest 2023, LLC,

    Plaintiff,

v.                                                     Adversary No. 25-07019

West Fargo Dive Bar, LLC,

    Defendant.

## ORDER

On October 10, 2025, the EPIC Liquidating Trust, on behalf of Plaintiffs/Debtors, filed a motion seeking approval of a settlement. The EPIC Liquidating Trust served notice of the motion summarizing the settlement between the EPIC Liquidating Trust and West Fargo Dive, LLC. The Court received no objections. Based on the information provided by the EPIC Liquidating Trust and the documents filed in this case, the Court finds that the proposed settlement is fair and equitable, reflects a balance of the risks of litigation with potential recovery, and appears to be in the best interest of creditors. Therefore, **IT IS ORDERED** that the Motion to Approve Settlement [Adversary No. 25-07019, Doc. 21; Bankruptcy No. 24-30281, Doc. 485] is **GRANTED** and the settlement is **APPROVED**.

Dated this 5th day of November, 2025.

                                                           /s/ Shon Hastings
                                                           Shon Hastings, Judge
                                                           United States Bankruptcy Court