UNITED STATES BANKRUPTCY COURT
District of North Dakota

In re

EPIC Companies Midwest, LLC

Debtors

Chapter 11

Case no. 24-30281

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Westbrand & Co FBO Daniel Todd S/D IRA a creditor in the cases of the above-captioned debtors ("Debtors") directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtor's schedules or on the claims register), and hereby requests that service of any pleadings, notices, correspondence and all distributions be sent to the new address set forth below, effective as of the date hereof.

Former Address(es)

Westbrand & Co FBO Daniel Todd S/D IRA
PO Box 1090

Minot, ND 58702

New Address

Westbrand & Co FBO Daniel Todd S/D IRA
c/o Argo Partners
12 West 37th Street, 9th Floor
New York, NY 10018

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/28/2025

Westbrand & Co FBO Daniel Todd S/D IRA

By: *Daniel Todd* (DocuSigned, D48C1B0BD7AC48A...)

Title: Investor

Date: 10/28/2025