United States Bankruptcy Court

District of North Dakota

| | |
|---|---|
| In re: | Case No. 24-30281-skh |
| EPIC Companies Midwest, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 1 of 6 |
| Date Rcvd: Nov 05, 2025 | Form ID: pdf2some | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: pwigen@lighthousemanagement.com | Nov 05 2025 19:10:00 | EPIC Companies Midwest, LLC, c/o Lighthouse Management Group, Inc., 900 Long Lake Road Ste. 180, New Brighton, MN 55112-6455 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexander S. Kelsch | |
| | on behalf of Creditor Nick Vollmuth alexk@kelschlaw.com aruff@kelschlaw.com;kelsch.alexanders.b@notify.bestcase.com |
| Alexander S. Kelsch | |
| | on behalf of Creditor Deborah Vollmuth alexk@kelschlaw.com aruff@kelschlaw.com;kelsch.alexanders.b@notify.bestcase.com |
| Amy J. Swedberg | |
| | on behalf of Interested Party LTC - The Lincoln  LLC amy.swedberg@maslon.com |
| Amy J. Swedberg | |
| | on behalf of Defendant LTC - The Lincoln  LLC amy.swedberg@maslon.com |
| Amy J. Swedberg | |

| District/off: 0868-3 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Nov 05, 2025 | Form ID: pdf2some | Total Noticed: 1 |

on behalf of Creditor Clifford Otten amy.swedberg@maslon.com

Anthony J Anderson

on behalf of Creditor Shane R. Larck aanderson@nilleslaw.com  bbrunelle@nilleslaw.com

Anthony J Anderson

on behalf of Creditor Jerilyn A. Larck aanderson@nilleslaw.com  bbrunelle@nilleslaw.com

Benjamin Court

on behalf of Creditor Committee William Altringer benjamin.court@stinson.com stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court

on behalf of Creditor Randy Henke benjamin.court@stinson.com  stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court

on behalf of Creditor Committee Zach Frappier benjamin.court@stinson.com stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court

on behalf of Creditor Committee Chair Beth Postemski benjamin.court@stinson.com stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court

on behalf of Creditor Committee Larry Dietz benjamin.court@stinson.com stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court

on behalf of Creditor Committee Jim Johnson benjamin.court@stinson.com stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Williams

on behalf of Creditor Cullen Insulation  Inc. ben@kennellybusinesslaw.com, beth@kennellybusinesslaw.com

Benjamin Williams

on behalf of Creditor Daniel Frisch ben@kennellybusinesslaw.com  beth@kennellybusinesslaw.com

Berly D. Nelson

on behalf of Creditor Jim and JoAnn McKay Family Trust f/b/o Julie McKay Ganskop bnelson@serklandlaw.com rtande@serklandlaw.com;aneir@serklandlaw.com;amcdarby@serklandlaw.com;lhruby@serklandlaw.com

Christopher Harayda

on behalf of Creditor Committee Larry Dietz cj.harayda@stinson.com

Christopher Harayda

on behalf of Creditor Committee William Altringer cj.harayda@stinson.com

Christopher Harayda

on behalf of Creditor Committee Jim Johnson cj.harayda@stinson.com

Christopher Harayda

on behalf of Creditor Randy Henke cj.harayda@stinson.com

Christopher Harayda

on behalf of Creditor Committee Chair Beth Postemski cj.harayda@stinson.com

Christopher Harayda

on behalf of Creditor Committee Zach Frappier cj.harayda@stinson.com

David J T Chapman

on behalf of Creditor Elrick Poppe dchapman@djchapmanlaw.com

David J T Chapman

on behalf of Creditor Karen Poppe dchapman@djchapmanlaw.com

Douglas Christensen

on behalf of Creditor Beth Holmes dougc@grandforkslaw.com sarah@grandforkslaw.com;jen@grandforkslaw.com;julie@grandforkslaw.com

George H. Singer

on behalf of Defendant Gateway Arches Real Estate Holdings  LLC f/k/a EPIC Gateway East Real Estate Holdings, LLC ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer

on behalf of Defendant Sheyenne 32 South  LLC ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer

on behalf of Defendant Greenfield Commons  LLC ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer

on behalf of Defendant EPIC Gateway North Real Estate Holdings  LLC ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer

