UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Jointly Administered |
| | |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| | |
| Debtors. | Chapter 11 |

_____/

### NOTICE OF OBJECTION TO CLAIM

Debtors, EPIC Companies Midwest, LLC, EPIC Companies Midwest 2023, LLC, EPIC Employee, LLC, EOLA Capital, LLC, and EC West Fargo, LLC filed an omnibus objection to your claim (**Doc. 503**) in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney if you have one.**

If you do not want the court to eliminate or change your claim, then on or before **Monday, January 26, 2026**, you or your attorney must file a written response to the objection explaining your position. Your attorney may file your response electronically in CM/ECF.

Alternatively, you may mail your response to the Court for filing.   Send it to:
U.S. Bankruptcy Court,
655 First Avenue North, Suite 210,
Fargo, North Dakota 58102.

If you mail your response to the Court for filing, you must mail it early enough so that the court will **receive** it on or before the date noted above.

**You must also send a copy to**:
Attorney Steven R. Kinsella
Fredrikson & Byron
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402

If you file an objection or response, you must also attend the hearing on the objection, scheduled to be held on **Tuesday, February 3, 2026, at 10:30 A.M.** in Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota.   If you or your attorney do not take these steps, the Court will assume you do not oppose the objection to your claim and cancel the hearing.

| | |
|---|---|
| Dated: December 19, 2025. | Sara E. Diaz, Clerk |
| | United States Bankruptcy Court |
| | Quentin N. Burdick United States Courthouse |
| | 655 1st Avenue North, Suite 210 |
| | Fargo, ND 58102-4932 |

By: _/s/ Sharon Horsager_
Sharon Horsager, Deputy Clerk
Copy served electronically December 19, 2025, to Attorney Steven Kinsella for service.