**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |
| EOLA Capital, LLC, | |
| Plaintiff, | |
| v. | Adversary No. 25-07010 |
| The Tracks – Maverick, LLC, | |
| Defendant. | |

**ORDER**

On December 3, 2025, the EPIC Liquidating Trust, on behalf of the Plaintiff/Debtor, filed a motion seeking approval of a settlement. The EPIC Liquidating Trust provided notice of the motion summarizing the settlement between the EPIC Liquidating Trust and The Tracks – Maverick, LLC. The Court received no objections. Based on the information provided by the EPIC Liquidating Trust on behalf of the Plaintiff/Debtor and the documents filed in this case, the Court finds that the proposed settlement is fair and equitable, reflects a balance of the risks of litigation with potential recovery, and appears to be in the best interest of creditors. Therefore, **IT IS ORDERED** that the Motion to

Approve Settlement [Adversary No. 25-07010, ECF No. 35; Bankruptcy No. 24-30281, ECF No. 499] is **GRANTED** and the settlement is **APPROVED**.

**BY THE COURT:**

Dated: This 29th day of December, 2025

/s/ William J. Fisher
William J. Fisher
United States Bankruptcy Judge