# James (Jim) J. Johnson

**109 Monterey Avenue, #5;  Capitola, CA 95010   Ph# 408-888-8620**
**Email:  jjohnsonlgca@gmail.com**

==================================================================

**December 30, 2025**

U.S. Bankruptcy Court
655 First Avenue North, Suite 210
Fargo, ND 58102

Attn: Sara E. Diaz, Clerk of Court
   cc: Attorney Steven R. Kinsella
       Fredrikson & Byron
       60 South Sixth Street, Suite 1500
       Minneapolis, MN 55402

As a debtor of record in Case 24-30281, I received a "Notice of Objection to Claim" which appears to reference my Note with Epic Companies Midwest, LLC dated March 1, 2021.

In the actual Claim filed by Lighthouse Management Group, in Exhibit A attached, my Claimant (Claim #3) shows my name <James (Jim) J. Johnson> which is correct and matches my name on the Note <Jim Johnson>.  In Exhibit A, it goes on to say that this is an "Incorrect claimant name".  Further, it indicates a NEW CLAIMANT NAME of – James J. Johnson 2003 Separate Property Trust.

If the purpose of the OBJECTION TO CLAIMS is to make sure that the entity on the Note and the entity on the Proof of Claim is the same.  Having my Claim #3 listed on Exhibit A is a mistake.  The Note was to Jim Johnson and on the Proof of Claim (Form 410), my name is also shown as Jim Johnson. Also attached are a copy of the Note and my Proof of Claim both showing my name Jim Johnson.

For further clarification, I also have another Claim #3 with Case 24-30282 in which the entity on the Note is "James J. Johnson 2003 Separate Property Trust".  However, in this claim, the Proof of Claim Form 410 references the current creditor as "James (Jim) J. Johnson.

If any action is required, the entity on the Note and the Proof of Claim for this Note should be adjusted to match – Case 24-30282.  Since the Note was issued to James J. Johnson 2003 Separate Property Trust, the Proof of Claim (3), should also be changed from James (Jim) J Johnson to the James J. Johnson 2003 Separate Property Trust.

I suspect the confusion was caused by these two similar claims. Please advise if this response is sufficient and if I need to take any further action.

Regards,
Jim

**EXHIBIT A**

| Claimant (Alphabetical Order) | Claim Objected To | Reason for Objection | New Claimant Name | Cross-Reference to Relevant Pages |
|---|---|---|---|---|
| Amanda Mack | Claim 93 – EPIC Companies Midwest, LLC | Incorrect claimant name | Tyler & Amanda Mack | 1-6 of Objection |
| Beth Holmes | Claim 6 – EPIC Companies Midwest, LLC | Incorrect claimant name | Kim & Beth Holmes | 1-6 of Objection |
| Donna Klein | Claim 94 – EPIC Companies Midwest, LLC | Incorrect claimant name | Donna & Michael Klein | 1-6 of Objection |
| Donna Klein | Claim 38 – EPIC Companies Midwest 2023, LLC | Incorrect claimant name | Donna & Michael Klein | 1-6 of Objection |
| Dwight Schmidt | Claim 4 – EPIC Companies Midwest, LLC | Incorrect claimant name | Dwight & Gwen Schmidt | 1-6 of Objection |
| Gerald Iverson | Claim 87 – EPIC Companies Midwest, LLC | Incorrect claimant name | Gerald & Connie Iverson | 1-6 of Objection |
| James (Jim) J Johnson | Claim 3 – EPIC Companies Midwest 2023, LLC | Incorrect claimant name | James J. Johnson 2003 Separate Property Trust | 1-6 of Objection |
| Kelly D. Morelli | Claim 39 – EPIC Companies Midwest, LLC | Incorrect claimant name | Matthew P. & Kelly D. Morelli | 1-6 of Objection |
| Leon Vandeberg | Claim 6 – EPIC Companies Midwest 2023, LLC | Incorrect claimant name | Leon or Janell Vandeberg | 1-6 of Objection |
| Lonnie Hass | Claim 2 – EPIC Companies Midwest 2023, LLC | Incorrect claimant name | Lonnie & Mary Hass | 1-6 of Objection |
| Lynn Wadeson | Claim 90 – EPIC Companies Midwest, LLC | Incorrect claimant name | Wadeson Properties, LLC | 1-6 of Objection |
| Mark Ahmann | Claim 17 – EPIC Companies | Incorrect claimant name | Mark & Terese Ahmann | 1-6 of Objection |

