Sara E. Diaz, Clerk

United States Bankruptcy Court

Quentin N. Burdick United States Courthouse

655 1st Avenue North, Suite 210

Fargo, ND 58102

Date: January 9, 2026

To: U.S. Bankruptcy Court

From: Troy & Julie Moore

RE: Case 24-30281 & Case 25-30567

We would like to update our address that is on file with the U.S. Bankruptcy Court regarding Case 24-30281 and Case 25-30567.

**Our Previous Address:**

Troy & Julie Moore

6194 27th St S

Fargo, ND 58104

**Our New Address:**

Troy & Julie Moore

8336 59th St S

Horace, ND 58047

If you have any questions, please contact Troy Moore at 215-990-3844.

Thank you.

Regards,

Troy & Julie Moore

8336 59th St S

Horace, ND 58047

1/9/26