United States Bankruptcy Court
District of North Dakota

In re:     Case No. 24-30281-skh

EPIC Companies Midwest, LLC     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3     User: admin     Page 1 of 6
Date Rcvd: Jan 07, 2026     Form ID: trc     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| 1100853 | + RGC Properties, Inc., Ronald Carlson, 13111 69th St. SE, Lisbon, ND 58054-9303 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 09, 2026     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexander S. Kelsch | on behalf of Creditor Nick Vollmuth alexk@kelschlaw.com<br>aruff@kelschlaw.com;kimberly@kelschlaw.com;kelsch.alexanders.b@notify.bestcase.com |
| Alexander S. Kelsch | on behalf of Creditor Deborah Vollmuth alexk@kelschlaw.com<br>aruff@kelschlaw.com;kimberly@kelschlaw.com;kelsch.alexanders.b@notify.bestcase.com |
| Amy J. Swedberg | on behalf of Interested Party LTC - The Lincoln  LLC amy.swedberg@maslon.com |
| Amy J. Swedberg | on behalf of Defendant LTC - The Lincoln  LLC amy.swedberg@maslon.com |
| Amy J. Swedberg | on behalf of Creditor Clifford Otten amy.swedberg@maslon.com |

District/off: 0868-3 | User: admin | Page 2 of 6
Date Rcvd: Jan 07, 2026 | Form ID: trc | Total Noticed: 1

Anthony J Anderson
on behalf of Creditor Shane R. Larck aanderson@nilleslaw.com  bbrunelle@nilleslaw.com

Anthony J Anderson
on behalf of Creditor Jerilyn A. Larck aanderson@nilleslaw.com  bbrunelle@nilleslaw.com

Benjamin Court
on behalf of Creditor Committee William Altringer benjamin.court@stinson.com stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
on behalf of Plaintiff Lighthouse Management Group  Inc. benjamin.court@stinson.com, stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
on behalf of Creditor Randy Henke benjamin.court@stinson.com  stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
on behalf of Creditor Committee Zach Frappier benjamin.court@stinson.com stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
on behalf of Creditor Committee Chair Beth Postemski benjamin.court@stinson.com stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
on behalf of Creditor Committee Larry Dietz benjamin.court@stinson.com stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
on behalf of Creditor Committee Jim Johnson benjamin.court@stinson.com stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Williams
on behalf of Creditor Cullen Insulation  Inc. ben@kennellybusinesslaw.com, beth@kennellybusinesslaw.com

Benjamin Williams
on behalf of Creditor Daniel Frisch ben@kennellybusinesslaw.com  beth@kennellybusinesslaw.com

Berly D. Nelson
on behalf of Creditor Jim and JoAnn McKay Family Trust f/b/o Julie McKay Ganskop bnelson@serklandlaw.com rtande@serklandlaw.com;aneir@serklandlaw.com;amcdarby@serklandlaw.com;lhruby@serklandlaw.com

Christopher Harayda
on behalf of Plaintiff Lighthouse Management Group  Inc. cj.harayda@stinson.com

Christopher Harayda
on behalf of Creditor Committee Larry Dietz cj.harayda@stinson.com

Christopher Harayda
on behalf of Creditor Committee William Altringer cj.harayda@stinson.com

Christopher Harayda
on behalf of Creditor Committee Jim Johnson cj.harayda@stinson.com

Christopher Harayda
on behalf of Creditor Randy Henke cj.harayda@stinson.com

Christopher Harayda
on behalf of Creditor Committee Chair Beth Postemski cj.harayda@stinson.com

Christopher Harayda
on behalf of Creditor Committee Zach Frappier cj.harayda@stinson.com

David J T Chapman
on behalf of Creditor Elrick Poppe dchapman@djchapmanlaw.com

David J T Chapman
on behalf of Creditor Karen Poppe dchapman@djchapmanlaw.com

Douglas Christensen
on behalf of Creditor Beth Holmes dougc@grandforkslaw.com sarah@grandforkslaw.com;jen@grandforkslaw.com;julie@grandforkslaw.com

George H. Singer
on behalf of Defendant Gateway Arches Real Estate Holdings  LLC f/k/a EPIC Gateway East Real Estate Holdings, LLC ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer
on behalf of Defendant Sheyenne 32 South  LLC ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer
on behalf of Defendant Greenfield Commons  LLC ghsinger@hollandhart.com, ehmason@hollandhart.com

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 3 of 6 |
| Date Rcvd: Jan 07, 2026 | Form ID: trc | Total Noticed: 1 |

