U.S. BANKRUPTCY COURT
FILED '26 JAN 13 PM 1:55

CLAIM 78—EPIC COMPANIES MIDWEST, LLC

# MYRON A SCHAPP

T: 218-790-7197 // E: Myrons@Redriverglazing.com

U.S. Bankruptcy Court
Bankruptcy No. 24-30281
655 First Avenue North
Suite 210
Fargo, ND 58102

Also:
Attorney Steven R. Kinsella
Fredrickson & Byron
60 South Sixth Street
Suite 1500
Minneapolis, MN 55402

## FOR THE RECORD AND THE COURT

I am writing to express my objection to the Modification of my claim 78.
I have enclosed with this letter and with the original claim 78 a form 5498.
Issued from First Western Bank & Trust, Minot ND.  The form 5498
Shows the original $65,000.00 and a rollover contribution of $15,325.55.
Which in turn equals my claim of $80,845.24

I believe that this form was filled out and paid for by Epic companies.  This
form is the only thing that I had to reference and pay my taxes.  I would
assume that this form was filed with the State and Federal Government.

In 2023 I had moved my Self-Directed IRA from First International Bank &
Trust in Fargo to First Western Bank & Trust in Fargo. First International
Bank was the one recommended by Epic Companies. First International had
held my account with Epic since 2014.  My original investment was said to
be with Legendary Angel Fund– McKinley Series.  I was assured a Monthly
payment for my investments, and I have enclosed some copies as proof.  As
you can see both Todd Berning and Bill Leier of Epic Companies are the
originators of these receipts.  In Nov 2020 the promissory note came due
with a sum due to My IRA of $76,406.25. I was asked to transfer my shares
from Mckinley to Epic Companies Midwest.  I agreed to transfer my Shares
under the assumption of better returns. I only share this information to
show the court that my account with Epic Companies has been in place
since 10/28/2014.

My Claim would be much higher if I thought I could show the court what
really happened.  I also feel that the court should have included Epic's
construction company in the bankruptcy filing to help show how they
moved money around.

Thank You
Myron A Schapp

Enclosed:  Form 5498, Legendary Investments LLC, & Epic Deposit Receipt

# IRA Contribution Information

This information is being furnished to the Internal Revenue Service

**2023**
**Form 5498**
OMB No.
1545-0747
Copy B
For Participant

Participant's Name, Street Address, City, State & Zip Code

Myron Schapp
201 Prairiewood Dr S Unit C
Fargo, ND  58103

Participant's Social Security Number



Account Number

191000:Myron Schapp Traditional IRA

☐ CORRECTED (if checked)

| | |
|---|---|
| 1 IRA contributions (other than amounts in boxes 2-4, 8-10, 13a, and 14a) | Trustee's or Issuer's Name, street address, city, state & zip code |
| 2 Rollover contributions<br><br>15,325.55 | First Western Bank & Trust<br>PO Box 1090<br>Minot, ND  58702-1090 |
| 3 Roth IRA conversion amount | 701 857-7150<br>Trustee's or Issuer's Federal Identification no. |
| 4 Recharacterized contributions | 45-0279825 |
| 5 Fair market value of account<br><br>80,845.24 | 6 Life insurance cost included in box 1 |
| 7    IRA ☒    SEP ☐    SIMPLE ☐    Roth IRA ☐ | 8 SEP Contributions |
| 9 SIMPLE contributions | 10 Roth IRA Contributions |
| 11 If checked required minimum distribution for 2024    ☐ | |
| 12a RMD Date | 12b RMD Amount |
| 13a Postponed contribution | 13b Year          13c Code |
| 14a Repayments | 14b Code |
| 15a FMV of certain specified assets<br><br>65,000.00 | 15b Code(s)<br><br>C |

# Legendary Investments, LLC

PO Box 879
Minot, ND 58702

December 31, 2017

TO: Legendary Angel Fund –McKinley Series

FROM: Todd Berning

RE: Quarterly Dividend – McKinley Series

Enclosed is your interest payment for the fourth quarter of 2017.

Thank you so much for your investment into this series. If you should have any questions or concerns, please feel free to contact me at headroom@minot.com or 701.740.0237.

Thank you,

Todd

| Date | Invoice Number | Comment | Amount | Discount Amount | Net Amount |
|------|----------------|---------|--------|-----------------|------------|
| | | | 937.50 | 0.00 | 937.50 |
| 12/28/2017 | 171231 | | | | |

| | | | Check Total: | 937.50 |
|---|---|---|---|---|
| Check: 003487 | 12/28/2017 | Myron A & Sherry Schapp | | |

# Legendary Investments, LLC

PO Box 879
Minot, ND 58702

September 30, 2017

TO: Legendary Angel Fund –McKinley Series

FROM: Todd Berning

RE: Quarterly Dividend – McKinley Series

Enclosed is your interest payment for the third quarter of 2017.

