Case number 24-30281

In re:  Jointly Administered

EPIC Companies Midwest, LLC   Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC   Bankruptcy No. 24-30282
EPIC Employee, LLC   Bankruptcy No. 24-30283
EOLA Capital, LLC, and   Bankruptcy No. 24-30284
EC West Fargo, LLC   Bankruptcy No. 24-30285

Debtors   Chapter 11

---

**TYLER JOHN BAY, PRO-SE, MOTION TO APPEAR BY VIDEO CONFERENCE (ZOOM) FOR HEARING SCHEDULED TUESDAY, FEBRUARY 3, 2026, AT 10:30 A.M.**

---

IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF NORTH DAKOTA

1.   COMES NOW Pro-Se Creditor, Tyler John Bay, to submit this request to appear via video conferencing using Zoom at the upcoming hearing scheduled in this matter. Or in the alternative, via telephonic appearance.

2.   This matter has been scheduled for hearing on **Tuesday, February 3, 226, at 10:30 A.M.** in Courtroom #3, Second Floor of the Quentin N. Burdick United States Courthouse located at 655 First Avenue North Fargo, North Dakota 58102-4932.

3.   Pursuant to Rule 43(a) of the Federal Rules of Civil Procedure, Creditor is filing this request for cause and compelling circumstances. The Creditor is located in Bismarck. Permitting a Zoom appearance will save considerable expense to the Creditor, in addition to addressing protentional travel delays and travel risks due to winter weather issues in North Dakota.

4.  Due to the foregoing, the Creditor respectfully requests that he be allowed to appear via Zoom for the hearing related to this matter, or in the alternative, via telephonic appearance.

Dated January, 22, 2026.

/s/ Tyler Bay
Tyler John Bay
301 11th Ave NW Apt #3
Mandan ND 58554
701-202-4427
Tyler.bay1229@gmail.com