**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

**CERTIFICATE REGARDING NOTICE OF STATUS REPORT**

I, Katherine A. Nixon, certify that on January 27, 2026, I caused notice of the Liquidating Trustee's *Status Report* (ECF No. 534) to be sent by e-mail to the following parties:

| Name | E-Mail Address |
|---|---|
| Dwight Schmidt | Dwightschmidt8776@gmail.com |
| Troy Moore | Troylmoore02@gmail.com |
| Michael & Jill Thompson | mikejill@daktel.com |
| Darlene Pich | Deanop512@gmail.com |
| Jim Johnson | jjohnsonlgca@gmail.com |
| Todd & Cindy Brown | brownranch@srt.com |
| Myron Schapp | myrons@redriverglazing.com |
| Tyler John Bay | Tyler.bay1229@gmail.com |
| Wayne Ganskop | wganskop@gmail.com |
| Essential Living, Inc. | rgquarne@minotlaw.com |
| AMEX TRS Co., Inc. | nmcghee@becket-lee.com |
| Rent Group, Inc. | ktrivette@szabo.com |
| 7 Mile Holdings, LLC | ghsinger@hollandhart.com |

Dated:  January 27, 2026                    */s/ Katherine A. Nixon*
                                            Katherine A. Nixon