UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtor. / | Chapter 11 |

IN THE MATTER OF:

First Omnibus Objection to Claims (Duplicate Claims) filed by Debtors on December 18, 2025. (Doc. 500)

Second Omnibus Objection to Claims (No Liability) filed by Debtors on December 18, 2025. (Doc. 501)

Third Omnibus Objection to Claims (Insider Claims) filed by Debtors on December 18, 2025. (Doc. 502)

Fourth Omnibus Objection to Claims (Incorrect Amounts) filed by Debtors on December 18, 2025. (Doc. 503)

Fifth Omnibus Objection to Claims (Incorrect Claimant) filed by Debtors on December 18, 2025. (Doc. 504)
_____/

**NOTICE OF HEARING CHANGE
FROM EVIDENTIARY HEARINGS TO STATUS CONFERENCES**

PLEASE BE INFORMED THAT the Evidentiary Hearings on the above listed Objections to Claims (Doc. 500, 501, 502, 503, 504) scheduled for **Tuesday, February 3, 2026, at 10:00 a.m.** will be regarded as Status Conferences. A continued hearing date will be discussed, to the extent that an evidentiary hearing will be necessary.

Dated: February 2, 2026.

Sara E. Diaz, Clerk
United States Bankruptcy Court
Quentin N. Burdick United States Courthouse
655 1st Avenue North, Suite 210
Fargo, ND 58102-4932

By:    /s/  *Sharon Horsager*
Sharon Horsager, Deputy Clerk

Order served electronically February 2, 2026, to Electronic Mail Notice List for Case No. 24-30281.