**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

**ORDER TRANSFERRING THE LIQUIDATING TRUSTEE'S OBJECTION TO HAIN CAPITAL INVESTORS MASTER FUND LTD.'S CLAIM**

On December 18, 2025, Lighthouse Management Group, Inc., as the Liquidating Trustee for the EPIC Liquidating Trust, filed its third omnibus objection to certain claims on the basis that such claims belong to "insiders".  Doc. 502.  The Liquidating Trustee served the objection and notice of the hearing on the objection.  Doc. 514. Hain Capital Investors Master Fund, Ltd. which now holds the claim filed by 7 Mile Holdings, LLC (Claim 1 in In re EOLA Capital, LLC), filed a response.

Debtor's request to include this claimant in its omnibus objection is denied. Further, I disqualify myself from hearing this objection pursuant to 28 U.S.C. § 455(b). The Liquidating Trustee's objection to Hain Capital Investors Master Fund's claim will be transferred to United States Bankruptcy Judge William J. Fisher.

Dated: February 3, 2026.

Shon Hastings, Judge
United States Bankruptcy Court