United States Bankruptcy Court

District of North Dakota

In re: EPIC Companies, LLC                                    Chapter 11

                                                              Case No. 24-30281

NOTICE OF CREDITOR'S CHANGE OF ADDRESS

debtors ("Debtors"), has changed his/her/its address and directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claims (as listed on the Debtors' schedules and claims register) and hereby requests that service of any pleadings, notices, correspondence, ballots and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
Mark & Terese Ahmann

9426 Large Court NE

Otsego, MN 55330

New Address
Mark & Terese Ahmann
c/o Bradford Capital Holdings, LP
PO Box 4353
Clifton, NJ 07012

I declare that the foregoing is true and correct.

Authorized Signatory for:

Mark Ahmann

*Mark Ahmann* (signature)

Terese Ahmann

*Terry Ahmann* (signature)

Date: Feb 05 2026 11:39 EST