BL9993121

# THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NORTH DAKOTA, FARGO DIVISION

IN RE: EPIC COMPANIES MIDWEST, LLC        Chapter: 11
Bankruptcy No: 24-30281

## WITHDRAWAL OF CLAIM

AMEX TRS Co., Inc., by and through its counsel, withdraws its Proof of Claim Number 103 filed on October 4th, 2024, for account number 1003 and in the amount of $48,851.04.

Respectfully submitted,

By: /s/ Shraddha Bharatia

Shraddha Bharatia, Claims Administrator
Becket & Lee LLP
PO Box 3001
Malvern, PA 19355-0701
610-228-2570
proofofclaim@becket-lee.com

DATE:    2/11/2026