## AFFIDAVIT

I, Patrick Finn, am a Partner at Lighthouse Management Group, Inc., the Liquidating Trustee for the EPIC Liquidating Trust, and I declare under penalty of perjury that the facts set forth in the preceding supplement are true and correct, according to the best of my knowledge, information, and belief.

Dated: February 17, 2026

_____
Patrick Finn