**AFFIDAVIT**

I, Katherine A. Nixon, am an attorney at Fredrikson & Byron, P.A., counsel for the Liquidating Trustee for the EPIC Liquidating Trust, and I declare under penalty of perjury that the facts set forth in the preceding supplement regarding the communications by counsel are true and correct, according to the best of my knowledge, information, and belief.

Dated: February 17, 2026            */s/ Katherine A. Nixon*
                                    Katherine A. Nixon