**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |
| EPIC Companies Midwest, LLC, | |
| EPIC Companies Midwest 2023, LLC, | |
| EPIC Employee, LLC, | |
| Plaintiffs, | |
| v. | Adversary No. 24-07023 |
| Boulevard Square II, LLC, | |
| Boulevard Square III, LLC, | |
| Boulevard Square IV, LLC, | |
| Defendants. | |

**ORDER**

On January 27, 2026, Lighthouse Management Group, Inc., as the Liquidating Trustee for the EPIC Liquidating Trust, on behalf of the Plaintiffs/Debtors, filed a motion seeking approval of a settlement. The Liquidating Trustee provided notice of the motion summarizing the settlement between the Liquidating Trustee and Boulevard Square III, LLC. The Court received no objections. Based on the information provided by the Liquidating Trustee on behalf of the Plaintiffs/Debtors and the documents filed in this case, the Court finds that the proposed settlement is fair and equitable, reflects a balance

of the risks of litigation with potential recovery, and appears to be in the best interest of creditors. Therefore, **IT IS ORDERED** that the Motion to Approve Settlement [Adversary No. 24-07023, ECF No. 87; Bankruptcy No. 24-30281, ECF No. 531] is **GRANTED** and the settlement is **APPROVED**.

                                    **BY THE COURT:**

Dated: February 18, 2026

                              /s/ William J. Fisher
                              William J. Fisher
                              United States Bankruptcy Judge