**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | Jointly Administered |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

**CERTIFICATE OF SERVICE**

Katherine A. Nixon, under penalty of perjury, states that on February 17, 2026 or February 18, 2026 (as indicated below), she caused the following:

Withdrawal of Objection - *ONLY AS TO Essential Living, Inc.; Mary Berning; Liberty Development, LLC; and M&S Concessions, LLC* (ECF No. 550)

to be served by causing true and correct copies to be sent by ECF or U.S. Mail, postage prepaid, to the parties below pursuant to the Federal Rules of Bankruptcy Procedure and Local Rule 2002-1, including the Notice and Service Requirements List:

| **February 17, 2026 by ECF** | **February 18, 2026 by U.S. Mail** |
|---|---|
| Essential Living, Inc.<br>rpolsonecf@minotlaw.com<br>rpolson@minotlaw.com | M&S Concessions, LLC<br>Vicki Campbell<br>PO Box 879<br>Minot, ND 58702-0879 |
| **February 18, 2026 by U.S. Mail** | **February 18, 2026 by U.S. Mail** |
| Liberty Development, LLC<br>Vicki Campbell<br>PO Box 879<br>Minot, ND 58702-0879 | Mary Berning<br>1223 15th Avenue SW<br>Minot, ND 58701-5751 |

Dated: February 19, 2026

/e/ Katherine A. Nixon
Katherine A. Nixon