United States Bankruptcy Court

District of North Dakota

In re:  Case No. 24-30281-skh

EPIC Companies Midwest, LLC  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3      User: admin      Page 1 of 7
Date Rcvd: Feb 18, 2026      Form ID: pdf2some      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2026:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: mfranzen@lighthousemanagement.com | Feb 18 2026 19:13:00 | EPIC Companies Midwest, LLC, c/o Lighthouse Management Group, Inc., 900 Long Lake Road Ste. 180, New Brighton, MN 55112-6455 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexander S. Kelsch | on behalf of Creditor Nick Vollmuth alexk@kelschlaw.com aruff@kelschlaw.com;kimberly@kelschlaw.com;kelsch.alexanders.b@notify.bestcase.com |
| Alexander S. Kelsch | on behalf of Creditor Deborah Vollmuth alexk@kelschlaw.com aruff@kelschlaw.com;kimberly@kelschlaw.com;kelsch.alexanders.b@notify.bestcase.com |
| Amy J. Swedberg | on behalf of Interested Party LTC - The Lincoln  LLC amy.swedberg@maslon.com |
| Amy J. Swedberg | on behalf of Defendant LTC - The Lincoln  LLC amy.swedberg@maslon.com |

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 2 of 7 |
| Date Rcvd: Feb 18, 2026 | Form ID: pdf2some | Total Noticed: 1 |

Amy J. Swedberg
    on behalf of Creditor Clifford Otten amy.swedberg@maslon.com

Anthony J Anderson
    on behalf of Creditor Shane R. Larck aanderson@nilleslaw.com  bbrunelle@nilleslaw.com

Anthony J Anderson
    on behalf of Creditor Jerilyn A. Larck aanderson@nilleslaw.com  bbrunelle@nilleslaw.com

Benjamin Court
    on behalf of Creditor Committee William Altringer benjamin.court@stinson.com
    stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
    on behalf of Plaintiff Lighthouse Management Group  Inc. benjamin.court@stinson.com,
    stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
    on behalf of Creditor Committee Zach Frappier benjamin.court@stinson.com
    stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
    on behalf of Creditor Committee Chair Beth Postemski benjamin.court@stinson.com
    stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
    on behalf of Creditor Committee Larry Dietz benjamin.court@stinson.com
    stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
    on behalf of Creditor Committee Jim Johnson benjamin.court@stinson.com
    stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
    on behalf of Creditor Randy Henke benjamin.court@stinson.com  stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Williams
    on behalf of Creditor Cullen Insulation  Inc. ben@kennellybusinesslaw.com, beth@kennellybusinesslaw.com

Benjamin Williams
    on behalf of Creditor Daniel Frisch ben@kennellybusinesslaw.com  beth@kennellybusinesslaw.com

Berly D. Nelson
    on behalf of Creditor Jim and JoAnn McKay Family Trust f/b/o Julie McKay Ganskop bnelson@serklandlaw.com
    rtande@serklandlaw.com;aneir@serklandlaw.com;amcdarby@serklandlaw.com;lhruby@serklandlaw.com

Christopher Harayda
    on behalf of Creditor Randy Henke cj.harayda@stinson.com

Christopher Harayda
    on behalf of Creditor Committee Chair Beth Postemski cj.harayda@stinson.com

Christopher Harayda
    on behalf of Creditor Committee Zach Frappier cj.harayda@stinson.com

Christopher Harayda
    on behalf of Creditor Committee Larry Dietz cj.harayda@stinson.com

Christopher Harayda
    on behalf of Plaintiff Lighthouse Management Group  Inc. cj.harayda@stinson.com

Christopher Harayda
    on behalf of Creditor Committee William Altringer cj.harayda@stinson.com

Christopher Harayda
    on behalf of Creditor Committee Jim Johnson cj.harayda@stinson.com

David J T Chapman
    on behalf of Creditor Elrick Poppe dchapman@djchapmanlaw.com

David J T Chapman
    on behalf of Creditor Karen Poppe dchapman@djchapmanlaw.com

Douglas Christensen
    on behalf of Creditor Beth Holmes dougc@grandforkslaw.com
    sarah@grandforkslaw.com;jen@grandforkslaw.com;julie@grandforkslaw.com

George H. Singer
    on behalf of Defendant Boulevard Square III  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
    on behalf of Defendant Sheyenne 32 North  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

| District/off: 0868-3 | User: admin | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Feb 18, 2026 | Form ID: pdf2some | Total Noticed: 1 |

