United States Bankruptcy Court
District of North Dakota

In re:                                                                                              Case No. 24-30281-skh

EPIC Companies Midwest, LLC                                                      Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3                         User: admin                                   Page 1 of 7

Date Rcvd: Feb 18, 2026                  Form ID: pdf2some                    Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/Text: mfranzen@lighthousemanagement.com | Feb 18 2026 19:13:00 | EPIC Companies Midwest, LLC, c/o Lighthouse Management Group, Inc., 900 Long Lake Road Ste. 180, New Brighton, MN 55112-6455 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2026                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexander S. Kelsch | on behalf of Creditor Nick Vollmuth alexk@kelschlaw.com aruff@kelschlaw.com;kimberly@kelschlaw.com;kelsch.alexanders.b@notify.bestcase.com |
| Alexander S. Kelsch | on behalf of Creditor Deborah Vollmuth alexk@kelschlaw.com aruff@kelschlaw.com;kimberly@kelschlaw.com;kelsch.alexanders.b@notify.bestcase.com |
| Amy J. Swedberg | on behalf of Interested Party LTC - The Lincoln  LLC amy.swedberg@maslon.com |
| Amy J. Swedberg | on behalf of Defendant LTC - The Lincoln  LLC amy.swedberg@maslon.com |

District/off: 0868-3 | User: admin | Page 2 of 7
--- | --- | ---
Date Rcvd: Feb 18, 2026 | Form ID: pdf2some | Total Noticed: 1

Amy J. Swedberg
on behalf of Creditor Clifford Otten amy.swedberg@maslon.com

Anthony J Anderson
on behalf of Creditor Shane R. Larck aanderson@nilleslaw.com  bbrunelle@nilleslaw.com

Anthony J Anderson
on behalf of Creditor Jerilyn A. Larck aanderson@nilleslaw.com  bbrunelle@nilleslaw.com

Benjamin Court
on behalf of Creditor Committee William Altringer benjamin.court@stinson.com
stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
on behalf of Plaintiff Lighthouse Management Group  Inc. benjamin.court@stinson.com,
stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
on behalf of Creditor Committee Zach Frappier benjamin.court@stinson.com
stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
on behalf of Creditor Committee Chair Beth Postemski benjamin.court@stinson.com
stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
on behalf of Creditor Committee Larry Dietz benjamin.court@stinson.com
stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
on behalf of Creditor Committee Jim Johnson benjamin.court@stinson.com
stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
on behalf of Creditor Randy Henke benjamin.court@stinson.com  stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Williams
on behalf of Creditor Cullen Insulation  Inc. ben@kennellybusinesslaw.com, beth@kennellybusinesslaw.com

Benjamin Williams
on behalf of Creditor Daniel Frisch ben@kennellybusinesslaw.com  beth@kennellybusinesslaw.com

Berly D. Nelson
on behalf of Creditor Jim and JoAnn McKay Family Trust f/b/o Julie McKay Ganskop bnelson@serklandlaw.com
rtande@serklandlaw.com;aneir@serklandlaw.com;amcdarby@serklandlaw.com;lhruby@serklandlaw.com

Christopher Harayda
on behalf of Creditor Randy Henke cj.harayda@stinson.com

Christopher Harayda
on behalf of Creditor Committee Chair Beth Postemski cj.harayda@stinson.com

Christopher Harayda
on behalf of Creditor Committee Zach Frappier cj.harayda@stinson.com

Christopher Harayda
on behalf of Creditor Committee Larry Dietz cj.harayda@stinson.com

Christopher Harayda
on behalf of Plaintiff Lighthouse Management Group  Inc. cj.harayda@stinson.com

Christopher Harayda
on behalf of Creditor Committee William Altringer cj.harayda@stinson.com

Christopher Harayda
on behalf of Creditor Committee Jim Johnson cj.harayda@stinson.com

David J T Chapman
on behalf of Creditor Elrick Poppe dchapman@djchapmanlaw.com

David J T Chapman
on behalf of Creditor Karen Poppe dchapman@djchapmanlaw.com

Douglas Christensen
on behalf of Creditor Beth Holmes dougc@grandforkslaw.com
sarah@grandforkslaw.com;jen@grandforkslaw.com;julie@grandforkslaw.com

