# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | Jointly Administered |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |
| EPIC Companies Midwest, LLC<br>EPIC Companies Midwest 2023, LLC<br>EOLA Capital, LLC, and<br>EC West Fargo, LLC | |
| Plaintiffs, | Adversary No. 25-07008 |
| v. | |
| EPIC Gateway, LLC<br>EPIC Gateway North Real Estate Holdings, LLC, and<br>Gateway Arches Real Estate Holdings, LLC, f/k/a EPIC Gateway East Real Estate Holdings, LLC | |
| Defendants. | |

# ORDER

1. On February 6, 2026, Light Management Group, Inc, as the Liquidating Trust ("Liquidating Trust), for EPIC Companies Midwest, LLC, EPIC Companies Midwest 2023, LLC, EPIC Employee, LLC, EOLA Capital, LLC, and EC West Fargo, LLC (collectively, the "Debtors") filed a motion seeking approval of a settlement between EPIC Companies Midwest, LLC ("EPIC Midwest"), EPIC Companies Midwest 2023, LLC ("EPIC Midwest 2023"), EOLA

Capital, LLC ("EOLA"), EC West Fargo, LLC ("ECW") and EPIC Gateway North Real Estate Holdings, LLC ("EPIC Gateway North"). The Liquidating Trustee provided notice of the motion summarizing the settlement between EPIC Companies Midwest, LLC ("EPIC Midwest"), EPIC Companies Midwest 2023, LLC ("EPIC Midwest 2023"), EOLA Capital, LLC ("EOLA"), EC West Fargo, LLC ("ECW") and EPIC Gateway North Real Estate Holdings, LLC ("EPIC Gateway North"). The Court received no objections.

2. Based on the information provided by the Liquidating Trustee on behalf of the Plaintiffs/Debtors and the documents filed in this case, the Court finds that the proposed settlement is fair and equitable, reflects a balance of the risks of litigation with potential recovery, and appears to be in the best interest of creditors. Therefore, **IT IS ORDERED** that the Motion to Approve Settlement 24-30281 (Doc. 544) and 25-07008 (Doc. 51) is **GRANTED** and the settlement is **APPROVED**.

Dated this 3rd day of March, 2026.

s/ William J. Fisher

William J. Fisher
United States Bankruptcy Judge