**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | Jointly Administered |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

**ORDER SUSTAINING LIGHTHOUSE MANAGEMENT GROUP, INC.'S FIRST OMNIBUS OBJECTION TO CLAIMS (DUPLICATE CLAIMS), AS LIQUIDATING TRUSTEE OF THE EPIC LIQUIDATING TRUST**

On December 18, 2025, Lighthouse Management Group, Inc., as the Liquidating Trustee for the EPIC Liquidating Trust, filed its first omnibus objection to certain claims on the basis that the claims are duplicative of others. Doc. 500. The Liquidating Trustee served the objection and notice of the hearing on the objection. Doc. 512. On February 3, 2026, the Court held a hearing on the motion. Based on the record before the Court, the Court finds cause for sustaining the objection. Therefore, **IT IS ORDERED**:

1. The objection (Doc. 500) is **SUSTAINED**.

2. The claims identified below are **DISALLOWED**.

| **Claimant** | **Disallowed, Duplicative Claim** |
|---|---|
| Connie Iverson | 88 – EPIC Companies Midwest, LLC |
| Darlene Pich | 5 – EC West Fargo, LLC |
| Lee Schaleben | 2 – EC West Fargo, LLC |
| Melissa M. Johnson | 77 – EPIC Companies Midwest, LLC |
| Sara Myhre | 45 – EPIC Companies Midwest, LLC |
| STC Flooring | 3 – EC West Fargo, LLC |
| Susan Nilson | 115 – EPIC Companies Midwest, LLC |

| Tamara VanWechel | 71 – EPIC Companies Midwest, LLC |

3. This Order is immediately effective and enforceable upon its entry.

4. The Liquidating Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: March 5, 2026.

*Shon Hastings*

Shon Hastings, Judge
United States Bankruptcy Court