**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

**ORDER REGARDING LIGHTHOUSE MANAGEMENT GROUP, INC.'S SECOND OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS), AS LIQUIDATING TRUSTEE OF THE EPIC LIQUIDATING TRUST**

On December 18, 2025, Lighthouse Management Group, Inc., as the Liquidating Trustee for the EPIC Liquidating Trust, filed its second omnibus objection to certain claims arguing that Debtors, and now the EPIC Liquidating Trustee, are not liable for certain claims because these claims appear to be against other entities. Doc. 501. The Liquidating Trustee served the objection and notice of the hearing on the objection. (Doc. 513). The Court held a hearing on February 3, 2026.

Based on the record before the Court, including the Liquidating Trustee's reply in support of the motion, the Affidavit of Patrick Finn and the Affidavit of Katherine Nixon [Doc. 549], the Court finds cause for sustaining the objection as outlined below. Therefore, **IT IS ORDERED**:

1. The objection (Doc. 501) is **SUSTAINED** as provided below.

2. The claims identified below are **DISALLOWED**.

| Claimant | Disallowed in full, No Liability Claim |
|---|---|
| Herzog Roofing, Inc. | Claim 1 – EC West Fargo, LLC |
| Mark and Teresa McGuigan | Claim 69 – EPIC Companies Midwest, LLC |
| Midwest Glass and Door, Inc. | Claim 36 – EPIC Companies Midwest 2023, LLC |
| Rent Group, Inc. | Claim 132 – EPIC Companies Midwest, LLC |
| Tyler Bay/Svetlana Peterson | Claim 35 – EPIC Companies Midwest 2023, LLC |
| Uline | Claim 5 – EPIC Companies Midwest, LLC |

3. The Liquidating Trustee's objection to EPIC Companies Midwest, LLC, Claim 103 filed by AMEX TRS Co., Inc. is moot because claimant withdrew its claim.

4. This order is immediately effective and enforceable upon its entry.

5. The Liquidating Trustee is authorized to take all actions necessary to effectuate the relief granted in this order.

6. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this order.

Dated: March 6, 2026.

Shon Hastings, Judge
United States Bankruptcy Court