**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:                                                                                     **Jointly Administered**

EPIC Companies Midwest, LLC,                                        Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                           Bankruptcy No. 24-30282
EPIC Employee, LLC,                                                         Bankruptcy No. 24-30283
EOLA Capital, LLC, and                                                     Bankruptcy No. 24-30284
EC West Fargo, LLC,                                                         Bankruptcy No. 24-30285

                                                  Debtors.            Chapter 11

**ORDER REGARDING LIGHTHOUSE MANAGEMENT GROUP, INC.'S THIRD
OMNIBUS OBJECTION TO CLAIMS (INSIDER CLAIMS),
AS LIQUIDATING TRUSTEE OF THE EPIC LIQUIDATING TRUST**

On December 18, 2025, Lighthouse Management Group, Inc., as the Liquidating Trustee for the EPIC Liquidating Trust, filed its third omnibus objection to certain claims on the basis that such claims belong to "insiders."  Doc. 502.  The Liquidating Trustee served the objection and notice of the hearing on the objection.  Doc. 514.

Based on the record before the Court, the Court finds cause for sustaining the objection to TrayKeen LLC's claim. Therefore, **IT IS ORDERED**:

1.  The Court permits Movant's omnibus objection because it complied with Federal Rule of Bankruptcy Procedure 3007(c), (d) and (e).

2.  The objection (Doc. 502) is **SUSTAINED** in part.  The Liquidating Trustee withdrew its objection to all the claims listed in its third omnibus objection except TrayKeen LLC's claim.  The Court previously disallowed claims filed by Todd Berning.  Doc. 541.

3. As outlined by the Liquidating Trustee in its reply [Doc. 549], TrayKeen LLC's claim or debt is the only claim at issue in the third omnibus objection. TrayKeen, LLC did not file a response to the objection or otherwise appear at the hearing on February 3, 2026.  Based on claimant's failure to respond and the evidence offered by the Liquidating Trustee, including the Affidavit of Patrick Finn and the Affidavit of Katherine Nixon [Doc. 549], the Court finds cause for sustaining the objection to this claim.

4. The claim or debt identified below is **DISALLOWED**:

| **Claimant** | **Disallowed, No Liability Claim** |
|---|---|
| TrayKeen LLC | Doc. 37, Page 28 of 44, Line 3.117 |

5. This Order is immediately effective and enforceable upon its entry.

6. The Liquidating Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order.

7. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: March 6, 2026.


*Shon Hastings*

Shon Hastings, Judge
United States Bankruptcy Court