**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

**ORDER SUSTAINING LIGHTHOUSE MANAGEMENT GROUP, INC.'S FOURTH OMNIBUS OBJECTION TO CLAIMS (INCORRECT AMOUNTS), AS LIQUIDATING TRUSTEE OF THE EPIC LIQUIDATING TRUST**

On December 18, 2025, Lighthouse Management Group, Inc., as the Liquidating Trustee for the EPIC Liquidating Trust, filed its fourth omnibus objection to certain claims because the claims assert incorrect sums, and now the EPIC Liquidating Trust. Doc. 503. The Liquidating Trustee served the objection and notice of the hearing on the objection. Doc. 515. The Court held a hearing on February 3, 2026.

Based on the record before the Court, including the Liquidating Trustee's reply in support of the motion, the Affidavit of Patrick Finn and the Affidavit of Katherine Nixon [Doc. 549], the Court finds cause for sustaining the objection. Therefore, **IT IS ORDERED**:

1. The objection (Doc. 503) is **SUSTAINED**.

2. Each claim identified below is **MODIFIED** as follows:

| **Claimant** | **Claim No.** | **New Claim Amount** |
|---|---|---|
| Custom Aire | Claim 85 – EPIC Companies Midwest, LLC | $202,005 |
| Darlene Pich | Claim 11 – EC West Fargo, LLC | $46,460 |
| Hain Capital Investors Master Fund, Ltd. | Claim 17 – EPIC Companies Midwest, LLC | $505,000 |
| Hain Capital Investors Master Fund, Ltd. | Claim 18 – EPIC Companies Midwest, LLC | $252,833 |
| Hain Capital Investors Master Fund, Ltd. | Claim 82 – EPIC Companies Midwest, LLC | $353,792 |
| Hain Capital Investors Master Fund, Ltd. | Claim 121 – EPIC Companies Midwest, LLC | $50,500 |
| Hain Capital Investors Master Fund, Ltd. | Claim 2 – EOLA Capital, LLC | $1,013,333 |
| Isabel M. Liska | Claim 117 – EPIC Companies Midwest, LLC | $101,167 |
| Isabel M. Liska | Claim 118 – EPIC Companies Midwest, LLC | $35,408 |
| James D. Olson Trust | Claim 34 – EPIC Companies Midwest 2023, LLC | $263,122 |
| Jerry Meyers | Claim 9 – EOLA Capital, LLC | $359,227 |
| Jim & JoAnn McKay Family Trust f/b/o Julie McKay | Claim 102 - EPIC Companies Midwest, LLC | $164,125 |
| Loren Goeser | Claim 123 – EPIC Companies Midwest, LLC | $838,773 |
| Michael Nilson | Claim 116 – EPIC Companies Midwest, LLC | $50,875 |
| Mortenson Masonry | Claim 57 – EPIC Companies Midwest, LLC | $50,500 |
| Myron A. Schapp | Claim 78 – EPIC Companies Midwest, LLC | $65,000 |
| Shane r. Larck & Jerilyn A. Larck | Claim 43 – EPIC Companies Midwest, LLC | $101,000 |
| Troy & Julie Moore | Claim 2 – EPIC Companies Midwest, LLC | $101,000 |
| Westbrand & Co FBO Robert Nowak S/D Roth IRA | Claim 30 – EPIC Companies Midwest 2023, LLC | $50,833 |
| WTS-ND Holdings, LLC | Claim 59 – EPIC Companies Midwest 2023, LLC | $200,000 |
| WTS-ND Holdings, LLC | Claim 60 – EPIC Companies Midwest 2023, LLC | $303,750 |

3. This Order is immediately effective and enforceable upon its entry.

4. The Liquidating Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: March 6, 2026.

*Shon Hastings*

Shon Hastings, Judge
United States Bankruptcy Court