**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| In re: | Jointly Administered |
|---|---|
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

**ORDER SUSTAINING LIGHTHOUSE MANAGEMENT GROUP, INC.'S FIFTH OMNIBUS OBJECTION TO CLAIMS (INCORRECT CLAIMANT), AS LIQUIDATING TRUSTEE OF THE EPIC LIQUIDATING TRUST**

On December 18, 2025, Lighthouse Management Group, Inc., as the Liquidating Trustee for the EPIC Liquidating Trust, filed its fifth omnibus objection to certain claims on the basis that the named claimant is incorrect. Doc. 504. The Liquidating Trustee served the objection and notice of the hearing on the objection. Doc. 515. The Court held a hearing on the objection on February 3, 2026. Based on the record before the Court, the Court finds cause for sustaining the objection. Therefore, **IT IS ORDERED**:

1. The objection (Doc. 504) is **SUSTAINED in part**.

2. Each claim identified below is **MODIFIED** as follows:

| Claimant | Claim No. | New Claimant Name |
|---|---|---|
| Amanda Mack | Claim 93 – EPIC Companies Midwest, LLC | Tyler & Amanda Mack |
| Beth Holmes | Claim 6 – EPIC Companies Midwest, LLC | Kim & Beth Holmes |
| Donna Klein | Claim 94 – EPIC Companies Midwest, LLC | Donna & Michael Klein |
| Donna Klein | Claim 38 – EPIC Companies Midwest 2023, LLC | Donna & Michael Klein |
| Dwight Schmidt | Claim 4 – EPIC Companies Midwest, LLC | Dwight & Gwen Schmidt |
| Gerald Iverson | Claim 87 – EPIC Companies Midwest, LLC | Gerald & Connie Iverson |

| | | |
|---|---|---|
| James (Jim) J Johnson | Claim 3 – EPIC Companies Midwest 2023, LLC | James J. Johnson 2003 Separate Property Trust |
| Kelly D. Morelli | Claim 39 – EPIC Companies Midwest, LLC | Matthew P. & Kelly D. Morelli |
| Leon Vandeberg | Claim 6 – EPIC Companies Midwest 2023, LLC | Leon or Janell Vandeberg |
| Lonnie Hass | Claim 2 – EPIC Companies Midwest 2023, LLC | Lonnie & Mary Hass |
| Lynn Wadeson | Claim 90 – EPIC Companies Midwest, LLC | Wadeson Properties, LLC |
| Mark Ahmann | Claim 17 - EPIC Companies Midwest 2023, LLC | Mark & Terese Ahmann |
| Matthew P. Morelli | Claim 40 – EPIC Companies Midwest, LLC | Matthew P. & Kelly D. Morelli |
| Michael Edward Thompson | Claim 98 – EPIC Companies Midwest, LLC | Michael & Jill Thompson |
| Michael Nilson | Claim 116 – EPIC Companies Midwest, LLC | Michael & Susan Nilson |
| Nadine Marie Schutz | Claim 47 – EPIC Companies Midwest, LLC | Westbrand & Co FBO Nadine Marie Schutz S/D IRA |
| Randy Henke | Claim 16 – EPIC Companies Midwest, LLC | Randy & Dorothy Henke |
| Randy Henke | Claim 3 – EOLA Capital, LLC | Randy & Dorothy Henke |
| Todd Brown | Claim 33 – EPIC Companies Midwest 2023, LLC | Todd & Cindy Brown |

3. This Order is immediately effective and enforceable upon its entry.

4. The Liquidating Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: March 6, 2026.

*Shon Hastings*

Shon Hastings, Judge
United States Bankruptcy Court