United States Bankruptcy Court
District of North Dakota

| | |
|---|---|
| In re: | Case No. 24-30281-skh |
| EPIC Companies Midwest, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 1 of 7 |
| Date Rcvd: Mar 05, 2026 | Form ID: pdf2some | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| 1100739 | + Connie Iverson, 10090 9th St NE, Binford, ND 58416-9362 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: mfranzen@lighthousemanagement.com | Mar 05 2026 18:56:00 | EPIC Companies Midwest, LLC, c/o Lighthouse Management Group, Inc., 900 Long Lake Road Ste. 180, New Brighton, MN 55112-6455 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 07, 2026 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexander S. Kelsch | on behalf of Creditor Nick Vollmuth alexk@kelschlaw.com aruff@kelschlaw.com;kimberly@kelschlaw.com;kelsch.alexanders.b@notify.bestcase.com |
| Alexander S. Kelsch | on behalf of Creditor Deborah Vollmuth alexk@kelschlaw.com aruff@kelschlaw.com;kimberly@kelschlaw.com;kelsch.alexanders.b@notify.bestcase.com |
| Amy J. Swedberg | |

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 2 of 7 |
| Date Rcvd: Mar 05, 2026 | Form ID: pdf2some | Total Noticed: 2 |

Amy J. Swedberg
    on behalf of Interested Party LTC - The Lincoln  LLC amy.swedberg@maslon.com

Amy J. Swedberg
    on behalf of Defendant LTC - The Lincoln  LLC amy.swedberg@maslon.com

Amy J. Swedberg
    on behalf of Creditor Clifford Otten amy.swedberg@maslon.com

Anthony J Anderson
    on behalf of Creditor Shane R. Larck aanderson@nilleslaw.com  bbrunelle@nilleslaw.com

Anthony J Anderson
    on behalf of Creditor Jerilyn A. Larck aanderson@nilleslaw.com  bbrunelle@nilleslaw.com

Benjamin Court
    on behalf of Creditor Committee William Altringer benjamin.court@stinson.com stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
    on behalf of Plaintiff Lighthouse Management Group  Inc. benjamin.court@stinson.com, stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
    on behalf of Creditor Committee Zach Frappier benjamin.court@stinson.com stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
    on behalf of Creditor Committee Chair Beth Postemski benjamin.court@stinson.com stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
    on behalf of Creditor Committee Larry Dietz benjamin.court@stinson.com stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
    on behalf of Creditor Committee Jim Johnson benjamin.court@stinson.com stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
    on behalf of Creditor Randy Henke benjamin.court@stinson.com  stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Williams
    on behalf of Creditor Cullen Insulation  Inc. ben@kennellybusinesslaw.com, beth@kennellybusinesslaw.com

Benjamin Williams
    on behalf of Creditor Daniel Frisch ben@kennellybusinesslaw.com  beth@kennellybusinesslaw.com

Berly D. Nelson
    on behalf of Creditor Jim and JoAnn McKay Family Trust f/b/o Julie McKay Ganskop bnelson@serklandlaw.com rtande@serklandlaw.com;aneir@serklandlaw.com;amcdarby@serklandlaw.com;lhruby@serklandlaw.com

Christopher Harayda
    on behalf of Creditor Randy Henke cj.harayda@stinson.com

Christopher Harayda
    on behalf of Creditor Committee Chair Beth Postemski cj.harayda@stinson.com

Christopher Harayda
    on behalf of Creditor Committee Zach Frappier cj.harayda@stinson.com

Christopher Harayda
    on behalf of Creditor Committee Larry Dietz cj.harayda@stinson.com

Christopher Harayda
    on behalf of Plaintiff Lighthouse Management Group  Inc. cj.harayda@stinson.com

Christopher Harayda
    on behalf of Creditor Committee William Altringer cj.harayda@stinson.com

Christopher Harayda
    on behalf of Creditor Committee Jim Johnson cj.harayda@stinson.com

David J T Chapman
    on behalf of Creditor Elrick Poppe dchapman@djchapmanlaw.com

David J T Chapman
    on behalf of Creditor Karen Poppe dchapman@djchapmanlaw.com

Douglas Christensen
    on behalf of Creditor Beth Holmes dougc@grandforkslaw.com sarah@grandforkslaw.com;jen@grandforkslaw.com;julie@grandforkslaw.com

