United States Bankruptcy Court

District of North Dakota

| | |
|---|---|
| In re: | Case No. 24-30281-skh |
| EPIC Companies Midwest, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 1 of 7 |
| Date Rcvd: Mar 06, 2026 | Form ID: pdf2some | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2026:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: mfranzen@lighthousemanagement.com | Mar 06 2026 18:56:00 | EPIC Companies Midwest, LLC, c/o Lighthouse Management Group, Inc., 900 Long Lake Road Ste. 180, New Brighton, MN 55112-6455 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2026         Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexander S. Kelsch | on behalf of Creditor Nick Vollmuth alexk@kelschlaw.com aruff@kelschlaw.com;kimberly@kelschlaw.com;kelsch.alexanders.b@notify.bestcase.com |
| Alexander S. Kelsch | on behalf of Creditor Deborah Vollmuth alexk@kelschlaw.com aruff@kelschlaw.com;kimberly@kelschlaw.com;kelsch.alexanders.b@notify.bestcase.com |
| Amy J. Swedberg | on behalf of Interested Party LTC - The Lincoln  LLC amy.swedberg@maslon.com |
| Amy J. Swedberg | on behalf of Defendant LTC - The Lincoln  LLC amy.swedberg@maslon.com |

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 2 of 7 |
| Date Rcvd: Mar 06, 2026 | Form ID: pdf2some | Total Noticed: 1 |

Amy J. Swedberg
    on behalf of Creditor Clifford Otten amy.swedberg@maslon.com

Anthony J Anderson
    on behalf of Creditor Shane R. Larck aanderson@nilleslaw.com  bbrunelle@nilleslaw.com

Anthony J Anderson
    on behalf of Creditor Jerilyn A. Larck aanderson@nilleslaw.com  bbrunelle@nilleslaw.com

Benjamin Court
    on behalf of Creditor Committee William Altringer benjamin.court@stinson.com
    stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
    on behalf of Plaintiff Lighthouse Management Group  Inc. benjamin.court@stinson.com,
    stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
    on behalf of Creditor Committee Zach Frappier benjamin.court@stinson.com
    stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
    on behalf of Creditor Committee Chair Beth Postemski benjamin.court@stinson.com
    stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
    on behalf of Creditor Committee Larry Dietz benjamin.court@stinson.com
    stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
    on behalf of Creditor Committee Jim Johnson benjamin.court@stinson.com
    stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
    on behalf of Creditor Randy Henke benjamin.court@stinson.com  stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Williams
    on behalf of Creditor Cullen Insulation  Inc. ben@kennellybusinesslaw.com, beth@kennellybusinesslaw.com

Benjamin Williams
    on behalf of Creditor Daniel Frisch ben@kennellybusinesslaw.com  beth@kennellybusinesslaw.com

Berly D. Nelson
    on behalf of Creditor Jim and JoAnn McKay Family Trust f/b/o Julie McKay Ganskop bnelson@serklandlaw.com
    rtande@serklandlaw.com;aneir@serklandlaw.com;amcdarby@serklandlaw.com;lhruby@serklandlaw.com

Christopher Harayda
    on behalf of Creditor Randy Henke cj.harayda@stinson.com

Christopher Harayda
    on behalf of Creditor Committee Chair Beth Postemski cj.harayda@stinson.com

Christopher Harayda
    on behalf of Creditor Committee Zach Frappier cj.harayda@stinson.com

Christopher Harayda
    on behalf of Creditor Committee Larry Dietz cj.harayda@stinson.com

Christopher Harayda
    on behalf of Plaintiff Lighthouse Management Group  Inc. cj.harayda@stinson.com

Christopher Harayda
    on behalf of Creditor Committee William Altringer cj.harayda@stinson.com

Christopher Harayda
    on behalf of Creditor Committee Jim Johnson cj.harayda@stinson.com

David J T Chapman
    on behalf of Creditor Elrick Poppe dchapman@djchapmanlaw.com

David J T Chapman
    on behalf of Creditor Karen Poppe dchapman@djchapmanlaw.com

