United States Bankruptcy Court

District of North Dakota

In re:  Case No. 24-30281-skh
EPIC Companies Midwest, LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3      User: admin      Page 1 of 7
Date Rcvd: Mar 06, 2026      Form ID: pdf2some      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2026:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: mfranzen@lighthousemanagement.com | Mar 06 2026 18:56:00 | EPIC Companies Midwest, LLC, c/o Lighthouse Management Group, Inc., 900 Long Lake Road Ste. 180, New Brighton, MN 55112-6455 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2026 at the address(es) listed below:

**Name**      **Email Address**

Alexander S. Kelsch
    on behalf of Creditor Nick Vollmuth alexk@kelschlaw.com
    aruff@kelschlaw.com;kimberly@kelschlaw.com;kelsch.alexanders.b@notify.bestcase.com

Alexander S. Kelsch
    on behalf of Creditor Deborah Vollmuth alexk@kelschlaw.com
    aruff@kelschlaw.com;kimberly@kelschlaw.com;kelsch.alexanders.b@notify.bestcase.com

Amy J. Swedberg
    on behalf of Interested Party LTC - The Lincoln  LLC amy.swedberg@maslon.com

Amy J. Swedberg
    on behalf of Defendant LTC - The Lincoln  LLC amy.swedberg@maslon.com

District/off: 0868-3 User: admin Page 2 of 7
Date Rcvd: Mar 06, 2026 Form ID: pdf2some Total Noticed: 1

Amy J. Swedberg
    on behalf of Creditor Clifford Otten amy.swedberg@maslon.com

Anthony J Anderson
    on behalf of Creditor Shane R. Larck aanderson@nilleslaw.com bbrunelle@nilleslaw.com

Anthony J Anderson
    on behalf of Creditor Jerilyn A. Larck aanderson@nilleslaw.com bbrunelle@nilleslaw.com

Benjamin Court
    on behalf of Creditor Committee William Altringer benjamin.court@stinson.com
    stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
    on behalf of Plaintiff Lighthouse Management Group Inc. benjamin.court@stinson.com,
    stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
    on behalf of Creditor Committee Zach Frappier benjamin.court@stinson.com
    stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
    on behalf of Creditor Committee Chair Beth Postemski benjamin.court@stinson.com
    stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
    on behalf of Creditor Committee Larry Dietz benjamin.court@stinson.com
    stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
    on behalf of Creditor Committee Jim Johnson benjamin.court@stinson.com
    stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
    on behalf of Creditor Randy Henke benjamin.court@stinson.com stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Williams
    on behalf of Creditor Cullen Insulation Inc. ben@kennellybusinesslaw.com, beth@kennellybusinesslaw.com

Benjamin Williams
    on behalf of Creditor Daniel Frisch ben@kennellybusinesslaw.com beth@kennellybusinesslaw.com

Berly D. Nelson
    on behalf of Creditor Jim and JoAnn McKay Family Trust f/b/o Julie McKay Ganskop bnelson@serklandlaw.com
    rtande@serklandlaw.com;aneir@serklandlaw.com;amcdarby@serklandlaw.com;lhruby@serklandlaw.com

Christopher Harayda
    on behalf of Creditor Randy Henke cj.harayda@stinson.com

Christopher Harayda
    on behalf of Creditor Committee Chair Beth Postemski cj.harayda@stinson.com

Christopher Harayda
    on behalf of Creditor Committee Zach Frappier cj.harayda@stinson.com

Christopher Harayda
    on behalf of Creditor Committee Larry Dietz cj.harayda@stinson.com

Christopher Harayda
    on behalf of Plaintiff Lighthouse Management Group Inc. cj.harayda@stinson.com

Christopher Harayda
    on behalf of Creditor Committee William Altringer cj.harayda@stinson.com

Christopher Harayda
    on behalf of Creditor Committee Jim Johnson cj.harayda@stinson.com

David J T Chapman
    on behalf of Creditor Elrick Poppe dchapman@djchapmanlaw.com

David J T Chapman
    on behalf of Creditor Karen Poppe dchapman@djchapmanlaw.com

