United States Bankruptcy Court

District of North Dakota

In re: EPIC Companies Midwest, LLC                                  Chapter 11

Case No. 24-30281

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that James Schutz, a creditor in the cases of the above-captioned debtors ("Debtors"), has changed his/her/its address and directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claims (as listed on the Debtors' schedules and claims register) and hereby requests that service of any pleadings, notices, correspondence, ballots and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
James Schutz
6313 13th St. N.
Fargo ND, 58102

New Address
James Schutz
c/o Bradford Capital Holdings, LP
PO Box 4353
Clifton, NJ 07012

I declare that the foregoing is true and correct.

Authorized Signatory for:

James Schutz

By: _____

Name: __James Schutz__

Title: __Note Holder__

Date: __03-04-2026__