**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | **Jointly Administered** |
| | |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| | |
| Debtors. | Chapter 11 |

## CERTIFICATE OF SERVICE

Steven R. Kinsella, under penalty of perjury, states that on March 6, 2026, he caused the *Order Sustaining Lighthouse Management Group, Inc.'s First Omnibus Objection to Claims (Duplicate Claims), as Liquidating Trustee of the Epic Liquidating Trust* (ECF No. 560) to be served by causing true and correct copies to be sent by U.S. Mail, postage prepaid, to the parties on the attached service list pursuant to the Federal Rules of Bankruptcy Procedure and Local Rule 2002-1, including the Notice and Service Requirements List.

Dated:  March 18, 2026

*/e/ Steven R. Kinsella*
Steven R. Kinsella

Connie Iverson
10090 9th St NE
Binford, ND 58416-9362

Darlene Pich
3677 South 22nd St
Fargo, ND 58104-6595

Lee Schaleben
c/o Dwyer Law Office
5302 51st Ave S, Suite D
Fargo, ND 58104

Melissa M. Johnson
502 Oak Street
PO Box 513
Lisbon, ND 58054-0513

Sara Myhre
6731 24th St NE
Sheyenne, ND 58374-9147

STC Flooring
c/o Dwyer Law Office
5302 51st Ave S, Suite D
Fargo, ND 58104

Susan Nilson
4804 2nd St E
West Fargo, ND 58078-8204

Tamara VanWechel
601 Sugar Drive
Argusville, ND 58005-9616

Lee Schaleben
4341 47th St. S
Fargo, ND 58104-3964

Lee Schaleben
c/o Bradford Capital Management, LLC
Attn: Brian Brager
PO Box 4353
Clifton, NJ 07012-8353

Melissa M. Johnson
Attn: Argo Partners
12 W 37th Street, 9th Floor
New York, NY 10018-7381

Hain Capital Investors Master Fund, Ltd
301 Route 17 North, Suite 816A
Rutherford, NJ 07070-2575

STC Flooring
c/o Bradford Capital Management, LLC
Attn: Brian Brager
PO Box 4353
Clifton, NJ 07012-8353