**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:                                                    **Jointly Administered**

EPIC Companies Midwest, LLC,                   Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,           Bankruptcy No. 24-30282
EPIC Employee, LLC,                               Bankruptcy No. 24-30283
EOLA Capital, LLC, and                            Bankruptcy No. 24-30284
EC West Fargo, LLC,                                Bankruptcy No. 24-30285

         Debtors.                            Chapter 11

---

**CERTIFICATE OF SERVICE**

---

       Steven R. Kinsella, under penalty of perjury, states that on March 6, 2026, he caused the *Order Sustaining Lighthouse Management Group, Inc.'s Second Omnibus Objection to Claims (No Liability), as Liquidating Trustee of the Epic Liquidating Trust* (ECF No. 567) to be served by causing true and correct copies to be sent by U.S. Mail, postage prepaid, to the parties on the attached service list pursuant to the Federal Rules of Bankruptcy Procedure and Local Rule 2002-1, including the Notice and Service Requirements List.


Dated:  March 18, 2026                          */e/ Steven R. Kinsella*
                                             Steven R. Kinsella

Mark McGuigan
3908 21st Street South
Fargo ND 58104-6870

Herzog Roofing, Inc.
Sally Askelson
30183 State Hwy 34 E
PO Box 245
Detroit Lakes, MN 56502

Rent Group, Inc
c/o Szabo Associates, Inc
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326-1357

Midwest Glass and Door, Inc.
7401 County Road 19 S
Minot, ND 58701

Uline
12575 Uline Drive
Pleasant Prairie WI 53158-3686

Tyler Bay
1717 N 15th Street
Bismarck, ND 58501

Teresa McGuigan
3908 21st Street South
Fargo ND 58104-6870

Svetlana Peterson
1717 N 15th Street
Bismarck, ND 58501

Mark McGuigan
3908 21st Street South
Fargo ND 58104-6870

Herzog Roofing, Inc.
Sally Askelson
30183 State Hwy 34 E
PO Box 245
Detroit Lakes, MN 56502