**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

**CERTIFICATE OF SERVICE**

Steven R. Kinsella, under penalty of perjury, states that on March 6, 2026, he caused the *Order Sustaining Lighthouse Management Group, Inc.'s Third Omnibus Objection to Claims (Insider Claims), as Liquidating Trustee of the Epic Liquidating Trust* (ECF No. 568) to be served by causing true and correct copies to be sent by U.S. Mail, postage prepaid, to the following party pursuant to the Federal Rules of Bankruptcy Procedure and Local Rule 2002-1, including the Notice and Service Requirements List.

TrayKeen LLC
c/o Todd Berning
1318 31st Avenue Southeast #2
Minot, ND 58701

Dated:  March 18, 2026                                     */e/ Steven R. Kinsella*
                                                                              Steven R. Kinsell