**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | **Jointly Administered** |
| | |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| | |
| Debtors. | Chapter 11 |

**CERTIFICATE OF SERVICE**

Steven R. Kinsella, under penalty of perjury, states that on March 6, 2026, he caused the *Order Sustaining Lighthouse Management Group, Inc.'s Fourth Omnibus Objection to Claims (Incorrect Amounts), as Liquidating Trustee of the Epic Liquidating Trust* (ECF No. 569) to be served by causing true and correct copies to be sent by U.S. Mail, postage prepaid, to the parties on the attached service list pursuant to the Federal Rules of Bankruptcy Procedure and Local Rule 2002-1, including the Notice and Service Requirements List.


Dated:  March 18, 2026                          */e/ Steven R. Kinsella*
                                                          Steven R. Kinsella

Custom Aire
Scott Boettner
5525 1st Ave. N
Grand Forks, ND 58203-2501

Darlene Pich
3677 South 22nd St
Fargo, ND 58104-6595

Hain Capital Investors Master Fund, Ltd.
301 Route 17 North, Suite 816A
Rutherford, NJ 07070-2575

Isabel M. Liska
122 14th Ave E Unit D
West Fargo, ND 58078-3317

James D. Olson Trust
2850 Longfellow Rd
Fargo, ND 58102-1717

Jerry Meyers
2115 147th Ave. SE
Erie, ND 58029-9752

Jim & JoAnn McKay Family Trust f/b/o Julie McKay
Julie Ganskop
6721 Schelee Court NW
Rochester, MN 55901-8829

Loren Goeser
c/o Sara E. Diaz
Bulie Diaz Law Office
305 S 4th Street Suite A
Grand Forks, ND 58201

Michael Nilson
4804 2nd St E
West Fargo, ND 58078-8204

Mortenson Masonry
James R. Bullis PC
3280 Veterans Blvd S., Suite 302
Fargo ND 58104

Myron A Schapp
201 Prairiewood Dr S Unit C
Fargo, ND 58103-4648

Shane R. Larck & Jerilyn A. Larck
c/o Nilles Law Firm
Anthony Anderson
205 5th Street N
Fargo, ND 58102

Troy & Julie Moore
8336 59th St S
Horace ND 58047-2915

Westbrand & Co FBO Robert Nowak S/D Roth IRA
3216 1st St SE
Minot, ND 58701-7160

WTS-ND Holdings, LLC
JAK23/Aaron Johnson
PO Box 1835
Williston ND 58802

Shane R. Larck & Jerilyn A. Larck
PO Box 205
Hope, ND 58046-0205

Mortenson Masonry
Breanne Mortenson
205 Foundation Ave
Glyndon, MN 56547-4010

Loren Goeser
8951 79th Ave. N
Munich, ND 58352-9676