**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | **Jointly Administered** |
| | |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| | |
| Debtors. | Chapter 11 |

**CERTIFICATE OF SERVICE**

Steven R. Kinsella, under penalty of perjury, states that on March 6, 2026, he caused the *Order Sustaining Lighthouse Management Group, Inc.'s Fifth Omnibus Objection to Claims (Incorrect Claimant), as Liquidating Trustee of the Epic Liquidating Trust* (ECF No. 570) to be served by causing true and correct copies to be sent by U.S. Mail, postage prepaid, to the parties on the attached service list pursuant to the Federal Rules of Bankruptcy Procedure and Local Rule 2002-1, including the Notice and Service Requirements List.


Dated:  March 18, 2026                                    */e/ Steven R. Kinsella*
                                                                      Steven R. Kinsella

Amanda Mack
Pearson Christensen PLLP
c/o Douglas Christensen
24 North 4th Street
Grand Forks, ND 58303

Beth Holmes #205
111 North 3rd Street
Grand Forks ND 58203

Donna Klein
6201 121st Avenue SE
Minot, ND 58701-9215

Dwight Schmidt
1511 3rd St SE #206
Jamestown, ND 58401-3975

Gerald & Connie Iverson
10090 9th St NE
Binford, ND 58416-9362

James (Jim) J Johnson
109 Monteray Ave #5
Capitola, CA 95010-3246

Kelly D. Morelli
1624 Apple Way
Minot, ND 58701-6818

Leon Vandeberg
2114 16th Court W
Williston, ND 58801-2528

Lonnie Hass
1909 9th St N
Fargo, ND 58102-5025

Lynn Wadeson
1986 Burlington Drive
West Fargo, ND 58078-4323

Mark Ahmann
9426 Large Court NE
Ostego, MN 55330-7402

Matthew P. & Kelly D. Morelli
1624 Apple Way
Minot, ND 58701-6818

Michael Edward Thompson
192 Haines Drive
Binford, ND 58416-9401

Michael Nilson
4804 2nd St E
West Fargo, ND 58078-8204

Nadine Marie Schutz
9039 Parkside Drive
Woodbury, MN 55125

Randy Henke
2400 Burdick Expressway East Suite 100
Minot, ND 58701

Todd Brown
6060 66th Ave NW
Berthold, ND 58718-9055

Amanda Mack
PO Box 392
Velva, ND 58790-0392

Mark & Theresa Ahmann
c/o Bradford Capital Management, LLC
Attn: Brian Brager
PO Box 4353
Clifton, NJ 07012-8353

Randy Henke
9400 275th Ave SE
Sawyer, ND 58781-9221