## UNITED STATES BANKRUPTCY COURT
### District of North Dakota

In re

    EPIC Companies Midwest, LLC

    Debtors

Chapter 11

Case no. 24-30281

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that North Dakota Street Rod Association a creditor in the cases of the above-captioned debtors ("Debtors") directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtor's schedules or on the claims register), and hereby requests that service of any pleadings, notices, correspondence and all distributions be sent to the new address set forth below, effective as of the date hereof.

Former Address(es)

North Dakota Street Rod Association
21423 190th Ave N

Ulen, MN 56585

New Address

North Dakota Street Rod Association
c/o Argo Partners
12 West 37th Street, 9th Floor
New York, NY 10018

    I declare under penalty of perjury that the foregoing is true and correct.

North Dakota Street Rod Association

Dated: 3/30/2026

By: *Kolynne Speer*

Title: Treasurer

Date: 3/30/2026