## UNITED STATES BANKRUPTCY COURT
### District of North Dakota

In re

EPIC Companies Midwest, LLC

Debtors

Chapter 11

Case no. 24-30281

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Randy & Dorothy Henke a creditor in the cases of the above-captioned debtors ("Debtors") directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtor's schedules or on the claims register), and hereby requests that service of any pleadings, notices, correspondence and all distributions be sent to the new address set forth below, effective as of the date hereof.

Former Address(es)

Randy & Dorothy Henke
9400 275th Ave. SE

Sawyer, ND 58781

New Address

Randy & Dorothy Henke
c/o Argo Partners
12 West 37th Street, 9th Floor
New York, NY 10018

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/2/2026

Randy & Dorothy Henke

By: Randy Henke    Dorothy Henke

Title: X

Date: 4/2/2026