## United States Bankruptcy Court

### District of North Dakota

In re: EPIC Companies Midwest, LLC

Chapter 11

Case No. 24-30281

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Beth Holmes, a creditor in the cases of the above-captioned debtors ("Debtors"), has changed his/her/its address and directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claims (as listed on the Debtors' schedules and claims register) and hereby requests that service of any pleadings, notices, correspondence, ballots and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
Beth Holmes
111 North 3rd Street #205
Grand Forks ND, 58203

New Address
Beth Holmes
c/o Bradford Capital Holdings, LP
PO Box 4353
Clifton, NJ 07012

I declare that the foregoing is true and correct.

Authorized Signatory for:

Beth Holmes (for herself and as successor of Kim Holmes, deceased)

By:_____*Beth Holmes*_____

Title:__Noteholder_____

Date:__Mar 24 2026 12:19 EDT__