**UNITED STATES BANKRUPTCY COURT**
District of North Dakota

In re                                                         Chapter 11

    EPIC Companies Midwest, LLC
                                                              Case no. 24-30281
    Debtors

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Robert Gibb a creditor in the cases of the above-captioned debtors ("Debtors") directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtor's schedules or on the claims register), and hereby requests that service of any pleadings, notices, correspondence and all distributions be sent to the new address set forth below, effective as of the date hereof.

Former Address(es)

Robert Gibb
220 8th St. S
*B-4*
Fargo, ND 58103

New Address

Robert Gibb
c/o Argo Partners
12 West 37th Street, 9th Floor
New York, NY 10018

I declare under penalty of perjury that the foregoing is true and correct.

Robert Gibb

ated: _4-15-26_

By: _Robert Gibb_

Title: _OWNER_

Date: _4-15-26_