**United States Bankruptcy Court**

**District of North Dakota**

In re: EPIC Companies Midwest, LLC                              Chapter 11

Case No. 24-30281

<u>NOTICE OF CREDITOR'S CHANGE OF ADDRESS</u>

PLEASE TAKE NOTICE that Westbrand & Co FBO Nadine Marie Schutz S/D IRA, a creditor in the cases of the above-captioned debtors ("Debtors"), has changed his/her/its address and directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claims (as listed on the Debtors' schedules and claims register) and hereby requests that service of any pleadings, notices, correspondence, ballots and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

<u>Former Address</u>

Westbrand & Co FBO Nadine Marie Schutz S/D IRA
9039 Parkside Dr.
Woodbury, MD 55125

<u>New Address</u>

Westbrand & Co FBO Nadine Marie Schutz S/D IRA
c/o Bradford Capital Holdings, LP
PO Box 4353
Clifton, NJ 07012

I declare that the foregoing is true and correct.

Authorized Signatory for:
Westbrand & Co FBO Nadine Marie Schutz S/D IRA

By: _Kailey Boraas_____

Name:_Kailey Boraas_____

Title:_VP Trust Officer_____

Date:_Apr 28 2026 12:24 EDT_____

Agreed and Assented to by:

Nadine Marie Schutz

Signature: *Nadine Marie Schutz*

Date: Apr 28 2026 13:22 EDT