UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Jointly Administered |
| | ) | |
| EPIC Companies Midwest, LLC, | ) | 24-30281 |
| EPIC Companies Midwest, 2023, LLC, | ) | 24-30282 |
| EPIC Employee, LLC | ) | 24-30283 |
| EOLA Capital, LLC, and | ) | 24-30284 |
| EC West Fargo, LLC, | ) | 24-30285 |
| | ) | |
| Debtors. | ) | Chapter 11 |

## NOTICE OF SUBSTITUTION OF COUNSEL WITHIN SAME LAW FIRM

TO: ALL PARTIES OF INTEREST

**NOTICE IS HEREBY GIVEN** that, pursuant to D.N.D. Bankr. L.R. 9010-2(D), and D.N.D.Gen.L.R. 1.3(F)(1), the undersigned Mark R. Hanson of the Nilles Law Firm is substituted as counsel of record for Shane R. & Jerilyn A. Larck (the "Larcks"), creditors and interested parties in the above matter. Attorney Anthony Anderson is withdrawing as counsel for the Larcks as he is no longer with the Nilles Law Firm. Because the Larcks will continue to be represented by an attorney with the Nilles Law Firm, the undersigned requests that this Substitution be approved by the Court without the need for a proposed order, pursuant to the Court's ECF Manual as shown at:

https://www.ndb.uscourts.gov/sites/default/files/ECF_Attorney_Manual/motions_and_applicatio
ns/notice_of_substitution_of_attorney.htm.

All future notices, pleadings, and correspondence should be directed to:

Mark R. Hanson (ND #04697)
Nilles Law Firm
201 North 5th Street
P. O. Box 2626
Fargo, North Dakota 58108-2626
Phone: (701) 237-5544
mhanson@nilleslaw.com

1

Dated this 5th day of May, 2026.

/s/ Mark R. Hanson
Mark R. Hanson (ND #04697)
Nilles Law Firm
201 North 5th Street
P. O. Box 2626
Fargo, North Dakota 58108-2626
Phone: (701) 237-5544
mhanson@nilleslaw.com
Attorney for Shane R. & Jerilyn A. Larck

Dated this 5th day of May, 2026.

/s/ Anthony Anderson
Anthony Anderson (ND #08744)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Jointly Administered |
| | ) | |
| EPIC Companies Midwest, LLC, | ) | 24-30281 |
| EPIC Companies Midwest, 2023, LLC, | ) | 24-30282 |
| EPIC Employee, LLC | ) | 24-30283 |
| EOLA Capital, LLC, and | ) | 24-30284 |
| EC West Fargo, LLC, | ) | 24-30285 |
| | ) | |
| Debtors. | ) | Chapter 11 |

**CERTIFICATE OF SERVICE**

I, the undersigned, Mark R. Hanson, hereby certify under penalty of perjury that a true and correct copy of the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL WITHIN SAME LAW FIRM** has been served to all parties listed as receiving notice via the Court's ECF noticing system.

Executed this 5th day of May, 2026.

/s/ Mark R. Hanson
Mark R. Hanson (ND Bar ID: 04697)

3