United States Bankruptcy Court

District of North Dakota

In re:                                                                                    Case No. 24-30281-skh

EPIC Companies Midwest, LLC                                                Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 1 of 7 |
| Date Rcvd: Jun 17, 2026 | Form ID: pdf2some | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: mfranzen@lighthousemanagement.com | Jun 17 2026 18:49:00 | EPIC Companies Midwest, LLC, c/o Lighthouse Management Group, Inc., 900 Long Lake Road Ste. 180, New Brighton, MN 55112-6455 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2026 at the address(es) listed below:**

**Name**                                **Email Address**

Alexander S. Kelsch
    on behalf of Creditor Nick Vollmuth alexk@kelschlaw.com  aruff@kelschlaw.com;kelsch.alexanders.b@notify.bestcase.com

Alexander S. Kelsch
    on behalf of Creditor Deborah Vollmuth alexk@kelschlaw.com  aruff@kelschlaw.com;kelsch.alexanders.b@notify.bestcase.com

Amy J. Swedberg
    on behalf of Interested Party LTC - The Lincoln  LLC amy.swedberg@maslon.com

Amy J. Swedberg
    on behalf of Defendant LTC - The Lincoln  LLC amy.swedberg@maslon.com

Amy J. Swedberg
    on behalf of Creditor Clifford Otten amy.swedberg@maslon.com

District/off: 0868-3                                      User: admin                                      Page 2 of 7
Date Rcvd: Jun 17, 2026                                 Form ID: pdf2some                            Total Noticed: 1

Benjamin Court
                      on behalf of Creditor Committee William Altringer benjamin.court@stinson.com
                      stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
                      on behalf of Plaintiff Lighthouse Management Group  Inc. benjamin.court@stinson.com,
                      stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
                      on behalf of Creditor Committee Zach Frappier benjamin.court@stinson.com
                      stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
                      on behalf of Creditor Committee Chair Beth Postemski benjamin.court@stinson.com
                      stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
                      on behalf of Creditor Committee Larry Dietz benjamin.court@stinson.com
                      stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
                      on behalf of Creditor Committee Jim Johnson benjamin.court@stinson.com
                      stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
                      on behalf of Creditor Randy Henke benjamin.court@stinson.com  stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Williams
                      on behalf of Creditor Cullen Insulation  Inc. ben@kennellybusinesslaw.com, beth@kennellybusinesslaw.com

Benjamin Williams
                      on behalf of Creditor Daniel Frisch ben@kennellybusinesslaw.com  beth@kennellybusinesslaw.com

Berly D. Nelson
                      on behalf of Creditor Jim and JoAnn McKay Family Trust f/b/o Julie McKay Ganskop bnelson@serklandlaw.com
                      rtande@serklandlaw.com;aneir@serklandlaw.com;lhruby@serklandlaw.com

Christopher Harayda
                      on behalf of Creditor Committee William Altringer cj.harayda@stinson.com  mpl.lssteam5@stinson.com

Christopher Harayda
                      on behalf of Creditor Committee Jim Johnson cj.harayda@stinson.com  mpl.lssteam5@stinson.com

Christopher Harayda
                      on behalf of Creditor Randy Henke cj.harayda@stinson.com  mpl.lssteam5@stinson.com

Christopher Harayda
                      on behalf of Creditor Committee Chair Beth Postemski cj.harayda@stinson.com  mpl.lssteam5@stinson.com

Christopher Harayda
                      on behalf of Creditor Committee Zach Frappier cj.harayda@stinson.com  mpl.lssteam5@stinson.com

Christopher Harayda
                      on behalf of Creditor Committee Larry Dietz cj.harayda@stinson.com  mpl.lssteam5@stinson.com

Christopher Harayda
                      on behalf of Plaintiff Lighthouse Management Group  Inc. cj.harayda@stinson.com, mpl.lssteam5@stinson.com

David J T Chapman
                      on behalf of Creditor Elrick Poppe dchapman@djchapmanlaw.com

David J T Chapman
                      on behalf of Creditor Karen Poppe dchapman@djchapmanlaw.com

Douglas Christensen
                      on behalf of Creditor Beth Holmes dougc@grandforkslaw.com
                      sarah@grandforkslaw.com;jen@grandforkslaw.com;julie@grandforkslaw.com

George H. Singer
                      on behalf of Defendant Boulevard Square III  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
                      on behalf of Defendant Sheyenne 32 North  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
                      on behalf of Defendant Greenfield Commons  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
                      on behalf of Defendant Greenfield Commons II  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
                      on behalf of Defendant Unite Real Estate Holdings  LLC f/k/a EPIC Unite Real Estate Holding, LLC ghsinger@hollandhart.com,
                      chkelley@hollandhart.com

| District/off: 0868-3 | User: admin | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Jun 17, 2026 | Form ID: pdf2some | Total Noticed: 1 |

