United States Bankruptcy Court

District of North Dakota

| | |
|---|---|
| In re: | Case No. 24-30281-skh |
| EPIC Companies Midwest, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 1 of 7 |
| Date Rcvd: Jul 02, 2026 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2026:**

**Recip ID                    Recipient Name and Address**
1100781            +  Kimberly Carlson, 745 31st Ave E, West Fargo, ND 58078-8326

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2026 at the address(es) listed below:

**Name                         Email Address**

Alexander S. Kelsch
                    on behalf of Creditor Nick Vollmuth alexk@kelschlaw.com  aruff@kelschlaw.com;kelsch.alexanders.b@notify.bestcase.com

Alexander S. Kelsch
                    on behalf of Creditor Deborah Vollmuth alexk@kelschlaw.com  aruff@kelschlaw.com;kelsch.alexanders.b@notify.bestcase.com

Amy J. Swedberg
                    on behalf of Interested Party LTC - The Lincoln  LLC amy.swedberg@maslon.com

Amy J. Swedberg
                    on behalf of Defendant LTC - The Lincoln  LLC amy.swedberg@maslon.com

Amy J. Swedberg
                    on behalf of Creditor Clifford Otten amy.swedberg@maslon.com

Benjamin Court
                    on behalf of Creditor Committee William Altringer benjamin.court@stinson.com
                    stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

District/off: 0868-3                          User: admin                                    Page 2 of 7

Date Rcvd: Jul 02, 2026                      Form ID: trc                                  Total Noticed: 1

Benjamin Court

on behalf of Plaintiff Lighthouse Management Group  Inc. benjamin.court@stinson.com,
stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court

on behalf of Creditor Committee Zach Frappier benjamin.court@stinson.com
stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court

on behalf of Creditor Committee Chair Beth Postemski benjamin.court@stinson.com
stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court

on behalf of Creditor Committee Larry Dietz benjamin.court@stinson.com
stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court

on behalf of Creditor Committee Jim Johnson benjamin.court@stinson.com
stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court

on behalf of Creditor Randy Henke benjamin.court@stinson.com  stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Williams

on behalf of Creditor Cullen Insulation  Inc. ben@kennellybusinesslaw.com, beth@kennellybusinesslaw.com

Benjamin Williams

on behalf of Creditor Daniel Frisch ben@kennellybusinesslaw.com  beth@kennellybusinesslaw.com

Berly D. Nelson

on behalf of Creditor Jim and JoAnn McKay Family Trust f/b/o Julie McKay Ganskop bnelson@serklandlaw.com
rtande@serklandlaw.com;aneir@serklandlaw.com;lhruby@serklandlaw.com

Christopher Harayda

on behalf of Creditor Committee William Altringer cj.harayda@stinson.com  mpl.lssteam5@stinson.com

Christopher Harayda

on behalf of Creditor Committee Jim Johnson cj.harayda@stinson.com  mpl.lssteam5@stinson.com

Christopher Harayda

on behalf of Creditor Randy Henke cj.harayda@stinson.com  mpl.lssteam5@stinson.com

Christopher Harayda

on behalf of Creditor Committee Chair Beth Postemski cj.harayda@stinson.com  mpl.lssteam5@stinson.com

Christopher Harayda

on behalf of Creditor Committee Zach Frappier cj.harayda@stinson.com  mpl.lssteam5@stinson.com

Christopher Harayda

on behalf of Creditor Committee Larry Dietz cj.harayda@stinson.com  mpl.lssteam5@stinson.com

Christopher Harayda

on behalf of Plaintiff Lighthouse Management Group  Inc. cj.harayda@stinson.com, mpl.lssteam5@stinson.com

David J T Chapman

on behalf of Creditor Elrick Poppe dchapman@djchapmanlaw.com

David J T Chapman

on behalf of Creditor Karen Poppe dchapman@djchapmanlaw.com

Douglas Christensen

on behalf of Creditor Beth Holmes dougc@grandforkslaw.com
sarah@grandforkslaw.com;jen@grandforkslaw.com;julie@grandforkslaw.com

George H. Singer

on behalf of Defendant Boulevard Square III  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Greenfield Commons  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Sheyenne 32 North  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Greenfield Commons II  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Unite Real Estate Holdings  LLC f/k/a EPIC Unite Real Estate Holding, LLC ghsinger@hollandhart.com,
chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Fargo South Hospitality  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

District/off: 0868-3                           User: admin                                Page 3 of 7

