**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, | Bankruptcy No. 24-30281 |
| EPIC Companies Midwest 2023, LLC, | Bankruptcy No. 24-30282 |
| EPIC Employee, LLC, | Bankruptcy No. 24-30283 |
| EOLA Capital, LLC, and | Bankruptcy No. 24-30284 |
| EC West Fargo, LLC, | Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |

**CERTIFICATE OF SERVICE**

Steven R. Kinsella, under penalty of perjury, states that on June 24, 2026, he caused the *Order to Seal Claims Register* (ECF No. 601) to be served by causing true and correct copies to be sent by U.S. Mail, postage prepaid, to the parties on the attached list.

Dated:  July 6, 2026

/e/ Steven R. Kinsella
Steven R. Kinsella

Gene & Sherry Rode
301 7th Avenue
PO Box 66
Marion, ND 58466

Security Trading Co dba STC Flooring
c/o Dwyer Law Office PLLC
5302 51st Ave S Suite D
Fargo, ND 58104

Westbrand & Co FBO Daniel Todd
Attn: Kailey Boraas
PO Box 1090
Minot, ND 58702

7 Mile Holdings Attn: Kyle Pender
PO Box 9199
Fargo, ND 58106

7Seven Property  Partners, LLP
Kevin Black
PO Box 3480
Minot, ND 58702-3480

Aaron Chalmers
529 S Bushwacker Rd
Coeur d'Alene, ID 83814-9379

Alan Goeser
8958 79th Ave NE
Munich, ND 58352-9676

Alex & Jessica Aardahl
72 Valley Bluffs Ct.
Minot, ND 58701-7556

Amanda Mack
PO Box 392
Velva, ND 58790-0392

AMEX TRS Co., Inc. (Amex)
Attn: Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Amy  Hass
506 24th Avenue North
Fargo, ND 58102-1933

Andrew Kallas
3915 54th St S Unit 306
Fargo, ND 58104-7718

Anita Anderson Revocable Trust
5136 Mesabi Lane
Hibbing, MN 55746

Anton and Alvera Leier
2200 East Koch Drive Apt 223
Bismarck, ND 58503-7907

Argo Partners
12 West 37th Street 9th Floor
New York, NY 10018

Arnold A Gomke & Luella J Gomke
5965 Brittania Boulevard
Tavares, FL 32778-9113

Audrey Grace Smith
509 6th Avenue
Marion, ND 58466

Barry Olson and Gail Olson
5615 County Rd 3
Kindred, ND 58051-9523

Beth Holmes
111 North 3rd Street #2015
Grand Forks ND 58203

Beth Postemski
430 Oak Street
Steamboat Springs, CO 80477

Teri Brackenbury Leier
320 32nd Avenue W #302
West Fargo, ND 58078-8415

Bill Leier
320 32nd Avenue W #302
West Fargo, ND 58078-8415

Blake Nybakken
2212 Centennial Rose Dr S Apt 302
Fargo, ND 58104-6815

Boomtown Enterprises LLC
Ryan Skarphol
408 20th Avenue SW, Suite 101
Minot, ND 58701-6493

Bradford Capital Holdings, LP
Bradford Capital Management, LLC
Attn: Brian Brager
PO Box 4353
Clifton, NJ 07012-8353

Bravera Wealth FBO Harvey Kadrmas
IRA
401 N 4th St
Bismarck, ND 58501-4256

Brent & Verinda Hill
3605 S Judy Ave
Sioux Falls, SD 57103-7247

Brian J. Seifert & Laura J. Seifert
27 Wood Oaks Drive
South Barrington, IL 60010-1092

Brian Kounovsky
3680 54th St S
Fargo, ND 58104

Brian Goeser
PO Box 114
Munich, ND 58352-0114

Brian Reinarts
3434 Shadow Wood Lane
West Fargo, ND 58078-7954

Britta Renner
1579 72nd Ave S
Fargo, ND 58104-7259

Richard Olson
17 1st Avenue SE
Minot, ND 58701

Bruce & Diane Walker
1415 10th St SW
Minot, ND 58701

Bryan D. Thomas
904 25th St NW
Minot, ND 58703

BWK Real Estate LLC
Attn" Bart Kounovsky
55 Copper Rose Court
Steamboat Springs, CO 80487

