## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In re:                                                    **Jointly Administered**

EPIC Companies Midwest, LLC,                              Bankruptcy No. 24-30281
EPIC Companies Midwest 2023, LLC,                         Bankruptcy No. 24-30282
EPIC Employee, LLC,                                       Bankruptcy No. 24-30283
EOLA Capital, LLC, and                                    Bankruptcy No. 24-30284
EC West Fargo, LLC,                                       Bankruptcy No. 24-30285

      Debtors.                                 Chapter 11

---

## CERTIFICATE OF SERVICE

---

Patrick Finn, Partner at Lighthouse Management Group, Inc., the Liquidating Trustee for the EPIC Liquidating Trust, states under penalty of perjury that on July 6, 2026, he caused notice of the *Order to Seal Claims Register* (ECF No. 601) to be sent by e-mail to the claimants that have an e-mail address on file with the Liquidating Trustee.


Dated:  July 9, 2026                          */s/ Patrick Finn*
                                          Patrick Finn
                                          Lighthouse Management Group, Inc., solely as Liquidating Trustee