United States Bankruptcy Court
District of North Dakota

In re: EPIC Companies Midwest, LLC
Debtor

Case No. 24-30281-skh
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0868-3 | User: admin | Page 1 of 7
Date Rcvd: Oct 26, 2026 | Form ID: trc | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 1100873 | + | Scott Hoban, c/o Argo Partners, 12 West 37th Street, 9th Floor, New York, NY 10018-7480 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexander S. Kelsch | on behalf of Defendant Becky Hauge alexk@kelschlaw.com aruff@kelschlaw.com;kelsch.alexanders.b@notify.bestcase.com |
| Alexander S. Kelsch | on behalf of Defendant Thomas Hauge alexk@kelschlaw.com aruff@kelschlaw.com;kelsch.alexanders.b@notify.bestcase.com |
| Alexander S. Kelsch | on behalf of Creditor Nick Vollmuth alexk@kelschlaw.com aruff@kelschlaw.com;kelsch.alexanders.b@notify.bestcase.com |
| Alexander S. Kelsch | on behalf of Creditor Deborah Vollmuth alexk@kelschlaw.com aruff@kelschlaw.com;kelsch.alexanders.b@notify.bestcase.com |
| Amy J. Swedberg | on behalf of Interested Party LTC - The Lincoln LLC amy.swedberg@maslon.com |
| Amy J. Swedberg | on behalf of Defendant LTC - The Lincoln LLC amy.swedberg@maslon.com |

| | |
|---|---|
| Amy J. Swedberg | on behalf of Creditor Clifford Otten amy.swedberg@maslon.com |
| Benjamin Court | on behalf of Creditor Committee William Altringer benjamin.court@stinson.com stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com |
| Benjamin Court | on behalf of Plaintiff Lighthouse Management Group Inc. benjamin.court@stinson.com, stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com |
| Benjamin Court | on behalf of Creditor Committee Zach Frappier benjamin.court@stinson.com stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com |
| Benjamin Court | on behalf of Creditor Committee Chair Beth Postemski benjamin.court@stinson.com stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com |
| Benjamin Court | on behalf of Creditor Committee Larry Dietz benjamin.court@stinson.com stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com |
| Benjamin Court | on behalf of Creditor Committee Jim Johnson benjamin.court@stinson.com stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com |
| Benjamin Court | on behalf of Creditor Randy Henke benjamin.court@stinson.com stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com |
| Benjamin Williams | on behalf of Creditor Cullen Insulation Inc. ben@kennellybusinesslaw.com, beth@kennellybusinesslaw.com |
| Benjamin Williams | on behalf of Creditor Daniel Frisch ben@kennellybusinesslaw.com beth@kennellybusinesslaw.com |
| Berly D. Nelson | on behalf of Creditor Jim and JoAnn McKay Family Trust f/b/o Julie McKay Ganskop bnelson@serklandlaw.com rtande@serklandlaw.com;aneir@serklandlaw.com;lhruby@serklandlaw.com |
| Christopher Harayda | on behalf of Creditor Committee William Altringer cj.harayda@stinson.com mpl.lssteam5@stinson.com |
| Christopher Harayda | on behalf of Creditor Committee Jim Johnson cj.harayda@stinson.com mpl.lssteam5@stinson.com |
| Christopher Harayda | on behalf of Creditor Randy Henke cj.harayda@stinson.com mpl.lssteam5@stinson.com |
| Christopher Harayda | on behalf of Creditor Committee Chair Beth Postemski cj.harayda@stinson.com mpl.lssteam5@stinson.com |
| Christopher Harayda | on behalf of Creditor Committee Zach Frappier cj.harayda@stinson.com mpl.lssteam5@stinson.com |
| Christopher Harayda | on behalf of Creditor Committee Larry Dietz cj.harayda@stinson.com mpl.lssteam5@stinson.com |
| Christopher Harayda | on behalf of Plaintiff Lighthouse Management Group Inc. cj.harayda@stinson.com, mpl.lssteam5@stinson.com |
| David J T Chapman | on behalf of Creditor Elrick Poppe dchapman@djchapmanlaw.com |
| David J T Chapman | on behalf of Creditor Karen Poppe dchapman@djchapmanlaw.com |
| Douglas Christensen | on behalf of Creditor Beth Holmes dougc@grandforkslaw.com sarah@grandforkslaw.com;jen@grandforkslaw.com;julie@grandforkslaw.com |
| George H. Singer | on behalf of Defendant The Tracks - Maverick LLC ghsinger@hollandhart.com, chkelley@hollandhart.com |
| George H. Singer | on behalf of Defendant Greenfield Commons LLC ghsinger@hollandhart.com, chkelley@hollandhart.com |
| George H. Singer | on behalf of Defendant Boulevard Square III LLC ghsinger@hollandhart.com, chkelley@hollandhart.com |
| George H. Singer | on behalf of Defendant Sheyenne 32 North LLC ghsinger@hollandhart.com, chkelley@hollandhart.com |

