**UNITED STATES BANKRUPTCY COURT**
**District of North Dakota**

In re
EPIC Companies Midwest, LLC

Debtors

Chapter 11

Case no. 24-30281

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Rod or Gitta Goeser a creditor in the cases of the above-captioned debtors ("Debtors") directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtor's schedules or on the claims register), and herby requests that service of any pleadings, notices, correspondence and all distributions be sent to the new address set forth below, effective as of the date hereof.

Former Address(es)

Rod or Gitta Goeser
713 Broadway
Buxton, ND 58218

New Address

Rod or Gitta Goeser
c/o Argo Partners
12 West 37th Street, 9th Floor
New York, NY 10018

I declare under penalty of perjury that the foregoing is true and correct. The undersigned hereunto sets its hand this 26 day of october, 2026.

By: Signed by: Rod Goeser
6F5EB65D008744B...

Rod Goeser

Name/Title
**Rod or Gitta Goeser**