**UNITED STATES BANKRUPTCY COURT**
**District of North Dakota**

In re
EPIC Companies Midwest, LLC

Debtors

Chapter 11

Case no. 24-30281

# NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Brian & Laura Seifert a creditor in the cases of the above-captioned debtors ("Debtors") directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtor's schedules or on the claims register), and herby requests that service of any pleadings, notices, correspondence and all distributions be sent to the new address set forth below, effective as of the date hereof.

Former Address(es)

Brian & Laura Seifert
27 Wood Oaks Drive
South Barrington, IL 60010

New Address

Brian & Laura Seifert
c/o Argo Partners
12 West 37th Street, 9th Floor
New York, NY 10018

I declare under penalty of perjury that the foregoing is true and correct. The undersigned hereunto sets its hand this 3rd day of November, 2026.

By: Laura Seifert

Laura Seifert

Name/Title
**Brian & Laura Seifert**