**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC, EPIC Companies Midwest 2023, LLC, EPIC Employee, LLC, EOLA Capital, LLC, and EC West Fargo, LLC, | Bankruptcy No. 24-30281<br>Bankruptcy No. 24-30282<br>Bankruptcy No. 24-30283<br>Bankruptcy No. 24-30284<br>Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |
| Lighthouse Management Group, Inc., as Liquidating Trustee for the EPIC Liquidating Trust,<br><br>Plaintiff,<br><br>v.<br><br>Thomas Hauge and Becky Hauge,<br><br>Defendants. | Adversary No. 26-07013 |

**ORDER**

On October 30, 2026, Lighthouse Management Group, Inc., as the Liquidating Trustee for the EPIC Liquidating Trust, on behalf of the Plaintiffs/Debtors, filed a motion seeking approval of a settlement. The Liquidating Trustee provided notice of the motion summarizing the settlement between the Liquidating Trustee and Thomas and Becky Hauge. The Court received no objections. Based on the information provided by the Liquidating Trustee on behalf of the Plaintiffs/Debtors and the documents filed in this case, the Court finds that the proposed settlement is fair and equitable, reflects a balance of the risks of litigation with potential recovery, and appears to be in the best interest of creditors. Therefore, **IT IS ORDERED** that the Motion to Approve Settlement

[Adversary No. 26-07013, ECF No. 11; Bankruptcy No. 24-30281, ECF No. 617] is **GRANTED** and the settlement is **APPROVED**.

**BY THE COURT:**

Dated: November 23, 2026.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court