United States Bankruptcy Court
District of North Dakota

In re: | Case No. 24-30281-skh
EPIC Companies Midwest, LLC | Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3 | User: admin | Page 1 of 7
Date Rcvd: Nov 23, 2026 | Form ID: pdf2some | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/Text: mfranzen@lighthousemanagement.com | Nov 23 2026 18:46:00 | EPIC Companies Midwest, LLC, c/o Lighthouse Management Group, Inc., 900 Long Lake Road Ste. 180, New Brighton, MN 55112-6455 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexander S. Kelsch | on behalf of Defendant Becky Hauge alexk@kelschlaw.com aruff@kelschlaw.com;kelsch.alexanders.b@notify.bestcase.com |
| Alexander S. Kelsch | on behalf of Defendant Thomas Hauge alexk@kelschlaw.com aruff@kelschlaw.com;kelsch.alexanders.b@notify.bestcase.com |
| Alexander S. Kelsch | on behalf of Creditor Nick Vollmuth alexk@kelschlaw.com aruff@kelschlaw.com;kelsch.alexanders.b@notify.bestcase.com |
| Alexander S. Kelsch | on behalf of Creditor Deborah Vollmuth alexk@kelschlaw.com aruff@kelschlaw.com;kelsch.alexanders.b@notify.bestcase.com |
| Amy J. Swedberg | |

on behalf of Interested Party LTC - The Lincoln LLC amy.swedberg@maslon.com

Amy J. Swedberg
on behalf of Defendant LTC - The Lincoln LLC amy.swedberg@maslon.com

Amy J. Swedberg
on behalf of Creditor Clifford Otten amy.swedberg@maslon.com

Benjamin Court
on behalf of Creditor Committee William Altringer benjamin.court@stinson.com stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
on behalf of Plaintiff Lighthouse Management Group Inc. benjamin.court@stinson.com, stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
on behalf of Creditor Committee Zach Frappier benjamin.court@stinson.com stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
on behalf of Creditor Committee Chair Beth Postemski benjamin.court@stinson.com stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
on behalf of Creditor Committee Larry Dietz benjamin.court@stinson.com stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
on behalf of Creditor Committee Jim Johnson benjamin.court@stinson.com stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Court
on behalf of Creditor Randy Henke benjamin.court@stinson.com stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com

Benjamin Williams
on behalf of Creditor Cullen Insulation Inc. ben@kennellybusinesslaw.com, beth@kennellybusinesslaw.com

Benjamin Williams
on behalf of Creditor Daniel Frisch ben@kennellybusinesslaw.com beth@kennellybusinesslaw.com

Berly D. Nelson
on behalf of Creditor Jim and JoAnn McKay Family Trust f/b/o Julie McKay Ganskop bnelson@serklandlaw.com rtande@serklandlaw.com;aneir@serklandlaw.com;lhruby@serklandlaw.com

Christopher Harayda
on behalf of Creditor Committee William Altringer cj.harayda@stinson.com mpl.lssteam5@stinson.com

Christopher Harayda
on behalf of Creditor Committee Jim Johnson cj.harayda@stinson.com mpl.lssteam5@stinson.com

Christopher Harayda
on behalf of Creditor Randy Henke cj.harayda@stinson.com mpl.lssteam5@stinson.com

Christopher Harayda
on behalf of Creditor Committee Chair Beth Postemski cj.harayda@stinson.com mpl.lssteam5@stinson.com

Christopher Harayda
on behalf of Creditor Committee Zach Frappier cj.harayda@stinson.com mpl.lssteam5@stinson.com

Christopher Harayda
on behalf of Creditor Committee Larry Dietz cj.harayda@stinson.com mpl.lssteam5@stinson.com

Christopher Harayda
on behalf of Plaintiff Lighthouse Management Group Inc. cj.harayda@stinson.com, mpl.lssteam5@stinson.com