Case 24-30281   Doc 497   Filed 11/07/25   Entered 11/07/25 23:31:03   Desc Imaged
                          Certificate of Notice   Page 3 of 7

| District/off: 0868-3 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Nov 05, 2025 | Form ID: pdf2some | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Defendant Sheyenne 32 South Residential LLC ghsinger@hollandhart.com, ehmason@hollandhart.com |
| George H. Singer | |
| | on behalf of Defendant LTC - The Don LLC ghsinger@hollandhart.com, ehmason@hollandhart.com |
| George H. Singer | |
| | on behalf of Defendant Area 57 Association Inc. ghsinger@hollandhart.com, ehmason@hollandhart.com |
| George H. Singer | |
| | on behalf of Defendant The Tracks - Maverick LLC ghsinger@hollandhart.com, ehmason@hollandhart.com |
| George H. Singer | |
| | on behalf of Defendant Greenfield Commons III LLC ghsinger@hollandhart.com, ehmason@hollandhart.com |
| George H. Singer | |
| | on behalf of Defendant SAD Downtown LLC d/b/a The Firm ghsinger@hollandhart.com, ehmason@hollandhart.com |
| George H. Singer | |
| | on behalf of Defendant Preference 42 LLC f/k/a EPIC Preference, LLC f/k/a Shepperd Equity Fund, LLC ghsinger@hollandhart.com, ehmason@hollandhart.com |
| George H. Singer | |
| | on behalf of Defendant Boulevard Square III LLC ghsinger@hollandhart.com, ehmason@hollandhart.com |
| George H. Singer | |
| | on behalf of Defendant Sheyenne 32 North LLC ghsinger@hollandhart.com, ehmason@hollandhart.com |
| George H. Singer | |
| | on behalf of Defendant Greenfield Commons II LLC ghsinger@hollandhart.com, ehmason@hollandhart.com |
| George H. Singer | |
| | on behalf of Defendant HI West Acres LLC, f/k/a EPIC Hospitality, LLC ghsinger@hollandhart.com, ehmason@hollandhart.com |
| George H. Singer | |
| | on behalf of Defendant Unite Real Estate Holdings LLC f/k/a EPIC Unite Real Estate Holding, LLC ghsinger@hollandhart.com, ehmason@hollandhart.com |
| George H. Singer | |
| | on behalf of Defendant Fargo South Hospitality LLC ghsinger@hollandhart.com, ehmason@hollandhart.com |
| Joel Nesset | |
| | on behalf of Defendant EPIC Holdings II LLC jnesset@cozen.com, akulbeik@cozen.com |
| Joel Nesset | |
| | on behalf of Defendant EPIC Holdings LLC jnesset@cozen.com, akulbeik@cozen.com |
| Joel M. Fremstad | |
| | on behalf of Creditor Scott Hoban joel@fremstadlaw.com maggie@fremstadlaw.com |
| Joel M. Fremstad | |
| | on behalf of Debtor EPIC Companies Midwest LLC joel@fremstadlaw.com, maggie@fremstadlaw.com |
| John M Krings, Jr. | |
| | on behalf of Interested Party Cornerstone Bank john@kdlawpartners.com janae@kdlawpartners.com |
| John M Krings, Jr. | |
| | on behalf of Defendant 36th and Veterans LLC john@kdlawpartners.com, janae@kdlawpartners.com |
| John M Krings, Jr. | |
| | on behalf of Creditor Cornerstone Bank john@kdlawpartners.com janae@kdlawpartners.com |
| John M Krings, Jr. | |
| | on behalf of Defendant EPIC Place LLC john@kdlawpartners.com, janae@kdlawpartners.com |
| John M Krings, Jr. | |
| | on behalf of Defendant West Fargo Dive Bar LLC john@kdlawpartners.com, janae@kdlawpartners.com |
| Joseph D Hackman | |
| | on behalf of Interested Party Bank Forward jhackman@abstlaw.net |
| Katherine A. Nixon | |
| | on behalf of Debtor EPIC Companies Midwest LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katherine A. Nixon | |
| | on behalf of Plaintiff EPIC Employee LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katherine A. Nixon | |
| | on behalf of Plaintiff EC West Fargo LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katherine A. Nixon | |
| | on behalf of Plaintiff EPIC Companies Midwest LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katherine A. Nixon | |