## **PROMISSORY NOTE**
### Note No. ECM-018-2021

$ 600,000.00

**Dated: March 1, 2021**

**FOR VALUE RECEIVED**, the undersigned, **Epic Companies Midwest, LLC** ("Borrower"), a limited liability company organized under the laws of the State of North Dakota, whose address is 400 10th Street SE, Minot, ND 58702, agrees and promises to pay to the order of___Jim Johnson_____, who is a resident of the State of California ("Lender"), their endorsees, successors and assigns (the "Holder"), in lawful money of the United States, at their residence located at 109 Monterey Avenue, #5, Capitola, CA 95010 , or such other place as the Holder may from time to time designate, the principal sum of **Six Hundred Thousand and     NO/100ths ($ 600,000.00        ) Dollars**, together with interest on the unpaid principal balance at an annual rate of interest as hereinafter set forth.

1. **DEFINITIONS.**  For purposes of this Note the following terms shall have the following meanings:

   a.  *"Maturity Date"* shall mean March 1, 2024.

   b.  *"Note"* shall mean this Promissory Note.

   c.  *"Principal"* shall mean the principal sum of **$ 600,000.00**        or so much as may be from time to time disbursed under this Note or any agreement related thereto.

   d.  *"Principal Balance"* shall mean the Principal from time to time outstanding and unpaid on this Note.

2. **INTEREST RATE.**  The Principal Balance of this Note outstanding at the close of each day shall bear interest at a definite and certain per annum rate of interest equal to **6.5** % ("Loan Rate").

3. **BASIS OF COMPUTATION.**  Interest shall be computed and charged on the basis of a year consisting of twelve (12) thirty (30) day months.  Interest shall commence as to the Principal Balance as such Principal Balance is advanced.

4. **LATE CHARGE.**  In the event that any payment required hereunder is not paid when due, the Borrower agrees to pay a late charge of $.04 per $1.00 of unpaid payment to defray the costs of the Holder incident to collecting such late payment.  This late charge shall apply individually to all payments past due and there will be no daily pro rata adjustment.  This provision shall not be deemed to excuse a late payment or be deemed a waiver of any other rights the Holder may have including the right to declare the entire Principal Balance and interest immediately due and payable.

5. **TERMS OF PAYMENT.**  This Note shall be payable as follows:

   a.  Beginning on March 31, 2021, and monthly thereafter (each an "Installment Payment Date") up to and including March 1, 2024, monthly installments of interest of **$ 3250.00 (**each an "Installment") shall be due and payable. On the Maturity Date, the sum of **$ 603,250.00**        ("Balloon Installment"), together with any additional unpaid Principal and accrued interest shall be due and payable in full. Each monthly Installment together with the Balloon Installment shall be in respective amounts necessary to fully amortize the then outstanding Principal Balance and accrued interest under this Note by the Maturity Date.

   b.  The Principal Balance shall be payable on the earlier to occur of the following:

   (i)    The Maturity Date; or

1

Case 24-30281   Claim 11   Filed 07/30/24   Desc Main Document   Page 1 of 3

**Fill in this information to identify the case:**

Debtor 1   EPIC Companies Midwest, LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court   **District of North Dakota**

Case number:   **24-30281**

FILED

**U.S. Bankruptcy Court
District of North Dakota**

7/30/2024

**Kay A. Melquist, Clerk**

## Official Form 410
## Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

Jim Johnson

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Jim Johnson

Name

109 Monterey Avenue, #5
Capitola, CA 95010

Contact phone _____4088888620_____

Contact email ___jjohnsonlgca@gmail.com___

Where should payments to the creditor be sent? (if different)

Name

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_____

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                      Proof of Claim                      page 1