George H. Singer
    on behalf of Defendant EPIC Gateway North Real Estate Holdings  LLC ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer
    on behalf of Defendant Sheyenne 32 South Residential  LLC ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer
    on behalf of Defendant LTC - The Don  LLC ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer
    on behalf of Defendant Area 57 Association  Inc. ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer
    on behalf of Defendant The Tracks - Maverick  LLC ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer
    on behalf of Defendant Greenfield Commons III  LLC ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer
    on behalf of Defendant SAD Downtown  LLC d/b/a The Firm ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer
    on behalf of Defendant Preference 42  LLC f/k/a EPIC Preference, LLC f/k/a Shepperd Equity Fund, LLC ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer
    on behalf of Defendant Boulevard Square III  LLC ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer
    on behalf of Defendant Sheyenne 32 North  LLC ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer
    on behalf of Defendant Greenfield Commons II  LLC ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer
    on behalf of Defendant Unite Real Estate Holdings  LLC f/k/a EPIC Unite Real Estate Holding, LLC ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer
    on behalf of Defendant HI West Acres  LLC, f/k/a EPIC Hospitality, LLC ghsinger@hollandhart.com, ehmason@hollandhart.com

George H. Singer
    on behalf of Defendant Fargo South Hospitality  LLC ghsinger@hollandhart.com, ehmason@hollandhart.com

Joel Nesset
    on behalf of Defendant EPIC Holdings II  LLC jnesset@cozen.com, akulbeik@cozen.com

Joel Nesset
    on behalf of Defendant EPIC Holdings  LLC jnesset@cozen.com, akulbeik@cozen.com

Joel M. Fremstad
    on behalf of Creditor Scott Hoban joel@fremstadlaw.com  maggie@fremstadlaw.com

Joel M. Fremstad
    on behalf of Debtor EPIC Companies Midwest  LLC joel@fremstadlaw.com, maggie@fremstadlaw.com

John M Krings, Jr.
    on behalf of Interested Party Cornerstone Bank john@kdlawpartners.com  janae@kdlawpartners.com

John M Krings, Jr.
    on behalf of Defendant 36th and Veterans  LLC john@kdlawpartners.com, janae@kdlawpartners.com

John M Krings, Jr.
    on behalf of Creditor Cornerstone Bank john@kdlawpartners.com  janae@kdlawpartners.com

John M Krings, Jr.
    on behalf of Defendant EPIC Place  LLC john@kdlawpartners.com, janae@kdlawpartners.com

John M Krings, Jr.
    on behalf of Defendant West Fargo Dive Bar  LLC john@kdlawpartners.com, janae@kdlawpartners.com

Joseph D Hackman
    on behalf of Interested Party Bank Forward jhackman@abstlaw.net

Katherine A. Nixon
    on behalf of Debtor EPIC Companies Midwest  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
    on behalf of Plaintiff EPIC Employee  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
    on behalf of Plaintiff EC West Fargo  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
    on behalf of Plaintiff EPIC Companies Midwest LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
    on behalf of Plaintiff EOLA Capital LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
    on behalf of Debtor EPIC Employee LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
    on behalf of Plaintiff EPIC Companies Midwest 2023 LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
    on behalf of Debtor EOLA Capital LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
    on behalf of Debtor EC West Fargo LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
    on behalf of Debtor EPIC Companies Midwest 2023 LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katrina A. Turman Lang
    on behalf of Creditor Larry Dietz klang@woldlaw.com melanie@turmanlaw.com

Katrina A. Turman Lang
    on behalf of Creditor Dietz Properties LLC klang@woldlaw.com, melanie@turmanlaw.com

Katrina A. Turman Lang
    on behalf of Creditor Candice Dietz klang@woldlaw.com melanie@turmanlaw.com

Marissa R. Cerkoney
    on behalf of Creditor Darryl and Charlotte Heim mcerkoney@ndlaw.com kpeterson@ndlaw.com

Marissa R. Cerkoney
    on behalf of Creditor Rob and Joleen Heim mcerkoney@ndlaw.com kpeterson@ndlaw.com

Marissa R. Cerkoney
    on behalf of Creditor Robert W. & Joleen M. Heim TTE Heim RLT mcerkoney@ndlaw.com kpeterson@ndlaw.com

Marissa R. Cerkoney
    on behalf of Creditor Robert W. Heim Revocable Living Trust mcerkoney@ndlaw.com kpeterson@ndlaw.com

Mark Western
    on behalf of Plaintiff EPIC Companies Midwest LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western
    on behalf of Plaintiff EC West Fargo LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western
    on behalf of Plaintiff EPIC Employee LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western
    on behalf of Plaintiff EOLA Capital LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western
    on behalf of Debtor EPIC Companies Midwest LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western
    on behalf of Other Professional Lighthouse Management Group Inc. mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western
    on behalf of Plaintiff EPIC Companies Midwest 2023 LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Maurice VerStandig
    on behalf of Creditor Kounovsky Inc. mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
    on behalf of Interested Party Brian Kounovsky mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael Gust
    on behalf of Creditor James Olson mlgfilings@andersonbottrell.com jernst@abstlaw.net

Michael Gust
    on behalf of Defendant Sheyenne 32 North LLC mlgfilings@andersonbottrell.com, jernst@abstlaw.net

Michael Gust
    on behalf of Interested Party Bank Forward mlgfilings@andersonbottrell.com jernst@abstlaw.net

Michael Gust

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 5 of 6 |
| Date Rcvd: Jan 07, 2026 | Form ID: trc | Total Noticed: 1 |

on behalf of Defendant EPIC Gateway LLC mlgfilings@andersonbottrell.com  jernst@abstlaw.net