Thank you so much for your investment into this series. If you should have any questions or concerns, please feel free to contact me at headroom@minot.com or 701.740.0237.

Thank you,

Todd

| Date | Invoice Number | Comment | Amount | Discount Amount | Net Amount |
|------|---------------|---------|--------|-----------------|------------|
| 9/27/2017 | 170930 | | 937.50 | 0.00 | 937.50 |

| Check: 003376 | 9/27/2017 | Myron A & Sherry Schapp | Check Total: | 937.50 |
|---|---|---|---|---|

# Legendary Investments, LLC

PO Box 879
Minot, ND 58702

June 30, 2017

TO: Legendary Angel Fund –McKinley Series

FROM: Todd Berning

RE: Quarterly Dividend – McKinley Series

Enclosed is your interest payment for the second quarter of 2017.

Thank you so much for your investment into this series. If you should have any questions or concerns, please feel free to contact me at headroom@minot.com or 701.740.0237.

Thank you,

Todd

| Date | Invoice Number | Comment | Amount | Discount Amount | Net Amount |
|------|----------------|---------|--------|-----------------|------------|
| 6/22/2017 | 170630 | | 937.50 | 0.00 | 937.50 |

| Check: 003232 | 6/22/2017 | Myron A & Sherry Schapp | Check Total: | 937.50 |
|---|---|---|---|---|

# Legendary Investments, LLC

PO Box 879
Minot, ND 58702

March 31, 2017

TO: Legendary Angel Fund –McKinley Series

FROM: Todd Berning

RE: Quarterly Dividend – McKinley Series

Enclosed is your interest payment for the first quarter of 2017.

Thank you so much for your investment into this series. If you should have any questions or concerns, please feel free to contact me at headroom@minot.com or 701.740.0237.

Thank you,

Todd

| Date | Invoice Number | Comment | Amount | Discount Amount | Net Amount |
|------|----------------|---------|--------|-----------------|------------|
| 3/31/2017 | 170331 | | 937.50 | 0.00 | 937.50 |

| Check: 003106 | 3/31/2017 | Myron A & Sherry Schapp | Check Total: | 937.50 |
|---|---|---|---|---|



eptember 2020

Myron Schapp

1359 Cossette Drive

Fargo, ND 58104

A monthly check in the amount of $270.83 has been sent to your Traditional IRA Account at First International Bank & Trust.  We appreciate you being a partner with us.

We are currently in the process of creating additional developments in Moorhead, MN, West Fargo, Bismarck, Jamestown, Grand Forks, and Minot ND.

Please keep EPIC Companies in mind for any future investment needs.  Let me know if you have any questions.

Thank you for investing with EPIC Companies

Bill Leier

Vice President of Investor & Corporate Relations
218.791.2148
bill.leier@epiccompaniesnd.com

EPIC
COMPANIES

Investment • Development • Management

August 2020

Myron Schapp

1359 Cossette Drive

Fargo, ND 58104

A monthly check in the amount of $270.83 has been sent to your Traditional IRA Account at First International Bank & Trust.  We appreciate you being a partner with us.

We are currently in the process of creating additional developments in Moorhead, MN, West Fargo, Bismarck, Jamestown, Grand Forks, and Minot ND.

Please keep EPIC Companies in mind for any future investment needs.  Let me know if you have any questions.

Thank you for investing with EPIC Companies

Bill Leier
Vice President of Investor & Corporate Relations
218.791.2148
bill.leier@epiccompaniesnd.com



**EPIC COMPANIES**

Investment • Development • Management

...ly 2020

Myron Schapp

1359 Cossette Drive

Fargo, ND 58104

A monthly check in the amount of $270.83 has been sent to your Traditional IRA Account at First International Bank & Trust.  We appreciate you being a partner with us.

We are currently in the process of creating additional developments in Moorhead, MN, West Fargo, Bismarck, Jamestown, Grand Forks, and Minot ND.

Please keep EPIC Companies in mind for any future investment needs.  Let me know if you have any questions.

Thank you for investing with EPIC Companies

Bill Leier
Vice President of Investor & Corporate Relations
218.791.2148
bill.leier@epiccompaniesnd.com



EPIC COMPANIES
Investment • Development • Management

June 2020

Myron Schapp
1359 Cossette Drive
Fargo, ND 58104

A monthly check in the amount of $270.83 has been sent to your Traditional IRA Account at First International Bank & Trust.  We appreciate you being a partner with us.