George H. Singer
on behalf of Defendant Greenfield Commons LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
on behalf of Defendant Greenfield Commons II LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
on behalf of Defendant Unite Real Estate Holdings LLC f/k/a EPIC Unite Real Estate Holding, LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
on behalf of Defendant Fargo South Hospitality LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
on behalf of Defendant KKP Properties LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
on behalf of Defendant Michael Montgomery ghsinger@hollandhart.com chkelley@hollandhart.com

George H. Singer
on behalf of Defendant LTC - The Don LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
on behalf of Defendant Area 57 Association Inc. ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
on behalf of Defendant Greenfield Commons III LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
on behalf of Defendant Meadowlark Investments LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
on behalf of Defendant Kyle Pender ghsinger@hollandhart.com chkelley@hollandhart.com

George H. Singer
on behalf of Defendant SAD Downtown LLC d/b/a The Firm ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
on behalf of Defendant Preference 42 LLC f/k/a EPIC Preference, LLC f/k/a Shepperd Equity Fund, LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
on behalf of Defendant Gateway Arches Real Estate Holdings LLC f/k/a EPIC Gateway East Real Estate Holdings, LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
on behalf of Creditor 7 Mile Holdings LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
on behalf of Defendant Sheyenne 32 South LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
on behalf of Defendant Maverick Holdings LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
on behalf of Defendant Montgomery & Pender P.C. ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
on behalf of Defendant EPIC Gateway North Real Estate Holdings LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
on behalf of Defendant Kent Busek ghsinger@hollandhart.com chkelley@hollandhart.com

George H. Singer
on behalf of Defendant Sheyenne 32 South Residential LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
on behalf of Defendant HI West Acres LLC, f/k/a EPIC Hospitality, LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
on behalf of Defendant The Tracks - Maverick LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

Joel Nesset
on behalf of Defendant EPIC Holdings II LLC jnesset@cozen.com, akulbeik@cozen.com

Joel Nesset
on behalf of Defendant EPIC Holdings LLC jnesset@cozen.com, akulbeik@cozen.com

Joel M. Fremstad
on behalf of Creditor Scott Hoban joel@fremstadlaw.com maggie@fremstadlaw.com

Joel M. Fremstad
on behalf of Debtor EPIC Companies Midwest LLC joel@fremstadlaw.com, maggie@fremstadlaw.com

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 4 of 7 |
| Date Rcvd: Feb 18, 2026 | Form ID: pdf2some | Total Noticed: 1 |

John M Krings, Jr.
    on behalf of Defendant EPIC Place  LLC john@kdlawpartners.com, janae@kdlawpartners.com

John M Krings, Jr.
    on behalf of Defendant West Fargo Dive Bar  LLC john@kdlawpartners.com, janae@kdlawpartners.com

John M Krings, Jr.
    on behalf of Creditor Cornerstone Bank john@kdlawpartners.com  janae@kdlawpartners.com

John M Krings, Jr.
    on behalf of Interested Party Cornerstone Bank john@kdlawpartners.com  janae@kdlawpartners.com

John M Krings, Jr.
    on behalf of Defendant 36th and Veterans  LLC john@kdlawpartners.com, janae@kdlawpartners.com

Joseph D Hackman
    on behalf of Interested Party Bank Forward jhackman@abstlaw.net

Katherine A. Nixon
    on behalf of Debtor EPIC Employee  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
    on behalf of Debtor EOLA Capital  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
    on behalf of Debtor EC West Fargo  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
    on behalf of Plaintiff EOLA Capital  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
    on behalf of Plaintiff EPIC Companies Midwest  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
    on behalf of Plaintiff EPIC Companies Midwest 2023  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
    on behalf of Debtor EPIC Companies Midwest  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
    on behalf of Debtor EPIC Companies Midwest 2023  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
    on behalf of Plaintiff EPIC Employee  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
    on behalf of Plaintiff EC West Fargo  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katrina A. Turman Lang
    on behalf of Creditor Larry Dietz klang@woldlaw.com  melanie@turmanlaw.com

Katrina A. Turman Lang
    on behalf of Creditor Dietz Properties  LLC klang@woldlaw.com, melanie@turmanlaw.com

Katrina A. Turman Lang
    on behalf of Creditor Candice Dietz klang@woldlaw.com  melanie@turmanlaw.com

Marissa R. Cerkoney
    on behalf of Creditor Robert W. & Joleen M. Heim TTE Heim RLT mcerkoney@ndlaw.com  kpeterson@ndlaw.com

Marissa R. Cerkoney
    on behalf of Creditor Rob and Joleen Heim mcerkoney@ndlaw.com  kpeterson@ndlaw.com