George H. Singer
on behalf of Defendant Boulevard Square III  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
on behalf of Defendant Sheyenne 32 North  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

District/off: 0868-3                          User: admin                                    Page 3 of 7
Date Rcvd: Feb 18, 2026                       Form ID: pdf2some                              Total Noticed: 1

George H. Singer

on behalf of Defendant Greenfield Commons  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Greenfield Commons II  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Unite Real Estate Holdings  LLC f/k/a EPIC Unite Real Estate Holding, LLC ghsinger@hollandhart.com,
chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Fargo South Hospitality  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant KKP Properties  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Michael Montgomery ghsinger@hollandhart.com  chkelley@hollandhart.com

George H. Singer

on behalf of Defendant LTC - The Don  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Area 57 Association  Inc. ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Greenfield Commons III  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Meadowlark Investments  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Kyle Pender ghsinger@hollandhart.com  chkelley@hollandhart.com

George H. Singer

on behalf of Defendant SAD Downtown  LLC d/b/a The Firm ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Preference 42  LLC f/k/a EPIC Preference, LLC f/k/a Shepperd Equity Fund, LLC
ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Gateway Arches Real Estate Holdings  LLC f/k/a EPIC Gateway East Real Estate Holdings, LLC
ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Creditor 7 Mile Holdings  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Sheyenne 32 South  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Maverick Holdings  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Montgomery & Pender  P.C. ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant EPIC Gateway North Real Estate Holdings  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Kent Busek ghsinger@hollandhart.com  chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Sheyenne 32 South Residential  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant HI West Acres  LLC, f/k/a EPIC Hospitality, LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant The Tracks - Maverick  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

Joel Nesset

on behalf of Defendant EPIC Holdings II  LLC jnesset@cozen.com, akulbeik@cozen.com

Joel Nesset

on behalf of Defendant EPIC Holdings  LLC jnesset@cozen.com, akulbeik@cozen.com

Joel M. Fremstad

on behalf of Creditor Scott Hoban joel@fremstadlaw.com  maggie@fremstadlaw.com

Joel M. Fremstad

on behalf of Debtor EPIC Companies Midwest  LLC joel@fremstadlaw.com, maggie@fremstadlaw.com

John M Krings, Jr.
on behalf of Defendant EPIC Place  LLC john@kdlawpartners.com, janae@kdlawpartners.com

John M Krings, Jr.
on behalf of Defendant West Fargo Dive Bar  LLC john@kdlawpartners.com, janae@kdlawpartners.com

John M Krings, Jr.
on behalf of Creditor Cornerstone Bank john@kdlawpartners.com  janae@kdlawpartners.com

John M Krings, Jr.
on behalf of Interested Party Cornerstone Bank john@kdlawpartners.com  janae@kdlawpartners.com

John M Krings, Jr.
on behalf of Defendant 36th and Veterans  LLC john@kdlawpartners.com, janae@kdlawpartners.com

Joseph D Hackman
on behalf of Interested Party Bank Forward jhackman@abstlaw.net

Katherine A. Nixon
on behalf of Debtor EPIC Employee  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
on behalf of Debtor EOLA Capital  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
on behalf of Debtor EC West Fargo  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
on behalf of Plaintiff EOLA Capital  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
on behalf of Plaintiff EPIC Companies Midwest  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
on behalf of Plaintiff EPIC Companies Midwest 2023  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
on behalf of Debtor EPIC Companies Midwest  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
on behalf of Debtor EPIC Companies Midwest 2023  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
on behalf of Plaintiff EPIC Employee  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
on behalf of Plaintiff EC West Fargo  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katrina A. Turman Lang
on behalf of Creditor Larry Dietz klang@woldlaw.com  melanie@turmanlaw.com

Katrina A. Turman Lang
on behalf of Creditor Dietz Properties  LLC klang@woldlaw.com, melanie@turmanlaw.com

Katrina A. Turman Lang
on behalf of Creditor Candice Dietz klang@woldlaw.com  melanie@turmanlaw.com

Marissa R. Cerkoney
on behalf of Creditor Robert W. & Joleen M. Heim TTE Heim RLT mcerkoney@ndlaw.com  kpeterson@ndlaw.com