George H. Singer

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 3 of 7 |
| Date Rcvd: Mar 05, 2026 | Form ID: pdf2some | Total Noticed: 2 |

on behalf of Defendant Boulevard Square III LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Sheyenne 32 North LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Greenfield Commons II LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Unite Real Estate Holdings LLC f/k/a EPIC Unite Real Estate Holding, LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Greenfield Commons LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Fargo South Hospitality LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant KKP Properties LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Michael Montgomery ghsinger@hollandhart.com chkelley@hollandhart.com

George H. Singer

on behalf of Defendant LTC - The Don LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Area 57 Association Inc. ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Greenfield Commons III LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Meadowlark Investments LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant SAD Downtown LLC d/b/a The Firm ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Kyle Pender ghsinger@hollandhart.com chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Preference 42 LLC f/k/a EPIC Preference, LLC f/k/a Shepperd Equity Fund, LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Gateway Arches Real Estate Holdings LLC f/k/a EPIC Gateway East Real Estate Holdings, LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Creditor 7 Mile Holdings LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Sheyenne 32 South LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Maverick Holdings LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Montgomery & Pender P.C. ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant EPIC Gateway North Real Estate Holdings LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Kent Busek ghsinger@hollandhart.com chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Sheyenne 32 South Residential LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant The Tracks - Maverick LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant HI West Acres LLC, f/k/a EPIC Hospitality, LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

Joel Nesset

on behalf of Defendant EPIC Holdings II LLC jnesset@cozen.com, akulbeik@cozen.com

Joel Nesset

on behalf of Defendant EPIC Holdings LLC jnesset@cozen.com, akulbeik@cozen.com

District/off: 0868-3 User: admin Page 4 of 7
Date Rcvd: Mar 05, 2026 Form ID: pdf2some Total Noticed: 2

| | |
|---|---|
| Joel M. Fremstad | on behalf of Creditor Scott Hoban joel@fremstadlaw.com  maggie@fremstadlaw.com |
| Joel M. Fremstad | on behalf of Debtor EPIC Companies Midwest  LLC joel@fremstadlaw.com, maggie@fremstadlaw.com |
| John M Krings, Jr. | on behalf of Defendant EPIC Place  LLC john@kdlawpartners.com, janae@kdlawpartners.com |
| John M Krings, Jr. | on behalf of Defendant West Fargo Dive Bar  LLC john@kdlawpartners.com, janae@kdlawpartners.com |
| John M Krings, Jr. | on behalf of Creditor Cornerstone Bank john@kdlawpartners.com  janae@kdlawpartners.com |
| John M Krings, Jr. | on behalf of Interested Party Cornerstone Bank john@kdlawpartners.com  janae@kdlawpartners.com |
| John M Krings, Jr. | on behalf of Defendant 36th and Veterans  LLC john@kdlawpartners.com, janae@kdlawpartners.com |
| Joseph D Hackman | on behalf of Interested Party Bank Forward jhackman@abstlaw.net |
| Katherine A. Nixon | on behalf of Debtor EPIC Employee  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katherine A. Nixon | on behalf of Debtor EOLA Capital  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katherine A. Nixon | on behalf of Debtor EC West Fargo  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katherine A. Nixon | on behalf of Plaintiff EOLA Capital  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katherine A. Nixon | on behalf of Plaintiff EPIC Companies Midwest 2023  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katherine A. Nixon | on behalf of Plaintiff EPIC Companies Midwest  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katherine A. Nixon | on behalf of Debtor EPIC Companies Midwest  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katherine A. Nixon | on behalf of Debtor EPIC Companies Midwest 2023  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katherine A. Nixon | on behalf of Plaintiff EPIC Employee  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katherine A. Nixon | on behalf of Plaintiff EC West Fargo  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katrina A. Turman Lang | on behalf of Creditor Larry Dietz klang@woldlaw.com  melanie@turmanlaw.com |
| Katrina A. Turman Lang | on behalf of Creditor Dietz Properties  LLC klang@woldlaw.com, melanie@turmanlaw.com |
| Katrina A. Turman Lang | on behalf of Creditor Candice Dietz klang@woldlaw.com  melanie@turmanlaw.com |
| Marissa R. Cerkoney | on behalf of Creditor Robert W. & Joleen M. Heim TTE Heim RLT mcerkoney@ndlaw.com  kpeterson@ndlaw.com |
| Marissa R. Cerkoney | on behalf of Creditor Robert W. Heim Revocable Living Trust mcerkoney@ndlaw.com  kpeterson@ndlaw.com |
| Marissa R. Cerkoney | on behalf of Creditor Rob and Joleen Heim mcerkoney@ndlaw.com  kpeterson@ndlaw.com |
| Marissa R. Cerkoney | on behalf of Creditor Darryl and Charlotte Heim mcerkoney@ndlaw.com  kpeterson@ndlaw.com |
| Mark Western | on behalf of Plaintiff EOLA Capital  LLC mark@fremstadlaw.com, terri@fremstadlaw.com |
| Mark Western | on behalf of Plaintiff EPIC Companies Midwest 2023  LLC mark@fremstadlaw.com, terri@fremstadlaw.com |

| District/off: 0868-3 | User: admin | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Mar 05, 2026 | Form ID: pdf2some | Total Noticed: 2 |