Douglas Christensen
    on behalf of Creditor Beth Holmes dougc@grandforkslaw.com
    sarah@grandforkslaw.com;jen@grandforkslaw.com;julie@grandforkslaw.com

George H. Singer
    on behalf of Defendant Boulevard Square III  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
    on behalf of Defendant Sheyenne 32 North  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

| | |
|---|---|
| George H. Singer | on behalf of Defendant Greenfield Commons LLC ghsinger@hollandhart.com, chkelley@hollandhart.com |
| George H. Singer | on behalf of Defendant Greenfield Commons II LLC ghsinger@hollandhart.com, chkelley@hollandhart.com |
| George H. Singer | on behalf of Defendant Unite Real Estate Holdings LLC f/k/a EPIC Unite Real Estate Holding, LLC ghsinger@hollandhart.com, chkelley@hollandhart.com |
| George H. Singer | on behalf of Defendant Fargo South Hospitality LLC ghsinger@hollandhart.com, chkelley@hollandhart.com |
| George H. Singer | on behalf of Defendant KKP Properties LLC ghsinger@hollandhart.com, chkelley@hollandhart.com |
| George H. Singer | on behalf of Defendant Michael Montgomery ghsinger@hollandhart.com chkelley@hollandhart.com |
| George H. Singer | on behalf of Defendant LTC - The Don LLC ghsinger@hollandhart.com, chkelley@hollandhart.com |
| George H. Singer | on behalf of Defendant Area 57 Association Inc. ghsinger@hollandhart.com, chkelley@hollandhart.com |
| George H. Singer | on behalf of Defendant Greenfield Commons III LLC ghsinger@hollandhart.com, chkelley@hollandhart.com |
| George H. Singer | on behalf of Defendant Meadowlark Investments LLC ghsinger@hollandhart.com, chkelley@hollandhart.com |
| George H. Singer | on behalf of Defendant Kyle Pender ghsinger@hollandhart.com chkelley@hollandhart.com |
| George H. Singer | on behalf of Defendant SAD Downtown LLC d/b/a The Firm ghsinger@hollandhart.com, chkelley@hollandhart.com |
| George H. Singer | on behalf of Defendant Preference 42 LLC f/k/a EPIC Preference, LLC f/k/a Shepperd Equity Fund, LLC ghsinger@hollandhart.com, chkelley@hollandhart.com |
| George H. Singer | on behalf of Defendant Gateway Arches Real Estate Holdings LLC f/k/a EPIC Gateway East Real Estate Holdings, LLC ghsinger@hollandhart.com, chkelley@hollandhart.com |
| George H. Singer | on behalf of Creditor 7 Mile Holdings LLC ghsinger@hollandhart.com, chkelley@hollandhart.com |
| George H. Singer | on behalf of Defendant Sheyenne 32 South LLC ghsinger@hollandhart.com, chkelley@hollandhart.com |
| George H. Singer | on behalf of Defendant Maverick Holdings LLC ghsinger@hollandhart.com, chkelley@hollandhart.com |
| George H. Singer | on behalf of Defendant Montgomery & Pender P.C. ghsinger@hollandhart.com, chkelley@hollandhart.com |
| George H. Singer | on behalf of Defendant EPIC Gateway North Real Estate Holdings LLC ghsinger@hollandhart.com, chkelley@hollandhart.com |
| George H. Singer | on behalf of Defendant Kent Busek ghsinger@hollandhart.com chkelley@hollandhart.com |
| George H. Singer | on behalf of Defendant Sheyenne 32 South Residential LLC ghsinger@hollandhart.com, chkelley@hollandhart.com |
| George H. Singer | on behalf of Defendant HI West Acres LLC, f/k/a EPIC Hospitality, LLC ghsinger@hollandhart.com, chkelley@hollandhart.com |
| George H. Singer | on behalf of Defendant The Tracks - Maverick LLC ghsinger@hollandhart.com, chkelley@hollandhart.com |
| Joel Nesset | on behalf of Defendant EPIC Holdings II LLC jnesset@cozen.com, akulbeik@cozen.com |
| Joel Nesset | on behalf of Defendant EPIC Holdings LLC jnesset@cozen.com, akulbeik@cozen.com |
| Joel M. Fremstad | on behalf of Creditor Scott Hoban joel@fremstadlaw.com maggie@fremstadlaw.com |
| Joel M. Fremstad | on behalf of Debtor EPIC Companies Midwest LLC joel@fremstadlaw.com, maggie@fremstadlaw.com |