Douglas Christensen
    on behalf of Creditor Beth Holmes dougc@grandforkslaw.com
    sarah@grandforkslaw.com;jen@grandforkslaw.com;julie@grandforkslaw.com

George H. Singer
    on behalf of Defendant Boulevard Square III LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
    on behalf of Defendant Sheyenne 32 North LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 3 of 7 |
| Date Rcvd: Mar 06, 2026 | Form ID: pdf2some | Total Noticed: 1 |

George H. Singer
    on behalf of Defendant Greenfield Commons  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
    on behalf of Defendant Greenfield Commons II  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
    on behalf of Defendant Unite Real Estate Holdings  LLC f/k/a EPIC Unite Real Estate Holding, LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
    on behalf of Defendant Fargo South Hospitality  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
    on behalf of Defendant KKP Properties  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
    on behalf of Defendant Michael Montgomery ghsinger@hollandhart.com  chkelley@hollandhart.com

George H. Singer
    on behalf of Defendant LTC - The Don  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
    on behalf of Defendant Area 57 Association  Inc. ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
    on behalf of Defendant Greenfield Commons III  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
    on behalf of Defendant Meadowlark Investments  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
    on behalf of Defendant Kyle Pender ghsinger@hollandhart.com  chkelley@hollandhart.com

George H. Singer
    on behalf of Defendant SAD Downtown  LLC d/b/a The Firm ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
    on behalf of Defendant Preference 42  LLC f/k/a EPIC Preference, LLC f/k/a Shepperd Equity Fund, LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
    on behalf of Defendant Gateway Arches Real Estate Holdings  LLC f/k/a EPIC Gateway East Real Estate Holdings, LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
    on behalf of Creditor 7 Mile Holdings  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
    on behalf of Defendant Sheyenne 32 South  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
    on behalf of Defendant Maverick Holdings  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
    on behalf of Defendant Montgomery & Pender  P.C. ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
    on behalf of Defendant EPIC Gateway North Real Estate Holdings  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
    on behalf of Defendant Kent Busek ghsinger@hollandhart.com  chkelley@hollandhart.com

George H. Singer
    on behalf of Defendant Sheyenne 32 South Residential  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
    on behalf of Defendant HI West Acres  LLC, f/k/a EPIC Hospitality, LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
    on behalf of Defendant The Tracks - Maverick  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

Joel Nesset
    on behalf of Defendant EPIC Holdings II  LLC jnesset@cozen.com, akulbeik@cozen.com

Joel Nesset
    on behalf of Defendant EPIC Holdings  LLC jnesset@cozen.com, akulbeik@cozen.com

Joel M. Fremstad
    on behalf of Creditor Scott Hoban joel@fremstadlaw.com  maggie@fremstadlaw.com

Joel M. Fremstad
    on behalf of Debtor EPIC Companies Midwest  LLC joel@fremstadlaw.com, maggie@fremstadlaw.com

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 4 of 7 |
| Date Rcvd: Mar 06, 2026 | Form ID: pdf2some | Total Noticed: 1 |

John M Krings, Jr.
    on behalf of Defendant EPIC Place  LLC john@kdlawpartners.com, janae@kdlawpartners.com

John M Krings, Jr.
    on behalf of Defendant West Fargo Dive Bar  LLC john@kdlawpartners.com, janae@kdlawpartners.com

John M Krings, Jr.
    on behalf of Creditor Cornerstone Bank john@kdlawpartners.com  janae@kdlawpartners.com

John M Krings, Jr.
    on behalf of Interested Party Cornerstone Bank john@kdlawpartners.com  janae@kdlawpartners.com

John M Krings, Jr.
    on behalf of Defendant 36th and Veterans  LLC john@kdlawpartners.com, janae@kdlawpartners.com

Joseph D Hackman
    on behalf of Interested Party Bank Forward jhackman@abstlaw.net

Katherine A. Nixon
    on behalf of Debtor EPIC Employee  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
    on behalf of Debtor EOLA Capital  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
    on behalf of Debtor EC West Fargo  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
    on behalf of Plaintiff EOLA Capital  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
    on behalf of Plaintiff EPIC Companies Midwest  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
    on behalf of Plaintiff EPIC Companies Midwest 2023  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
    on behalf of Debtor EPIC Companies Midwest  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
    on behalf of Debtor EPIC Companies Midwest 2023  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
    on behalf of Plaintiff EPIC Employee  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
    on behalf of Plaintiff EC West Fargo  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katrina A. Turman Lang
    on behalf of Creditor Larry Dietz klang@woldlaw.com  melanie@turmanlaw.com