George H. Singer

on behalf of Defendant Fargo South Hospitality  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant KKP Properties  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Michael Montgomery ghsinger@hollandhart.com  chkelley@hollandhart.com

George H. Singer

on behalf of Defendant LTC - The Don  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Area 57 Association  Inc. ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Greenfield Commons III  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Meadowlark Investments  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Kyle Pender ghsinger@hollandhart.com  chkelley@hollandhart.com

George H. Singer

on behalf of Creditor James Olson ghsinger@hollandhart.com  chkelley@hollandhart.com

George H. Singer

on behalf of Defendant SAD Downtown  LLC d/b/a The Firm ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Preference 42  LLC f/k/a EPIC Preference, LLC f/k/a Shepperd Equity Fund, LLC
ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Gateway Arches Real Estate Holdings  LLC f/k/a EPIC Gateway East Real Estate Holdings, LLC
ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Creditor 7 Mile Holdings  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Sheyenne 32 South  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Maverick Holdings  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Montgomery & Pender  P.C. ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant EPIC Gateway North Real Estate Holdings  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Kent Busek ghsinger@hollandhart.com  chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Sheyenne 32 South Residential  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant HI West Acres  LLC, f/k/a EPIC Hospitality, LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant The Tracks - Maverick  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

Joel Nesset

on behalf of Defendant EPIC Holdings II  LLC jnesset@cozen.com, akulbeik@cozen.com

Joel Nesset

on behalf of Defendant EPIC Holdings  LLC jnesset@cozen.com, akulbeik@cozen.com

Joel M. Fremstad

on behalf of Creditor Scott Hoban joel@fremstadlaw.com  maggie@fremstadlaw.com

Joel M. Fremstad

on behalf of Debtor EPIC Companies Midwest  LLC joel@fremstadlaw.com, maggie@fremstadlaw.com

John M Krings, Jr.

on behalf of Defendant EPIC Place  LLC john@kdlawpartners.com, janae@kdlawpartners.com

John M Krings, Jr.

on behalf of Defendant West Fargo Dive Bar  LLC john@kdlawpartners.com, janae@kdlawpartners.com

District/off: 0868-3        User: admin        Page 4 of 7

Date Rcvd: Jun 17, 2026        Form ID: pdf2some        Total Noticed: 1

John M Krings, Jr.

on behalf of Creditor Cornerstone Bank john@kdlawpartners.com janae@kdlawpartners.com

John M Krings, Jr.

on behalf of Interested Party Cornerstone Bank john@kdlawpartners.com janae@kdlawpartners.com

John M Krings, Jr.

on behalf of Defendant 36th and Veterans LLC john@kdlawpartners.com, janae@kdlawpartners.com

Joseph D Hackman

on behalf of Interested Party Bank Forward jhackman@abstlaw.net

Katherine A. Nixon

on behalf of Debtor EPIC Employee LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon

on behalf of Debtor EOLA Capital LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon

on behalf of Debtor EC West Fargo LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon

on behalf of Plaintiff EOLA Capital LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon

on behalf of Plaintiff EPIC Companies Midwest LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon

on behalf of Plaintiff EPIC Companies Midwest 2023 LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon

on behalf of Debtor EPIC Companies Midwest LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon

on behalf of Debtor EPIC Companies Midwest 2023 LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon

on behalf of Plaintiff EPIC Employee LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon

on behalf of Plaintiff EC West Fargo LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katrina A. Turman Lang

on behalf of Creditor Larry Dietz klang@woldlaw.com melanie@turmanlaw.com

Katrina A. Turman Lang

on behalf of Creditor Dietz Properties LLC klang@woldlaw.com, melanie@turmanlaw.com

Katrina A. Turman Lang

on behalf of Creditor Candice Dietz klang@woldlaw.com melanie@turmanlaw.com

Marissa R. Cerkoney

on behalf of Creditor Robert W. & Joleen M. Heim TTE Heim RLT mcerkoney@ndlaw.com kpeterson@ndlaw.com

Marissa R. Cerkoney

on behalf of Creditor Rob and Joleen Heim mcerkoney@ndlaw.com kpeterson@ndlaw.com

Marissa R. Cerkoney

on behalf of Creditor Robert W. Heim Revocable Living Trust mcerkoney@ndlaw.com kpeterson@ndlaw.com