Date Rcvd: Jul 02, 2026                        Form ID: trc                              Total Noticed: 1

George H. Singer

    on behalf of Defendant KKP Properties  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

    on behalf of Defendant Michael Montgomery ghsinger@hollandhart.com  chkelley@hollandhart.com

George H. Singer

    on behalf of Defendant LTC - The Don  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

    on behalf of Defendant Area 57 Association  Inc. ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

    on behalf of Defendant Greenfield Commons III  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

    on behalf of Defendant Meadowlark Investments  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

    on behalf of Defendant Kyle Pender ghsinger@hollandhart.com  chkelley@hollandhart.com

George H. Singer

    on behalf of Creditor James Olson ghsinger@hollandhart.com  chkelley@hollandhart.com

George H. Singer

    on behalf of Defendant SAD Downtown  LLC d/b/a The Firm ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

    on behalf of Defendant Preference 42  LLC f/k/a EPIC Preference, LLC f/k/a Shepperd Equity Fund, LLC
    ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

    on behalf of Defendant Gateway Arches Real Estate Holdings  LLC f/k/a EPIC Gateway East Real Estate Holdings, LLC
    ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

    on behalf of Creditor 7 Mile Holdings  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

    on behalf of Defendant Sheyenne 32 South  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

    on behalf of Defendant Maverick Holdings  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

    on behalf of Defendant Montgomery & Pender  P.C. ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

    on behalf of Defendant EPIC Gateway North Real Estate Holdings  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

    on behalf of Defendant Kent Busek ghsinger@hollandhart.com  chkelley@hollandhart.com

George H. Singer

    on behalf of Defendant Sheyenne 32 South Residential  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

    on behalf of Defendant HI West Acres  LLC, f/k/a EPIC Hospitality, LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

    on behalf of Defendant The Tracks - Maverick  LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

Joel Nesset

    on behalf of Defendant EPIC Holdings II  LLC jnesset@cozen.com, akulbeik@cozen.com

Joel Nesset

    on behalf of Defendant EPIC Holdings  LLC jnesset@cozen.com, akulbeik@cozen.com

Joel M. Fremstad

    on behalf of Creditor Scott Hoban joel@fremstadlaw.com  maggie@fremstadlaw.com

Joel M. Fremstad

    on behalf of Debtor EPIC Companies Midwest  LLC joel@fremstadlaw.com, maggie@fremstadlaw.com

John M Krings, Jr.

    on behalf of Defendant EPIC Place  LLC john@kdlawpartners.com, janae@kdlawpartners.com

John M Krings, Jr.

    on behalf of Defendant West Fargo Dive Bar  LLC john@kdlawpartners.com, janae@kdlawpartners.com

John M Krings, Jr.

    on behalf of Creditor Cornerstone Bank john@kdlawpartners.com  janae@kdlawpartners.com

District/off: 0868-3                      User: admin                              Page 4 of 7
Date Rcvd: Jul 02, 2026                  Form ID: trc                          Total Noticed: 1

John M Krings, Jr.
on behalf of Interested Party Cornerstone Bank john@kdlawpartners.com  janae@kdlawpartners.com

John M Krings, Jr.
on behalf of Defendant 36th and Veterans  LLC john@kdlawpartners.com, janae@kdlawpartners.com

Joseph D Hackman
on behalf of Defendant Denis J Olson Holding Company  LLC jhackman@abstlaw.net

Joseph D Hackman
on behalf of Interested Party Bank Forward jhackman@abstlaw.net

Joseph D Hackman
on behalf of Defendant Denis Olson Estate jhackman@abstlaw.net

Katherine A. Nixon
on behalf of Debtor EPIC Employee  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
on behalf of Debtor EOLA Capital  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
on behalf of Debtor EC West Fargo  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
on behalf of Plaintiff EOLA Capital  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
on behalf of Plaintiff EPIC Companies Midwest  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
on behalf of Plaintiff EPIC Companies Midwest 2023  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
on behalf of Debtor EPIC Companies Midwest  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
on behalf of Debtor EPIC Companies Midwest 2023  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
on behalf of Plaintiff EPIC Employee  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katherine A. Nixon
on behalf of Plaintiff EC West Fargo  LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Katrina A. Turman Lang
on behalf of Creditor Larry Dietz klang@woldlaw.com  melanie@turmanlaw.com

Katrina A. Turman Lang
on behalf of Creditor Dietz Properties  LLC klang@woldlaw.com, melanie@turmanlaw.com