Carissa Wilcox
4730 Timber Parkway South Apt. 106
Fargo, ND 58104-4817

Carter Anderson
1128 43rd Ave West
West Fargo, ND 58078-8835

Casey Gooch
5336 Highland Drive
Auburn, WA 98092-8797

Charlie Muus
3388 44th Ave South
Grand Forks, ND 58201-3646

Chris Corbit
320 West LaSelle Drive Apt. 216
Bismarck, ND 58503-7907

Clifford L. Otten
908 Shady Lane East
Wayzata, MN 55391-1830

Cole Howard
213 Morris St
West Fargo, ND 58078-1628

Connie Iverson
10090 9th St NE
Binford, ND 58416-9362

Craig and Roberta Wiltse
13584 68th St SE
Lisbon ND 58054-9330

Craig Edward Geron
3130 40th Avenue West
West Fargo, ND 58078

Craig Gooch
5336 Highland Dr
Auburn, WA 98092-8797

Cullen Insulation, Inc.
Eric Cullen
202 15th St N
Fargo, ND 58102-4222

Curt Christofferson
723 7th St E
Napoleon, ND 58561-7319

Custom Aire, Inc.
Scott Boettner
5525 1st Ave. N
Grand Forks, ND 58203-2501

D&D Helland Revocable Living Trust
David Helland
5311 Brookwood PL
Bismarck ND 58503-6922

Dan Weber
PO Box 297
Casselton, ND 58012

Daniel Frisch
274 44th Ave. S
Moorhead, MN 56560-6733

Darlene Pich
3677 South 22nd St
Fargo, ND 58104-6595

Darryl Heim and Charlotte Heim
3559 102 P Ave SW
Dickinson, ND 58601-8596

Darryl Lee Edwards
8211 62nd St SE
Edgeley, ND 58433-9745

Dave and Jean Seifert
506 24th Ave N
Fargo, ND 58102-1933

David Drovdal
6117 Heritage Ridge Road
Bismarck, ND 58503

David Feller
700 11th Ave. NE
Minot, ND 58703-1527

David Warrey
541 Willow Bend Circle
Casselton, ND 58012

David M. Schall
301 Woodland Circle
Grand Forks, ND 58201-8000

Dean & Beth Schoenburg
4260 Highway 5
Mohall, ND 58761-9710

Dianna Schumacher
606 S. Main St
Milbank, SD 57252-2918

Dietz Properties LLC
4857 Meadow Creek Dr S
Fargo, ND 58104

Donald Kounovsky
1201 North 1st Street
Fargo, ND 58102-2718

Donna Klein
6201 121st Avenue SE
Minot, ND 58701-9215

Duane Foley
1401 35th Ave SW
Minot, MN 58701-8425

Dwight Schmidt
1511 3rd St SE #206
Jamestown, ND 58401-3975

Earthwork Services
Trent Duda
345 12th Ave NE
West Fargo, ND 58078-1060

Elizabeth Jane Goeser
2306 College Drive N
Devils Lake, ND 58301-1629

Elrick Poppe and Karen Poppe
3810 21st Street South
Fargo, ND 58104-6872

Enderlin Insurance Agency, LLC
Attn: Walter Johnson
302 4th Avenue
Enderlin, ND 58051

EPIC Skyline Attn: Vicki Campbell
59 Stark Road
Random Lake, WI 53075

Eric Myhre
6731 24th St NE
Sheyenne, ND 58374

Essential Living, Inc.
1415 10th St SW
Minot, ND 58701

Flaten Holdings LLC
Attn: Dan Flaten

Gary Foss
8468 Highway 3
Rolette, ND 58366-9058

Gerald Iverson
10090 9th St NE
Binford, ND 58416-9362

Hain Capital Investors Master Fund,
Ltd.
301 Route 17 North, Suite 816A
Rutherford, NJ 07070-2575