| | |
|---|---|
| George H. Singer | on behalf of Defendant Greenfield Commons II LLC ghsinger@hollandhart.com, chkelley@hollandhart.com |
| George H. Singer | on behalf of Defendant Unite Real Estate Holdings LLC f/k/a EPIC Unite Real Estate Holding, LLC ghsinger@hollandhart.com, chkelley@hollandhart.com |
| George H. Singer | on behalf of Defendant Fargo South Hospitality LLC ghsinger@hollandhart.com, chkelley@hollandhart.com |
| George H. Singer | on behalf of Defendant KKP Properties LLC ghsinger@hollandhart.com, chkelley@hollandhart.com |
| George H. Singer | on behalf of Defendant Michael Montgomery ghsinger@hollandhart.com chkelley@hollandhart.com |
| George H. Singer | on behalf of Defendant LTC - The Don LLC ghsinger@hollandhart.com, chkelley@hollandhart.com |
| George H. Singer | on behalf of Defendant EPIC Gateway LLC ghsinger@hollandhart.com chkelley@hollandhart.com |
| George H. Singer | on behalf of Defendant Area 57 Association Inc. ghsinger@hollandhart.com, chkelley@hollandhart.com |
| George H. Singer | on behalf of Defendant Greenfield Commons III LLC ghsinger@hollandhart.com, chkelley@hollandhart.com |
| George H. Singer | on behalf of Defendant Kyle Pender ghsinger@hollandhart.com chkelley@hollandhart.com |
| George H. Singer | on behalf of Defendant Meadowlark Investments LLC ghsinger@hollandhart.com, chkelley@hollandhart.com |
| George H. Singer | on behalf of Creditor James Olson ghsinger@hollandhart.com chkelley@hollandhart.com |
| George H. Singer | on behalf of Defendant SAD Downtown LLC d/b/a The Firm ghsinger@hollandhart.com, chkelley@hollandhart.com |
| George H. Singer | on behalf of Defendant Preference 42 LLC f/k/a EPIC Preference, LLC f/k/a Shepperd Equity Fund, LLC ghsinger@hollandhart.com, chkelley@hollandhart.com |
| George H. Singer | on behalf of Defendant Gateway Arches Real Estate Holdings LLC f/k/a EPIC Gateway East Real Estate Holdings, LLC ghsinger@hollandhart.com, chkelley@hollandhart.com |
| George H. Singer | on behalf of Creditor 7 Mile Holdings LLC ghsinger@hollandhart.com, chkelley@hollandhart.com |
| George H. Singer | on behalf of Defendant Sheyenne 32 South LLC ghsinger@hollandhart.com, chkelley@hollandhart.com |
| George H. Singer | on behalf of Defendant Maverick Holdings LLC ghsinger@hollandhart.com, chkelley@hollandhart.com |
| George H. Singer | on behalf of Defendant Montgomery & Pender P.C. ghsinger@hollandhart.com, chkelley@hollandhart.com |
| George H. Singer | on behalf of Defendant EPIC Gateway North Real Estate Holdings LLC ghsinger@hollandhart.com, chkelley@hollandhart.com |
| George H. Singer | on behalf of Defendant Kent Busek ghsinger@hollandhart.com chkelley@hollandhart.com |
| George H. Singer | on behalf of Defendant Sheyenne 32 South Residential LLC ghsinger@hollandhart.com, chkelley@hollandhart.com |
| George H. Singer | on behalf of Defendant HI West Acres LLC, f/k/a EPIC Hospitality, LLC ghsinger@hollandhart.com, chkelley@hollandhart.com |
| Joel Nesset | on behalf of Defendant EPIC Holdings II LLC jnesset@cozen.com, akulbeik@cozen.com |
| Joel Nesset | on behalf of Defendant EPIC Holdings LLC jnesset@cozen.com, akulbeik@cozen.com |
| Joel M. Fremstad | on behalf of Creditor Scott Hoban joel@fremstadlaw.com maggie@fremstadlaw.com |
| Joel M. Fremstad | on behalf of Debtor EPIC Companies Midwest LLC joel@fremstadlaw.com, maggie@fremstadlaw.com |