David J T Chapman
on behalf of Creditor Elrick Poppe dchapman@djchapmanlaw.com

David J T Chapman
on behalf of Creditor Karen Poppe dchapman@djchapmanlaw.com

Douglas Christensen
on behalf of Creditor Beth Holmes dougc@grandforkslaw.com sarah@grandforkslaw.com;jen@grandforkslaw.com;julie@grandforkslaw.com

George H. Singer
on behalf of Defendant The Tracks - Maverick LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
on behalf of Defendant Greenfield Commons LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer

on behalf of Defendant Boulevard Square III LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
on behalf of Defendant Sheyenne 32 North LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
on behalf of Defendant Greenfield Commons II LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
on behalf of Defendant Unite Real Estate Holdings LLC f/k/a EPIC Unite Real Estate Holding, LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
on behalf of Defendant Fargo South Hospitality LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
on behalf of Defendant KKP Properties LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
on behalf of Defendant Michael Montgomery ghsinger@hollandhart.com chkelley@hollandhart.com

George H. Singer
on behalf of Defendant LTC - The Don LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
on behalf of Defendant EPIC Gateway LLC ghsinger@hollandhart.com chkelley@hollandhart.com

George H. Singer
on behalf of Defendant Area 57 Association Inc. ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
on behalf of Defendant Greenfield Commons III LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
on behalf of Defendant Kyle Pender ghsinger@hollandhart.com chkelley@hollandhart.com

George H. Singer
on behalf of Defendant Meadowlark Investments LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
on behalf of Creditor James Olson ghsinger@hollandhart.com chkelley@hollandhart.com

George H. Singer
on behalf of Defendant SAD Downtown LLC d/b/a The Firm ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
on behalf of Defendant Preference 42 LLC f/k/a EPIC Preference, LLC f/k/a Shepperd Equity Fund, LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
on behalf of Defendant Gateway Arches Real Estate Holdings LLC f/k/a EPIC Gateway East Real Estate Holdings, LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
on behalf of Creditor 7 Mile Holdings LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
on behalf of Defendant Sheyenne 32 South LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
on behalf of Defendant Maverick Holdings LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
on behalf of Defendant Montgomery & Pender P.C. ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
on behalf of Defendant EPIC Gateway North Real Estate Holdings LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
on behalf of Defendant Kent Busek ghsinger@hollandhart.com chkelley@hollandhart.com

George H. Singer
on behalf of Defendant Sheyenne 32 South Residential LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

George H. Singer
on behalf of Defendant HI West Acres LLC, f/k/a EPIC Hospitality, LLC ghsinger@hollandhart.com, chkelley@hollandhart.com

Joel Nesset
on behalf of Defendant EPIC Holdings II LLC jnesset@cozen.com, akulbeik@cozen.com

Joel Nesset
on behalf of Defendant EPIC Holdings LLC jnesset@cozen.com, akulbeik@cozen.com