# Case 24-30281   Doc 497   Filed 11/07/25   Entered 11/07/25 23:31:03   Desc Imaged
## Certificate of Notice    Page 4 of 7

| District/off: 0868-3 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Nov 05, 2025 | Form ID: pdf2some | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Plaintiff EOLA Capital  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katherine A. Nixon | |
| | on behalf of Debtor EPIC Employee  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katherine A. Nixon | |
| | on behalf of Plaintiff EPIC Companies Midwest 2023  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katherine A. Nixon | |
| | on behalf of Debtor EPIC Companies Midwest 2023  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katherine A. Nixon | |
| | on behalf of Debtor EOLA Capital  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katherine A. Nixon | |
| | on behalf of Debtor EC West Fargo  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katrina A. Turman Lang | |
| | on behalf of Creditor Larry Dietz klang@woldlaw.com  melanie@turmanlaw.com |
| Katrina A. Turman Lang | |
| | on behalf of Creditor Dietz Properties  LLC klang@woldlaw.com, melanie@turmanlaw.com |
| Katrina A. Turman Lang | |
| | on behalf of Creditor Candice Dietz klang@woldlaw.com  melanie@turmanlaw.com |
| Marissa R. Cerkoney | |
| | on behalf of Creditor Darryl and Charlotte Heim mcerkoney@ndlaw.com  kpeterson@ndlaw.com |
| Marissa R. Cerkoney | |
| | on behalf of Creditor Rob and Joleen Heim mcerkoney@ndlaw.com  kpeterson@ndlaw.com |
| Marissa R. Cerkoney | |
| | on behalf of Creditor Robert W. & Joleen M. Heim TTE Heim RLT mcerkoney@ndlaw.com  kpeterson@ndlaw.com |
| Marissa R. Cerkoney | |
| | on behalf of Creditor Robert W. Heim Revocable Living Trust mcerkoney@ndlaw.com  kpeterson@ndlaw.com |
| Mark Western | |
| | on behalf of Plaintiff EC West Fargo  LLC mark@fremstadlaw.com, terri@fremstadlaw.com |
| Mark Western | |
| | on behalf of Plaintiff EPIC Employee  LLC mark@fremstadlaw.com, terri@fremstadlaw.com |
| Mark Western | |
| | on behalf of Plaintiff EOLA Capital  LLC mark@fremstadlaw.com, terri@fremstadlaw.com |
| Mark Western | |
| | on behalf of Debtor EPIC Companies Midwest  LLC mark@fremstadlaw.com, terri@fremstadlaw.com |
| Mark Western | |
| | on behalf of Other Professional Lighthouse Management Group  Inc. mark@fremstadlaw.com, terri@fremstadlaw.com |
| Mark Western | |
| | on behalf of Plaintiff EPIC Companies Midwest 2023  LLC mark@fremstadlaw.com, terri@fremstadlaw.com |
| Mark Western | |
| | on behalf of Plaintiff EPIC Companies Midwest  LLC mark@fremstadlaw.com, terri@fremstadlaw.com |
| Maurice VerStandig | |
| | on behalf of Creditor Kounovsky Inc. mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice VerStandig | |
| | on behalf of Interested Party Brian Kounovsky mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael Gust | |
| | on behalf of Creditor James Olson mlgfilings@andersonbottrell.com  jernst@abstlaw.net |
| Michael Gust | |
| | on behalf of Interested Party Bank Forward mlgfilings@andersonbottrell.com  jernst@abstlaw.net |
| Michael Gust | |
| | on behalf of Defendant EPIC Gateway LLC mlgfilings@andersonbottrell.com  jernst@abstlaw.net |
| Michael Gust | |
| | on behalf of Defendant Sheyenne 32 North  LLC mlgfilings@andersonbottrell.com, jernst@abstlaw.net |
| Michael S Raum | |
| | on behalf of Debtor EPIC Employee  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com |

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 5 of 6 |
| Date Rcvd: Nov 05, 2025 | Form ID: pdf2some | Total Noticed: 1 |

Michael S Raum
 on behalf of Plaintiff EPIC Companies Midwest 2023 LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
 on behalf of Debtor EOLA Capital LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
 on behalf of Debtor EC West Fargo LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
 on behalf of Plaintiff EPIC Companies Midwest LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
 on behalf of Plaintiff EOLA Capital LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
 on behalf of Debtor EPIC Companies Midwest LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
 on behalf of Debtor EPIC Companies Midwest 2023 LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Peter B. Hankla
 on behalf of Interested Party Randy and Dorothy Henke phankla@mcgeelaw.com

Randall N. Sickler
 on behalf of Creditor Robert W. Heim Revocable Living Trust rsickler@ndlaw.com pschiwal@ndlaw.com