Michael S Raum

on behalf of Plaintiff EPIC Companies Midwest 2023  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum

on behalf of Debtor EPIC Employee  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum

on behalf of Debtor EOLA Capital  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum

on behalf of Debtor EC West Fargo  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum

on behalf of Plaintiff EPIC Companies Midwest  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum

on behalf of Plaintiff EOLA Capital  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum

on behalf of Debtor EPIC Companies Midwest  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum

on behalf of Debtor EPIC Companies Midwest 2023  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Nathan Lilly

on behalf of Defendant Preference 42  LLC f/k/a EPIC Preference, LLC f/k/a Shepperd Equity Fund, LLC nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Nathan Lilly

on behalf of Defendant Boulevard Square III  LLC nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Nathan Lilly

on behalf of Defendant SAD Downtown  LLC d/b/a The Firm nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Peter B. Hankla

on behalf of Interested Party Randy and Dorothy Henke phankla@mcgeelaw.com

Randall N. Sickler

on behalf of Creditor Robert W. Heim Revocable Living Trust rsickler@ndlaw.com  pschiwal@ndlaw.com

Randall N. Sickler

on behalf of Creditor Rob and Joleen Heim rsickler@ndlaw.com  pschiwal@ndlaw.com

Randall N. Sickler

on behalf of Creditor Darryl and Charlotte Heim rsickler@ndlaw.com  pschiwal@ndlaw.com

Randall N. Sickler

on behalf of Creditor Robert W. & Joleen M. Heim TTE Heim RLT rsickler@ndlaw.com  pschiwal@ndlaw.com

Richard P. Olson

on behalf of Creditor Essential Living Inc rpolsonecf@minotlaw.com  rpolson@minotlaw.com

Richard P. Olson

on behalf of Creditor Bruce & Diane Walker rpolsonecf@minotlaw.com  rpolson@minotlaw.com

Robert G. Will

on behalf of Creditor Larry and Betty Ledene rwill@mcgeelaw.com rgwill_law@yahoo.com;will.robertb124953@notify.bestcase.com

Ryan G Quarne

on behalf of Creditor Bruce & Diane Walker rgquarne@minotlaw.com

Samantha Hanson-Lenn

on behalf of Creditor Committee William Altringer samantha.hansonlenn@stinson.com  mpl.lssteam5@stinson.com

Samantha Hanson-Lenn

on behalf of Creditor Committee Zach Frappier samantha.hansonlenn@stinson.com  mpl.lssteam5@stinson.com

Samantha Hanson-Lenn

on behalf of Creditor Committee Larry Dietz samantha.hansonlenn@stinson.com  mpl.lssteam5@stinson.com

Samantha Hanson-Lenn

on behalf of Creditor Committee Jim Johnson samantha.hansonlenn@stinson.com  mpl.lssteam5@stinson.com

Sara Diaz

on behalf of Creditor Loren Goeser sara@bulielaw.com ken@bulielaw.com;alan@bulielaw.com;traci@bulielaw.com;2787@notices.nextchapterbk.com;fargo@bulielaw.com

Sarah J. Wencil

on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov

| District/off: 0868-3 | User: admin | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Jan 07, 2026 | Form ID: trc | Total Noticed: 1 |

Steven R Kinsella
    on behalf of Plaintiff EPIC Companies Midwest 2023 LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
    on behalf of Plaintiff EPIC Employee LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
    on behalf of Debtor EPIC Companies Midwest LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
    on behalf of Debtor EOLA Capital LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
    on behalf of Plaintiff EC West Fargo LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
    on behalf of Debtor EC West Fargo LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
    on behalf of Plaintiff EOLA Capital LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
    on behalf of Debtor EPIC Employee LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
    on behalf of Plaintiff EPIC Companies Midwest LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
    on behalf of Debtor EPIC Companies Midwest 2023 LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Thomas G. Wallrich
    on behalf of Defendant EPIC Holdings LLC twallrich@cozen.com

Thomas G. Wallrich
    on behalf of Defendant EPIC Holdings II LLC twallrich@cozen.com

United States Trustee
    USTPRegion12.SX.ECF@usdoj.gov

Zenas Baer
    on behalf of Creditor Taracon Precast LLC zbaer@zbaer.com

Zoe Wieber
    on behalf of Creditor Lee Schaleben zoe@dwyerlawnd.com

Zoe Wieber
    on behalf of Creditor STC Flooring zoe@dwyerlawnd.com

TOTAL: 126

2100 B (12/15)

# United States Bankruptcy Court

District of North Dakota
Case No. 24-30281
Chapter 11

In re: Debtor(s) (including Name and Address)

EPIC Companies Midwest, LLC
c/o Lighthouse Management Group, Inc.
900 Long Lake Road Ste. 180
New Brighton MN 55112

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/07/2026.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 15: RGC Properties, Inc., Ronald Carlson, 13111 69th St. SE, Lisbon, ND 58054 | Argo Partners<br>12 West 37th Street, Ste 900<br>New York, NY 10018 |

**-- DEADLINE TO OBJECT TO TRANSFER --**

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   01/09/26

Sara E. Diaz
**CLERK OF THE COURT**