We are currently in the process of creating additional developments in Moorhead, MN, West Fargo, Bismarck, Jamestown, Grand Forks, and Minot ND.

Please keep EPIC Companies in mind for any future investment needs.  Let me know if you have any questions.

Thank you for investing with EPIC Companies

Bill Leier
Vice President of Investor & Corporate Relations
218.791.2148
bill.leier@epiccompaniesnd.com



May 2020

Myron Schapp

1359 Cossette Drive

Fargo, ND 58104

A monthly check in the amount of $270.83 has been sent to your Traditional IRA Account at First International Bank & Trust.  We appreciate you being a partner with us.

 We are currently in the process of creating additional developments in Moorhead, MN, West Fargo, Bismarck, Jamestown, Grand Forks, and Minot ND.

Please keep EPIC Companies in mind for any future investment needs.  Let me know if you have any questions.

Thank you for investing with EPIC Companies

Bill Leier
Vice President of Investor & Corporate Relations
218.791.2148
bill.leier@epiccompaniesnd.com

EPIC COMPANIES  |  701.866.1006  |  EPICCompaniesND.com



March 2020


Myron Schapp

1359 Cossette Drive

Fargo, ND 58104


A monthly check in the amount of $270.83 has been sent to your Traditional IRA Account at First International Bank & Trust.  We appreciate you being a partner with us.

 We are currently in the process of creating additional developments in Moorhead, MN, West Fargo, Bismarck, Jamestown, Grand Forks, and Minot ND.

Please keep EPIC Companies in mind for any future investment needs.  Let me know if you have any questions.

Thank you for investing with EPIC Companies


Bill Leier
Vice President of Investor & Corporate Relations
218.791.2148
bill.leier@epiccompaniesnd.com


EPIC COMPANIES  |  701.866.1006  |  EPICCompaniesND.com



March 2020

Myron Schapp

1359 Cossette Drive

Fargo, ND 58104

A monthly check in the amount of $270.83 has been sent to your Traditional IRA Account at First International Bank & Trust.  We appreciate you being a partner with us.

We are currently in the process of creating additional developments in Moorhead, MN, West Fargo, Bismarck, Jamestown, Grand Forks, and Minot ND.

Please keep EPIC Companies in mind for any future investment needs.  Let me know if you have any questions.

Thank you for investing with EPIC Companies

Bill Leier
Vice President of Investor & Corporate Relations
218.791.2148
bill.leier@epiccompaniesnd.com

EPIC COMPANIES  |  701.866.1006  |  EPICCompaniesND.com



Feb 2020

Myron Schapp

1359 Cossette Drive

Fargo, ND 58104

A monthly check in the amount of $270.83 has been sent to your Traditional IRA Account at First International Bank & Trust. We appreciate you being a partner with us.

We are currently in the process of creating additional developments in Moorhead, MN, West Fargo, Bismarck, Jamestown, Grand Forks, and Minot ND.

Please keep EPIC Companies in mind for any future investment needs. Let me know if you have any questions.

Thank you for investing with EPIC Companies

Bill Leier
Vice President of Investor & Corporate Relations
218.791.2148
bill.leier@epiccompaniesnd.com



Jan 2020

Myron Schapp

1359 Cossette Drive

Fargo, ND 58104

A monthly check in the amount of $270.83 has been sent to your Traditional IRA Account at
First International Bank & Trust.  We appreciate you being a partner with us.

We are currently in the process of creating additional developments in Moorhead, MN, West
Fargo, Bismarck, Jamestown, Grand Forks, and Minot ND.

Please keep EPIC Companies in mind for any future investment needs.  Let me know if you have
any questions.

Thank you for investing with EPIC Companies

Bill Leier
Vice President of Investor & Corporate Relations
218.791.2148
bill.leier@epiccompaniesnd.com



Dec 2019

Myron Schapp

1359 Cossette Drive

Fargo, ND 58104

A monthly check in the amount of $270.83 has been sent to your Traditional IRA Account at First International Bank & Trust.  We appreciate you being a partner with us.

We are currently in the process of creating additional developments in Moorhead, MN, West Fargo, Bismarck, Jamestown, Grand Forks, and Minot ND.

Please keep EPIC Companies in mind for any future investment needs.  Let me know if you have any questions.

Thank you for investing with EPIC Companies

Bill Leier
Vice President of Investor & Corporate Relations
218.791.2148
bill.leier@epiccompaniesnd.com



Oct 2019

Myron Schapp

1359 Cossette Drive

Fargo, ND 58104

A monthly check in the amount of $270.83 has been sent to your Traditional IRA Account at First International Bank & Trust.  We appreciate you being a partner with us.