Marissa R. Cerkoney
    on behalf of Creditor Robert W. Heim Revocable Living Trust mcerkoney@ndlaw.com  kpeterson@ndlaw.com

Marissa R. Cerkoney
    on behalf of Creditor Darryl and Charlotte Heim mcerkoney@ndlaw.com  kpeterson@ndlaw.com

Mark Western
    on behalf of Plaintiff EOLA Capital  LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western
    on behalf of Plaintiff EPIC Companies Midwest 2023  LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western
    on behalf of Plaintiff EPIC Companies Midwest  LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western
    on behalf of Plaintiff EC West Fargo  LLC mark@fremstadlaw.com, terri@fremstadlaw.com

| | |
|---|---|
| Mark Western | on behalf of Other Professional Lighthouse Management Group Inc. mark@fremstadlaw.com, terri@fremstadlaw.com |
| Mark Western | on behalf of Plaintiff EPIC Employee LLC mark@fremstadlaw.com, terri@fremstadlaw.com |
| Mark Western | on behalf of Debtor EPIC Companies Midwest LLC mark@fremstadlaw.com, terri@fremstadlaw.com |
| Maurice VerStandig | on behalf of Interested Party Brian Kounovsky mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice VerStandig | on behalf of Creditor Kounovsky Inc. mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael Gust | on behalf of Defendant EPIC Gateway LLC mlgfilings@andersonbottrell.com jernst@abstlaw.net |
| Michael Gust | on behalf of Creditor James Olson mlgfilings@andersonbottrell.com jernst@abstlaw.net |
| Michael Gust | on behalf of Interested Party Bank Forward mlgfilings@andersonbottrell.com jernst@abstlaw.net |
| Michael Gust | on behalf of Defendant Sheyenne 32 North LLC mlgfilings@andersonbottrell.com, jernst@abstlaw.net |
| Michael S Raum | on behalf of Plaintiff EPIC Companies Midwest LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com |
| Michael S Raum | on behalf of Plaintiff EOLA Capital LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com |
| Michael S Raum | on behalf of Plaintiff EPIC Companies Midwest 2023 LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com |
| Michael S Raum | on behalf of Debtor EC West Fargo LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com |
| Michael S Raum | on behalf of Debtor EPIC Companies Midwest LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com |
| Michael S Raum | on behalf of Debtor EPIC Companies Midwest 2023 LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com |
| Michael S Raum | on behalf of Debtor EOLA Capital LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com |
| Michael S Raum | on behalf of Debtor EPIC Employee LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com |
| Nathan Lilly | on behalf of Defendant Maverick Holdings LLC nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com |
| Nathan Lilly | on behalf of Defendant Meadowlark Investments LLC nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com |
| Nathan Lilly | on behalf of Defendant Montgomery & Pender P.C. nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com |
| Nathan Lilly | on behalf of Defendant Boulevard Square III LLC nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com |
| Nathan Lilly | on behalf of Defendant Michael Montgomery nalilly@hollandhart.com lmlopezvelasquez@hollandhart.com |
| Nathan Lilly | on behalf of Defendant Preference 42 LLC f/k/a EPIC Preference, LLC f/k/a Shepperd Equity Fund, LLC nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com |
| Nathan Lilly | on behalf of Defendant SAD Downtown LLC d/b/a The Firm nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com |
| Nathan Lilly | on behalf of Defendant Kyle Pender nalilly@hollandhart.com lmlopezvelasquez@hollandhart.com |
| Nathan Lilly | on behalf of Defendant Kent Busek nalilly@hollandhart.com lmlopezvelasquez@hollandhart.com |
| Nathan Lilly | on behalf of Defendant KKP Properties LLC nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com |