Marissa R. Cerkoney
on behalf of Creditor Rob and Joleen Heim mcerkoney@ndlaw.com  kpeterson@ndlaw.com

Marissa R. Cerkoney
on behalf of Creditor Robert W. Heim Revocable Living Trust mcerkoney@ndlaw.com  kpeterson@ndlaw.com

Marissa R. Cerkoney
on behalf of Creditor Darryl and Charlotte Heim mcerkoney@ndlaw.com  kpeterson@ndlaw.com

Mark Western
on behalf of Plaintiff EOLA Capital  LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western
on behalf of Plaintiff EPIC Companies Midwest 2023  LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western
on behalf of Plaintiff EPIC Companies Midwest  LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western
on behalf of Plaintiff EC West Fargo  LLC mark@fremstadlaw.com, terri@fremstadlaw.com

District/off: 0868-3 User: admin Page 5 of 7
Date Rcvd: Feb 18, 2026 Form ID: pdf2some Total Noticed: 1

Mark Western

on behalf of Other Professional Lighthouse Management Group  Inc. mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western

on behalf of Plaintiff EPIC Employee  LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western

on behalf of Debtor EPIC Companies Midwest  LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Maurice VerStandig

on behalf of Interested Party Brian Kounovsky mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig

on behalf of Creditor Kounovsky Inc. mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael Gust

on behalf of Defendant EPIC Gateway LLC mlgfilings@andersonbottrell.com  jernst@abstlaw.net

Michael Gust

on behalf of Creditor James Olson mlgfilings@andersonbottrell.com  jernst@abstlaw.net

Michael Gust

on behalf of Interested Party Bank Forward mlgfilings@andersonbottrell.com  jernst@abstlaw.net

Michael Gust

on behalf of Defendant Sheyenne 32 North  LLC mlgfilings@andersonbottrell.com, jernst@abstlaw.net

Michael S Raum

on behalf of Plaintiff EPIC Companies Midwest  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum

on behalf of Plaintiff EOLA Capital  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum

on behalf of Plaintiff EPIC Companies Midwest 2023  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum

on behalf of Debtor EC West Fargo  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum

on behalf of Debtor EPIC Companies Midwest  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum

on behalf of Debtor EPIC Companies Midwest 2023  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum

on behalf of Debtor EOLA Capital  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum

on behalf of Debtor EPIC Employee  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Nathan Lilly

on behalf of Defendant Maverick Holdings  LLC nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Nathan Lilly

on behalf of Defendant Meadowlark Investments  LLC nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Nathan Lilly

on behalf of Defendant Montgomery & Pender  P.C. nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Nathan Lilly

on behalf of Defendant Boulevard Square III  LLC nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Nathan Lilly

on behalf of Defendant Michael Montgomery nalilly@hollandhart.com  lmlopezvelasquez@hollandhart.com

Nathan Lilly

on behalf of Defendant Preference 42  LLC f/k/a EPIC Preference, LLC f/k/a Shepperd Equity Fund, LLC
nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Nathan Lilly

on behalf of Defendant SAD Downtown  LLC d/b/a The Firm nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Nathan Lilly

on behalf of Defendant Kyle Pender nalilly@hollandhart.com  lmlopezvelasquez@hollandhart.com

Nathan Lilly

on behalf of Defendant Kent Busek nalilly@hollandhart.com  lmlopezvelasquez@hollandhart.com

Nathan Lilly

on behalf of Defendant KKP Properties  LLC nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Peter B. Hankla

on behalf of Interested Party Randy and Dorothy Henke phankla@mcgeelaw.com

Randall N. Sickler

on behalf of Creditor Robert W. Heim Revocable Living Trust rsickler@ndlaw.com  pschiwal@ndlaw.com

Randall N. Sickler

on behalf of Creditor Rob and Joleen Heim rsickler@ndlaw.com  pschiwal@ndlaw.com

Randall N. Sickler

on behalf of Creditor Robert W. & Joleen M. Heim TTE Heim RLT rsickler@ndlaw.com  pschiwal@ndlaw.com

Randall N. Sickler

on behalf of Creditor Darryl and Charlotte Heim rsickler@ndlaw.com  pschiwal@ndlaw.com