Mark Western
    on behalf of Plaintiff EPIC Companies Midwest  LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western
    on behalf of Plaintiff EC West Fargo  LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western
    on behalf of Other Professional Lighthouse Management Group  Inc. mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western
    on behalf of Plaintiff EPIC Employee  LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western
    on behalf of Debtor EPIC Companies Midwest  LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Maurice VerStandig
    on behalf of Interested Party Brian Kounovsky mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
    on behalf of Creditor Kounovsky Inc. mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael Gust
    on behalf of Defendant EPIC Gateway LLC mlgfilings@andersonbottrell.com  jernst@abstlaw.net

Michael Gust
    on behalf of Creditor James Olson mlgfilings@andersonbottrell.com  jernst@abstlaw.net

Michael Gust
    on behalf of Interested Party Bank Forward mlgfilings@andersonbottrell.com  jernst@abstlaw.net

Michael Gust
    on behalf of Defendant Sheyenne 32 North  LLC mlgfilings@andersonbottrell.com, jernst@abstlaw.net

Michael S Raum
    on behalf of Plaintiff EPIC Companies Midwest  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
    on behalf of Debtor EPIC Employee  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
    on behalf of Plaintiff EOLA Capital  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
    on behalf of Plaintiff EPIC Companies Midwest 2023  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
    on behalf of Debtor EC West Fargo  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
    on behalf of Debtor EPIC Companies Midwest  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
    on behalf of Debtor EPIC Companies Midwest 2023  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
    on behalf of Debtor EOLA Capital  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Nathan Lilly
    on behalf of Defendant KKP Properties  LLC nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Nathan Lilly
    on behalf of Defendant Maverick Holdings  LLC nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Nathan Lilly
    on behalf of Defendant Meadowlark Investments  LLC nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Nathan Lilly
    on behalf of Defendant Montgomery & Pender  P.C. nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Nathan Lilly
    on behalf of Defendant Boulevard Square III  LLC nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Nathan Lilly
    on behalf of Defendant Michael Montgomery nalilly@hollandhart.com  lmlopezvelasquez@hollandhart.com

Nathan Lilly
    on behalf of Defendant Preference 42  LLC f/k/a EPIC Preference, LLC f/k/a Shepperd Equity Fund, LLC
nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Nathan Lilly
    on behalf of Defendant SAD Downtown  LLC d/b/a The Firm nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 6 of 7 |
| Date Rcvd: Mar 05, 2026 | Form ID: pdf2some | Total Noticed: 2 |

Nathan Lilly
 on behalf of Defendant Kent Busek nalilly@hollandhart.com  lmlopezvelasquez@hollandhart.com

Nathan Lilly
 on behalf of Defendant Kyle Pender nalilly@hollandhart.com  lmlopezvelasquez@hollandhart.com

Peter B. Hankla
 on behalf of Interested Party Randy and Dorothy Henke phankla@mcgeelaw.com

Randall N. Sickler
 on behalf of Creditor Robert W. Heim Revocable Living Trust rsickler@ndlaw.com  pschiwal@ndlaw.com

Randall N. Sickler
 on behalf of Creditor Rob and Joleen Heim rsickler@ndlaw.com  pschiwal@ndlaw.com

Randall N. Sickler
 on behalf of Creditor Robert W. & Joleen M. Heim TTE Heim RLT rsickler@ndlaw.com  pschiwal@ndlaw.com

Randall N. Sickler
 on behalf of Creditor Darryl and Charlotte Heim rsickler@ndlaw.com  pschiwal@ndlaw.com

Richard P. Olson
 on behalf of Creditor Bruce & Diane Walker rpolsonecf@minotlaw.com  rpolson@minotlaw.com

Richard P. Olson
 on behalf of Creditor Essential Living Inc rpolsonecf@minotlaw.com  rpolson@minotlaw.com