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 4 of 7 |
| Date Rcvd: Mar 06, 2026 | Form ID: pdf2some | Total Noticed: 1 |

John M Krings, Jr.
    on behalf of Defendant EPIC Place LLC john@kdlawpartners.com, janae@kdlawpartners.com

John M Krings, Jr.
    on behalf of Defendant West Fargo Dive Bar LLC john@kdlawpartners.com, janae@kdlawpartners.com

John M Krings, Jr.
    on behalf of Creditor Cornerstone Bank john@kdlawpartners.com janae@kdlawpartners.com

John M Krings, Jr.
    on behalf of Interested Party Cornerstone Bank john@kdlawpartners.com janae@kdlawpartners.com

John M Krings, Jr.
    on behalf of Defendant 36th and Veterans LLC john@kdlawpartners.com, janae@kdlawpartners.com

Joseph D Hackman
    on behalf of Interested Party Bank Forward jhackman@abstlaw.net

Katherine A. Nixon
    on behalf of Debtor EPIC Employee LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
    on behalf of Debtor EOLA Capital LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
    on behalf of Debtor EC West Fargo LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
    on behalf of Plaintiff EOLA Capital LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
    on behalf of Plaintiff EPIC Companies Midwest LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
    on behalf of Plaintiff EPIC Companies Midwest 2023 LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
    on behalf of Debtor EPIC Companies Midwest LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
    on behalf of Debtor EPIC Companies Midwest 2023 LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
    on behalf of Plaintiff EPIC Employee LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
    on behalf of Plaintiff EC West Fargo LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katrina A. Turman Lang
    on behalf of Creditor Larry Dietz klang@woldlaw.com melanie@turmanlaw.com

Katrina A. Turman Lang
    on behalf of Creditor Dietz Properties LLC klang@woldlaw.com, melanie@turmanlaw.com

Katrina A. Turman Lang
    on behalf of Creditor Candice Dietz klang@woldlaw.com melanie@turmanlaw.com

Marissa R. Cerkoney
    on behalf of Creditor Robert W. & Joleen M. Heim TTE Heim RLT mcerkoney@ndlaw.com kpeterson@ndlaw.com

Marissa R. Cerkoney
    on behalf of Creditor Rob and Joleen Heim mcerkoney@ndlaw.com kpeterson@ndlaw.com

Marissa R. Cerkoney
    on behalf of Creditor Robert W. Heim Revocable Living Trust mcerkoney@ndlaw.com kpeterson@ndlaw.com

Marissa R. Cerkoney
    on behalf of Creditor Darryl and Charlotte Heim mcerkoney@ndlaw.com kpeterson@ndlaw.com

Mark Western
    on behalf of Plaintiff EOLA Capital LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western
    on behalf of Plaintiff EPIC Companies Midwest 2023 LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western
    on behalf of Plaintiff EPIC Companies Midwest LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western
    on behalf of Plaintiff EC West Fargo LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western
    on behalf of Other Professional Lighthouse Management Group  Inc. mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western
    on behalf of Plaintiff EPIC Employee  LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western
    on behalf of Debtor EPIC Companies Midwest  LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Maurice VerStandig
    on behalf of Interested Party Brian Kounovsky mac@mbvesq.com
    mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
    on behalf of Creditor Kounovsky Inc. mac@mbvesq.com
    mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael Gust
    on behalf of Defendant EPIC Gateway LLC mlgfilings@andersonbottrell.com  jernst@abstlaw.net

Michael Gust
    on behalf of Creditor James Olson mlgfilings@andersonbottrell.com  jernst@abstlaw.net