Katrina A. Turman Lang
    on behalf of Creditor Dietz Properties  LLC klang@woldlaw.com, melanie@turmanlaw.com

Katrina A. Turman Lang
    on behalf of Creditor Candice Dietz klang@woldlaw.com  melanie@turmanlaw.com

Marissa R. Cerkoney
    on behalf of Creditor Robert W. & Joleen M. Heim TTE Heim RLT mcerkoney@ndlaw.com  kpeterson@ndlaw.com

Marissa R. Cerkoney
    on behalf of Creditor Rob and Joleen Heim mcerkoney@ndlaw.com  kpeterson@ndlaw.com

Marissa R. Cerkoney
    on behalf of Creditor Robert W. Heim Revocable Living Trust mcerkoney@ndlaw.com  kpeterson@ndlaw.com

Marissa R. Cerkoney
    on behalf of Creditor Darryl and Charlotte Heim mcerkoney@ndlaw.com  kpeterson@ndlaw.com

Mark Western
    on behalf of Plaintiff EOLA Capital  LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western
    on behalf of Plaintiff EPIC Companies Midwest 2023  LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western
    on behalf of Plaintiff EPIC Companies Midwest  LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western
    on behalf of Plaintiff EC West Fargo  LLC mark@fremstadlaw.com, terri@fremstadlaw.com

# Case 24-30281   Doc 578   Filed 03/08/26   Entered 03/09/26 00:28:17   Desc Imaged
                       Certificate of Notice     Page 5 of 9

| District/off: 0868-3 | User: admin | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Mar 06, 2026 | Form ID: pdf2some | Total Noticed: 1 |

| | |
|---|---|
| Mark Western | on behalf of Other Professional Lighthouse Management Group Inc. mark@fremstadlaw.com, terri@fremstadlaw.com |
| Mark Western | on behalf of Plaintiff EPIC Employee LLC mark@fremstadlaw.com, terri@fremstadlaw.com |
| Mark Western | on behalf of Debtor EPIC Companies Midwest LLC mark@fremstadlaw.com, terri@fremstadlaw.com |
| Maurice VerStandig | on behalf of Interested Party Brian Kounovsky mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice VerStandig | on behalf of Creditor Kounovsky Inc. mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael Gust | on behalf of Defendant EPIC Gateway LLC mlgfilings@andersonbottrell.com jernst@abstlaw.net |
| Michael Gust | on behalf of Creditor James Olson mlgfilings@andersonbottrell.com jernst@abstlaw.net |
| Michael Gust | on behalf of Interested Party Bank Forward mlgfilings@andersonbottrell.com jernst@abstlaw.net |
| Michael Gust | on behalf of Defendant Sheyenne 32 North LLC mlgfilings@andersonbottrell.com, jernst@abstlaw.net |
| Michael S Raum | on behalf of Plaintiff EPIC Companies Midwest LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com |
| Michael S Raum | on behalf of Plaintiff EOLA Capital LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com |
| Michael S Raum | on behalf of Plaintiff EPIC Companies Midwest 2023 LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com |
| Michael S Raum | on behalf of Debtor EC West Fargo LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com |
| Michael S Raum | on behalf of Debtor EPIC Companies Midwest LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com |
| Michael S Raum | on behalf of Debtor EPIC Companies Midwest 2023 LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com |
| Michael S Raum | on behalf of Debtor EOLA Capital LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com |
| Michael S Raum | on behalf of Debtor EPIC Employee LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com |
| Nathan Lilly | on behalf of Defendant Maverick Holdings LLC nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com |
| Nathan Lilly | on behalf of Defendant Meadowlark Investments LLC nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com |
| Nathan Lilly | on behalf of Defendant Montgomery & Pender P.C. nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com |
| Nathan Lilly | on behalf of Defendant Boulevard Square III LLC nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com |
| Nathan Lilly | on behalf of Defendant Michael Montgomery nalilly@hollandhart.com lmlopezvelasquez@hollandhart.com |
| Nathan Lilly | on behalf of Defendant Preference 42 LLC f/k/a EPIC Preference, LLC f/k/a Shepperd Equity Fund, LLC nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com |
| Nathan Lilly | on behalf of Defendant SAD Downtown LLC d/b/a The Firm nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com |
| Nathan Lilly | on behalf of Defendant Kyle Pender nalilly@hollandhart.com lmlopezvelasquez@hollandhart.com |
| Nathan Lilly | on behalf of Defendant Kent Busek nalilly@hollandhart.com lmlopezvelasquez@hollandhart.com |
| Nathan Lilly | on behalf of Defendant KKP Properties LLC nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com |