Marissa R. Cerkoney

on behalf of Creditor Darryl and Charlotte Heim mcerkoney@ndlaw.com kpeterson@ndlaw.com

Mark Western

on behalf of Plaintiff EOLA Capital LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western

on behalf of Plaintiff Lighthouse Management Group Inc. mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western

on behalf of Plaintiff EPIC Companies Midwest 2023 LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western

on behalf of Plaintiff EPIC Companies Midwest LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western

on behalf of Plaintiff EC West Fargo LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western

on behalf of Other Professional Lighthouse Management Group Inc. mark@fremstadlaw.com, terri@fremstadlaw.com

District/off: 0868-3                        User: admin                                Page 5 of 7
Date Rcvd: Jun 17, 2026                      Form ID: pdf2some                           Total Noticed: 1

Mark Western
on behalf of Plaintiff EPIC Employee  LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western
on behalf of Debtor EPIC Companies Midwest  LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Mark R Hanson
on behalf of Creditor Shane R. Larck MHanson@nilleslaw.com  bbrunelle@nilleslaw.com

Mark R Hanson
on behalf of Creditor Jerilyn A. Larck MHanson@nilleslaw.com  bbrunelle@nilleslaw.com

Maurice VerStandig
on behalf of Interested Party Brian Kounovsky mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
on behalf of Creditor Kounovsky Inc. mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael Gust
on behalf of Defendant EPIC Gateway LLC mlgfilings@andersonbottrell.com  jernst@abstlaw.net

Michael Gust
on behalf of Creditor James Olson mlgfilings@andersonbottrell.com  jernst@abstlaw.net

Michael Gust
on behalf of Defendant Denis Olson Estate mlgfilings@andersonbottrell.com  jernst@abstlaw.net

Michael Gust
on behalf of Interested Party Bank Forward mlgfilings@andersonbottrell.com  jernst@abstlaw.net

Michael Gust
on behalf of Defendant Denis J Olson Holding Company  LLC mlgfilings@andersonbottrell.com, jernst@abstlaw.net

Michael Gust
on behalf of Defendant Sheyenne 32 North  LLC mlgfilings@andersonbottrell.com, jernst@abstlaw.net

Michael S Raum
on behalf of Plaintiff EPIC Companies Midwest  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
on behalf of Plaintiff EOLA Capital  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
on behalf of Plaintiff EPIC Companies Midwest 2023  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
on behalf of Debtor EC West Fargo  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
on behalf of Debtor EPIC Companies Midwest  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
on behalf of Debtor EPIC Companies Midwest 2023  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
on behalf of Debtor EOLA Capital  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
on behalf of Debtor EPIC Employee  LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Nathan Lilly
on behalf of Defendant KKP Properties  LLC nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Nathan Lilly
on behalf of Defendant Maverick Holdings  LLC nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Nathan Lilly
on behalf of Defendant Meadowlark Investments  LLC nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Nathan Lilly
on behalf of Defendant Montgomery & Pender  P.C. nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Nathan Lilly
on behalf of Defendant Boulevard Square III  LLC nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Nathan Lilly
on behalf of Defendant Michael Montgomery nalilly@hollandhart.com  lmlopezvelasquez@hollandhart.com

Nathan Lilly
on behalf of Defendant Preference 42  LLC f/k/a EPIC Preference, LLC f/k/a Shepperd Equity Fund, LLC
nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

District/off: 0868-3                        User: admin                              Page 6 of 7
Date Rcvd: Jun 17, 2026                   Form ID: pdf2some                     Total Noticed: 1

Nathan Lilly
                    on behalf of Defendant SAD Downtown  LLC d/b/a The Firm nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Nathan Lilly
                    on behalf of Defendant Kyle Pender nalilly@hollandhart.com  lmlopezvelasquez@hollandhart.com

Nathan Lilly
                    on behalf of Defendant Kent Busek nalilly@hollandhart.com  lmlopezvelasquez@hollandhart.com

Peter B. Hankla
                    on behalf of Interested Party Randy and Dorothy Henke phankla@mcgeelaw.com

Randall N. Sickler
                    on behalf of Creditor Robert W. Heim Revocable Living Trust rsickler@ndlaw.com  pschiwal@ndlaw.com

Randall N. Sickler
                    on behalf of Creditor Rob and Joleen Heim rsickler@ndlaw.com  pschiwal@ndlaw.com

Randall N. Sickler
                    on behalf of Creditor Robert W. & Joleen M. Heim TTE Heim RLT rsickler@ndlaw.com  pschiwal@ndlaw.com