Katrina A. Turman Lang
on behalf of Creditor Candice Dietz klang@woldlaw.com  melanie@turmanlaw.com

Marissa R. Cerkoney
on behalf of Creditor Robert W. & Joleen M. Heim TTE Heim RLT mcerkoney@ndlaw.com  kpeterson@ndlaw.com

Marissa R. Cerkoney
on behalf of Creditor Rob and Joleen Heim mcerkoney@ndlaw.com  kpeterson@ndlaw.com

Marissa R. Cerkoney
on behalf of Creditor Robert W. Heim Revocable Living Trust mcerkoney@ndlaw.com  kpeterson@ndlaw.com

Marissa R. Cerkoney
on behalf of Creditor Darryl and Charlotte Heim mcerkoney@ndlaw.com  kpeterson@ndlaw.com

Mark Western
on behalf of Plaintiff EOLA Capital  LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western
on behalf of Plaintiff Lighthouse Management Group  Inc. mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western
on behalf of Plaintiff EPIC Companies Midwest 2023  LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western
on behalf of Plaintiff EPIC Companies Midwest  LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western
on behalf of Plaintiff EC West Fargo  LLC mark@fremstadlaw.com, terri@fremstadlaw.com

District/off: 0868-3 User: admin Page 5 of 7
Date Rcvd: Jul 02, 2026 Form ID: trc Total Noticed: 1

Mark Western
on behalf of Other Professional Lighthouse Management Group Inc. mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western
on behalf of Plaintiff EPIC Employee LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western
on behalf of Debtor EPIC Companies Midwest LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Mark R Hanson
on behalf of Creditor Shane R. Larck MHanson@nilleslaw.com bbrunelle@nilleslaw.com

Mark R Hanson
on behalf of Creditor Jerilyn A. Larck MHanson@nilleslaw.com bbrunelle@nilleslaw.com

Maurice VerStandig
on behalf of Interested Party Brian Kounovsky mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
on behalf of Creditor Kounovsky Inc. mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael Gust
on behalf of Defendant EPIC Gateway LLC mlgfilings@andersonbottrell.com jernst@abstlaw.net

Michael Gust
on behalf of Creditor James Olson mlgfilings@andersonbottrell.com jernst@abstlaw.net

Michael Gust
on behalf of Defendant Denis Olson Estate mlgfilings@andersonbottrell.com jernst@abstlaw.net

Michael Gust
on behalf of Interested Party Bank Forward mlgfilings@andersonbottrell.com jernst@abstlaw.net

Michael Gust
on behalf of Defendant Denis J Olson Holding Company LLC mlgfilings@andersonbottrell.com, jernst@abstlaw.net

Michael Gust
on behalf of Defendant Sheyenne 32 North LLC mlgfilings@andersonbottrell.com, jernst@abstlaw.net

Michael S Raum
on behalf of Plaintiff EPIC Companies Midwest LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
on behalf of Plaintiff EOLA Capital LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
on behalf of Plaintiff EPIC Companies Midwest 2023 LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
on behalf of Debtor EC West Fargo LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
on behalf of Debtor EPIC Companies Midwest LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
on behalf of Debtor EPIC Companies Midwest 2023 LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
on behalf of Debtor EOLA Capital LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
on behalf of Debtor EPIC Employee LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Nathan Lilly
on behalf of Defendant KKP Properties LLC nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Nathan Lilly
on behalf of Defendant Maverick Holdings LLC nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Nathan Lilly
on behalf of Defendant Meadowlark Investments LLC nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Nathan Lilly
on behalf of Defendant Montgomery & Pender P.C. nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Nathan Lilly
on behalf of Defendant Boulevard Square III LLC nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Nathan Lilly
on behalf of Defendant Michael Montgomery nalilly@hollandhart.com lmlopezvelasquez@hollandhart.com

District/off: 0868-3      User: admin      Page 6 of 7

Date Rcvd: Jul 02, 2026      Form ID: trc      Total Noticed: 1

Nathan Lilly

on behalf of Defendant Preference 42 LLC f/k/a EPIC Preference, LLC f/k/a Shepperd Equity Fund, LLC nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Nathan Lilly

on behalf of Defendant SAD Downtown LLC d/b/a The Firm nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Nathan Lilly

on behalf of Defendant Kyle Pender nalilly@hollandhart.com lmlopezvelasquez@hollandhart.com