Hal Ross
PO Box 147
Bowbells, ND 58721-0147

HC Innovations LP
Marc Wolff
320 32nd Ave W, Suite 240
West Fargo, ND 58078-8372

Herzog Roofing, Inc.
Sally Askelson
30183 State Hwy 34 E
PO Box 245, Detroit Lakes, MN 56502

HTG Investments, LLC
Holly Gibb
3212 Crestbrook Court
Prospect, KY 40059-8142

Isabel M. Liska
122 14th Ave E Unit D
West Fargo, ND 58078-3317

J & K Legacy, LLC.
Kelly A. Desautel
1025 West 15th Street
Grafton, ND 58237-2025

WTS-ND Holdings, LLC
PO Box 1835
Williston, ND 58802

James Schutz
6313 13th St N
Fargo, ND 58102-6010

James (Jim) J Johnson
109 Monteray Ave #5
Capitola, CA 95010-3246

James D. Olson Trust
2850 Longfellow Rd
Fargo, ND 58102-1717

Jane Merrill
6100 Kings Veiew Drive Unit 202
Grand Forks, ND 58201

Jarett Mari
320 32nd Ave W Apt 604
West Fargo, ND 58078-8416

Jeffrey McKay Descendants Irrevocable Tr
Jeffrey McKay
1337 Elm Circle N
Fargo, ND 58102-2749

Jeremy Moe
22213 Dakota Ave
Lakeville, MN 55044-2414

Jerry  Meyers
2115 147th Ave. SE
Erie, ND 58029-9752

Jim and JoAnn McKay Family Trust
Julie Ganskop
6721 Schelee Court NW
Rochester MN 55901

John Douts
PO Box 425
Powers Lake, ND 58773-0425

John Butz
948 13th Ave SE
Minot, ND 58701-2708

Jonathan Warrey
1321 Morningside Dr
Casselton, ND 58012

Kandas Pearl Edwards
8211 62nd St SE
Edgeley, ND 58433-9745

Karen Gooch
5336 Highland Drive
Auburn, WA 98092-8797

Katherine Pendergast
PO Box 3081
Bismarck, ND 58502-3081

Katherine Jean Backen-Andersen
117 3rd Ave East
West Fargo, ND 58078-1820

Katie Breyer
4727 Douglas Dr S
Fargo, ND 58104

Kelly D. Morelli
1624 Apple Way
Minot, ND 58701-6818

Kent and Alene Bahl
906 Village Ave SE
Minot, ND 58701-2721

West Brand & CO FBO Kimberly Carlson IRA
First Western Bank
West Brand & Co FBO Kimberly Carlson IRA
825 26th Avenue E
West Fargo ND 58078

Kimberly Voltz
7332 Summerland Cove
Lakewood Ranch, FL 34202-3242

Kristen Kounovsky
3680 54th St S
Fargo, ND 58104

Kounovsky Inc.
c/o Brian Kounovsky
3680 54th St S
Fargo, ND 58104

Lance Johnson
3616 Hidden Circle
West Fargo, ND 58078-7928

Larry and Letitia Johnson
603 3rd Ave NE
Jamestown, ND 58401-3331

Larry M. & Betty A. Ledene
300 4th Ave West
PO Box 155
Powers Lake, ND 58773-0155