| | |
|---|---|
| John M Krings, Jr. | on behalf of Defendant EPIC Place LLC john@kdlawpartners.com, janae@kdlawpartners.com |
| John M Krings, Jr. | on behalf of Defendant West Fargo Dive Bar LLC john@kdlawpartners.com, janae@kdlawpartners.com |
| John M Krings, Jr. | on behalf of Creditor Cornerstone Bank john@kdlawpartners.com janae@kdlawpartners.com |
| John M Krings, Jr. | on behalf of Interested Party Cornerstone Bank john@kdlawpartners.com janae@kdlawpartners.com |
| John M Krings, Jr. | on behalf of Defendant 36th and Veterans LLC john@kdlawpartners.com, janae@kdlawpartners.com |
| Joseph D Hackman | on behalf of Defendant Denis J Olson Holding Company LLC jhackman@abstlaw.net |
| Joseph D Hackman | on behalf of Interested Party Bank Forward jhackman@abstlaw.net |
| Joseph D Hackman | on behalf of Defendant Denis Olson Estate jhackman@abstlaw.net |
| Katherine A. Nixon | on behalf of Debtor EPIC Employee LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katherine A. Nixon | on behalf of Debtor EOLA Capital LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katherine A. Nixon | on behalf of Debtor EC West Fargo LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katherine A. Nixon | on behalf of Plaintiff EOLA Capital LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katherine A. Nixon | on behalf of Plaintiff EPIC Companies Midwest LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katherine A. Nixon | on behalf of Plaintiff EPIC Companies Midwest 2023 LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katherine A. Nixon | on behalf of Plaintiff Lighthouse Management Group Inc. knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katherine A. Nixon | on behalf of Debtor EPIC Companies Midwest LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katherine A. Nixon | on behalf of Debtor EPIC Companies Midwest 2023 LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katherine A. Nixon | on behalf of Plaintiff EPIC Employee LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katherine A. Nixon | on behalf of Plaintiff EC West Fargo LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katrina A. Turman Lang | on behalf of Creditor Candice Dietz klang@woldlaw.com melanie@turmanlaw.com |
| Katrina A. Turman Lang | on behalf of Creditor Larry Dietz klang@woldlaw.com melanie@turmanlaw.com |
| Katrina A. Turman Lang | on behalf of Creditor Dietz Properties LLC klang@woldlaw.com, melanie@turmanlaw.com |
| Marissa R. Cerkoney | on behalf of Creditor Robert W. & Joleen M. Heim TTE Heim RLT mcerkoney@ndlaw.com kpeterson@ndlaw.com |
| Marissa R. Cerkoney | on behalf of Creditor Rob and Joleen Heim mcerkoney@ndlaw.com kpeterson@ndlaw.com |
| Marissa R. Cerkoney | on behalf of Creditor Robert W. Heim Revocable Living Trust mcerkoney@ndlaw.com kpeterson@ndlaw.com |
| Marissa R. Cerkoney | on behalf of Creditor Darryl and Charlotte Heim mcerkoney@ndlaw.com kpeterson@ndlaw.com |
| Mark Western | on behalf of Plaintiff EOLA Capital LLC mark@fremstadlaw.com, terri@fremstadlaw.com |