| | |
|---|---|
| Joel M. Fremstad | on behalf of Creditor Scott Hoban joel@fremstadlaw.com maggie@fremstadlaw.com |
| Joel M. Fremstad | on behalf of Debtor EPIC Companies Midwest LLC joel@fremstadlaw.com, maggie@fremstadlaw.com |
| John M Krings, Jr. | on behalf of Defendant EPIC Place LLC john@kdlawpartners.com, janae@kdlawpartners.com |
| John M Krings, Jr. | on behalf of Defendant West Fargo Dive Bar LLC john@kdlawpartners.com, janae@kdlawpartners.com |
| John M Krings, Jr. | on behalf of Creditor Cornerstone Bank john@kdlawpartners.com janae@kdlawpartners.com |
| John M Krings, Jr. | on behalf of Interested Party Cornerstone Bank john@kdlawpartners.com janae@kdlawpartners.com |
| John M Krings, Jr. | on behalf of Defendant 36th and Veterans LLC john@kdlawpartners.com, janae@kdlawpartners.com |
| Joseph D Hackman | on behalf of Defendant Denis J Olson Holding Company LLC jhackman@abstlaw.net |
| Joseph D Hackman | on behalf of Interested Party Bank Forward jhackman@abstlaw.net |
| Joseph D Hackman | on behalf of Defendant Denis Olson Estate jhackman@abstlaw.net |
| Katherine A. Nixon | on behalf of Debtor EPIC Employee LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katherine A. Nixon | on behalf of Debtor EOLA Capital LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katherine A. Nixon | on behalf of Debtor EC West Fargo LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katherine A. Nixon | on behalf of Plaintiff EOLA Capital LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katherine A. Nixon | on behalf of Plaintiff EPIC Companies Midwest LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katherine A. Nixon | on behalf of Plaintiff EPIC Companies Midwest 2023 LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katherine A. Nixon | on behalf of Plaintiff Lighthouse Management Group Inc. knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katherine A. Nixon | on behalf of Debtor EPIC Companies Midwest LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katherine A. Nixon | on behalf of Debtor EPIC Companies Midwest 2023 LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katherine A. Nixon | on behalf of Plaintiff EPIC Employee LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katherine A. Nixon | on behalf of Plaintiff EC West Fargo LLC knixon@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Katrina A. Turman Lang | on behalf of Creditor Candice Dietz klang@woldlaw.com melanie@turmanlaw.com |
| Katrina A. Turman Lang | on behalf of Creditor Larry Dietz klang@woldlaw.com melanie@turmanlaw.com |
| Katrina A. Turman Lang | on behalf of Creditor Dietz Properties LLC klang@woldlaw.com, melanie@turmanlaw.com |
| Marissa R. Cerkoney | on behalf of Creditor Robert W. & Joleen M. Heim TTE Heim RLT mcerkoney@ndlaw.com kpeterson@ndlaw.com |
| Marissa R. Cerkoney | on behalf of Creditor Rob and Joleen Heim mcerkoney@ndlaw.com kpeterson@ndlaw.com |
| Marissa R. Cerkoney | on behalf of Creditor Robert W. Heim Revocable Living Trust mcerkoney@ndlaw.com kpeterson@ndlaw.com |

| | |
|---|---|
| Marissa R. Cerkoney | on behalf of Creditor Darryl and Charlotte Heim mcerkoney@ndlaw.com kpeterson@ndlaw.com |
| Mark Western | on behalf of Plaintiff EOLA Capital LLC mark@fremstadlaw.com, terri@fremstadlaw.com |
| Mark Western | on behalf of Plaintiff Lighthouse Management Group Inc. mark@fremstadlaw.com, terri@fremstadlaw.com |
| Mark Western | on behalf of Plaintiff EPIC Companies Midwest 2023 LLC mark@fremstadlaw.com, terri@fremstadlaw.com |
| Mark Western | on behalf of Plaintiff EPIC Companies Midwest LLC mark@fremstadlaw.com, terri@fremstadlaw.com |
| Mark Western | on behalf of Plaintiff EC West Fargo LLC mark@fremstadlaw.com, terri@fremstadlaw.com |
| Mark Western | on behalf of Other Professional Lighthouse Management Group Inc. mark@fremstadlaw.com, terri@fremstadlaw.com |
| Mark Western | on behalf of Plaintiff EPIC Employee LLC mark@fremstadlaw.com, terri@fremstadlaw.com |
| Mark Western | on behalf of Debtor EPIC Companies Midwest LLC mark@fremstadlaw.com, terri@fremstadlaw.com |
| Mark R Hanson | on behalf of Creditor Shane R. Larck MHanson@nilleslaw.com bbrunelle@nilleslaw.com |
| Mark R Hanson | on behalf of Creditor Jerilyn A. Larck MHanson@nilleslaw.com bbrunelle@nilleslaw.com |
| Maurice VerStandig | on behalf of Interested Party Brian Kounovsky mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice VerStandig | on behalf of Creditor Kounovsky Inc. mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael Gust | on behalf of Defendant EPIC Gateway LLC mlgfilings@andersonbottrell.com jernst@abstlaw.net |
| Michael Gust | on behalf of Creditor James Olson mlgfilings@andersonbottrell.com jernst@abstlaw.net |
| Michael Gust | on behalf of Defendant Denis Olson Estate mlgfilings@andersonbottrell.com jernst@abstlaw.net |
| Michael Gust | on behalf of Interested Party Bank Forward mlgfilings@andersonbottrell.com jernst@abstlaw.net |
| Michael Gust | on behalf of Defendant Denis J Olson Holding Company LLC mlgfilings@andersonbottrell.com, jernst@abstlaw.net |
| Michael Gust | on behalf of Defendant Sheyenne 32 North LLC mlgfilings@andersonbottrell.com, jernst@abstlaw.net |
| Michael S Raum | on behalf of Debtor EOLA Capital LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com |
| Michael S Raum | on behalf of Plaintiff EPIC Companies Midwest LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com |
| Michael S Raum | on behalf of Plaintiff EOLA Capital LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com |
| Michael S Raum | on behalf of Plaintiff EPIC Companies Midwest 2023 LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com |
| Michael S Raum | on behalf of Debtor EC West Fargo LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com |
| Michael S Raum | on behalf of Debtor EPIC Companies Midwest LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com |
| Michael S Raum | on behalf of Debtor EPIC Companies Midwest 2023 LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com |
| Michael S Raum | on behalf of Debtor EPIC Employee LLC mraum@fredlaw.com, mraum@fredlaw.com;dtaylor@fredlaw.com |