Randall N. Sickler
 on behalf of Creditor Rob and Joleen Heim rsickler@ndlaw.com pschiwal@ndlaw.com

Randall N. Sickler
 on behalf of Creditor Darryl and Charlotte Heim rsickler@ndlaw.com pschiwal@ndlaw.com

Randall N. Sickler
 on behalf of Creditor Robert W. & Joleen M. Heim TTE Heim RLT rsickler@ndlaw.com pschiwal@ndlaw.com

Richard P. Olson
 on behalf of Creditor Essential Living Inc rpolsonecf@minotlaw.com rpolson@minotlaw.com

Richard P. Olson
 on behalf of Creditor Bruce & Diane Walker rpolsonecf@minotlaw.com rpolson@minotlaw.com

Robert G. Will
 on behalf of Creditor Larry and Betty Ledene rwill@mcgeelaw.com rgwill_law@yahoo.com;will.robertb124953@notify.bestcase.com

Ryan G Quarne
 on behalf of Creditor Bruce & Diane Walker rgquarne@minotlaw.com

Samantha Hanson-Lenn
 on behalf of Creditor Committee Zach Frappier samantha.hansonlenn@stinson.com mpl.lssteam5@stinson.com

Samantha Hanson-Lenn
 on behalf of Creditor Committee Larry Dietz samantha.hansonlenn@stinson.com mpl.lssteam5@stinson.com

Samantha Hanson-Lenn
 on behalf of Creditor Committee Jim Johnson samantha.hansonlenn@stinson.com mpl.lssteam5@stinson.com

Samantha Hanson-Lenn
 on behalf of Creditor Committee William Altringer samantha.hansonlenn@stinson.com mpl.lssteam5@stinson.com

Sara Diaz
 on behalf of Creditor Loren Goeser sara@bulielaw.com ken@bulielaw.com;alan@bulielaw.com;traci@bulielaw.com;2787@notices.nextchapterbk.com;fargo@bulielaw.com

Sarah J. Wencil
 on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov

Steven R Kinsella
 on behalf of Plaintiff EPIC Companies Midwest 2023 LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
 on behalf of Plaintiff EPIC Employee LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
 on behalf of Debtor EPIC Companies Midwest LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
 on behalf of Debtor EOLA Capital LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
 on behalf of Plaintiff EC West Fargo LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

| District/off: 0868-3 | User: admin | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Nov 05, 2025 | Form ID: pdf2some | Total Noticed: 1 |

Steven R Kinsella
    on behalf of Plaintiff EOLA Capital  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
    on behalf of Debtor EC West Fargo  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
    on behalf of Debtor EPIC Employee  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
    on behalf of Plaintiff EPIC Companies Midwest  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
    on behalf of Debtor EPIC Companies Midwest 2023  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Thomas G. Wallrich
    on behalf of Defendant EPIC Holdings  LLC twallrich@cozen.com

Thomas G. Wallrich
    on behalf of Defendant EPIC Holdings II  LLC twallrich@cozen.com

United States Trustee
    USTPRegion12.SX.ECF@usdoj.gov

Zenas Baer
    on behalf of Creditor Taracon Precast LLC zbaer@zbaer.com

Zoe Wieber
    on behalf of Creditor Lee Schaleben zoe@dwyerlawnd.com

Zoe Wieber
    on behalf of Creditor STC Flooring zoe@dwyerlawnd.com

TOTAL: 121

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

| | |
|---|---|
| EPIC Companies Midwest 2023, LLC, | |
| Plaintiff, | |
| v. | Adversary No. 25-07019 |
| West Fargo Dive Bar, LLC, | |
| Defendant. | |

**ORDER**

On October 10, 2025, the EPIC Liquidating Trust, on behalf of Plaintiffs/Debtors, filed a motion seeking approval of a settlement. The EPIC Liquidating Trust served notice of the motion summarizing the settlement between the EPIC Liquidating Trust and West Fargo Dive, LLC. The Court received no objections. Based on the information provided by the EPIC Liquidating Trust and the documents filed in this case, the Court finds that the proposed settlement is fair and equitable, reflects a balance of the risks of litigation with potential recovery, and appears to be in the best interest of creditors. Therefore, **IT IS ORDERED** that the Motion to Approve Settlement [Adversary No. 25-07019, Doc. 21; Bankruptcy No. 24-30281, Doc. 485] is **GRANTED** and the settlement is **APPROVED**.

Dated this 5th day of November, 2025.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court