We are currently in the process of creating additional developments in Moorhead, MN, West Fargo, Bismarck, Jamestown, Grand Forks, and Minot ND.

Please keep EPIC Companies in mind for any future investment needs.  Let me know if you have any questions.

Thank you for investing with EPIC Companies

Bill Leier
Vice President of Investor & Corporate Relations
218.791.2148
bill.leier@epiccompaniesnd.com



Sept 2019

Myron Schapp

1359 Cossette Drive

Fargo, ND 58104

A monthly check in the amount of $270.83 has been sent to your Traditional IRA Account at First International Bank & Trust.  We appreciate you being a partner with us.

We are currently in the process of creating additional developments in Moorhead, MN, West Fargo, Bismarck, Jamestown, Grand Forks, and Minot ND.

Please keep EPIC Companies in mind for any future investment needs.  Let me know if you have any questions.

Thank you for investing with EPIC Companies

Bill Leier
Vice President of Investor & Corporate Relations
218.791.2148
bill.leier@epiccompaniesnd.com

EPIC COMPANIES  |  701.866.1006  |  EPICCompaniesND.com



EPIC COMPANIES
Investment • Development • Management

July 2019

Myron Schapp

1359 Cossette Drive

Fargo, ND 58104

A monthly check in the amount of $270.83 has been sent to your Traditional IRA Account at First International Bank & Trust.  We appreciate you being a partner with us.

We are currently in the process of creating additional developments in Moorhead, MN, West Fargo, Bismarck, Jamestown, Grand Forks, and Minot ND.

Please keep EPIC Companies in mind for any future investment needs.  Let me know if you have any questions.

Thank you for investing with EPIC Companies

Bill Leier
Vice President of Investor & Corporate Relations
218.791.2148
bill.leier@epiccompaniesnd.com




EPIC COMPANIES
Investment • Development • Management

June 2019

Myron Schapp

1359 Cossette Drive

Fargo, ND 58104


A monthly check in the amount of $270.83 has been sent to your Traditional IRA Account at First International Bank & Trust.  We appreciate you being a partner with us.

We are currently in the process of creating additional developments in Moorhead, MN, West Fargo, Bismarck, Jamestown, Grand Forks, and Minot ND.

Please keep EPIC Companies in mind for any future investment needs.  Let me know if you have any questions.

Thank you for investing with EPIC Companies

Bill Leier

Bill Leier
Vice President of Investor & Corporate Relations
218.791.2148
bill.leier@epiccompaniesnd.com



EC EPIC
COMPANIES
Investment • Development • Management

May 2019

Myron Schapp

1359 Cossette Drive

Fargo, ND 58104

A monthly check in the amount of $270.83 has been sent to your Traditional IRA Account at First International Bank & Trust.  We appreciate you being a partner with us.

We are currently in the process of creating additional developments in Moorhead, MN, West Fargo, Bismarck, Jamestown, Grand Forks, and Minot ND.

Please keep EPIC Companies in mind for any future investment needs.  Let me know if you have any questions.

Thank you for investing with EPIC Companies

*Bill Leier*

Bill Leier
Vice President of Investor & Corporate Relations
218.791.2148
bill.leier@epiccompaniesnd.com

*Myron,  Hope your having a good Summer !*
*Thank you*

*Bill.*



April 2019

Myron Schapp

1359 Cossette Drive

Fargo, ND 58104

A monthly check in the amount of $270.83 has been sent to your Traditional IRA Account at First International Bank & Trust. We appreciate you being a partner with us.

We are currently in the process of creating additional developments in Moorhead, MN, West Fargo, Bismarck, Jamestown, Grand Forks, and Minot ND.

Please keep EPIC Companies in mind for any future investment needs. Let me know if you have any questions.

Thank you for investing with EPIC Companies

Bill Leier
Vice President of Investor & Corporate Relations
218.791.2148
bill.leier@epiccompaniesnd.com



July 2019


Myron Schapp

1359 Cossette Drive

Fargo, ND 58104


A monthly check in the amount of $270.83 has been sent to your Traditional IRA Account at First International Bank & Trust.  We appreciate you being a partner with us.

We are currently in the process of creating additional developments in Moorhead, MN, West Fargo, Bismarck, Jamestown, Grand Forks, and Minot ND.

Please keep EPIC Companies in mind for any future investment needs.  Let me know if you have any questions.