| | |
|---|---|
| Peter B. Hankla | on behalf of Interested Party Randy and Dorothy Henke phankla@mcgeelaw.com |
| Randall N. Sickler | on behalf of Creditor Robert W. Heim Revocable Living Trust rsickler@ndlaw.com  pschiwal@ndlaw.com |
| Randall N. Sickler | on behalf of Creditor Rob and Joleen Heim rsickler@ndlaw.com  pschiwal@ndlaw.com |
| Randall N. Sickler | on behalf of Creditor Robert W. & Joleen M. Heim TTE Heim RLT rsickler@ndlaw.com  pschiwal@ndlaw.com |
| Randall N. Sickler | on behalf of Creditor Darryl and Charlotte Heim rsickler@ndlaw.com  pschiwal@ndlaw.com |
| Richard P. Olson | on behalf of Creditor Bruce & Diane Walker rpolsonecf@minotlaw.com  rpolson@minotlaw.com |
| Richard P. Olson | on behalf of Creditor Essential Living Inc rpolsonecf@minotlaw.com  rpolson@minotlaw.com |
| Robert G. Will | on behalf of Creditor Larry and Betty Ledene rwill@mcgeelaw.com rgwill_law@yahoo.com;will.robertb124953@notify.bestcase.com |
| Ryan G Quarne | on behalf of Creditor Bruce & Diane Walker rgquarne@minotlaw.com |
| Samantha Hanson-Lenn | on behalf of Creditor Committee Zach Frappier samantha.hansonlenn@stinson.com  mpl.lssteam5@stinson.com |
| Samantha Hanson-Lenn | on behalf of Creditor Committee Larry Dietz samantha.hansonlenn@stinson.com  mpl.lssteam5@stinson.com |
| Samantha Hanson-Lenn | on behalf of Creditor Committee Jim Johnson samantha.hansonlenn@stinson.com  mpl.lssteam5@stinson.com |
| Samantha Hanson-Lenn | on behalf of Creditor Committee William Altringer samantha.hansonlenn@stinson.com  mpl.lssteam5@stinson.com |
| Sara Diaz | on behalf of Creditor Loren Goeser sara@bulielaw.com ken@bulielaw.com;alan@bulielaw.com;traci@bulielaw.com;2787@notices.nextchapterbk.com;fargo@bulielaw.com |
| Sarah J. Wencil | on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov |
| Steven R Kinsella | on behalf of Plaintiff EPIC Companies Midwest  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Steven R Kinsella | on behalf of Debtor EPIC Companies Midwest  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Steven R Kinsella | on behalf of Plaintiff EPIC Companies Midwest 2023  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Steven R Kinsella | on behalf of Plaintiff EPIC Employee  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Steven R Kinsella | on behalf of Debtor EPIC Employee  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Steven R Kinsella | on behalf of Debtor EPIC Companies Midwest 2023  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Steven R Kinsella | on behalf of Debtor EC West Fargo  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Steven R Kinsella | on behalf of Debtor EOLA Capital  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Steven R Kinsella | on behalf of Plaintiff EC West Fargo  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Steven R Kinsella | on behalf of Plaintiff EOLA Capital  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Thomas G. Wallrich | on behalf of Defendant EPIC Holdings  LLC twallrich@cozen.com |
| Thomas G. Wallrich | |

| District/off: 0868-3 | User: admin | Page 7 of 7 |
|---|---|---|
| Date Rcvd: Feb 18, 2026 | Form ID: pdf2some | Total Noticed: 1 |

        on behalf of Defendant EPIC Holdings II  LLC twallrich@cozen.com

United States Trustee
        USTPRegion12.SX.ECF@usdoj.gov

Zenas Baer
        on behalf of Creditor Taracon Precast LLC zbaer@zbaer.com

Zoe Wieber
        on behalf of Creditor Lee Schaleben zoe@dwyerlawnd.com

Zoe Wieber
        on behalf of Creditor STC Flooring zoe@dwyerlawnd.com


TOTAL: 141

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |
| EPIC Companies Midwest, LLC, EPIC Companies Midwest 2023, LLC, | |
| Plaintiffs, | |
| v. | Adversary No. 24-07022 |
| Preference 42, LLC f/k/a EPIC Preference LLC f/k/a Shepperd Equity Fund, LLC, | |
| Defendant. | |

**ORDER**

On January 27, 2026, Lighthouse Management Group, Inc., as the Liquidating Trustee for the EPIC Liquidating Trust, on behalf of the Plaintiffs/Debtors, filed a motion seeking approval of a settlement. The Liquidating Trustee provided notice of the motion summarizing the settlement between the Liquidating Trustee and Preference 42, LLC f/k/a EPIC Preference, LLC f/k/a Shepperd Equity Fund, LLC. The Court received no objections. Based on the information provided by the Liquidating Trustee on behalf of the Plaintiffs/Debtors and the documents filed in this case, the Court finds that the proposed settlement is fair and equitable, reflects a balance of the risks of litigation with potential

recovery, and appears to be in the best interest of creditors. Therefore, **IT IS ORDERED** that the Motion to Approve Settlement [Adversary No. 24-07022, ECF No. 74; Bankruptcy No. 24-30281, ECF No. 532] is **GRANTED** and the settlement is **APPROVED**.

**BY THE COURT:**

Dated: February 18, 2026

/s/ William J. Fisher
William J. Fisher
United States Bankruptcy Judge