Richard P. Olson

on behalf of Creditor Bruce & Diane Walker rpolsonecf@minotlaw.com  rpolson@minotlaw.com

Richard P. Olson

on behalf of Creditor Essential Living Inc rpolsonecf@minotlaw.com  rpolson@minotlaw.com

Robert G. Will

on behalf of Creditor Larry and Betty Ledene rwill@mcgeelaw.com
rgwill_law@yahoo.com;will.robertb124953@notify.bestcase.com

Ryan G Quarne

on behalf of Creditor Bruce & Diane Walker rgquarne@minotlaw.com

Samantha Hanson-Lenn

on behalf of Creditor Committee Zach Frappier samantha.hansonlenn@stinson.com  mpl.lssteam5@stinson.com

Samantha Hanson-Lenn

on behalf of Creditor Committee Larry Dietz samantha.hansonlenn@stinson.com  mpl.lssteam5@stinson.com

Samantha Hanson-Lenn

on behalf of Creditor Committee Jim Johnson samantha.hansonlenn@stinson.com  mpl.lssteam5@stinson.com

Samantha Hanson-Lenn

on behalf of Creditor Committee William Altringer samantha.hansonlenn@stinson.com  mpl.lssteam5@stinson.com

Sara Diaz

on behalf of Creditor Loren Goeser sara@bulielaw.com
ken@bulielaw.com;alan@bulielaw.com;traci@bulielaw.com;2787@notices.nextchapterbk.com;fargo@bulielaw.com

Sarah J. Wencil

on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov

Steven R Kinsella

on behalf of Plaintiff EPIC Companies Midwest  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella

on behalf of Debtor EPIC Companies Midwest  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella

on behalf of Plaintiff EPIC Companies Midwest 2023  LLC skinsella@fredlaw.com,
sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella

on behalf of Plaintiff EPIC Employee  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella

on behalf of Debtor EPIC Employee  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella

on behalf of Debtor EPIC Companies Midwest 2023  LLC skinsella@fredlaw.com,
sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella

on behalf of Debtor EC West Fargo  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella

on behalf of Debtor EOLA Capital  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella

on behalf of Plaintiff EC West Fargo  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella

on behalf of Plaintiff EOLA Capital  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Thomas G. Wallrich

on behalf of Defendant EPIC Holdings  LLC twallrich@cozen.com

Thomas G. Wallrich

on behalf of Defendant EPIC Holdings II  LLC twallrich@cozen.com

United States Trustee

USTPRegion12.SX.ECF@usdoj.gov

Zenas Baer

on behalf of Creditor Taracon Precast LLC zbaer@zbaer.com

Zoe Wieber

on behalf of Creditor Lee Schaleben zoe@dwyerlawnd.com

Zoe Wieber

on behalf of Creditor STC Flooring zoe@dwyerlawnd.com


TOTAL: 141

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

| | |
|---|---|
| EPIC Companies Midwest, LLC, | |
| EPIC Companies Midwest 2023, LLC, | |
| Plaintiffs, | |
| | Adversary No. 24-07024 |
| v. | |
| SAD Downtown, LLC d/b/a The Firm, | |
| Defendant. | |

**ORDER**

On January 27, 2026, Lighthouse Management Group, Inc., as the Liquidating Trustee for the EPIC Liquidating Trust, on behalf of the Plaintiffs/Debtors, filed a motion seeking approval of a settlement. The Liquidating Trustee provided notice of the motion summarizing the settlement between the Liquidating Trustee and SAD Downtown, LLC d/b/a The Firm. The Court received no objections. Based on the information provided by the Liquidating Trustee on behalf of the Plaintiffs/Debtors and the documents filed in this case, the Court finds that the proposed settlement is fair and equitable, reflects a balance of the risks of litigation with potential recovery, and appears to be in the best interest of creditors. Therefore, **IT IS ORDERED** that the Motion to Approve Settlement [Adversary

No. 24-07024, ECF No. 70; Bankruptcy No. 24-30281, ECF No. 533] is **GRANTED** and

the settlement is **APPROVED**.

**BY THE COURT:**

Dated: February 18, 2026

/s/ William J. Fisher
William J. Fisher
United States Bankruptcy Judge