Robert G. Will
 on behalf of Creditor Larry and Betty Ledene rwill@mcgeelaw.com
 rgwill_law@yahoo.com;will.robertb124953@notify.bestcase.com

Ryan G Quarne
 on behalf of Creditor Bruce & Diane Walker rgquarne@minotlaw.com

Samantha Hanson-Lenn
 on behalf of Creditor Committee Zach Frappier samantha.hansonlenn@stinson.com  mpl.lssteam5@stinson.com

Samantha Hanson-Lenn
 on behalf of Creditor Committee Larry Dietz samantha.hansonlenn@stinson.com  mpl.lssteam5@stinson.com

Samantha Hanson-Lenn
 on behalf of Creditor Committee Jim Johnson samantha.hansonlenn@stinson.com  mpl.lssteam5@stinson.com

Samantha Hanson-Lenn
 on behalf of Creditor Committee William Altringer samantha.hansonlenn@stinson.com  mpl.lssteam5@stinson.com

Sara Diaz
 on behalf of Creditor Loren Goeser sara@bulielaw.com
 ken@bulielaw.com;alan@bulielaw.com;traci@bulielaw.com;2787@notices.nextchapterbk.com;fargo@bulielaw.com

Sarah J. Wencil
 on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov

Steven R Kinsella
 on behalf of Plaintiff EPIC Companies Midwest  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
 on behalf of Debtor EPIC Companies Midwest  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
 on behalf of Plaintiff EPIC Companies Midwest 2023  LLC skinsella@fredlaw.com,
 sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
 on behalf of Plaintiff EPIC Employee  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
 on behalf of Debtor EPIC Employee  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
 on behalf of Debtor EPIC Companies Midwest 2023  LLC skinsella@fredlaw.com,
 sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
 on behalf of Debtor EC West Fargo  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
 on behalf of Debtor EOLA Capital  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
 on behalf of Plaintiff EC West Fargo  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella

District/off: 0868-3 User: admin Page 7 of 7
Date Rcvd: Mar 05, 2026 Form ID: pdf2some Total Noticed: 2

on behalf of Plaintiff EOLA Capital  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Thomas G. Wallrich
   on behalf of Defendant EPIC Holdings  LLC twallrich@cozen.com

Thomas G. Wallrich
   on behalf of Defendant EPIC Holdings II  LLC twallrich@cozen.com

United States Trustee
   USTPRegion12.SX.ECF@usdoj.gov

Zenas Baer
   on behalf of Creditor Taracon Precast LLC zbaer@zbaer.com

Zoe Wieber
   on behalf of Creditor Lee Schaleben zoe@dwyerlawnd.com

Zoe Wieber
   on behalf of Creditor STC Flooring zoe@dwyerlawnd.com

TOTAL: 141

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

**ORDER SUSTAINING LIGHTHOUSE MANAGEMENT GROUP, INC.'S FIRST OMNIBUS OBJECTION TO CLAIMS (DUPLICATE CLAIMS), AS LIQUIDATING TRUSTEE OF THE EPIC LIQUIDATING TRUST**

On December 18, 2025, Lighthouse Management Group, Inc., as the Liquidating Trustee for the EPIC Liquidating Trust, filed its first omnibus objection to certain claims on the basis that the claims are duplicative of others. Doc. 500. The Liquidating Trustee served the objection and notice of the hearing on the objection. Doc. 512. On February 3, 2026, the Court held a hearing on the motion. Based on the record before the Court, the Court finds cause for sustaining the objection. Therefore, **IT IS ORDERED**:

1. The objection (Doc. 500) is **SUSTAINED**.

2. The claims identified below are **DISALLOWED**.

| **Claimant** | **Disallowed, Duplicative Claim** |
|---|---|
| Connie Iverson | 88 – EPIC Companies Midwest, LLC |
| Darlene Pich | 5 – EC West Fargo, LLC |
| Lee Schaleben | 2 – EC West Fargo, LLC |
| Melissa M. Johnson | 77 – EPIC Companies Midwest, LLC |
| Sara Myhre | 45 – EPIC Companies Midwest, LLC |
| STC Flooring | 3 – EC West Fargo, LLC |
| Susan Nilson | 115 – EPIC Companies Midwest, LLC |

| Tamara VanWechel | 71 – EPIC Companies Midwest, LLC |

3. This Order is immediately effective and enforceable upon its entry.

4. The Liquidating Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: March 5, 2026.

*Shon Hastings*

Shon Hastings, Judge
United States Bankruptcy Court