Michael Gust
    on behalf of Interested Party Bank Forward mlgfilings@andersonbottrell.com  jernst@abstlaw.net

Michael Gust
    on behalf of Defendant Sheyenne 32 North  LLC mlgfilings@andersonbottrell.com, jernst@abstlaw.net

Michael S Raum
    on behalf of Plaintiff EPIC Companies Midwest  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
    on behalf of Plaintiff EOLA Capital  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
    on behalf of Plaintiff EPIC Companies Midwest 2023  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
    on behalf of Debtor EC West Fargo  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
    on behalf of Debtor EPIC Companies Midwest  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
    on behalf of Debtor EPIC Companies Midwest 2023  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
    on behalf of Debtor EOLA Capital  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
    on behalf of Debtor EPIC Employee  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Nathan Lilly
    on behalf of Defendant Maverick Holdings  LLC nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Nathan Lilly
    on behalf of Defendant Meadowlark Investments  LLC nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Nathan Lilly
    on behalf of Defendant Montgomery & Pender  P.C. nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Nathan Lilly
    on behalf of Defendant Boulevard Square III  LLC nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Nathan Lilly
    on behalf of Defendant Michael Montgomery nalilly@hollandhart.com  lmlopezvelasquez@hollandhart.com

Nathan Lilly
    on behalf of Defendant Preference 42  LLC f/k/a EPIC Preference, LLC f/k/a Shepperd Equity Fund, LLC
    nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Nathan Lilly
    on behalf of Defendant SAD Downtown  LLC d/b/a The Firm nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Nathan Lilly
    on behalf of Defendant Kyle Pender nalilly@hollandhart.com  lmlopezvelasquez@hollandhart.com

Nathan Lilly
    on behalf of Defendant Kent Busek nalilly@hollandhart.com  lmlopezvelasquez@hollandhart.com

Nathan Lilly
    on behalf of Defendant KKP Properties  LLC nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

# Case 24-30281   Doc 576   Filed 03/08/26   Entered 03/09/26 00:28:17   Desc Imaged
## Certificate of Notice   Page 6 of 9

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 6 of 7 |
| Date Rcvd: Mar 06, 2026 | Form ID: pdf2some | Total Noticed: 1 |

| | |
|---|---|
| Peter B. Hankla | on behalf of Interested Party Randy and Dorothy Henke phankla@mcgeelaw.com |
| Randall N. Sickler | on behalf of Creditor Robert W. Heim Revocable Living Trust rsickler@ndlaw.com  pschiwal@ndlaw.com |
| Randall N. Sickler | on behalf of Creditor Rob and Joleen Heim rsickler@ndlaw.com  pschiwal@ndlaw.com |
| Randall N. Sickler | on behalf of Creditor Robert W. & Joleen M. Heim TTE Heim RLT rsickler@ndlaw.com  pschiwal@ndlaw.com |
| Randall N. Sickler | on behalf of Creditor Darryl and Charlotte Heim rsickler@ndlaw.com  pschiwal@ndlaw.com |
| Richard P. Olson | on behalf of Creditor Bruce & Diane Walker rpolsonecf@minotlaw.com  rpolson@minotlaw.com |
| Richard P. Olson | on behalf of Creditor Essential Living Inc rpolsonecf@minotlaw.com  rpolson@minotlaw.com |
| Robert G. Will | on behalf of Creditor Larry and Betty Ledene rwill@mcgeelaw.com rgwill_law@yahoo.com;will.robertb124953@notify.bestcase.com |
| Ryan G Quarne | on behalf of Creditor Bruce & Diane Walker rgquarne@minotlaw.com |
| Samantha Hanson-Lenn | on behalf of Creditor Committee Zach Frappier samantha.hansonlenn@stinson.com  mpl.lssteam5@stinson.com |
| Samantha Hanson-Lenn | on behalf of Creditor Committee Larry Dietz samantha.hansonlenn@stinson.com  mpl.lssteam5@stinson.com |
| Samantha Hanson-Lenn | on behalf of Creditor Committee Jim Johnson samantha.hansonlenn@stinson.com  mpl.lssteam5@stinson.com |
| Samantha Hanson-Lenn | on behalf of Creditor Committee William Altringer samantha.hansonlenn@stinson.com  mpl.lssteam5@stinson.com |
| Sara Diaz | on behalf of Creditor Loren Goeser sara@bulielaw.com ken@bulielaw.com;alan@bulielaw.com;traci@bulielaw.com;2787@notices.nextchapterbk.com;fargo@bulielaw.com |
| Sarah J. Wencil | on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov |
| Steven R Kinsella | on behalf of Plaintiff EPIC Companies Midwest  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Steven R Kinsella | on behalf of Debtor EPIC Companies Midwest  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Steven R Kinsella | on behalf of Plaintiff EPIC Companies Midwest 2023  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Steven R Kinsella | on behalf of Plaintiff EPIC Employee  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Steven R Kinsella | on behalf of Debtor EPIC Employee  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Steven R Kinsella | on behalf of Debtor EPIC Companies Midwest 2023  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Steven R Kinsella | on behalf of Debtor EC West Fargo  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Steven R Kinsella | on behalf of Debtor EOLA Capital  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Steven R Kinsella | on behalf of Plaintiff EC West Fargo  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Steven R Kinsella | on behalf of Plaintiff EOLA Capital  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Thomas G. Wallrich | on behalf of Defendant EPIC Holdings  LLC twallrich@cozen.com |
| Thomas G. Wallrich | |