District/off: 0868-3 | User: admin | Page 6 of 7
Date Rcvd: Mar 06, 2026 | Form ID: pdf2some | Total Noticed: 1

Peter B. Hankla
    on behalf of Interested Party Randy and Dorothy Henke phankla@mcgeelaw.com

Randall N. Sickler
    on behalf of Creditor Robert W. Heim Revocable Living Trust rsickler@ndlaw.com pschiwal@ndlaw.com

Randall N. Sickler
    on behalf of Creditor Rob and Joleen Heim rsickler@ndlaw.com pschiwal@ndlaw.com

Randall N. Sickler
    on behalf of Creditor Robert W. & Joleen M. Heim TTE Heim RLT rsickler@ndlaw.com pschiwal@ndlaw.com

Randall N. Sickler
    on behalf of Creditor Darryl and Charlotte Heim rsickler@ndlaw.com pschiwal@ndlaw.com

Richard P. Olson
    on behalf of Creditor Bruce & Diane Walker rpolsonecf@minotlaw.com rpolson@minotlaw.com

Richard P. Olson
    on behalf of Creditor Essential Living Inc rpolsonecf@minotlaw.com rpolson@minotlaw.com

Robert G. Will
    on behalf of Creditor Larry and Betty Ledene rwill@mcgeelaw.com
    rgwill_law@yahoo.com;will.robertb124953@notify.bestcase.com

Ryan G Quarne
    on behalf of Creditor Bruce & Diane Walker rgquarne@minotlaw.com

Samantha Hanson-Lenn
    on behalf of Creditor Committee Zach Frappier samantha.hansonlenn@stinson.com mpl.lssteam5@stinson.com

Samantha Hanson-Lenn
    on behalf of Creditor Committee Larry Dietz samantha.hansonlenn@stinson.com mpl.lssteam5@stinson.com

Samantha Hanson-Lenn
    on behalf of Creditor Committee Jim Johnson samantha.hansonlenn@stinson.com mpl.lssteam5@stinson.com

Samantha Hanson-Lenn
    on behalf of Creditor Committee William Altringer samantha.hansonlenn@stinson.com mpl.lssteam5@stinson.com

Sara Diaz
    on behalf of Creditor Loren Goeser sara@bulielaw.com
    ken@bulielaw.com;alan@bulielaw.com;traci@bulielaw.com;2787@notices.nextchapterbk.com;fargo@bulielaw.com

Sarah J. Wencil
    on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov

Steven R Kinsella
    on behalf of Plaintiff EPIC Companies Midwest  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
    on behalf of Debtor EPIC Companies Midwest  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
    on behalf of Plaintiff EPIC Companies Midwest 2023  LLC skinsella@fredlaw.com,
    sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
    on behalf of Plaintiff EPIC Employee  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
    on behalf of Debtor EPIC Employee  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
    on behalf of Debtor EPIC Companies Midwest 2023  LLC skinsella@fredlaw.com,
    sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
    on behalf of Debtor EC West Fargo  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
    on behalf of Debtor EOLA Capital  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
    on behalf of Plaintiff EC West Fargo  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
    on behalf of Plaintiff EOLA Capital  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Thomas G. Wallrich
    on behalf of Defendant EPIC Holdings  LLC twallrich@cozen.com