Randall N. Sickler
                    on behalf of Creditor Darryl and Charlotte Heim rsickler@ndlaw.com  pschiwal@ndlaw.com

Richard P. Olson
                    on behalf of Creditor Bruce & Diane Walker rpolsonecf@minotlaw.com  rpolson@minotlaw.com

Richard P. Olson
                    on behalf of Creditor Essential Living Inc rpolsonecf@minotlaw.com  rpolson@minotlaw.com

Robert G. Will
                    on behalf of Creditor Larry and Betty Ledene rwill@mcgeelaw.com
                    rgwill_law@yahoo.com;will.robertb124953@notify.bestcase.com

Ryan G Quarne
                    on behalf of Creditor Bruce & Diane Walker rgquarne@minotlaw.com

Samantha Hanson-Lenn
                    on behalf of Creditor Committee Zach Frappier samantha.hansonlenn@stinson.com  mpl.lssteam5@stinson.com

Samantha Hanson-Lenn
                    on behalf of Creditor Committee Larry Dietz samantha.hansonlenn@stinson.com  mpl.lssteam5@stinson.com

Samantha Hanson-Lenn
                    on behalf of Creditor Committee Jim Johnson samantha.hansonlenn@stinson.com  mpl.lssteam5@stinson.com

Samantha Hanson-Lenn
                    on behalf of Creditor Committee William Altringer samantha.hansonlenn@stinson.com  mpl.lssteam5@stinson.com

Sara Diaz
                    on behalf of Creditor Loren Goeser sara@bulielaw.com
                    ken@bulielaw.com;alan@bulielaw.com;traci@bulielaw.com;2787@notices.nextchapterbk.com;fargo@bulielaw.com

Sarah J. Wencil
                    on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov

Steven R Kinsella
                    on behalf of Plaintiff EOLA Capital  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
                    on behalf of Debtor EPIC Companies Midwest  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
                    on behalf of Plaintiff EPIC Companies Midwest  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
                    on behalf of Plaintiff EPIC Companies Midwest 2023  LLC skinsella@fredlaw.com,
                    sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
                    on behalf of Plaintiff EPIC Employee  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
                    on behalf of Debtor EPIC Employee  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
                    on behalf of Debtor EPIC Companies Midwest 2023  LLC skinsella@fredlaw.com,
                    sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
                    on behalf of Debtor EC West Fargo  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella

District/off: 0868-3 | User: admin | Page 7 of 7
Date Rcvd: Jun 17, 2026 | Form ID: pdf2some | Total Noticed: 1

|  | on behalf of Debtor EOLA Capital  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Steven R Kinsella | on behalf of Plaintiff EC West Fargo  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Thomas G. Wallrich | on behalf of Defendant EPIC Holdings  LLC twallrich@cozen.com |
| Thomas G. Wallrich | on behalf of Defendant EPIC Holdings II  LLC twallrich@cozen.com |
| United States Trustee | USTPRegion12.SX.ECF@usdoj.gov |
| Zenas Baer | on behalf of Creditor Taracon Precast LLC zbaer@zbaer.com |
| Zoe Wieber | on behalf of Creditor Lee Schaleben zoe@dwyerlawnd.com |
| Zoe Wieber | on behalf of Creditor STC Flooring zoe@dwyerlawnd.com |

TOTAL: 145

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

---

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

---

### ORDER TO SEAL CLAIMS REGISTERS

---

On June 1, 2026, Lighthouse Management Group, Inc., as the Liquidating Trustee for the EPIC Liquidating Trust, on behalf of EPIC Companies Midwest, LLC, EPIC Companies Midwest 2023, LLC, EPIC Employee, LLC, EOLA Capital, LLC, and EC West Fargo, LLC, filed its Motion to Seal Claims Registers in the above-referenced bankruptcy cases.  Doc. 598.  The United States Trustee filed a Reply of No Objection. Doc. 599.  Creditor James Olson filed an objection.  Doc. 600.

In its motion, Lighthouse Management Group disclosed that it identified numerous claims that contain personal identifying information.  Doc. 598 at 1.  It advised that individuals who appeared pro se comprised most of those claimants who filed documents that were not properly redacted.  Id.  Lighthouse Management Group maintains that "there is no longer a need for the Court to maintain the claims registers as the deadline to file claims has passed, the Court has entered orders on the Liquidating Trustee's omnibus objections to certain claims, and the Liquidating Trustee is maintaining its own consolidated claims register to coordinate distributions."  Id. at 1– 2.  Lighthouse Management Group proposes that the Court permanently seal the claims registers in all of the cases listed above without prejudice to the right of any party to file a motion seeking access to certain claims or claims registers.