Nathan Lilly

on behalf of Defendant Kent Busek nalilly@hollandhart.com lmlopezvelasquez@hollandhart.com

Peter B. Hankla

on behalf of Interested Party Randy and Dorothy Henke phankla@mcgeelaw.com

Randall N. Sickler

on behalf of Creditor Robert W. Heim Revocable Living Trust rsickler@ndlaw.com pschiwal@ndlaw.com

Randall N. Sickler

on behalf of Creditor Rob and Joleen Heim rsickler@ndlaw.com pschiwal@ndlaw.com

Randall N. Sickler

on behalf of Creditor Robert W. & Joleen M. Heim TTE Heim RLT rsickler@ndlaw.com pschiwal@ndlaw.com

Randall N. Sickler

on behalf of Creditor Darryl and Charlotte Heim rsickler@ndlaw.com pschiwal@ndlaw.com

Richard P. Olson

on behalf of Creditor Bruce & Diane Walker rpolsonecf@minotlaw.com rpolson@minotlaw.com

Richard P. Olson

on behalf of Creditor Essential Living Inc rpolsonecf@minotlaw.com rpolson@minotlaw.com

Robert G. Will

on behalf of Creditor Larry and Betty Ledene rwill@mcgeelaw.com rgwill_law@yahoo.com;will.robertb124953@notify.bestcase.com

Ryan G Quarne

on behalf of Creditor Bruce & Diane Walker rgquarne@minotlaw.com

Samantha Hanson-Lenn

on behalf of Creditor Committee Zach Frappier samantha.hansonlenn@stinson.com mpl.lssteam5@stinson.com

Samantha Hanson-Lenn

on behalf of Creditor Committee Larry Dietz samantha.hansonlenn@stinson.com mpl.lssteam5@stinson.com

Samantha Hanson-Lenn

on behalf of Creditor Committee Jim Johnson samantha.hansonlenn@stinson.com mpl.lssteam5@stinson.com

Samantha Hanson-Lenn

on behalf of Creditor Committee William Altringer samantha.hansonlenn@stinson.com mpl.lssteam5@stinson.com

Sara Diaz

on behalf of Creditor Loren Goeser sara@bulielaw.com ken@bulielaw.com;alan@bulielaw.com;traci@bulielaw.com;2787@notices.nextchapterbk.com;fargo@bulielaw.com

Sarah J. Wencil

on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov

Steven R Kinsella

on behalf of Plaintiff EOLA Capital LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella

on behalf of Debtor EPIC Companies Midwest LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella

on behalf of Plaintiff EPIC Companies Midwest LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella

on behalf of Plaintiff EPIC Companies Midwest 2023 LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella

on behalf of Plaintiff EPIC Employee LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella

on behalf of Debtor EPIC Employee LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella

on behalf of Debtor EPIC Companies Midwest 2023 LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

District/off: 0868-3         User: admin         Page 7 of 7

Date Rcvd: Jul 02, 2026         Form ID: trc         Total Noticed: 1

Steven R Kinsella

on behalf of Debtor EC West Fargo  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella

on behalf of Debtor EOLA Capital  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella

on behalf of Plaintiff EC West Fargo  LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Thomas G. Wallrich

on behalf of Defendant EPIC Holdings II  LLC twallrich@cozen.com

Thomas G. Wallrich

on behalf of Defendant EPIC Holdings  LLC twallrich@cozen.com

United States Trustee

USTPRegion12.SX.ECF@usdoj.gov

Zenas Baer

on behalf of Creditor Taracon Precast LLC zbaer@zbaer.com

Zoe Wieber

on behalf of Creditor Lee Schaleben zoe@dwyerlawnd.com

Zoe Wieber

on behalf of Creditor STC Flooring zoe@dwyerlawnd.com


TOTAL: 147

2100 B (12/15)

# United States Bankruptcy Court

District of North Dakota
Case No. 24-30281
Chapter 11

In re: Debtor(s) (including Name and Address)

EPIC Companies Midwest, LLC
c/o Lighthouse Management Group, Inc.
900 Long Lake Road Ste. 180
New Brighton MN 55112

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/01/2026.

Name and Address of Alleged Transferor(s):

Claim No. 104: Kimberly Carlson, 745 31st Ave E, West Fargo, ND 58078

Name and Address of Transferee:

Argo Partners
12 West 37th Street, Ste 900
New York, NY 10018

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   07/04/26

Sara E. Diaz
**CLERK OF THE COURT**