Larry Senechal
4574 4th Ave NE
Balfour, ND 58712-9424

Lee Schaleben
4341 47th St. S
Fargo, ND 58104-3964

Leon Vandeberg
2114 16th Court W
Williston, ND 58801-2528

Leroy & Beth Nepstad
1320 150th Ave.
Hendrum, MN 56550-9429

Liudmila Zonina
109 Monterey Avenue Apt 5
Capitola, CA 95010-3246

Lonnie Hass
1909 9th St N
Fargo, ND 58102-5025

Loren Goeser
8951 79th Ave. NE
Munich, ND 58352-9676

Lynn Wadeson
1986 Burlington Drive
West Fargo, ND 58078-4323

Lynne M. Mari
3601 University Dr. S #207
Fargo, ND 58104-6288

Madison Meinen
4880 45th Ave S
Fargo, ND 58104-4260

Marilyn Werre
4206 Timberline Drive S
Fargo, ND 58104-6640

Mark & Teresa Ahmann
9426 Large Court NE
Ostego, MN 55330

Mark and Teresa McGuigan
3908 21st Street South
Fargo ND 58104-6870

Mark Sellin
1414 Sunset Blvd
Hawley, MN 56549-4412

Marla Kulig
#3 Glacial Court
Minot, ND 58703

Marshall E. Fulks and Beverly L. Fulks
Howard D. Fulks
1719 10th Street South
Fargo, ND 58103-4911

Mary Jane & Dale Langseth
3295 100th St South
Glyndon, MN 56547

Mary Berning
1223 15th Avenue SW
Minot, ND 58701-5751

Mason Morelli
1624 Apple Way
Minot, ND 58701-6818

Matthew P. Morelli
1624 Apple Way
Minot, ND 58701-6818

Matthew Kalbus
5408 Tyler Ave S
Fargo, ND 58104-4013

McKenzy Braaten
6078 Autumn Dr S
Fargo, ND 58104-7656

Megan Sundet-Plankers
14 37th Avenue S
Moorhead, MN 56560-5504

Melissa M. Johnson
502 Oak Street
PO Box 513 Lisbon, ND 58054-0513

Michael Edward Thompson
192 Haines Drive
Binford, ND 58416-9401

Michael Myhre
6735 24th St NE
Sheyenne, ND 58374-9147

Michael Nilson
4804 2nd St E
West Fargo, ND 58078-8204

Michael & Nadine Marie Schutz
9039 Parkside Drive
Woodbury, MN 55125-7514

Michelle Charbonneau
2014 7th St W
Dickinson, ND 58601-2549

Midwest Glass and Door, Inc.
7401 County Road 19 S
Minot, ND 58701

Misty  Dietz
7008 26th St S
Fargo, ND 58104-7199

Monica Peterson
214 7th St SE
Minot, ND 58701

Mortenson Masonry, Inc.
Breanne Mortenson
205 Foundation Ave
Glyndon, MN 56547-4010

Myron A Schapp
201 Prairiewood Dr S Unit C
Fargo, ND 58103-4648

Nadine Marie Schutz
6313 13th St N
Fargo, ND 58102-6010

Nick & Deborah Vollmuth
2640 96th Street
Selfridge, ND 58568

North Dakota Street Rod Association
Attn: Kolynne Speer
21423 190th Ave N
Ulen, MN 56585

Patrick & Laura Morelli
1300 13th St SW
Minot, ND 58701

Paul Antonucci
PO Box 773694
Steamboat Springs, CO 80477

Randy & Dorothy Henke
9400 275th Ave SE
Sawyer, ND 58781-9221

Raoul K Brandt Trust
903 1st St SE
PO Box 327
Stanley, ND 58784-0327

Reed and Jenna Weisenburger
318 2nd St SE
New Rockford, ND 58356-1952

Rent Group, Inc
c/o Szabo Associates, Inc
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326-1357