Mark Western
on behalf of Plaintiff Lighthouse Management Group Inc. mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western
on behalf of Plaintiff EPIC Companies Midwest 2023 LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western
on behalf of Plaintiff EPIC Companies Midwest LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western
on behalf of Plaintiff EC West Fargo LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western
on behalf of Other Professional Lighthouse Management Group Inc. mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western
on behalf of Plaintiff EPIC Employee LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Mark Western
on behalf of Debtor EPIC Companies Midwest LLC mark@fremstadlaw.com, terri@fremstadlaw.com

Mark R Hanson
on behalf of Creditor Shane R. Larck MHanson@nilleslaw.com bbrunelle@nilleslaw.com

Mark R Hanson
on behalf of Creditor Jerilyn A. Larck MHanson@nilleslaw.com bbrunelle@nilleslaw.com

Maurice VerStandig
on behalf of Interested Party Brian Kounovsky mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
on behalf of Creditor Kounovsky Inc. mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael Gust
on behalf of Defendant EPIC Gateway LLC mlgfilings@andersonbottrell.com jernst@abstlaw.net

Michael Gust
on behalf of Creditor James Olson mlgfilings@andersonbottrell.com jernst@abstlaw.net

Michael Gust
on behalf of Defendant Denis Olson Estate mlgfilings@andersonbottrell.com jernst@abstlaw.net

Michael Gust
on behalf of Interested Party Bank Forward mlgfilings@andersonbottrell.com jernst@abstlaw.net

Michael Gust
on behalf of Defendant Denis J Olson Holding Company LLC mlgfilings@andersonbottrell.com, jernst@abstlaw.net

Michael Gust
on behalf of Defendant Sheyenne 32 North LLC mlgfilings@andersonbottrell.com, jernst@abstlaw.net

Michael S Raum
on behalf of Debtor EOLA Capital LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
on behalf of Plaintiff EPIC Companies Midwest LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
on behalf of Plaintiff EOLA Capital LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
on behalf of Plaintiff EPIC Companies Midwest 2023 LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
on behalf of Debtor EC West Fargo LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
on behalf of Debtor EPIC Companies Midwest LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
on behalf of Debtor EPIC Companies Midwest 2023 LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Michael S Raum
on behalf of Debtor EPIC Employee LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com

Nathan Lilly
on behalf of Defendant KKP Properties LLC nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Nathan Lilly
on behalf of Defendant Maverick Holdings LLC nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Nathan Lilly
on behalf of Defendant Meadowlark Investments LLC nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Nathan Lilly
on behalf of Defendant Montgomery & Pender P.C. nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Nathan Lilly
on behalf of Defendant Boulevard Square III LLC nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Nathan Lilly
on behalf of Defendant Michael Montgomery nalilly@hollandhart.com lmlopezvelasquez@hollandhart.com

Nathan Lilly
on behalf of Defendant Preference 42 LLC f/k/a EPIC Preference, LLC f/k/a Shepperd Equity Fund, LLC nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Nathan Lilly
on behalf of Defendant SAD Downtown LLC d/b/a The Firm nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Nathan Lilly
on behalf of Defendant Kyle Pender nalilly@hollandhart.com lmlopezvelasquez@hollandhart.com

Nathan Lilly
on behalf of Defendant Kent Busek nalilly@hollandhart.com lmlopezvelasquez@hollandhart.com

Peter B. Hankla
on behalf of Interested Party Randy and Dorothy Henke phankla@mcgeelaw.com

Randall N. Sickler
on behalf of Creditor Robert W. Heim Revocable Living Trust rsickler@ndlaw.com pschiwal@ndlaw.com

Randall N. Sickler
on behalf of Creditor Rob and Joleen Heim rsickler@ndlaw.com pschiwal@ndlaw.com