Nathan Lilly
on behalf of Defendant KKP Properties LLC nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Nathan Lilly
on behalf of Defendant Maverick Holdings LLC nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Nathan Lilly
on behalf of Defendant Meadowlark Investments LLC nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Nathan Lilly
on behalf of Defendant Montgomery & Pender P.C. nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Nathan Lilly
on behalf of Defendant Boulevard Square III LLC nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Nathan Lilly
on behalf of Defendant Michael Montgomery nalilly@hollandhart.com lmlopezvelasquez@hollandhart.com

Nathan Lilly
on behalf of Defendant Preference 42 LLC f/k/a EPIC Preference, LLC f/k/a Shepperd Equity Fund, LLC nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Nathan Lilly
on behalf of Defendant SAD Downtown LLC d/b/a The Firm nalilly@hollandhart.com, lmlopezvelasquez@hollandhart.com

Nathan Lilly
on behalf of Defendant Kyle Pender nalilly@hollandhart.com lmlopezvelasquez@hollandhart.com

Nathan Lilly
on behalf of Defendant Kent Busek nalilly@hollandhart.com lmlopezvelasquez@hollandhart.com

Peter B. Hankla
on behalf of Interested Party Randy and Dorothy Henke phankla@mcgeelaw.com

Randall N. Sickler
on behalf of Creditor Robert W. Heim Revocable Living Trust rsickler@ndlaw.com pschiwal@ndlaw.com

Randall N. Sickler
on behalf of Creditor Rob and Joleen Heim rsickler@ndlaw.com pschiwal@ndlaw.com

Randall N. Sickler
on behalf of Creditor Robert W. & Joleen M. Heim TTE Heim RLT rsickler@ndlaw.com pschiwal@ndlaw.com

Randall N. Sickler
on behalf of Creditor Darryl and Charlotte Heim rsickler@ndlaw.com pschiwal@ndlaw.com

Richard P. Olson
on behalf of Creditor Bruce & Diane Walker rpolson@minotlaw.com rpolson@minotlaw.com

Richard P. Olson
on behalf of Creditor Essential Living Inc rpolson@minotlaw.com rpolson@minotlaw.com

Robert G. Will
on behalf of Creditor Larry and Betty Ledene rwill@mcgeelaw.com rgwill_law@yahoo.com;will.robertb124953@notify.bestcase.com

Ryan G Quarne
on behalf of Creditor Bruce & Diane Walker rgquarne@minotlaw.com

Samantha Hanson-Lenn
on behalf of Creditor Committee Zach Frappier samantha.hansonlenn@stinson.com mpl.lssteam5@stinson.com