Thank you for investing with EPIC Companies


Bill Leier
Vice President of Investor & Corporate Relations
218.791.2148
bill.leier@epiccompaniesnd.com

**EPIC COMPANIES** | 701.866.1006 | EPICCompaniesND.com

CLAIM 78—EPIC COMPANIES MIDWEST, LLC



# MYRON A SCHAPP

T: 218-790-7197 // E: Myrons@Redriverglazing.com

U.S. Bankruptcy Court
Bankruptcy No. 24-30281
655 First Avenue North
Suite 210
Fargo, ND 58102

**FOR THE RECORD AND THE COURT**

I am writing to express my objection to the Modification of my claim 78.
I have enclosed with this letter and with the original claim 78 a form 5498.
Issued from First Western Bank & Trust, Minot ND.  The form 5498
Shows the original $65,000.00 and a rollover contribution of $15,325.55.
Which in turn equals my claim of $80,845.24

Also:
Attorney Steven R. Kinsella
Fredrickson & Byron
60 South Sixth Street
Suite 1500
Minneapolis, MN 55402

I believe that this form was filled out and paid for by Epic companies.  This
form is the only thing that I had to reference and pay my taxes.  I would
assume that this form was filed with the State and Federal Government.

In 2023 I had moved my Self-Directed IRA from First International Bank &
Trust in Fargo to First Western Bank & Trust in Fargo. First International
Bank was the one recommended by Epic Companies. First International had
held my account with Epic since 2014.  My original investment was said to
be with Legendary Angel Fund- McKinley Series.  I was assured a Monthly
payment for my investments, and I have enclosed some copies as proof.  As
you can see both Todd Berning and Bill Leier of Epic Companies are the
originators of these receipts.  In Nov 2020 the promissory note came due
with a sum due to My IRA of $76,406.25. I was asked to transfer my shares
from Mckinley to Epic Companies Midwest.  I agreed to transfer my Shares
under the assumption of better returns. I only share this information to
show the court that my account with Epic Companies has been in place
since 10/28/2014.

My Claim would be much higher if I thought I could show the court what
really happened.  I also feel that the court should have included Epic's
construction company in the bankruptcy filing to help show how they
moved money around.

Thank You
Myron A Schapp

Enclosed:  Form 5498, Legendary Investments LLC, & Epic Deposit Receipt

## IRA Contribution Information

This information is being furnished to the Internal Revenue Service

**2023**
**Form 5498**
OMB No.
1545-0747
Copy B
For Participant

Participant's Name, Street Address, City, State & Zip Code

Myron Schapp
201 Prairiewood Dr S Unit C
Fargo, ND  58103

Participant's Social Security Number



Account Number

191000:Myron Schapp Traditional IRA

☐ CORRECTED (if checked)

| | Trustee's or Issuer's Name, street address, city, state & zip code |
|---|---|
| 1 IRA contributions (other than amounts in boxes 2-4, 8-10, 13a, and 14a) | First Western Bank & Trust |
| 2 Rollover contributions **15,325.55** | PO Box 1090<br>Minot, ND  58702-1090 |
| 3 Roth IRA conversion amount | 701 857-7150 |
| 4 Recharacterized contributions | Trustee's or Issuer's Federal Identification no.<br>45-0279825 |
| 5 Fair market value of account **80,845.24** | 6 Life insurance cost included in box 1 |

| 7 | IRA | SEP | SIMPLE | Roth IRA | 8 SEP Contributions |
|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | |

| 9 SIMPLE contributions | 10 Roth IRA Contributions |
|---|---|
| 11 If checked required minimum distribution for 2024  ☐ | |
| 12a RMD Date | 12b RMD Amount |
| 13a Postponed contribution | 13b Year | 13c Code |
| 14a Repayments | 14b Code |
| 15a FMV of certain specified assets **65,000.00** | 15b Code(s)  C |

# Legendary Investments, LLC

PO Box 879
Minot, ND 58702

December 31, 2017

TO: Legendary Angel Fund —McKinley Series

FROM: Todd Berning

RE: Quarterly Dividend – McKinley Series

Enclosed is your interest payment for the fourth quarter of 2017.

Thank you so much for your investment into this series. If you should have any questions or concerns, please feel free to contact me at headroom@minot.com or 701.740.0237.

Thank you,


Todd

| Date | Invoice Number | Comment | Amount | Discount Amount | Net Amount |
|------|----------------|---------|--------|-----------------|------------|
| | | | | | 937.50 |
| 12/28/2017 | 171231 | | 937.50 | 0.00 | |

| Check: 003487 | 12/28/2017 | Myron A & Sherry Schapp | Check Total: | 937.50 |
|---------------|------------|-------------------------|--------------|--------|

# Legendary Investments, LLC

PO Box 879
Minot, ND 58702

September 30, 2017

TO: Legendary Angel Fund –McKinley Series

FROM: Todd Berning

RE: Quarterly Dividend – McKinley Series

Enclosed is your interest payment for the third quarter of 2017.