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 7 of 7 |
| Date Rcvd: Mar 06, 2026 | Form ID: pdf2some | Total Noticed: 1 |

        on behalf of Defendant EPIC Holdings II  LLC twallrich@cozen.com

United States Trustee
        USTPRegion12.SX.ECF@usdoj.gov

Zenas Baer
        on behalf of Creditor Taracon Precast LLC zbaer@zbaer.com

Zoe Wieber
        on behalf of Creditor Lee Schaleben zoe@dwyerlawnd.com

Zoe Wieber
        on behalf of Creditor STC Flooring zoe@dwyerlawnd.com


TOTAL: 141

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

**ORDER REGARDING LIGHTHOUSE MANAGEMENT GROUP, INC.'S THIRD OMNIBUS OBJECTION TO CLAIMS (INSIDER CLAIMS), AS LIQUIDATING TRUSTEE OF THE EPIC LIQUIDATING TRUST**

On December 18, 2025, Lighthouse Management Group, Inc., as the Liquidating Trustee for the EPIC Liquidating Trust, filed its third omnibus objection to certain claims on the basis that such claims belong to "insiders." Doc. 502. The Liquidating Trustee served the objection and notice of the hearing on the objection. Doc. 514.

Based on the record before the Court, the Court finds cause for sustaining the objection to TrayKeen LLC's claim. Therefore, **IT IS ORDERED**:

1. The Court permits Movant's omnibus objection because it complied with Federal Rule of Bankruptcy Procedure 3007(c), (d) and (e).

2. The objection (Doc. 502) is **SUSTAINED** in part. The Liquidating Trustee withdrew its objection to all the claims listed in its third omnibus objection except TrayKeen LLC's claim. The Court previously disallowed claims filed by Todd Berning. Doc. 541.

3. As outlined by the Liquidating Trustee in its reply [Doc. 549], TrayKeen LLC's claim or debt is the only claim at issue in the third omnibus objection. TrayKeen, LLC did not file a response to the objection or otherwise appear at the hearing on February 3, 2026. Based on claimant's failure to respond and the evidence offered by the Liquidating Trustee, including the Affidavit of Patrick Finn and the Affidavit of Katherine Nixon [Doc. 549], the Court finds cause for sustaining the objection to this claim.

4. The claim or debt identified below is **DISALLOWED**:

| Claimant | Disallowed, No Liability Claim |
|---|---|
| TrayKeen LLC | Doc. 37, Page 28 of 44, Line 3.117 |

5. This Order is immediately effective and enforceable upon its entry.

6. The Liquidating Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order.

7. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: March 6, 2026.

Shon Hastings, Judge
United States Bankruptcy Court