Thomas G. Wallrich

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 7 of 7 |
| Date Rcvd: Mar 06, 2026 | Form ID: pdf2some | Total Noticed: 1 |

on behalf of Defendant EPIC Holdings II  LLC twallrich@cozen.com

United States Trustee

USTPRegion12.SX.ECF@usdoj.gov

Zenas Baer

on behalf of Creditor Taracon Precast LLC zbaer@zbaer.com

Zoe Wieber

on behalf of Creditor Lee Schaleben zoe@dwyerlawnd.com

Zoe Wieber

on behalf of Creditor STC Flooring zoe@dwyerlawnd.com


TOTAL: 141

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| In re: | Jointly Administered |
|---|---|
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

**ORDER SUSTAINING LIGHTHOUSE MANAGEMENT GROUP, INC.'S FIFTH OMNIBUS OBJECTION TO CLAIMS (INCORRECT CLAIMANT), AS LIQUIDATING TRUSTEE OF THE EPIC LIQUIDATING TRUST**

On December 18, 2025, Lighthouse Management Group, Inc., as the Liquidating Trustee for the EPIC Liquidating Trust, filed its fifth omnibus objection to certain claims on the basis that the named claimant is incorrect. Doc. 504. The Liquidating Trustee served the objection and notice of the hearing on the objection. Doc. 515. The Court held a hearing on the objection on February 3, 2026. Based on the record before the Court, the Court finds cause for sustaining the objection. Therefore, **IT IS ORDERED**:

1. The objection (Doc. 504) is **SUSTAINED in part**.

2. Each claim identified below is **MODIFIED** as follows:

| Claimant | Claim No. | New Claimant Name |
|---|---|---|
| Amanda Mack | Claim 93 – EPIC Companies Midwest, LLC | Tyler & Amanda Mack |
| Beth Holmes | Claim 6 – EPIC Companies Midwest, LLC | Kim & Beth Holmes |
| Donna Klein | Claim 94 – EPIC Companies Midwest, LLC | Donna & Michael Klein |
| Donna Klein | Claim 38 – EPIC Companies Midwest 2023, LLC | Donna & Michael Klein |
| Dwight Schmidt | Claim 4 – EPIC Companies Midwest, LLC | Dwight & Gwen Schmidt |
| Gerald Iverson | Claim 87 – EPIC Companies Midwest, LLC | Gerald & Connie Iverson |

| | | |
|---|---|---|
| James (Jim) J Johnson | Claim 3 – EPIC Companies Midwest 2023, LLC | James J. Johnson 2003 Separate Property Trust |
| Kelly D. Morelli | Claim 39 – EPIC Companies Midwest, LLC | Matthew P. & Kelly D. Morelli |
| Leon Vandeberg | Claim 6 – EPIC Companies Midwest 2023, LLC | Leon or Janell Vandeberg |
| Lonnie Hass | Claim 2 – EPIC Companies Midwest 2023, LLC | Lonnie & Mary Hass |
| Lynn Wadeson | Claim 90 – EPIC Companies Midwest, LLC | Wadeson Properties, LLC |
| Mark Ahmann | Claim 17 - EPIC Companies Midwest 2023, LLC | Mark & Terese Ahmann |
| Matthew P. Morelli | Claim 40 – EPIC Companies Midwest, LLC | Matthew P. & Kelly D. Morelli |
| Michael Edward Thompson | Claim 98 – EPIC Companies Midwest, LLC | Michael & Jill Thompson |
| Michael Nilson | Claim 116 – EPIC Companies Midwest, LLC | Michael & Susan Nilson |
| Nadine Marie Schutz | Claim 47 – EPIC Companies Midwest, LLC | Westbrand & Co FBO Nadine Marie Schutz S/D IRA |
| Randy Henke | Claim 16 – EPIC Companies Midwest, LLC | Randy & Dorothy Henke |
| Randy Henke | Claim 3 – EOLA Capital, LLC | Randy & Dorothy Henke |
| Todd Brown | Claim 33 – EPIC Companies Midwest 2023, LLC | Todd & Cindy Brown |

3. This Order is immediately effective and enforceable upon its entry.

4. The Liquidating Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: March 6, 2026.

*/s/ Shon Hastings*

Shon Hastings, Judge
United States Bankruptcy Court