Section 107(c) authorizes bankruptcy courts to protect an individual's personal identifying information if disclosure of this information would create undue risk of identity theft or other unlawful injury to the individual or the individual's property.  11 U.S.C. § 107(c).  The Court has broad discretion to determine the appropriate method to protect an individual's information or property.  In re Celsius Network, 644 B.R. 276, 295 (Bankr. S.D.N.Y. 2022) ("Section 107(c) provides the Court with discretion to protect an individual with respect to any identifying information to the extent the Court finds that disclosure of such information would create an undue risk of unlawful injury to the individual." (internal quotations and citations omitted)).

Lighthouse Management Group established that some of the claims, particularly those filed by individuals who were not represented by counsel, include personal identifying information that exposes these claimants to undue risk of identity theft or other unlawful injury.  Based on the motion and the record before the Court, the Court finds cause for sealing some of the records filed on the Claims Registers for a limited period of time.  Restricting public access to these records permanently, however, goes too far.

Claims are public records.  As Lighthouse Management Group acknowledges, "Section 107, which Congress enacted in 1978, establishes a broad right of public access, subject only to limited exceptions set forth in the statute, to all papers filed in a bankruptcy case."  Neal v. The Kansas City Star (In re Neal), 461 F.3d 1048, 1053 (8th Cir. 2006) (internal citations and quotations omitted).  "Only the most compelling reasons can justify non-disclosure of judicial records." Id. (quoting Gitto v. Worcester Telegram & Gazette Corp. (In re Gitto Global Corp.), 422 F.3d 1, 6 (1st Cir. 2005) (internal brackets and quotations omitted)).  The Court must balance the need to restrict sensitive information against the public policy favoring public access to judicial records codified in section 107(a).  Stone v. Kettering Adventist Healthcare (In re Stone), 587

B.R. 678, 683 (Bankr. S.D. Ohio 2018); see also Honeywell Int'l, Inc. v. N. Am.

Refractories Co. Personal Injury Settlement Trust (In re All Matters Related to N. Am.

Refractories Co.), 2022 WL 1556898, at *2 (Bankr. W.D. Pa. May 12, 2022) (a court

"must balance, or temper, the common law presumption of public access with the effect

of the statutorily created protections against public disclosure found in 11 U.S.C. §

107(c)"). This public policy promotes the integrity and transparency of bankruptcy

proceedings. In re Stone, 587 B.R. at 683. Accordingly, redacting documents to

remove only protectable information is preferable to wholesale sealing. Id. (citations

omitted).

Those who file claims with the Bankruptcy Court bear the burden of ensuring that

all personal identifying information is properly redacted. Official Form 410, titled "Proof

of Claim" warns:

> Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements.

The Court recognizes that many claimants do not heed this warning. Nevertheless, the

Court finds it appropriate to restrict access to unredacted information for a limited period

of time to balance the demonstrated need to protect personal identifying information

without unnecessarily limiting public access to these records.

Therefore, **IT IS ORDERED**:

1. The motion is **GRANTED** in part.

2. The Clerk of Court is directed to seal the attachments to all claims filed by

individuals in the following cases: Bankruptcy No. 24-30281; Bankruptcy No. 24-30282;

Bankruptcy No. 24-30283; Bankruptcy No. 24-30284; and Bankruptcy No. 24-30285.

The seal shall remain in place for 180 days from the date of this Order.

3.	Lighthouse Management Group is ordered to serve notice to all claimants in these bankruptcy cases advising them that some of the attachments to the claims filed in these cases contain personal identifying information.  The notice should advise all claimants that they are granted 180 days from the date of this Order to file redacted attachments to their claims.  Failure to file redacted documents may result in the release of personal identifying information to the public.

4.	Claimants who plan to file redacted documents are not required to file a motion.  Instead, any claimant who wishes to file a redacted document may email his or her request with their name, address and claim number with the redacted PDF copy of the relevant document to the Clerk of Court at the following address: clerks_office@ndb.uscourts.gov.  If the claimant filed his/her claim form and attachments as a single PDF, the claimant should email a redacted version of the entire submission.  Filing fees typically charged for filing redacted documents are waived.

5.	This Order is immediately effective and enforceable upon its entry.

6.	This Order is without prejudice to the right of any party to move the Court for access to the claims registers for cause.

7.	Lighthouse Management Group is authorized to take all actions necessary to effectuate the relief granted in this Order.

8.	The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: June 17, 2026.

Shon Hastings, Judge
United States Bankruptcy Court