RGC Properties,Inc.
13111 69th St SE
Lisbon, ND 58054

Ritchie Valen
502 Lorene Drive
O'Fallon, MO 63366-1331

Robert & Jenifer Punton
14628 28th St. SE
Ayr, ND 58007-9720

Robert and Jennifer Feller
PO Box 157
Surrey, ND 58785-0157

Robert Gibb
220 8th St. S
Fargo, ND 58103-1881

Robert Heim and Joleen Heim
2313 8th St. E
Dickinson, ND 58601-6922

Robert Krodel
414 14th Ave. W
Williston, ND 58801-4623

Robert W Heim & Joleen Heim
2313 8th St. E
Dickinson, ND 58601-6922

Rod Goeser
713 Broadway
Buxton, ND 58218-4006

Ruby Rau
2704 18th Ave SW
Minot, ND 58701-8131

Sadie Boeckel
627 33rd Ave W Apt 101
West Fargo, ND 58078-7817

Sara Myhre
6731 24th St NE
Sheyenne, ND 58374-9147

Sarah Kounovsky
1618 3rd St N
Fargo, ND 58102

Scott Erickson
4291 Coventry Drive South
Fargo, ND 58104-4252

Scott Hoban
35651 210 Ave
Ogema, MN 56569-9656

Scott Miller or Pamela Miller
1717 16th St NW
Minot, ND 58703-1115

Scott Baisch
410 3rd Ave NW
Hazen, ND 58545-4328

Scott Sellin
16372 Bird Dog Road
Audubon, MN 56511-9607

Shane R. & Jerilyn A. Larck
PO Box 205
Hope, ND 58046-0205

Shane Fletcher
1046 Westport Pkwy
West Fargo, ND 58078-8292

SHC Inc
PO Box 746
Minot, ND 58702

Spencer Ray and Jennifer Sue Arne
2560 Highland Road
Minnetrista, MN 55359-9571

STC Flooring
2512 West Main Ave
West Fargo, ND 58078-1310

Steve Gehrtz
3620 Grandwood Dr N
Fargo, ND 58102

Streyle Masonry, Inc
2435 Skylark Ave
Bismarck, ND 58504-7590

Susan L. Thomas
904 25th St NW
Minot, ND 58703

Susan Nilson
4804 2nd St E
West Fargo, ND 58078-8204

Tamara VanWechel
601 Sugar Drive
Argusville, ND 58005-9616

Tanner Lautt
1328 4th St NW
West Fargo, ND 58078-3936

Tanya Senechal
4574 4th Ave NE
Balfour, ND 58712-9424

Taracon Precast, LLC
Attn: Cornelisu Wipf
6189 170th St N
Hawley, MN 56549

Taryn Pallen
1591 34th Ave S
Moorhead, MN 56560-6967

Terry & Ann Zeltinger
1803 24th Street SW
Minot, ND 58701

Thomas P. Hauge & Becky A. Hauge
8765 60th Ave. SW
Carson, ND 58529-9527

Todd Brown
6060 66th Ave NW
Berthold, ND 58718-9055

Travis and Taasha Zeiface
2638 5th Ct W
West Fargo ND 58078-8539

Travis Klein
6201 121st Ave. SE
Minot, ND 58701-9215

Troy and Julie Moore
8336 59th St S
Horace ND 58047-2915

Tyler Bay/Svetlana Peterson
1717 N 15th St
Bismarck, ND 58501-4256

Uline
12575 Uline Drive
Pleasant Prairie WI 53158-3686

Vernie D. Baesler
PO Box 144
Hazen, ND 58545-0144

Pete & Vicki Campbell
59 Stark Road
Random Lake, WI 53075-1606

Walter M. Johnson
502 Oak Street
PO Box 513
Lisbon, ND 58054-0513

Westbrand & Co FBO Angie
Schweitzer
Westbrand & Co FBO Angie
Schweitzer S/D IRA

Westbrand & Co FBO Ann Marie
6313 13th ST N
Fargo, ND 58102-6010

Westbrand & Co FBO Brendan Boe
503 7th Ave
Thompson, ND 58278-4151

Westbrand & Co FBO Edith Prentice
First Western Bank & Trust
825 26th Avenue E
West Fargo, ND 58078

Westbrand & Co FBO Laura Boe Roth
503 7th Ave
Thompson, ND 58278-4151

Westbrand & Co FBO
Daniel Todd S/D IRA
Kailey Boraas
PO Box 1090
Minot, ND 58702-1090

Westbrand & Co. FBO Robert Nowak
S/D Roth IRA
3216 1st St SE
Minot, ND 58701-7160

William and Tammy LaCrosse
PO Box 1835
Williston, ND 58802

William Altringer
4613 Borden Harbor Dr.
Mandan, ND 58554-7962

WTS-ND Holdings, LLC
PO Box 1835
Williston ND 58802