Randall N. Sickler
on behalf of Creditor Robert W. & Joleen M. Heim TTE Heim RLT rsickler@ndlaw.com pschiwal@ndlaw.com

Randall N. Sickler
on behalf of Creditor Darryl and Charlotte Heim rsickler@ndlaw.com pschiwal@ndlaw.com

Richard P. Olson
on behalf of Creditor Bruce & Diane Walker rpolson@minotlaw.com rpolson@minotlaw.com

Richard P. Olson
on behalf of Creditor Essential Living Inc rpolson@minotlaw.com rpolson@minotlaw.com

Robert G. Will
on behalf of Creditor Larry and Betty Ledene rwill@mcgeelaw.com rgwill_law@yahoo.com;will.robertb124953@notify.bestcase.com

Ryan G Quarne
on behalf of Creditor Bruce & Diane Walker rgquarne@minotlaw.com

Samantha Hanson-Lenn
on behalf of Creditor Committee Zach Frappier samantha.hansonlenn@stinson.com mpl.lssteam5@stinson.com

Samantha Hanson-Lenn
on behalf of Creditor Committee Larry Dietz samantha.hansonlenn@stinson.com mpl.lssteam5@stinson.com

Samantha Hanson-Lenn
on behalf of Creditor Committee Jim Johnson samantha.hansonlenn@stinson.com mpl.lssteam5@stinson.com

Samantha Hanson-Lenn
on behalf of Creditor Committee William Altringer samantha.hansonlenn@stinson.com mpl.lssteam5@stinson.com

Sara Diaz
on behalf of Creditor Loren Goeser sara@bulielaw.com ken@bulielaw.com;alan@bulielaw.com;traci@bulielaw.com;2787@notices.nextchapterbk.com;fargo@bulielaw.com

Sarah J. Wencil
on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov

Steven R Kinsella
on behalf of Plaintiff EOLA Capital LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
on behalf of Debtor EPIC Companies Midwest LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
on behalf of Plaintiff Lighthouse Management Group Inc. skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella

| | |
|---|---|
| | on behalf of Plaintiff EPIC Companies Midwest LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Steven R Kinsella | on behalf of Plaintiff EPIC Companies Midwest 2023 LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Steven R Kinsella | on behalf of Plaintiff EPIC Employee LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Steven R Kinsella | on behalf of Debtor EPIC Employee LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Steven R Kinsella | on behalf of Debtor EPIC Companies Midwest 2023 LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Steven R Kinsella | on behalf of Debtor EC West Fargo LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Steven R Kinsella | on behalf of Debtor EOLA Capital LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Steven R Kinsella | on behalf of Plaintiff EC West Fargo LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Thomas G. Wallrich | on behalf of Defendant EPIC Holdings II LLC twallrich@cozen.com |
| Thomas G. Wallrich | on behalf of Defendant EPIC Holdings LLC twallrich@cozen.com |
| United States Trustee | USTPRegion12.SX.ECF@usdoj.gov |
| Zenas Baer | on behalf of Creditor Taracon Precast LLC zbaer@zbaer.com |
| Zoe Wieber | on behalf of Creditor Lee Schaleben zoe@dwyerlawnd.com |
| Zoe Wieber | on behalf of Creditor STC Flooring zoe@dwyerlawnd.com |

TOTAL: 152

**2100 B (12/15)**

# United States Bankruptcy Court

District of North Dakota
Case No. 24-30281
Chapter 11

In re: Debtor(s) (including Name and Address)

EPIC Companies Midwest, LLC
c/o Lighthouse Management Group, Inc.
900 Long Lake Road Ste. 180
New Brighton MN 55112

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/26/2026.

Name and Address of Alleged Transferor(s):

Claim No. 21: Scott Hoban, c/o Argo Partners, 12 West 37th Street, 9th Floor, New York, NY 10018

Name and Address of Transferee:

Argo Partners
12 West 37th Street, Ste 900
New York, NY 10018

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/28/26

Sara E. Diaz
**CLERK OF THE COURT**