Samantha Hanson-Lenn
on behalf of Creditor Committee Larry Dietz samantha.hansonlenn@stinson.com mpl.lssteam5@stinson.com

Samantha Hanson-Lenn
on behalf of Creditor Committee Jim Johnson samantha.hansonlenn@stinson.com mpl.lssteam5@stinson.com

Samantha Hanson-Lenn
on behalf of Creditor Committee William Altringer samantha.hansonlenn@stinson.com mpl.lssteam5@stinson.com

Sara Diaz
on behalf of Creditor Loren Goeser sara@bulielaw.com ken@bulielaw.com;alan@bulielaw.com;traci@bulielaw.com;2787@notices.nextchapterbk.com;fargo@bulielaw.com

Sarah J. Wencil
on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov

Steven R Kinsella
on behalf of Plaintiff EOLA Capital LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Steven R Kinsella
on behalf of Debtor EPIC Companies Midwest LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

| | |
|---|---|
| Steven R Kinsella | on behalf of Plaintiff Lighthouse Management Group Inc. skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Steven R Kinsella | on behalf of Plaintiff EPIC Companies Midwest LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Steven R Kinsella | on behalf of Plaintiff EPIC Companies Midwest 2023 LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Steven R Kinsella | on behalf of Plaintiff EPIC Employee LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Steven R Kinsella | on behalf of Debtor EPIC Employee LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Steven R Kinsella | on behalf of Debtor EPIC Companies Midwest 2023 LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Steven R Kinsella | on behalf of Debtor EC West Fargo LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Steven R Kinsella | on behalf of Debtor EOLA Capital LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Steven R Kinsella | on behalf of Plaintiff EC West Fargo LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Thomas G. Wallrich | on behalf of Defendant EPIC Holdings II LLC twallrich@cozen.com |
| Thomas G. Wallrich | on behalf of Defendant EPIC Holdings LLC twallrich@cozen.com |
| United States Trustee | USTPRegion12.SX.ECF@usdoj.gov |
| Zenas Baer | on behalf of Creditor Taracon Precast LLC zbaer@zbaer.com |
| Zoe Wieber | on behalf of Creditor Lee Schaleben zoe@dwyerlawnd.com |
| Zoe Wieber | on behalf of Creditor STC Flooring zoe@dwyerlawnd.com |

TOTAL: 152

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | **Jointly Administered** |
| EPIC Companies Midwest, LLC,<br>EPIC Companies Midwest 2023, LLC, EPIC Employee, LLC,<br>EOLA Capital, LLC, and<br>EC West Fargo, LLC, | Bankruptcy No. 24-30281<br>Bankruptcy No. 24-30282<br>Bankruptcy No. 24-30283<br>Bankruptcy No. 24-30284<br>Bankruptcy No. 24-30285 |
| Debtors. | Chapter 11 |
| Lighthouse Management Group, Inc., as Liquidating Trustee for the EPIC Liquidating Trust, | |
| Plaintiff, | |
| v. | Adversary No. 26-07013 |
| Thomas Hauge and Becky Hauge, | |
| Defendants. | |

**ORDER**

On October 30, 2026, Lighthouse Management Group, Inc., as the Liquidating Trustee for the EPIC Liquidating Trust, on behalf of the Plaintiffs/Debtors, filed a motion seeking approval of a settlement. The Liquidating Trustee provided notice of the motion summarizing the settlement between the Liquidating Trustee and Thomas and Becky Hauge. The Court received no objections. Based on the information provided by the Liquidating Trustee on behalf of the Plaintiffs/Debtors and the documents filed in this case, the Court finds that the proposed settlement is fair and equitable, reflects a balance of the risks of litigation with potential recovery, and appears to be in the best interest of creditors. Therefore, **IT IS ORDERED** that the Motion to Approve Settlement

[Adversary No. 26-07013, ECF No. 11; Bankruptcy No. 24-30281, ECF No. 617] is **GRANTED** and the settlement is **APPROVED**.

**BY THE COURT:**

Dated: November 23, 2026.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court