Thank you so much for your investment into this series. If you should have any questions or concerns, please feel free to contact me at headroom@minot.com or 701.740.0237.

Thank you,

Todd

| Date | Invoice Number | Comment | Amount | Discount Amount | Net Amount |
|------|----------------|---------|--------|-----------------|------------|
| 9/27/2017 | 170930 | | 937.50 | 0.00 | 937.50 |

| Check: 003376 | 9/27/2017 | Myron A & Sherry Schapp | Check Total: | 937.50 |
|---------------|-----------|-------------------------|--------------|--------|

# Legendary Investments, LLC

PO Box 879
Minot, ND 58702

June 30, 2017

TO: Legendary Angel Fund –McKinley Series

FROM: Todd Berning

RE: Quarterly Dividend – McKinley Series

Enclosed is your interest payment for the second quarter of 2017.

Thank you so much for your investment into this series. If you should have any questions or concerns, please feel free to contact me at headroom@minot.com or 701.740.0237.

Thank you,

Todd

| Date | Invoice Number | Comment | Amount | Discount Amount | Net Amount |
|------|----------------|---------|--------|-----------------|------------|
| 6/22/2017 | 170630 | | 937.50 | 0.00 | 937.50 |

| Check: 003232 | 6/22/2017 | Myron A & Sherry Schapp | Check Total: | 937.50 |
|---|---|---|---|---|

# Legendary Investments, LLC

PO Box 879
Minot, ND 58702

March 31, 2017

TO: Legendary Angel Fund –McKinley Series

FROM: Todd Berning

RE: Quarterly Dividend – McKinley Series

Enclosed is your interest payment for the first quarter of 2017.

Thank you so much for your investment into this series. If you should have any questions or concerns, please feel free to contact me at headroom@minot.com or 701.740.0237.

Thank you,

Todd

| Date | Invoice Number | Comment | Amount | Discount Amount | Net Amount |
|------|----------------|---------|--------|-----------------|------------|
| 3/31/2017 | 170331 | | 937.50 | 0.00 | 937.50 |

| Check: 003106 | 3/31/2017 | Myron A & Sherry Schapp | Check Total: | 937.50 |
|---|---|---|---|---|

EPIC COMPANIES
Investment • Development • Management

eptember 2020

Myron Schapp

1359 Cossette Drive

Fargo, ND 58104

A monthly check in the amount of $270.83 has been sent to your Traditional IRA Account at First International Bank & Trust.  We appreciate you being a partner with us.

 We are currently in the process of creating additional developments in Moorhead, MN, West Fargo, Bismarck, Jamestown, Grand Forks, and Minot ND.

Please keep EPIC Companies in mind for any future investment needs.  Let me know if you have any questions.

Thank you for investing with EPIC Companies

Bill Leier
Vice President of Investor & Corporate Relations
218.791.2148
bill.leier@epiccompaniesnd.com



August 2020

Myron Schapp

1359 Cossette Drive

Fargo, ND 58104

A monthly check in the amount of $270.83 has been sent to your Traditional IRA Account at First International Bank & Trust.  We appreciate you being a partner with us.

We are currently in the process of creating additional developments in Moorhead, MN, West Fargo, Bismarck, Jamestown, Grand Forks, and Minot ND.

Please keep EPIC Companies in mind for any future investment needs.  Let me know if you have any questions.

Thank you for investing with EPIC Companies

Bill Leier
Vice President of Investor & Corporate Relations
218.791.2148
bill.leier@epiccompaniesnd.com



...ly 2020

Myron Schapp

1359 Cossette Drive

Fargo, ND 58104

A monthly check in the amount of $270.83 has been sent to your Traditional IRA Account at First International Bank & Trust.  We appreciate you being a partner with us.

We are currently in the process of creating additional developments in Moorhead, MN, West Fargo, Bismarck, Jamestown, Grand Forks, and Minot ND.

Please keep EPIC Companies in mind for any future investment needs.  Let me know if you have any questions.

Thank you for investing with EPIC Companies

Bill Leier
Vice President of Investor & Corporate Relations
218.791.2148
bill.leier@epiccompaniesnd.com



June 2020


Myron Schapp
1359 Cossette Drive
Fargo, ND 58104


A monthly check in the amount of $270.83 has been sent to your Traditional IRA Account at
First International Bank & Trust.  We appreciate you being a partner with us.

We are currently in the process of creating additional developments in Moorhead, MN, West
Fargo, Bismarck, Jamestown, Grand Forks, and Minot ND.

Please keep EPIC Companies in mind for any future investment needs.  Let me know if you have
any questions.

Thank you for investing with EPIC Companies


Bill Leier
Vice President of Investor & Corporate Relations
218.791.2148
bill.leier@epiccompaniesnd.com

**EPIC COMPANIES**  |  701.866.1006  |  EPICCompaniesND.com



May 2020

Myron Schapp

1359 Cossette Drive

Fargo, ND 58104

A monthly check in the amount of $270.83 has been sent to your Traditional IRA Account at First International Bank & Trust.  We appreciate you being a partner with us.

We are currently in the process of creating additional developments in Moorhead, MN, West Fargo, Bismarck, Jamestown, Grand Forks, and Minot ND.

Please keep EPIC Companies in mind for any future investment needs.  Let me know if you have any questions.

Thank you for investing with EPIC Companies

Bill Leier
Vice President of Investor & Corporate Relations
218.791.2148
bill.leier@epiccompaniesnd.com



March 2020

Myron Schapp

1359 Cossette Drive

Fargo, ND 58104

A monthly check in the amount of $270.83 has been sent to your Traditional IRA Account at First International Bank & Trust.  We appreciate you being a partner with us.

 We are currently in the process of creating additional developments in Moorhead, MN, West Fargo, Bismarck, Jamestown, Grand Forks, and Minot ND.

Please keep EPIC Companies in mind for any future investment needs.  Let me know if you have any questions.

Thank you for investing with EPIC Companies

Bill Leier
Vice President of Investor & Corporate Relations
218.791.2148
bill.leier@epiccompaniesnd.com



Investment •Development •Management

March 2020

Myron Schapp

1359 Cossette Drive

Fargo, ND 58104

A monthly check in the amount of $270.83 has been sent to your Traditional IRA Account at First International Bank & Trust.  We appreciate you being a partner with us.

We are currently in the process of creating additional developments in Moorhead, MN, West Fargo, Bismarck, Jamestown, Grand Forks, and Minot ND.

Please keep EPIC Companies in mind for any future investment needs.  Let me know if you have any questions.

Thank you for investing with EPIC Companies

Bill Leier
Vice President of Investor & Corporate Relations
218.791.2148
bill.leier@epiccompaniesnd.com



EC EPIC
COMPANIES
Investment • Development • Management

Feb 2020

Myron Schapp

1359 Cossette Drive

Fargo, ND 58104

A monthly check in the amount of $270.83 has been sent to your Traditional IRA Account at First International Bank & Trust.  We appreciate you being a partner with us.

We are currently in the process of creating additional developments in Moorhead, MN, West Fargo, Bismarck, Jamestown, Grand Forks, and Minot ND.

Please keep EPIC Companies in mind for any future investment needs.  Let me know if you have any questions.

Thank you for investing with EPIC Companies

Bill Leier
Vice President of Investor & Corporate Relations
218.791.2148
bill.leier@epiccompaniesnd.com



Jan 2020

Myron Schapp

1359 Cossette Drive

Fargo, ND 58104

A monthly check in the amount of $270.83 has been sent to your Traditional IRA Account at First International Bank & Trust.  We appreciate you being a partner with us.

 We are currently in the process of creating additional developments in Moorhead, MN, West Fargo, Bismarck, Jamestown, Grand Forks, and Minot ND.

Please keep EPIC Companies in mind for any future investment needs.  Let me know if you have any questions.

Thank you for investing with EPIC Companies

Bill Leier
Vice President of Investor & Corporate Relations
218.791.2148
bill.leier@epiccompaniesnd.com



**EPIC COMPANIES**

Investment • Development • Management

Dec 2019

Myron Schapp

1359 Cossette Drive

Fargo, ND 58104

A monthly check in the amount of $270.83 has been sent to your Traditional IRA Account at First International Bank & Trust.  We appreciate you being a partner with us.

We are currently in the process of creating additional developments in Moorhead, MN, West Fargo, Bismarck, Jamestown, Grand Forks, and Minot ND.

Please keep EPIC Companies in mind for any future investment needs.  Let me know if you have any questions.

Thank you for investing with EPIC Companies

Bill Leier
Vice President of Investor & Corporate Relations
218.791.2148
bill.leier@epiccompaniesnd.com



Oct 2019

Myron Schapp

1359 Cossette Drive

Fargo, ND 58104

A monthly check in the amount of $270.83 has been sent to your Traditional IRA Account at First International Bank & Trust. We appreciate you being a partner with us.

We are currently in the process of creating additional developments in Moorhead, MN, West Fargo, Bismarck, Jamestown, Grand Forks, and Minot ND.

Please keep EPIC Companies in mind for any future investment needs. Let me know if you have any questions.

Thank you for investing with EPIC Companies

Bill Leier
Vice President of Investor & Corporate Relations
218.791.2148
bill.leier@epiccompaniesnd.com





Investment • Development • Management

Sept 2019

Myron Schapp

1359 Cossette Drive

Fargo, ND 58104

A monthly check in the amount of $270.83 has been sent to your Traditional IRA Account at First International Bank & Trust.  We appreciate you being a partner with us.

We are currently in the process of creating additional developments in Moorhead, MN, West Fargo, Bismarck, Jamestown, Grand Forks, and Minot ND.

Please keep EPIC Companies in mind for any future investment needs.  Let me know if you have any questions.

Thank you for investing with EPIC Companies

Bill Leier
Vice President of Investor & Corporate Relations
218.791.2148
bill.leier@epiccompaniesnd.com

**EPIC COMPANIES |** 701.866.1006 **|** EPICCompaniesND.com



July 2019

Myron Schapp

1359 Cossette Drive

Fargo, ND 58104

A monthly check in the amount of $270.83 has been sent to your Traditional IRA Account at First International Bank & Trust.  We appreciate you being a partner with us.

We are currently in the process of creating additional developments in Moorhead, MN, West Fargo, Bismarck, Jamestown, Grand Forks, and Minot ND.

Please keep EPIC Companies in mind for any future investment needs.  Let me know if you have any questions.

Thank you for investing with EPIC Companies

Bill Leier
Vice President of Investor & Corporate Relations
218.791.2148
bill.leier@epiccompaniesnd.com

**EPIC COMPANIES** | 701.866.1006 | EPICCompaniesND.com



Investment •Development •Management

June 2019

Myron Schapp

1359 Cossette Drive

Fargo, ND 58104

A monthly check in the amount of $270.83 has been sent to your Traditional IRA Account at First International Bank & Trust.  We appreciate you being a partner with us.

We are currently in the process of creating additional developments in Moorhead, MN, West Fargo, Bismarck, Jamestown, Grand Forks, and Minot ND.

Please keep EPIC Companies in mind for any future investment needs.  Let me know if you have any questions.

Thank you for investing with EPIC Companies

*Bill Leier*

Bill Leier
Vice President of Investor & Corporate Relations
218.791.2148
bill.leier@epiccompaniesnd.com



Investment • Development • Management

May 2019

Myron Schapp

1359 Cossette Drive

Fargo, ND 58104

A monthly check in the amount of $270.83 has been sent to your Traditional IRA Account at First International Bank & Trust.  We appreciate you being a partner with us.

 We are currently in the process of creating additional developments in Moorhead, MN, West Fargo, Bismarck, Jamestown, Grand Forks, and Minot ND.

Please keep EPIC Companies in mind for any future investment needs.  Let me know if you have any questions.

Thank you for investing with EPIC Companies

*Bill Leier*

Bill Leier

Vice President of Investor & Corporate Relations

218.791.2148

bill.leier@epiccompaniesnd.com

*Myron,  Hope your having a good Summer!*
*Thank you*

*Bill.*



Investment • Development • Management

April 2019

Myron Schapp

1359 Cossette Drive

Fargo, ND 58104

A monthly check in the amount of $270.83 has been sent to your Traditional IRA Account at First International Bank & Trust. We appreciate you being a partner with us.

We are currently in the process of creating additional developments in Moorhead, MN, West Fargo, Bismarck, Jamestown, Grand Forks, and Minot ND.

Please keep EPIC Companies in mind for any future investment needs. Let me know if you have any questions.

Thank you for investing with EPIC Companies



Bill Leier

Vice President of Investor & Corporate Relations

218.791.2148

bill.leier@epiccompaniesnd.com



EPIC
COMPANIES
Investment • Development • Management

July 2019

Myron Schapp

1359 Cossette Drive

Fargo, ND 58104

A monthly check in the amount of $270.83 has been sent to your Traditional IRA Account at
First International Bank & Trust.  We appreciate you being a partner with us.

We are currently in the process of creating additional developments in Moorhead, MN, West
Fargo, Bismarck, Jamestown, Grand Forks, and Minot ND.

Please keep EPIC Companies in mind for any future investment needs.  Let me know if you have
any questions.

Thank you for investing with EPIC Companies

Bill Leier
Vice President of Investor & Corporate Relations
218.791.2148
bill.leier@epiccompaniesnd.com